Eugene P. Ramirez (State Bar No. 134865)
  *epr@manningllp.com*
Tony M. Sain (State Bar No. 251626)
  *tms@manningllp.com*
Garros Chan (State Bar No. 320561)
  gxc@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, COUNTY OF RIVERSIDE and MATT BORDEN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent, LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF CALIFORNIA; COUNTY OF RIVERSID;, DANE NOREM; JEFFREY MCKEE; MATT BORDEN; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. 5:21-CV-00526-JAK (KKx) *[The Hon. John A. Kronstadt, Magistrate, Kenly K. Kato]* <br><br> **ANSWER OF DEFENDANTS COUNTY OF RIVERSIDE AND MATT BORDEN TO PLAINTIFFS' FIRST AMENDED COMPLAINT: DEMAND FOR JURY TRIAL** <br><br> Complaint Filed:       02/08/2021 <br> Trial Date:            Not Yet Set |

Defendants COUNTY OF RIVERSIDE ("County") and MATT BORDEN ("Defendants") hereby Answer plaintiffs' First Amended Complaint on file herein (filed February 8, 2021 and herein after as "Complaint") and defendants hereby admit, deny, and allege as follows:

1.    Answering paragraph 1 of the Complaint, under the header "PLAINTIFFS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

2.    Answering paragraph 2 of the Complaint, under the header "PLAINTIFFS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

3.    Answering paragraph 3 of the Complaint, under the header "PLAINTIFFS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

4.    Answering paragraph 4 of the Complaint, under the header "DEFENDANTS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

5.    Answering paragraph 5 of the Complaint, under the header "DEFENDANTS": defendants admit that defendant County of Riverside is a municipal entity located in the State of California.

6.    Answering paragraph 6 of the Complaint, under the header "DEFENDANTS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

7.    Answering paragraph 7 of the Complaint, under the header "DEFENDANTS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

8.    Answering paragraph 8 of the Complaint, under the header

"DEFENDANTS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

9.      Answering paragraph 9 of the Complaint, under the header "DEFENDANTS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

10.     Answering paragraph 10 of the Complaint, under the header "DEFENDANTS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

11.     Answering paragraph 11 of the Complaint, under the header "DEFENDANTS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

12.     Answering paragraph 12 of the Complaint, under the header "PROCEDURAL PRE-REQUISITES TO SUIT WERE SATISFIED": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

13.     Answering paragraph 13 of the Complaint, under the header "PROCEDURAL PRE-REQUISITES TO SUIT WERE SATISFIED": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

14.     Answering paragraph 14 of the Complaint, under the header "PROCEDURAL PRE-REQUISITES TO SUIT WERE SATISFIED": defendants are without sufficient knowledge or information to form a belief as to the truth of the

allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

15.    Answering paragraph 15 of the Complaint, under the header "FACTUAL ALLEGATIONS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

16.    Answering paragraph 16 of the Complaint, under the header "FACTUAL ALLEGATIONS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

17.    Answering paragraph 17 of the Complaint, under the header "FACTUAL ALLEGATIONS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

18.    Answering paragraph 18 of the Complaint, under the header "FACTUAL ALLEGATIONS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

19.    Answering paragraph 19 of the Complaint, under the header "FACTUAL ALLEGATIONS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

20.    Answering paragraph 20 of the Complaint, under the header "FACTUAL ALLEGATIONS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

21.    Answering paragraph 21 of the Complaint, under the header "FACTUAL ALLEGATIONS": defendants are without sufficient knowledge or information to

1  form a belief as to the truth of the allegations contained in said paragraph, and on that
2  basis deny each and every allegation contained therein.

3       22.    Answering paragraph 22 of the Complaint, under the header "FACTUAL
4  ALLEGATIONS": defendants are without sufficient knowledge or information to
5  form a belief as to the truth of the allegations contained in said paragraph, and on that
6  basis deny each and every allegation contained therein.

7       23.    Answering paragraph 23 of the Complaint, under the header "FACTUAL
8  ALLEGATIONS": defendants are without sufficient knowledge or information to
9  form a belief as to the truth of the allegations contained in said paragraph, and on that
10 basis deny each and every allegation contained therein.

11      24.    Answering paragraph 24 of the Complaint, under the header "FACTUAL
12 ALLEGATIONS": defendants are without sufficient knowledge or information to
13 form a belief as to the truth of the allegations contained in said paragraph, and on that
14 basis deny each and every allegation contained therein.

15      25.    Answering paragraph 25 of the Complaint, under the header "FACTUAL
16 ALLEGATIONS": defendants are without sufficient knowledge or information to
17 form a belief as to the truth of the allegations contained in said paragraph, and on that
18 basis deny each and every allegation contained therein.

19      26.    Answering paragraph 26 of the Complaint, under the header "FACTUAL
20 ALLEGATIONS": defendants are without sufficient knowledge or information to
21 form a belief as to the truth of the allegations contained in said paragraph, and on that
22 basis deny each and every allegation contained therein.

23      27.    Answering paragraph 27 of the Complaint, under the header "FACTUAL
24 ALLEGATIONS": defendants are without sufficient knowledge or information to
25 form a belief as to the truth of the allegations contained in said paragraph, and on that
26 basis deny each and every allegation contained therein.

27      28.    Answering paragraph 28 of the Complaint, under the header "FACTUAL
28 ALLEGATIONS": defendants are without sufficient knowledge or information to

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

29. Answering paragraph 29 of the Complaint, under the header "FACTUAL ALLEGATIONS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

30. Answering paragraph 30 of the Complaint, under the header "FACTUAL ALLEGATIONS": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

31. Answering paragraph 31 of the Complaint, under the header "FIRST CAUSE OF ACTION": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

32. Answering paragraph 32 of the Complaint, under the header "FIRST CAUSE OF ACTION": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

33. Answering paragraph 33 of the Complaint, under the header "FIRST CAUSE OF ACTION": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

34. Answering paragraph 34 of the Complaint, under the header "FIRST CAUSE OF ACTION": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

35. Answering paragraph 35 of the Complaint, under the header "FIRST CAUSE OF ACTION": defendants are without sufficient knowledge or information

Case No. 5:21-CV-00526-JAK (KKx)

to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

36.    Answering paragraph 36 of the Complaint, under the header "FIRST CAUSE OF ACTION": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

37.    Answering paragraph 37 of the Complaint, under the header "FIRST CAUSE OF ACTION": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

38.    Answering paragraph 38 of the Complaint, under the header "FIRST CAUSE OF ACTION": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

39.    Answering paragraph 39 of the Complaint, under the header "SECOND CAUSE OF ACTION": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

40.    Answering paragraph 40 of the Complaint, under the header "SECOND CAUSE OF ACTION": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

41.    Answering paragraph 41 (and all of its subparts) of the Complaint, under the header "SECOND CAUSE OF ACTION": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

42.    Answering paragraph 42 of the Complaint, under the header "SECOND CAUSE OF ACTION": defendants are without sufficient knowledge or information

to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

43.    Answering paragraph 43 of the Complaint, under the header "THIRD CAUSE OF ACTION": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

44.    Answering paragraph 44 of the Complaint, under the header "THIRD CAUSE OF ACTION": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

45.    Answering paragraph 45 of the Complaint, under the header "THIRD CAUSE OF ACTION": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

46.    Answering paragraph 46 of the Complaint, under the header "THIRD CAUSE OF ACTION": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

47.    Answering paragraph 47 of the Complaint, under the header "THIRD CAUSE OF ACTION": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

48.    Answering paragraph 48 of the Complaint, under the header "FOURTH CAUSE OF ACTION": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

49.    Answering paragraph 49 of the Complaint, under the header "FOURTH CAUSE OF ACTION": defendants are without sufficient knowledge or information

Case No. 5:21-CV-00526-JAK (KKx)

to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

50.    Answering paragraph 50 of the Complaint, under the header "FOURTH CAUSE OF ACTION": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

51.    Answering paragraph 51 of the Complaint, under the header "FOURTH CAUSE OF ACTION": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

52.    Answering paragraph 52 of the Complaint, under the header "FOURTH CAUSE OF ACTION": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

53.    Answering paragraph 53 of the Complaint, under the header "FIFTH CAUSE OF ACTION": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

54.    Answering paragraph 54 of the Complaint, under the header "FIFTH CAUSE OF ACTION": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

55.    Answering paragraph 55 of the Complaint, under the header "FIFTH CAUSE OF ACTION": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

56.    Answering paragraph 56 of the Complaint, under the header "FIFTH CAUSE OF ACTION": defendants are without sufficient knowledge or information

to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

57.    Answering paragraph 57 of the Complaint, under the header "FIFTH CAUSE OF ACTION": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

58.    Answering paragraph 58 of the Complaint, under the header "FIFTH CAUSE OF ACTION": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

59.    Answering paragraph 59 of the Complaint, under the header "FIFTH CAUSE OF ACTION": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

60.    Answering paragraph 60 of the Complaint, under the header "SIXTH CAUSE OF ACTION": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

61.    Answering paragraph 61 of the Complaint, under the header "SIXTH CAUSE OF ACTION": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

62.    Answering paragraph 62 of the Complaint, under the header "SIXTH CAUSE OF ACTION": defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

63.    Answering paragraph 63 of the Complaint, under the header "SIXTH CAUSE OF ACTION": defendants are without sufficient knowledge or information

1  to form a belief as to the truth of the allegations contained in said paragraph, and on
2  that basis deny each and every allegation contained therein.

3      64.     Answering paragraph 64 of the Complaint, under the header "SIXTH
4  CAUSE OF ACTION": defendants are without sufficient knowledge or information
5  to form a belief as to the truth of the allegations contained in said paragraph, and on
6  that basis deny each and every allegation contained therein.

7      65.     Answering paragraph 65 of the Complaint, under the header "SIXTH
8  CAUSE OF ACTION": defendants are without sufficient knowledge or information
9  to form a belief as to the truth of the allegations contained in said paragraph, and on
10  that basis deny each and every allegation contained therein.

11      66.     Answering paragraph 66 of the Complaint, under the header "SIXTH
12  CAUSE OF ACTION": defendants are without sufficient knowledge or information
13  to form a belief as to the truth of the allegations contained in said paragraph, and on
14  that basis deny each and every allegation contained therein.

15      67.     Answering paragraph 67 of the Complaint, under the header "SIXTH
16  CAUSE OF ACTION": defendants are without sufficient knowledge or information
17  to form a belief as to the truth of the allegations contained in said paragraph, and on
18  that basis deny each and every allegation contained therein.

19      68.     Answering paragraph 68 of the Complaint, under the header "SIXTH
20  CAUSE OF ACTION": defendants are without sufficient knowledge or information
21  to form a belief as to the truth of the allegations contained in said paragraph, and on
22  that basis deny each and every allegation contained therein.

23      69.     Answering paragraph 69 of the Complaint, under the header "SIXTH
24  CAUSE OF ACTION": defendants are without sufficient knowledge or information
25  to form a belief as to the truth of the allegations contained in said paragraph, and on
26  that basis deny each and every allegation contained therein.

27  ///
28  ///

# AFFIRMATIVE DEFENSES

70.     As separate and affirmative defenses, defendants allege as follows[1]:

## FIRST AFFIRMATIVE DEFENSE

### (Statute of Limitations)

71.     Plaintiffs' Complaint fails to state a claim upon which relief can be granted.

72.     Plaintiffs' Complaint also fails to state a claim against any defendant in this action.

73.     Plaintiffs' and/or decedent's claims are time-barred by the operative statute(s) of limitations (including, but not limited to, California Code of Civil Procedure § 335.1).

## SECOND AFFIRMATIVE DEFENSE

### (Tort Claims Act Violation)

74.     This action is barred by the Plaintiffs' failure to comply with the government tort claims presentation requirements, California Government Code § 900, *et seq.*, including but not limited to §§ 900, 900.4, 901, 905, 905.2, 910, 911, 911.2, 911.4, 945.4, 945.6, 946.6, 950.2, and 950.6, to the extent applicable.

75.     The Complaint is barred based on plaintiffs' failure to exhaust administrative remedies prior to filing this lawsuit.

76.     Plaintiffs' recovery is barred for failure to timely comply with the provisions of the claims statutes, including, but not limited to California Government Code §§ 901, 905, 905.2, 911.2, 945.4, 945.6, 950.2.

77.     Plaintiffs' recovery is barred because the causes of action stated in the complaint do not correspond with the legal claims asserted in plaintiffs' written claim. The Complaint thereby alleges legal bases for recovery which are not fairly reflected in the written claim.

---

[1] For purposes of the affirmative defenses, affirmative defenses that reference "plaintiffs" shall also be construed to apply, wherever feasible, to plaintiffs' decedent.

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

### THIRD AFFIRMATIVE DEFENSE

### (Waiver, Estoppel, Unclean Hands)

78.    Defendants allege that plaintiffs' action is barred by reason of conduct, actions and inactions of plaintiffs which amount to and constitute a waiver of any right plaintiffs may or might have had in reference to the matters and things alleged in the Complaint, or that otherwise estop plaintiffs from recovery in this action, including but not limited to the doctrine of unclean hands.

### FOURTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

79.    Plaintiffs' claims are barred or limited to the extent plaintiffs failed to mitigate plaintiffs' injuries or damages, if there were any.  Plaintiffs have failed to mitigate the damages, if any, which plaintiffs have sustained, and to exercise reasonable care to avoid the consequences of harms, if any, in that, among other things, plaintiffs have failed to use reasonable diligence in caring for any injuries, failed to use reasonable means to prevent aggravation of any injuries and failed to take reasonable precautions to reduce any injuries and damages.

### FIFTH AFFIRMATIVE DEFENSE

### (Contributory and/or Comparative Liability)

80.    Plaintiffs' claims are barred or limited by plaintiffs' and/or decedent's contributory/comparative negligence or other conduct, acts, or omissions, and to the extent any plaintiffs suffered any injury or damages, it was the result of plaintiffs' and/or decedent's own negligent or deliberate actions or omissions.

81.    Plaintiffs' recovery is barred because any injury or damage suffered by plaintiffs' decedent and/or to plaintiffs was caused solely by reason of the plaintiffs' decedent's wrongful acts and conduct and the willful resistance to a peace officer in the discharge their duties.  The conduct set forth in the Complaint, if and to the extent it occurred, was privileged and justified and done with a good faith belief that it was correct and no action may be taken against the answering defendants on account of

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

such conduct.

## SIXTH AFFIRMATIVE DEFENSE

### (Public Entity/Employee Immunity for Others' Torts)

82.    Plaintiffs' recovery is barred because public entities and employees are immune from liability for any injury caused by the act or omission of another person. Gov. Code §§ 815 *et seq.*, 820.2 *et seq.*

83.    The answering defendants are informed and believe and thereon allege that if plaintiffs sustained any injury or damages, such injury or damages were solely caused or contributed to by the wrongful conduct of other defendants and/or entities or persons other than the answering defendant.  To the extent that plaintiffs' damages were so caused, any recovery by plaintiffs as against the answering defendant should be subject to proportionately comparative equitable indemnity/contribution from such third parties.

## SEVENTH AFFIRMATIVE DEFENSE

### (Public Entity/Employee Immunity for Discretionary Acts)

84.    There is no liability for any injury or damages, if any there were, resulting from an exercise of discretion vested in a public employee, whether or not such discretion be abused.  Gov. Code § 815.2, 820.2, 820.4, 820.8, 820 *et seq.*

85.    Plaintiffs' recovery is barred because public entities and employees are immune from liability for discharging their mandatory duties with reasonable diligence.

86.    A public employee may not be held liable for injuries or damages, if any, caused by failure to adopt or by adoption of an enactment or by failure to enforce an enactment and/or law, for an injury caused by his issuance, denial, suspension or revocation or by his failure or refusal to issue, deny, suspend or revoke, any permit, license, certificate, approval, order, or similar authorization, where he is authorized by enactment to determine whether or not such authorization should be issued, denied, suspended or revoked, pursuant to Government Code §§ 818.2, 818.4, 818.8, 821 and

821.2. Based thereon, each of the answering defendants are immune from liability for any injuries claimed by plaintiffs, herein.

87.    This/these defendant(s) are immune for any detriment resulting from any of its actions or omissions at the time of the incident of which plaintiff complains pursuant to Government Code § 810 *et seq.*, 815 *et seq.*, 820 *et seq.*, and 845 *et seq.*, including, but not limited to, §§ 810, 810.2, 810.4, 810.6, 810.8, 811, 811.2, 811.4, 811.6, 811.8, 820.6, 820.8, 821, 821.2, 821.4, 821.6, 821.8, 822.2, 830.5, 830.6, 835.4, 844.6, and Government Code §§ 854, *et seq.*, including, but not limited to, §§ 845.6, 854.6, 854.8(a)(2), and §§ 855.4, 855.6, 855.8 and 856.4.

## EIGHTH AFFIRMATIVE DEFENSE

### (Public Entity Immunity)

88.    To the extent that the Complaint attempts to predicate liability upon any public entity defendants or any employees thereof for purported negligence in retention, hiring, employment, training, or supervision of any public employee, such liability is barred by Government Code sections 815.2 and 820.2 and *Herndon v. County of Marin* (1972) 25 Cal. App. 3d 933, 935, 936, *rev'd on other grounds by Sullivan v. County of Los Angeles* (1974) 12 Cal.3d 710; and by the lack of any duty running to any plaintiffs; by the fact that any such purported act or omission is governed exclusively by statute and is outside the purview of any public employees' authority; and by the failure of any such acts or omissions to be the proximate or legal cause of any injury alleged in the Complaint. *See de Villers v. County of San Diego*, 156 Cal.App.4th 238, 251-253, 255-256 (2007).

89.    These defendants may not be held liable on a *respondeat superior* theory for any negligent or wrongful act or omission on the part of any subordinate. Cal. Government Code §§ 844.6, 845.6; Cal. Civil Code § 2351; *Malloy v. Fong* (1951) 37 Cal.2d 356, 378-379; *Monell v. Department of Social Services of the City of New York* (1978) 436 U.S. 658; *Larez v. City of Los Angeles* (9th Cir. 1991) 946 F.2d 630, 645-646; *cf. City of Canton v. Harris*, 489 U.S. 378, 388-389 (1989); *City of Los*

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

1  *Angeles v. Heller*, 475 U.S. 796 (1986).

2  ### NINTH AFFIRMATIVE DEFENSE

3  ### (Qualified Immunity & Good Faith Immunity)

4        90.    Defendants and their agents or officers at all times relevant to this action
5  acted reasonably and prudently under the circumstances.  Defendants therefore assert
6  the individual defendants' Qualified Immunity from liability to the fullest extent
7  applicable.

8        91.    Defendant(s) is/are immune from liability under the Federal Civil Rights
9  Act because they acted in good faith with an honest and reasonable belief that their
10  actions were necessary and appropriate.  Defendant(s) is/are immune from liability
11  under the Federal Civil Rights Act because a reasonable police officer could believe
12  that their acts and conduct were appropriate.  Defendant(s) is/are immune from
13  liability under the Federal Civil Rights Act because their conduct did not violate
14  clearly established rights.  Defendant(s) is/are also immune from liability under the
15  doctrine of Qualified Immunity.

16        92.    At all relevant times, defendants acted within the scope of discretion,
17  with due care, and good faith fulfillment of responsibilities pursuant to applicable
18  statutes, rules and regulation, within the bounds of reason, and with the good faith
19  belief that their actions comported with all applicable federal and state laws.  *Harlow
20  v. Fitzgerald* (1982) 457 U.S. 800; Cal Gov. Code §§ 815.2 and 820.2.

21  ### TENTH AFFIRMATIVE DEFENSE

22  ### (Assumption of Risk)

23        93.    At the time and place referred to in the Complaint for Damages, and
24  before such event, plaintiffs' decedent knew, appreciated, and understood each and
25  every risk involved in placing himself in the position which plaintiff then assumed,
26  and willingly, knowingly and voluntarily assumed each of such risks, including, but
27  not limited to, the risk of suffering personal bodily injury, lawful deprivation of
28  right(s), or death.

## **PRAYER FOR RELIEF**

WHEREFORE, the answering Defendants pray as follows:

1.    That the First Amended Complaint be dismissed, with prejudice and in its entirety;

2.    That Plaintiffs take nothing by reason of this First Amended Complaint and that judgment be entered against Plaintiffs and in favor of Defendants;

2.    That Defendants be awarded attorneys' fees and costs of this suit and costs of proof; and

3.    That Defendants be awarded such other relief as the Court deems just and proper.

## **JURY DEMAND**

Defendants demand a trial by jury as to each issue triable by jury.

DATED:  May 11, 2021

**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**

By:    /s/ Eugene P. Ramirez
Eugene P. Ramirez, Esq.
Tony M. Sain, Esq.
Garros Chan, Esq.
Attorneys for Defendants, COUNTY OF
RIVERSIDE and MATT BORDEN

Case No. 5:21-CV-00526-JAK (KKx)