UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, COUNTY OF RIVERSIDE; DANE NOREM; JEFFREY MCKEE; MATT BORDEN; and DOES 1 through 100, inclusive,<br><br>Defendant. | No. 5:21-cv-00526-JAK-KK<br><br>**ORDER RE STIPULATION OF THE PARTIES AND JOINT REQUEST FOR ORDER TO MODIFY CASE MANAGEMENT SCHEDULE TO CONTINUE ALL PENDING DEADLINES AND THE TRIAL DATE (DKT. 27)** |

Based on a review of the Stipulation of the Parties and Joint Request for Order to Modify Case Management Schedule to Continue all Pending Deadlines and the Trial Date (the "Stipulation" (Dkt. 27)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED IN PART**. The scheduling order is modified as follows:

/ /

| Case Management Event: | Prior-Operative Date-Deadline: | NEW Date-Deadline: |
|---|---|---|
| Settlement Conference Deadline | June 6, 2022 | September 12, 2022 |
| Last day to file notice of settlement / joint report re settlement | June 8, 2022 | September 14, 2022 |
| Post Mediation Status Conference | June 27, 2022, at 11:30 a.m. | September 19, 2022, at 11:30 a.m. |
| Non-Expert Discovery Cut-Off (Non-Expert Discovery Completion Due) | June 13, 2022 | September 19, 2022 |
| Expert Disclosures and Reports – Service Due (Initial) | June 27, 2022 | October 3, 2022 |
| Rebuttal-Supplemental Expert Disclosures – Service Due | July 11, 2022 | October 17, 2022 |
| Expert Discovery Cut-Off (Expert Discovery Completion Due) | July 25, 2022 | October 31, 2022 |
| Dispositive Motion (MSJ) – Filing Deadline | August 2, 2022 | November 8, 2022 |

All other dates and deadlines remain unchanged. In light of the Stipulation and prior continuance, there will be no further continuances of the dates and deadlines in the scheduling order absent a showing of compelling circumstances that could not reasonably have been anticipated.

**IT IS SO ORDERED.**

DATED: April 26, 2022

John A. Kronstadt
United States District Judge