1  ROB BONTA
   Attorney General of California
2  RHONDA L. MALLORY
   Supervising Deputy Attorney General
3  DOUGLAS E. BAXTER
   Deputy Attorney General
4  State Bar No. 201351
   TIM J. VANDEN HEUVEL
5  Deputy Attorney General
   State Bar No. 140731
6    600 West Broadway, Suite 1800
     San Diego, CA 92101
7    P.O. Box 85266
     San Diego, CA 92186-5266
8    Telephone: (619) 738-9567
     Fax: (619) 645-2581
9    E-mail: Douglas.Baxter@doj.ca.gov
   *Attorneys for Defendants State of California*
10 *(by and through the California Highway*
   *Patrol), Dane Norem, and Jeffrey McKee*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF CALIFORNIA; COUNTY OF RIVERSIDE; DANE NOREM; JEFFREY MCKEE; MATT BORDEN; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.: 5:21-cv-00526-JWH (KKx) <br><br> **NOTICE OF MOTION AND MOTION BY THE OFFICE OF THE ATTORNEY GENERAL OF CALIFORNIA AND ITS DEPUTY ATTORNEYS GENERAL TO WITHDRAW FROM REPRESENTATION OF DEFENDANT JEFFREY MCKEE** <br><br> Date: February 13, 2023 <br> Time: 8:30 a.m. <br> Courtroom: 10B <br> Judge: The Honorable John A. Kronstadt |

/ / /

/ / /

1

1  **TO DEFENDANT JEFFREY MCKEE AND TO ALL OTHER PARTIES
2  IN THIS ACTION AND THEIR COUNSEL OF RECORD:**

3  **PLEASE TAKE NOTICE** that on February 13, 2023 at the hour of 8:30 a.m., or as soon thereafter as the matter may be heard before the Honorable John A. Kronstadt, United States District Judge, in Department 10B of the above-entitled Court, Deputy Attorneys General Douglas E. Baxter and Tim J. Vanden Heuvel and their employing law firm, the Office of the Attorney General of California, will and hereby do move this Court to allow them to withdraw as counsel of record for Defendant Jeffrey McKee due to the discovery of an actual conflict of interest. This conflict of interest affects the ability of the Office of the Attorney General of California and its Deputy Attorneys General to continue to represent Defendant Jeffrey McKee in this action consistently with the California Rules of Professional Conduct.  Withdrawal of the Office of Attorney General from representing Jeffrey McKee will not prejudice other parties or harm or delay the administration of justice.  Also, the State of California will be retaining and paying for independent counsel to appear for and represent Jeffrey McKee in this action.

This motion is based on this notice of motion and motion, the supporting memorandum of points and authorities, the supporting declaration of Douglas E. Baxter, and on such other papers, arguments, and evidence as the Court may consider at or before the hearing on this matter.

## CONFERENCE OF COUNSEL PRIOR TO FILING OF MOTION (LOCAL RULE 7-3)

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on December 8, 2022 telephonically between defense counsel Douglas E. Baxter and plaintiffs' counsel Gregory Peacock.  Counsel reside in different counties.

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: December 15, 2022 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | RHONDA L. MALLORY<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | /s/ Douglas E. Baxter<br>DOUGLAS E. BAXTER |
| 6 | | Deputy Attorney General<br>*Attorneys for Defendants State of* |
| 7 | | *California (by and through the California Highway Patrol), Dane Norem, and Jeffrey McKee* |

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Devonte Stephenson, et al. v. State of California, et al.** | No. | **5:21-cv-00526-JWH (KKx)** |

I hereby certify that on December 15, 2022, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **NOTICE OF MOTION AND MOTION BY THE OFFICE OF THE ATTORNEY GENERAL OF CALIFORNIA AND ITS DEPUTY ATTORNEYS GENERAL TO WITHDRAW FROM REPRESENTATION OF DEFENDANT JEFFREY MCKEE**
- **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION BY THE OFFICE OF THE ATTORNEY GENERAL OF CALIFORNIA AND ITS DEPUTY ATTORNEYS GENERAL TO WITHDRAW FROM REPRESENTATION OF DEFENDANT JEFFREY MCKEE**
- **DECLARATION OF DOUGLAS E. BAXTER IN SUPPORT OF MOTION BY THE OFFICE OF THE ATTORNEY GENERAL OF CALIFORNIA AND ITS DEPUTY ATTORNEYS GENERAL TO WITHDRAW FROM REPRESENTATION OF DEFENDANT JEFFREY MCKEE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on December 15, 2022, at San Diego, California.

| | |
|---|---|
| E. Taylor | _(signature)_ |
| Declarant | Signature |

SD2020700119
83731178.docx