Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Kimberly A. Sullivan, Esq. (317857)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail: lroistacher@deangazzo.com
ksullivan@deangazzo.com

Attorneys for Defendant
Jeffrey McKee

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; COUNTY OF RIVERSIDE; DANE NOREM; JEFFREY MCKEE; MATT BORDEN; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 5:21-cv-00526-JAK-KK<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: John A. Kronstadt<br>Magistrate: Kenly Kiya Kato<br><br>Complaint Filed: March 24, 2021<br>Trial Date: None set |

I Cherie Parker, declare:

1. That I am and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to the action; and I am employed in the County of San Diego, California, in which county the within-mentioned

mailing occurred. My business address is 440 Stevens Avenue, Suite 100, Solana Beach, California, 92075 and my electronic address is cparker@deangazzo.com.

On May 18, 2023, I served the following documents described as:

**STIPULATION TO MODIFY CURRENT SCHEDULING ORDER; [PROPOSED] ORDER; AND, [PROPOSED] ORDER RE STIPULATION TO MODIFY CURRENT SCHEDULING ORDER**

on all interested parties in this action addressed as follows:

| | |
|---|---|
| Steven A Lerman, Esq.<br>Nicholas Lerman, Esq.<br>Steven A Lerman and Associates Inc.<br>6033 West Century Boulevard<br>Suite 740<br>Los Angeles, CA 90045<br>Tel: 310-659-8166<br>Fax: 310-285-0779<br>Email: slermanlaw@yahoo.com<br>nlermanesq@injurylawadvocates.com | Attorneys for Plaintiffs |
| Gregory Paul Peacock, Esq.<br>Law Office of Gregory Peacock<br>4063 Birch Street, Suite 100<br>Newport Beach, CA 92660<br>Tel: 949-292-7478<br>Email:<br>gregorypeacockesq@gmail.com | Attorneys for Plaintiffs |
| Douglas E Baxter, Esq.<br>CAAG - Office of Attorney General<br>California Department of Justice<br>600 West Broadway Suite 1800<br>San Diego, CA 92101<br>Tel: 619-738-9567<br>Fax: 619-645-2581<br>Email: Douglas.Baxter@doj.ca.gov | Attorney for Defendants, State of California and Dane Norem |

__X__    BY ELECTRONIC SERVICE: On the date stated above, I served the documents via CM/ECF described above on designated recipients through electronic transmission of said documents; a certified receipt is issued to filing party acknowledging receipt by CM/ECF's system. Once CM/ECF has served all designated recipients, proof of electronic service is returned to the filing party.

_____  BY FACSIMILE: By use of a facsimile machine, telephone number (858) 492-0486, at approximately _____ a.m./p.m. on _____, I served a copy of the documents described above on all designated recipients. The facsimile machine I used complied with California Rules of Court, Rule 2033(3) and no error was reported by the machine.

_____  BY E-MAIL: On the date stated above, I caused to be served the document via Email described above on designated recipients.

_____  BY MAIL: By placing an envelope for collection and mailing following our ordinary business practices. I am readily familiar with the office's practice of collecting and processing of documents for mailing. Under that practice it would be deposited with the United States Postal Service on the same day in a sealed envelope with first-class postage prepaid at Solana Beach, California in the ordinary course of a business day.

_____  BY OVERNIGHT DELIVERY: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 18, 2023.

_____
Cherie Parker, Declarant

3

Case No. 5:21-cv-00526-JAK-KK