ROB BONTA
Attorney General of California
RHONDA L. MALLORY
Supervising Deputy Attorney General
DOUGLAS E. BAXTER
Deputy Attorney General
State Bar No. 201351
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone:  (619) 738-9567
 Fax:          (619) 645-2581
 E-mail:  Douglas.Baxter@doj.ca.gov
Deputy Attorney General
*Attorneys for Defendants State of California (by and through the California Highway Patrol) and Dane Norem*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF CALIFORNIA; COUNTY OF RIVERSIDE; DANE NOREM; JEFFREY MCKEE; MATT BORDEN; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.: 5:21-cv-00526-JAK (KKx) <br><br> **PARTIES' STIPULATED REQUEST FOR PARTIAL MODIFICATION OF DEADLINE TO COMPLETE NON-EXPERT DISCOVERY AND EXTENSION OF THE EXPERT DISCLOSURES AND EXPERT DISCOVERY DEADLINES** <br><br> *Filed Concurrently with [Proposed] Order* <br><br> Date:           UNDER SUBMISSION <br> Time:          UNDER SUBMISSION <br> Courtroom:  10B <br> Judge:         Hon. John A. Kronstadt |

**TO THE HONORABLE COURT:**

**COME NOW** Defendants State of California (by and through the California Highway Patrol), Dane Norem, and Jeffrey McKee and Plaintiffs Devonte Stephenson, Linden Stephenson, and Keandre Stephenson and stipulate and agree to request partial modification of the deadline to complete non-expert discovery and extension of the expert disclosure and expert discovery deadlines as follows:

## RECITALS OF CURRENT DEADLINES FOR COMPLETING NON-EXPERT DISCOVERY, EXPERT DISCLOSURES, AND EXPERT DISCOVERY

1. The current deadline for the parties to complete non-expert discovery is August 7, 2023. (ECF No. 51.)

2. The current deadline for initial expert disclosures is August 21, 2023. The current deadline for rebuttal expert disclosures is September 6, 2023. (ECF No. 51.)

3. The current deadline to complete expert discovery is September 18, 2023. (ECF No. 51.)

## STIPULATED REQUEST BY PARTIES TO PARTIALLY MODIFY DISCOVERY CUTOFF AND TO EXTEND EXPERT DISCLOSURES AND EXPERT DISCOVERY DEADLINES

Based on the Good Cause Statement below, the parties stipulate and agree to request this Court to make the following modifications to remaining discovery deadlines as follows:

1. The parties are asking for extension of the August 7, 2023, non-expert discovery deadline to September 15, 2023 for the limited purpose of allowing Plaintiffs to take the deposition(s) of the person or persons-most-qualified with the California Highway Patrol on specific policy/training subjects that the parties have already discussed. The parties are not seeking extension of the non-expert discovery deadline for any other reason.

1   2.   The parties are seeking extension of the initial expert disclosures deadline
2   to September 15, 2023 and the rebuttal expert disclosures deadline to September 29,
3   2023.
4   3.   The parties are seeking extension of the expert discovery deadline to
5   October 13, 2023.
6   The parties are not requesting to move the October 2, 2023 dispositive motion
7   filing deadline.

**GOOD CAUSE STATEMENT FOR REQUESTED MODIFICATIONS**

9   1.   With respect to the request for limited-purpose extension of the non-
10  expert discovery deadline, Plaintiffs' counsel's analysis of recent production by the
11  State (CHP) of certain policy and training documents has given rise to Plaintiffs'
12  counsel's need to conduct the deposition(s) of the person or person(s) most-
13  qualified from the CHP to testify on two policy/training subject matter areas for
14  further development of the facts, evidence, and legal arguments in the case.
15  Plaintiff's counsel and counsel for the State (CHP) are in agreement that the
16  necessary deposition work in this area can be concluded by September 15, 2023.
17  Given the subject matter that Plaintiff' counsel is identifying for these PMQ
18  depositions, it is anticipated that it will require a minimum of 2 CHP personnel to
19  testify at deposition.  The parties are not seeking to extend the non-expert discovery
20  deadline to conduct any other type of additional discovery.
21  2.   With respect to the request to extend the expert disclosures and expert
22  discovery completion deadlines, the deposition of Defendant CHP Officer Dane
23  Norem is scheduled to occur on August 7, 2023.  The parties attempted to lineup
24  Officer Norem's deposition sooner, but trial conflicts and other scheduling conflicts
25  prevented this from occurring prior to July.  Then, Officer Norem has been out-of-
26  state and off-duty for the past month.  He is returning to duty on August 7, 2023.  It
27  is essential for almost all of the experts on both the defense and plaintiffs' side of
28  this case to review, analyze, and discuss this key party deposition in their expert

1  reports. Officer Norem was the officer who was involved in the roadside contact
2  with Plaintiffs' decedent from start to finish and who has the most knowledge of the
3  entire struggle the preceded the death of Plaintiffs' decedent. Because the current
4  deadline for initial expert reports is August 21, 2023, there will be insufficient time
5  to obtain the transcript of Officer Norem's deposition and have all of the necessary
6  experts review it and incorporate information from that transcript into the expert
7  analysis and reports by the deadline. Many of the expert witnesses are medical
8  experts who will be relying on information from Officer Norem's deposition
9  testimony about the specifics of the struggle with Plaintiffs' decedent and the
10 timing/sequence of events for key facts that affect the analysis of possible cause of
11 death in this case. Also, the police practices experts will undoubtedly need to
12 thoroughly digest, analyze, and discuss Officer Norem's deposition testimony. The
13 medical experts on the defense side are also active clinical practitioners who have
14 heavily impacted schedules. They have explained that they will need additional
15 time beyond August 21, 2023 to read, digest, analyze, and incorporate Officer
16 Norem's testimony into their formation of opinions and production of reports. In
17 addition, two of Defendants' experts are going to be out of service completely for
18 pre-planned trips during the time interval in which Officer Norem's deposition is
19 going to become available and August 21, 2023.
20      3.    For these reasons, the parties stipulate and agree that there is a critical
21 need for the above-requested modifications to the remaining discovery deadlines in
22 this case.
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

4

1 **IT IS SO STIPULATED.**

2  Dated: August 3, 2023                    Respectfully submitted,

3                                           ROB BONTA
                                            Attorney General of California
4                                           RHONDA L. MALLORY
                                            Supervising Deputy Attorney General
5

6

7                                           /s/ *Douglas E. Baxter*
                                            DOUGLAS E. BAXTER
                                            Deputy Attorney General
8                                           *Attorneys for Defendants California*
                                            *Highway Patrol and John Gette*
9

10 Dated: August 3, 2023                    **STEVEN A. LERMAN &**
                                            **ASSOCIATES, INC/LAW OFFICE**
11                                          **OF GREGORY PEACOCK**

12

13
                                            By:  /s/ *Gregory Peacock*
14                                               Gregory Peacock, Esq.
15                                               Steven A. Lerman, Esq.
                                                 Nicholas M. Lerman, Esq.
16                                               Attorneys for Plaintiffs, DEVONTE
17                                               STEPHENSON, LINDEN
                                                 STEPHENSON, and KEANDRE
18                                               STEPHENSON

19
20 Dated: August 3, 2023                    **DEAN GAZZO ROISTACHER LLP**

21
                                            By:  /s/ *Lee H. Roistacher*
22                                               Lee H. Roistacher, Esq.
                                                 Kimberly A. Sullivan, Esq.
23                                               Attorneys for Defendant Jeffrey McKee

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

5

**STIPULATION SIGNATURE CERTIFICATION**

I, Douglas E. Baxter, by my signature below, certify that the content of this document is acceptable to all named counsel above and that I have obtained authorization from counsel to affix their electronic signatures to this document.

Dated: August 3 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
RHONDA L. MALLORY
Supervising Deputy Attorney General

*/s/ Douglas E. Baxter*
DOUGLAS E. BAXTER
Deputy Attorney General
*Attorneys for Defendants State of California (by and through the California Highway Patrol) and Dane Norem*

SD2020700119
84079213.docx

# CERTIFICATE OF SERVICE

Case Name: **Devonte Stephenson, et al. v. State of California, et al.**
USDC Central District Case No.:     **5:21-cv-00526-JWH (KKx)**

I hereby certify that on **August 3, 2023**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**PARTIES' STIPULATED REQUEST FOR PARTIAL MODIFICATION OF DEADLINE TO COMPLETE NON-EXPERT DISCOVERY AND EXTENSION OF THE EXPERT DISCLOSURES AND EXPERT DISCOVERY DEADLINES; and**

**PROPOSED ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **August 3, 2023**, at San Diego, California.

| T. Zendejas | | Signature |
| --- | --- | --- |
| Declarant | | |

SD2020700119
84080466.docx