1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON, | Case No.: 5:21-cv-00526-JAK (KKx) **[PROPOSED] ORDER** |
| Plaintiffs, | |
| v. | |
| STATE OF CALIFORNIA; COUNTY OF RIVERSIDE; DANE NOREM; JEFFREY MCKEE; MATT BORDEN; and DOES 1 through 100, inclusive, | |
| Defendants. | |

Based on the Parties' Stipulated Request for Partial Modification of Deadline to Complete Non-Expert Discovery and Extension of the Expert Disclosures and Expert Discovery Deadlines, and good cause appearing therein, **IT IS HEREBY ORDERED:**

/ / /

/ / /

1     1.    The non-expert discovery deadline is extended to September 15, 2023 for

2   the limited purpose of allowing Plaintiffs to take the deposition(s) of the person or

3   persons-most-qualified with the California Highway Patrol on specific

4   policy/training subjects that the parties have already discussed.  The non-expert

5   discovery deadline is not extended for other purposes.

6     2.    The initial expert disclosures deadline is extended to September 15, 2023

7   and the rebuttal expert disclosures deadline is extended to September 29, 2023.

8     3.    The deadline to complete expert discovery is extended to October 13,

9   2023.

10     No other modifications to previously-ordered deadlines are made by this

11   order.

12   **IT IS SO ORDERED**.

13

14   Dated: _____

15                                  Honorable John A. Kronstadt
                                 United States District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

Case Name: **Devonte Stephenson, et al. v. State of California, et al.**
USDC Central District Case No.:       **5:21-cv-00526-JWH (KKx)**

I hereby certify that on <u>**August 3, 2023**</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**PARTIES' STIPULATED REQUEST FOR PARTIAL MODIFICATION OF DEADLINE TO COMPLETE NON-EXPERT DISCOVERY AND EXTENSION OF THE EXPERT DISCLOSURES AND EXPERT DISCOVERY DEADLINES; and**

**PROPOSED ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>**August 3, 2023**</u>, at San Diego, California.

|  |  |  |
|---|---|---|
| T. Zendejas | | Signature |
| Declarant | | |

SD2020700119
84080466.docx