UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; COUNTY OF RIVERSIDE; DANE NOREM; JEFFREY MCKEE; MATT BORDEN; and DOES 1 through 100, inclusive,<br><br>Defendants. | No. 5:21-cv-00526-JAK (KKx)<br><br>**ORDER RE PARTIES' STIPULATED REQUEST FOR PARTIAL MODIFICATION OF DEADLINE TO COMPLETE NON-EXPERT DISCOVERY AND EXTENSION OF THE EXPERT DISCLOSURES AND EXPERT DISCOVERY DEADLINES (DKT. 57)** |

Based on a review of the Parties' Stipulated Request for Partial Modification of Deadline to Complete Non-Expert Discovery and Extension of the Expert Disclosures and Expert Discovery Deadlines (Dkt. 57, the "Request"), sufficient food cause has been shown for the requested relief. Therefore, the Request is **GRANTED**. The Scheduling Order is modified as follows:

| Case Management Event | Current Deadline | New Deadline |
|---|---|---|
| Non-Expert Discovery Completion | August 7, 2023 | September 15, 2023, for the limited purpose of allowing Plaintiffs to take the deposition(s) of the person or persons-most-qualified with the California Highway Patrol on specific policy/training subjects that the parties have already discussed. The non-expert discovery deadline is not extended for other purposes. |
| Initial Expert Disclosures and Reports | August 21, 2023 | September 15, 2023 |
| Rebuttal Expert Disclosures and Reports | September 6, 2023 | September 29, 2023 |
| Expert Discovery Completion | September 18, 2023 | October 13, 2023 |
| Dispositive Motion Filing Deadline | October 2, 2023 | October 2, 2023 |

All other dates and deadlines remain unchanged.

**IT IS SO ORDERED.**

Dated: August 8, 2023

_____
John A. Kronstadt
United States District Judge