Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Kimberly A. Sullivan, Esq. (317857)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone:  (858) 380-4683
Facsimile:  (858) 492-0486
E-mail: lroistacher@deangazzo.com
ksullivan@deangazzo.com

Attorneys for Defendant
Jeffrey McKee

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,<br><br>                Plaintiffs,<br><br>        v.<br><br>STATE OF CALIFORNIA; COUNTY OF RIVERSIDE; DANE NOREM; JEFFREY MCKEE; MATT BORDEN; and DOES 1 through 100, inclusive,<br><br>                Defendants. | Case No.:  5:21-cv-00526-JAK-KK<br><br>**STIPULATION OF DISMISSAL; [PROPOSED] ORDER**<br><br>Judge: John A. Kronstadt<br>Mag. Judge Kenly Kiya Kato<br><br>Complaint Filed:  March 24, 2021<br>Trial Date: None set |

   Plaintiffs Devonte Stephenson, Individually and as Successor in Interest to Decedent Leroy Stephenson; Linden Stephenson, Individually and as Successor in Interest to Decedent Leroy Stephenson; Keandre Stephenson, Individually and as Successor in Interest to Decedent Leroy Stephenson and defendant Jeffrey

///

1

Case No.:  5:21-cv-00526-JAK-KK

McKee, through respective counsel, stipulate as follows regarding plaintiffs' operative first amended complaint (Doc. 1, pp. 9-21):

    1.    Plaintiffs dismiss with prejudice their Fifth Claim for Relief against defendant McKee;

    2.    Plaintiffs dismiss with prejudice their claim for punitive damages under federal and state law against defendant McKee;

    3.    Each party will bear their own fees and costs regarding these dismissals.

Pursuant to this stipulation, stipulating parties request the Court enter an order of dismissal under Federal Rule of Civil Procedure 41(a)(2).

Dated: September 11, 2023        Law Offices of Dale K. Galipo

By: */s/ Cooper Alison-Mayne*
Dale K. Galipo
Cooper Alison-Mayne
Attorneys for Plaintiffs
Email: dalegalipo@yahoo.com
cmayne@galipolaw.com

Dated: September 11, 2023        Dean Gazzo Roistacher LLP

By: */s/ Lee H. Roistacher*
Lee H. Roistacher
Kimberly A. Sullivan
Attorneys for Defendant
Jeffrey McKee
Email: lroistacher@deangazzo.com
ksullivan@deangazzo.com

///
///

# **SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to counsel for all parties and that I have obtained Plaintiffs' counsel's authorization to affix his electronic signature to this document.

Dated: September 11, 2023        */s/ Lee H. Roistacher*

　　　　　　　　　　　　　　　　Lee H. Roistacher