1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; COUNTY OF RIVERSIDE; DANE NOREM; JEFFREY MCKEE; MATT BORDEN; and DOES 1 through 100, inclusive,<br><br>Defendants. | No. 5:21-cv-00526-JAK (KKx)<br><br>**ORDER RE STIPULATION OF DISMISSAL (DKT. 60)** |

1

     Based on a review of the Stipulation of Dismissal (the "Stipulation" (Dkt. 60)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

     Plaintiffs' Fifth Claim for Relief as asserted against Defendant McKee is hereby dismissed with prejudice. Plaintiffs' claim for punitive damages under federal and state law as asserted against Defendant McKee is hereby dismissed with prejudice. Plaintiffs and Defendant McKee shall each bear their own attorneys' fees and costs related to the dismissals of these claims. This stipulation does not affect any of Plaintiffs' remaining claims in this matter.

**IT IS SO ORDERED.**

Dated: September 14, 2023     _____

                                            John A. Kronstadt

                                            United States District Judge