1  Dean Gazzo Roistacher LLP
   Lee H. Roistacher, Esq. (SBN 179619)
2  Kimberly A. Sullivan, Esq. (317857)
   440 Stevens Avenue, Suite 100
3  Solana Beach, CA  92075
   Telephone:  (858) 380-4683
4  Facsimile:  (858) 492-0486
   E-mail: lroistacher@deangazzo.com
5          ksullivan@deangazzo.com

6  Attorneys for Defendant
   Jeffrey McKee

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10 | DEVONTE STEPHENSON, | Case No.:  5:21-cv-00526-JAK-KK |
   individually and as successor in
11 interest to Decedent LEROY | **[PROPOSED] JUDGMENT RE** |
   STEPHENSON; LINDEN | **MOTION FOR SUMMARY** |
12 STEPHENSON, individually and as | **JUDGMENT BY DEFENDANT** |
   successor in interest to Decedent | **JEFFREY MCKEE** |
13 LEROY STEPHENSON;
   KEANDRE STEPHENSON,
14 individually and as successor in | Date:        November 6, 2023 |
   interest to Decedent LEROY | Time:        8:30 a.m. |
15 STEPHENSON, | Courtroom:  10B |
   | Judge:        John A. Kronstadt |
16          Plaintiffs, | Mag. Judge: Kenly Kiya Kato |

17      v. | Complaint Filed:  March 24, 2021 |
   | Trial Date: None set |
18 STATE OF CALIFORNIA;
   COUNTY OF RIVERSIDE; DANE
19 NOREM; JEFFREY MCKEE;
   MATT BORDEN; and DOES 1
20 through 100, inclusive,

21          Defendants.

22

23        Pursuant to this Court's order granting defendant Jeffrey McKee summary

24 judgment, judgment is entered in favor of McKee and against plaintiffs.

25

26 Dated: _____      _____

27                                     Hon. John A. Kronstadt
                                       United States District Judge
28

                                1

                                       Case No.:  5:21-cv-00526-JAK-KK