|  |  |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DEVONTE STEPHENSON, et al., | No. 5:21-cv-00526-JAK (KKx) |
|---|---|
| Plaintiffs, | **ORDER RE JOINT STIPULATION TO CONTINUE EXPERT DISCOVERY COMPLETION DEADLINE (DKT. 70)** |
| v. |  |
| STATE OF CALIFORNIA, et al., |  |
| Defendants. |  |

1

1	Based on a review of the Joint Stipulation to Continue Expert Discovery
2	Completion Deadline (the "Stipulation" (Dkt. 70)), sufficient good cause has been shown
3	for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:
4	The deadline for Expert Discovery Completion is continued from October 20,
5	2023 to November 11, 2023.  However, in light of the Stipulation and five prior
6	continuances, there will be no further continuances of the dates and deadlines in the
7	scheduling order absent a showing of compelling circumstances that could not
8	reasonably have been anticipated.

**IT IS SO ORDERED.**

Dated:  October 11, 2023           _____
John A. Kronstadt
United States District Judge