Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Kimberly A. Sullivan, Esq. (317857)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone:  (858) 380-4683
Facsimile:  (858) 492-0486
E-mail: lroistacher@deangazzo.com
　　　　ksullivan@deangazzo.com

Attorneys for Defendant
Jeffrey McKee

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>STATE OF CALIFORNIA; COUNTY OF RIVERSIDE; DANE NOREM; JEFFREY MCKEE; MATT BORDEN; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No.:  5:21-cv-00526-JAK-KK<br><br>**DECLARATION OF LEE H. ROISTACHER IN SUPPORT OF REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT BY DEFENDANT JEFFREY MCKEE**<br><br>Date:　　　November 6, 2023<br>Time:　　　8:30 a.m.<br>Courtroom:　10B<br>Judge:　　　John A. Kronstadt<br>Mag. Judge: Kenly Kiya Kato<br><br>Complaint Filed:  March 24, 2021<br>Trial Date: None set |

　　　I, Lee H. Roistacher, declare as follows:

　　　1.　　I am an attorney at law, duly admitted to practice before the United States District Court Central District of California, and I am a partner with the firm of Dean Gazzo Roistacher LLP, attorneys of record for defendants Jeffrey McKee in the above matter.

2. I have personal knowledge of all the matters stated herein, and if called as a witness, I could competently testify thereto, except as to those matters stated upon information and belief, and as to those matters, I believe them to be true.

3. I was told by McKee's former counsel (Douglas Baxter) that an e-service agreement existed. Throughout my involvement in this case since February 2023, no reason existed for me to believe an e-service agreement didn't exist because all parties had e-served all discovery. Indeed, plaintiffs e-served responses to e-served discovery before the RFAs were e-served on May 31, 2023. *See also* Sullivan Declaration. Plaintiffs e-served deposition notices for defendants, including the deposition notice for McKee that was e-served on May 26, 2023 - five days before e-service of RFAs. *See also Id.*

4. After new counsel for plaintiffs appeared in early August 2023, I met and conferred with him by phone on August 17, 2023 about this motion and advised him of the unanswered RFAs. He was surprised and said he would investigate the matter. The issue of e-service was not raised by plaintiffs' counsel until September 27, 2023 in an email stating that was the position that would be taken in opposition to the summary judgment motion.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct and that this declaration was executed this 16th day of October, 2023, at Solana Beach, California.

                      */s/ Lee H. Roistacher*
                      Lee H. Roistacher, declarant