Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Kimberly A. Sullivan, Esq. (317857)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail: lroistacher@deangazzo.com
        ksullivan@deangazzo.com

Attorneys for Defendant
Jeffrey McKee

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF CALIFORNIA; COUNTY OF RIVERSIDE; DANE NOREM; JEFFREY MCKEE; MATT BORDEN; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.: 5:21-cv-00526-JAK-KK <br><br> **DECLARATION OF KIMBERLY A. SULLIVAN IN SUPPORT OF REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT BY DEFENDANT JEFFREY MCKEE** <br><br> Date: November 6, 2023 <br> Time: 8:30 a.m. <br> Courtroom: 10B <br> Judge: John A. Kronstadt <br> Mag. Judge: Kenly Kiya Kato <br><br> Complaint Filed: March 24, 2021 <br> Trial Date: None set |

I, Kimberly A. Sullivan, declare:

1.      I am an attorney at law, duly admitted to practice before the courts of this state and am a senior associate with the firm of Dean Gazzo Roistacher, LLP attorneys of record for defendant Jeffrey McKee in the above-captioned matter.

///

1

2.     I have personal knowledge of all the matters stated herein and, if called as a witness, I could competently testify thereto, except as to those matters stated upon information and belief, and as to those matters, I believe them to be true.

3.     On March 14, 2023, on behalf of McKee, my office propounded written discovery to plaintiffs via electronic service to their counsel of record Gregory Peacock, Steven Lerman, and Nicolas Lerman. Attached hereto as Exhibit A is a true and correct copy of that email.

4.     When my office did not timely receive responses to the discovery electronically served on March 14, 2023, I met and conferred with Mr. Peacock. I advised him that because his plaintiffs' responses were not timely served all of their objections were waived. Mr. Peacock said nothing about there being no e-service agreement. I then gave him an extension to respond to the discovery, which he confirmed he had received during a telephone call I had with him on May 1, 2023. Attached hereto as Exhibit B is a true and correct copy of email correspondence with Mr. Peacock in which I followed up on the outstanding discovery that was served on March 14, 2023 and providing Mr. Peacock with additional time to serve plaintiffs responses to the same.

5.     On May 15, 2023, Mr. Peacock, on behalf of plaintiffs, electronically served plaintiffs responses to the discovery propounded by McKee on March 14, 2023. Those responses contained no objections. Attached hereto as Exhibit C is a true and correct copy of Mr. Peacock's email serving plaintiffs' responses to the discovery propounded by McKee on March 14, 2023.

On May 26, 2023, Mr. Peacock, on behalf of plaintiffs, electronically served a notice of deposition of my client McKee on my office. Attached hereto as Exhibit D is a true and correct copy of that email.

6.     On May 31, 2023, on behalf of McKee, my office propounded discovery to plaintiffs via electronic service to Mr. Peacock, Mr. S. Lerman, and

Mr. N. Lerman. Included in that discovery was a set of requests for admission to each plaintiff (RFAs). Attached hereto as Exhibit E is a true and correct copy of that email.

7.     On July 5, 2023, I emailed Mr. Peacock to request the status of the discovery that was electronically served to plaintiffs on May 31, 2023. Attached hereto as Exhibit F is a true and correct copy of that email.

8.     On July 6, 2023, Mr. Peacock called me on my office line at 11:07 a.m. We spoke for approximately 12 minutes and 25 seconds. During that call, he informed me that he received the discovery that was electronically served by my office on behalf of McKee on May 31, 2023 and would get plaintiffs responses to me in the next few weeks. I relied on Mr. Peacock's representation that he would serve plaintiffs responses in the next few weeks that service was properly effected on May 31, 2023. During that call, Mr. Peacock never mentioned anything about the manner of service being improper or to advise that the discovery needed to be served via mail or any other method to be properly effected. Attached hereto as Exhibit G is a true and correct copy of a screenshot from my phone showing that I spoke with Mr. Peacock on July 6, 2023. Counsel neither questioned nor objected to e-service nor did he disclose not seeing the email serving the RFAs until after the time to respond passed.  Had he done the former, McKee would have reserved the RFAs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this  16th  day of October 2023, at Solana Beach, California.

*/s/ Kimberly A. Sullivan*
Kimberly A. Sullivan, Declarant

3

# EXHIBIT "A"

**Kimberly Sullivan**

| | |
|---|---|
| **From:** | Melissa Macias |
| **Sent:** | Tuesday, March 14, 2023 4:18 PM |
| **To:** | Douglas.Baxter@doj.ca.gov; gregorypeacockesq@gmail.com; slermanlaw@yahoo.com; nlermanesq@injurylawadvocates.com |
| **Cc:** | Kimberly Sullivan; Lee Roistacher; Mari Kilcrease |
| **Subject:** | Stephenson v. CHP |
| **Attachments:** | _COS RFP 01 to Pltf to eserved 3 14 2023.pdf; RFP 02 Devonte kas mm eserved 3 14 2023.pdf; RFP 01 Linden kas mm eserved 3 14 2023.pdf; RFP 01 Keandre kas mm sent 3 14 2023.pdf |

Dear Counsel:

Please see the attached discovery propounded to plaintiffs by defendant Jeffrey McKee dated March 13, 2023 regarding the above-subject matter.  Should you have any questions or comments, please reply directly to ksullivan@deangazzo.com.

Very truly yours,

Kimberly Sullivan, Esq.
Attorney



440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Phone: (858) 380-4683, Ext. 5508
Direct: (858) 467-5508
Fax:    (858) 492-0486
ksullivan@deangazzo.com

Transmitted by:
Melissa Macias

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

# EXHIBIT "B"

**Kimberly Sullivan**

| | |
|---|---|
| **From:** | Kimberly Sullivan |
| **Sent:** | Monday, May 1, 2023 2:38 PM |
| **To:** | Douglas.Baxter@doj.ca.gov; gregorypeacockesq@gmail.com; slermanlaw@yahoo.com; nlermanesq@injurylawadvocates.com |
| **Cc:** | Lee Roistacher; Mari Kilcrease |
| **Subject:** | RE: Stephenson v. CHP: meet and confer re discovery |

Greg,

Good to speak with you this afternoon. I look forward to receiving plaintiffs' responses to the outstanding discovery served by my client Jeff McKee by May 8, 2023.

Mr. McKee is available for deposition on May 22 or May 26. Do either of those dates work for you? Are you planning to do his depo in person or via zoom? As discussed, please circulate proposed dates for plaintiffs' depositions too. And hopefully we'll hear from Doug soon about scheduling the second session of mediation with Copeland.

Thank you,

Kimberly Sullivan
Attorney



440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Phone: (858) 380-4683, Ext. 5508
Direct: (858) 467-5508
Fax:    (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

---

**From:** Kimberly Sullivan
**Sent:** Friday, April 28, 2023 3:39 PM
**To:** Douglas.Baxter@doj.ca.gov; gregorypeacockesq@gmail.com; slermanlaw@yahoo.com; nlermanesq@injurylawadvocates.com
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Mari Kilcrease <mkilcrease@deangazzo.com>
**Subject:** FW: Stephenson v. CHP: meet and confer re discovery
**Importance:** High

Counsel,

I'm following up on the attached discovery. We never received responses to the attached requests. As we are coming up on some deadlines, please serve responses ASAP without objection.  Otherwise, I will be forced to file a motion to compel.

Thank you,

Kimberly Sullivan
Attorney



440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Phone: (858) 380-4683, Ext. 5508
Direct: (858) 467-5508
Fax:    (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

---

**From:** Melissa Macias <mmacias@deangazzo.com>
**Sent:** Tuesday, March 14, 2023 4:18 PM
**To:** Douglas.Baxter@doj.ca.gov; gregorypeacockesq@gmail.com; slermanlaw@yahoo.com; nlermanesq@injurylawadvocates.com
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; Mari Kilcrease <mkilcrease@deangazzo.com>
**Subject:** Stephenson v. CHP

Dear Counsel:

Please see the attached discovery propounded to plainiffs by defendant Jeffrey McKee dated March 13, 2023 regarding the above-subject matter.  Should you have any questions or comments, please reply directly to ksullivan@deangazzo.com.

Very truly yours,

Kimberly Sullivan, Esq.
Attorney



440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Phone: (858) 380-4683, Ext. 5508
Direct: (858) 467-5508

2

Fax:    (858) 492-0486
ksullivan@deangazzo.com

Transmitted by:
Melissa Macias

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

# EXHIBIT "C"

**Kimberly Sullivan**

| | |
|---|---|
| **From:** | Gregory Peacock <gregorypeacockesq@gmail.com> |
| **Sent:** | Monday, May 15, 2023 6:00 PM |
| **To:** | Kimberly Sullivan; Lee Roistacher; Douglas Baxter |
| **Subject:** | Stephenson - Plaintiffs' Discovery Responses to Defendant McKee |
| **Attachments:** | STEPHENSON - DEVONTE RFP RESP TO MCKEE.pdf; STEPHENSON - LINDEN RFP RESP TO MCKEE.pdf; STEPHENSON - KEANDREA RFP RESP TO MCKEE.pdf; DOCS PRODUCED TO MCKEE.pdf |

Attached are Plaintiffs' responses to Defendant McKiee's discovery requests.

Greg

1

# EXHIBIT "D"

**Kimberly Sullivan**

| | |
|---|---|
| **From:** | Gregory Peacock <gregorypeacockesq@gmail.com> |
| **Sent:** | Friday, May 26, 2023 12:57 PM |
| **To:** | Kimberly Sullivan; Lee Roistacher; Douglas Baxter; Mari Kilcrease |
| **Subject:** | Stephenson - Amended Deposition Notice McKee |
| **Attachments:** | STEPHENSON - FIRST AMENDED DEPO NOTICE MCKEE.pdf |

Attached is the First Amended Deposition Notice for Officer McKee.

Greg Peacock

 Virus-free.www.avg.com

1

# EXHIBIT "E"

**Kimberly Sullivan**

| | |
|---|---|
| **From:** | Mari Kilcrease |
| **Sent:** | Wednesday, May 31, 2023 2:29 PM |
| **To:** | slermanlaw@yahoo.com; nlermanesq@injurylawadvocates.com; gregorypeacockesq@gmail.com; Douglas.Baxter@doj.ca.gov |
| **Cc:** | Lee Roistacher; Kimberly Sullivan |
| **Subject:** | Devonte Stephenson, et al. v. State of California, et al. |
| **Attachments:** | Rogs 1 to Keandre lhr mek eserved 05 31 2023.pdf; RFA 1 to Keandre lhr mek eserved 05 31 2023.pdf; RFP 2 to Keandre lhr mek eserved 05 31 2023.pdf; Rogs 1 to Linden lhr mek eserved 05 31 2023.pdf; RFA 1 to Linden lhr mek eserved 05 31 2023.pdf; RFP 2 to Linden lhr mek eserved 05 31 2023.pdf; Rogs 2 to Devonte lhr mek eserved 05 31 2023.pdf; RFA 1 to Devonte lhr mek eserved 05 31 2023.pdf; RFP 03 Devonte lhr mek eserved 05 31 2023.pdf; COS mek eserved 05 31 2023.pdf |

Dear Counsel:

Attached please find:

1. Interrogatories Propounded By Defendant Jeffrey McKee To Plaintiff Keandre Stephenson, Individually And As Successor In Interest To Decedent Leroy Stephenson (Set One)
2. Request For Admissions Propounded By Defendant Jeffrey McKee To Plaintiff Keandre Stephenson, Individually And As Successor In Interest To Decedent Leroy Stephenson (Set One)
3. Request For Production Of Documents Propounded By Defendant Jeffrey McKee To Plaintiff Keandre Stephenson, Individually And As Successor In Interest To Decedent Leroy Stephenson (Set Two)
4. Interrogatories Propounded By Defendant Jeffrey McKee To Plaintiff Linden Stephenson, Individually And As Successor In Interest To Decedent Leroy Stephenson (Set One)
5. Request For Admissions Propounded By Defendant Jeffrey McKee To Plaintiff Linden Stephenson, Individually And As Successor In Interest To Decedent Leroy Stephenson (Set One)
6. Request For Production Of Documents Propounded By Defendant Jeffrey McKee To Plaintiff Linden Stephenson, Individually And As Successor In Interest To Decedent Leroy Stephenson (Set Two)
7. Interrogatories Propounded By Defendant Jeffrey McKee To Plaintiff Devonte Stephenson, Individually And As Successor In Interest To Decedent Leroy Stephenson (Set Two)
8. Request For Admissions Propounded By Defendant Jeffrey McKee To Plaintiff Devonte Stephenson, Individually And As Successor In Interest To Decedent Leroy Stephenson (Set One)
9. Demand For Production Of Documents Produced By Defendant Jeffrey McKee To Plaintiff Devonte Stephenson, Individually And As Successor In Interest To Decedent Leroy Stephenson (Set Three)

Should you have any questions or comments, please reply directly to lroistacher@deangazzo.com.

Very truly yours,


Lee H. Roistacher, Esq.
Certified Appellate Specialist,
State Bar of California Board of
Legal Specialization



440 Stevens Avenue, Suite 100

1

Solana Beach, Ca. 92075

(858) 264-4938 – direct
(858) 492-0486 - facsimile
lroistacher@deangazzo.com


Transmitted by:
Mari Kilcrease

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4638 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to the address shown above.  Thank you.

2

# EXHIBIT "F"

**Kimberly Sullivan**

| | |
|---|---|
| **From:** | Kimberly Sullivan |
| **Sent:** | Wednesday, July 5, 2023 8:26 AM |
| **To:** | Mari Kilcrease; slermanlaw@yahoo.com; nlermanesq@injurylawadvocates.com; gregorypeacockesq@gmail.com; Douglas.Baxter@doj.ca.gov |
| **Cc:** | Lee Roistacher; Melissa Macias |
| **Subject:** | RE: Devonte Stephenson, et al. v. State of California, et al. |
| **Attachments:** | Devonte Stephenson, et al. v. State of California, et al. |

Hi Greg,

Hope you had a nice fourth of July. Checking in on the attached discovery. I had it due on June 30th.

Thank you,

Kimberly Sullivan
Attorney



440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Phone: (858) 380-4683, Ext. 5508
Direct: (858) 467-5508
Fax:    (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

**From:** Mari Kilcrease <mkilcrease@deangazzo.com>
**Sent:** Wednesday, May 31, 2023 2:29 PM
**To:** slermanlaw@yahoo.com; nlermanesq@injurylawadvocates.com; gregorypeacockesq@gmail.com; Douglas.Baxter@doj.ca.gov
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Subject:** Devonte Stephenson, et al. v. State of California, et al.

Dear Counsel:

Attached please find:

1.   Interrogatories Propounded By Defendant Jeffrey McKee To Plaintiff Keandre Stephenson, Individually And As Successor In Interest To Decedent Leroy Stephenson (Set One)
2.   Request For Admissions Propounded By Defendant Jeffrey McKee To Plaintiff Keandre Stephenson, Individually And As Successor In Interest To Decedent Leroy Stephenson (Set One)

1

3.   Request For Production Of Documents Propounded By Defendant Jeffrey McKee To Plaintiff Keandre Stephenson, Individually And As Successor In Interest To Decedent Leroy Stephenson (Set Two)

4.   Interrogatories Propounded By Defendant Jeffrey McKee To Plaintiff Linden Stephenson, Individually And As Successor In Interest To Decedent Leroy Stephenson (Set One)

5.   Request For Admissions Propounded By Defendant Jeffrey McKee To Plaintiff Linden Stephenson, Individually And As Successor In Interest To Decedent Leroy Stephenson (Set Two)

6.   Request For Production Of Documents Propounded By Defendant Jeffrey McKee To Plaintiff Linden Stephenson, Individually And As Successor In Interest To Decedent Leroy Stephenson (Set Two)

7.   Interrogatories Propounded By Defendant Jeffrey McKee To Plaintiff Devonte Stephenson, Individually And As Successor In Interest To Decedent Leroy Stephenson (Set Two)

8.   Request For Admissions Propounded By Defendant Jeffrey McKee To Plaintiff Devonte Stephenson, Individually And As Successor In Interest To Decedent Leroy Stephenson (Set One)

9.   Demand For Production Of Documents Produced By Defendant Jeffrey McKee To Plaintiff Devonte Stephenson, Individually And As Successor In Interest To Decedent Leroy Stephenson (Set Three)

Should you have any questions or comments, please reply directly to lroistacher@deangazzo.com.

Very truly yours,

Lee H. Roistacher, Esq.
Certified Appellate Specialist,
State Bar of California Board of
Legal Specialization



440 Stevens Avenue, Suite 100
Solana Beach, Ca. 92075

(858) 264-4938 – direct
(858) 492-0486 - facsimile
lroistacher@deangazzo.com

Transmitted by:
Mari Kilcrease

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4638 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to the address shown above.  Thank you.

# EXHIBIT "G"

Phone       Text

## Invite to RingCentral



### Source

 RingCentral

### 7/6/23

Incoming call                11:07 AM (12 min 25 sec)

### To

(858) 467-5508 (me)

### Mobile

(949) 292-7478

