UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | ED CV21-00526 JAK (KKx) | Date | December 18, 2023 |
| Title | Devonte Stephenson, et al. v. State of California, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Jackson-Terrell | Marea Woolrich |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Dale Galipo<br>Cooper Alison-Mayne | Douglas Baxer<br>Lee Roistacher |

**Proceedings:**      **MOTION FOR SUMMARY JUDGMENT BY DEFENDANT JEFFREY MCKEE (DKT. 64)**

The motion hearing is held. The Court states its tentative views regarding the Motion for Summary Judgment by Defendant Jeffrey McKee (Dkt. 64, the "Motion"). Counsel address the Court. The Court will take the Motion **UNDER SUBMISSION** following the filing of the supplemental briefing by the parties regarding "failure to intervene" and "integral participation" theories of liability for excessive force.

December 29, 2023:      Defendant's supplemental brief (not to exceed 10 pages)

January 5, 2024:      Plaintiffs' response (not to exceed 10 pages)

The Court confers with the parties regarding settlement. Counsel confirms that a mediation with Richard Copeland, Esq. was conducted on July 19, 2023. On or before January 9, 2024, the parties shall file a joint report stating their collective and/or respective position(s) regarding whether it would be productive for them to participate in a further settlement conference with Mr. Copeland, and, if so, when, based on his availability. If the parties agree that a further settlement conference would be productive, the Court will set a corresponding schedule and will issue a ruling on the Motion prior to the conference.

**IT IS SO ORDERED.**

     :    46

Initials of Preparer    TJ