ROB BONTA
Attorney General of California
RHONDA L. MALLORY
Supervising Deputy Attorney General
DOUGLAS E. BAXTER
Deputy Attorney General
State Bar No. 201351
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone:  (619) 738-9567
 Fax:   (619) 645-2581
 E-mail:  Douglas.Baxter@doj.ca.gov
Deputy Attorney General
*Attorneys for Defendants State of California (by and through the California Highway Patrol) and Dane Norem*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF CALIFORNIA; COUNTY OF RIVERSIDE; DANE NOREM; JEFFREY MCKEE; MATT BORDEN; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.: 5:21-cv-00526-JAK (KKx) <br><br> **PARTIES' STIPULATED REQUEST FOR TWO-WEEK EXTENSION ON DEADLINE TO INFORM COURT WHETHER FURTHER MEDIATION WILL BE PRODUCTIVE** <br><br> *Filed Concurrently with [Proposed] Order* <br><br> Date:  UNDER SUBMISSION <br> Time:  UNDER SUBMISSION <br> Courtroom: 10B <br> Judge:  Hon. John A. Kronstadt |

**TO THE HONORABLE COURT:**

**COME NOW** Defendants State of California (by and through the California Highway Patrol), Dane Norem, and Jeffrey McKee and Plaintiffs Devonte Stephenson, Linden Stephenson, and Keandre Stephenson and stipulate and agree to request a two-week extension of the January 9, 2024 deadline for the parties to notify the Court whether further mediation will be productive (see ECF No. 78). The parties are in agreement to request an extension of the reporting date to January 23, 2024.

**GOOD CAUSE STATEMENT FOR REQUESTED EXTENSION**

1. On December 21, 2023, the Court ordered that the parties file a joint report on or before January 9, 2024 stating whether further mediation with Richard Copeland will be productive. (ECF No. 78.)

2. In order to reach a decision on this issue, the California Highway Patrol (which is the settling authority on behalf of the defendants) needs substantial briefing of facts, issues, law, and other information from defense counsel Douglas E. Baxter. The CHP will need to be updated on the results of multiple expert witness depositions that have occurred in the last two months and the complicated scientific issues in the case.

3. During the holidays, Mr. Baxter was unable to perform work on this issue. In addition, the first week of January was exhausted by extensive work and attention to a high-profile multiple-fatality case that was in complicated mediation and settlement negotiations throughout the week, as well as additional discovery tasks and trial preparation work.

4. Mr. Baxter is now working on the briefing necessary to facilitate CHP's evaluation and decision on whether further mediation should occur, but CHP will also need time to review this briefing, conduct follow-up discussions with Mr. Baxter, and obtain any additional information needed to make the decision.

**STIPULATED REQUEST BY PARTIES TO PARTIALLY MODIFY DISCOVERY CUTOFF AND TO EXTEND EXPERT DISCLOSURES AND EXPERT DISCOVERY DEADLINES**

Based on the Good Cause Statement above, the parties stipulate and agree to request this Court to extend the deadline to report on whether further mediation will be productive to January 23, 2024.

**IT IS SO STIPULATED.**

Dated: January 9, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
RHONDA L. MALLORY
Supervising Deputy Attorney General

/s/ *Douglas E. Baxter*
DOUGLAS E. BAXTER
Deputy Attorney General
*Attorneys for Defendant State of California (by and through the California Highway Patrol) and Dane Norem*

Dated: January 9, 2024

**LAW OFFICES OF DALE K. GALIPO**

By: /s/ *Cooper Alison-Mayne*
Dale K. Galipo, Esq.
Cooper Alison-Mayne, Esq.
Attorneys for Plaintiffs, DEVONTE STEPHENSON, LINDEN STEPHENSON, and KEANDRE STEPHENSON

Dated: January 9, 2024

**DEAN GAZZO ROISTACHER LLP**

By: /s/ *Lee H. Roistacher*
Lee H. Roistacher, Esq.
Kimberly A. Sullivan, Esq.
Attorneys for Defendant Jeffrey McKee

## STIPULATION SIGNATURE CERTIFICATION

I, Douglas E. Baxter, by my signature below, certify that the content of this document is acceptable to all named counsel above and that I have obtained authorization from counsel to affix their electronic signatures to this document.

Dated: January 9, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
RHONDA L. MALLORY
Supervising Deputy Attorney General

*/s/ Douglas E. Baxter*
DOUGLAS E. BAXTER
Deputy Attorney General
*Attorneys for Defendants State of California (by and through the California Highway Patrol) and Dane Norem*

# CERTIFICATE OF SERVICE

Case Name: **Devonte Stephenson, et al. v. State of California, et al.**   No. **5:21-cv-00526-JWH (KKx)**

I hereby certify that on **January 9, 2024**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**PARTIES' STIPULATED REQUEST FOR TWO-WEEK EXTENSION ON DEADLINE TO INFORM COURT WHETHER FURTHER MEDIATION WILL BE PRODUCTIVE**

**[PROPOSED] ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **January 9, 2024**, at San Diego, California.

|  |  |
|---|---|
| A. J. Lopez | /s/ A. J. Lopez |
| Declarant | Signature |

SD2020700119
84321630.docx