# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; COUNTY OF RIVERSIDE; DANE NOREM; JEFFREY MCKEE; MATT BORDEN; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 5:21-cv-00526-JWH (KKx)<br><br>**[PROPOSED] ORDER** |

Based on the Parties Stipulated Request for Two-Week Extension on Deadline to Inform Court Whether Further Mediation will be Productive, and good cause appearing therein, the Court orders that the parties have until January 23, 2024 to

file a joint report informing the Court on their positions as to whether further mediation with Richard Copeland will be productive.

**IT IS SO ORDERED.**

Dated: _____    _____
　　　　　　　　　　　　　　　　　　The Honorable John A. Kronstadt
　　　　　　　　　　　　　　　　　　United States District Judge