ROB BONTA
Attorney General of California
RHONDA L. MALLORY
Supervising Deputy Attorney General
DOUGLAS E. BAXTER
Deputy Attorney General
State Bar No. 201351
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 738-9567
 Fax: (619) 645-2581
 E-mail: Douglas.Baxter@doj.ca.gov
*Attorneys for Defendants Officer Robert Manzano, Officer Ryan Parrish, and Officer Jorge Macias*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMILO PINEDA,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER MANZANO (#19595) and DOES 1 TO 10,<br><br>Defendants. | Case No.: 2:21-cv-08839-GW-JPRx<br><br>**PARTIES' JOINT POST-MEDIATION STATUS REPORT**<br><br>Date: January 22, 2024<br>Time: 8:30 a.m.<br>Courtroom: 9D<br>Judge: The Honorable George H. Wu |

**COME NOW** Defendants Officers Robert Manzano, Jorge Macias, and Ryan Parrish, and Plaintiff Camilo Pineda (all through their attorneys of record) and respectfully submit this Joint Post-Mediation Status Report.

On January 8, 2024, the parties engaged in panel mediation with panel mediator Richard Copeland by Zoom. The parties were unable to settle the case.

The parties are prepared to move forward with trial of the matter. However, today, the parties are also filing a Stipulated Request to Continue Trial and Final Pretrial Conference Due to Unavailability of Defendant Jorge Macias for Medical

1

Issue. The stipulation explains that Officer Macias is undergoing surgery today, January 18, 2024, which will render him incapable of working and participating in trial until as far out as March 14, 2024. The stipulation seeks a continuance of the trial and pretrial conference.

The parties plan to appear telephonically at the January 22, 2024 Post-Mediation Status Conference and can further discuss the stipulation with the Court if further information is needed by the Court.

Dated: January 18, 2024                     Respectfully submitted,

ROB BONTA
Attorney General of California
RHONDA L. MALLORY
Supervising Deputy Attorney General


*/s/ Douglas E. Baxter*
DOUGLAS E. BAXTER
Deputy Attorney General
*Attorneys for Defendants Officer Robert Manzano, Officer Ryan Parrish, and Officer Jorge Macias*

Dated: January 18, 2024                     Respectfully submitted,

LAW OFFICES OF ERIN DARLING


*/s/ Erin Darling*
ERIN DARLING, ESQ.
*Attorney for plaintiff
Camilo Pineda*
Email: Erin@ErinDarlingLaw.com

**STIPULATION SIGNATURE CERTIFICATION**

I, Douglas E. Baxter, by my signature below, certify that the content of this document is acceptable to all named counsel above and that I have obtained authorization from counsel to affix their electronic signatures to this document.

Dated: January 18, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
RHONDA L. MALLORY
Supervising Deputy Attorney General

*/s/ Douglas E. Baxter*
DOUGLAS E. BAXTER
Deputy Attorney General
*Attorneys for Defendants Officer Robert Manzano, Officer Ryan Parrish, and Officer Jorge Macias*

# CERTIFICATE OF SERVICE

Case Name: **Camilo Pineda v. Officer Manzano, et al.**   No. **2:21-cv-08839-GW-JPRx**

I hereby certify that on **January 18, 2024**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**PARTIES' JOINT POST-MEDIATION STATUS REPORT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **January 18, 2024**, at San Diego, California.

| A. J. Lopez | /s/A. J. Lopez |
|---|---|
| Declarant | Signature |

SD2021802625
84337228.docx