| | |
|---|---|
| 1 | ROB BONTA<br>Attorney General of California |
| 2 | RHONDA L. MALLORY<br>Supervising Deputy Attorney General |
| 3 | DOUGLAS E. BAXTER<br>Deputy Attorney General |
| 4 | State Bar No. 201351<br>  600 West Broadway, Suite 1800 |
| 5 |   San Diego, CA 92101<br>  P.O. Box 85266 |
| 6 |   San Diego, CA 92186-5266<br>  Telephone:  (619) 738-9567 |
| 7 |   Fax:          (619) 645-2581<br>  E-mail:  Douglas.Baxter@doj.ca.gov |
| 8 | *Attorneys for Defendants State of California (by and through the California Highway Patrol) and* |
| 9 | *Dane Norem* |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,**<br><br>                              Plaintiffs,<br><br>           **v.**<br><br>**STATE OF CALIFORNIA; and DOES 1 through 100, inclusive,**<br><br>                              Defendants. | 5:21-cv-00526-JWH (KKx)<br><br>**NOTICE OF WITHDRAWAL OF: JOINT REPORT REGARDING WHETHER FURTHER MEDIATION WILL BE PRODUCTIVE [ECF NO. 83] FILED BY STATE OF CALIFORNIA (BY AND THROUGH THE CALIFORNIA HIGHWAY PATROL) AND DANE NOREM**<br><br>Courtroom:    10B<br>Judge:           Hon. John A. Kronstadt |

**TO THE ABOVE-ENTITLED COURT AND TO ALL PARTIES IN THIS ACTION:**

Through this filing, Defendants State of California (by and through the California Highway Patrol) and Dane Norem, hereby withdraw ECF No. 83, which

1

was filed January 23, 2024, and electronically titled: JOINT REPORT of stating whether further mediation will be productive filed by Defendants Dane Norem and State of California. (Baxter, Douglas). This document is being withdrawn because it is from the wrong case matter.

    The correct document will be filed shortly hereafter.

Dated: January 23, 2024            Respectfully submitted,

ROB BONTA
Attorney General of California
RHONDA L. MALLORY
Supervising Deputy Attorney General

/s/ *Douglas E. Baxter*
DOUGLAS E. BAXTER
Deputy Attorney General
*Attorneys for Defendants State of California (by and through the California Highway Patrol) and Dane Norem*

SD2020700119
84343727.docx

# CERTIFICATE OF SERVICE

Case Name: **Devonte Stephenson, et al. v. State of California, et al.**   No. **5:21-cv-00526-JWH (KKx)**

I hereby certify that on **January 23, 2024**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF WITHDRAWAL OF: JOINT REPORT REGARDING WHETHER FURTHER MEDIATION WILL BE PRODUCTIVE [ECF NO. 83] FILED BY STATE OF CALIFORNIA (BY AND THROUGH THE CALIFORNIA HIGHWAY PATROL) AND DANE NOREM**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **January 23, 2024**, at San Diego, California.

A. J. Lopez
Declarant

Signature

SD2020700119
84343883.docx