1  ROB BONTA
   Attorney General of California
2  RHONDA L. MALLORY
   Supervising Deputy Attorney General
3  DOUGLAS E. BAXTER
   Deputy Attorney General
4  State Bar No. 201351
    600 West Broadway, Suite 1800
5   San Diego, CA 92101
    P.O. Box 85266
6   San Diego, CA 92186-5266
    Telephone:  (619) 738-9567
7   Fax:        (619) 645-2581
    E-mail:  Douglas.Baxter@doj.ca.gov
8  *Attorneys for Defendants State of California (by
   and through the California Highway Patrol) and
9  Dane Norem*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 5:21-cv-00526-JWH (KKx)<br><br>**JOINT REPORT REGARDING WHETHER FURTHER MEDIATION WILL BE PRODUCTIVE**<br><br>Courtroom:  10B<br>Judge:      Hon. John A. Kronstadt |

Pursuant to the Court's December 21, 2023 Order directing the parties to file a joint report stating whether further mediation will be productive (ECF No. 78) and the Court's January 10, 2024 Order extending the deadline for the parties to report

1

to the Court whether further mediation will be productive (ECF No. 82), the parties submit the following report:

Defendants State of California (by and through the California Highway Patrol) and Dane Norem have concluded that further mediation will not be productive.

The parties respectfully ask the Court to set a reporting date approximately three weeks from today for the parties to submit a proposed schedule of dates for the Final Pretrial Conference and Trial for the Court's consideration.

Dated: January 23, 2024                Respectfully submitted,

ROB BONTA
Attorney General of California
RHONDA L. MALLORY
Supervising Deputy Attorney General

/s/ *Douglas E. Baxter*
DOUGLAS E. BAXTER
Deputy Attorney General
*Attorneys for Defendants State of California (by and through the California Highway Patrol) and Dane Norem*

Dated: January 23, 2024                **LAW OFFICES OF DALE K. GALIPO**

By:  /s/ *Cooper Alison-Mayne*
Dale K. Galipo, Esq.
Cooper Alison-Mayne, Esq.
Attorneys for Plaintiffs, DEVONTE STEPHENSON, LINDEN STEPHENSON, and KEANDRE STEPHENSON

| | | |
|---|---|---|
| Dated: January 23, 2024 | | **DEAN GAZZO ROISTACHER LLP** |
| | By: | */s/ Lee H. Roistacher* |
| | | Lee H. Roistacher, Esq. |
| | | Kimberly A. Sullivan, Esq. |
| | | Attorneys for Defendant Jeffrey McKee |

### STIPULATION SIGNATURE CERTIFICATION

I, Douglas E. Baxter, by my signature below, certify that the content of this document is acceptable to all named counsel above and that I have obtained authorization from counsel to affix their electronic signatures to this document.

Dated:  January 23, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
RHONDA L. MALLORY
Supervising Deputy Attorney General

*/s/ Douglas E. Baxter*
DOUGLAS E. BAXTER
Deputy Attorney General
*Attorneys for Defendants State of California (by and through the California Highway Patrol) and Dane Norem*

SD2020700119
84342482.docx

3

# CERTIFICATE OF SERVICE

Case Name: **Devonte Stephenson, et al. v. State of California, et al.**  No. **5:21-cv-00526-JWH (KKx)**

I hereby certify that on **January 23, 2024**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## JOINT REPORT REGARDING WHETHER FURTHER MEDIATION WILL BE PRODUCTIVE

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **January 23, 2024**, at San Diego, California.

A. J. Lopez
Declarant

Signature

SD2020700119
84343219.docx