| | |
|---|---|
| 1 | Dean Gazzo Roistacher LLP |
| | Lee H. Roistacher, Esq. (SBN 179619) |
| 2 | Kimberly A. Sullivan, Esq. (317857) |
| | 440 Stevens Avenue, Suite 100 |
| 3 | Solana Beach, CA 92075 |
| | Telephone: (858) 380-4683 |
| 4 | Facsimile: (858) 492-0486 |
| | E-mail: lroistacher@deangazzo.com |
| 5 | ksullivan@deangazzo.com |
| 6 | Attorneys for Defendant |
| 7 | Jeffrey McKee |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON, | Case No.: 5:21−cv−00526−JAK−DTBx |
| | **NOTICE OF APPEAL** |
| | Judge: John A. Kronstadt |
| | Mag. Judge David T. Bristow |
| | Complaint Filed: March 24, 2021 |
| | Trial Date: None set |
| Plaintiffs, | |
| v. | |
| STATE OF CALIFORNIA; COUNTY OF RIVERSIDE; DANE NOREM; JEFFREY MCKEE; MATT BORDEN; and DOES 1 through 100, inclusive, | |
| Defendants. | |

///
///
///
///
///
///

1

Case No.: 5:21−cv−00526−JAK−DTBx

Defendant Jeffrey McKee appeals to the United States Court of Appeal for the Ninth Circuit from the district court's January 2, 2025 order denying his qualified immunity based motion for summary judgment on plaintiffs' 42 U.S.C. § 1983 claim for Fourth Amendment violations. (ECF Doc. No. 96).

Attached to this notice is a representation statement.

Dated: January 7, 2025                         Dean Gazzo Roistacher LLP

                                               By: /s/ Lee H. Roistacher
                                                   Lee H. Roistacher
                                                   Kimberly A. Sullivan
                                                   Attorneys for Defendant
                                                   Jeffrey McKee
                                                   Email: lroistacher@deangazzo.com
                                                          ksullivan@deangazzo.com

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Jeffrey McKee

Name(s) of counsel (if any):
Lee H. Roistacher, Esq.; Kimberly A. Sullivan, Esq.
Dean Gazzo Roistacher LLP

Address: 440 Stevens Avenue, Suite 100, Solana Beach, CA 92075
Telephone number(s): (858) 380-4683
Email(s): lroistacher@deangazzo.com; ksullivan@deangazzo.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Devonte Stephenson, Linden Stephenson, and Keandre Stephenson individually and as successors in interest to Decedent Leroy Stephenson

Name(s) of counsel (if any):
Steven A. Lerman, Esq.; Nicholas Lerman, Esq.
Steven A. Lerman and Associates, Inc.

Address: 6033 West Century Boulevard, Suite 740, Los Angeles, CA 90045
Telephone number(s): 310-659-8166
Email(s): slermanlaw@yahoo.com; Nmlerman0@yahoo.com; nlerman@lermansla

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):
Gregory Paul Peacock
Law Office of Gregory Peacock

Address: 4063 Birch Street, Suite 100, Newport Beach, CA 92660

Telephone number(s): 949-292-7478

Email(s): gregorypeacockesq@gmail.com

Name(s) of party/parties:

Name(s) of counsel (if any):
Dale K. Galipo, Esq.; Cooper Alison-Mayne, Esq.
Law Offices of Dale K. Galipo

Address: 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367

Telephone number(s): (818) 347-3333

Email(s): dalekgalipo@yahoo.com; CMayne@galipolaw.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**     2     New 12/01/2018