**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, SBN 144074
Cooper Alison-Mayne, SBN 343169
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Email: dalekgalipo@yahoo.com
           cmayne@galipolaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,<br><br>   Plaintiffs,<br><br>   v.<br><br>STATE OF CALIFORNIA; DANE NOREM; and JEFFREY MCKEE,<br><br>   Defendants. | Case No.: 5:21-cv-0526-JAK-KK<br><br>**JOINT SCHEDULING REPORT**<br><br>Judge: John A. Kronstadt<br><br>Complaint Filed: March 24, 2021<br>Trial Date: None |

Pursuant to the Court's January 2, 2025 Order (Dkt. 96 at 26) directing the parties to file a joint report regarding whether further mediation would be productive and regarding scheduling a trial date, the parties submit the following report:

Plaintiffs and Defendant Jeffrey Mckee are actively discussing the possibility of settling claims against McKee, but further mediation is not necessary and will not be useful. Defendants State of California (by and through the California Highway Patrol) and Dane Norem have concluded that further mediation will not be productive.

Given the appeal filed by defendant Jeffrey McKee automatically staying plaintiffs remaining federal claim against him (Dkt. 97) and the impending motion to stay the state law claims that McKee will be filing on January 24, 2025, McKee does not agree to the trial date proposed by plaintiffs and believes no trial date should be set until the appeal is resolved or McKee is dismissed.

Plaintiffs may drop the federal claims against McKee to avoid delaying this case further. He would still be a defendant in this case on claims brought under California law. Therefore, Plaintiffs believe the court should set a trial date.

Plaintiffs and defendants State of California and Dane Norem propose the following dates for trial in this case:

| Event | Plaintiffs' Proposal | Defendants' Proposal |
|---|---|---|
| Last Day to Complete Settlement | April 1, 2025 | November 4, 2025 |
| Last day to file all pretrial documents and motions in limine | April 15, 2025 | November 18, 2025 |
| Last day to file response to motions in limine (3 weeks after last day to complete settlement) | April 22, 2025 | November 25, 2025 |

1
JOINT SCHEDULING REPORT

| Final Pretrial Conference, Status Conference re Disputed Exhibits, and Hearing on Motions in Limine (4 weeks after last day to complete settlement: Monday at 1:30 pm) | April 28, 2025 at 1:30 pm | December 2, 2025 |
|---|---|---|
| Jury Trial (6 weeks after last day to complete settlement: Tuesday at 9:00 a.m.) | May 13, 2025 at 9:00 a.m.  Duration Estimate: 5 days | December 16, 2025 |

Dated: January 21, 2025            LAW OFFICE OF GREGORY PEACOCK

/s/ *Cooper Alison-Mayne*
Dale K. Galipo
Cooper Alison-Mayne
Steven A. Lerman
Nicholas M. Lerman
Gregory Peacock
*Attorneys for Plaintiffs*

DATED: January 21, 2025         Office of Attorney General of California

By */s/ David Klehm*
ROB BONTA
Attorney General of California
DONNA DEAN
Supervising Deputy Attorney General
DAVID KLEHM
Deputy Attorney General
*Attorneys for Defendants State of California and DANE NOREM*

Dated: January 21, 2025         ROB BONTA
Attorney General of California


 */s/ Lee H. Roistacher*


LEE H. ROISTACHER
Deputy Attorney General
*Attorneys for Defendants State of California and JEFFREY MCKEE*