Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Kimberly A. Sullivan, Esq. (317857)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail: lroistacher@deangazzo.com
ksullivan@deangazzo.com

Attorneys for Defendant
Jeffrey McKee

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; COUNTY OF RIVERSIDE; DANE NOREM; JEFFREY MCKEE; MATT BORDEN; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 5:21-cv-00526-JAK-DTBx<br><br>**DEFENDANT JEFFREY MCKEE'S NOTICE OF MOTION AND MOTION TO STAY; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Date: March 3, 2025<br>Time: 8:30 a.m.<br>Courtroom: 10B<br>Judge: John A. Kronstadt<br>Mag. Judge David T. Bristow<br><br>Complaint Filed: March 24, 2021<br>Trial Date: None set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

 **PLEASE TAKE NOTICE** that on March 3, 2025 at 8:30 a.m. or as soon thereafter as the matter may be heard in Courtroom 10B of the above-entitled court, located at 350 W. First Street, Los Angeles, CA, defendant Jeffrey

///

1  McKee will move the Court for a stay of the action pending resolution of his
2  interlocutory appeal to the Ninth Circuit. *See* Doc. 97 (notice of appeal),
3      This motion will be based on this notice and motion, the memorandum of
4  points and authorities, the exhibits submitted, and the pleadings and papers filed
5  herein.
6      This motion is made following conferences of counsel pursuant to L.R.
7  7-3 on January 17, 2024.

Dated: January 24, 2025                Dean Gazzo Roistacher LLP

By: */s/ Lee H. Roistacher*
    Lee H. Roistacher
    Kimberly A. Sullivan
    Attorneys for Defendant
    Jeffrey McKee
    Email: lroistacher@deangazzo.com
             ksullivan@deangazzo.com