**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, SBN 144074
Cooper Alison-Mayne, SBN 343169
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:  (818) 347-3333
Email: dalekgalipo@yahoo.com
        cmayne@galipolaw.com

*Attorneys for All Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON, <br><br>            Plaintiffs, <br><br>        v. <br><br> STATE OF CALIFORNIA; DANE NOREM; and JEFFREY MCKEE, <br><br>            Defendants. | Case No.:  5:21-cv-00526-JAK-KK <br><br> **PLAINTIFFS' NOTICE OF NON-OPPOSITION TO DEFENDANT MCKEE'S MOTION TO STAY CLAIMS AGAINST HIM** <br><br> Date: March 3, 2025 <br> Time: 8:30 a.m. <br> Courtroom: 10B <br> Judge: John A. Kronstadt <br> Mag. Judge David T. Bristow <br><br> Complaint Filed: March 24, 2021 <br> Trial Date: None set |

 **TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

        PLEASE TAKE NOTICE that Plaintiffs do not oppose Defendant McKee's motion to stay proceedings against him in this Court while his federal claims are

---

1

pending before the Ninth Circuit. Plaintiffs acknowledge that a stay of the claims against Defendant McKee is appropriate under the circumstances.

However, Plaintiffs clarify that they have never disputed this point during meet and confer discussions. At no time did Plaintiffs challenge the appropriateness of staying the claims against Defendant McKee while the appeal is pending. Further, this requested stay is limited solely to the claims against Defendant McKee and does not extend to the claims against Defendant Norem, which remain unaffected.

Moreover, the necessity of this motion will soon be moot, as Plaintiffs intend to file a motion to voluntarily dismiss all federal claims against Defendant McKee. Once that motion is filed and granted, the motion to stay will be moot.

Plaintiffs' counsel has no excuse for this notice being filed late and apologizes to the Court for any inconvenience the late filing has caused.


DATED:  February 13, 2025          LAW OFFICES OF DALE K. GALIPO


By /s/Cooper Alison-Mayne

Dale K. Galipo
Cooper Alison-Mayne
*Attorneys for Plaintiff*

PLAINTIFFS' NOTICE OF NON-OPPOSITION TO DEFENDANT MCKEE'S MOTION TO STAY PROCEEDINGS AGAINST HIM