**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, SBN 144074
Cooper Alison-Mayne, SBN 343169
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Email: dalekgalipo@yahoo.com
   cmayne@galipolaw.com

*Attorneys for All Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF CALIFORNIA; DANE NOREM; and JEFFREY MCKEE, <br><br> Defendants. | Case No.: 5:21-cv-00526-JAK-KK <br><br> **PLAINTIFFS' NOTICE OF MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE ALL FEDERAL CLAIMS AGAINST DEFENDANT MCKEE** <br><br> Date: March 24, 2025 <br> Time: 8:30 a.m. <br> Courtroom: 10B <br> Judge: John A. Kronstadt <br> Mag. Judge David T. Bristow <br><br> Complaint Filed: March 24, 2021 <br> Trial Date: None set |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on March 24, 2025 at 8:30 a.m. or as soon thereafter as the matter may be heard in Courtroom 10B of the above-entitled court, located at 350 W. First Street, Los Angeles, CA, Plaintiffs will move the Court for a

---

1

PLAINTIFFS' NOTICE OF NON-OPPOSITION TO DEFENDANT MCKEE'S MOTION TO STAY PROCEEDINGS AGAINST HIM

voluntary dismissal with prejudice of all federal claims brought by Plaintiffs against Defendant McKee, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

This motion is based on this Notice, the accompanying Memorandum of Points and Authorities, and such further argument and evidence as may be presented at the hearing on this matter.

This motion is made following conferences between Plaintiffs' counsel and Defendant McKee's counsel pursuant to L.R. 7-3 on January 17, 2025, and February 4, 2025. Plaintiffs' counsel also conferred with Defendant Norem's counsel on February 21, 2025, and Norem does not oppose the motion.

DATED: February 21, 2025         LAW OFFICES OF DALE K. GALIPO

By /s/ *Cooper Alison-Mayne*
Dale K. Galipo
Cooper Alison-Mayne
*Attorneys for Plaintiff*