UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | ED CV21-00526-JAK-DTB | Date | March 3, 2025 |
| Title | Devonte Stephenson, et al. v. State of California, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Daniel Torrez | Maria Bustillos |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Cooper Alison-Mayne (video) | Lee Roistacher (video) |

**Proceedings:**     **DEFENDANT JEFFREY MCKEE'S MOTION TO STAY (DKT. 103)**

The motion hearing is held via Zoom Webinar. Counsel, the Court, and court staff all appear in that manner. Recording or re-broadcasting of the proceedings is strictly prohibited. Counsel address the Court. The current scheduling order is deferred until March 24, 2025. The Court defers ruling on the motion. Counsel are directed to file a further scheduling brief on or before March 17, 2025. A Status Conference is set for March 24, 2025 at 11:30 a.m., with the precise time to be determined once the calendar issues for that date. Counsel may appear via zoom.

**IT IS SO ORDERED.**

                                                                                 :    11

Initials of Preparer     DT