**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, SBN 144074
Cooper Alison-Mayne, SBN 343169
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Email: dalekgalipo@yahoo.com
      cmayne@galipolaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; DANE NOREM; and JEFFREY MCKEE,<br><br>    Defendants. | Case No.: 5:21-cv-0526-JAK-KK<br><br>**JOINT SCHEDULING REPORT**<br><br>Judge: Hon. John A. Kronstadt<br><br>Complaint Filed: November 6, 2019<br>Removal: March 24, 2021<br>Trial Date: None |

Pursuant to the Court's March 11, 2025 Minute Order (Dkt. 111) directing the parties to file a joint report regarding scheduling a trial date, the parties submit the following report. Although defendant McKee has filed an interlocutory appeal, he participates in this joint report because counsel advised the court he would. Counsel for McKee also notes that he is scheduled for trial in another matter with plaintiffs' counsel on April 15, 2025 so the dates plaintiffs selected are not workable for McKee's counsel:

The parties propose the following dates for trial in this case:

| Event | Plaintiffs' Proposal | Defendants' Proposal |
|---|---|---|
| Last Day to Complete Settlement | April 1, 2025 | August 6, 2025 |
| Last day to file all pretrial documents and motions in limine | April 15, 2025 | August 20, 2025 |
| Last day to file response to motions in limine (3 weeks after last day to complete settlement) | April 22, 2025 | September 10, 2025 |
| Final Pretrial Conference, Status Conference re Disputed Exhibits, and Hearing on Motions in Limine (4 weeks after last day to complete settlement: Monday at 1:30 pm) | April 28, 2025 at 1:30 pm | September 16, 2025, 1:30 p.m. |
| Jury Trial (6 weeks after last day to complete settlement: Tuesday at 9:00 a.m.) | May 13, 2025 at 9:00 a.m. | September 30, 2025, at 9:00 a.m. Duration Estimate |

|  | Duration Estimate: 4–6 days | 11 Days. |
|---|---|---|

   Plaintiffs respectfully submit that their proposed trial date is appropriate in light of Federal Rule of Civil Procedure 1, which emphasizes the just, speedy, and inexpensive determination of every action. Given that the events at issue occurred more than six years ago, scheduling the trial at the earliest practicable date aligns with the goal of ensuring a timely resolution to all cases. Plaintiffs are prepared to present their case and believe that setting a firm trial date will facilitate a resolution that provides clarity and closure for all parties involved. The April 15, 2025 trial referenced by Mr. Roistacher, above, does not present a scheduling conflict as it is expected to last only 4–6 days and will conclude well before Plaintiffs' proposed May 13, 2025 date for the trial in this case. Moreover, Mr. Roistacher has filed a motion to stay that case as well, which, if granted, would further eliminate any potential conflict. The trial referenced by Defendant Norm's counsel, Mr. Klehm, does not present a conflict, as Plaintiffs' counsel have not and will not request a May trial date in that case. Regarding Mr. Klehm's claim that he needs more time to prepare due to his lack of involvement in prior litigation, Plaintiffs note that he is not new to this matter—he appeared 10 months ago (Dkt. 88) and has had ample time to familiarize himself with the case. Moreover, this case is not particularly complex and does not require months of preparation.

   Defendant Dane Norem's position: Plaintiff's counsel in another federal court case with defendant's counsel has proposed a re-trial date in May also. Additionally, defendant's current counsel was not involved in the prior litigation of this matter and would require more than a few weeks to prepare for trial in this case given the extensive number of percipient and expert witnesses. Defendant's counsel

has trial dates currently scheduled June 6, 2025, July 7, 2025, and September 12, 2205, and has a pre-paid vacation scheduled July 21 to August 1, 2025.

Dated: March 17, 2025

**LAW OFFICES OF DALE K. GALIPO**

STEVEN A. LERMAN & ASSOCIATES

LAW OFFICE OF GREGORY PEACOCK

/s/*Cooper Alison-Mayne*
Dale K. Galipo
Cooper Alison-Mayne
Steven A. Lerman
Nicholas M. Lerman
Gregory Peacock
*Attorneys for Plaintiffs*

DATED: March 17, 2025

**Office of Attorney General of California**

By  */s/ David Klehm*
ROB BONTA
Attorney General of California
DONNA DEAN
Supervising Deputy Attorney General
DAVID KLEHM
Deputy Attorney General
 *Attorneys for Defendants State of California and DANE NOREM*

DATED: March 17, 2025

**DEAN GAZZO ROISTACHER**

By: */s/ Lee H. Roistacher*
Lee H. Roistacher, Esq.
*Attorneys for Defendants, State of California, acting by and through the California Highway Patrol, and Jeffrey McKee*