UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV21-00526-JAK-DTB | Date | March 24, 2025 |
| Title | Devonte Stephenson, et al. v. State of California, et al. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| Daniel Torrez | Beth Krupa- remote |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Cooper Alison-Mayne (video) | Lee Roistacher (video) |
| | David Kelm (video) |

**Proceedings:** **PLAINTIFFS' MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE ALL FEDERAL CLAIMS AGAINST DEFENDANT MCKEE (DKT. 105); STATUS CONFERENCE (DKT. 111)**

The motion hearing is held via Zoom Webinar. Counsel, the Court, and court staff all appear in that manner. Recording or re-broadcasting of the proceedings is strictly prohibited. The Court states its tentative views that it is inclined to grant Plaintiffs' Motion to Voluntarily Dismiss With Prejudice All Federal Claims Against Defendant McKee (the "Motion"). Counsel address the Court. The Court takes the Motion **UNDER SUBMISSION** and a ruling will be issued.

The Court asks whether any further settlement efforts at this time would be productive. Counsel agree to confer with their respective clients regarding as to whether a further mediation would be beneficial, and then provide a corresponding joint report to the Court on or before March 31, 2025. The joint report shall not disclose the substantive contents of any settlement discussions. A status conference was set for April 3, 2025 at 8:30 a.m. That status conference has now been continued to April 7, 2025, with the specific time to be set when the final calendar issues for that date. Counsel may appear via Zoom. Based on a review of such a joint report, a determination will be made whether the April 7, 2025 status conference will be continued, vacated or remain on calendar.

The Final Pretrial Conference is set for August 25, 2025 at 1:30 p.m. All documents shall be filed on the schedule and in the form required by the Standing Order. The jury trial is set for September 9, 2025 at 9:00 a.m.

**IT IS SO ORDERED.**

| | : | 42 |
|---|---|---|
| Initials of Preparer | DT | |