**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, SBN 144074
Cooper Alison-Mayne, SBN 343169
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Email: dalekgalipo@yahoo.com
         cmayne@galipolaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,<br><br>      Plaintiffs,<br><br>   v.<br><br>STATE OF CALIFORNIA; DANE NOREM; and JEFFREY MCKEE,<br><br>      Defendants. | Case No.: 5:21-cv-0526-JAK-KK<br><br>**JOINT REPORT**<br><br>Judge: John A. Kronstadt<br><br>Trial Date: September 9, 2025 |

JOINT SCHEDULING REPORT

Pursuant to the Court's March 24, 2025 Minute Order (Dkt. 114) directing the parties to file a joint report regarding whether a further mediation would be beneficial, the parties submit the following report:

Counsel have met and conferred and determined that, at this time, further mediation would not be fruitful.

Dated: April 1, 2025

LAW OFFICES OF DALE K. GALIPO

STEVEN A. LERMAN & ASSOCIATES

LAW OFFICE OF GREGORY PEACOCK

/s/ *Cooper Alison-Mayne*
Dale K. Galipo
Cooper Alison-Mayne[1]
Steven A. Lerman
Nicholas M. Lerman
Gregory Peacock
*Attorneys for Plaintiffs*

DATED: April 1, 2025

**DEAN GAZZO ROISTACHER**

By:   */s/ Lee H. Roistacher*
Lee H. Roistacher, Esq.
*Attorneys for Defendants, State of California, acting by and through the California Highway Patrol, and Jeffrey McKee*

---

[1] As the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: April 1, 2025 | Office of Attorney General of California |
| 3 | | |
| 4 | | By */s/ David Klehm* |
| 5 | | ROB BONTA |
| | | Attorney General of California |
| 6 | | DAVID KLEHM |
| 7 | | Deputy Attorney General |
| | | *Attorneys for Defendants State of* |
| 8 | | *California and Dane Norem* |