|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>APR 8 2025<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

DEVONTE STEPHENSON; et al.,

       Plaintiffs - Appellees,

 v.

JEFFREY MCKEE,

       Defendant - Appellant,

and

STATE OF CALIFORNIA; et al.,

       Defendants.

No. 25-336

D.C. No. 5:21-cv-00526-JAK-DTB
Central District of California, Riverside

ORDER

Pursuant to the parties' stipulation (Docket Entry No. 9), this appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order serves as the mandate of the court.

                        FOR THE COURT:

                        MOLLY C. DWYER<br>                        CLERK OF COURT