| | |
|---|---|
| 1 | Dean Gazzo Roistacher LLP |
| | Lee H. Roistacher, Esq. (SBN 179619) |
| 2 | Kimberly A. Sullivan, Esq. (317857) |
| | 440 Stevens Avenue, Suite 100 |
| 3 | Solana Beach, CA  92075 |
| | Telephone:  (858) 380-4683 |
| 4 | Facsimile:  (858) 492-0486 |
| | E-mail: lroistacher@deangazzo.com |
| 5 | ksullivan@deangazzo.com |
| | *Attorneys for Defendant* |
| 6 | *Jeffrey McKee* |

ROB BONTA
Attorney General of California
DONNA M. DEAN
Supervising Deputy Attorney General
DAVID KLEHM
Deputy Attorney General
State Bar No. 165302
STEPHANIE A. VOLLMER
Deputy Attorney General
State Bar No. 309407
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone: (415) 510-3849
  Fax:  (415) 703-5480
  E-mail:  Stephanie.Vollmer@doj.ca.gov
*Attorneys for Attorneys for Defendants State of California, acting by and through the California Highway Patrol, and Dane Norem*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON, | Case No.: 5:21-cv-00526-JAK-DTBx |
| | **NOTICE OF MOTION AND MOTION IN LIMINE BY DEFENDANTS TO EXCLUDE OPINIONS OF PLAINTIFFS' POLICE PRACTICES EXPERT JEFFREY NOBLE** |
| | [No. 1 of 1] |
| Plaintiffs, | Judge:    John A. Kronstadt |
| v. | FPTC: August 25, 2025, 1:30 p.m. |
| STATE OF CALIFORNIA; COUNTY OF RIVERSIDE; DANE NOREM: JEFFREY MCKEE; | Trial Date: September 9, 2025, 9:00 a.m. |

1

Case No.:  5:21-cv-00526-JAK-DTBx

1  MATT BORDEN; and DOES 1
2  through 100, inclusive,
3         Defendants.

4  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF**
5  **RECORD:**

6         **PLEASE TAKE NOTICE** that defendant California Highway Patrol, and
7  defendants Officers Jeffrey McKee and Dane Norem move this Court in limine for
8  an order to exclude and preclude any opinion testimony whatsoever from
9  plaintiffs' police practices expert Jeffrey Noble regarding Officer McKee and
10 otherwise preclude any comment in any fashion by Noble on the propriety of
11 Officer McKee's conduct because he neither offered any opinions regarding
12 Officer McKee's conduct nor commented in any fashion about the priority of
13 Officer McKee's conduct in his Federal Rule of Civil Procedure 26 report.

14        Similarly, Officer Norem seeks to preclude any additional criticism by
15 Noble of Officer Norem's conduct that is not stated in Noble's Federal Rule of
16 Civil Procedure 26 report and specifically to exclude and preclude any critical
17 opinion testimony from Nobel regarding Officer Norem's conduct prior to the time
18 both of decedent's hands were placed in handcuffs.

19        This motion is based upon Federal Rules of Civil Procedure 26 and 37, this
20 notice, the memorandum of points and authorities, the declaration of Lee H.
21 Roistacher, the pleadings, papers, and records on file herein, and such other
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

2

Case No.:  5:21-cv-00526-JAK-DTBx

evidence and/or argument as the Court may accept at or prior to the hearing on this motion.

Dated: August 11, 2025                                           Dean Gazzo Roistacher LLP

                                                                 By: */s/ Lee H. Roistacher*
                                                                 Lee H. Roistacher
                                                                 Kimberly A. Sullivan
                                                                 Attorneys for Defendant
                                                                 Jeffrey McKee
                                                                 Email: lroistacher@deangazzo.com
                                                                              ksullivan@deangazzo.com

Dated: August 11, 2025                                           Rob Bonta
                                                                 Attorney General of California
                                                                 Donna M. Dean
                                                                 Supervising Deputy Attorney General

                                                                 */s/ David Klehm*
                                                                 David Klehm
                                                                 Stephanie A. Vollmer
                                                                 Deputy Attorney General
                                                                 *Attorneys for Defendants State of California, acting by and through the California Highway Patrol, and Dane Norem*