| | |
|---|---|
| 1 | Dean Gazzo Roistacher LLP |
| 2 | Lee H. Roistacher, Esq. (SBN 179619) |
|   | Kimberly A. Sullivan, Esq. (317857) |
| 3 | 440 Stevens Avenue, Suite 100 |
|   | Solana Beach, CA 92075 |
| 4 | Telephone: (858) 380-4683 |
|   | Facsimile: (858) 492-0486 |
| 5 | E-mail: lroistacher@deangazzo.com |
|   |         ksullivan@deangazzo.com |
| 6 | *Attorneys for Defendant* |
|   | *Jeffrey McKee* |

Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Kimberly A. Sullivan, Esq. (317857)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail: lroistacher@deangazzo.com
        ksullivan@deangazzo.com
*Attorneys for Defendant*
*Jeffrey McKee*

ROB BONTA
Attorney General of California
DONNA M. DEAN
Supervising Deputy Attorney General
DAVID KLEHM
Deputy Attorney General
State Bar No. 165302
STEPHANIE A. VOLLMER
Deputy Attorney General
State Bar No. 309407
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 510-3849
 Fax: (415) 703-5480
 E-mail: Stephanie.Vollmer@doj.ca.gov
*Attorneys for Attorneys for Defendants State of California, acting by and through the California Highway Patrol, and Dane Norem*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON, <br><br>            Plaintiffs, <br><br>     v. <br><br> STATE OF CALIFORNIA; COUNTY OF RIVERSIDE; DANE NOREM: JEFFREY MCKEE; | Case No.: 5:21-cv-00526-JAK-DTBx <br><br> **DECLARATION OF LEE H. ROISTACHER IN SUPPORT OF MOTION IN LIMINE BY DEFENDANTS TO EXCLUDE OPINIONS OF PLAINTIFFS' POLICE PRACTICES EXPERT JEFFREY NOBLE** <br><br> **[No. 1 of 1]** <br><br> Judge:   John A. Kronstadt <br><br> FPTC: August 25, 2025, 1:30 p.m. <br><br> Trial Date: September 9, 2025, 9:00 a.m. |

1

Case No.: 5:21-cv-00526-JAK-DTBx

| | |
|---|---|
| 1 | MATT BORDEN; and DOES 1 through 100, inclusive, |
| 2 | |
| 3 | Defendants. |

4   I, Lee H. Roistacher, hereby declare as follows:

5   1.   I am an attorney licensed to practice law in the State of California. I am also a partner in the law firm of Dean Gazzo Roistacher, LLP, attorneys of record for defendant California Highway Patrol Officer Jeffrey McKee. I have personal knowledge of the following facts, and if called to testify with respect thereto, would do so competently.

10   2.   Exhibit 1 is a true and correct copy of plaintiffs' Federal Rule of Civil Procedure 26 expert witness disclosure and the Rule 26(a)(2)(B) report by plaintiffs' police practices expert Jeffrey Nobel. He prepared no supplemental report. He was not deposed.

14   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 11, 2025.

                              /s/ Lee H. Roistacher
                              Lee H. Roistacher, declarant