**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs* DEVONTE
STEPHENSON, LINDEN STEPHENSON,
and KEANDRE STEPHENSON

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,<br><br>              Plaintiffs,<br><br>   vs.<br><br>STATE OF CALIFORNIA; DANE NOREM; and JEFFREY MCKEE,<br><br>           Defendants. | 5:21-cv-00526-JAK-KK<br>*Hon. Judge Kronstadt*<br>*Hon. Magistrate Judge Bristow*<br><br>**DECLARATION OF COOPER ALISON-MAYNE IN SUPPORT OF PLAINTIFFS' MOTION IN LIMINE NO. 1**<br><br>Hearing Date:   August 25, 2025<br>Hearing Time:  1:30 p.m.<br>Courtroom: 10B |

I, Cooper Alison-Mayne, declare as follows:

I am an attorney duly licensed to practice law in the State of California, and the Central District of California. I make this declaration in relation to the parties joint report filed concurrently. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

Attached hereto as "Exhibit A" is a true and correct copy of the exhibits referred to in Plaintiffs Motion in Limine No. 1 with the relevant portions highlighted.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 5th day of May 2024, in Los Angeles, California.


Dated: August 11, 2025         **LAW OFFICES OF DALE K. GALIPO**

                               By:    _/s/    Cooper Mayne_____
                                      Dale K. Galipo
                                      Cooper Mayne
                                      *Attorneys for Plaintiffs DEVONTE*
                                      *STEPHENSON, LINDEN STEPHENSON,*
                                      *and KEANDRE STEPHENSON*

# EXHIBIT A

01/30/2019 16:54 FAX                                                     ☑ 0037006

**CITY OF SAN BERNARDINO** ☒MISDEMEANOR
**NOTICE TO APPEAR** ☐ Traffic ☒Nontraffic          **1008005**

| Date of Violation | Time | ☐AM ☐PM | Day of Week | Case No. |
|---|---|---|---|---|
| 3-6-17 | 0445 | | S M T W T F S | 17-26237 |

Name (First, Middle, Last)                     ☐Owner's Responsibility (Veh. Code, § 40001)
LEROY   RICHARD   STEPHENSON

Address
22580  NARANJA  ST

| City | State | ZIP Code |
|---|---|---|
| MORENO VALLEY | CA | 92557 |

| Driver Lic. No. | State | Class | Commercial | Age | Birth Date |
|---|---|---|---|---|---|
| A1664742 | CA | C | ☐ Yes ☒No | 47 | 02-28-70 |

| Sex | Hair | Eyes | Height | Weight | Other Description |
|---|---|---|---|---|---|
| M | BLK | BRN | 6'5 | 240 | BMA |

| Veh. Lic. No. or VIN | State | Reg. MO/YR |
|---|---|---|

| Yr. of Veh. | Make | Model | Body Style | Color |
|---|---|---|---|---|

☐COMMERCIAL VEHICLE (Veh. Code § 15210(b))
☐HAZARDOUS MATERIAL (Veh. Code § 353)

Evidence of Financial Responsibility

Registered Owner or Lessee                              ☐ Same as Driver

Address                                                 ☐ Same as Driver

City                        State                  ZIP Code

Correctable Violation (Veh. Code § 40610) ☐Booking Required (see reverse)     Misdemeanor or Infraction (Circle)

| Yes | No | Code and Section | Description | | |
|---|---|---|---|---|---|
| ☐ | ☒ | HS 11550(A) | UNDER THE INFLU | M | I |
| ☐ | ☐ | | | M | I |
| ☐ | ☐ | | | M | I |
| ☐ | ☐ | | | M | I |

| Speed Approx. | P.F./Max Spd. | Veh. Limit | Safe | Radar | ☐ Continuation Form Issued |
|---|---|---|---|---|---|

Location of Violation(s)
at   2747 N DEL ROSA                                        W     E

Comments (Weather, Road & Traffic Conditions)        ☐ Accident
CLEAR DRY , LIGHT                                                S

☐ Violations not committed in my presence, declared on information and belief.
I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

Arresting or Citing Officer   S. BORJA                Serial No.  SC987

| Date | Name of Arresting Officer if different from Citing Officer | Serial No. |
|---|---|---|

WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED BELOW.

X Signature

WHEN:  ON OR BEFORE THIS DATE: 3-22-17 TIME: 0800 ☐A.M. ☐P.M.
WHAT TO DO:  FOLLOW THE INSTRUCTIONS ON THE REVERSE.
WHERE:  ☐ Before a Judge or Clerk of the Superior Court.
        San Bernardino District.
        San Bernardino Justice Center, 247 West 3rd Street, San Bernardino, CA 92415
        ☐ Juvenile Probation, ATTENTION: PROBATION CLERK
        150 W. 5th Street, San Bernardino, CA 92415
        MUST BE ACCOMPANIED BY A PARENT OR GUARDIAN
        ☐ Juvenile Delinquency Court. 900 East Gilbert St., San Bernardino
        MUST BE ACCOMPANIED BY A PARENT OR GUARDIAN
        ☐ Other  Traffic
        Appear Before a Judge or Clerk of the Superior Court,
        Fontana District. 17780 Arrow Boulevard, Fontana, CA 92335
☐ To be notified  ☐ You may arrange with the clerk to appear at a night session of the court.

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
**1008005**

**COURT COPY**

Judicial Council of California Form                    **SEE REVERSE**
Rev. 06-20-05 (Veh. Code, §§ 40500(b), 40513(b), 40522, 40600; Pen. Code § 853.9)    TR-130

000096

01/30/2019 16:54 FAX                                                                     @0047006

## SAN BERNARDINO POLICE DEPARTMENT CR3
## SUSPECT / ARREST INFORMATION SHEET

| | CASE NUMBER |
|---|---|
| | 2017-00026237 |

**SUSPECT #  1**   CRIME: 11550(A) HS-M

| NAME (LAST, FIRST, MIDDLE) | | | SEX | RACE | AGE | DOB | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|---|
| STEPHENSON, LEROY RICHARD | | | M | B | 47 | 02/28/1970 | 6' 05" - | 240 | BLK | BRO |

| BUILD | COMPLEXION | DRIVERS LICENSE NUMBER | STATE | ARRESTED? | INTERVIEWED? | CAN BE IDENTIFIED? |
|---|---|---|---|---|---|---|
| AVERAGE | DARK | A1644742 | CA | ☐ NO ☒ YES | ☐ NO ☒ YES | ☐ NO ☒ YES |

| RESIDENCE ADDRESS (#, STREET, CITY, STATE, ZIP CODE) | HOME PHONE NUMBER |
|---|---|
| 22680 NARANJA ST               MORENO VALLEY, CA 92507 | (000)000-0000 |
| BUSINESS ADDRESS (#, STREET, CITY, STATE, ZIP CODE) | BUSINESS PHONE NUMBER |

| HAIR STYLE | HAIR LENGTH / TYPE | FACIAL HAIR | APPEARANCE | SPEECH / VOICE |
|---|---|---|---|---|
| SHORT | SHORT | UNSHAVEN / UNSHAVEN | CASUAL | RAPID / LOUD SPOKEN |

| DEMEANOR | WEAPON TYPE | WEAPON MODEL | WEAPON CAL4 GA | WEAPON LENGTH |
|---|---|---|---|---|
| DISORGANIZED IRRATIONAL. | | | | |

| WEAPON COLOR | WEAPON GRIPS | WEAPON USE | DISTINGUISHING FEATURES |
|---|---|---|---|

| MISCELLANEOUS | GANG INVOLVEMENT |
|---|---|
| | UNKNOWN |

**REMARKS / ADDITIONAL DESCRIPTORS**

### CLOTHING

| HAT/CAP | |
|---|---|
| MASK | |
| GLASSES | |
| GLOVES | |
| COAT/JACKET | BLUE JACKET |
| SHIRT | BLUE |
| PANTS | BLACK |
| SHOES | |
| JEWELRY | |
| OTHER | |

### SCARS / TATTOOS

| LOCATION | DESCRIPTION |
|---|---|
| | |

| REPORTING OFFICER(S) | | OFFICER ID #(S) | DATE | RECORDS BARCODE ONLY |
|---|---|---|---|---|
| Bodoh | | 50987 | 03/06/2017 | |
| REVIEWED BY: Spriggs, Paul | DATE: 03/06/2017 | RECORDS PROCESSING BY: | | |

01/30/2019 16:55 FAX                    SBPD RECORDS                    ☑0057006

**SAN BERNARDINO POLICE DEPARTMENT    CA036100**          Case # 2017-00026237

San Bernardino, California
PC 647(f) / HS 11550(a)                                              Page 1
State of California

# PUBLIC INTOXICATION / UNDER THE INFLUENCE

## ARREST REPORT

Date of Occurrence: 03/06/2017                    Time of Occurrence: 04:18

Location of Occurrence 2742 N DEL ROSA AVE /

Suspect Name: STEPHENSON, LEROY RICHARD

Suspect was identified by:  ☑ ID/Drivers License #A1644742          Date of Birth: 02/28/1970

                                                                State  CA

                            ☐ Suspect Statement  ☐ Other

**Probable Cause for Contact:**

OFFICERS ARRIVED AT THE ABOVE LOCATION IN REFERENCE TO A SUBJECT (LEROY STEPHENSON DOB-02-28-1970) SPEAKING TO HIMSELF AND RUNNING BACK AND FORTH THROUGH HEAVY TRAFFIC. STEPHENSON  WAS ALMOST STRUCK BY NUMEROUS MOTOR VEHICLES. SUSPECT STEPHENSON WAS SPEAKING TO HIMSELF WITH A RAPID SPEECH, SHOUTING AT VEHICLE'S WHILE HE WAS LOCATED IN THE MIDDLE OF THE ROADWAY. STEPHENSON WAS SWEATING PROFUSELY AS OFFICERS CONTACTED HIM.

## PRELIMINARY INTERVIEW

Have you been drinking?  ☐ No  ☑ Yes

What? BEER                                    How Much? 3 UNKNOWN SIZE

When? EARLIER IN THE DAY.                      Where? UNKNOWN

Do you have any physical defects?  ☑ No  ☐ Yes

Have you taken any medicine or drugs?  ☐ No  ☑ Yes    Type / Amount:          Method: UNKNOWN
                                                        SPICE/METH

    When? UNKNOWN    Where? UNKNOWN

Do you have any medical problems?  ☑ No  ☐ Yes

Are you sick  ☑ No  ☐ Yes

Are you injured?  ☑ No  ☐ Yes

Are you a Diabetic?  ☑ No  ☐ Yes    Do you take Insulin?  ☑ No  ☐ Yes

Are you an Epileptic?  ☑ No  ☐ Yes

## OBSERVED SIGNS OF INTOXICATION

**FACE:**
☐ Normal  ☑ Flushed  ☐ Pale  ☑ Sweaty
☐ Other

**SPEECH:**
☐ Normal  ☑ Slurred  ☐ Stuttering  ☑ Incoherent  ☑ Confused  ☑ Rapid  ☐ Slow

**BREATH:**
☐ Odor of Alcoholic Beverage    ☐ Odor of Burned Cannabis
☑ No Unusual Odor  ☐ Chemical Odor  ☐ Other

**MOUTH INSPECTION:**
☐ Greenish/White coating on tongue    ☐ Vegetable matter particles
☑ Other NONE

**COORDINATION:**
☑ Loses Balance  ☑ Stumbling  ☐ Fumbling  ☐ Unsteady Gait
☐ Poor Depth Perception  ☑ Body Tremors  ☐ Sluggish movements
☐ Other

647F 11550 Page 1 OF 2

000098

01/30/2018 16:55 FAX                                                    @006/006

**SAN BERNARDINO POLICE DEPARTMENT**   **CA036100**

San Bernardino, California
PC 647(f) / HS 11550(a)
State of California

Case # 2017-00028237

Page 2

## PUBLIC INTOXICATION / UNDER THE INFLUENCE (Cont.)

### DEMEANOR:

☐ Cooperative   ☐ Combative   ☒ Uncooperative   ☐ Defiant
☐ Relaxed Inhibitions   ☒ Talkative   ☐ Quiet   ☒ Irritable
☒ Nervous   ☒ Disoriented   ☐ Other

### FIELD SOBRIETY TESTS

Pulse: 130   bpm Time: 60   hrs. How Obtained: PARAMEDIC Pulse: 0   bpm Time: 0   hrs. How Obtained: 0

**EYES:**

☒ Red   ☐ Watery   ☒ Blank Stare   ☐ Horizontal Gaze Nystagmus   ☐ Vertical Nystagmus
☐ Lack of Convergence   ☒ Eyelid Tremors   ☐ Droopy
☐ Unable to follow stimulus   ☐ Would not follow directions during tests
☐ Other

Corrective Lenses:   ☐ Glasses   ☐ Contacts   ☐ Hard   ☐ Soft   ☒ None
**Blindness:**   ☒ None   ☐ Right Eye   ☐ Left Eye

**PUPIL SIZE:**

| | Left | Right |
|---|---|---|
| Ambient Light: | 1.0mm | 1.0mm |
| Direct Light: | 1.0mm | 1.0mm |
| Low Light: | 1.0mm | 1.0mm |
| Indirect Light : | 1.0mm | 1.0mm |

**ONE LEG STAND:**

| | Left | Right | |
|---|---|---|---|
| | ☐ | ☐ | Sways while balancing |
| | ☐ | ☐ | Used arms to balance |
| | ☐ | ☐ | Hopping |
| | ☐ | ☐ | Puts foot down |

**ROMBERG BALANCE:**

Sway (B/F)   Sway (S/S)   Internal Clock:   (Estimated as 30 sec.)

### EVIDENCE

☒ The defendant consented to a Blood test. On 03/06/20 08:02 hours, I stood by as V.SANCHEZ CPT#351 obtained the sample. It was then maintained in my possession until I placed it into evidence at the San Bernardino Police Department.
☐ The defendant refused to provide a sample.
☒ Drug Paraphernalia Found: NONE   Where: NONE

### OPINION / CONCLUSION

Based on the observed objective signs of drug use. I believe that the above subject is under the influence of ☐ an alcoholic beverage ☐ cannabis ☒ a controlled substance ☐ Other

### BOOKING

He/She was booked and lodged at the WVDC   with citation number 100800 for HS 11550(a) - Under the Influence
A pre-jail check WAS NOT CONDUCTED

**Comments / Suspect Statement:**

SUSPECT STEPHENSON WAS UNCOOPERATIVE AND CONTINUED TALKING NONSENSE TO OFFICERS ABOUT THINGS THAT DID NOT MAKE SENSE. SUSPECT STEPHENSON ADMITTED TO SMOKING METH AND SPICE EARLIER IN THE DAY. HE HAD RAPID SPEECH, SWEATING PROFUSELY AND HAD SEVERE EYELID TREMORS. SUSPECT STEPHENSON CONTINUED TO SPEAK TO HIMSELF AS HE WAS BEING TRANSPORTED WEST VALLEY DETENTION CENTER. HE STATED MULTIPLES THAT HE DID NOT WANT TO BE KILLED AND ASKED IF HE WAS GOING TO BE KILLED.

**Use of Force Must be Documented on CR-2 Form**   ☐ Comments Continued on CR2

| Name | I.D. Number | Date |
|---|---|---|
| Bodoh | 50987 | 03/06/2017 |
| Reviewed by: Passo, Ronald | Records Use Only | |

647F 11550 Page 2 OF 2

000099

Non Requisition Documents

**PARKVIEW COMM / DOCTORS HOSP**
3865 Jackson Street
Riverside, CA 92503
(951) 688-2211

| | | |
|---|---|---|
| Name: **STEPHENSON, LEROY** | Type: **E-ER** | |
| Med Rec #: **904922** | Patient #: **1-13486978-10** | Admit Date: **01/24/2019** | Adm Dr: **ER, STAFF,** |
| Sex: **M** | DOB: **02/28/1970 48Y** | Attd Dr: **SILVA HUMBERTO** | Pat Ind: |

### Exam Name: ERRECORDMD

#### Emergency Department Record
Parkview Community Hospital Medical Center - Emergency Department
3865 Jackson Street, Riverside, CA 92503
951-688-2211

Patient:  STEPHENSON, LEROY
DOB:       02/28/1970 48 year/M  Wt: 200 lb(91 kg) S   Ht: 72 in(183 cm)          FINAL
MRN:       904922                                                         PROVIDER: Humberto Silva, MD
Acct #:    13486978                                                       Printed: 01/27/2019 01:02
DOS:       01/24/2019 13:52                                               Physician Record - Page 1 of 3

## PHYSICIAN CHART

**CHIEF COMPLAINT:**
  Cardiac arrest

**INITIAL VITALS AT PRESENTATION:**

**GENERAL INFORMATION (TRIAGE):**
  Immunization history is unknown. Tetanus immunization status is unknown. Code status for
  this patient is unknown and adv. Directive it is unknown as to whether or not the patient
  has an advanced directive.

**CURRENT MEDICATIONS:**
  Unknown medications
  Medication Source: [Leonor, S. , RN @ 1/24/19 15:55 changed "No Local Pharmacy" to
  "Unknown medications"]
  Medication Reconciliation Completed and Signed by Salvador Leonor, RN on 01/24/2019
  15:55

**ALLERGIES:**
  Unknown allergy history

**MEDICAL PROBLEMS:**

**MODE OF ARRIVAL:**
  The patient arrived in an ambulance. AMR (388).

**PREHOSPITAL (PHYS):**
  Intervention(s):    Prehospital interventions included the initiation of an IO.

**HISTORY OF PRESENT ILLNESS:**
  This patient is a 48 year old male who presents with a chief complaint of cardiac arrest.
  Provider assessment time was 01/24/2019 13:56. I agree with the chief complaint selected
  for this patient's chart. Comments: BIBP in full arrest. -[HS@01/24/2019 13:58]. The onset
  time was at 01/24/2019 13:00. The total time from the patient's arrest until ambulance
  arrival was unknown. The total time from the patient's arrest until hospital arrival was 40
  minutes. The symptoms developed after trauma. It is unknown if there are witnesses to the
  arrest. Limited information is available related to the cause of the arrest. The initial
  prehospital rhythm was pulseless electrical activity. Initial treatment included CPR,
  intubation and Epinephrine 5 milligrams by interosseous route. There was no response to
  initial treatment. There was no pulse present on arrival. The CPR technique was adequate.
  The initial rhythm on arrival to the hospital was asystole. Asystole was present and
  confirmed by EKG in two separate leads. Associated symptoms are unknown. Note:
  Apparently. patient was behaving "erratically". Given taser darts and ( by PD) and became

Patient: STEPHENSON, LEROY
DOB:    02/28/1970 48 year/M  Wt: 200 lb(91 kg) S    Ht: 72 in(183 cm)          FINAL
MRN:    904922                                        PROVIDER: Humberto Silva, MD
Acct #: 13486978                                      Printed: 01/27/2019 01:02
DOS:    01/24/2019 13:52                               Physician Record - Page 2 of 3

"unresponsive/. paramedics stated patient "did not get any other trauma" -[HS@01/24/2019 14:01].

## ROS:
I have reviewed all the other systems and they are negative.

## PAST MEDICAL HISTORY (PHYS):
Past Medical History is unknown.
**Immunizations:**    Immunization history is unknown. The patient's tetanus immunization status is not known.

## FAMILY HISTORY (PHYS):
Family History is unknown.

## SOCIAL HISTORY (PHYS):
Social History is unknown.

## INITIAL VITALS AT PRESENTATION:

## PHYSICAL EXAMINATION:
**Constitutional:**    The patient was unresponsive. The patient was ETT in place. blood from ETT/mouth. R side scalp abrasion. -[HS@01/24/2019 14:03].
**Neck:**    The neck does not have tracheal deviation or jugular venous distension.
**Eyes:**    The pupils were fixed.
**ENT:**    ET tube placement was confirmed by ETT in place, easy to ventilate -[HS@01/24/2019 14:03].
**Respiratory:**    Ventilation was assisted. The pulse oximeter reading shows hypoxemia. Right breath sounds were diminished. Left breath sounds were diminished.
**CV:**    There was a No cardiac activity -[HS@01/24/2019 14:04]. The pulse(s) No pulses -[HS@01/24/2019 14:04].
**GI:**    Palpation revealed No guarding or rigidity -[HS@01/24/2019 14:04].
**Extremities:**    Positive for No gross deformities. IO in L tibial, distally -[HS@01/24/2019 14:05].
**Skin:**    The skin was cool and dry. Positive for cyanosis.
**Neurological:**    The patient was unresponsive.
**Other exam:**    Additional examination findings: GCS 1+1+ETT -[HS@01/24/2019 14:05].

## DIAGNOSTIC CONSIDERATIONS FOR CARDIAC ARREST:
DIAGNOSTIC CONSIDERATIONS: Cardiac tamponade, Cardiogenic shock, Cardiopulmonary arrest, Dysrhythmia, Myocardial infarction and Ruptured aortic aneurysm.
(I have considered the above as the potential cause of the patient's condition. I have based my consideration on a limited patient encounter, and my considerations may not be all-inclusive. History, physical examination, and/or diagnostic studies, in combination with medical judgment, have been used in determining the final diagnosis)

Patient:  STEPHENSON, LEROY
DOB:      02/28/1970 48 year/M  Wt: 200 lb(91 kg) S   Ht: 72 in(183 cm)          FINAL
MRN:      904922                                PROVIDER: Humberto Silva, MD
Acct #:   13486978                                    Printed: 01/27/2019 01:02
DOS:      01/24/2019 13:52                       Physician Record  -  Page 3 of 3

**NOTES/COURSE:**
  **Additional Course/Treatment:**       CPR unsuccessfull. Proniunced deat at 13:54
  -[HS@01/24/2019 14:06].

**ORDERS:**
  **Consult Social Services**       Reason: locate family (Verbal from H. Silva MD) Placed at
  01/24/2019 14:01, Leonor, S. , RN; Completed at 15:42, Leonor, S. , RN

**IMPRESSION(S):**
  **DEAD ON ARRIVAL**

**DISPOSITION (PHYS):**
  The disposition time decision was 01/24/2019 14:06.
  Expired.
  **Expired:**     The patient was pronounced at 01/24/2019 13:54. This is a coroner case.

**SIGN OFF:**
  H. Silva, MD
  Chart electronically signed by Humberto Silva, MD on 01/24/2019 14:07
  Verbal orders signed by Humberto Silva, MD on 01/24/2019 14:07



**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Stephenson, Leroy Richard
MRN: 6522545, DOB: 2/28/1970, Sex: M
Acct #: 50000463475
Adm: 12/26/2017, D/C: 12/27/2017

---

**RIVERSIDE UNIVERSITY HEALTH SYSTEM**
26520 Cactus Ave
Moreno Valley, CA 92555
EIN#: 95-6000930
Case Management - Phone (951) 486-5125  -  Fax (951) 486-5840
## Stephenson, Leroy Richard

| | | | |
|---|---|---|---|
| Patient ID: | 6522545 | | |
| Hosp Acct ID: | 50000463475 | Fin. Class: | **Medi-Cal** |
| Private? | **Routine, no request for confidentiality** | | |

## DEMOGRAPHICS

| | | | |
|---|---|---|---|
| Street: | **HOMELESS** | | |
| City/St/ZIP: | **RIVERSIDE CA 92503** | DOB: | **2/28/1970 (47 yrs)** |
| Phone: | **000-000-0000** | Age: | **47 yrs** |
| Mobile Phone: | **There is no such number on file (mobile).** | Sex: | **Male** |
| Marital Status: | **Divorced** | Interpreter Needed: | **No** |
| Religion: | **Christian** | Language: | **English** |
| Clergy Visit: | | | |
| Race: | **Black or African America\*** | Ethnicity: | **Not Hispanic or Latino/a** |

## ADMISSION INFORMATION

| | | | |
|---|---|---|---|
| Adm Date: | | Adm Time: | |
| Patient Class: | **Emergency** | Service: | **Emergency - adult** |
| Adm Source: | **Non-healthcare facility \*** | Adm Type: | **Emergency** |
| Admitting Provider: | | Attending Provider: | **No att. providers found** |
| Unit: | **RUH EMERGENCY DEPT** | Room/Bed: | **CO02/G-02** |
| Adm Diagnosis: | **No admission diagnoses are documented for this encounter.** | | |
| Procedure: | **No admission procedures for hospital encounter.** | | |
| Comment: | **No comment available** | | |
| Disch Date: | **12/27/2017** | Disch Time: | **0055** |
| Disch Disp: | **01 - Home, Self Care, CP\*** | Encounter Number: | **105836221** |
| Advanced Directive Status: | **<no information>** | Est Length of Stay: | |

## EMERGENCY CONTACTS

| Name | Home Phone | Work Phone | Mobile Phone | Relationship | Lgl Grd |
|---|---|---|---|---|---|
| STANFORT,LATANYA | 213-200-1448 | | 213-200-1448 | Friend | No |

## GUARANTOR INFORMATION

| Acct ID - Guarantor | Home Phone | Work Phone | Relationship | Acct Type |
|---|---|---|---|---|
| 103052257 - STEPHENSON,* HOMELESS, RIVERSIDE, CA 92503 | 000-000-0000 | | Self | P/F |

## COVERAGE INFORMATION

| Payer/Plan | Subscriber Name | Rel | Member # | Group # |
|---|---|---|---|---|
| MEDI-CAL - MEDI-CAL / EDS PO BOX 15700 | STEPHENSON,LEROY* | Self | | |

## PROVIDER INFORMATION

---

Generated on 6/12/23  1:43 PM

Page 101

000101



**CareConnect Partners**
**Riverside University**
**HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Stephenson, Leroy Richard
MRN: 6522545, DOB: 2/28/1970, Sex: M
Acct #: 50000463475
Adm: 12/26/2017, D/C: 12/27/2017

|  | Phone # | Address |
|---|---|---|
| PCP: | None |  |
| Ref: **No ref. provider found** | **N/A** |  |

000102



**CareConnect Partners**
**Riverside University**
**HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Stephenson, Leroy Richard
MRN: 6522545, DOB: 2/28/1970, Sex: M
Acct #: 50000463475
Adm: 12/26/2017, D/C: 12/27/2017

## Encounter Information

| 12/26/2017  6:53 PM | Department<br>RUH EMERGENCY DEPT | Encounter #<br>105836221 |
|---|---|---|

## Admission Information

| | | | |
|---|---|---|---|
| Arrival Date/Time: | 12/26/2017 1802 | Admit Date/Time: | 12/26/2017 1853 | IP Adm.<br>Date/Time: |
| Admission Type: | Emergency | Point of Origin: | Non-healthcare<br>Facility Point Of<br>Origin | Admit Category: |
| Means of Arrival: | Ambulance - Amr | Primary Service: | Emergency -<br>Adult | Secondary<br>Service: | N/A |
| Transfer Source: | | Service Area: | RUH SERVICE<br>AREA | Unit: | RUH Emergency<br>Department |
| Admit Provider: | | Attending<br>Provider: | Zahorecz,<br>Andrew Eric, MD | Referring<br>Provider: | |

## Discharge Information

| Discharge Date/Time<br>12/27/2017 0055 | Discharge Disposition<br>01 - Home, Self Care,<br>Cps, Foster Care,<br>Group Home, Or<br>Residential Care | Discharge Destination<br>None | Discharge Provider<br>None | Unit<br>RUH Emergency<br>Department |
|---|---|---|---|---|

## Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects<br>DRG |
|---|---|---|---|---|---|
| M25.521<br>[Principal] | Pain in right elbow | | | | |
| F15.10 | Other stimulant abuse, uncomplicated | | | | |
| F12.10 | Cannabis abuse, uncomplicated | | | | |
| I10 | Essential (primary) hypertension | | | | |
| M65.9 | Synovitis and tenosynovitis, unspecified | | | | |
| Z83.3 | Family history of diabetes mellitus | Exempt<br>from<br>POA<br>reportin<br>g | | | |
| Z82.49 | Family history of ischemic heart disease and other<br>diseases of the circulatory system | Exempt<br>from<br>POA<br>reportin<br>g | | | |
| Z91.018 | Allergy to other foods | Exempt<br>from<br>POA<br>reportin<br>g | | | |

## Events

| ED Arrival at 12/26/2017 1802 |
|---|
| Unit: RUH Emergency Department |



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Stephenson, Leroy Richard
MRN: 6522545, DOB: 2/28/1970, Sex: M
Acct #: 50000463475
Adm: 12/26/2017, D/C: 12/27/2017

## Events (continued)

### Admission at 12/26/2017 1853
| | | |
|---|---|---|
| Unit: RUH Emergency Department | Room: CO05 | Bed: G-05 |
| Patient class: Emergency | Service: Emergency - Adult | |

### ED Roomed at 12/26/2017 1853
| | | |
|---|---|---|
| Unit: RUH Emergency Department | Room: CO05 | Bed: G-05 |
| Patient class: Emergency | Service: Emergency - Adult | |

### Transfer In at 12/26/2017 2149
| | | |
|---|---|---|
| Unit: RUH Emergency Department | Room: CO11 | Bed: G-11 |
| Patient class: Emergency | Service: Emergency - Adult | |

### Transfer In at 12/26/2017 2149
| | | |
|---|---|---|
| Unit: RUH Emergency Department | Room: CO02 | Bed: G-02 |
| Patient class: Emergency | Service: Emergency - Adult | |

### ED Transfer at 12/26/2017 2149
| | | |
|---|---|---|
| Unit: RUH Emergency Department | Room: CO11 | Bed: G-11 |
| Patient class: Emergency | Service: Emergency - Adult | |

### ED Transfer at 12/26/2017 2149
| | | |
|---|---|---|
| Unit: RUH Emergency Department | Room: CO02 | Bed: G-02 |
| Patient class: Emergency | Service: Emergency - Adult | |

### Discharge at 12/27/2017 0055
| | | |
|---|---|---|
| Unit: RUH Emergency Department | Room: CO02 | Bed: G-02 |
| Patient class: Emergency | Service: Emergency - Adult | |

### Discharge at 12/27/2017 0055
| | | |
|---|---|---|
| Unit: RUH Emergency Department | Room: CO02 | Bed: G-02 |
| Patient class: Emergency | Service: Emergency - Adult | |

## Allergies as of 12/27/2017

Review status set to Review Complete by
Cervantes, Danielle, RN on 12/27/2017

| | Noted | Reaction Type | Reactions | Deletion Reason |
|---|---|---|---|---|
| **Strawberry** | 10/14/2017 | | Unknown | |

PATIENT DENIES ALLERGY TO STRAWBERRIES. DENIES FOOD ALLERGIES. DENIES DRUG ALLERGIES (10/23/17)

## Immunizations

| Name | Date |
|---|---|
| **INFLUENZA WHOLE** | defer-11/29/17 |
| Deferral: Patient Refused | |

## Medical as of 12/27/2017

### Past Medical History
| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Hypertension [I10] | — | — | Provider |
| Tendonitis [M77.9] | — | — | Provider |

## Problem List

000104



**CareConnect Partners**
**Riverside University**
**HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Stephenson, Leroy Richard
MRN: 6522545, DOB: 2/28/1970, Sex: M
Acct #: 50000463475
Adm: 12/26/2017, D/C: 12/27/2017

## Problem List (continued)

| | Noted | Resolved |
|---|---|---|
| **Unspecified hemorrhoids without mention of complication [K64.9]**<br>Class: Medical<br>Overview Signed 10/1/2015 5:44 AM by System, Update system update | 5/23/2012 by Interface, Problem List In | No |
| **Calculus of kidney [N20.0]**<br><br>Class: Medical | 5/23/2012 by Interface, Problem List In | No |
| **Dysthymic disorder [F34.1]**<br><br>Class: Medical | 5/23/2012 by Interface, Problem List In | No |
| **Elevated blood pressure reading without diagnosis of hypertension [R03.0]**<br>Class: Medical<br>Overview Signed 10/1/2015 5:44 AM by System, Update system update | 5/23/2012 by Interface, Problem List In | No |



## ED RECORDS

### ED Arrival Information

| Expected | Arrival | Acuity |
|---|---|---|
| - | 12/26/2017 18:02 | 3 - Urgent / Urgent mental health response |

| Means of arrival | Escorted by | Service | Admission type |
|---|---|---|---|
| Ambulance - AMR | Self | Emergency - Adult | Emergency |

Arrival complaint
Right elbow pain

### ED Disposition

| ED Disposition | Condition | Comment |
|---|---|---|
| **Discharge** | Stable | Leroy Richard Stephenson discharge to home/self care. |

### ED Provider Notes

**ED Provider Notes signed by Morris, Jason L, MD at 12/27/17 0456**

---

Generated on 6/12/23  1:43 PM



CareConnect Partners

**Riverside University**
**HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Stephenson, Leroy Richard
MRN: 6522545, DOB: 2/28/1970, Sex: M
Acct #: 50000463475
Adm: 12/26/2017, D/C: 12/27/2017

## Problem List (continued)

| | Noted | Resolved |
|---|---|---|
| **Unspecified hemorrhoids without mention of complication [K64.9]**<br>Class: Medical<br>Overview Signed 10/1/2015 5:44 AM by System, Update system update | 5/23/2012 by Interface, Problem List In | No |
| **Calculus of kidney [N20.0]**<br><br>Class: Medical | 5/23/2012 by Interface, Problem List In | No |
| **Dysthymic disorder [F34.1]**<br><br>Class: Medical | 5/23/2012 by Interface, Problem List In | No |
| **Elevated blood pressure reading without diagnosis of hypertension [R03.0]**<br>Class: Medical<br>Overview Signed 10/1/2015 5:44 AM by System, Update system update | 5/23/2012 by Interface, Problem List In | No |



## ED RECORDS

### ED Arrival Information

| Expected | Arrival | Acuity |
|---|---|---|
| - | 12/26/2017 18:02 | 3 - Urgent / Urgent mental health response |

| Means of arrival | Escorted by | Service | Admission type |
|---|---|---|---|
| Ambulance - AMR | Self | Emergency - Adult | Emergency |

Arrival complaint
Right elbow pain

### ED Disposition

| ED Disposition | Condition | Comment |
|---|---|---|
| **Discharge** | Stable | Leroy Richard Stephenson discharge to home/self care. |

### ED Provider Notes

**ED Provider Notes signed by Morris, Jason L, MD at 12/27/17 0456**

**CareConnect Partners**

# Riverside University
## HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Stephenson, Leroy Richard
MRN: 6522545, DOB: 2/28/1970, Sex: M
Acct #: 50000463475
Adm: 12/26/2017, D/C: 12/27/2017

## ED Provider Notes (continued)

### ED Provider Notes signed by Morris, Jason L, MD at 12/27/17 0456 (continued)

| | | |
|---|---|---|
| Author: Morris, Jason L, MD | Service: Emergency - Adult | Author Type: Resident |
| Filed: 12/27/17 0456 | Date of Service: 12/26/17 2121 | Status: Attested |
| Editor: Morris, Jason L, MD (Resident) | | Cosigner: Zahorecz, Andrew Eric, MD at 01/02/18 0942 |

Patient seen and discussed with supervising physician Dr. Zahorecz.

## History

**Chief Complaint**
Patient presents with
• Elbow Pain

HPI

47M hx meth abuse, psych disorder p/w right elbow pain. Patient states 8/10 pain, non-radiating right elbow pain for 1.5 months in which patient taking ibuprofen gabapentin and norco for. Patient denies trauma, IVDA, fevers, swelling, redness. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Patient supposed to be on zyprexa however has issues with insurance getting meds, has rx. Denies SI/HI/AVH.

**Past Medical History:**
| Diagnosis | Date |
|---|---|
| • Hypertension | |
| • Tendonitis | |

No past surgical history on file.

**Family History**
| Problem | Relation | Age of Onset |
|---|---|---|
| • Diabetes | Mother | |
| • Hypertension | Mother | |

**Social History**
| Substance Use Topics | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| • Alcohol use | No |

Review of Systems
Constitutional: Negative for activity change, appetite change, chills and fever.
HENT: Negative for congestion, sinus pressure and sore throat.
Eyes: Negative for visual disturbance.
Respiratory: Negative for cough, shortness of breath, wheezing and stridor.
Cardiovascular: Negative for chest pain, palpitations and leg swelling.
Gastrointestinal: Negative for abdominal distention, abdominal pain, blood in stool, constipation, diarrhea, nausea and vomiting.



**CareConnect Partners**
**Riverside University HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Stephenson, Leroy Richard
MRN: 6522545, DOB: 2/28/1970, Sex: M
Acct #: 50000463475
Adm: 12/26/2017, D/C: 12/27/2017

## ED Provider Notes (continued)

### ED Provider Notes signed by Morris, Jason L, MD at 12/27/17 0456 (continued)

Genitourinary: Negative for difficulty urinating, dysuria, flank pain and hematuria.
Musculoskeletal: Positive for arthralgias. Negative for back pain, joint swelling, myalgias and neck pain.
Skin: Negative for color change, pallor, rash and wound.
Allergic/Immunologic: Negative for immunocompromised state.
Neurological: Negative for dizziness, weakness, light-headedness, numbness and headaches.
Hematological: Does not bruise/bleed easily.

### Physical Exam

BP 116/83 | Pulse 83 | Temp 98.1 °F (36.7 °C) (Oral) | Resp 13 | SpO2 99%

Physical Exam
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: EOM are normal. Pupils are equal, round, and reactive to light. No scleral icterus.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses. Exam reveals no gallop and no friction rub.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes. He has no rales. He exhibits no tenderness.
Abdominal: Soft. Bowel sounds are normal. He exhibits no distension and no mass. There is no tenderness. There is no rebound.
Musculoskeletal: Normal range of motion. He exhibits no edema.
**Bilateral elbow with full ROM, no TTP, no swelling erythema**
**DP 2+**
Lymphadenopathy:
  He has no cervical adenopathy.
Neurological: He is alert and oriented to person, place, and time. No cranial nerve deficit. He exhibits normal muscle tone.
Skin: Skin is warm. No rash noted. He is not diaphoretic. No erythema. No pallor.
Psychiatric: His speech is normal. He is not actively hallucinating. He expresses no homicidal and no suicidal ideation. He expresses no suicidal plans and no homicidal plans.

### ED Course

Procedures

MDM

### ED Course

DDx: pain, doubt fracture, osteo, infectious etiology, meth abuse, doubt rhabdo, elevated creatinine likely due to patient body built

**CareConnect Partners**

## Riverside University
## HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Stephenson, Leroy Richard
MRN: 6522545, DOB: 2/28/1970, Sex: M
Acct #: 50000463475
Adm: 12/26/2017, D/C: 12/27/2017

---

## ED Provider Notes (continued)

**ED Provider Notes signed by Morris, Jason L, MD at 12/27/17 0456 (continued)**

**Vital Signs Reviewed:**
Pulse ox: 98% on room air - normal

**ORDERS:**
**Orders Placed This Encounter**
Procedures
- Creatine Kinase (CK)
- Drugs Of Abuse Screen, Urine(7)
- Comprehensive Metabolic Panel
- Alcohol Level, Ethyl
- Insert PIV

**MEDICATIONS GIVEN:**
Medications
ketorolac (TORADOL) Injection 30 mg (30 mg Intravenous Given 12/26/17 1932)
LORazepam (ATIVAN) tablet 1 mg (1 mg Oral Given 12/26/17 1937)

**DIAGNOSTIC TEST RESULTS:**
Results for orders placed or performed during the hospital encounter of 12/26/17
**Creatine Kinase (CK)**

| Result | Value | Ref Range |
|---|---|---|
| CK Total (RUH) | 887 (H) | 39 - 308 U/L |

**Comprehensive Metabolic Panel**

| Result | Value | Ref Range |
|---|---|---|
| Na, Plasma/Serum (RUH) | 137 | 136 - 145 MMOLL |
| K (RUH) | 3.9 | 3.6 - 5.0 MMOLL |
| Cl (RUH) | 105 | 98 - 107 MMOLL |
| CO2 (RUH) | 23 | 21 - 32 MMOLL |
| BUN (RUH) | 17 | 7 - 18 MG/DL |
| Creat, Plasma/Serum (RUH) | 1.39 (H) | 0.700 - 1.3 MG/DL |
| Glu, Rand (RUH) | 108 (H) | 74 - 106 MG/DL |
| Ca, Serum (RUH) | 9.3 | 8.5 - 10.1 MG/DL |
| Albumin (RUH) | 3.9 | 3.4 - 5.0 G/DL |
| Globulin (RUH) | 3.8 | 1.4 - 4.8 G/DL |
| A/G Ratio (RUH) | 1.0 (L) | 1.2 - 2.2 |
| Total Protein (RUH) | 7.7 | 6.4 - 8.2 G/DL |
| Alk Phos (RUH) | 79 | 45 - 117 U/L |
| AST (RUH) | 29 | 15 - 37 U/L |
| ALT (RUH) | 36 | 12 - 78 U/L |
| Anion Gap (RUH) | 9.0 | 5.0 - 14.0 MMOLL |
| Total Bili (RUH) | 0.6 | 0.2 - 1.0 MG/DL |

**Alcohol Level, Ethyl**

| Result | Value | Ref Range |
|---|---|---|
| Ethyl Alcohol (RUH) | <3 | 0 - 10 MG/DL |

---



**CareConnect Partners**
**Riverside University**
**HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Stephenson, Leroy Richard
MRN: 6522545, DOB: 2/28/1970, Sex: M
Acct #: 50000463475
Adm: 12/26/2017, D/C: 12/27/2017

### ED Provider Notes (continued)

**ED Provider Notes signed by Morris, Jason L, MD at 12/27/17 0456 (continued)**
No results found.

ED interpretation: I personally reviewed the above diagnostics and they show minimally elevated CK, cr.

**PENDING TESTS:** none

**CONSULTATIONS:**
None

**RE-ASSESSMENT:**
Patient A&O to person place date situation. Toleraing PO. Patient now stating he came to the ED for medications to help him sleep

**IMPRESSION:**

| | | ICD-10-CM |
|---|---|---|
| 1. | **Right elbow pain** | M25.521 |
| ■ | ███████████████████ | ███ |

**PLAN:** discharge home

**DISPOSITION:** Discharged home with continued outpatient follow up with PMD in 3-7 days

**CONDITION:** Stable

**PRESCRIPTIONS:**
**Discharge Medication List as of 12/26/2017  9:28 PM**

**CONTINUE these medications which have NOT CHANGED**

| | Details |
|---|---|
| **ibuprofen (ADVIL OR MOTRIN) 800 MG tablet** | Take 1 tablet (800 mg total) by mouth 3 (three) times daily., Starting Tue 10/31/2017, Print |

Jason L Morris, MD
Resident
12/27/17 0456

Attestation signed by Zahorecz, Andrew Eric, MD at 01/02/18 0942
**Attending attestation:**

I performed a history and physical examination of the patient and discussed the management with the resident physician. I reviewed and edited the resident physician's note and agree with the documented



**CareConnect Partners**

## Riverside University
## HEALTH SYSTEM

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Stephenson, Leroy Richard
MRN: 6522545, DOB: 2/28/1970, Sex: M
Acct #: 50000463475
Adm: 12/26/2017, D/C: 12/27/2017

## ED Provider Notes (continued)

### ED Provider Notes signed by Morris, Jason L, MD at 12/27/17 0456 (continued)

findings and plan of care.

Andrew Eric Zahorecz, MD
1/2/2018 9:42 AM

Electronically signed by Morris, Jason L, MD at 12/27/17 0456
Electronically signed by Zahorecz, Andrew Eric, MD at 01/02/18 0942

## ED Notes.

### ED Notes signed by Cervantes, Danielle, RN at 12/27/17 0700

| Author: Cervantes, Danielle, RN | Service: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 12/27/17 0700 | Date of Service: 12/27/17 0055 | Status: Signed |
| Editor: Cervantes, Danielle, RN (Registered Nurse) | | |

Pt provided DC teaching with regard to ███████████████████████ when to return to this
ER in emergency (i.e SOB, chest pain, <mark>overdose, etc.)</mark>. Verbalized understanding, further indicated by
signature on DC paperwork.

Danielle Cervantes, RN
12/27/17 0700

Electronically signed by Cervantes, Danielle, RN at 12/27/17 0700

### ED Notes signed by Cervantes, Danielle, RN at 12/27/17 0650

| Author: Cervantes, Danielle, RN | Service: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 12/27/17 0650 | Date of Service: 12/27/17 0054 | Status: Addendum |
| Editor: Cervantes, Danielle, RN (Registered Nurse) | | |
| Related Notes: Original Note by Cervantes, Danielle, RN (Registered Nurse) filed at 12/27/17 0102 | | |

Pt A&Ox4, RR equal and unlabored, denying chest pain/SOB ambulated to the exit of this ER with steady gait.
To await resumption of public transit.
Danielle Cervantes, RN
12/27/17 0102

Danielle Cervantes, RN
12/27/17 0650

Electronically signed by Cervantes, Danielle, RN at 12/27/17 0102
Electronically signed by Cervantes, Danielle, RN at 12/27/17 0650
Electronically signed by Cervantes, Danielle, RN at 12/27/17 0650

### ED Notes signed by Cervantes, Danielle, RN at 12/27/17 0042

000110



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Stephenson, Leroy Richard
MRN: 6522545, DOB: 2/28/1970, Sex: M
Acct #: 50000463475
Adm: 12/26/2017, D/C: 12/27/2017

## ED Provider Notes (continued)

### ED Provider Notes signed by Morris, Jason L, MD at 12/27/17 0456 (continued)

findings and plan of care.

Andrew Eric Zahorecz, MD
1/2/2018 9:42 AM

Electronically signed by Morris, Jason L, MD at 12/27/17 0456
Electronically signed by Zahorecz, Andrew Eric, MD at 01/02/18 0942

## ED Notes.

### ED Notes signed by Cervantes, Danielle, RN at 12/27/17 0700

| Author: Cervantes, Danielle, RN | Service: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 12/27/17 0700 | Date of Service: 12/27/17 0055 | Status: Signed |
| Editor: Cervantes, Danielle, RN (Registered Nurse) | | |

Pt provided DC teaching with regard to ██████████████████ when to return to this ER in emergency (i.e SOB, chest pain, overdose, etc.). Verbalized understanding, further indicated by signature on DC paperwork.

Danielle Cervantes, RN
12/27/17 0700

Electronically signed by Cervantes, Danielle, RN at 12/27/17 0700

### ED Notes signed by Cervantes, Danielle, RN at 12/27/17 0650

| Author: Cervantes, Danielle, RN | Service: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 12/27/17 0650 | Date of Service: 12/27/17 0054 | Status: Addendum |
| Editor: Cervantes, Danielle, RN (Registered Nurse) | | |
| Related Notes: Original Note by Cervantes, Danielle, RN (Registered Nurse) filed at 12/27/17 0102 | | |

Pt A&Ox4, RR equal and unlabored, denying chest pain/SOB ambulated to the exit of this ER with steady gait. To await resumption of public transit.
Danielle Cervantes, RN
12/27/17 0102

Danielle Cervantes, RN
12/27/17 0650

Electronically signed by Cervantes, Danielle, RN at 12/27/17 0102
Electronically signed by Cervantes, Danielle, RN at 12/27/17 0650
Electronically signed by Cervantes, Danielle, RN at 12/27/17 0650

### ED Notes signed by Cervantes, Danielle, RN at 12/27/17 0042

000110



**CareConnect Partners**
**Riverside University**
**HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Stephenson, Leroy Richard
MRN: 6522545, DOB: 2/28/1970, Sex: M
Acct #: 50000463475
Adm: 12/26/2017, D/C: 12/27/2017

## ED Notes. (continued)

### ED Notes signed by Cervantes, Danielle, RN at 12/27/17 0042 (continued)

| Author: Cervantes, Danielle, RN | Service: — | Author Type: Registered Nurse |
| Filed: 12/27/17 0042 | Date of Service: 12/27/17 0040 | Status: Signed |
| Editor: Cervantes, Danielle, RN (Registered Nurse) | | |

==MD Morris notified of inability to arrange transport.== As per Yreri recommendation, recommended that he reevaluate pt prior to RSO consult. Informed this nurse that he approved DC "hours ago and nothings changed." To consult RSO for DC.

Danielle Cervantes, RN
12/27/17 0042

Electronically signed by Cervantes, Danielle, RN at 12/27/17 0042

### ED Notes signed by Cervantes, Danielle, RN at 12/27/17 0038

| Author: Cervantes, Danielle, RN | Service: — | Author Type: Registered Nurse |
| Filed: 12/27/17 0038 | Date of Service: 12/27/17 0035 | Status: Signed |
| Editor: Cervantes, Danielle, RN (Registered Nurse) | | |

Consulted charge nurse Yreri regarding next step regarding transportation for patient. Recommended to call again, contact MD regarding stability, and then contact RSO for DC should MD feel pt is stable. Will do as recommended.

Danielle Cervantes, RN
12/27/17 0038

Electronically signed by Cervantes, Danielle, RN at 12/27/17 0038

### ED Notes signed by Cervantes, Danielle, RN at 12/27/17 0037

| Author: Cervantes, Danielle, RN | Service: — | Author Type: Registered Nurse |
| Filed: 12/27/17 0037 | Date of Service: 12/27/17 0037 | Status: Signed |
| Editor: Cervantes, Danielle, RN (Registered Nurse) | | |

Called wife Latania at (213)200-1448 without answer.

Danielle Cervantes, RN
12/27/17 0037

Electronically signed by Cervantes, Danielle, RN at 12/27/17 0037

### ED Notes signed by Cervantes, Danielle, RN at 12/27/17 0031

| Author: Cervantes, Danielle, RN | Service: — | Author Type: Registered Nurse |
| Filed: 12/27/17 0031 | Date of Service: 12/27/17 0030 | Status: Signed |
| Editor: Cervantes, Danielle, RN (Registered Nurse) | | |

Called wife Latania at (213)200-1448 without answer x2, call rang x2 each time and was forwarded.

Danielle Cervantes, RN

000111



**CareConnect Partners**
**Riverside University HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Stephenson, Leroy Richard
MRN: 6522545, DOB: 2/28/1970, Sex: M
Acct #: 50000463475
Adm: 12/26/2017, D/C: 12/27/2017

## ED Notes. (continued)

### ED Notes signed by Cervantes, Danielle, RN at 12/27/17 0031 (continued)
12/27/17 0031

Electronically signed by Cervantes, Danielle, RN at 12/27/17 0031

### ED Notes signed by Cervantes, Danielle, RN at 12/26/17 2235

| Author: Cervantes, Danielle, RN | Service: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 12/26/17 2235 | Date of Service: 12/26/17 2234 | Status: Signed |
| Editor: Cervantes, Danielle, RN (Registered Nurse) | | |

Wife Latania made aware to need for transportation. Stated she would investigate Uber options. Provided wife direct extension to this nurses phone for call back.

Danielle Cervantes, RN
12/26/17 2235

Electronically signed by Cervantes, Danielle, RN at 12/26/17 2235

### ED Notes signed by Cervantes, Danielle, RN at 12/26/17 2232

| Author: Cervantes, Danielle, RN | Service: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 12/26/17 2232 | Date of Service: 12/26/17 2231 | Status: Signed |
| Editor: Cervantes, Danielle, RN (Registered Nurse) | | |

Attempted to awake patient for DC instructions. Able to awake patient after much stimulation. Informed he didn't have a ride home. Social worker called and informed this nurse public transportation wasn't available at this time. To call wife for transportation.

Danielle Cervantes, RN
12/26/17 2232

Electronically signed by Cervantes, Danielle, RN at 12/26/17 2232

### ED Notes signed by Cervantes, Danielle, RN at 12/26/17 2054

| Author: Cervantes, Danielle, RN | Service: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 12/26/17 2054 | Date of Service: 12/26/17 2045 | Status: Signed |
| Editor: Cervantes, Danielle, RN (Registered Nurse) | | |

Pt wife Latania called at (213)200-1448 regarding patient home medication administration. Unreliable historian

Danielle Cervantes, RN
12/26/17 2054

Electronically signed by Cervantes, Danielle, RN at 12/26/17 2054

### ED Notes signed by Cervantes, Danielle, RN at 12/26/17 2043

000112



**CareConnect Partners**
**Riverside University HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Stephenson, Leroy Richard
MRN: 6522545, DOB: 2/28/1970, Sex: M
Acct #: 50000463475
Adm: 12/26/2017, D/C: 12/27/2017

## ED Notes. (continued)

### ED Notes signed by Cervantes, Danielle, RN at 12/26/17 2043 (continued)

| Author: Cervantes, Danielle, RN | Service: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 12/26/17 2043 | Date of Service: 12/26/17 2043 | Status: Signed |
| Editor: Cervantes, Danielle, RN (Registered Nurse) | | |

MD Morris at bedside.

Danielle Cervantes, RN
12/26/17 2043

Electronically signed by Cervantes, Danielle, RN at 12/26/17 2043

### ED Notes signed by Cervantes, Danielle, RN at 12/26/17 2037

| Author: Cervantes, Danielle, RN | Service: —— | Author Type: Registered Nurse |
|---|---|---|
| Filed: 12/26/17 2037 | Date of Service: 12/26/17 2032 | Status: Addendum |
| Editor: Cervantes, Danielle, RN (Registered Nurse) | | |
| Related Notes: Original Note by Cervantes, Danielle, RN (Registered Nurse) filed at 12/26/17 2037 | | |

Seizure pads applied for patient safety as his fidgeting involves near misses of hitting head on siderails, post meth use "this afternoon.". MD to be notified.

Danielle Cervantes, RN
12/26/17 2037

Danielle Cervantes, RN
12/26/17 2037

Electronically signed by Cervantes, Danielle, RN at 12/26/17 2037
Electronically signed by Cervantes, Danielle, RN at 12/26/17 2037
Electronically signed by Cervantes, Danielle, RN at 12/26/17 2037

### ED Notes signed by Cervantes, Danielle, RN at 12/26/17 2036

| Author: Cervantes, Danielle, RN | Service: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 12/26/17 2036 | Date of Service: 12/26/17 2034 | Status: Signed |
| Editor: Cervantes, Danielle, RN (Registered Nurse) | | |

MD Morris made aware to patient recent use of meth, patient reports "this afternoon." Made aware ineffective dose of Ativan as pt is fidgeting to the extent of wrapping IV monitor chords around head and neck and near misses of hitting head on gurney siderails. Informed this nurse he would come to see patient in 5 minutes. Awaiting orders.

Danielle Cervantes, RN
12/26/17 2036

Electronically signed by Cervantes, Danielle, RN at 12/26/17 2036

000113



**CareConnect Partners**
**Riverside University HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Stephenson, Leroy Richard
MRN: 6522545, DOB: 2/28/1970, Sex: M
Acct #: 50000463475
Adm: 12/26/2017, D/C: 12/27/2017

## HOSPITAL ENCOUNTER NOTES

### Encounter Notes

#### ED Provider MSE Note signed by Randall, Melanie Miyori, MD at 12/26/17 1814

| | | |
|---|---|---|
| Author: Randall, Melanie Miyori, MD | Service: Emergency - Adult | Author Type: Physician |
| Filed: 12/26/17 1814 | Date of Service: 12/26/17 1813 | Status: Signed |
| Editor: Randall, Melanie Miyori, MD (Physician) | | |

**Medical Screening Exam note**

**Medical screening exam start time: 6:13 PM**
**47 y.o. male**
**Chief Complaint**
Patient presents with
• Elbow Pain
very anxious, tachycardia
Meth and THC

**RME Exam:** BP (!) 145/86 Comment: prehospital | Pulse (!) 120 | Resp 20 | SpO2 94%

**Melanie Miyori Randall, MD**
**12/26/2017 6:13 PM**

Melanie Miyori Randall, MD
12/26/17 1814

Electronically signed by Randall, Melanie Miyori, MD at 12/26/17 1814

#### Miscellaneous signed by Provider, Scan at 12/27/17 2033

| | | |
|---|---|---|
| Author: Provider, Scan | Service: — | Author Type: Physician |
| Filed: 12/27/17 2033 | Date of Service: 12/26/17 1853 | Status: Signed |
| Editor: Provider, Scan (Physician) | | |
| Scan on 12/26/2017 by Provider, Scan: AMR 1 | | |

Electronically signed by Provider, Scan at 12/27/17 2033

#### Miscellaneous signed by Provider, Scan at 12/28/17 1820

| | | |
|---|---|---|
| Author: Provider, Scan | Service: — | Author Type: Physician |
| Filed: 12/28/17 1820 | Date of Service: 12/26/17 1853 | Status: Signed |
| Editor: Provider, Scan (Physician) | | |
| Scan on 12/26/2017 by Provider, Scan: CONFIRMATION OF RECEIPT | 1 | |

Electronically signed by Provider, Scan at 12/28/17 1820

#### Miscellaneous signed by Provider, Scan at 12/28/17 1820

| | | |
|---|---|---|
| Author: Provider, Scan | Service: — | Author Type: Physician |
| Filed: 12/28/17 1820 | Date of Service: 12/26/17 1853 | Status: Signed |
| Editor: Provider, Scan (Physician) | | |
| Scan on 12/26/2017 by Provider, Scan: BASE STATION | 1 | |

000114



**CareConnect Partners**
**Riverside University HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Stephenson, Leroy Richard
MRN: 6522545, DOB: 2/28/1970, Sex: M
Acct #: 50000463475
Adm: 12/26/2017, D/C: 12/27/2017

**Encounter Notes (continued)**

**Miscellaneous signed by Provider, Scan at 12/28/17 1820  (continued)**

Electronically signed by Provider, Scan at 12/28/17 1820

000115



**CareConnect Partners**
**Riverside University**
**HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Stephenson, Leroy Richard
MRN: 6522545, DOB: 2/28/1970, Sex: M
Acct #: 50000436324
Adm: 11/29/2017, D/C: 11/29/2017

## ORDERS PLACED OR RELEASED THIS ENCOUNTER (continued)

### Problem List (continued)

| | Noted List In | Resolved |
|---|---|---|
| Class: Medical | | |
| **Elevated blood pressure reading without diagnosis of hypertension [R03.0]** | 5/23/2012 by Interface, Problem List In | No |
| Class: Medical | | |
| Overview Signed 10/1/2015 5:44 AM by System, Update system update | | |



## ED RECORDS

### ED Arrival Information

| Expected | Arrival | Acuity |
|---|---|---|
| - | 11/29/2017 18:57 | 4 - Non-Urgent / Semi-urgent mental health response |

| Means of arrival | Escorted by | Service | Admission type |
|---|---|---|---|
| Car | Self | Emergency - Adult | Emergency |

Arrival complaint
R wrist pain

### ED Disposition

| ED Disposition | Condition | Comment |
|---|---|---|
| **Eloped** | -- | -- |

## ED Provider Notes

### ED Provider Notes signed by Naftel, John Cortelyou, MD at 11/29/17 2003

| Author: Naftel, John Cortelyou, MD | Service: Emergency - Adult | Author Type: Physician |
|---|---|---|
| Filed: 11/29/17 2003 | Date of Service: 11/29/17 1958 | Status: Addendum |
| Editor: Naftel, John Cortelyou, MD (Physician) | | |
| Related Notes: Original Note by Naftel, John Cortelyou, MD (Physician) filed at 11/29/17 2002 | | |

==Eloped before being seen by me, after was refused narcotic during MSE intake.==

Was seen earlier today in Medicine Clinic, where was refused a narcotic refill.

Generated on 6/12/23 1:43 PM

000075



**CareConnect Partners**
**Riverside University HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Stephenson, Leroy Richard
MRN: 6522545, DOB: 2/28/1970, Sex: M
Acct #: 50000436324
Adm: 11/29/2017, D/C: 11/29/2017

## ED Provider Notes (continued)

### ED Provider Notes signed by Naftel, John Cortelyou, MD at 11/29/17 2003 (continued)

John Cortelyou Naftel, MD
11/29/17 2002

Chart review shows extensive hx meth abuse.

John Cortelyou Naftel, MD
11/29/17 2003

Electronically signed by Naftel, John Cortelyou, MD at 11/29/17 2002
Electronically signed by Naftel, John Cortelyou, MD at 11/29/17 2003

## ED Notes.

### ED Notes signed by Colleran, Clare, RN at 11/29/17 2007

| Author: Colleran, Clare, RN | Service: — | Author Type: Registered Nurse |
| Filed: 11/29/17 2007 | Date of Service: 11/29/17 1945 | Status: Signed |
| Editor: Colleran, Clare, RN (Registered Nurse) | | |

Pt paged with n/a

Clare Colleran, RN
11/29/17 2007

Electronically signed by Colleran, Clare, RN at 11/29/17 2007

### ED Notes signed by Colleran, Clare, RN at 11/29/17 2006

| Author: Colleran, Clare, RN | Service: — | Author Type: Registered Nurse |
| Filed: 11/29/17 2006 | Date of Service: 11/29/17 2006 | Status: Signed |
| Editor: Colleran, Clare, RN (Registered Nurse) | | |

Pt paged with n/a

Clare Colleran, RN
11/29/17 2006

Electronically signed by Colleran, Clare, RN at 11/29/17 2006

### ED Notes signed by Colleran, Clare, RN at 11/29/17 2006

| Author: Colleran, Clare, RN | Service: — | Author Type: Registered Nurse |
| Filed: 11/29/17 2006 | Date of Service: 11/29/17 1935 | Status: Signed |
| Editor: Colleran, Clare, RN (Registered Nurse) | | |



**CareConnect Partners**

**Riverside University HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
Inpatient Record

Stephenson, Leroy Richard
MRN: 6522545, DOB: 2/28/1970, Sex: M
Acct #: 50000436324
Adm: 11/29/2017, D/C: 11/29/2017

**ED Notes. (continued)**

**ED Notes signed by Colleran, Clare, RN at 11/29/17 2006 (continued)**
Pt paged with n/a

Clare Colleran, RN
11/29/17 2006


Electronically signed by Colleran, Clare, RN at 11/29/17 2006

000077



**CareConnect Partners**
**Riverside University HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Stephenson, Leroy Richard
MRN: 6522545, DOB: 2/28/1970, Sex: M
Acct #: 50000588270
Adm: 4/21/2018, D/C: 4/21/2018

---

**RIVERSIDE UNIVERSITY HEALTH SYSTEM**
**26520 Cactus Ave**
**Moreno Valley, CA 92555**
**EIN#: 95-6000930**
**Case Management - Phone (951) 486-5125 - Fax (951) 486-5840**

## Stephenson, Leroy Richard

| | | | |
|---|---|---|---|
| Patient ID: | 6522545 | | |
| Hosp Acct ID: | 50000588270 | Fin. Class: | **Commercial** |
| Private? | **Routine, no request for confidentiality** | | |

## DEMOGRAPHICS

| | | | |
|---|---|---|---|
| Street: | **HOMELESS** | | |
| City/St/ZIP: | **RIVERSIDE CA 92503** | DOB: | **2/28/1970 (48 yrs)** |
| Phone: | **000-000-0000** | Age: | **48 yrs** |
| Mobile Phone: | **There is no such number on file (mobile).** | Sex: | **Male** |
| Marital Status: | **Divorced** | Interpreter Needed: | **No** |
| Religion: | **Christian** | Language: | **English** |
| Clergy Visit: | | | |
| Race: | **Black or African America\*** | Ethnicity: | **Not Hispanic or Latino/a** |

## ADMISSION INFORMATION

| | | | |
|---|---|---|---|
| Adm Date: | | Adm Time: | |
| Patient Class: | **Emergency** | Service: | **Emergency - adult** |
| Adm Source: | **Non-healthcare facility \*** | Adm Type: | **Emergency** |
| Admitting Provider: | | Attending Provider: | **No att. providers found** |
| Unit: | **RUH EMERGENCY DEPT** | Room/Bed: | **CO03/G-03** |
| Adm Diagnosis: | **No admission diagnoses are documented for this encounter.** | | |
| Procedure: | **No admission procedures for hospital encounter.** | | |
| Comment: | **No comment available** | | |
| Disch Date: | **4/21/2018** | Disch Time: | **1910** |
| Disch Disp: | **Eloped (ED/URCR) [104]** | Encounter Number: | **108329470** |
| Advanced Directive Status: | **<no information>** | Est Length of Stay: | |

## EMERGENCY CONTACTS

| Name | Home Phone | Work Phone | Mobile Phone | Relationship | Lgl Grd |
|---|---|---|---|---|---|
| **STANFORT,LATANYA** | **213-200-1448** | | **213-200-1448** | **Friend** | **No** |

## GUARANTOR INFORMATION

| Acct ID - Guarantor | Home Phone | Work Phone | Relationship | Acct Type |
|---|---|---|---|---|
| **103052257 - STEPHENSON,\*** | **000-000-0000** | | **Self** | **P/F** |
| **HOMELESS, RIVERSIDE, CA 92503** | | | | |

## COVERAGE INFORMATION

| Payer/Plan | Subscriber Name | Rel | Member # | Group # |
|---|---|---|---|---|
| **INLAND EMPIRE HLTH PLAN - ZZ IEHP MCAL DIRECT - IEHP MED GRP OUTSI** | **STEPHENSON,LEROY\*** | **Self** | **20140401364300** | |
| **PO BOX 4349** | | | | |

---



**CareConnect Partners**
**Riverside University HEALTH SYSTEM**

RUH EMERGENCY DEPT
26520 CACTUS AVENUE
MORENO VALLEY CA
92555-3911
FACESHEET

Stephenson, Leroy Richard
MRN: 6522545, DOB: 2/28/1970, Sex: M
Acct #: 50000588270
Adm: 4/21/2018, D/C: 4/21/2018

## PROVIDER INFORMATION

|  | Phone # | Address |
|---|---|---|
| PCP: | None | |
| Ref: **No ref. provider found** | N/A | |

000153