|   |
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |
| 26 |
| 27 |
| 28 |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA; DANE NOREM; and JEFFREY MCKEE,<br><br>Defendants. | 5:21-cv-00526-JAK-KK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE NO. 1** |

The Court, having considered Plaintiffs' Motion in Limine No. 1, the papers filed in support and opposition, and the arguments of counsel, and good cause appearing, hereby ORDERS as follows:

Plaintiffs' Motion in Limine No. 1 is GRANTED. Defendants are precluded from introducing, referring to, or eliciting testimony concerning Mr. Stephenson's alleged mental health issues, history of drug use, and homelessness including:

- Any reference in Riverside Community Hospital Medical Center records to alleged methamphetamine use or homelessness by Mr. Stephenson;
- Any reference in March 2017 public intoxication records containing allegations that Mr. Stephenson used methamphetamine or was speaking to himself; and
- Any portion of the Coroner's Autopsy Report containing hearsay regarding Mr. Stephenson's alleged drug abuse or schizophrenia.

This ruling applies to all stages of trial, including voir dire, opening statements, direct and cross-examination of witnesses, and closing argument.

Counsel for all parties shall instruct their witnesses to refrain from any mention of the excluded evidence in the presence of the jury.

**IT IS SO ORDERED.**

Dated: _____, 2025        _____
                                     Hon. John A. Kronstadt
                                     United States District Court
                                     Central District of California