**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs* DEVONTE STEPHENSON, LINDEN STEPHENSON, and KEANDRE STEPHENSON

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA; DANE NOREM; and JEFFREY MCKEE,<br><br>Defendants. | 5:21-cv-00526-JAK-KK<br>*Hon. Judge Kronstadt*<br>*Hon. Magistrate Judge Bristow*<br><br>**DECLARATION OF COOPER ALISON-MAYNE IN SUPPORT OF PLAINTIFFS' MOTION IN LIMINE NO. 2**<br><br>Hearing Date: August 25, 2025<br>Hearing Time: 1:30 p.m.<br>Courtroom: 10B |

I, Cooper Alison-Mayne, declare as follows:

I am an attorney duly licensed to practice law in the State of California, and the Central District of California. I make this declaration in relation to the parties joint report filed concurrently. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

1. Attached hereto as "Exhibit A" is a true and correct copy of San Bernadino County Sheriff's Department Documents for Case No. 17-26237, referred to in Plaintiffs Motion in Limine No. 2 with the relevant portions highlighted.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 5th day of May 2024, in Los Angeles, California.

Dated: August 11, 2025             **LAW OFFICES OF DALE K. GALIPO**

                                   By:   /s/   *Cooper Mayne*
                                         Dale K. Galipo
                                         Cooper Mayne
                                         *Attorneys for Plaintiffs DEVONTE STEPHENSON, LINDEN STEPHENSON, and KEANDRE STEPHENSON*

# EXHIBIT A

01/30/2019 16:54 FAX                               ⌀003/008

| CITY OF SAN BERNARDINO | ☒ MISDEMEANOR | |
|---|---|---|
| NOTICE TO APPEAR | ☐ Traffic ☒ Nontraffic | **1008005** |

| Date of Violation | Time | AM/PM | Day of Week | Case No. |
|---|---|---|---|---|
| 3-6-17 | 0445 | ☐AM ☒PM | S M T W T F S | 17-20237 |

Name (First, Middle, Last): LEROY RICHARD STEPHENSON
☐ Owner's Responsibility (Veh. Code, § 40001)

Address: 20580 NARANJA ST
City: MORENO VALLEY   State: CA   ZIP Code: 92557

| Driver Lic. No. | State | Class | Commercial | Age | Birth Date |
|---|---|---|---|---|---|
| A1644742 | CA | C | ☐Yes ☒No | 47 | 02-28-70 |

| Sex | Hair | Eyes | Height | Weight | Other Description |
|---|---|---|---|---|---|
| M | BLK | BRN | 6'5 | 240 | BMA |

Veh. Lic. No. or VIN:        State:        Reg. MO/YR:
☐ COMMERCIAL VEHICLE (Veh. Code § 15210(b))
☐ HAZARDOUS MATERIAL (Veh. Code § 353)

Yr. of Veh:   Make:   Model:   Body Style:   Color:

Evidence of Financial Responsibility:

Registered Owner or Lessee:   ☐ Same as Driver
Address:   ☐ Same as Driver
City:   State:   ZIP Code:

Correctable Violation (Veh. Code § 40610)  ☐ Booking Required (see reverse)

| Yes | No | Code and Section | Description | Misdemeanor or Infraction (Circle) |
|---|---|---|---|---|
| ☐ | ☒ | HS 11550(A) | UNDER THE INFLU | **M** / I |
| ☐ | ☐ | | | M / I |
| ☐ | ☐ | | | M / I |
| ☐ | ☐ | | | M / I |

| Speed Approx. | P.F./Max Spd. | Veh Lmt. | Safe | Radar | ☐ Continuation Form Issued | N |
|---|---|---|---|---|---|---|

Location of Violation(s):
at 2747 N DEL ROSA    W   E

Comments (Weather, Road & Traffic Conditions):
CLEAR DRY, COLD    ☐ Accident

☐ Violations not committed in my presence, declared on information and belief.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

Arresting or Citing Officer: S. BOQUH
Serial No.: SC987

Date:    Name of Arresting Officer if different from Citing Officer:    Serial No.:

WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED BELOW.

X Signature: [signed]

WHEN: ON OR BEFORE THIS DATE: 5-22-17  TIME: 0800  ☒AM ☐PM
WHAT TO DO: FOLLOW THE INSTRUCTIONS ON THE REVERSE.
WHERE:
☒ Before a Judge or Clerk of the Superior Court, San Bernardino District. San Bernardino Justice Center, 247 West 3rd Street, San Bernardino, CA 92415
☐ Juvenile Probation, ATTENTION: PROBATION CLERK, 150 W. 5th Street, San Bernardino, CA 92415 MUST BE ACCOMPANIED BY A PARENT OR GUARDIAN
☐ Juvenile Delinquency Court, 900 East Gilbert St., San Bernardino MUST BE ACCOMPANIED BY A PARENT OR GUARDIAN
☐ Other Traffic
Appear Before a Judge or Clerk of the Superior Court, Fontana District. 17780 Arrow Boulevard, Fontana, CA 92335
☐ To be notified   ☐ You may arrange with the clerk to appear at a night session of the court.

|||||||||| 1008005

COURT COPY

Judicial Council of California Form    SEE REVERSE
Rev. 09-20-05 (Veh. Code, §§ 40500(b), 40513(b), 40522, 40600; Pen. Code § 853.9)    TR-130

000096

# SAN BERNARDINO POLICE DEPARTMENT CR3
## SUSPECT / ARREST INFORMATION SHEET

**CASE NUMBER:** 2017-00026237

**SUSPECT #** 1    **CRIME:** 11550(A) HS-M

| NAME (LAST, FIRST, MIDDLE) | | SEX | RACE | AGE | DOB | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|
| STEPHENSON, LEROY RICHARD | | M | B | 47 | 02/28/1970 | 6'05" - | 240 | BLK | BRO |

| BUILD | COMPLEXION | DRIVERS LICENSE NUMBER | STATE | ARRESTED? | INTERVIEWED? | CAN BE IDENTIFIED? |
|---|---|---|---|---|---|---|
| AVERAGE | DARK | A1644742 | CA | ☐ NO ☒ YES | ☐ NO ☒ YES | ☐ NO ☒ YES |

**RESIDENCE ADDRESS:** 22580 NARANJA ST, MORENO VALLEY, CA 92507
**HOME PHONE NUMBER:** (000)000-0000
**BUSINESS ADDRESS:**
**BUSINESS PHONE NUMBER:**

| HAIR STYLE | HAIR LENGTH / TYPE | FACIAL HAIR | APPEARANCE | SPEECH / VOICE |
|---|---|---|---|---|
| SHORT | SHORT | UNSHAVEN / UNSHAVEN | CASUAL | RAPID / LOUD SPOKEN |

| DEMEANOR | WEAPON TYPE | WEAPON MODEL | WEAPON CAL, GA | WEAPON LENGTH |
|---|---|---|---|---|
| **DISORGANIZED IRRATIONAL** | | | | |

| WEAPON COLOR | WEAPON GRIPS | WEAPON USE | DISTINGUISHING FEATURES |
|---|---|---|---|

| MISCELLANEOUS | GANG INVOLVEMENT |
|---|---|
| | UNKNOWN |

**REMARKS / ADDITIONAL DESCRIPTORS**

**CLOTHING**

| HAT/CAP | |
| MASK | |
| GLASSES | |
| GLOVES | |
| COAT/JACKET | BLUE JACKET |
| SHIRT | BLUE |
| PANTS | BLACK |
| SHOES | |
| JEWELRY | |
| OTHER | |

**SCARS / TATTOOS**

| LOCATION | DESCRIPTION |
|---|---|

| REPORTING OFFICER(S) | OFFICER ID #(S) | DATE | RECORDS BARCODE ONLY |
|---|---|---|---|
| Bodoh | 50987 | 03/06/2017 | |

| REVIEWED BY: | DATE: | RECORDS PROCESSING BY: |
|---|---|---|
| Spriggs, Paul | 03/06/2017 | |

000097

**SAN BERNARDINO POLICE DEPARTMENT**   CA036100                Case # 2017-00026237
San Bernardino, California
PC 647(f) / HS 11550(a)
State of California                                                          Page 1

# PUBLIC INTOXICATION / UNDER THE INFLUENCE

## ARREST REPORT

Date of Occurrence: 03/06/2017                    Time of Occurrence: 04:18
Location of Occurrence: 2742 N DEL ROSA AVE /
Suspect Name: STEPHENSON, LEROY RICHARD           Date of Birth: 02/28/1970
Suspect was identified by:  [X] ID/Drivers License # A1644742   State CA
                            [ ] Suspect Statement  [ ] Other

**Probable Cause for Contact:**
OFFICERS ARRIVED AT THE ABOVE LOCATION IN REFERENCE TO A SUBJECT (LEROY STEPHENSON DOB-02-28-1970) SPEAKING TO HIMSELF AND RUNNING BACK AND FORTH THROUGH HEAVY TRAFFIC. STEPHENSON WAS ALMOST STRUCK BY NUMEROUS MOTOR VEHICLES. SUSPECT STEPHENSON WAS SPEAKING TO HIMSELF WITH A RAPID SPEECH, SHOUTING AT VEHICLE'S WHILE HE WAS LOCATED IN THE MIDDLE OF THE ROADWAY. STEPHENSON WAS SWEATING PROFUSELY AS OFFICERS CONTACTED HIM.

## PRELIMINARY INTERVIEW

Have you been drinking? [ ] No  [X] Yes
What? BEER                                        How Much? 3 UNKNOWN SIZE
When? EARLIER IN THE DAY.                         Where? UNKNOWN
Do you have any physical defects? [X] No  [ ] Yes
Have you taken any medicine or drugs? [ ] No  [X] Yes   Type / Amount: SPICE/METH      Method: UNKNOWN
   When? UNKNOWN    Where? UNKNOWN
Do you have any medical problems? [X] No  [ ] Yes
Are you sick [X] No  [ ] Yes
Are you injured? [X] No  [ ] Yes
Are you a Diabetic? [X] No  [ ] Yes    Do you take Insulin? [X] No  [ ] Yes
Are you an Epileptic? [X] No  [ ] Yes

## OBSERVED SIGNS OF INTOXICATION

**FACE:**
[ ] Normal   [X] Flushed   [ ] Pale   [X] Sweaty
[ ] Other

**SPEECH:**
[ ] Normal   [X] Slurred   [ ] Stuttering   [X] Incoherent   [X] Confused   [X] Rapid   [ ] Slow

**BREATH:**
[ ] Odor of Alcoholic Beverage        [ ] Odor of Burned Cannabis
[X] No Unusual Odor  [ ] Chemical Odor  [ ] Other

**MOUTH INSPECTION:**
[ ] Greenish/White coating on tongue    [ ] Vegetable matter particles
[X] Other NONE

**COORDINATION:**
[X] Loses Balance   [X] Stumbling   [ ] Fumbling      [ ] Unsteady Gait
[ ] Poor Depth Perception   [X] Body Tremors         [ ] Sluggish movements
[ ] Other

647F 11550 Page 1 OF 2

000098

**SAN BERNARDINO POLICE DEPARTMENT   CA036100**
San Bernardino, California
PC 647(f) / HS 11550(a)
State of California

Case # 2017-00026237

Page 2

## PUBLIC INTOXICATION / UNDER THE INFLUENCE (Cont.)

**DEMEANOR:**
- ☐ Cooperative    ☐ Combative    ☒ Uncooperative    ☐ Defiant
- ☐ Relaxed Inhibitions    ☒ Talkative    ☐ Quiet    ☒ Irritable
- ☒ Nervous    ☒ Disoriented    ☐ Other

### FIELD SOBRIETY TESTS

Pulse: 130 bpm Time: 60 hrs. How Obtained: PARAMEDIC Pulse: 0 bpm Time: 0 hrs. How Obtained: 0

**EYES:**
- ☒ Red    ☐ Watery    ☒ Blank Stare    ☐ Horizontal Gaze Nystagmus    ☐ Vertical Nystagmus
- ☐ Lack of Convergence    ☒ Eyelid Tremors    ☐ Droopy
- ☐ Unable to follow stimulus    ☐ Would not follow directions during tests
- ☐ Other

**Corrective Lenses:**    ☐ Glasses    ☐ Contacts    ☐ Hard    ☐ Soft    ☒ None
**Blindness:**    ☒ None    ☐ Right Eye    ☐ Left Eye

**PUPIL SIZE:**

| | Left | Right |
|---|---|---|
| Ambient Light: | 1.0mm | 1.0mm |
| Direct Light: | 1.0mm | 1.0mm |
| Low Light: | 1.0mm | 1.0mm |
| Indirect Light: | 1.0mm | 1.0mm |

**ONE LEG STAND:**

| Left | Right | |
|---|---|---|
| ☐ | ☐ | Sways while balancing |
| ☐ | ☐ | Used arms to balance |
| ☐ | ☐ | Hopping |
| ☐ | ☐ | Puts foot down |

**ROMBERG BALANCE:**
Sway (B/F)    Sway (S/S)    Internal Clock:    (Estimated as 30 sec.)

### EVIDENCE

☒ The defendant consented to a Blood test. On 03/06/20 08:02 hours, I stood by as V.SANCHEZ CPT#351 obtained the sample. It was then maintained in my possession until I placed it into evidence at the San Bernardino Police Department.

☐ The defendant refused to provide a sample.

☒ Drug Paraphernalia Found: NONE    Where: NONE

### OPINION / CONCLUSION

Based on the observed objective signs of drug use, I believe that the above subject is under the influence of ☐ an alcoholic beverage ☐ cannabis ☒ a controlled substance ☐ Other

### BOOKING

He/She was booked and lodged at the WVDC with citation number 1008000 for HS 11550(a) - Under the Influence
A pre-jail check WAS NOT CONDUCTED

**Comments / Suspect Statement:**

SUSPECT STEPHENSON WAS UNCOOPERATIVE AND CONTINUED TALKING NONSENSE TO OFFICERS ABOUT THINGS THAT DID NOT MAKE SENSE. SUSPECT STEPHENSON ADMITTED TO SMOKING METH AND SPICE EARLIER IN THE DAY. HE HAD RAPID SPEECH, SWEATING PROFUSELY AND HAD SEVERE EYELID TREMORS. SUSPECT STEPHENSON CONTINUED TO SPEAK TO HIMSELF AS HE WAS BEING TRANSPORTED WEST VALLEY DETENTION CENTER. HE STATED MULTIPLES THAT HE DID NOT WANT TO BE KILLED AND ASKED IF HE WAS GOING TO BE KILLED.

Use of Force Must be Documented on CR-2 Form    ☐ Comments Continued on CR2

| Name | I.D. Number | Date |
|---|---|---|
| Bodoh | 50987 | 03/06/2017 |
| Reviewed by: Passo, Ronald | | Records Use Only |

647F 11550 Page 2 OF 2

000099