# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA; DANE NOREM; and JEFFREY MCKEE,<br><br>Defendants. | 5:21-cv-00526-JAK-KK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE NO. 2** |

The Court, having considered Plaintiffs' Motion in Limine No. 2, the papers filed in support and opposition, and the arguments of counsel, and good cause appearing, hereby ORDERS as follows:

Plaintiffs' Motion in Limine No. 2 is GRANTED. Defendants are precluded from introducing, referring to, or eliciting testimony concerning:

- An incident in March 2017 during which Mr. Stephenson allegedly went onto a freeway and was arrested for public intoxication; and
- Any details regarding Mr. Stephenson's purported conduct on the freeway on the date of the subject incident prior to Defendant Dane Norem's arrival that were not communicated to him before the incident.

This ruling applies to all stages of trial, including voir dire, opening statements, direct and cross-examination of witnesses, and closing argument.

Counsel for all parties shall instruct their witnesses to refrain from any mention of the excluded evidence in the presence of the jury.

**IT IS SO ORDERED.**

Dated: _____, 2025      _____
　　　　　　　　　　　　　　　　　　Hon. John A. Kronstadt
　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　Central District of California