**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>STATE OF CALIFORNIA; DANE NOREM; and JEFFREY MCKEE,<br><br>　　　　　Defendants. | Case No.: 5:21-cv-0526-JAK-KK<br><br>[*Hon. John A. Kronstadt*]<br><br>**JOINT STATEMENT OF THE CASE**<br><br><u>Pre-Trial Conference</u><br>August 25, 2025 at 1:30 p.m.<br><br><u>Trial</u><br>September 9, 2025 at 9:00 a.m. |

**PLEASE TAKE NOTICE** that the Parties hereby submit their Joint Statement of the Case.

Respectfully submitted,

DATED: August 11, 2025                **LAW OFFICES OF DALE K. GALIPO**

By: */s/ Cooper Alison-Mayne*
Dale K. Galipo, Esq.
Cooper Alison-Mayne[1]
*Attorneys for Plaintiffs*

DATED: August 11, 2025                **DEAN GAZZO ROISTACHER**

By: */s/ Lee H. Roistacher*
Lee H. Roistacher, Esq.
Kimberly A. Sullivan
*Attorneys for Defendant Jeffrey McKee*

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 11, 2025

Rob Bonta
Attorney General of California
Donna M. Dean
Supervising Deputy Attorney General

/s/ David Klehm

David Klehm
Stephanie A. Vollmer
Deputy Attorney General
Attorneys for Defendants State of California, acting by and through the California Highway Patrol, and Dane Norem

**JOINT STATEMENT OF THE CASE**

This case arises out of the death of Leroy Stephenson, which occurred in Riverside, California at approximately 1:00 p.m. on January 24, 2019.

The Plaintiffs are Devonte Stephenson, Linden Stephenson, and Keandre Stephenson; the decedent, Leroy Stephenson was their father. Plaintiffs claim that California Highway Patrol Officers Dane Norem and Jeffrey McKee used excessive and unreasonable force and restraint to detain Leroy Stephenson. Plaintiffs seek damages as permitted by law.

The defendants are Dane Norem, Jeffrey McKee, and the State of California. The defendants deny Plaintiffs' claims and contend that the use of force and restraint to detain Leroy Stephenson was reasonable under the totality of the circumstances.