**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, SBN 144074
Cooper Alison-Mayne, SBN 343169
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Email: dalekgalipo@yahoo.com
cmayne@galipolaw.com

*Attorneys for All Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; COUNTY OF RIVERSIDE; DANE NOREM; JEFFREY MCKEE; MATT BORDEN; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 5:21-cv-0526-JAK-KK<br><br>[*Hon. John A. Kronstadt*]<br><br>**JOINT STIPULATION**<br><br><u>Pre-Trial Conference</u><br>August 25, 2025 at 1:30 p.m.<br><br><u>Trial</u><br>September 9, 2025 at 9:00 a.m. |

**TO THE HONORABLE COURT:**

Plaintiffs DEVONTE STEPHENSON, LINDEN STEPHENSON, and KEANDRE STEPHENSON, and Defendants STATE OF CALIFORNIA, DANE NOREM, and JEFFREY MCKEE, through their respective counsel of record, do hereby stipulate as follows:

1. The parties mutually agree not to file motions in limine regarding the experts' qualifications or the admissibility of their opinions under *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993) and Federal Rule of Evidence 702. This agreement does not preclude defendants from filing a motion to prevent Plaintiffs' expert Jeffrey Noble from offering opinions other than those expressed in his Rule 26 report.

2. The parties agree to exclude any information regarding a prior incident where Officer Norem was stabbed in the eye.

3. The parties agree to exclude any personnel matters pertaining to Mr. Norem and Mr. McKee, unless they open the door by asserting that they have a clean record.

4. The parties agree to exclude any information regarding the existence or nonexistence of prior use of force incidents involving Officer McKee or Officer Norem.

5. The parties agree to exclude any findings by the State of California, Riverside, or any other agency regarding whether or not Officer Norem or Officer McKee's use of force was unreasonable or excessive, as well as information indicating that there was no criminal prosecution of Officer Norem or Officer McKee in relation to this incident.

6. The parties agree to exclude any information regarding the amount of the settlement between Mr. Borden and the Plaintiffs. This settlement amount may only be introduced to the Court for purposes of calculating a setoff if the jury awards damage

Respectfully submitted,

DATED: August 11, 2025　　　**LAW OFFICES OF DALE K. GALIPO**

By:　*/s/ Cooper Alison-Mayne*
　　Dale K. Galipo, Esq.
　　Cooper Alison-Mayne[1]
　　*Attorneys for Plaintiffs*

DATED: August 11, 2025　　　**DEAN GAZZO ROISTACHER**

By:　*/s/ Lee H. Roistacher*
　　Lee H. Roistacher, Esq.
　　Kimberly A. Sullivan, Esq.
　　*Attorneys for Defendant, State of California, acting by and through the California Highway Patrol, and Jeffrey McKee*

Dated: August 11, 2025

ROB BONTA
Attorney General of California
DONNA M. DEAN
Supervising Deputy Attorney General

*/s/ David Klehm*

DAVID KLEHM
STEPHANIE A. VOLLMER
Deputy Attorney General
*Attorneys for Defendants State of California, acting by and through the California Highway Patrol, and Dane Norem*

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.