**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,

        Plaintiffs,

    v.

STATE OF CALIFORNIA; DANE NOREM; and JEFFREY MCKEE,

        Defendants.

Case No.:  5:21-cv-0526-JAK-KK

[*Hon. John A. Kronstadt*]

**NOTICE OF LODGING OF [PROPOSED] FINAL PRETRIAL CONFERENCE ORDER**

Pre-Trial Conference
August 25, 2025 at 1:30 p.m.

Trial
September 9, 2025 at 9:00 a.m.

1
NOTICE OF LODGING OF [PROPOSED] FINAL PRETRIAL CONFERENCE ORDER

1   **PLEASE TAKE NOTICE** that the Parties hereby lodge the following [Proposed]

2   Final Pretrial Conference Order.

3       Respectfully submitted,

4   DATED:  August 11, 2025      **LAW OFFICES OF DALE K. GALIPO**

5

6

7       By:     */s/ Cooper Alison-Mayne*
        Dale K. Galipo, Esq.

8            Cooper Alison-Mayne[1]

9            *Attorneys for Plaintiffs*

10

11

12   DATED:  August 11, 2025      **DEAN GAZZO ROISTACHER**

13

14

15       By:     */s/ Lee H. Roistacher*
        Lee H. Roistacher, Esq.

16            *Attorneys for Defendant, State of California,*

17            *acting by and through the California Highway*
         *Patrol, and Jeffrey McKee*

18

19

20

21

22

23

24

25

26

27

28

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

NOTICE OF LODGING OF [PROPOSED] FINAL PRETRIAL CONFERENCE ORDER