**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,

        Plaintiffs,

      v.

STATE OF CALIFORNIA; DANE NOREM; and JEFFREY MCKEE,

        Defendants.

Case No.: 5:21-cv-0526-JAK-KK

[*Hon. John A. Kronstadt*]

**JOINT EXHIBIT LIST**

<u>Pre-Trial Conference</u>
August 25, 2025 at 1:30 p.m.

<u>Trial</u>
September 9, 2025 at 9:00 a.m.

1

JOINT EXHIBIT LIST

**PLEASE TAKE NOTICE** that the Parties hereby submit the Joint Exhibit List for the trial of this matter. The parties reserve their rights to supplement and amend this exhibit list.

Plaintiffs note that **Defendants added sixty additional exhibits to the Joint Exhibit List on the same day this document was due.** Plaintiffs have not had time to review these additional documents and reserve their right to object to them at a later time.

Respectfully submitted,

DATED:  August 11, 2025          **LAW OFFICES OF DALE K. GALIPO**


By:     /s/ Cooper Alison-Mayne
         Dale K. Galipo, Esq.
         Cooper Alison-Mayne[1]
         *Attorneys for Plaintiffs*


DATED:  August 11, 2025          **DEAN GAZZO ROISTACHER**


By:     /s/ Lee H. Roistacher
         Lee H. Roistacher, Esq.
         *Attorneys for Defendant, State of California, acting by and through the California Highway Patrol, and Jeffrey McKee*

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  August 11, 2025

Rob Bonta
Attorney General of California
Donna M. Dean
Supervising Deputy Attorney General

*/s/ David Klehm*

David Klehm
Stephanie A. Vollmer
Deputy Attorney General
*Attorneys for Defendants State of California, acting by and through the California Highway Patrol, and Dane Norem*

JOINT EXHIBIT LIST

# JOINT EXHIBIT LIST

**Case Name:** *Stephenson v. CHP*

**Case Number:** 5:21-cv-0526-JAK-KK

| Ex. # | Description | Stip. to Authen. | Stip. To Admiss. | Date Identify | Date Admit |
|-------|-------------|------------------|------------------|---------------|------------|
| 1. | Photos of Stephenson Family | | | | |
| 2. | Photos: Memorial Materials | | | | |
| 3. | Birth Certificates, Death Certificate | | | | |
| 4. | Dispatch Audio Recording (Relevant Portions Only) | | | | |
| 5. | Dispatch Call Log | | | | |
| 6. | Norem MVARS (1:52–8:15) | | | | |
| 7. | McKee MVARS (0:00–10:33) | | | | |
| 8. | McKee MVARS clip (27:00–29:45) | | | | |
| 9. | Norem MVARS stills | | | | |
| 10. | McKee MVARS stills | | | | |
| 11. | McKee MVARS stills with labels | | | | |
| 12. | AMR Report | | | | |
| 13. | Riverside Fire Dept Report | | | | |
| 14. | Taser Log | | | | |
| 15. | Photos of the Scene | | | | |
| 16. | Photos of Dane Norem | | | | |
| 17. | Photos of Dane Norem's Duty Belt and TASER | | | | |
| 18. | Photos of Matthew Borden | | | | |
| 19. | Photos of Leroy Stephenson's Clothing | | | | |
| 20. | Photos of Taser Barbs | | | | |
| 21. | Autopsy Photos | | | | |
| 22. | International Association of Chiefs of Police Excited Delirium Model Policy (Apr. 2017) | | | | |
| 23. | POLICE Magazine – How to Prevent Positional Asphyxia | | | | |
| 24. | Steve Cole, Screaming Their Last Breath: Why First Responders Must Never Ignore the Words "I | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | Can't Breathe", Dec. 11, 2015, reprinted Jun. 2, 2020 | | | | |
| | 25. | United States Department of Justice, National Institute of Justice, Positional Asphyxia—Sudden Death, June 1995 | | | | |
| | 26. | Ronald L. O'Halloran & Janice G. Frank, Asphyxial Death During Prone Restraint Revisited; A Report of 21 Cases, 21 Am. J. Forensic Med. & Pathology 39, 48 (2000) | | | | |
| | 27. | Lawrence E. Heiskell, How to Prevent Positional Asphyxia, POLICE Magazine (Sept. 9, 2019) | | | | |
| | 28. | San Diego Police Dep't, Final Report of the Custody Death Task Force (1992). | | | | |
| | 29. | Consent Decree at 41, United States v. City of Ferguson, No. 4:16-cv-00180 (E.D. Mo. Apr. 19, 2016), | | | | |
| | 30. | San Bernadino County Sheriff's Department Arrest/Booking Documents for Case No. 17-26237 | | | | |
| | 31. | Parkview Community Hospital Medical Center - Emergency Department Record/Physician Chart (3 pages) | | | | |
| | 32. | Riverside University Health System - Case Management Record dated December 26, 2017 (2 pages) | | | | |
| | 33. | Riverside University Health System - Encounter Record dated December 26, 2017 | | | | |
| | 34. | Riverside University Health System - ED Record dated December 26, 2017 | | | | |
| | 35. | Riverside University Health System - Hospital Encounter Notes dated December 26, 2017 | | | | |

JOINT EXHIBIT LIST

| | | | | | | |
|---|---|---|---|---|---|---|
| 36. | Riverside University Health System  - ED Record dated November 29, 2017 | | | | | |
| 37. | Riverside University Health System  - Case Management Record dated April 21, 2018 (2 pages) | | | | | |
| 38. | Autopsy Report | | | | | |
| 39. | Goggle Overhead Scene Photo | | | | | |
| 40. | Photo Officer Norem | | | | | |
| 41. | Photo Officer McKee | | | | | |
| 42. | Photo of Leroy Stephson -Cal-Image Databank | | | | | |
| 43. | Satellite Overview Scene – North Facing | | | | | |
| 44. | Scene Photo – Facing West | | | | | |
| 45. | Scene Photo – Facing East | | | | | |
| 46. | Photo Norem Taser X2 | | | | | |
| 47. | Photo Norem Taser X2 Cartridges Deployed | | | | | |
| 48. | Photo of Leroy Stephenson With Taser Probe Left Arm | | | | | |
| 49. | Photo of Leroy Stephenson With Taser Probe Left Leg | | | | | |
| 50. | MVARS Officer Peters | | | | | |
| 51. | March 23, 2011 Felony Complaint Los Angeles County Superior Court, Case No. BA37533 (transferred to Riverside County Superior Court Case No. RIF1100739) | | | | | |

JOINT EXHIBIT LIST

| | | | | | |
|---|---|---|---|---|---|
| 52. | County of Riverside, Case No. BA 372533, DUI Advisement of Rights, Waiver and Plea Form | | | | |
| 53. | Riverside County Superior Court Docket for Case No. RIF1100739 September 13, 2018 Felony Complaint Amendment 1 Orange County Superior Court, Case 18cf2401 | | | | |
| 54. | September 19, 2018 Orange County Superior Court Advisement and Waiver of Rights for a Felony Guilty Plea, Case No. 18cf2401 | | | | |
| 55. | September 18, 2018 Orange County Superior Court Admission of Prior Convictions and Prior Prison Terms, Case No. 18cf2401 | | | | |
| 56. | November 29, 2018 Arrest Warrant Issued Orange County Superior Court, Case No. 18cf2401 | | | | |
| 57. | November 25, 2019 Minute Order (Bench Warrant) Los Angeles Superior Court, Case No. 9AR02255 | | | | |
| 58. | November 8, 2019 Misdemeanor Complaint Los Angeles Superior Court, Case No. 9AR02255 | | | | |
| 59. | January 25, 2019 Riverside DA Investigator's Report (Off. N. Crawford) | | | | |
| 60. | Riverside PD Report Incident No. 190002659-001 (Off. T. Roy) | | | | |
| 61. | Riverside PD Report Incident No. 190002659-002 (Det. K. Corbett) | | | | |
| 62. | Riverside PD Report Incident No. 190002659-003 (Off. B. Stennett) | | | | |
| 63. | Riverside PD Report Incident No. 190002659-004 (Off. D. Cisneros)) | | | | |

JOINT EXHIBIT LIST

| 64. | Riverside PD Report Incident No. 190002659-006 (Off. R. Meyer) | | | | |
|---|---|---|---|---|---|
| 65. | Riverside PD Report Incident No. 190002659-007 (Off. R. Meyer) | | | | |
| 66. | Riverside PD Report Incident No. 190002659-008 (Off. L. Velin) | | | | |
| 67. | Riverside PD Report Incident No. 190002659-009 (Off. S. McKay-Davis) | | | | |
| 68. | Riverside PD Report Incident No. 190002659-010 (Off. D. Mercadefe) | | | | |
| 69. | Riverside PD Report Incident No. 190002659-011 (Det. A. Tillett) | | | | |
| 70. | Riverside PD Report Incident No. 190002659-012 (Off. K. Beler) | | | | |
| 71. | Riverside PD Report Incident No. 190002659-013 (Off. K. Beler) | | | | |
| 72. | Riverside PD Report Incident No. 190002659-014 (Det. K. Corbett) | | | | |
| 73. | Riverside PD Report Incident No. 190002659-016 (Det. J. Ontko) | | | | |
| 74. | Riverside PD Report Incident No. 190002659-017 (Det.  J. Ontko) | | | | |
| 75. | Riverside PD Report Incident No. 190002659-018 (Det. J. Ontko) | | | | |
| 76. | Riverside PD Report Incident No. 190002659-019 (Det. Ontko) | | | | |
| 77. | Taser X2 Manual | | | | |
| 78. | Recorded Interview Of LaTayna Sanford (644KC 08_09_2019 06_04 PM.wma) | | | | |

JOINT EXHIBIT LIST

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| 79. | Recorded Interview of Devonte Stephenson/LaTonya interview (1374BS 01_24_2019 05_24 PM.wma) | | | | |
| 80. | Recorded Interview Of LaTayna Sanford (1644KC 02_25_2019 10_18 AM.wma) | | | | |
| 81. | Recorded Interview Of LaTayna Sanford (1644KC 02_04_2019 09_23 AM.wma) | | | | |
| 82. | Recorded Interview Of LaTayna Sanford (1644KC 01_24_2019 10_21 AM.wma) | | | | |
| 83. | Recorded Interview of Devonte Stephenson/LaTonya interview (1374BS 01_24_2019 05_24 PM.wma) | | | | |
| 84. | San Bernadino Police Department Notice of Violation dated March 6, 2017, for Leroy Stephenson by Officer S. Bodoh Case No. 2017-00026237 | | | | |
| 85. | San Bernadino Police Department Suspect Arrest Information Sheet dated March 6, 2017, for Leroy Stephenson by Officer S. Bodoh Case No. 2017-00026237 | | | | |
| 86. | San Bernadino Police Department Public Intoxication Arrest Report dated March 6, 2017, for Leroy Stephenson by Officer S. Bodoh Case No. 2017-00026237 | | | | |
| 87. | Orange County Superior Court Case No. 18CF2401 Felony Complaint Amendment 1 filed September 13, 2018. | | | | |
| 88. | Orange County Superior Court Case No. 18CF2401 Admission of Prior Convictions and Prior Prison Term signed by Leroy | | | | |

JOINT EXHIBIT LIST

| | | | | | |
|---|---|---|---|---|---|
| | | Stephenson, dated September 18, 2018. | | | |
| | 89. | Orange County Superior Court Case No. 18CF2401 Terms and Conditions of Felony Probation signed by Leroy Stephenson, dated September 18, 2018. | | | |
| | 90. | Orange County Superior Court Case No. 18CF2401 Advisement and Waiver of Rights for Felony Guilty Plea signed by Leroy Stephenson, dated September 18, 2018. | | | |
| | 91. | Orange County Superior Court Case No. 18CF2401  Court Order Granting Petition for Warrant of Arrest for Felony Probation Violation of Leroy Stephenson, dated November 29, 2018. | | | |
| | 92. | Orange County Superior Court Case No. 18CF2401 Minutes and Case Docket. | | | |
| | 93. | San Diego Superior Court Case No. M255175 *People v Leroy Stephenson* Misdemeanor Complaint dated January 14, 2019. | | | |
| | 94. | San Diego Superior Court Case No. M255175 *People v Leroy Stephenson* Misdemeanor/Felony Pre-Disposition Minutes dated January 17, 2019. | | | |
| | 95. | San Diego Superior Court Case No. M255175 *People v Leroy Stephenson* Agreement for Own Recognizance Release dated November 29, 2018. | | | |
| | 96. | San Diego Police Department Reports From November 26, 2018 Incident. | | | |
| | 97. | Transcription of Riverside Police Department recorded Criminal Interview, parts 1 and 2 of Matthew Borden dated January 29, 2019. | | | |

JOINT EXHIBIT LIST

| 98. | Transcription of Riverside District Attorney recorded interview of Matthew Borden dated March 24, 2020. | | | | |
|-----|-----|-----|-----|-----|-----|

JOINT EXHIBIT LIST