ROB BONTA
Attorney General of California
DONNA M. DEAN
Supervising Deputy Attorney General
DAVID KLEHM (State Bar No. 165302)
STEPHANIE A. VOLLMER (State Bar No. 309407)
Deputy Attorney General
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  San Diego, CA 92186-5266
  Telephone:  (619) 738-9773
  Fax:            (619) 645-2581
  E-mail:  David.Klehm@doj.ca.gov
*Attorneys for Defendants*
*State of California, acting by and through*
*the California Highway Patrol, and Dane Norem*

# UNITED STATES DISTRICT COURT FOR THE

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF CALIFORNIA; DANE NOREM; and JEFFREY MCKEE, <br><br> Defendants. | Case No.:  5:21-cv-0526-JAK-KK <br><br> [*Hon. John A. Kronstadt*] <br><br> **NOTICE OF DISPUTED EXHIBITS** <br><br> <u>Pre-Trial Conference</u> <br> August 25, 2025 at 1:30 p.m. <br><br> <u>Trial</u> <br> September 9, 2025 at 9:00 a.m. |

**TO THIS HONORABLE COURT:**

The Parties hereby submit the following Notice of Disputed Exhibits pursuant to the Court's standing order in this case.


Dated:  August 11, 2025

           ROB BONTA
           Attorney General of California
           DONNA M. DEAN
           Supervising Deputy Attorney General

           */s/ David Klehm*

           DAVID KLEHM[1]
           STEPHANIE A. VOLLMER
           Deputes Attorney General
           *Attorneys for Defendants State of California, acting by and through the California Highway Patrol, and Dane Norem*


DATED:  August 11, 2025

           **LAW OFFICES OF DALE K. GALIPO**


           By:    */s/ Cooper Alison-Mayne*
           Dale K. Galipo, Esq.
           Cooper Alison-Mayne
           *Attorneys for Plaintiffs*

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

NOTICE OF DISPUTED EXHIBITS

1    DATED:  August 11, 2025          **DEAN GAZZO ROISTACHER**

2

3

4                                      By:     */s/ Lee H. Roistacher*
                                            Lee H. Roistacher, Esq.
5                                           Kimberly A. Sullivan, Esq.
                                            *Attorneys for Defendant*
6                                           *Jeffrey McKee*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISPUTED EXHIBITS

| Ex. # | Description | Defendants' Objections | Plaintiffs' Objections |
|---|---|---|---|
| 1 | Photos of Stephenson Family | FRE 401;403 Relevance; 403 Unfair Prejudice; 801;802;803 Hearsay as to statements in the photographs. | |
| 2 | Photos: Memorial Materials | FRE 401;403 Relevance; 403 Unfair Prejudice; 801;802;803 Hearsay as to statements in the photographs. | |
| 4 | Dispatch Audio Recording (Relevant Portions Only) | | Foundation; Hearsay; FRE 403, 602. |
| 5 | Dispatch Call Log | | Foundation; Hearsay; FRE 403, 602. |
| 6 | Norem MVARS (1:52–8:15) | | Foundation; Hearsay; FRE 403, 602. |
| 12 | AMR Report | | Foundation; Hearsay; FRE 403, 602. |
| 13 | Riverside Fire Dept Report | | Foundation; Hearsay; FRE 403, 602. |
| 14 | Taser Log | | Foundation; Hearsay. |
| 22 | International Association of Chiefs of Police Excited Delirium Model Policy (Apr. 2017) | FRE 801;802;803;901. Hearsay: | |
| 23 | POLICE Magazine – How to Prevent Positional Asphyxia | FRE 801;802;803;901. Hearsay: | |
| 24 | Steve Cole, Screaming Their Last Breath: Why First Responders Must Never Ignore the Words "I Can't Breathe", Dec. 11, 2015, reprinted Jun. 2, 2020. | FRE 801;802;803;901. Hearsay: | |
| 25 | United States Department of Justice, National Institute of Justice, Positional Asphyxia—Sudden Death, June 1995 | FRE 801;802;803;901. Hearsay: | |
| 26 | Donald T. Reay et al., Effects of Positional Restraint on Oxygen Saturation and Heart Rate Following Exercise, 9 AM. J. FORENSIC MED. & PATHOLOGY 16 (1988). | FRE 801;802;803;901. Hearsay: | |

4

NOTICE OF DISPUTED EXHIBITS

| | | | |
|---|---|---|---|
| 27 | Ronald L. O'Halloran & Janice G. Frank, Asphyxial Death During Prone Restraint Revisited; A Report of 21 Cases, 21 Am. J. Forensic Med. & Pathology 39, 48 (2000) | FRE 801;802;803;901. Hearsay: | |
| 28 | Lawrence E. Heiskell, How to Prevent Positional Asphyxia, POLICE Magazine (Sept. 9, 2019) | FRE 801;802;803;901. Hearsay: | |
| 29 | San Diego Police Dep't, Final Report of the Custody Death Task Force (1992). | FRE 801;802;803;901. Hearsay: | |
| 30 | Consent Decree at 41, United States v. City of Ferguson, No. 4:16-cv-00180 (E.D. Mo. Apr. 19, 2016), | FRE 801;802;803;901. Hearsay: | |
| 31 | San Bernadino County Sheriff's Department Arrest/Booking Documents for Case No. 17-26237 | | See Plaintiffs Motion in Limine Nos. 1 and 2. Additionally, FRE 602, 701, 805, 901. |
| 32 | Parkview Community Hospital Medical Center - Emergency Department Record/Physician Chart (3 pages) | | See Plaintiffs Motion in Limine No. 1. Additionally, FRE 602, 701, 805, 901. |
| 33 | Riverside University Health System - Case Management Record dated December 26, 2017 (2 pages) | | See Plaintiffs Motion in Limine No. 1. Additionally, FRE 602, 701, 805, 901. |
| 34 | Riverside University Health System - Encounter Record dated December 26, 2017 | | See Plaintiffs Motion in Limine No. 1. Additionally, FRE 602, 701, 805, 901. |
| 35 | Riverside University Health System - ED Record dated December 26, 2017 | | See Plaintiffs Motion in Limine No. 1. Additionally, FRE 602, 701, 805, 901. |
| 36 | Riverside University Health System - Hospital Encounter Notes dated December 26, 2017 | | See Plaintiffs Motion in Limine No. 1. Additionally, FRE 602, 701, 805, 901. |
| 37 | Riverside University Health System - ED Record dated November 29, 2017 | | See Plaintiffs Motion in Limine No. 1. Additionally, FRE 602, 701, 805, 901. |
| 38 | Riverside University Health System - Case Management Record dated April 21, 2018 (2 pages) | | See Plaintiffs Motion in Limine No. 1. Additionally, FRE 602, 701, 805, 901. |
| 39 | Autopsy Report | | See Plaintiffs Motion in Limine No. 1. Additionally, FRE 602, 701, 805, 901. |

NOTICE OF DISPUTED EXHIBITS

| 40 | Google Overhead Scene Photo | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
|---|---|---|---|
| 41 | Photo Officer Norem | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 42 | Photo Officer McKee | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 43 | Photo of Leroy Stephson -Cal-Image Databank | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 44 | Satellite Overview Scene – North Facing | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 45 | Scene Photo – Facing West | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 46 | Scene Photo – Facing East | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 47 | Photo Norem Taser X2 | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 48 | Photo Norem Taser X2 Cartridges Deployed | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |

NOTICE OF DISPUTED EXHIBITS

| | | | |
|---|---|---|---|
| 49 | Photo of Leroy Stephenson With Taser Probe Left Arm | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 50 | Photo of Leroy Stephenson With Taser Probe Left Leg | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 51 | MVARS Officer Peters | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 52 | March 23, 2011 Felony Complaint Los Angeles County Superior Court, Case No. BA37533 (transferred to Riverside County Superior Court Case No. RIF1100739) | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 53 | County of Riverside, Case No. BA 372533, DUI Advisement of Rights, Waiver and Plea Form | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 54 | Riverside County Superior Court Docket for Case No. RIF1100739 September 13, 2018 Felony Complaint Amendment 1 Orange County Superior Court, Case 18cf2401 | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 55 | September 19, 2018 Orange County Superior Court Advisement and Waiver of Rights for a Felony Guilty Plea, Case No. 18cf2401 | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 56 | September 18, 2018 Orange County Superior Court Admission of Prior Convictions and Prior Prison Terms, Case No. 18cf2401 | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 57 | November 29, 2018 Arrest Warrant Issued Orange County Superior Court, Case No. 18cf2401 | | Plaintiffs have not had time to review this additional document and reserve |

NOTICE OF DISPUTED EXHIBITS

| | | | | |
|---|---|---|---|---|
| | | | | their right to object to it at a later time. |
| 58 | November 25, 2019 Minute Order (Bench Warrant) Los Angeles Superior Court, Case No. 9AR02255 | | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 59 | November 8, 2019 Misdemeanor Complaint Los Angeles Superior Court, Case No. 9AR02255 | | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 60 | January 25, 2019 Riverside DA Investigator's Report (Off. N. Crawford) | | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 61 | Riverside PD Report Incident No. 190002659-001 (Off. T. Roy) | | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 62 | Riverside PD Report Incident No. 190002659-002 (Det. K. Corbett) | | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 63 | Riverside PD Report Incident No. 190002659-003 (Off. B. Stennett) | | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 64 | Riverside PD Report Incident No. 190002659-004 (Off. D. Cisneros)) | | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 65 | Riverside PD Report Incident No. 190002659-006 (Off. R. Meyer) | | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 66 | Riverside PD Report Incident No. 190002659-007 (Off. R. Meyer) | | | Plaintiffs have not had time to review this additional document and reserve |

NOTICE OF DISPUTED EXHIBITS

| | | | |
|---|---|---|---|
| | | | their right to object to it at a later time. |
| 67 | Riverside PD Report Incident No. 190002659-008 (Off. L. Velin) | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 68 | Riverside PD Report Incident No. 190002659-009 (Off. S. McKay-Davis) | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 69 | Riverside PD Report Incident No. 190002659-010 (Off. D. Mercadefe) | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 70 | Riverside PD Report Incident No. 190002659-011 (Det. A. Tillett) | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 71 | Riverside PD Report Incident No. 190002659-012 (Off. K. Beler) | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 72 | Riverside PD Report Incident No. 190002659-013 (Off. K. Beler) | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 73 | Riverside PD Report Incident No. 190002659-014 (Det. K. Corbett) | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 74 | Riverside PD Report Incident No. 190002659-016 (Det. J. Ontko) | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 75 | Riverside PD Report Incident No. 190002659-017 (Det. J. Ontko) | | Plaintiffs have not had time to review this additional document and reserve |

NOTICE OF DISPUTED EXHIBITS

| | | | |
|---|---|---|---|
| | | | their right to object to it at a later time. |
| 76 | Riverside PD Report Incident No. 190002659-018 (Det. J. Ontko) | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 77 | Riverside PD Report Incident No. 190002659-019 (Det. Ontko) | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 78 | Taser X2 Manual | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 79 | Recorded Interview Of LaTayna Sanford (644KC 08_09_2019 06_04 PM.wma) | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 80 | Recorded Interview of Devonte Stephenson/LaTonya interview (1374BS 01_24_2019 05_24 PM.wma) | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 81 | Recorded Interview Of LaTayna Sanford (1644KC 02_25_2019 10_18 AM.wma) | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 82 | Recorded Interview Of LaTayna Sanford (1644KC 02_04_2019 09_23 AM.wma) | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 83 | Recorded Interview Of LaTayna Sanford (1644KC 01_24_2019 10_21 AM.wma) | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 84 | Recorded Interview of Devonte Stephenson/LaTonya interview (1374BS 01_24_2019 05_24 PM.wma) | | Plaintiffs have not had time to review this additional document and reserve |

NOTICE OF DISPUTED EXHIBITS

| | | | |
|---|---|---|---|
| | | | their right to object to it at a later time. |
| 85 | San Bernadino Police Department Notice of Violation dated March 6, 2017, for Leroy Stephenson by Officer S. Bodoh Case No. 2017-00026237 | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 86 | San Bernadino Police Department Suspect Arrest Information Sheet dated March 6, 2017, for Leroy Stephenson by Officer S. Bodoh Case No. 2017-00026237 | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 87 | San Bernadino Police Department Public Intoxication Arrest Report dated March 6, 2017, for Leroy Stephenson by Officer S. Bodoh Case No. 2017-00026237 | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 88 | Orange County Superior Court Case No. 18CF2401 Felony Complaint Amendment 1 filed September 13, 2018. | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 89 | Orange County Superior Court Case No. 18CF2401 Admission of Prior Convictions and Prior Prison Term signed by Leroy Stephenson, dated September 18, 2018. | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 90 | Orange County Superior Court Case No. 18CF2401 Terms and Conditions of Felony Probation signed by Leroy Stephenson, dated September 18, 2018. | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 91 | Orange County Superior Court Case No. 18CF2401 Advisement and Waiver of Rights for Felony Guilty Plea signed by Leroy Stephenson, dated September 18, 2018. | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 92 | Orange County Superior Court Case No. 18CF2401  Court Order Granting Petition for Warrant of Arrest for Felony Probation Violation of Leroy Stephenson, dated November 29, 2018. | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |

NOTICE OF DISPUTED EXHIBITS

| 93 | Orange County Superior Court Case No. 18CF2401 Minutes and Case Docket. | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
|---|---|---|---|
| 94 | San Diego Superior Court Case No. M255175 *People v Leroy Stephenson* Misdemeanor Complaint dated January 14, 2019. | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 95 | San Diego Superior Court Case No. M255175 *People v Leroy Stephenson* Misdemeanor/Felony Pre-Disposition Minutes dated January 17, 2019. | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 96 | San Diego Superior Court Case No. M255175 *People v Leroy Stephenson* Agreement for Own Recognizance Release dated November 29, 2018. | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 97 | San Diego Police Department Reports From November 26, 2018 Incident. | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 98 | Transcription of Riverside Police Department recorded Criminal Interview, parts 1 and 2 of Matthew Borden dated January 29, 2019. | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |
| 99 | Transcription of Riverside District Attorney recorded interview of Matthew Borden dated March 24, 2020. | | Plaintiffs have not had time to review this additional document and reserve their right to object to it at a later time. |

NOTICE OF DISPUTED EXHIBITS

# CERTIFICATE OF SERVICE

Case Name:  **Devonte Stephenson, et al. v.**          No.     **5:21-cv-00526-JWH (KKx)**
            **State of California, et al.**

I hereby certify that on <u>August 11, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## NOTICE OF DISPUTED EXHIBITS

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 11, 2025</u>, at San Francisco, California.

|                        |                        |
|:----------------------:|:----------------------:|
| G. Guardado            | */s/ G. Guardado*      |
| Declarant              | Signature              |

SD2020700119
44753871.docx