**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs* DEVONTE STEPHENSON, LINDEN STEPHENSON, and KEANDRE STEPHENSON

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON, <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF CALIFORNIA; DANE NOREM; and JEFFREY MCKEE, <br><br> Defendants. | 5:21-cv-00526-JAK-KK <br> *Hon. Judge Kronstadt* <br> *Hon. Magistrate Judge Bristow* <br><br> **PLAINTIFFS' NOTICE OF OBJECTION TO DEFENDANTS' LATE-DISCLOSED EXHIBITS AND WITNESSES** <br><br> Hearing Date:   August 25, 2025 <br> Hearing Time:   1:30 p.m. <br> Courtroom: 10B |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Plaintiffs hereby object to the inclusion and use at trial of the exhibits and witnesses first disclosed by Defendants at approximately 5:30 p.m. and 5:50 p.m., respectively, on August 11, 2025—the day the joint trial documents were due and the deadline for filing motions in limine.

1  As set forth in the concurrently filed Declaration of Cooper Alison-Mayne, Defendants added more than sixty (60) new exhibits to the Joint Exhibit List and over forty (40) new witnesses to the Joint Witness List at the last possible moment—on the very evening the joint filings were due—after weeks of exchanging drafts and meeting and conferring on trial documents. These additions were made without prior notice, in violation of the Local Rules and this Court's Standing Order governing trial preparation.

By employing this tactic, Defendants have severely prejudiced Plaintiffs. Because these extensive materials were not disclosed until the close of business on the day motions in limine were due, Plaintiffs had no opportunity to: review the documents and determine their contents; prepare and file targeted motions in limine; or register timely, specific objections to the new exhibits and witnesses in the Joint Exhibit List and Joint Witness List.

Plaintiffs contend that this conduct was undertaken in bad faith, in disregard of the rules of this District and this Court to gain an unfair advantage in the litigation. It undermines the orderly administration of trial preparation and is inconsistent with the duties imposed by the Local Rules and this Court's Standing Order.

Plaintiffs respectfully request that this issue be addressed at the Final Pretrial Conference, with the goal of fashioning an appropriate remedy to cure the prejudice caused by Defendants' actions, which may include the exclusion of the late-disclosed witnesses and exhibits.

Dated: August 15, 2025                **LAW OFFICES OF DALE K. GALIPO**

|  |  |
|---|---|
| By: | */s/   Cooper Alison-Mayne* |
|  | Dale K. Galipo |
|  | Cooper Alison-Mayne |
|  | *Attorneys for Plaintiffs DEVONTE STEPHENSON, LINDEN STEPHENSON, and KEANDRE STEPHENSON* |