**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs* DEVONTE STEPHENSON, LINDEN STEPHENSON, and KEANDRE STEPHENSON

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA; DANE NOREM; and JEFFREY MCKEE,<br><br>Defendants. | 5:21-cv-00526-JAK-KK<br>*Hon. Judge Kronstadt*<br>*Hon. Magistrate Judge Bristow*<br><br>**DECLARATION OF COOPER ALISON-MAYNE REGARDING THE PARTIES FAILURE TO PROVIDE JOINT DOCUMENTS**<br><br>Hearing Date:   August 25, 2025<br>Hearing Time:   1:30 p.m.<br>Courtroom: 10B |

I, Cooper Alison-Mayne, declare as follows:

I am an attorney duly licensed to practice law in the State of California, and the Central District of California. I make this declaration in relation to the parties joint report filed concurrently. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

1. I am an attorney duly licensed to practice law in the State of California and admitted to practice in the United States District Court for the Central District of California. I make this declaration in relation to the parties' joint report filed concurrently. I have personal knowledge of the facts stated herein and could testify competently thereto if called as a witness.

2. On July 1, 2025, at 1:00 p.m., the parties met and conferred via Microsoft Teams to discuss the preparation of trial documents. At defense counsel's request, Plaintiffs agreed to expedite the exchange of trial documents, including the exhibit list.

3. On July 21, 2025, Plaintiffs sent Defendants a draft joint exhibit list and joint witness list. On July 28, 2025, Defendants responded with their exhibits and witnesses.

4. The parties agreed to meet and confer regarding the exhibit list on August 8, 2025, in accordance with this Court's Standing Order, which requires lead trial counsel to meet and confer at least twenty-one (21) calendar days before the Final Pretrial Conference to discuss, and seek to agree on, issues including foundation and admissibility of proposed exhibits.

5. During the August 8 meet-and-confer, the parties went through the exhibit list and discussed possible agreements regarding admissibility and confirmed that there were no duplicative exhibits. At no point did defense counsel indicate they intended to add any exhibits.

6. The first time Plaintiffs were informed that Defendants intended to add a large number of additional exhibits was at approximately 5:30 p.m. on August 11, 2025—the very day the joint exhibit list was due—when Defendants added more than sixty (60) new exhibits to the Joint Exhibit List.

7. At approximately 5:50 p.m. that same day, Defendants also added more than forty (40) new witnesses to the Joint Witness List.

These last-minute additions were made without any prior indication from Defendants that such additions were contemplated, despite ongoing discussions for weeks.

Nevertheless, Plaintiffs agreed to file the updated lists jointly, but requested that language be included in the joint filing to preserve the record as to what occurred and to maintain Plaintiffs' rights to seek an appropriate remedy for what they believe is prejudicial conduct by Defendants.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 15th day of August 2025, in Los Angeles, California.

Dated: August 15, 2025       **LAW OFFICES OF DALE K. GALIPO**

                              By:   /s/   Cooper Alison-Mayne
                                    Dale K. Galipo
                                    Cooper Alison-Mayne
                                    *Attorneys for Plaintiffs DEVONTE STEPHENSON, LINDEN STEPHENSON, and KEANDRE STEPHENSON*