ROB BONTA
Attorney General of California
DONNA M. DEAN (State Bar No. 187104)
Supervising Deputy Attorney General
DAVID KLEHM (State Bar No. 165302)
STEPHANIE A. VOLLMER (State Bar No. 309407)
Deputy Attorney General
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  San Diego, CA 92186-5266
  Telephone:  (619) 738-9773
  Fax:          (619) 645-2581
  E-mail:  David.Klehm@doj.ca.gov
*Attorneys for Defendants*
*State of California, acting by and through*
*the California Highway Patrol, and Dane Norem*

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,<br><br>              Plaintiffs,<br><br>      v.<br><br>STATE OF CALIFORNIA; DANE NOREM; and JEFFREY MCKEE,<br><br>              Defendants. | Case No.:  5:21-cv-0526-JAK-KK<br><br>[*Hon. John A. Kronstadt*]<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE OF OBJECTION TO DEFENDANTS' LATE-DISCLOSED EXHIBITS AND WITNESSES; DECLARATION OF DONNA M. DEAN IN SUPPORT THEREOF**<br><br><u>Pre-Trial Conference</u><br>August 25, 2025 at 1:30 p.m.<br><br><u>Trial</u><br>September 9, 2025 at 9:00 a.m. |

**TO THIS HONORABLE COURT:**

Defendants Dean Norem, Jeffrey McKee, and State of California, acting by and through the California Highway Patrol (CHP), hereby respond to Plaintiffs' Notice of Objection to Defendants' Late-Disclosed Exhibits and Witnesses as follows:

1.    Plaintiffs exaggerate the magnitude of the additional exhibits.  As defendants' counsel explained to plaintiffs' counsel:

(a)    15 of the additional exhibits are being offered solely for impeachment;

(b)    17 of the additional exhibits are short reports by Riverside Police Department pertaining to the investigation of the incident which are, in essence, one report of the investigation authored by multiple officers – all of which were produced during discovery in response to a subpoena;

(c)    6 of the exhibits are audio recordings of interviews with plaintiffs' mother – all of which were disclosed by defendants;

(d)    11 of the exhibits are 9 photos related to the incident and investigation and 2 dash-cam videos from CHP patrol unit at the scene – all of which were disclosed by defendants;

(e)    2 of the exhibits are transcriptions of interviews of former Defendant Matthew Borden, and 1 exhibit is a report by the County of Riverside which were produced in discovery when the Matthew Borden and the County of Riverside were still parties to this action;

(f)    1 exhibit is the user manual for the taser deployed by Officer Norem; and

(g)    1 exhibit is a Google overhead map to be used to show the scene of the incident from above.

2.    Plaintiffs exaggerate the magnitude of the additional witnesses.  As defendants' counsel explained to plaintiffs' counsel:

(a)    7 of the witnesses (including 5 custodians of record) are solely for impeachment;

(b)    17 of the witnesses are CHP dispatchers who were involved in the dispatch communications related to the incident, and some of whom observed the incident live on CCTV.  These witnesses were disclosed to plaintiffs.

(c)    13 of the witnesses are individuals who made 911 calls to CHP dispatch after observing Decedent Leroy Stephenson's behavior and/or the incident on the freeway involving Decedent Leroy Stephenson and law enforcement officers and others.  These witnesses are identified in the Incident Detail Report (i.e., the dispatch log) and the dispatch audio which were produced to plaintiffs in 2020.

(d)    1 of the witnesses is the chief investigator for Riverside Police Department, Karla Corbett, who oversaw the investigation of the incident.

(e)    1 of the witnesses if LaTanya Stanford, plaintiffs' mother; she is identified in the materials produced to plaintiffs in 2020.

(f)    1 of the witnesses conducted an analysis of the taser pulse log graphs; he is identified in material produced to plaintiffs in 2020.

3.    Plaintiffs were aware that the defense intended to add additional exhibits and witnesses. On August 1, the parties met to discuss the exhibits and witnesses. Defense counsel informed plaintiffs' counsel that they expected to add more exhibits and witnesses.

4.    Plaintiffs assert they are "severely prejudiced" by the addition of witness and exhibits but fail to specify how they are prejudiced other than to say they were unable to file motions in limine or specify objections in the Joint Exhibit List and Joint Witness List due on August 11.  At the time the additional witnesses and exhibit were added, the final pretrial conference was two weeks away, and trial was nearly one month away.  Plaintiffs do not specify any such motions or objections that they have been prohibited from making.  Nor have Plaintiffs offered any explanation for why they cannot accomplish these tasks before the August 25 final pretrial conference or the September 9 trial.  In fact, defendants discovered a numbering error in the Notice of Disputed Exhibits caused by plaintiffs' withdrawal of an exhibit and a duplication of some exhibits in the Joint Exhibit

3

1  List and Notice of Disputed Exhibits shortly after they were filed on August 11.

2  Defendants' counsel prepared and sent draft amended documents to plaintiffs' counsel on

3  August 12.  Cooper Alison Mayne, an associate with plaintiffs' counsel, responded on

4  August 15 that objections have been prepared but that he is unable to speak with lead trial

5  counsel, Dale Galipo, until August 18 or 19 because he is out of town and will not have a

6  chance to review them until then.  There is no reason plaintiffs could not have raised their

7  objections to the additional exhibits in the amended pleadings before then.

8         5.      Plaintiffs did not identify all their exhibits by August 4 (21 days before the

9  final pretrial conference).  Plaintiffs' counsel sent a joint exhibit list on July 21, but the

10  exhibits were listed as:

11         Photos: Stephenson Family

12         Photos: Funeral

13         Birth Certificates, Death Certificate

14         Dispatch Audio Recording

15         Dispatch Call Log

16         Norem MVARS

17         McKee MVARS

18         Norem MVARS clip

19         McKee MVARS clip

20         Norem MVARS stills

21         McKee MVARS stills

22         McKee MVARS stills with labels

23         AMR Report

24         Riverside Fire Dept Report

25         Autopsy Report

26         Taser Log

27         Photos of the Scene

28         Photos of Dane Norem

4

Photos of Dane Norem's Duty Belt

Photos of Matthew Borden

Photos of Leroy Stephenson's Clothing

Photos of Leroy Stephenson's Personal Effects

Autopsy Photos

Photos of Taser Barbs

Photos of Lacerations and Bruises

Plaintiffs did not send copies of the exhibits at that time. Although some of these exhibits were self-evident (e.g., AMR Report, Riverside Fire Dept Report, Autopsy Report, and Taser Log), others were not, such as the photos and the portions of the MVARS to be offered, and no Bates numbers were provided. On August 5, plaintiffs' counsel sent a revised exhibit list and a dropbox link containing some of plaintiffs' exhibits. Again, given the way some of the exhibits were identified, it was not clear what they were. Plaintiffs' counsel did not provide a complete set of plaintiffs' exhibits – and thus did not properly identify all of plaintiffs' exhibits until August 13.

6.    This Court's standing order requires that lead trial counsel attend and meet and confer at least twenty-one (21) calendar days before the Final Pretrial Conference to discuss and seek to agree, to the extent possible, on issues including foundation, and admissibility of proposed exhibits. Plaintiffs' lead trial counsel, Dale Galipo, has not once met and conferred with the defense, either in person, over zoom or by email. The parties have met several times and have exchanged numerous emails since they started working on the joint trial documents in July. Lead trial counsel for defense have appeared at every meet and confer and have been involved in the exchange of numerous emails. Mr. Galipo has not once appeared or sent one email. On the date that the joint pre-trial documents were due (August 11) Mr. Galipo's associate (Cooper Alison Mayne) indicated that he would meet with Mr. Galipo over the lunch hour and respond with any revisions. He stated he would provide a copy of the joint documents by 1:30 p.m., but then moved it to 2:30 p.m. At 2:34 p.m., Mr. Alison Mayne sent proposed documents with revisions that

arguably changed the liability landscape and demanded counsel respond with its final responses before 4:30 p.m.


Dated:  August 18, 2025

ROB BONTA
Attorney General of California
DONNA M. DEAN
Supervising Deputy Attorney General

*/s/ David Klehm*

DAVID KLEHM[1]
STEPHANIE A. VOLLMER
Deputes Attorney General
*Attorneys for Defendants State of California, acting by and through the California Highway Patrol, and Dane Norem*


DATED:  August 18, 2025

**DEAN GAZZO ROISTACHER**

By:    */s/ Lee H. Roistacher*

Lee H. Roistacher, Esq.
Kimberly A. Sullivan, Esq.
*Attorneys for Defendant Jeffrey McKee*

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

## DECLARATION OF DONNA M. DEAN

I, Donna M. Dean, declare as follows:

1.    I am a duly appointed Supervising Deputy Attorney General and am assigned to represent Defendants State of California, acting by and through the California Highway Patrol (CHP), and CHP Officer Dane Norem in the above-captioned action.  The facts set forth herein are within my personal knowledge, except where otherwise indicated, and if called to testify herein I could and would competently testify thereto.

2.    I was assigned to supervise the above-referenced case beginning in November 2024.  I am familiar with out office's file in this matter.

3.    Attached hereto as Exhibit 1 is a true and correct copy of Initial Disclosures by Defendant State of California (by and through the California Highway Patrol), Dane Norem, and Jeffrey McKee.

4.    Plaintiffs exaggerate the magnitude of the additional exhibits.  As I explained to plaintiffs' counsel:

(a)    15 of the additional exhibits are being offered solely for impeachment;

(b)    17 of the additional exhibits are short reports by Riverside Police Department pertaining to the investigation of the incident which are, in essence, one report of the investigation authored by multiple officers – all of which were produced during discovery in response to a subpoena;

(c)    6 of the exhibits are audio recordings of interviews with plaintiffs' mother – all of which were disclosed by defendants;

(d)    11 of the exhibits are 9 photos related to the incident and investigation and 2 dash-cam videos from CHP patrol unit at the scene – all of which were disclosed by defendants;

(e)    2 of the exhibits are transcriptions of interviews of former Defendant Matthew Borden, and 1 exhibit is a report by the County of Riverside which were produced in discovery when the Matthew Borden and the County of Riverside were still parties to this action;

(f)     1 exhibit is the user manual for the taser deployed by Officer Norem; and

(g)     1 exhibit is a Google overhead map to be used to show the scene of the incident from above.

A true and correct copy of my email message on August 14 at 1:32 p.m. to plaintiffs' counsel, Cooper Mayne, on this subject is attached hereto as Exhibit 2.

5.     Plaintiffs exaggerate the magnitude of the additional witnesses.  As I explained to plaintiffs' counsel:

(a)     7 of the witnesses (including 5 custodians of record) are solely for impeachment;

(b)     17 of the witnesses are CHP dispatchers who were involved in the dispatch communications related to the incident, and some of whom observed the incident live on CCTV.  These witnesses were disclosed to plaintiffs.

(c)     13 of the witnesses are individuals who made 911 calls to CHP dispatch after observing Decedent Leroy Stephenson's behavior and/or the incident on the freeway involving Decedent Leroy Stephenson and law enforcement officers and others.  These witnesses are identified in the Incident Detail Report (i.e., the dispatch log) and the dispatch audio which were produced to plaintiffs in 2020.

(d)     1 of the witnesses is the chief investigator for Riverside Police Department, Karla Corbett, who oversaw the investigation of the incident.

(e)     1 of the witnesses if LaTanya Stanford, plaintiffs' mother; she is identified in the materials produced to plaintiffs in 2020.

(f)     1 of the witnesses conducted an analysis of the taser pulse log graphs; he is identified in material produced to plaintiffs in 2020.

A true and correct copy of my email message on August 14 at 6:06 p.m. to plaintiffs' counsel, Cooper Mayne, on this subject is attached hereto as Exhibit 3.

6.     Defendants discovered a numbering error in the Notice of Disputed Exhibits caused by plaintiffs' withdrawal of an exhibit and a duplication of some exhibits in the

Joint Exhibit List and Notice of Disputed Exhibits shortly after they were filed on August 11. Defendants' counsel prepared and sent draft amended documents to plaintiffs' counsel on August 12. Attached hereto as Exhibits 4 and 5 are true and correct copies of email messages from counsel for Defendant Jeffrey McKee, Kimberly Sullivan, to plaintiffs' counsel, Cooper Mayne, regarding these draft amended pleading. Cooper Alison Mayne, an associate with plaintiffs' counsel, responded on August 15 that objections have been prepared but that he is unable to speak with lead trial counsel, Dale Galipo, until August 18 or 19 because he is out of town and will not have a chance to review them until then.

7.    Plaintiffs were aware that the defense intended to add additional exhibits and witnesses. On August 1, the parties met to discuss the exhibits and witnesses. I was not at that meeting, but I am informed and believe that defense counsel informed plaintiffs' counsel during that meeting that they expected to add more exhibits and witnesses.

8.    Plaintiffs did not identify all their exhibits by August 4 (21 days before the final pretrial conference). Plaintiffs' counsel sent a joint exhibit list on July 21, but the exhibits were listed as:

Photos: Stephenson Family

Photos: Funeral

Birth Certificates, Death Certificate

Dispatch Audio Recording

Dispatch Call Log

Norem MVARS

McKee MVARS

Norem MVARS clip

McKee MVARS clip

Norem MVARS stills

McKee MVARS stills

McKee MVARS stills with labels

9

1  AMR Report

2  Riverside Fire Dept Report

3  Autopsy Report

4  Taser Log

5  Photos of the Scene

6  Photos of Dane Norem

7  Photos of Dane Norem's Duty Belt

8  Photos of Matthew Borden

9  Photos of Leroy Stephenson's Clothing

10  Photos of Leroy Stephenson's Personal Effects

11  Autopsy Photos

12  Photos of Taser Barbs

13  Photos of Lacerations and Bruises

14  Plaintiffs did not send copies of the exhibits at that time.  Although some of these exhibits

15  were self-evident (e.g., AMR Report, Riverside Fire Dept Report, Autopsy Report, and

16  Taser Log), others were not, such as the photos and the portions of the MVARS to be

17  offered, and no Bates numbers were provided.  On August 5, plaintiffs' counsel sent a

18  revised exhibit list and a dropbox link containing some of plaintiffs' exhibits.  A true and

19  correct copy of the email message from Cooper Alison Mayne on August 5 at 10:24 a.m.

20  is attached hereto as Exhibit 6.  Again, given the way some of the exhibits were identified,

21  it was not clear what they were.  Plaintiffs' counsel did not provide a complete set of

22  plaintiffs' exhibits – and thus did not properly identify all of plaintiffs' exhibits – until

23  August 13.

24      8.      This Court's standing order requires that lead trial counsel attend and meet

25  and confer at least twenty-one (21) calendar days before the Final Pretrial Conference to

26  discuss and seek to agree, to the extent possible, on issues including foundation, and

27  admissibility of proposed exhibits.  Plaintiffs' lead trial counsel, Dale Galipo, has not once

28  met and conferred with the defense, either in person, over zoom or by email. The parties

have met several times and have exchanged numerous emails since they started working on the joint trial documents in July.  Lead trial counsel for defense have appeared at every meet and confer and have been involved in the exchange of numerous emails.  Mr. Galipo has not once appeared or sent one email.  On the date that the joint pre-trial documents were due (August 11) Mr. Galipo's associate (Cooper Alison Mayne) indicated that he would meet with Mr. Galipo over the lunch hour and respond with any revisions.  He stated he would provide a copy of the joint documents by 1:30 p.m., but then moved it to 2:30 p.m.  At 2:34 p.m., Mr. Alison Mayne sent proposed documents with revisions that arguably changed the liability landscape and demanded counsel respond with its final responses before 4:30 p.m.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 18, 2025, at Los Angeles, California.

s/ Donna M. Dean
Donna M. Dean

# EXHIBIT "1"

1 | ROB BONTA
Attorney General of California
2 | RICHARD F. WOLFE
Supervising Deputy Attorney General
3 | DOUGLAS E. BAXTER
Deputy Attorney General
4 | State Bar No. 201351
TIM J. VANDEN HEUVEL
5 | Deputy Attorney General
State Bar No. 140731
6 |   600 West Broadway, Suite 1800
San Diego, CA 92101
7 |   P.O. Box 85266
San Diego, CA 92186-5266
8 |   Telephone:  (619) 738-9567
Fax:          (619) 645-2581
9 |   E-mail:  Douglas.Baxter@doj.ca.gov
*Attorneys for Defendant State of California*
10 | *(by and through the California Highway Patrol),*
*Dane Norem, and Jeffrey McKee*

11

**IN THE UNITED STATES DISTRICT COURT**

12

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

13

14

15

| | |
|---|---|
| 16 | DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON, |

Case No.: 5:21-cv-00526-JAK (KKx)

**INITIAL DISCLOSURES BY DEFENDANT STATE OF CALIFORNIA (BY AND THROUGH THE CALIFORNIA HIGHWAY PATROL), DANE NOREM, AND JEFFREY MCKEE**

21                               Plaintiffs,

22                   v.

23

24 | STATE OF CALIFORNIA; COUNTY OF RIVERSIDE; DANE NOREM; JEFFREY MCKEE; MATT BORDEN; and DOES 1 through 100, inclusive,

26                               Defendants.

Judge:          The Honorable John A. Kronstadt

27

28

1

1    Pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure,

2    Defendants State of California (by and through the California Highway Patrol),

3    Dane Norem, and Jeffrey McKee hereby make the following initial disclosures:

4    **I. Persons Likely to Have Discoverable Information**

5    **Objections.** To the extent that Rule 26(a)(1)(A) of the Federal Rules of Civil

6    Procedure calls for listing of the personal addresses and telephone numbers of any

7    state employees (including but not limited to those employed by the Defendant

8    State of California (CHP)), Defendants object on the grounds that such information

9    is protected by the federal and state official information privilege, by California

10    Evidence Code sections 1040, 1043, and 1045, California Penal Code section

11    832.5, California Civil Code section 1798 et seq., and the statutory and

12    constitutional privacy rights of the identified individuals.  Defendants will provide

13    business addresses and telephone numbers for such individuals, if known.

14    Any description of subject matter of which the following witnesses may have

15    knowledge is not intended to be exhaustive; rather, it is a good faith attempt to

16    provide a general indication of each witness's connection to the incident.  It is

17    anticipated that further investigation and discovery will be necessary to determine

18    each potential witness's areas of knowledge and information.  Defendants identify

19    the following witnesses as potential sources of discoverable information on, at a

20    minimum, issues of liability (or lack thereof), immunity, and damages (or lack

21    thereof).

22    Litigation-related contact with any current or former employees of the

23    California Highway Patrol must be approved of by defense counsel, Douglas E.

24    Baxter.

25    **1.    Plaintiff Devonte Stephenson**, address and telephone number known to

26    Plaintiffs' counsel.  Party to case and possible percipient witness to damages issues.

27    He may also have knowledge regarding decedent Leroy Stephenson's mental health

28    and substance abuse history.

1      **2.**   **Plaintiff Keandre Stephenson**, address and telephone number known to

2  Plaintiffs' counsel.  Party to case and possible percipient witness to damages issues.

3  He may also have knowledge regarding decedent Leroy Stephenson's mental health

4  and substance abuse history.

5      **3.**   **Plaintiff Linden Stephenson**, address and telephone number known to

6  Plaintiffs' counsel.  Party to case and possible percipient witness to damages issues.

7  He may also have knowledge regarding decedent Leroy Stephenson's mental health

8  and substance abuse history.

9      **4.**   **Defendant CHP Officer Dane C. Norem (ID No. 19219)**, named

10  defendant and percipient witness/involved party in events involving Plaintiff's

11  decedent, Leroy Stephenson.

12      **5.**   **Defendant CHP Officer Jeffrey McKee (ID No. 18221),** named

13  defendant and percipient witness/involved party in events related to lawsuit.

14      **6.**   **CHP William Betancur (ID No. 15705),** percipient witness/responding

15  officer to parts of incident involving Plaintiffs' decedent.

16      **7.**   **CHP Officer Lynn Peters (ID No. 14868),** percipient

17  witness/responding officer to parts of incident involving Plaintiffs' decedent.

18      **8.**   **CHP Sergeant Clarence Bullen (ID No. 14640,** percipient

19  witness/responding officer to parts of incident underlying lawsuit (scene supervisor

20  after arrival).

21      **9.**   **Riverside Police Department Officer Daniel Cisneros (ID No. 1097),**

22  8181 Lincoln Avenue, Riverside, CA 92504; (951) 351-6099, percipient witness to

23  some of the events preceding CHP contact with Plaintiffs' decedent.

24      **10.**  **Defendant Riverside County District Attorney's Investigator Matt**

25  **Borden,** 3960 Orange Street, Riverside, CA 92501; (951) 955-5400, percipient

26  witness/involved party in events involving Plaintiffs' decedent.

27

28

1      **11.    Eric Alan Leighton,** 6797 Glendale Avenue, Riverside, CA 92503;

2    (951) 892-2780, percipient witness/involved civilian in events involving Plaintiffs'

3    decedent.

4      **12.    Dennis Owen Stout, Jr.,** 1643 Elliott Dr., Riverside, CA 92507; (951)

5    522-1729, percipient witness/involved civilian in events involving Plaintiffs'

6    decedent.

7      **13.    David Allison Popko,** 60 Ashbrook, Irvine, CA 92604; (949) 522-0501;

8    (949) 433-8301, percipient witness/involved civilian in events involving Plaintiffs'

9    decedent.

10      **14.    CHP Critical Incident Investigation Team (Inland Division):** Captain

11    Mario Lucio (ID No. 15415); Lieutenant Andrew Thompson (ID No. 17212);

12    Sergeant David Williams (ID No. 14938); Sergeant Taj Johnson (ID No. 17726);

13    Sergeant William Bitonti (ID No. 17753); Officer Curtis Dane (ID No. 14777);

14    Officer Christopher McLeod (ID No. 17652); Officer Mark Nelson (ID No. 18727);

15    Officer Greg Lomenick (ID No. 18972).  All of these CHP officials were assigned

16    at the time out of the Inland Division, 847 East Brier Drive, San Bernardino, ca

17    92408); (909) 806-4200.  These officials were involved in CHP's critical incident

18    investigation of the incident involving Plaintiffs' decedent and would have

19    knowledge based on that investigation (including interviews of witnesses and

20    involved persons, suspect information and history, information regarding incident

21    scene and medical response, evidence collection and logging, autopsy finding and

22    Coroner's investigation results, and other investigatory tasks).

23      **15.    CHP Inland Division Multidisciplinary Accident Investigation Team**

24    **(MAIT):** Sergeant Lance Berns (ID No. 15244); Officer Donald Finn (ID No.

25    13602); Officer William Bozyk (ID No. 16901); Officer Christopher Hitchcock (ID

26    NO. 18964).  These officers were assigned at the time out of 13892 Victoria Street,

27    Fontana, CA 92336; (909) 428-5559.  These officers will have knowledge

28    regarding their participation in the incident investigation and evidence collection.

16. **CHP Sergeant Steve Licon (ID No. 13348)**, 8118 Lincoln Avenue, Riverside, CA 92504; (951) 637-8000, at a minimum, Sergeant Licon assisted in collection of Taser evidence, but may have knowledge related to other aspects of investigation of the incident.

17. **CHP Officer Daniel Olivas (ID No. 18498),** Riverside, CA 92504; (951) 637-8000, will have knowledge gained in connection with role as Public Information Officer for the incident.

18. **CHP Inland Communications Center dispatchers:** Lisa Walkingstick (ID No. A13850); Rebeca Stowell (ID No. A09594); Susan Sween (ID No. A10420); Berenice Rodriguez (ID No. A12561); LaShanda Franklin (ID No. A12584); Deena Corbett-Wolf (ID No. A13278); Marianne Tillmann (ID No. A13816); Desiree Sandoval (ID No. A13997); Anna Mercado (ID No. A14044); April Sorenson (ID No. A14129); Steven Tillman (ID No. A14300); Laura Smart (ID No. A14695); Jaclyn Mendenhall (ID No. A15119); Carolina Olazaba (ID No. A16300); Jacquelyn Feliciano (ID No. A16720); Ashley Angle (ID No. A17654); Juan Mandujano (ID No. A17670). These Public Safety Dispatchers were based at the time at the Inland Communications Center at 13892 Victoria Street, Fontana, CA 92336; (909) 428-5400. They will have knowledge regarding calls and dispatches related to the incident involving Plaintiffs' decedent.

19. **Riverside Police Department Investigative Personnel:** Sergeant Trinidad Lomeli (ID No. 1236); Sergeant Jim Simmons (ID No. 0556); Detective Karla Corbett (ID No. 1644); Detective Josh Ontko (ID No. 1351; Detective Brett Stennett (ID No. 1374); Detective Adrian Tillet (ID No. 232); Detective Karla Beler (ID No. 1076); Detective Daniel Mercadefe (ID No. 1408); Detective James Brandt (ID No. 146); Detective David Riederman (ID No. 1077); Forensic Specialist Rebecca Meyer (ID No. 1913), Forensic Specialist Selena Mckay-Davis (ID No. 1310); Forensic Specialist Liane Velin (ID No. 1723). These officials were based at the time out of the Riverside Police Department, 10540 Magnolia Avenue,

1  Suite B, Riverside, CA 92505.  These officials participated in the Riverside Police

2  Department's investigation into the incident involving Plaintiffs' decedent

3  (including interviews of witnesses and involved persons, scene investigation,

4  evidence collection, autopsy finding and Coroner's investigation results, and other

5  investigatory tasks).

6      **20.  Deputy District Attorney Christopher Cook, Riverside County**

7  **District Attorney's Office**, 3960 Orange Street, Riverside, CA 92501; (951) 955-

8  5400, believed to have knowledge regarding Riverside County and/or Riverside

9  Police Department investigation of incident involving Plaintiffs' decedent.

10     **21.  Investigator Mario Moreno (ID No. MM395) Riverside County**

11 **District Attorney's Office**, 3960 Orange Street, Riverside, CA 92501; (951) 955-

12 5400, believed to have knowledge regarding Riverside County and/or Riverside

13 Police Department investigation of incident involving Plaintiffs' decedent.

14     **22.  Riverside Fire Department Personnel:** Engineer James Webber (ID

15 No. F387); Firefighter Bryan Russell (ID No. F391); Firefighter Rodolfo Pinedo

16 (ID No. F662); Firefighter Matthew Bashaw (ID No. F708).  These employees are

17 believed to have knowledge of the on-scene medical response pertaining to

18 decedent Leroy Stephenson.  It is believed they were from Station 10 Riverside Fire

19 Department, 2590 Jefferson Street, Riverside, CA 92504; (951) 826-5321.

20     **23.  American Medical Response Personnel:** Paramedic Angel Mendoza

21 (ID No. RP38147); EMT Chevy Buchanan (ID No. E124072).  These employees

22 are believed to have knowledge of the on-scene medical response pertaining to

23 decedent Leroy Stephenson and care during transport to hospital.  It is believed they

24 were from the American Medical Response Office at 3198 15th Street, Riverside,

25 CA 92507; (951) 784-8753.

26     **24.  Humberto A. Silva, Parkview Community Hospital,** 3865 Jackson

27 Street, Riverside, California 92503; (951) 688-2211.  Dr. Humberto was the

28 emergency room physician who oversaw the attempts to resuscitate Mr. Stephenson

1   and who pronounced his death.

2      **25. Riverside County Sheriff-Coroner Department Personnel:** Allison

3 Hunt, M.D. (ID No. N5569); Technician Staci Rzepka (ID No. 6308); and

4 Technician Peter Kolski (ID No. N4892). These personnel conducted and

5 documented the autopsy of Leroy Stephenson and will have knowledge regarding

6 the findings of the autopsy and the evidence collected. Deputy Katie Cohen (ID

7 No. N4820) was the Coroner Investigator assigned to the Coroner's investigation of

8 the incident and will have knowledge regarding the evidence collected and findings

9 made. The aforementioned personnel are believed to have been stationed at 800 S.

10 Redlands Avenue, Perris, California 92570; (951) 443-2300.

11      **26. Latanya Stephenson:** Believed to be Plaintiffs' mother and either wife

12 or girlfriend of Plaintiffs' decedent. She may have knowledge regarding decedent

13 Leroy Stephenson's mental health and substance abuse history, as well as

14 information pertaining to damages.

15      **27. Employees from Bio-Tox Laboratories,** 1965 Chicago Avenue, Suite

16 C, Riverside, CA 92507; (951) 341-9355; Toxicologist Kristen Steward (M.S., D-

17 ABFT-FT), Toxicologist Celina Beckham, Toxicologist Ola Bawardi (M.S.), and

18 Laboratory Director Erin Crabtrey (M.S., D-ABFT-FT). These employees of Bio-

19 Tox Laboratories are believed to have knowledge of the testing, analysis, and

20 reporting of toxicology results for tissue and/or fluid samples taken from decedent

21 Leroy Stephenson in connection with his autopsy.

22 **II. Documents**

23      Defendants identify the following documents under Rule 26(a)(1)(A)(ii) of the

24 Federal Rules of Civil Procedure:

25      **1. Dispatch Audio Recordings and MVARS Recordings:**

26      On August 17, 2020, defense counsel sent to Plaintiffs' attorneys five CDS.

27 One of those CDS included a folder entitled "Inland Comm Center Dispatch Audio.

28 In that folder were the following files: "-----Blanket Certification.mp3" and "T818-

1    19-0090.wav." On July 29, 2020, defense counsel sent to plaintiffs' attorneys

2    copies of a CD marked "Riverside PD Comm Center Dispatch Audio" and which

3    contained the following audio recording files: 190002427_radio_rfd 2.wav;

4    190002659_phone_op13.wav; 190002659_radio_ch1.wav; and

5    190002659_radio_rfd 1.wav.   On July 20, 2020, defense counsel sent copies of a

6    DVD to Plaintiffs' attorneys containing the incident-related MVARS recordings

7    from the patrol vehicles driven by Officer Dane Norem, Lynn Peters, and Jeffrey

8    McKee.

9           **2.    Investigation Audio Recordings – Stephenson Family:**

10          On July 29, 2020, defense counsel sent 2 CDs and a DVD to Plaintiffs'

11   attorneys.  One of the CDs contained audio recordings believed to be made by

12   Riverside Police Department officials.  The following two files are believed to

13   contain audio recordings of contact between Riverside Police Department officials

14   and possible Riverside County Sheriff's Department/Coroner's Division officials

15   and Devonte Stephenson and Latanya Stephenson on January 24, 2019: "1374BS

16   01_24_2019 05_24 PM.wma" and "1374BS 01_24_2019 05_44 PM.wma."

17          **3.    CHP Administrative Interview Recordings**

18          On August 17, 2020, defense counsel sent to Plaintiffs' attorneys five CDS.

19   One of those CDS had the following title written on the disk: "CHP Admin.

20   Interviews Recordings."  This disk contained the following four audio files:

21   "Betancur Admin Audio.WMA," "McKee Admin Audio.WMV," "Norem Admin

22   Audio.WMA," and "Peters Admin Audio.WMA."

23          **4.    Dispatch Logs/Detail Reports**

24          Defense counsel previously provided Plaintiffs' attorneys with a CD

25   containing a folder entitled "CIIT Production Documents," which included the CIIT

26   Report documents relating to the January 24, 2019 incident.  Annex 13 to the CIIT

27   Report contains the CHP Inland Communications Center Incident Detail Report

28   (see Bates Nos. AGO 191 – AGO 205).  The same annex also contains a document

1    entitled Riverside Police Department Communication Center Incident Detailed

2    Report (see Bates Nos. AGO 207 – AGO 211.)

3        **5.    Investigation Photographs**

4        On July 29, 2020, defense counsel sent two CDS and a DVD to Plaintiffs'

5    attorneys.  The DVD marked "Riverside PD Photos (501)" contained 501

6    photographs ranging from J1O14727.JPG to J1P56800.JPG.  On August 17, 2020,

7    defense counsel sent 5 CDs to plaintiffs' attorneys.  One of the CDs included a

8    folder entitled "CHP Photos – 108," which contained 108 photographs ranging

9    from 100_3149.JPG to 100_3256.JPG.  Another one of the disks was labeled

10    "MAIT Photos Disk 1" and contained two folders entitled "Berns" and "Bozyk."

11    The "Berns" folder contained 51 photographs ranging from DSC_5431.JPG to

12    DSC_5481.JPG.  The "Bozyk" folder contained 50 photographs ranging from

13    DSC_4073.JPG to DSC_4122.JPG.  Another disk was labeled "MAIT Photos Disk

14    2" and contained a folder entitled "Finn."  The Finn folder contained 59

15    photographs ranging from DSC_6805.JPG to DSC_6863.JPG.  Another disk was

16    labeled "MAIT Photos Disk 3" and contained a folder entitled "Hitchcock."  The

17    "Hitchcock" folder contained 37 photographs ranging from DSC_0001.JPG to

18    DSC_0037.JPG.  Defendants also anticipate that some or all of the photographs

19    from the autopsy of Leroy Stephenson may be of evidentiary value in this action.

20        **6.    Riverside PD Interview Recordings:**

21        On July 29, 2020, defense counsel sent Plaintiff's attorneys two CDs and a

22    DVD.  The CD marked "Riverside PD Interview Audio" contains the following

23    audio recording files: 1076KB 01_24_2019 07_30 PM.wma; 1076KB 01_24_2019

24    07_51 PM.wma; 1076KB 01_24_2019 08_05 PM.wma; 1076KB 01_24_2019

25    08_13 PM.wma; 1077DR 01_24_2019 08_27 PM.wma; 1374BS 01_24_2019

26    05_24 PM.wma; 1374BS 01_24_2019 05_44 PM.wma; 1644KC 01_24_2019

27    07_33 PM.wma; 1644KC 01_24_2019 08_17 PM.wma; 1644KC 01_25_2019

28    04_24 PM.wma; 1644KC 01_25_2019 10_21 AM.wma; 1644KC 01_29_2019

1  02_24 PM.wma; 1644KC 01_29_2019 03_23 PM.wma; 1644KC 01_29_2019

2  10_23 AM.wma; and 1644KC 01_30_2019 03_29 PM.wma.

3       In addition, a CD entitled "Demand Nos. 12, 16, 17, 18, 22, and 26" was

4  previously produced to Plaintiffs' counsel.  That CD includes a folder entitled

5  "Demand No. 18 Riv. PD Recorded Interviews Officers."  This CD contains the

6  following audio files: "Betancur-Criminal Audio.WMA," "McKee-Criminal Audio

7  2.WMA," "McKee-Criminal Audio.WMA," "Norem-Criminal Audio 2.WMA,"

8  "Norem-Criminal Audio.WMA," "Peters-Criminal Audio.WMA," and "Peters-

9  Criminal-Audio 2.WMA."

10      **7.    Transcripts and/or Summaries of CHP Officer Administrative**

11  **Interviews:**

12      One of the CDs produced on to Plaintiffs' counsel on August 17, 2020

13  included a folder entitled "CIIT Production Documents," which included the CIIT

14  Report documents relating to the January 24, 2019 incident.  Bates numbers AGO

15  000056 – 000085 contain a transcript of Officer Norem's January 24, 2019,

16  recorded administrative interview.  Bates numbers AGO 000088 – 000091 contain

17  a summary of Officer McKee's January 24, 2019, recorded administrative

18  interview.  Bates numbers AGO 000092 – 000094 contain a summary of Officer

19  Betancur's January 24, 2019 recorded administrative interview.  Bates numbers

20  Ago 000095 – 000098 contain a summary of Officer Peters' January 24, 2019

21  recorded administrative interview.

22      Also, in the folder called "Non-Privileged CHP Emails" on the CD that is

23  entitled "Demand Nos. 12, 16, 17, 18, 22, and 26," Bates number AGO 000555

24  contains a written statement of witness James H. Kilpatrick dated January 28, 2019.

25  Bates numbers 000637 – 000638 contain Riverside Police Department's summary

26  of a statement by Officer Dane Norem.  Bates numbers AGO 000638 – 000639

27  contain Riverside Police Department's summary of a statement by Dennis Owen

28  Stout, Jr.  Bates numbers AGO 000639 – 000640 contain Riverside Police

1    Department's summary of a statement by Riverside District Attorney Investigator

2    Matt Borden.  Bates numbers AGO 000640 – 000641 contain Riverside Police

3    Department's summary of a statement by Eric Alan Leighton.  Bates numbers AGO

4    000641 – 000642 contain Riverside Police Department's summary of a statement

5    by Officer Jeffrey McKee.  Bates number AGO 000642 contains Riverside Police

6    Department's summary of a statement by David Allison Popko.

7        **8.    Property Reports:**

8        One of the CDs that were sent to Plaintiff's counsel on August 17 included a

9    folder entitled "CIIT Production Documents," which included the CIIT Report

10    documents relating to the January 24, 2019 incident.  Bates Nos. AGO 000121 –

11    000124 in Annex 2 of the CIIT Report contain property reports.

12        **9.    Riverside Police Department Reports:**

13        One of the CDs sent to Plaintiffs' counsel on August 17, 2020 included a

14    folder entitled "CIIT Production Documents," which included the CIIT Report

15    documents relating to the January 24, 2019 incident.  Bates Nos. AGO 000152 –

16    000153 in Annex 10 of the CIIT Report contain a report from the Riverside Police

17    Department.  In addition, defense counsel previously provided Plaintiffs' counsel

18    with a CD entitled "Demand Nos. 12, 16, 17, 18, 22, and 26."  Bates numbers AGO

19    000634 – 000646 in the folder entitled "Non-Privileged CHP Emails" contain a

20    copy of a Riverside Police Department Report.

21        **10.    Autopsy Report and Toxicology Reports**

22        One of the CDs sent to Plaintiffs' counsel on August 17, 2020 included a

23    folder entitled "CIIT Production Documents," which included the CIIT Report

24    documents relating to the January 24, 2019 incident.  Bates numbers AGO 000181

25    – 000185 in Annex 12 of the CIIT Report contain the autopsy report.  In addition,

26    Bates numbers AGO 000125 – 000130 in Annex 3 of the CIIT Report contain

27    BioTox lab reports that were obtained in connection with the autopsy.

28

1    In addition, on the CD entitled "Demand Nos. 12, 16, 17, 18, 22, and 26,"

2    Bates numbers AGO 000616 – 000626 in the folder entitled "Non-Privileged CHP

3    Emails" contain a copy of the autopsy report.

4    **11.   Coroner's Report**

5    One of those CDs provided to Plaintiffs' counsel on August 17, 2020 included

6    a folder entitled "CIIT Production Documents," which included the CIIT Report

7    documents relating to the January 24, 2019 incident.  Bates numbers AGO 000186

8    – 000190 of the CIIT Report contain the Coroner's Office Report.  In addition, on

9    the CD entitled "Demand Nos. 12, 16, 17, 18, 22, and 26," Bates numbers AGO

10   000611 – 000615 in the folder entitled "Non-Privileged CHP Emails" contain a

11   copy of the Coroner's Office Report.

12   **12.   Medical Records Pertaining to Leroy Stephenson:**

13   One of the CDs sent to Plaintiffs' attorneys on August 17, 2020 included a

14   folder entitled "CIIT Production Documents," which included the CIIT Report

15   documents relating to the January 24, 2019 incident.  Bates numbers AGO 000154

16   – 000177 in Annex 10 are medical records related to Leroy Stephenson.

17   **13.   MAIT Supplemental Report:**

18   Bates numbers AO 00212-00217 in Annex 14 of the CIIT Report documents

19   were previously provided to Plaintiffs' counsel on the CD containing the folder

20   "CIIT Production Documents."

21   **14.**   All other documents previously produced to plaintiffs in discovery to

22   date.

23   **15.**   It is anticipated that Riverside County and the Riverside Police

24   Department may have investigatory materials that are potentially relevant.

25   **III.  Damages**

26   Defendants are not claiming damages.

27   / / /

28   / / /

## IV.  **Insurance**

There is no applicable insurance policy on the Defendants' side, as the California Highway Patrol is self-insured.

Dated:  July 9, 2021

Respectfully submitted,

ROB BONTA
Attorney General of California
RICHARD F. WOLFE
Supervising Deputy Attorney General

DOUGLAS E. BAXTER
Deputy Attorney General
*Attorneys for Defendant State of California (by and through the California Highway Patrol), Dane Norem, and Jeffrey McKee*

SD2020700119
82944105.docx

13

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  **Devonte Stephenson, et al. v. State of California, et al.**
Case No.:  **5:21-cv-00526-JAK (KKx)**

I, Douglas E. Baxter, declare:

I am employed in the Office of the Attorney General. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On **July 9, 2021**, I served the attached:

**INITIAL DISCLOSURES BY DEFENDANT STATE OF CALIFORNIA (BY AND THROUGH THE CALIFORNIA HIGHWAY PATROL), DANE NOREM, AND JEFFREY MCKEE**

by placing true copies thereof enclosed in sealed envelopeS in the internal mail collection system at the Office of the Attorney General at 600 West Broadway, Suite 1800, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

| | |
|---|---|
| Steven A. Lerman, Esq.<br>STEVEN A. LERMAN & ASSOCIATES, INC.<br>6033 West Century Boulevard, Suite 740<br>Los Angeles, CA 90045<br>(Counsel for Plaintiffs) | Gregory Peacock, Esq.<br>LAW OFFICE OF GREGORY PEACOCK<br>4425 Jamboree Road, Suite 130<br>Newport Beach, CA 92660<br>(Counsel for Plaintiffs) |
| Tony M. Sain, Esq.<br>MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP<br>801 S. Figueroa St., 15th Floor<br>Los Angeles, CA 90017-3012<br>(counsel for County of Riverside and Matt Borden) | |

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed **July 9, 2021**, at San Diego, California.

_____
Douglas E. Baxter
Declarant

_____
Signature

EXHIBIT "2"

| From: | Donna Dean |
|---|---|
| To: | Cooper Mayne; Stephanie Vollmer; Kimberly Sullivan; Lee Roistacher |
| Cc: | David Klehm; Teresa Arambul; Dale Galipo; Gregory Peacock; Christina Ramirez; Nicholas Lerman; Darci Gilbert; David Park |
| Subject: | RE: Stephenson v. CHP (21-cv-00526) |
| Date: | Thursday, August 14, 2025 1:31:00 PM |
| Attachments: | image001.jpg |
| | image002.jpg |

Hi Cooper,

Exhibits 51-53, 77 and 84-95 are impeachment exhibits that did not require disclosure.  Fed. R. Civ. P. 26(a)(1)(a)(ii). Exhibit 59 is a record produced by Riverside County during the litigation before the County defendants were dismissed.  Exhibits 60-76 were produced by the City of Riverside in response to a subpoena to which plaintiffs had equal access.  Defendants' initial disclosure states, "It is anticipated that Riverside County and the Riverside Police Department may have investigatory materials that are potentially relevant."

We note that plaintiffs received CHP's records and initial disclosure over a month before plaintiffs served their initial disclosure, but, despite that, plaintiffs did not list the following documents in their initial disclosure:

| 4. | Dispatch Audio Recording (Relevant Portions Only) |
|---|---|
| 5. | Dispatch Call Log |
| 6. | Norem MVARS (1:52–8:15) |
| 7. | McKee MVARS (0:00–10:33) |
| 8. | McKee MVARS clip (27:00–29:45) |
| 9. | Norem MVARS stills |
| 10. | McKee MVARS stills |
| 11. | McKee MVARS stills with labels |
| 12. | AMR Report |
| 13. | Riverside Fire Dept Report |
| 14. | Taser Log |
| 15. | Photos of the Scene |
| 16. | Photos of Dane Norem |
| 17. | Photos of Dane Norem's Duty Belt and TASER |
| 18. | Photos of Matthew Borden |
| 19. | Photos of Leroy Stephenson's Clothing |
| 20. | Photos of Taser Barbs |
| 21. | Photos of Lacerations and Bruises |
| 22. | International Association of Chiefs of Police Excited Delirium Model Policy (Apr. 2017) |
| 23. | POLICE Magazine – How to Prevent Positional Asphyxia |
| 24. | Steve Cole, Screaming Their Last Breath: Why First Responders Must Never Ignore the Words "I Can't Breathe", Dec. 11, 2015, reprinted Jun. 2, 2020 |
| 25. | United States Department of Justice, National Institute of Justice, Positional Asphyxia—Sudden Death, June 1995 |
| 26. | Ronald L. O'Halloran & Janice G. Frank, Asphyxial Death During Prone |

| | | Restraint Revisited; A Report of 21 Cases, 21 Am. J. Forensic Med. & Pathology 39, 48 (2000) |
| --- | --- | --- |
| | 27. | Lawrence E. Heiskell, How to Prevent Positional Asphyxia, POLICE Magazine (Sept. 9, 2019) |
| | 28. | San Diego Police Dep't, Final Report of the Custody Death Task Force (1992). |
| | 29. | Consent Decree at 41, United States v. City of Ferguson, No. 4:16-cv-00180 (E.D. Mo. Apr. 19, 2016), |

Plaintiffs did not provide a supplemental disclosure identifying these records and did not identify them in response to discovery.

Best,
Donna

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Thursday, August 14, 2025 11:00 AM
**To:** Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Kimberly Sullivan <ksullivan@deangazzo.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

> **EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Good Morning,

I cannot find the highlighted exhibits in any of your disclosures. Could you please let me know when these were disclosed?

Thanks,
Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com
CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Wednesday, August 13, 2025 8:49 AM
**To:** Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Kimberly Sullivan <ksullivan@deangazzo.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>

**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

No problem, I just uploaded them to that link. Let me know if you have any issue retrieving them.

Thanks,
Cooper

**Cooper Alison-Mayne, Associate Attorney** | The Law Offices of Dale K. Galipo | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com
CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>
**Sent:** Wednesday, August 13, 2025 8:42 AM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper, can you kindly ask your staff to upload the Dropbox exhibits for Plaintiffs to a Filedrop link for those of us at DOJ? (We have heightened security protocols here that prohibit DAGs from accessing Dropbox.)

Please use this link: https://fx.doj.ca.gov/filedrop/~0sj6x2.

I appreciate your consideration. Please let me know if you have any questions.

Regards,
Stephanie

Stephanie A. Vollmer
Deputy Attorney General
California Department of Justice
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102
Phone: (415) 510-3849

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Wednesday, August 13, 2025 8:35 AM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa

Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

> **EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Kimberly,

Here's another link to our exhibits — should be the same link you already have:

https://www.dropbox.com/scl/fo/30e0pdmkcegzz52q28xf1/ANphn_vvjp41smFhskNhlEE?rlkey=u233sg03c86lq3pwbeb5n0yuf&st=35yrodl9&dl=0

Please let me know if you have any issues with the Dropbox.

Regarding the docs you sent for my review: I have a deposition this morning, and a pressing criminal matter in the afternoon, so I may not have time to get to that today. But I should be able to get you my edits by the end of the week.

Thank you,
Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com
CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Tuesday, August 12, 2025 7:15 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

Attached is an amended disputed exhibit list. At this point and given you have all our exhibits, I would request that you update the columns with your objections. Also, we could remove any exhibits from the disputed list that you are not objecting to.

Again, we don't have all of your exhibits, so please send those ASAP.

Once you are done, please send back and I will get this filed.

Thanks!

Kimberly Sullivan
Partner



440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Phone: (858) 380-4683, Ext. 5508
Direct: (858) 467-5508
Fax:    (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

**From:** Kimberly Sullivan
**Sent:** Tuesday, August 12, 2025 6:52 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>;
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

Attached is an amended exhibit list. Please fill in the columns for admissibility and authentication. Then recirculate so I can get this filed. All of defendants' exhibits are in the link below.

https://spaces.hightail.com/space/iRRVLy9waZ

I am working on an amended disputed exhibit list and will circulate that shortly.

We are still missing all your exhibits, please send those ASAP. Additionally, please let me know whether you have any of the original depo transcripts for lodging.

Thank you,

Kimberly Sullivan
Partner



440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Phone: (858) 380-4683, Ext. 5508
Direct: (858) 467-5508
Fax:    (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, August 12, 2025 3:47 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Counsel,

We'll submit a binder to the court with Joint Exhibits 1–29 with an index page for just those exhibits. I'll send you our binder labels when we have them in case you'd like to use the same format/font.

David/Donna — I'm still waiting to hear back regarding my previous email.

Thanks,
Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com
CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use,

distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, August 12, 2025 9:11 AM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Counsel,

I hope you all are doing well. Couple things:

1. Can you please send your exhibits over?

2. Could you please share any documents that support or indicate that these individuals were watching the incident via a Caltrans camera? (I don't have documents identifying these folks.)

   Lisa Walkingstick (ID No. A13850)
   Rebeca Stowell (ID No. A09594)
   Susan Sween (ID No. A10420)
   Berenice Rodriguez (ID No. A12561)
   LaShanda Franklin (ID No. A12584)
   Deena Corbett-Wolf (ID No. A13278)
   Marianne Tillmann (ID No. A13816)
   Desiree Sandoval (ID No. A13997)
   Anna Mercado (ID No. A14044)
   April Sorenson (ID No. A14129)
   Steven Tillman (ID No. A14300)
   Laura Smart (ID No. A14695).
   Jaclyn Mendenhall (ID No. A15119)
   Carolina Olazaba (ID No. A16300)
   Jacquelyn Feliciano (ID No. A16720)
   Ashley Angle (ID No. A17654)
   Juan Mandujano (ID No. A17670)

Please give me an estimate about how long you think you need to send this stuff over.

Thanks,
Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 10:19 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Understood! Thanks

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 10:17:44 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

It should be filed soon.  It had to wait in the queue for our swing shift secretaries.

Donna

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 10:16 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>

**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Are you filing tonight? I haven't seen it come through.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 8:07:41 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Got it – thanks!

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 8:07 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Great job, Donna. The document header should be yours not mine. And the footnote should say you have my permission to file, not the reverse.

With those changes it's good to go with my signature.


Thanks,

Cooper


Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 8:01:12 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)


Hi Cooper.


Please see attached.


Thanks,

Donna

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 7:27 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

I have absolute faith in you, Donna. But yes please let me see it before filing.


Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 7:22:22 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)


I am working on it – do you want to see it before it is filed?

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 7:20 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)


**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Please let me know if you are going to get your filing of the statement of exhibit disputes done tonight.


Thanks,

Cooper


**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank

Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Monday, August 11, 2025 6:54 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Cooper Mayne <CMayne@galipolaw.com>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)


That works for us.


Lee H. Roistacher, Esq.

Certified Appellate Specialist,

State Bar of California Board of

Legal Specialization



440 Stevens Avenue, Suite 100

Solana Beach, Ca. 92075


(858) 264-4938 – direct

(858) 492-0486 - facsimile

lroistacher@deangazzo.com


CONFIDENTIALITY NOTICE:  This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations.  If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone.  If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments.

Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 6:53 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)


Hi Cooper,


We will accept the following language for the joint exhibit list and joint witness list:

> *Plaintiffs note that Defendants added sixty additional exhibits to the Joint Exhibit List on the same day this document was due. Plaintiffs have not had time to review these additional documents and reserve their right to object to them at a later time.*


> *Plaintiffs note that Defendants added thirty-two additional witnesses to the Joint Witness List on the same day this document was due. Plaintiffs reserve their right to object to these witnesses testifying and reserve their right to identify additional witnesses.*


We propose filing the Notice of Disputed Exhibits tomorrow to give you enough time to provide your input on the additional exhibits.


Thanks,

Donna

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 6:46 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park

<dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

I need to get going. So, at 7 p.m., I'll either file a joint doc with the additional toned down lines I proposed and your optional response or I'll just file a declaration explaining why joint docs are not being filed today.

Also, you haven't sent me the notice of disputed exhibits. I sent you my portions. Please put a note in the spots for objections to the new exhibits explaining that the document was not provided to plaintiffs in time for them to make their changes. I still expect it to be filed a joint document as promised by you. I look forward to what you all put together, not sure what's taking so long.

If that is not done by 7 I will just add it to the declaration explaining why that wont be filed as a joint document either.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com | www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 6:32 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

OK. I would like to get joint docs filed as ordered by the Court. But we have to put something about what's going on here...

How about this toned down language.

> *Plaintiffs note that Defendants added sixty (60) additional exhibits to the Joint Exhibit List at approximately 5:30 p.m. on August 11, 2025—the same day this document was due. Plaintiffs do not have time to review these additional documents, and reserve their right to object to them at a later time.*

> *Plaintiffs note that Defendants added thirty-two (32) additional witnesses to the Joint Witness List at approximately 5:50 p.m. on August 11, 2025—the same day this document was due. Plaintiffs reserve their right to object to these witnesses testifying. Plaintiffs reserve their right to identify additional witnesses.*

You can add your position if you think it's necessary. Given what happened here, I think this is very reasonable. There is no way we're filing joint documents without a note about what happened here. It's not going to happen.

Please let me know if I have your permission to file the Witness List and Exhibit list with the above additions.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 6:12 PM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Same for us.

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Monday, August 11, 2025 6:12 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Hi Cooper,

We are not going to agree to that language. Feel free to file a separate document with plaintiff's position, but neither Lee nor I will be signing a document with that language in it.

Kimberly Sullivan

Partner



440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax:    (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 5:55 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)


I accepted your changes to the exhibit list and added this to the intro page. Please let me know if it's good to file with your signatures.


      **PLEASE TAKE NOTICE** that the Parties hereby submit the Joint Exhibit List for the trial of this matter. The parties reserve their rights to supplement and amend this exhibit list.

      Plaintiffs note that **Defendants added sixty (60) additional exhibits to the Joint Exhibit List at approximately 5:30 p.m. on August 11, 2025—the same day this document was due.** Plaintiffs first provided a draft Joint Exhibit List on July 21, 2025, one week earlier than required, at Defendants' request and in the spirit of working collaboratively and in good faith. At no point during the ensuing weeks of discussions did Defendants indicate, suggest, or imply that they intended to add sixty additional exhibits. Plaintiffs believe this conduct was undertaken in bad faith, is unprofessional, and violates both the Local Rules and this Court's Standing Order.

      This last-minute disclosure has the potential to completely alter the scope and substance of the motions in limine Plaintiffs would file, as those filings were based on the exhibits previously identified and discussed with Defense counsel. Plaintiffs may therefore be required to seek relief from the Court, including filing additional or amended motions in limine or other appropriate motions, and may also move for sanctions to address the prejudice caused by Defendants' conduct.

      Respectfully submitted,


**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank

Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 5:50 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

Please see the attached PTCO with additional edits by defendants.

Thanks,

Donna

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 5:25 PM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

OK team,

This is what we have left:

1. JI (disputed and undisputed)
2. PTCO
3. Exhibit List
4. Witness List
5. Notice of Disputed Exhibits (you are filing this one)

Waiting for you go ahead on 1–4 and your draft of 5.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Monday, August 11, 2025 5:17 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

These are good to good with the final revision to the statement of the case. We didn't make any further changes to the stip.

You have our permission to file with the changes.

Kimberly Sullivan

Partner



440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax:    (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 5:11 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>;
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>;
Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>;
Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina
Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert
<dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

If it's ok with you I'll just leave it because the numbers will change as the judge makes his decisions anyways.

With your changes accepted I'm good to file both disputed and agreed right?

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank
Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email:
cmayne@galipolaw.com | www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use,
distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the
recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 5:09 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>;
Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>;
Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina
Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert
<dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)


Hi Cooper,


A few additional changes are tracked in the attached.  You have my authorization to file with the
revisions.


Also, do you intend to fill in the blank in No. 19 or leave it until the instructions are resolved?


Thanks,

Donna

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 4:56 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>;
Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>;
Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina
Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert
<dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)


EXTERNAL EMAIL: This message was sent from outside DOJ. Please do not click links or open attachments that appear
suspicious.

Please see Joint Agreed JI with all your requested changes.

Let me know if we are good to file.

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 4:49 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Please see Joint Disputed JI. I accepted all changes and added to my arguments for damages and your apportionment.

Let me know if it's good to go. I'll wait till we have the joint agreed finalized and filed sequentially.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 4:44 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>;

Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Missed that. But ok, thanks.

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 4:43 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

I sent you an email message earlier today (10:56 a.m.) asking you to add it.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 4:40 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

EXTERNAL EMAIL: This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Was Apportionment of Responsibility discussed previously?

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 4:38 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

One additional edit in the attached.

Thanks,

Donna

---

**From:** Donna Dean
**Sent:** Monday, August 11, 2025 4:27 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

Please see the attached disputed jury instructions with additional edits by defendants.


Thanks,

Donna


---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 2:34 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>;
Cc: Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>;
Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>;
Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina
Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert
<dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)


**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.


Here you are.


Please take a look at the statement of the case and the claims and defenses (in the joint JI) I have put in a
very plain version that takes out causation as David Klehm suggested we do. I hope this is agreeable to
everyone.


I moved **DISPUTED INSTRUCTION NO. 1 SECTION 1983 CLAIM—INTRODUCTORY
INSTRUCTION** to undisputed because we didn't have any problem with your change.


----


The ball is in your court, please let me know when you expect to get your changes back to me so we can
get this filed before 4:30.


Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 1:47 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

As you are working on the trial documents, I noticed that you have Lee's office listed as counsel for Defendant State of California in the signature lines of the joint documents.  Please correct the signature lines to reflect that Lee's office represents only Defendant McKee, and our office represents Defendant State of California.

Thanks,

Donna

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 1:40 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Update: It'll be more like 2:30.

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 12:41 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>;
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

FYI. Dale and I are going through everything at lunch. I will send you a full packet at 1:30 so we can start finalizing things and preparing to get these filed.

I am working on drafts of everything except the Notice of Disputed Exhibits and Disputed Verdict Forms, which you are working on.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>

**Sent:** Monday, August 11, 2025 12:16 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>;
Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>;
Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina
Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert
<dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Here's the latest draft of the joint agreed upon instructions. I accepted your changes with one exception
discussed below.

I rejected your changes to the defendants' names (you suggested we identify them as officers every time
their name comes up). We would like to identify them as they are identified on the complaint, by their
name.

I also changed Multiple Causes instruction to make it less wordy by just identifying McKee and Norem as
"defendants".

      A person's conduct may combine with another factor to cause harm. If you find that the
defendants' conduct was a substantial factor in causing Leroy Stephenson's harm, then they are
responsible for the harm. The defendants cannot avoid responsibility just because some other person,
condition, or event was also a substantial factor in causing Leroy Stephenson's harm.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank
Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email:
cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use,
distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the
recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 11:10 AM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>;
Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>;
Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina
Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert
<dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>

**Subject:** RE: Stephenson v. CHP (21-cv-00526)


I will send you the final document for review.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 11:08 AM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.


Yes, should be. But I'd like to see the final document before you file it.


**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 11:05 AM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)


Thanks – is your argument final?

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 11:00 AM

**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Thanks for pointing that out re: McKee's name. Here's an updated version.

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 10:56 AM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

Please see the attached revised defendants' verdict form and argument.  Also, you have defendant Jeffrey McKee's name as Joseph McKee in certain areas – do you intend to correct that?

In addition, please add CACI 401 and 406 to the disputed jury instructions if you have already been working on them, and I can add the arguments when you send over the next draft.  I don't want to have multiple versions going around.

Thanks,

Donna

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 10:48 AM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Yes, that's right. Can you take the lead on that? Here's our argument section. And I sent it before but here's our verdict form.

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Monday, August 11, 2025 10:36 AM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

We have to put together a competing verdict form document with both verdict forms and then each side's respective positions.

Lee H. Roistacher, Esq.

Certified Appellate Specialist,

State Bar of California Board of

Legal Specialization



440 Stevens Avenue, Suite 100

Solana Beach, Ca. 92075

(858) 264-4938 – direct

(858) 492-0486 - facsimile

lroistacher@deangazzo.com

CONFIDENTIALITY NOTICE:  This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations.  If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone.  If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 8:14 AM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Here's our updated verdict form. The only thing I changed was the damages instructions to account for our concession that negligence/battery do not trigger survival damages.

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:

This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 7:55 AM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Your changes were to the old version of the Joint Statement. I've put your changes into the newer version. Please note, I'm not sure we can agree to "which defendants contend was due to his acute methamphetimine intoxication" but I'll check when Dale comes in.

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 7:43 AM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

I also never heard back about this joint stipulation. Are there any changes you wanted to make to this language?

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the

recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <[CMayne@galipolaw.com](mailto:CMayne@galipolaw.com)>
**Sent:** Monday, August 11, 2025 7:42 AM
**To:** Donna Dean <[Donna.Dean@doj.ca.gov](mailto:Donna.Dean@doj.ca.gov)>
**Cc:** Lee Roistacher <[lroistacher@deangazzo.com](mailto:lroistacher@deangazzo.com)>; Kimberly Sullivan <[ksullivan@deangazzo.com](mailto:ksullivan@deangazzo.com)>; David Klehm <[David.Klehm@doj.ca.gov](mailto:David.Klehm@doj.ca.gov)>; Stephanie Vollmer <[Stephanie.Vollmer@doj.ca.gov](mailto:Stephanie.Vollmer@doj.ca.gov)>; Teresa Arambul <[Teresa.Arambul@doj.ca.gov](mailto:Teresa.Arambul@doj.ca.gov)>; Dale Galipo <[dalekgalipo@yahoo.com](mailto:dalekgalipo@yahoo.com)>; Gregory Peacock <[gregorypeacockesq@gmail.com](mailto:gregorypeacockesq@gmail.com)>; Christina Ramirez <[Christina.Ramirez@doj.ca.gov](mailto:Christina.Ramirez@doj.ca.gov)>; Nicholas Lerman <[nmlerman0@yahoo.com](mailto:nmlerman0@yahoo.com)>; Darci Gilbert <[dgilbert@galipolaw.com](mailto:dgilbert@galipolaw.com)>; David Park <[dpark@galipolaw.com](mailto:dpark@galipolaw.com)>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

I may have sent this before. But here is the Notice of Disputed Exhibits so you can start filling in your objections.

I've also attached the latest draft of the exhibit list.

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: [cmayne@galipolaw.com](mailto:cmayne@galipolaw.com) [www.GalipoLaw.com](http://www.GalipoLaw.com)

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <[CMayne@galipolaw.com](mailto:CMayne@galipolaw.com)>
**Sent:** Monday, August 11, 2025 7:09 AM
**To:** Donna Dean <[Donna.Dean@doj.ca.gov](mailto:Donna.Dean@doj.ca.gov)>
**Cc:** Lee Roistacher <[lroistacher@deangazzo.com](mailto:lroistacher@deangazzo.com)>; Kimberly Sullivan <[ksullivan@deangazzo.com](mailto:ksullivan@deangazzo.com)>; David Klehm <[David.Klehm@doj.ca.gov](mailto:David.Klehm@doj.ca.gov)>; Stephanie Vollmer <[Stephanie.Vollmer@doj.ca.gov](mailto:Stephanie.Vollmer@doj.ca.gov)>; Teresa Arambul <[Teresa.Arambul@doj.ca.gov](mailto:Teresa.Arambul@doj.ca.gov)>; Dale Galipo <[dalekgalipo@yahoo.com](mailto:dalekgalipo@yahoo.com)>; Gregory Peacock <[gregorypeacockesq@gmail.com](mailto:gregorypeacockesq@gmail.com)>; Christina Ramirez <[Christina.Ramirez@doj.ca.gov](mailto:Christina.Ramirez@doj.ca.gov)>; Nicholas Lerman <[nmlerman0@yahoo.com](mailto:nmlerman0@yahoo.com)>; Darci Gilbert <[dgilbert@galipolaw.com](mailto:dgilbert@galipolaw.com)>; David Park <[dpark@galipolaw.com](mailto:dpark@galipolaw.com)>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Great. Thanks.

Here's the argument you requested for the disputed jury instructions. Still working on the rest of that document.

PLAINTIFFS' STATEMENT IN SUPPORT OF

<u>DISPUTED INSTRUCTION NO. 18</u>

      Mr. Stephenson had preexisting health conditions, including a heart condition, that made him more susceptible to serious injury or death from the force used against him. Allison Hunt, who performed Mr. Stephenson's autopsy found that atherosclerotic cardiovascular disease was a contributing factor to his death. Under California law, this is precisely the circumstance in which the "eggshell plaintiff" instruction is warranted. The law is clear that a defendant is liable for all harm proximately caused by their wrongful conduct, even if the injured person was more fragile or susceptible to injury than an average healthy person, and even if a healthier person would not have been harmed.

      Without this instruction, the jury may improperly shift the burden of Mr. Stephenson's physical vulnerability onto him rather than the party whose conduct caused his death. The instruction ensures the jury understands this fundamental principle of causation and damages.

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com   www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 7:04 AM
**To:** Cooper Mayne <CMayne@galipolaw.com>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

Please see the attached defendants' argument regarding the verdict forms for the "Competing Verdict Forms" pleading required by the court.

Thanks,

Donna

---

**From:** Donna Dean
**Sent:** Sunday, August 10, 2025 5:42 PM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Cooper Mayne <CMayne@galipolaw.com>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Please see the attached corrected defendants' verdict form.

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Sunday, August 10, 2025 5:09 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Cooper Mayne <CMayne@galipolaw.com>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Questions 3 and 4 say "Joseph McKee" but it should be "Jeffrey McKee". Can someone either update or send me the word version and then I can update?

Kimberly Sullivan

Partner



440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax:    (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Friday, August 8, 2025 4:51 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

Please see defendants' draft proposed verdict form attached hereto.

I will send you defendants' argument regarding the verdict forms under separate cover so you can prepare the "Competing Verdict Forms" pleading required by the court.

Thanks,

Donna

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, August 8, 2025 3:39 PM
**To:** David Klehm <David.Klehm@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer

<Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Updated docs

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** David Klehm <David.Klehm@doj.ca.gov>
**Sent:** Friday, August 8, 2025 3:07 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>; David Klehm <David.Klehm@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

No. 24 on your proposed Exhibit List is an article titled, "Screaming Their Last Breath: Why First Responders Must Never Ignore the Words "I Can't Breathe", Dec. 11, 2015, reprinted Jun. 2, 2020".

While your desire to promote the "I can't breathe" theme is understandable, there are no facts to support such a narrative.

We can discuss in further detail during our meeting today.

Respectfully,

David Klehm

**Deputy Attorney General IV**

**California Department of Justice**

Torts & Condemnation

600 W. Broadway, Suite 1800

San Diego, CA 92101

Office Direct: (619) 738-9733

Email: David.Klehm@doj.ca.gov




---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, August 8, 2025 2:39 PM
**To:** David Klehm <David.Klehm@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

<mark>**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.</mark>

Updated Joint Witness List — nobody added, just shifted things around. I changed the summaries to be extremely plain and vague, so that we could come to an agreement on the language.

Updated Joint Exhibit List to add a few more articles and took off some exhibits. The articles can be found in Noble's report.

**Cooper Alison-Mayne, Associate Attorney** | The Law Offices of Dale K. Galipo | 21800 Burbank

Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, August 8, 2025 1:41 PM
**To:** David Klehm <David.Klehm@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

For the joint disputed jury instructions, I realized this one didn't make it into the version I sent you. Please note that you'll need to do objections to this one as well.

## DISPUTED INSTRUCTION NO. __

### UNUSUALLY SUSCEPTIBLE DECEDENT

You must decide the full amount of money that will reasonably and fairly compensate for all damages caused by the wrongful conduct of defendants McKee and Norem, even if Mr. Stephenson was more susceptible to injury than a normally healthy person would have been, and even if a normally healthy person would not have suffered similar injury.

Source: California Civil Jury Instructions (2025), 3928.

**Cooper Alison-Mayne, Associate Attorney | The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, August 8, 2025 1:30 PM
**To:** David Klehm <David.Klehm@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>

**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

When will you all have your changes to the Joint Disputed instructions done? I believe you were adding your instructions to that document.

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, August 8, 2025 1:28 PM
**To:** David Klehm <David.Klehm@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

4pm is ok with me.

Here's a draft of the stipulation.

Note: I left #2 out because Dale decided he needs to review all the reports and depositions again before he can agree to that. I left in the autopsy stip but we'll obviously take that out if we can't come to an agreement later today.

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the

recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** David Klehm <David.Klehm@doj.ca.gov>
**Sent:** Friday, August 8, 2025 1:16 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; Cooper Mayne <CMayne@galipolaw.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)


I am available until 4:00 p.m. today.


Thank you,


David Klehm

**Deputy Attorney General IV**

**California Department of Justice**

Torts & Condemnation

600 W. Broadway, Suite 1800

San Diego, CA 92101

Office Direct: (619) 738-9733

Email: David.Klehm@doj.ca.gov






---

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Friday, August 8, 2025 1:15 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo

<dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

David?

Lee Roistacher

Sent from my iPhone

On Aug 8, 2025, at 1:12 PM, Cooper Mayne <CMayne@galipolaw.com> wrote:

Sure, I'm free whenever.

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Friday, August 8, 2025 12:54 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Are we going to meet to discuss exhibits today?  I'm flexible but have something else to do that I can schedule around.

Lee H. Roistacher, Esq.

Certified Appellate Specialist,

State Bar of California Board of

Legal Specialization

<image001.jpg>

440 Stevens Avenue, Suite 100

Solana Beach, Ca. 92075


(858) 264-4938 – direct

(858) 492-0486 - facsimile

lroistacher@deangazzo.com


CONFIDENTIALITY NOTICE:  This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations.  If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone.  If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, August 8, 2025 12:44 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)


Yes, it is.


**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Friday, August 8, 2025 11:32 AM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)


Cooper,


Is this still the most recent link for your exhibits?


Lee H. Roistacher, Esq.

Certified Appellate Specialist,

State Bar of California Board of

Legal Specialization

<image001.jpg>

440 Stevens Avenue, Suite 100

Solana Beach, Ca. 92075


(858) 264-4938 – direct

(858) 492-0486 - facsimile

lroistacher@deangazzo.com


CONFIDENTIALITY NOTICE:  This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations.  If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone.  If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments.

Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 4, 2025 2:41 PM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Counsel,

Here's where we are with exhibits.
https://www.dropbox.com/scl/fo/30e0pdmkcegzz52q28xf1/ANphn_vvjp41smFhskNhIEE?rlkey=fs6h7ak1i20vwvbsdaof2vmbk&st=cskit26i&dl=0

Still compiling some of them. But I wanted you to be able to see the types of autopsy photos we'll be introducing to help you decide whether you'll need an MIL on autopsy photos. For scene photos, we will have a selection of 5 or so photos from the set taken as part of the MAIT investigation.

McKee's video: we'll seek to introduce 0:00–10:33, and maybe a clip as well: 27:00–29:45.

Norem's video: 1:52–8:15, no clip.

We are not going to introduce the Autopsy Report.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 4, 2025 11:50 AM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Counsel,

Our motion in limine regarding prior bad acts encompasses any alleged criminal conduct, including the prior incidents involving Mr. Stephenson running on the freeway.

As for our motion regarding information unknown, we will argue—among other points—that the jury should only be informed about Mr. Stephenson's behavior prior to his interaction with Mr. Norem and Mr. McKee to the extent that such information was actually conveyed to and known by them. In other words, there is no need for witnesses to testify about their independent observations of Mr. Stephenson before the officers made contact with him (e.g., Officer Shawn Casteel, Officer Casteel, Officer Cisneros).

We would like to reach an agreement that no officer will testify that they have not been involved in a fatal use of force. Such testimony is improper and inadmissible under *Gates v. Rivera*, 993 F.2d 697 (9th Cir. 1993), and *Hesselbein v. Beckham*, 168 F. Supp. 3d 1252 (E.D. Cal. 2016).

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 4, 2025 10:08 AM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Kimberly,

Thanks for your redlines—those resolve most of the outstanding issues.

Regarding the Fourth Amendment claim, just to clarify, it's a survival claim and because its brought under federal law, there is no CTCA requirement. But as you mentioned, that's not your client, anyways.

Do we have an agreement on the expert MILs? On Friday, we talked about you all not filing MILs on our experts if we don't file MILs on defense experts.  If we don't come to an agreement that is fine, but we would then file motions on all your medical experts on the grounds that their opinions are not based on reliable studies/principles/methods.

Regarding Noble. If everyone is stipulating that experts can't testify to opinions beyond what's in their reports or depositions, can we just include a line in the stip clarifying that Noble's report does not offer an opinion on whether McKee's actions were consistent or inconsistent with accepted police practices?

I'm putting together the exhibit packets and will get those to you today. I'll also send over the latest draft of the joint jury instructions and a document with our disputed instructions so you can start preparing your objections.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Saturday, August 2, 2025 3:29 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Thanks Cooper.

I've updated the joint instructions and added some comments in red below.

Kimberly Sullivan

Partner

<image002.gif>

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax:    (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, August 1, 2025 5:31 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Counsel,

It was good to see everyone. David and Lee, enjoy the rest of your vacations.

### JURY INSTRUCTIONS

Here is an updated draft of the agreed-upon jury instructions. Below is a summary of the changes:

- Agreed to include:

    - *Two or More Parties—Different Legal Rights*

    - *Cautionary Instructions*

    - Comparative fault instruction

    - NEGLIGENT USE OF NON-DEADLY FORCE (with agreed changes)

        <span style="color:red">Note, we did not agree to this one. But regardless you took it out of the joint instructions so we are good</span>

    - COMMUNICATION WITH COURT (with agreed changes)

    - PUNITIVE DAMAGES (per your revisions; with those, I don't believe the No Punitive Damages instruction is necessary)

    - Fourth Amendment – Excessive Force

- Agreed to :

- Remove *State-created danger*

- Keep version of 430 remains, with the understanding that the second paragraph will be excluded

- Removed from the joint list:

  - 9.2, battery, 400, 440, 441, prone restraint, failure to intervene, negligence per se, liability of public employees, etc.

- Potential compromise instructions (drafts to follow Monday):

  - *Fourteenth Amendment – Interference with Parent/Child Relationship*

  - 440 – if we proceed with the newer version of this instruction, we're agreeable to the paragraph you proposed

    As Lee mentioned in his email on Tuesday, July 29, The defense will be objecting to plaintiffs' CACI 440 and CACI 441 and will offer the version of CACI 440 that existed in January 2019, which was the 2016 version.

- Damages instructions will likely remain disputed

- I included this revised language for the § 1983 claims, which I hope addresses your concern

  - *The plaintiffs bring two claims against Dane Norem under the federal statute, 42 U.S.C. § 1983, which provides that any person or persons who, under color of state law, deprives another of any rights, privileges, or immunities secured by the Constitution or laws of the United States shall be liable to the injured party.*

    David and Stephanie should really speak to this since it involves their client, but from Lee and my perspective, it does not. None of the claims were brought as survivor claims other than the Fourteenth Amendment loss of familial association claim which is not a survivor claim. (As already discussed, the state court sustained without leave to amend and with prejudice the demurrer to all survivor claims because plaintiffs' Government Code claims did not assert survivor claims.  None of the state law claims can be survivor claims seeking damages on Leroy's behalf.)  This is all evident from the first amended complaint.  I struck that language from the agreed to instructions

I left our dispute over CONSIDERATION OF EVIDENCE in the joint instructions because I think we should resolve it some way. Maybe we can flip a coin on this one? I'll let Lee/David/Stephanie weigh in on this. We struck "[, and a mistrial could result that would require the entire trial process to start over]" I personally don't think it should be in there since it will make the jury feel pressured to reach a verdict if they are deadlocked. But again I defer to Lee/David/Stephanie

I also left our dispute over CLAIMS AND DEFENSES in the joint instructions because I think we should be able to agree on this.

Regarding pain and suffering and survival damages — we will not seek those damages

under state law. I'll modify the JI, PTCO, verdict form, and any other documents accordingly.

As for your position that we cannot pursue a battery claim, I've reviewed the state court record and see nothing that would preclude us from asserting a wrongful death claim based on battery. As previously explained, our view is that a wrongful death claim must be predicated on a tort or wrongful act. Here, the underlying act is an intentional killing through the use of unreasonable force, which we believe supports a wrongful death claim based on the intentional tort of battery. The fact that survival claims were dismissed with prejudice is neither here nor there.

<span style="color:red">We will agree to disagree on this</span>

I would hope we can at least agree on what claims are being tried. It's one thing for lawyers to disagree about the merits of a claim—but it's a bit embarrassing to disagree about what the disagreement even is. I'd ask that you take another look at the amended complaint and give serious consideration to revisiting your position on the battery claim.

<span style="color:red">We are not disagreeing about what the disagreement is. Our position is that the wrongful death claim is predicated on 1983. It is pled that way. Battery was dismissed with prejudice.</span>

## OTHER ISSUES

I'll get you the packets of exhibits on Monday so we can decide whether we can agree on any of those. (Autopsy photos, video clips, etc.)

We agree not to file any MILs or *Daubert* motions against your experts if you reciprocate with regard to our experts. Please let me know if we have a deal on that.

We agree to stipulate that experts will be limited to opinions provided in their report or at their deposition. Lee, I haven't read Noble's report as many times as you have, but I believe this agreement would take care of your concerns as well.

<span style="color:red">We are going to file a MIL on Noble, regardless. Unless we have an express stipulation, which sounds like you are agreeable to.</span>

Finally, I may have forgotten to mention during our meet and confer that we also plan to file a MIL to keep out the amount of the settlement that was reached with Riverside and Mr. Borden. That was done before we came in on the case, and the jury should not know about the amount of the settlement. Please let me know if we can come to an agreement on that.

Thank you all for your time, consideration, and professionalism,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or

authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Friday, August 1, 2025 2:35 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

I can't remember if we talked about this, but the state court sustained without leave to amend and with prejudice the demurrer to all survivor claims because plaintiffs' Government Code claims did not assert survivor claims.  Accordingly, none of the state law claims can be survivor claims seeking damages on Leroy's behalf.  That is also evident from the first amended complaint.  None of the claims are brought as survivor claims other than the Fourteenth Amendment loss of familial association claim which is not a survivor claim.

Thus, our position is the state law claims are only wrongful death claims (the same is true regarding the Fourth Amendment claim against Norem).

Lee H. Roistacher, Esq.

Certified Appellate Specialist,

State Bar of California Board of

Legal Specialization

<image002.gif>

440 Stevens Avenue, Suite 100

Solana Beach, Ca. 92075

(858) 264-4938 – direct

(858) 492-0486 - facsimile

lroistacher@deangazzo.com

CONFIDENTIALITY NOTICE:  This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations.  If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone.  If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Wednesday, July 30, 2025 3:22 PM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Counsel,

In preparation for our meeting on Friday, here is an update on our position regarding some of the more interesting disputes:

- We maintain that our wrongful death claim is based on battery—an intentional tort. Given that the claim clearly talks about intentional behavior, and battery is the only intentional tort that plausibly applies here, we don't believe there was much room for confusion on that point.

- We are willing to withdraw the dangerous condition / state-created-danger jury instruction.

- We intend to include failure to intervene and integral participation theories. As you know, the Court already found these theories were adequately alleged in the complaint. (See ECF No. 96 at pp. 16, 25.)

- As for the deadly force instructions, we believe this is something the Court will need to resolve. The case law I cited seems to clearly establish that it can be deadly force, so I don't think it is reasonable to say that the jury should not be instructed on deadly force at all.

- With respect to CACI 430, the Directions for Use note seems to say that the optional second paragraph should not be included under the circumstances on this case. Please take a look and see what you think.

We may agree that pain and suffering damages are not available for battery or negligence claims. I'll double check with Dale before our meeting.

- Finally, in my view, negligence per se does not apply here. To invoke it, you would have to show that Penal Code § 834a was intended to prevent the type of harm that occurred and that the decedent—Stephenson—was in the class of persons the statute was designed to protect. But here, the injury was to Stephenson, and § 834a is clearly aimed at protecting officers, not arrestees. If you have any case law to the contrary, please share it.

Let me know if you'd like to discuss any of these points further before Friday.

Best,

Cooper


**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Wednesday, July 30, 2025 9:05 AM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)


Yes, it's the instruction we discussed previously.


I don't have the clips for you yet. But they will be cut down to portions relevant to the use of force. The clips will probably not include portions of video after officers got off of Mr. Stephenson.


Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Tuesday, July 29, 2025 7:33 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

Can you also send the clips that you reference in the joint exhibit list?

Kimberly Sullivan

Partner

<image002.gif>

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax:    (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the

litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, July 29, 2025 5:22 PM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Kimberly,

I think he had some heart issues.

Oh, and while we're talking about jury instructions, we are still considering whether to ask for an adverse inference instruction. Obviously, there will be no agreement on that one, but I'll let you know when we decide so that you have plenty of time to think about your objections to that proposal.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney | The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Tuesday, July 29, 2025 5:02 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com)

<dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Thanks Cooper. What pre-existing injury did the decedent have?

Kimberly Sullivan

Partner

<image002.gif>

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax:    (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, July 29, 2025 4:46 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Lee,

Understood. Thanks for letting me know sooner than later. We'll also be adding a couple things here and there. For one we need an eggshell plaintiff instruction, CACI 3928.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Tuesday, July 29, 2025 4:08 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

Sorry for the this but we need to revise our jury instructions.

As you know, the incident took place in January 2019.  As you also know, Penal Code section 835a was amended effective on January 1, 2020 significantly altering the then existing standard section 835a which provided:  "Any peace officer who has reasonable cause to believe that the person to be arrested has committed a public offense may use reasonable force to effect the arrest, to prevent escape or to overcome resistance. [P] A peace officer who makes or attempts to make an arrest need not retreat or desist from his efforts by reason of the resistance or threatened resistance of the person being arrested; nor shall such officer be deemed an aggressor or lose his right to self-defense by the use of reasonable force to effect the arrest or to prevent escape or to overcome resistance."

The current version of CACI 440 was modified in accordance with section 835a in May 2020 and CACI 441 was created as new in November 2020.  Because Penal Code section 835a does not expressly state that it is retroactive, the new standard of care operates prospectively only.  *See McClung v. Emp't Dev. Dep't*, 34 Cal. 4th 467, 475 (2004).

The defense will be objecting to plaintiffs' CACI 440 and CACI 441 and will offer the version of CACI 440 that existed in January 2019, which was the 2016 version.  Please add this to the instruction and also please recirculate the FPTC so we can modify accordingly:


**INSTRUCTION NO. ____**

**UNREASONABLE FORCE BY LAW ENFORCEMENT OFFICER IN ARREST OR OTHER SEIZURE—ESSENTIAL FACTUAL ELEMENTS**


A law enforcement officer may use reasonable force to arrest or detain a person when the officer has reasonable cause to believe that that person has committed or is committing a crime.  However, the officer may use only that degree of force necessary to accomplish the arresting or detention.


Plaintiffs claim that Officer Dane Norem and Officer Jeffrey McKee used unreasonable force in arresting or detaining Leroy Stephenson.  establish this claim, plaintiffs must prove all of the following:


1.      That Officer Dane Norem and Officer Jeffrey McKee used force in arresting or detaining Leroy Stephenson;


2.      That the amount of force used by Officer Dane Norem and Officer Jeffrey McKee was unreasonable;


3.      That Leroy Stephenson was harmed; and


4.      That Officer Dane Norem's and Officer Jeffrey McKee's use of unreasonable force was a substantial factor in causing Leroy Stephenson's death.


In deciding whether Officer Dane Norem or Officer Jeffrey McKee used unreasonable force, you must consider all of the circumstances of the arresting or detention and determine what force a reasonable officer in Officer Dane Norem's or Officer Jeffrey McKee's position would have used under the same or similar circumstances. Among the factors to be considered are the following:


(a)      Whether Leroy Stephenson reasonably appeared to pose an immediate threat to the safety of Officer Dane Norem or Officer Jeffrey McKee or others;

(b)    The seriousness of the crime at issue;


(c)    Whether Leroy Stephenson was actively resisting arrest or detention or attempting to avoid arresting or detention by flight; and


(d)    Officer Dane Norem's and Officer Jeffrey McKee's tactical conduct and decisions before using force on Leroy Stephenson.


Lee H. Roistacher, Esq.

Certified Appellate Specialist,

State Bar of California Board of

Legal Specialization

<image002.gif>

440 Stevens Avenue, Suite 100

Solana Beach, Ca. 92075


(858) 264-4938 – direct

(858) 492-0486 - facsimile

lroistacher@deangazzo.com


CONFIDENTIALITY NOTICE:  This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations.  If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone.  If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, July 29, 2025 12:57 PM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>

**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)


Oh, that's great. Thanks. Can we go through and see if we can find any agreements to be made on these docs after we discuss the MILs on Friday?


It might be a good time to have an initial discussion about authenticity/admissibility for the exhibits as well.


Best,

Cooper


**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Tuesday, July 29, 2025 12:51 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)


Yes all the documents I sent were on behalf of all defendants


Kimberly Sullivan

Partner

<image002.gif>

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax:    (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, July 29, 2025 12:47 PM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Yes I saw that. But I thought that was just for your client, McKee. Are those also sent on behalf of Norem?

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Tuesday, July 29, 2025 12:43 PM

**To:** Cooper Mayne <CMayne@galipolaw.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)


Cooper,


I sent both the instructions and PTCO to you about 30-40 minutes ago.


Kimberly Sullivan

Partner

<image002.gif>

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax:    (858) 492-0486
ksullivan@deangazzo.com


This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.


**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, July 29, 2025 12:41 PM
**To:** Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Great. See you all Friday.


And Stephanie, I left a voice mail for you—I was expecting to receive jury instructions from you yesterday. When are you planning to send those over?


Thanks,

Cooper


**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>
**Sent:** Tuesday, July 29, 2025 12:23 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)


Yes, that works for me as well, Cooper.


Regards,
Stephanie


Stephanie A. Vollmer

Deputy Attorney General

California Department of Justice

Office of the Attorney General

455 Golden Gate Avenue, Suite 11000

San Francisco, California 94102

Phone: (415) 510-3849

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, July 29, 2025 12:17 PM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

> **EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Thanks, Kimberly — for the MC on Friday, does 11 a.m. work for you?

Stephanie, Does that work for you too?

**Cooper Alison-Mayne, Associate Attorney** | The Law Offices of Dale K. Galipo | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Tuesday, July 29, 2025 12:09 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

Attached is the PTCO.


Kimberly Sullivan

Partner

<image002.gif>

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax:    (858) 492-0486
ksullivan@deangazzo.com


This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

---

**From:** Kimberly Sullivan
**Sent:** Tuesday, July 29, 2025 12:06 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)


Hi Cooper,


I'm available on Friday to meet and confer on the MILs.


Attached are the jury instructions.

Thank you,


Kimberly Sullivan

Partner

<image002.gif>

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax:    (858) 492-0486
ksullivan@deangazzo.com


This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, July 29, 2025 10:46 AM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)


Also — would you all like to meet and confer further on motions in limine this week?


I'm free to do that almost any time Thursday or Friday.


Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800
Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email:
cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any
review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or
authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies
of this message.

---

**From:** Christine Henson <Christine.Henson@doj.ca.gov>
**Sent:** Tuesday, July 29, 2025 8:32 AM
**To:** Cooper Mayne <CMayne@galipolaw.com>; David Klehm <David.Klehm@doj.ca.gov>;
Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean
<Donna.Dean@doj.ca.gov>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan
<ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; Dale Galipo
(dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock
<gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>;
Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>;
Teresa Arambul <Teresa.Arambul@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)


Please remove me (christine.henson@doj.ca.gov)  from the Service List and add the
following:


Teresa Arambul, Legal Secretary

teresa.arambul@doj.ca.gov


Thank you for your assistance with this matter.


<image002.gif>    **Christine L. Henson**

**Legal Secretary**

**CA Department of Justice**

**Office of the Attorney General**

**2550 Mariposa Mall #5090**

**Fresno, California 93721**

**Office: 559-492-4533**

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, July 29, 2025 8:26 AM
**To:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

<div style="background:#ffffcc">
**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.
</div>

Stephanie, David, and Donna,


What's your plan with the trial docs? You were supposed to send over some jury instructions yesterday. See Standing Order at 60.


Thanks,

Cooper


**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Monday, July 28, 2025 8:03 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci

Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)


Hi Cooper,


Attached is the exhibit and witness list. We are still working on the remainder of the documents. We are aiming to get you the rest of the documents by Wednesday, at the very latest.


Hope you have a nice evening!


Kimberly Sullivan

Partner

<image002.gif>

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax:    (858) 492-0486
ksullivan@deangazzo.com


This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, July 25, 2025 2:44 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Hi Lee,


Yes, it's in the packet I sent.


**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Friday, July 25, 2025 2:39 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)


Cooper,


Do you have a proposed Instruction 1.5 yet?


Lee H. Roistacher, Esq.

Certified Appellate Specialist,

State Bar of California Board of

Legal Specialization

<image002.gif>

440 Stevens Avenue, Suite 100

Solana Beach, Ca. 92075

(858) 264-4938 – direct

(858) 492-0486 - facsimile

lroistacher@deangazzo.com


CONFIDENTIALITY NOTICE:  This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations.  If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone.  If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, July 21, 2025 5:24 PM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)


Counsel,


Here are drafts of the joint docs—delivered a week early, as promised. I'll get you a verdict form tomorrow, just need to make a few more changes on that.


Please use track changes.


Best Regards,

Cooper


**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Thursday, June 26, 2025 9:29 AM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

That would be great, yes. See you all next week.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Thursday, June 26, 2025 8:58 AM
**To:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Cooper Mayne <CMayne@galipolaw.com>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Thank you. Cooper do you want to circulate a teams or should I?

Kimberly Sullivan

Partner

<image002.gif>

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax:    (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

---

**From:** David Klehm <David.Klehm@doj.ca.gov>
**Sent:** Thursday, June 26, 2025 8:43 AM
**To:** Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Kimberly Sullivan <ksullivan@deangazzo.com>; Cooper Mayne <CMayne@galipolaw.com>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Counsel,

July 1st at 1:00 p.m. is acceptable.

Thank you,

David Klehm

**Deputy Attorney General IV**

**California Department of Justice**

Torts & Condemnation

600 W. Broadway, Suite 1800

San Diego, CA 92101

Office Direct: (619) 738-9733

Email: David.Klehm@doj.ca.gov


<image002.gif>

---

**From:** Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>
**Sent:** Thursday, June 26, 2025 8:23 AM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Cooper Mayne <CMayne@galipolaw.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)


I am available on July 1st at 1pm.


Stephanie A. Vollmer

Deputy Attorney General

California Department of Justice

Office of the Attorney General

455 Golden Gate Avenue, Suite 11000

San Francisco, California 94102

Phone: (415) 510-3849

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Thursday, June 26, 2025 8:03 AM
**To:** Cooper Mayne <CMayne@galipolaw.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Darci

Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

David/Stephanie:

Does July 1 at 1:00 p.m. work for you?

Thanks!

Kimberly Sullivan

Partner

<image002.gif>

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax:    (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, June 20, 2025 1:01 PM
**To:** David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; Darci

Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

David,

Please let us know if **July 1 at 1 p.m.** works for you too.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney | The Law Offices of Dale K. Galipo** | 21800
Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email:
cmayne@galipolaw.com   www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any
review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or
authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies
of this message.

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Thursday, June 19, 2025 7:18 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; David Klehm <David.Klehm@doj.ca.gov>;
Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock
<gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina
Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson
<Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Stephanie
Vollmer <stephanie.vollmer@doj.ca.gov>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Thanks Cooper. I can do July 1 at 1:00 p.m. for the meet and confer.

And yes, I will call you tomorrow at 1:00 p.m.

Thank you!

Kimberly Sullivan

Partner

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax:    (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Thursday, June 19, 2025 9:41 AM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Kimberly,

Thanks for reaching out. Yes, I'm available tomorrow to discuss the case. How about 1pm?

For the meeting the local rules require, how about July 1 at 1 pm? **David**, would you or Tammy be able to join us? I think it'll only take 10 minutes, but I'd like to check that box in case the court asks about it.

Cooper

**Cooper Alison-Mayne, Associate Attorney** | The Law Offices of Dale K. Galipo | 21800

Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Wednesday, June 18, 2025 8:16 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; David Klehm <David.Klehm@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

Hope all is well.

Looks like per local rules we need to meet and confer before the final pretrial conference by July 16. Please advise when you are available to do that, or if you intend to just send us the trial documents as you did in Kirkman. We will also need to meet and confer about MILs by end of July. Lee and I are both out of town the first week of August.

Also, are you available on Friday to discuss this case? I have a meeting from 10:30 to 11:30 and 3:00 to 3:30, but otherwise I'm free.

Thank you,

Kimberly Sullivan

Partner

<image002.gif>

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax:    (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, January 21, 2025 4:25 PM
**To:** David Klehm <David.Klehm@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

David,

There is no prejudice.. May is a long way off. You are a very smart and talented lawyer; you could prep in like 2 weeks. But we don't need to debate the issue. Please just add your dates to the joint filing so I can file it. I leave at 5 pm today, so please send your edits soon.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** David Klehm <David.Klehm@doj.ca.gov>
**Sent:** Tuesday, January 21, 2025 4:19 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

Now that Court has issued its MSJ Ruling after about 16 months, there is no legitimate reason to prejudice my clients by racing this case to an artificially premature trial date.

Thank you,

David Klehm

**Deputy Attorney General IV**

**California Department of Justice**

Torts & Condemnation

600 W. Broadway, Suite 1800

San Diego, CA 92101

Office Direct: (619) 738-9733

Email: David.Klehm@doj.ca.gov

<image002.gif>

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, January 21, 2025 2:25 PM
**To:** David Klehm <David.Klehm@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna

Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>;
Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman
<nmlerman0@yahoo.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

David,

November/December is too far off. This incident happened in January 25, 2019. We may attach Dale's trial calendar along with the report to help the judge decide on a date. Feel free to do the same.

Lee, please see the updated document. I'll get back to you before the 24th about whether we will drop the federal claims. But it's likely.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** David Klehm <David.Klehm@doj.ca.gov>
**Sent:** Tuesday, January 21, 2025 1:27 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; Cooper Mayne <CMayne@galipolaw.com>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

Thank you for sending this draft.

My client cannot agree to a May 13, 2025, trial date.

Please provide alternative dates in November/December 2025.

Thank you,

David Klehm

**Deputy Attorney General IV**

**California Department of Justice**

Torts & Condemnation

600 W. Broadway, Suite 1800

San Diego, CA 92101

Office Direct: (619) 738-9733

Email: David.Klehm@doj.ca.gov


<image002.gif>

---

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Tuesday, January 21, 2025 1:01 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)


**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Cooper,

Without changing your proposed trial date to sometime next year, this is what I am comfortable with.

Lee H. Roistacher, Esq.

Certified Appellate Specialist,

State Bar of California Board of

Legal Specialization

<image002.gif>

440 Stevens Avenue, Suite 100

Solana Beach, Ca. 92075

(858) 264-4938 – direct

(858) 492-0486 - facsimile

lroistacher@deangazzo.com

CONFIDENTIALITY NOTICE:  This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations.  If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone.  If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, January 21, 2025 9:50 AM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Lee and David,

I hope you had a good long weekend.

I haven't heard back from you all with any trial dates, but we do have to file our joint report today. Here's a draft. I'd be happy to go back and forth about dates a little more before we file this. It would be great to come to some agreement.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Friday, January 17, 2025 3:34 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Well that is true but there may be remaining state claims that don't get automatically stayed.

Lee H. Roistacher, Esq.

Certified Appellate Specialist,

State Bar of California Board of

Legal Specialization

<image002.gif>

440 Stevens Avenue, Suite 100

Solana Beach, Ca. 92075


(858) 264-4938 – direct

(858) 492-0486 - facsimile

lroistacher@deangazzo.com


CONFIDENTIALITY NOTICE:  This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations.  If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone.  If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.


**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, January 17, 2025 3:22 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)


Lee,


I thought you said you were going to be appealing the Kirkman MSJ. So that trial won't be going in May no matter who wins the MSJ, right?


Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Friday, January 17, 2025 3:16 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,


Those dates conflict with Kirkman, which is set for trial on 4/19 with the final pretrial conference on 3/18.  I cannot do both (If I am involved in this case) at the same time.  I believe David said later in the year and I would defer to him for those dates.


Lee H. Roistacher, Esq.

Certified Appellate Specialist,

State Bar of California Board of

Legal Specialization

<image002.gif>

440 Stevens Avenue, Suite 100

Solana Beach, Ca. 92075


(858) 264-4938 – direct

(858) 492-0486 - facsimile

lroistacher@deangazzo.com

CONFIDENTIALITY NOTICE:  This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations.  If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone.  If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, January 17, 2025 3:06 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)


Lee and David,


There will probably not be a stay as we are very likely to drop the federal claims against McKee.


Here's my proposal for dates working back from a May 13 trial date:


| | |
|---|---|
| **Last Day to Complete Settlement** | April 1, 2025 |
| **Last day to file all pretrial documents and motions**<br><br>**in limine** | April 15, 2025 |
| **Last day to file response to motions in limine**<br><br>**(3 weeks after last day to complete settlement)** | April 22, 2025 |
| **Final Pretrial Conference, Status Conference re**<br><br>**Disputed Exhibits, and Hearing on Motions in**<br><br>**Limine** | April 28, 2025 @ 1:30 p.m. |

| | |
|---|---|
| **(4 weeks after last day to complete settlement: Monday at 1:30 pm)** | |
| **Jury Trial** **(6 weeks after last day to complete settlement: Tuesday at 9:00 a.m.)** | May 13, 2025 @ 9:00 a.m. |
| *Duration Estimate:* | 5 days |

I look forward to hearing from you both.


Thanks,

Cooper


**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, January 6, 2025 4:45 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)


Lee and David,


Thanks for getting back to me so quickly. So, let's calendar it for Jan 17 at 9 a.m.

And yes, we'll be prepared to talk about the appeal.


Best regards,

Cooper



**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Monday, January 6, 2025 4:39 PM
**To:** David Klehm <David.Klehm@doj.ca.gov>; Cooper Mayne <CMayne@galipolaw.com>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)


Cooper/David,


That day works for me also.  Please note we will be filing a notice of appeal tomorrow so we would like to cover in the call everyone's position on a stay of the case pending resolution of the appeal.  Thanks.


Lee H. Roistacher, Esq.

Certified Appellate Specialist,

State Bar of California Board of

Legal Specialization

<image002.gif>

440 Stevens Avenue, Suite 100

Solana Beach, Ca. 92075

(858) 264-4938 – direct

(858) 492-0486 - facsimile

lroistacher@deangazzo.com

CONFIDENTIALITY NOTICE:  This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations.  If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone.  If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** David Klehm <David.Klehm@doj.ca.gov>
**Sent:** Monday, January 6, 2025 4:25 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Counsel,

January 17th in the morning is good for me.

Thank you,

David Klehm

**Deputy Attorney General IV**

**California Department of Justice**

Torts & Condemnation

600 W. Broadway, Suite 1800

San Diego, CA 92101

Office Direct: (619) 738-9733

Email: David.Klehm@doj.ca.gov


<image002.gif>

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, January 6, 2025 3:59 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; David Klehm
<David.Klehm@doj.ca.gov>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan
<ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>
**Subject:** Stephenson v. CHP (21-cv-00526)


**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments
that appear suspicious.


Good afternoon, Lee and David,


Our joint status report is due January 21st. We'll need to meet and confer before filing. I'm
available anytime on January 16th or 17th. Please let me know what times would work best
for you.


Thanks,

Cooper


**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800
Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email:
cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any
review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or
authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies
of this message.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or

legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized

interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or

legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

EXHIBIT "3"

| | |
|---|---|
| **From:** | Donna Dean |
| **To:** | Cooper Mayne; Stephanie Vollmer; Kimberly Sullivan; Lee Roistacher |
| **Cc:** | David Klehm; Teresa Arambul; Dale Galipo; Gregory Peacock; Christina Ramirez; Nicholas Lerman; Darci Gilbert; David Park |
| **Subject:** | RE: Stephenson v. CHP (21-cv-00526) |
| **Date:** | Thursday, August 14, 2025 6:05:00 PM |
| **Attachments:** | image001.jpg |
| | image002.jpg |

Hi Cooper,

The 911 callers (Umiko Doe, Brittany Hall, Mike Combe, Jennifer Doe, Justin Doe, Adrian Doe, Eddie Doe, Nancy Cruz, Dede Ackley, Jennifer Galvan, Jose Lumbreras, Gina Mihok, Jesus Camacho) were all identified in the dispatch audio and CAD log, which plaintiffs received 4 or 5 years ago. Plaintiffs also received materials identifying LaTanya Stanford, including audio recordings of interviews with her, as part of defendants' initial disclosures.  Given that LaTanya Stanford is plaintiffs' mother, she is obviously a damages witness.  CHP Officer Ryan Cisek is identified in the cover memo to the Taser log, also produced 4 or 5 years ago.

San Diego Police Officer J. Soto and San Bernardino Sheriff Deputy S. Bodoh are impeachment witnesses.

We also note that plaintiffs did not list the following witnesses in their initial disclosure and did not provide a supplemental disclosure identifying them:

- Jeffrey McKee
- William Betancur
- Dr. H. Silva
- AMR paramedics
- Fire personnel

There are no statements by the witnesses who saw the incident over the Caltrans live feed other than what is in the dispatch audio and the CAD log, which were produced years ago.

Best,
Donna

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Thursday, August 14, 2025 2:33 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

*Ah, solely for impeachment;* ok, understood.

What about these witnesses, I can't find them in anyone's disclosures:

- San Diego Police Officer J. Soto

- CHP Officer Ryan Cisek

- Umiko Doe

- Brittany Hall

- Mike Combe

- Jennifer Doe

- Justin Doe

- Adrian Doe

- Eddie Doe

- Nancy Cruz

- Dede Ackley

- Jennifer Galvan

- Jose Lumbreras

- Gina Mihok

- Jesus Camacho

- LaTanya Sanford

- San Bernadino Sheriff Deputy S. Bodoh

Thanks,
Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com
CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Thursday, August 14, 2025 1:31 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)


Hi Cooper,


Exhibits 51-53, 77 and 84-95 are impeachment exhibits that did not require disclosure.  Fed. R. Civ. P. 26(a)(1) (a)(ii).  Exhibit 59 is a record produced by Riverside County during the litigation before the County defendants were dismissed.  Exhibits 60-76 were produced by the City of Riverside in response to a subpoena to which plaintiffs had equal access.  Defendants' initial disclosure states, "It is anticipated that Riverside County and the Riverside Police Department may have investigatory materials that are potentially relevant."


We note that plaintiffs received CHP's records and initial disclosure over a month before plaintiffs served their initial disclosure, but, despite that, plaintiffs did not list the following documents in their initial disclosure:


| | |
|---|---|
| 1. | Dispatch Audio Recording (Relevant Portions Only) |
| 2. | Dispatch Call Log |
| 3. | Norem MVARS (1:52–8:15) |
| 4. | McKee MVARS (0:00–10:33) |
| 5. | McKee MVARS clip (27:00–29:45) |
| 6. | Norem MVARS stills |
| 7. | McKee MVARS stills |
| 8. | McKee MVARS stills with labels |
| 9. | AMR Report |
| 10. | Riverside Fire Dept Report |
| 11. | Taser Log |
| 12. | Photos of the Scene |
| 13. | Photos of Dane Norem |
| 14. | Photos of Dane Norem's Duty Belt and TASER |
| 15. | Photos of Matthew Borden |
| 16. | Photos of Leroy Stephenson's Clothing |
| 17. | Photos of Taser Barbs |
| 18. | Photos of Lacerations and Bruises |
| 19. | International Association of Chiefs of Police Excited Delirium Model Policy (Apr. 2017) |

| 20. | POLICE Magazine – How to Prevent Positional Asphyxia |
| 21. | Steve Cole, Screaming Their Last Breath: Why First Responders Must Never Ignore the Words "I Can't Breathe", Dec. 11, 2015, reprinted Jun. 2, 2020 |
| 22. | United States Department of Justice, National Institute of Justice, Positional Asphyxia—Sudden Death, June 1995 |
| 23. | Ronald L. O'Halloran & Janice G. Frank, Asphyxial Death During Prone Restraint Revisited; A Report of 21 Cases, 21 Am. J. Forensic Med. & Pathology 39, 48 (2000) |
| 24. | Lawrence E. Heiskell, How to Prevent Positional Asphyxia, POLICE Magazine (Sept. 9, 2019) |
| 25. | San Diego Police Dep't, Final Report of the Custody Death Task Force (1992). |
| 26. | Consent Decree at 41, United States v. City of Ferguson, No. 4:16-cv-00180 (E.D. Mo. Apr. 19, 2016), |

Plaintiffs did not provide a supplemental disclosure identifying these records and did not identify them in response to discovery.


Best,

Donna


---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Thursday, August 14, 2025 11:00 AM
**To:** Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Kimberly Sullivan <ksullivan@deangazzo.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Good Morning,


I cannot find the highlighted exhibits in any of your disclosures. Could you please let me know when these were disclosed?


Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Wednesday, August 13, 2025 8:49 AM
**To:** Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Kimberly Sullivan <ksullivan@deangazzo.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

No problem, I just uploaded them to that link. Let me know if you have any issue retrieving them.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>
**Sent:** Wednesday, August 13, 2025 8:42 AM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper, can you kindly ask your staff to upload the Dropbox exhibits for Plaintiffs to a Filedrop link for those of us at DOJ? (We have heightened security protocols here that prohibit DAGs from accessing Dropbox.)

Please use this link: https://fx.doj.ca.gov/filedrop/~0sj6x2.

I appreciate your consideration. Please let me know if you have any questions.

Regards,

Stephanie

Stephanie A. Vollmer

Deputy Attorney General

California Department of Justice

Office of the Attorney General

455 Golden Gate Avenue, Suite 11000

San Francisco, California 94102

Phone: (415) 510-3849

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Wednesday, August 13, 2025 8:35 AM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Kimberly,

Here's another link to our exhibits — should be the same link you already have:
https://www.dropbox.com/scl/fo/30e0pdmkcegzz52q28xf1/ANphn_vvjp41smFhskNhIEE?rlkey=u233sg03c86lq3pwbeb5n0yuf&st=35yrodl9&dl=0

Please let me know if you have any issues with the Dropbox.

Regarding the docs you sent for my review: I have a deposition this morning, and a pressing criminal matter in the afternoon, so I may not have time to get to that today. But I should be able to get you my edits by the end of the week.

Thank you,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Tuesday, August 12, 2025 7:15 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

Attached is an amended disputed exhibit list. At this point and given you have all our exhibits, I would request that you update the columns with your objections. Also, we could remove any exhibits from the disputed list that you are not objecting to.

Again, we don't have all of your exhibits, so please send those ASAP.

Once you are done, please send back and I will get this filed.

Thanks!


Kimberly Sullivan

Partner



440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax:    (858) 492-0486
ksullivan@deangazzo.com


This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

---

**From:** Kimberly Sullivan
**Sent:** Tuesday, August 12, 2025 6:52 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>;
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)


Hi Cooper,


Attached is an amended exhibit list. Please fill in the columns for admissibility and authentication. Then recirculate so I can get this filed. All of defendants' exhibits are in the link below.


https://spaces.hightail.com/space/iRRVLy9waZ

I am working on an amended disputed exhibit list and will circulate that shortly.

We are still missing all your exhibits, please send those ASAP. Additionally, please let me know whether you have any of the original depo transcripts for lodging.

Thank you,

Kimberly Sullivan

Partner



440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax:    (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, August 12, 2025 3:47 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Counsel,

We'll submit a binder to the court with Joint Exhibits 1–29 with an index page for just those exhibits. I'll send you our binder labels when we have them in case you'd like to use the same format/font.

David/Donna — I'm still waiting to hear back regarding my previous email.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, August 12, 2025 9:11 AM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Counsel,

I hope you all are doing well. Couple things:

1. Can you please send your exhibits over?

2. Could you please share any documents that support or indicate that these individuals were watching the incident via a Caltrans camera? (I don't have documents identifying these folks.)

Lisa Walkingstick (ID No. A13850)

Rebeca Stowell (ID No. A09594)

Susan Sween (ID No. A10420)

Berenice Rodriguez (ID No. A12561)

LaShanda Franklin (ID No. A12584)

Deena Corbett-Wolf (ID No. A13278)

Marianne Tillmann (ID No. A13816)

Desiree Sandoval (ID No. A13997)

Anna Mercado (ID No. A14044)

April Sorenson (ID No. A14129)

Steven Tillman (ID No. A14300)

Laura Smart (ID No. A14695).

Jaclyn Mendenhall (ID No. A15119)

Carolina Olazaba (ID No. A16300)

Jacquelyn Feliciano (ID No. A16720)

Ashley Angle (ID No. A17654)

Juan Mandujano (ID No. A17670)


Please give me an estimate about how long you think you need to send this stuff over.


Thanks,

Cooper


**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Cooper Mayne <CMayne@galipolaw.com>

**Sent:** Monday, August 11, 2025 10:19 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)


Understood! Thanks


Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 10:17:44 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)


Hi Cooper,


It should be filed soon.  It had to wait in the queue for our swing shift secretaries.


Donna

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 10:16 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Are you filing tonight? I haven't seen it come through.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 8:07:41 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Got it – thanks!

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 8:07 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Great job, Donna. The document header should be yours not mine. And the footnote should say you have my permission to file, not the reverse.

With those changes it's good to go with my signature.

Thanks,

Cooper

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 8:01:12 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper.

Please see attached.

Thanks,

Donna

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 7:27 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

I have absolute faith in you, Donna. But yes please let me see it before filing.

Sent from my Verizon, Samsung Galaxy smartphone

Get [Outlook for Android](Outlook for Android)

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 7:22:22 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)


I am working on it – do you want to see it before it is filed?

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 7:20 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)


**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.


Please let me know if you are going to get your filing of the statement of exhibit disputes done tonight.


Thanks,

Cooper


**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Monday, August 11, 2025 6:54 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Cooper Mayne <CMayne@galipolaw.com>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)


That works for us.


Lee H. Roistacher, Esq.

Certified Appellate Specialist,

State Bar of California Board of

Legal Specialization



440 Stevens Avenue, Suite 100

Solana Beach, Ca. 92075


(858) 264-4938 – direct

(858) 492-0486 - facsimile

lroistacher@deangazzo.com


CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 6:53 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>

Cc: David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

We will accept the following language for the joint exhibit list and joint witness list:

> *Plaintiffs note that Defendants added sixty additional exhibits to the Joint Exhibit List on the same day this document was due. Plaintiffs have not had time to review these additional documents and reserve their right to object to them at a later time.*

> *Plaintiffs note that Defendants added thirty-two additional witnesses to the Joint Witness List on the same day this document was due. Plaintiffs reserve their right to object to these witnesses testifying and reserve their right to identify additional witnesses.*

We propose filing the Notice of Disputed Exhibits tomorrow to give you enough time to provide your input on the additional exhibits.

Thanks,

Donna

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 6:46 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

I need to get going. So, at 7 p.m., I'll either file a joint doc with the additional toned down lines I proposed and your optional response or I'll just file a declaration explaining why joint docs are not being filed today.

Also, you haven't sent me the notice of disputed exhibits. I sent you my portions. Please put a note in the spots for objections to the new exhibits explaining that the document was not provided to plaintiffs in time for them to make their changes. I still expect it to be filed a joint document as promised by you. I look forward to what you all put together, not sure what's taking so long.

If that is not done by 7 I will just add it to the declaration explaining why that wont be filed as a joint document either.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 6:32 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

OK. I would like to get joint docs filed as ordered by the Court. But we have to put something about what's going on here...

How about this toned down language.

*Plaintiffs note that Defendants added sixty (60) additional exhibits to the Joint Exhibit List at approximately 5:30 p.m. on August 11, 2025—the same day this document was due. Plaintiffs do*

*not have time to review these additional documents, and reserve their right to object to them at a later time.*

*Plaintiffs note that Defendants added thirty-two (32) additional witnesses to the Joint Witness List at approximately 5:50 p.m. on August 11, 2025—the same day this document was due. Plaintiffs reserve their right to object to these witnesses testifying. Plaintiffs reserve their right to identify additional witnesses.*

You can add your position if you think it's necessary. Given what happened here, I think this is very reasonable. There is no way we're filing joint documents without a note about what happened here. It's not going to happen.

Please let me know if I have your permission to file the Witness List and Exhibit list with the above additions.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 6:12 PM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Same for us.

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>

**Sent:** Monday, August 11, 2025 6:12 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

EXTERNAL EMAIL: This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Hi Cooper,

We are not going to agree to that language. Feel free to file a separate document with plaintiff's position, but neither Lee nor I will be signing a document with that language in  it.

Kimberly Sullivan

Partner



440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax:    (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 5:55 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>;

Cc: David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>

**Subject:** Re: Stephenson v. CHP (21-cv-00526)

I accepted your changes to the exhibit list and added this to the intro page. Please let me know if it's good to file with your signatures.

**PLEASE TAKE NOTICE** that the Parties hereby submit the Joint Exhibit List for the trial of this matter. The parties reserve their rights to supplement and amend this exhibit list.

Plaintiffs note that **Defendants added sixty (60) additional exhibits to the Joint Exhibit List at approximately 5:30 p.m. on August 11, 2025—the same day this document was due.** Plaintiffs first provided a draft Joint Exhibit List on July 21, 2025, one week earlier than required, at Defendants' request and in the spirit of working collaboratively and in good faith. At no point during the ensuing weeks of discussions did Defendants indicate, suggest, or imply that they intended to add sixty additional exhibits. Plaintiffs believe this conduct was undertaken in bad faith, is unprofessional, and violates both the Local Rules and this Court's Standing Order.

This last-minute disclosure has the potential to completely alter the scope and substance of the motions in limine Plaintiffs would file, as those filings were based on the exhibits previously identified and discussed with Defense counsel. Plaintiffs may therefore be required to seek relief from the Court, including filing additional or amended motions in limine or other appropriate motions, and may also move for sanctions to address the prejudice caused by Defendants' conduct.

Respectfully submitted,

**Cooper Alison-Mayne, Associate Attorney | The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 5:50 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

Please see the attached PTCO with additional edits by defendants.

Thanks,

Donna

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 5:25 PM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

OK team,

This is what we have left:

1. JI (disputed and undisputed)
2. PTCO
3. Exhibit List
4. Witness List

5.  Notice of Disputed Exhibits (you are filing this one)

Waiting for you go ahead on 1–4 and your draft of 5.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Monday, August 11, 2025 5:17 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

These are good to good with the final revision to the statement of the case. We didn't make any further changes to the stip.

You have our permission to file with the changes.

Kimberly Sullivan

Partner

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax:    (858) 492-0486
ksullivan@deangazzo.com


This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 5:11 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>;
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)


If it's ok with you I'll just leave it because the numbers will change as the judge makes his decisions anyways.


With your changes accepted I'm good to file both disputed and agreed right?


Thanks,

Cooper


**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 5:09 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>;
Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>;
Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina
Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert
<dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)


Hi Cooper,


A few additional changes are tracked in the attached.  You have my authorization to file with the
revisions.


Also, do you intend to fill in the blank in No. 19 or leave it until the instructions are resolved?


Thanks,

Donna

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 4:56 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>;
Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>;
Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina
Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert
<dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)


**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear
suspicious.


Please see Joint Agreed JI with all your requested changes.


Let me know if we are good to file.


**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank
Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email:

[cmayne@galipolaw.com](mailto:cmayne@galipolaw.com)    [www.GalipoLaw.com](http://www.GalipoLaw.com)

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <[CMayne@galipolaw.com](mailto:CMayne@galipolaw.com)>
**Sent:** Monday, August 11, 2025 4:49 PM
**To:** Donna Dean <[Donna.Dean@doj.ca.gov](mailto:Donna.Dean@doj.ca.gov)>; Lee Roistacher <[lroistacher@deangazzo.com](mailto:lroistacher@deangazzo.com)>
**Cc:** Kimberly Sullivan <[ksullivan@deangazzo.com](mailto:ksullivan@deangazzo.com)>; David Klehm <[David.Klehm@doj.ca.gov](mailto:David.Klehm@doj.ca.gov)>; Stephanie Vollmer <[Stephanie.Vollmer@doj.ca.gov](mailto:Stephanie.Vollmer@doj.ca.gov)>; Teresa Arambul <[Teresa.Arambul@doj.ca.gov](mailto:Teresa.Arambul@doj.ca.gov)>; Dale Galipo <[dalekgalipo@yahoo.com](mailto:dalekgalipo@yahoo.com)>; Gregory Peacock <[gregorypeacockesq@gmail.com](mailto:gregorypeacockesq@gmail.com)>; Christina Ramirez <[Christina.Ramirez@doj.ca.gov](mailto:Christina.Ramirez@doj.ca.gov)>; Nicholas Lerman <[nmlerman0@yahoo.com](mailto:nmlerman0@yahoo.com)>; Darci Gilbert <[dgilbert@galipolaw.com](mailto:dgilbert@galipolaw.com)>; David Park <[dpark@galipolaw.com](mailto:dpark@galipolaw.com)>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)


Please see Joint Disputed JI. I accepted all changes and added to my arguments for damages and your apportionment.


Let me know if it's good to go. I'll wait till we have the joint agreed finalized and filed sequentially.


Thanks,

Cooper


**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: [cmayne@galipolaw.com](mailto:cmayne@galipolaw.com)    [www.GalipoLaw.com](http://www.GalipoLaw.com)

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <[CMayne@galipolaw.com](mailto:CMayne@galipolaw.com)>
**Sent:** Monday, August 11, 2025 4:44 PM
**To:** Donna Dean <[Donna.Dean@doj.ca.gov](mailto:Donna.Dean@doj.ca.gov)>; Lee Roistacher <[lroistacher@deangazzo.com](mailto:lroistacher@deangazzo.com)>
**Cc:** Kimberly Sullivan <[ksullivan@deangazzo.com](mailto:ksullivan@deangazzo.com)>; David Klehm <[David.Klehm@doj.ca.gov](mailto:David.Klehm@doj.ca.gov)>; Stephanie Vollmer <[Stephanie.Vollmer@doj.ca.gov](mailto:Stephanie.Vollmer@doj.ca.gov)>; Teresa Arambul <[Teresa.Arambul@doj.ca.gov](mailto:Teresa.Arambul@doj.ca.gov)>; Dale Galipo <[dalekgalipo@yahoo.com](mailto:dalekgalipo@yahoo.com)>; Gregory Peacock <[gregorypeacockesq@gmail.com](mailto:gregorypeacockesq@gmail.com)>; Christina Ramirez <[Christina.Ramirez@doj.ca.gov](mailto:Christina.Ramirez@doj.ca.gov)>; Nicholas Lerman <[nmlerman0@yahoo.com](mailto:nmlerman0@yahoo.com)>; Darci Gilbert <[dgilbert@galipolaw.com](mailto:dgilbert@galipolaw.com)>; David Park <[dpark@galipolaw.com](mailto:dpark@galipolaw.com)>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)


Missed that. But ok, thanks.

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 4:43 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

I sent you an email message earlier today (10:56 a.m.) asking you to add it.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 4:40 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Was Apportionment of Responsibility discussed previously?

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank

Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email:
cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 4:38 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)


Hi Cooper,


One additional edit in the attached.


Thanks,

Donna

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 4:27 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)


Hi Cooper,


Please see the attached disputed jury instructions with additional edits by defendants.


Thanks,

Donna

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 2:34 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>;
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>;
Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>;
Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina
Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert
<dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

EXTERNAL EMAIL: This message was sent from outside DOJ. Please do not click links or open attachments that appear
suspicious.

Here you are.

Please take a look at the statement of the case and the claims and defenses (in the joint JI) I have put in a
very plain version that takes out causation as David Klehm suggested we do. I hope this is agreeable to
everyone.

I moved **DISPUTED INSTRUCTION NO. 1 SECTION 1983 CLAIM—INTRODUCTORY
INSTRUCTION** to undisputed because we didn't have any problem with your change.

----

The ball is in your court, please let me know when you expect to get your changes back to me so we can
get this filed before 4:30.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank
Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email:
cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use,

distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 1:47 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

As you are working on the trial documents, I noticed that you have Lee's office listed as counsel for Defendant State of California in the signature lines of the joint documents. Please correct the signature lines to reflect that Lee's office represents only Defendant McKee, and our office represents Defendant State of California.

Thanks,

Donna

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 1:40 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Update: It'll be more like 2:30.

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 12:41 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)


FYI. Dale and I are going through everything at lunch. I will send you a full packet at 1:30 so we can start finalizing things and preparing to get these filed.


I am working on drafts of everything except the Notice of Disputed Exhibits and Disputed Verdict Forms, which you are working on.



Thanks,

Cooper


**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 12:16 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Here's the latest draft of the joint agreed upon instructions. I accepted your changes with one exception discussed below.

I rejected your changes to the defendants' names (you suggested we identify them as officers every time their name comes up). We would like to identify them as they are identified on the complaint, by their name.

I also changed Multiple Causes instruction to make it less wordy by just identifying McKee and Norem as "defendants".

    A person's conduct may combine with another factor to cause harm. If you find that the defendants' conduct was a substantial factor in causing Leroy Stephenson's harm, then they are responsible for the harm. The defendants cannot avoid responsibility just because some other person, condition, or event was also a substantial factor in causing Leroy Stephenson's harm.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 11:10 AM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

I will send you the final document for review.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 11:08 AM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

EXTERNAL EMAIL: This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Yes, should be. But I'd like to see the final document before you file it.

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 11:05 AM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Thanks – is your argument final?

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 11:00 AM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Thanks for pointing that out re: McKee's name. Here's an updated version.


**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com   www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 10:56 AM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)


Hi Cooper,


Please see the attached revised defendants' verdict form and argument.  Also, you have defendant Jeffrey McKee's name as Joseph McKee in certain areas – do you intend to correct that?


In addition, please add CACI 401 and 406 to the disputed jury instructions if you have already been working on them, and I can add the arguments when you send over the next draft.  I don't want to have multiple versions going around.


Thanks,

Donna

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 10:48 AM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>;

Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Yes, that's right. Can you take the lead on that? Here's our argument section. And I sent it before but here's our verdict form.

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Monday, August 11, 2025 10:36 AM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

We have to put together a competing verdict form document with both verdict forms and then each side's respective positions.

Lee H. Roistacher, Esq.

Certified Appellate Specialist,

State Bar of California Board of

Legal Specialization



440 Stevens Avenue, Suite 100

Solana Beach, Ca. 92075


(858) 264-4938 – direct

(858) 492-0486 - facsimile

lroistacher@deangazzo.com


CONFIDENTIALITY NOTICE:  This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations.  If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone.  If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 8:14 AM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)


Here's our updated verdict form. The only thing I changed was the damages instructions to account for our concession that negligence/battery do not trigger survival damages.


**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 7:55 AM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>;

David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Your changes were to the old version of the Joint Statement. I've put your changes into the newer version. Please note, I'm not sure we can agree to "which defendants contend was due to his acute methamphetimine intoxication" but I'll check when Dale comes in.

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 7:43 AM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

I also never heard back about this joint stipulation. Are there any changes you wanted to make to this language?

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 7:42 AM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa

Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)


I may have sent this before. But here is the Notice of Disputed Exhibits so you can start filling in your objections.


I've also attached the latest draft of the exhibit list.


**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 7:09 AM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)


Great. Thanks.


Here's the argument you requested for the disputed jury instructions. Still working on the rest of that document.


<u>PLAINTIFFS' STATEMENT IN SUPPORT OF</u>
<u>DISPUTED INSTRUCTION NO. 18</u>

Mr. Stephenson had preexisting health conditions, including a heart condition, that made him more susceptible to serious injury or death from the force used against him. Allison Hunt, who performed Mr. Stephenson's autopsy found that atherosclerotic cardiovascular disease was a contributing factor to his death. Under California law, this is precisely the circumstance in which the "eggshell plaintiff"

instruction is warranted. The law is clear that a defendant is liable for all harm proximately caused by their wrongful conduct, even if the injured person was more fragile or susceptible to injury than an average healthy person, and even if a healthier person would not have been harmed.

Without this instruction, the jury may improperly shift the burden of Mr. Stephenson's physical vulnerability onto him rather than the party whose conduct caused his death. The instruction ensures the jury understands this fundamental principle of causation and damages.

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 7:04 AM
**To:** Cooper Mayne <CMayne@galipolaw.com>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

Please see the attached defendants' argument regarding the verdict forms for the "Competing Verdict Forms" pleading required by the court.

Thanks,

Donna

**From:** Donna Dean
**Sent:** Sunday, August 10, 2025 5:42 PM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Cooper Mayne <CMayne@galipolaw.com>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>;
Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>;
Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina
Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert
<dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)


Please see the attached corrected defendants' verdict form.


**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Sunday, August 10, 2025 5:09 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Cooper Mayne <CMayne@galipolaw.com>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>;
Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>;
Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina
Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert
<dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)


**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.


Questions 3 and 4 say "Joseph McKee" but it should be "Jeffrey McKee". Can someone either update or
send me the word version and then I can update?


Kimberly Sullivan

Partner



440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax:    (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Friday, August 8, 2025 4:51 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

Please see defendants' draft proposed verdict form attached hereto.

I will send you defendants' argument regarding the verdict forms under separate cover so you can prepare the "Competing Verdict Forms" pleading required by the court.

Thanks,

Donna

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, August 8, 2025 3:39 PM
**To:** David Klehm <David.Klehm@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear

suspicious.

Updated docs

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** David Klehm <David.Klehm@doj.ca.gov>
**Sent:** Friday, August 8, 2025 3:07 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>; David Klehm <David.Klehm@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

No. 24 on your proposed Exhibit List is an article titled, "Screaming Their Last Breath: Why First Responders Must Never Ignore the Words "I Can't Breathe", Dec. 11, 2015, reprinted Jun. 2, 2020".

While your desire to promote the "I can't breathe" theme is understandable, there are no facts to support such a narrative.

We can discuss in further detail during our meeting today.

Respectfully,

David Klehm

**Deputy Attorney General IV**

**California Department of Justice**

Torts & Condemnation

600 W. Broadway, Suite 1800

San Diego, CA 92101

Office Direct: (619) 738-9733

Email: David.Klehm@doj.ca.gov


D3362EB5

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, August 8, 2025 2:39 PM
**To:** David Klehm <David.Klehm@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

EXTERNAL EMAIL: This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Updated Joint Witness List — nobody added, just shifted things around. I changed the summaries to be extremely plain and vague, so that we could come to an agreement on the language.

Updated Joint Exhibit List to add a few more articles and took off some exhibits. The articles can be found in Noble's report.

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, August 8, 2025 1:41 PM
**To:** David Klehm <David.Klehm@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

For the joint disputed jury instructions, I realized this one didn't make it into the version I sent you. Please note that you'll need to do objections to this one as well.

### DISPUTED INSTRUCTION NO. __

### UNUSUALLY SUSCEPTIBLE DECEDENT

You must decide the full amount of money that will reasonably and fairly compensate for all damages caused by the wrongful conduct of defendants McKee and Norem, even if Mr. Stephenson was more susceptible to injury than a normally healthy person would have been, and even if a normally healthy person would not have suffered similar injury.

Source: California Civil Jury Instructions (2025), 3928.

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, August 8, 2025 1:30 PM
**To:** David Klehm <David.Klehm@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

When will you all have your changes to the Joint Disputed instructions done? I believe you were adding your instructions to that document.


**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, August 8, 2025 1:28 PM
**To:** David Klehm <David.Klehm@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)


4pm is ok with me.


Here's a draft of the stipulation.


Note: I left #2 out because Dale decided he needs to review all the reports and depositions again before he can agree to that. I left in the autopsy stip but we'll obviously take that out if we can't come to an agreement later today.


**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** David Klehm <David.Klehm@doj.ca.gov>
**Sent:** Friday, August 8, 2025 1:16 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; Cooper Mayne <CMayne@galipolaw.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas

Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park
<dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

I am available until 4:00 p.m. today.

Thank you,

David Klehm

**Deputy Attorney General IV**

**California Department of Justice**

Torts & Condemnation

600 W. Broadway, Suite 1800

San Diego, CA 92101

Office Direct: (619) 738-9733

Email: David.Klehm@doj.ca.gov


D3362EB5

---

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Friday, August 8, 2025 1:15 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer
<Stephanie.Vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean
<Donna.Dean@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo
<dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez
<Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert
<dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear
suspicious.

David?


Lee Roistacher


Sent from my iPhone


On Aug 8, 2025, at 1:12 PM, Cooper Mayne <CMayne@galipolaw.com> wrote:


Sure, I'm free whenever.


**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Friday, August 8, 2025 12:54 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)


Are we going to meet to discuss exhibits today?  I'm flexible but have something else to do that I can schedule around.


Lee H. Roistacher, Esq.

Certified Appellate Specialist,

State Bar of California Board of

Legal Specialization

440 Stevens Avenue, Suite 100

Solana Beach, Ca. 92075

(858) 264-4938 – direct

(858) 492-0486 - facsimile

lroistacher@deangazzo.com

CONFIDENTIALITY NOTICE:  This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations.  If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone.  If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, August 8, 2025 12:44 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Yes, it is.

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Friday, August 8, 2025 11:32 AM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Kimberly Sullivan

<ksullivan@deangazzo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

Is this still the most recent link for your exhibits?

Lee H. Roistacher, Esq.

Certified Appellate Specialist,

State Bar of California Board of

Legal Specialization

<image001.jpg>

440 Stevens Avenue, Suite 100

Solana Beach, Ca. 92075

(858) 264-4938 – direct

(858) 492-0486 - facsimile

lroistacher@deangazzo.com

CONFIDENTIALITY NOTICE:  This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations.  If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone.  If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 4, 2025 2:41 PM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher

<lroistacher@deangazzo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)


Counsel,


Here's where we are with exhibits.
https://www.dropbox.com/scl/fo/30e0pdmkcegzz52q28xf1/ANphn_vvjp41smFhskNhIEE?rlkey=fs6h7ak1i20vwvbsdaof2vmbk&st=cskit26i&dl=0




Still compiling some of them. But I wanted you to be able to see the types of autopsy photos we'll be introducing to help you decide whether you'll need an MIL on autopsy photos. For scene photos, we will have a selection of 5 or so photos from the set taken as part of the MAIT investigation.


McKee's video: we'll seek to introduce 0:00–10:33, and maybe a clip as well: 27:00–29:45.

Norem's video: 1:52–8:15, no clip.


We are not going to introduce the Autopsy Report.


Thanks,

Cooper


**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 4, 2025 11:50 AM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Counsel,

Our motion in limine regarding prior bad acts encompasses any alleged criminal conduct, including the prior incidents involving Mr. Stephenson running on the freeway.

As for our motion regarding information unknown, we will argue—among other points—that the jury should only be informed about Mr. Stephenson's behavior prior to his interaction with Mr. Norem and Mr. McKee to the extent that such information was actually conveyed to and known by them. In other words, there is no need for witnesses to testify about their independent observations of Mr. Stephenson before the officers made contact with him (e.g., Officer Shawn Casteel, Officer Casteel, Officer Cisneros).

We would like to reach an agreement that no officer will testify that they have not been involved in a fatal use of force. Such testimony is improper and inadmissible under *Gates v. Rivera*, 993 F.2d 697 (9th Cir. 1993), and *Hesselbein v. Beckham*, 168 F. Supp. 3d 1252 (E.D. Cal. 2016).

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 4, 2025 10:08 AM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)


Kimberly,


Thanks for your redlines—those resolve most of the outstanding issues.


Regarding the Fourth Amendment claim, just to clarify, it's a survival claim and because its brought under federal law, there is no CTCA requirement. But as you mentioned, that's not your client, anyways.


Do we have an agreement on the expert MILs? On Friday, we talked about you all not filing MILs on our experts if we don't file MILs on defense experts. If we don't come to an agreement that is fine, but we would then file motions on all your medical experts on the grounds that their opinions are not based on reliable studies/principles/methods.


Regarding Noble. If everyone is stipulating that experts can't testify to opinions beyond what's in their reports or depositions, can we just include a line in the stip clarifying that Noble's report does not offer an opinion on whether McKee's actions were consistent or inconsistent with accepted police practices?


I'm putting together the exhibit packets and will get those to you today. I'll also send over the latest draft of the joint jury instructions and a document with our disputed instructions so you can start preparing your objections.


Thanks,

Cooper


**Cooper Alison-Mayne, Associate Attorney** | The Law Offices of Dale K. Galipo | 21800

Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Saturday, August 2, 2025 3:29 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)


Thanks Cooper.


I've updated the joint instructions and added some comments in red below.


Kimberly Sullivan

Partner

<image002.gif>

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax:    (858) 492-0486
ksullivan@deangazzo.com


This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, August 1, 2025 5:31 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)


Counsel,

It was good to see everyone. David and Lee, enjoy the rest of your vacations.


### JURY INSTRUCTIONS

Here is an updated draft of the agreed-upon jury instructions. Below is a summary of the changes:

- Agreed to include:

  - *Two or More Parties—Different Legal Rights*

  - *Cautionary Instructions*

  - Comparative fault instruction

  - NEGLIGENT USE OF NON-DEADLY FORCE (with agreed changes)

    <span style="color:red">Note, we did not agree to this one. But regardless you took it out of the joint instructions so we are good</span>

  - COMMUNICATION WITH COURT (with agreed changes)

  - PUNITIVE DAMAGES (per your revisions; with those, I don't believe the No Punitive Damages instruction is necessary)

  - Fourth Amendment – Excessive Force

- Agreed to :

  - Remove *State-created danger*

  - Keep version of 430 remains, with the understanding that the second paragraph will be excluded

- Removed from the joint list:

  - 9.2, battery, 400, 440, 441, prone restraint, failure to intervene, negligence

per se, liability of public employees, etc.

- Potential compromise instructions (drafts to follow Monday):

    ○ *Fourteenth Amendment – Interference with Parent/Child Relationship*

    ○ 440 – if we proceed with the newer version of this instruction, we're agreeable to the paragraph you proposed

    As Lee mentioned in his email on Tuesday, July 29, The defense will be objecting to plaintiffs' CACI 440 and CACI 441 and will offer the version of CACI 440 that existed in January 2019, which was the 2016 version.

- Damages instructions will likely remain disputed

- I included this revised language for the § 1983 claims, which I hope addresses your concern

    ○ *The plaintiffs bring two claims against Dane Norem under the federal statute, 42 U.S.C. § 1983, which provides that any person or persons who, under color of state law, deprives another of any rights, privileges, or immunities secured by the Constitution or laws of the United States shall be liable to the injured party.*

    David and Stephanie should really speak to this since it involves their client, but from Lee and my perspective, it does not. None of the claims were brought as survivor claims other than the Fourteenth Amendment loss of familial association claim which is not a survivor claim. (As already discussed, the state court sustained without leave to amend and with prejudice the demurrer to all survivor claims because plaintiffs' Government Code claims did not assert survivor claims.  None of the state law claims can be survivor claims seeking damages on Leroy's behalf.)  This is all evident from the first amended complaint.  I struck that language from the agreed to instructions

I left our dispute over CONSIDERATION OF EVIDENCE in the joint instructions because I think we should resolve it some way. Maybe we can flip a coin on this one? I'll let Lee/David/Stephanie weigh in on this. We struck "[, and a mistrial could result that would require the entire trial process to start over]" I personally don't think it should be in there since it will make the jury feel pressured to reach a verdict if they are deadlocked. But again I defer to Lee/David/Stephanie

I also left our dispute over CLAIMS AND DEFENSES in the joint instructions because I think we should be able to agree on this.

Regarding pain and suffering and survival damages — we will not seek those damages under state law. I'll modify the JI, PTCO, verdict form, and any other documents accordingly.

As for your position that we cannot pursue a battery claim, I've reviewed the state court record and see nothing that would preclude us from asserting a wrongful death claim based on battery. As previously explained, our view is that a wrongful death claim must be predicated on a tort or wrongful act. Here, the underlying act is an intentional killing through the use of unreasonable force, which we believe supports a wrongful death claim based on the intentional tort of battery. The fact that survival claims were dismissed with prejudice is neither here nor there.

<span style="color:red">We will agree to disagree on this</span>

I would hope we can at least agree on what claims are being tried. It's one thing for lawyers to disagree about the merits of a claim—but it's a bit embarrassing to disagree about what the disagreement even is. I'd ask that you take another look at the amended complaint and give serious consideration to revisiting your position on the battery claim.

<span style="color:red">We are not disagreeing about what the disagreement is. Our position is that the wrongful death claim is predicated on 1983. It is pled that way. Battery was dismissed with prejudice.</span>

**OTHER ISSUES**

I'll get you the packets of exhibits on Monday so we can decide whether we can agree on any of those. (Autopsy photos, video clips, etc.)

We agree not to file any MILs or *Daubert* motions against your experts if you reciprocate with regard to our experts. Please let me know if we have a deal on that.

We agree to stipulate that experts will be limited to opinions provided in their report or at their deposition. Lee, I haven't read Noble's report as many times as you have, but I believe this agreement would take care of your concerns as well.

<span style="color:red">We are going to file a MIL on Noble, regardless. Unless we have an express stipulation, which sounds like you are agreeable to.</span>

Finally, I may have forgotten to mention during our meet and confer that we also plan to file a MIL to keep out the amount of the settlement that was reached with Riverside and Mr. Borden. That was done before we came in on the case, and the jury should not know about the amount of the settlement. Please let me know if we can come to an agreement on that.

Thank you all for your time, consideration, and professionalism,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Friday, August 1, 2025 2:35 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com)

<dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

I can't remember if we talked about this, but the state court sustained without leave to amend and with prejudice the demurrer to all survivor claims because plaintiffs' Government Code claims did not assert survivor claims. Accordingly, none of the state law claims can be survivor claims seeking damages on Leroy's behalf. That is also evident from the first amended complaint. None of the claims are brought as survivor claims other than the Fourteenth Amendment loss of familial association claim which is not a survivor claim.

Thus, our position is the state law claims are only wrongful death claims (the same is true regarding the Fourth Amendment claim against Norem).

Lee H. Roistacher, Esq.

Certified Appellate Specialist,

State Bar of California Board of

Legal Specialization

<image002.gif>

440 Stevens Avenue, Suite 100

Solana Beach, Ca. 92075

(858) 264-4938 – direct

(858) 492-0486 - facsimile

lroistacher@deangazzo.com

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Wednesday, July 30, 2025 3:22 PM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)


Counsel,

In preparation for our meeting on Friday, here is an update on our position regarding some of the more interesting disputes:

- We maintain that our wrongful death claim is based on battery—an intentional tort. Given that the claim clearly talks about intentional behavior, and battery is the only intentional tort that plausibly applies here, we don't believe there was much room for confusion on that point.

- We are willing to withdraw the dangerous condition / state-created-danger jury instruction.

- We intend to include failure to intervene and integral participation theories. As you know, the Court already found these theories were adequately alleged in the complaint. (See ECF No. 96 at pp. 16, 25.)

- As for the deadly force instructions, we believe this is something the Court will need to resolve. The case law I cited seems to clearly establish that it can be deadly force, so I don't think it is reasonable to say that the jury should not be instructed on deadly force at all.

- With respect to CACI 430, the Directions for Use note seems to say that the optional second paragraph should not be included under the circumstances on this case. Please take a look and see what you think.

- We may agree that pain and suffering damages are not available for battery or negligence claims. I'll double check with Dale before our meeting.

- Finally, in my view, negligence per se does not apply here. To invoke it, you would have to show that Penal Code § 834a was intended to prevent the type of harm that occurred and that the decedent—Stephenson—was in the class of persons the statute was designed to protect. But here, the injury was to Stephenson, and § 834a is clearly aimed at protecting officers, not arrestees. If you have any case

law to the contrary, please share it.

Let me know if you'd like to discuss any of these points further before Friday.

Best,

Cooper


**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Wednesday, July 30, 2025 9:05 AM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)


Yes, it's the instruction we discussed previously.


I don't have the clips for you yet. But they will be cut down to portions relevant to the use of force. The clips will probably not include portions of video after officers got off of Mr. Stephenson.


Thanks,

Cooper


**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:

This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Tuesday, July 29, 2025 7:33 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)


Cooper,


Can you also send the clips that you reference in the joint exhibit list?


Kimberly Sullivan

Partner

<image002.gif>

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax:    (858) 492-0486
ksullivan@deangazzo.com


This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, July 29, 2025 5:22 PM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher

<lroistacher@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)


Kimberly,


I think he had some heart issues.


Oh, and while we're talking about jury instructions, we are still considering whether to ask for an adverse inference instruction. Obviously, there will be no agreement on that one, but I'll let you know when we decide so that you have plenty of time to think about your objections to that proposal.


Thanks,

Cooper


**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Tuesday, July 29, 2025 5:02 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)


Thanks Cooper. What pre-existing injury did the decedent have?

Kimberly Sullivan

Partner

<image002.gif>

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax:    (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, July 29, 2025 4:46 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Lee,

Understood. Thanks for letting me know sooner than later. We'll also be adding a couple things here and there. For one we need an eggshell plaintiff instruction, CACI 3928.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email:

cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Tuesday, July 29, 2025 4:08 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockcesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)


Cooper,


Sorry for the this but we need to revise our jury instructions.


As you know, the incident took place in January 2019.  As you also know, Penal Code section 835a was amended effective on January 1, 2020 significantly altering the then existing standard section 835a which provided:  "Any peace officer who has reasonable cause to believe that the person to be arrested has committed a public offense may use reasonable force to effect the arrest, to prevent escape or to overcome resistance. [P] A peace officer who makes or attempts to make an arrest need not retreat or desist from his efforts by reason of the resistance or threatened resistance of the person being arrested; nor shall such officer be deemed an aggressor or lose his right to self-defense by the use of reasonable force to effect the arrest or to prevent escape or to overcome resistance."


The current version of CACI 440 was modified in accordance with section 835a in May 2020 and CACI 441 was created as new in November 2020.  Because Penal Code section 835a does not expressly state that it is retroactive, the new standard of care operates prospectively only.  *See McClung v. Emp't Dev. Dep't*, 34 Cal. 4th 467, 475 (2004).


The defense will be objecting to plaintiffs' CACI 440 and CACI 441 and will offer the version of CACI 440 that existed in January 2019, which was the 2016 version.  Please add this to the instruction and also please recirculate the FPTC so we can modify accordingly:


**INSTRUCTION NO. ____**

**UNREASONABLE FORCE BY LAW ENFORCEMENT OFFICER IN ARREST OR**

**OTHER SEIZURE—ESSENTIAL FACTUAL ELEMENTS**

A law enforcement officer may use reasonable force to arrest or detain a person when the officer has reasonable cause to believe that that person has committed or is committing a crime. However, the officer may use only that degree of force necessary to accomplish the arresting or detention.

Plaintiffs claim that Officer Dane Norem and Officer Jeffrey McKee used unreasonable force in arresting or detaining Leroy Stephenson. establish this claim, plaintiffs must prove all of the following:

1.      That Officer Dane Norem and Officer Jeffrey McKee used force in arresting or detaining Leroy Stephenson;

2.      That the amount of force used by Officer Dane Norem and Officer Jeffrey McKee was unreasonable;

3.      That Leroy Stephenson was harmed; and

4.      That Officer Dane Norem's and Officer Jeffrey McKee's use of unreasonable force was a substantial factor in causing Leroy Stephenson's death.

In deciding whether Officer Dane Norem or Officer Jeffrey McKee used unreasonable force, you must consider all of the circumstances of the arresting or detention and determine what force a reasonable officer in Officer Dane Norem's or Officer Jeffrey McKee's position would have used under the same or similar circumstances. Among the factors to be considered are the following:

(a)      Whether Leroy Stephenson reasonably appeared to pose an immediate threat to the safety of Officer Dane Norem or Officer Jeffrey McKee or others;

(b)      The seriousness of the crime at issue;

(c)      Whether Leroy Stephenson was actively resisting arrest or detention or attempting to avoid arresting or detention by flight; and

(d)      Officer Dane Norem's and Officer Jeffrey McKee's tactical conduct and decisions

before using force on Leroy Stephenson.

Lee H. Roistacher, Esq.

Certified Appellate Specialist,

State Bar of California Board of

Legal Specialization

<image002.gif>

440 Stevens Avenue, Suite 100

Solana Beach, Ca. 92075

(858) 264-4938 – direct

(858) 492-0486 - facsimile

lroistacher@deangazzo.com

CONFIDENTIALITY NOTICE:  This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations.  If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone.  If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, July 29, 2025 12:57 PM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Oh, that's great. Thanks. Can we go through and see if we can find any agreements to be made on these docs after we discuss the MILs on Friday?

It might be a good time to have an initial discussion about authenticity/admissibility for the exhibits as well.

Best,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Tuesday, July 29, 2025 12:51 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Yes all the documents I sent were on behalf of all defendants

Kimberly Sullivan

Partner

<image002.gif>

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax:    (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain

information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, July 29, 2025 12:47 PM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Yes I saw that. But I thought that was just for your client, McKee. Are those also sent on behalf of Norem?

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Tuesday, July 29, 2025 12:43 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

I sent both the instructions and PTCO to you about 30-40 minutes ago.


Kimberly Sullivan

Partner

<image002.gif>

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax:    (858) 492-0486
ksullivan@deangazzo.com


This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, July 29, 2025 12:41 PM
**To:** Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)


Great. See you all Friday.


And Stephanie, I left a voice mail for you—I was expecting to receive jury instructions from you yesterday. When are you planning to send those over?


Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>
**Sent:** Tuesday, July 29, 2025 12:23 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Yes, that works for me as well, Cooper.

Regards,
Stephanie

Stephanie A. Vollmer

Deputy Attorney General

California Department of Justice

Office of the Attorney General

455 Golden Gate Avenue, Suite 11000

San Francisco, California 94102

Phone: (415) 510-3849

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, July 29, 2025 12:17 PM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com)

<dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Thanks, Kimberly — for the MC on Friday, does 11 a.m. work for you?

Stephanie, Does that work for you too?

**Cooper Alison-Mayne, Associate Attorney | The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Tuesday, July 29, 2025 12:09 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

Attached is the PTCO.

Kimberly Sullivan

Partner

<image002.gif>

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax:    (858) 492-0486
[ksullivan@deangazzo.com](mailto:ksullivan@deangazzo.com)

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

**From:** Kimberly Sullivan
**Sent:** Tuesday, July 29, 2025 12:06 PM
**To:** Cooper Mayne <[CMayne@galipolaw.com](mailto:CMayne@galipolaw.com)>; Lee Roistacher <[lroistacher@deangazzo.com](mailto:lroistacher@deangazzo.com)>; David Klehm <[David.Klehm@doj.ca.gov](mailto:David.Klehm@doj.ca.gov)>; Stephanie Vollmer <[Stephanie.Vollmer@doj.ca.gov](mailto:Stephanie.Vollmer@doj.ca.gov)>; Donna Dean <[Donna.Dean@doj.ca.gov](mailto:Donna.Dean@doj.ca.gov)>
**Cc:** Teresa Arambul <[Teresa.Arambul@doj.ca.gov](mailto:Teresa.Arambul@doj.ca.gov)>; Dale Galipo ([dalekgalipo@yahoo.com](mailto:dalekgalipo@yahoo.com)) <[dalekgalipo@yahoo.com](mailto:dalekgalipo@yahoo.com)>; Gregory Peacock <[gregorypeacockesq@gmail.com](mailto:gregorypeacockesq@gmail.com)>; Christina Ramirez <[Christina.Ramirez@doj.ca.gov](mailto:Christina.Ramirez@doj.ca.gov)>; Nicholas Lerman <[nmlerman0@yahoo.com](mailto:nmlerman0@yahoo.com)>; Darci Gilbert <[dgilbert@galipolaw.com](mailto:dgilbert@galipolaw.com)>; Teresa Arambul <[Teresa.Arambul@doj.ca.gov](mailto:Teresa.Arambul@doj.ca.gov)>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

I'm available on Friday to meet and confer on the MILs.

Attached are the jury instructions.

Thank you,

Kimberly Sullivan

Partner

<image002.gif>

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax:    (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, July 29, 2025 10:46 AM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Also — would you all like to meet and confer further on motions in limine this week?

I'm free to do that almost any time Thursday or Friday.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Christine Henson <Christine.Henson@doj.ca.gov>
**Sent:** Tuesday, July 29, 2025 8:32 AM

**To:** Cooper Mayne <CMayne@galipolaw.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Please remove me (christine.henson@doj.ca.gov)  from the Service List and add the following:

Teresa Arambul, Legal Secretary

teresa.arambul@doj.ca.gov

Thank you for your assistance with this matter.



Christine L. Henson

Legal Secretary

CA Department of Justice

Office of the Attorney General

2550 Mariposa Mall #5090

Fresno, California 93721

Office: 559-492-4533

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, July 29, 2025 8:26 AM
**To:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>;

Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Stephanie, David, and Donna,

What's your plan with the trial docs? You were supposed to send over some jury instructions yesterday. See Standing Order at 60.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Monday, July 28, 2025 8:03 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

Attached is the exhibit and witness list. We are still working on the remainder of the documents. We are aiming to get you the rest of the documents by Wednesday, at the very latest.

Hope you have a nice evening!


Kimberly Sullivan

Partner

<image002.gif>

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax:    (858) 492-0486
ksullivan@deangazzo.com


This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, July 25, 2025 2:44 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)


Hi Lee,


Yes, it's in the packet I sent.


**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any
review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or
authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies
of this message.

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Friday, July 25, 2025 2:39 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Kimberly Sullivan
<ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; Dale Galipo
(dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock
<gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina
Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson
<Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci
Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)


Cooper,


Do you have a proposed Instruction 1.5 yet?


Lee H. Roistacher, Esq.

Certified Appellate Specialist,

State Bar of California Board of

Legal Specialization

<image002.gif>

440 Stevens Avenue, Suite 100

Solana Beach, Ca. 92075


(858) 264-4938 – direct

(858) 492-0486 - facsimile

lroistacher@deangazzo.com


CONFIDENTIALITY NOTICE:  This email message, including any attachments, is for the
sole use of the intended recipient(s) and may contain information protected by the attorney-
client privilege, the attorney work product doctrine or other applicable privileges or
confidentiality laws or regulations.  If you are not an intended recipient, you may not review,
use, copy, disclose or distribute this message or any of the information contained in this

message to anyone. If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, July 21, 2025 5:24 PM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Counsel,

Here are drafts of the joint docs—delivered a week early, as promised. I'll get you a verdict form tomorrow, just need to make a few more changes on that.

Please use track changes.

Best Regards,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Thursday, June 26, 2025 9:29 AM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna

Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>;
Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman
<nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

That would be great, yes. See you all next week.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800
Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email:
cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any
review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or
authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies
of this message.

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Thursday, June 26, 2025 8:58 AM
**To:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer
<Stephanie.Vollmer@doj.ca.gov>; Cooper Mayne <CMayne@galipolaw.com>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Dale Galipo (dalekgalipo@yahoo.com)
<dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna
Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>;
Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman
<nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Thank you. Cooper do you want to circulate a teams or should I?

Kimberly Sullivan

Partner

<image002.gif>

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax:    (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

**From:** David Klehm <David.Klehm@doj.ca.gov>
**Sent:** Thursday, June 26, 2025 8:43 AM
**To:** Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Kimberly Sullivan <ksullivan@deangazzo.com>; Cooper Mayne <CMayne@galipolaw.com>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Counsel,

July 1st at 1:00 p.m. is acceptable.

Thank you,

David Klehm

**Deputy Attorney General IV**

**California Department of Justice**

Torts & Condemnation

600 W. Broadway, Suite 1800

San Diego, CA 92101

Office Direct: (619) 738-9733

Email: David.Klehm@doj.ca.gov

**From:** Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>
**Sent:** Thursday, June 26, 2025 8:23 AM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Cooper Mayne <CMayne@galipolaw.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

I am available on July 1st at 1pm.

Stephanie A. Vollmer

Deputy Attorney General

California Department of Justice

Office of the Attorney General

455 Golden Gate Avenue, Suite 11000

San Francisco, California 94102

Phone: (415) 510-3849

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Thursday, June 26, 2025 8:03 AM
**To:** Cooper Mayne <CMayne@galipolaw.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

David/Stephanie:

Does July 1 at 1:00 p.m. work for you?


Thanks!


Kimberly Sullivan

Partner

<image002.gif>

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax:    (858) 492-0486
ksullivan@deangazzo.com


This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, June 20, 2025 1:01 PM
**To:** David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)


David,


Please let us know if **July 1 at 1 p.m.** works for you too.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Thursday, June 19, 2025 7:18 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; David Klehm <David.Klehm@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Thanks Cooper. I can do July 1 at 1:00 p.m. for the meet and confer.

And yes, I will call you tomorrow at 1:00 p.m.

Thank you!

Kimberly Sullivan

Partner

<image002.gif>

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax:    (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Thursday, June 19, 2025 9:41 AM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Kimberly,

Thanks for reaching out. Yes, I'm available tomorrow to discuss the case. How about 1pm?

For the meeting the local rules require, how about July 1 at 1 pm? **David**, would you or Tammy be able to join us? I think it'll only take 10 minutes, but I'd like to check that box in case the court asks about it.

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Wednesday, June 18, 2025 8:16 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; David Klehm <David.Klehm@doj.ca.gov>;

Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

Hope all is well.

Looks like per local rules we need to meet and confer before the final pretrial conference by July 16. Please advise when you are available to do that, or if you intend to just send us the trial documents as you did in Kirkman. We will also need to meet and confer about MILs by end of July. Lee and I are both out of town the first week of August.

Also, are you available on Friday to discuss this case? I have a meeting from 10:30 to 11:30 and 3:00 to 3:30, but otherwise I'm free.

Thank you,

Kimberly Sullivan

Partner

<image002.gif>

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax:    (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, January 21, 2025 4:25 PM
**To:** David Klehm <David.Klehm@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)


David,


There is no prejudice.. May is a long way off. You are a very smart and talented lawyer; you could prep in like 2 weeks. But we don't need to debate the issue. Please just add your dates to the joint filing so I can file it. I leave at 5 pm today, so please send your edits soon.


Thanks,

Cooper


**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** David Klehm <David.Klehm@doj.ca.gov>
**Sent:** Tuesday, January 21, 2025 4:19 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

Now that Court has issued its MSJ Ruling after about 16 months, there is no legitimate reason to prejudice my clients by racing this case to an artificially premature trial date.

Thank you,

David Klehm

**Deputy Attorney General IV**

**California Department of Justice**

Torts & Condemnation

600 W. Broadway, Suite 1800

San Diego, CA 92101

Office Direct: (619) 738-9733

Email: David.Klehm@doj.ca.gov

<image002.gif>

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, January 21, 2025 2:25 PM
**To:** David Klehm <David.Klehm@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

David,

November/December is too far off. This incident happened in January 25, 2019. We may attach Dale's trial calendar along with the report to help the judge decide on a date. Feel free to do the same.

Lee, please see the updated document. I'll get back to you before the 24th about whether we will drop the federal claims. But it's likely.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** David Klehm <David.Klehm@doj.ca.gov>
**Sent:** Tuesday, January 21, 2025 1:27 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; Cooper Mayne <CMayne@galipolaw.com>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

Thank you for sending this draft.

My client cannot agree to a May 13, 2025, trial date.

Please provide alternative dates in November/December 2025.


Thank you,


David Klehm

**Deputy Attorney General IV**

**California Department of Justice**

Torts & Condemnation

600 W. Broadway, Suite 1800

San Diego, CA 92101

Office Direct: (619) 738-9733

Email: David.Klehm@doj.ca.gov


<image002.gif>

---

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Tuesday, January 21, 2025 1:01 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.


Cooper,


Without changing your proposed trial date to sometime next year, this is what I am comfortable with.


Lee H. Roistacher, Esq.

Certified Appellate Specialist,

State Bar of California Board of

Legal Specialization

<image002.gif>

440 Stevens Avenue, Suite 100

Solana Beach, Ca. 92075


(858) 264-4938 – direct

(858) 492-0486 - facsimile

lroistacher@deangazzo.com


CONFIDENTIALITY NOTICE:  This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations.  If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone.  If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, January 21, 2025 9:50 AM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)


Lee and David,


I hope you had a good long weekend.


I haven't heard back from you all with any trial dates, but we do have to file our joint report today. Here's a draft. I'd be happy to go back and forth about dates a little more before we file this. It would be great to come to some agreement.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Friday, January 17, 2025 3:34 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Well that is true but there may be remaining state claims that don't get automatically stayed.

Lee H. Roistacher, Esq.

Certified Appellate Specialist,

State Bar of California Board of

Legal Specialization

<image002.gif>

440 Stevens Avenue, Suite 100

Solana Beach, Ca. 92075

(858) 264-4938 – direct

(858) 492-0486 - facsimile

lroistacher@deangazzo.com

CONFIDENTIALITY NOTICE:  This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations.  If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone.  If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, January 17, 2025 3:22 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Lee,

I thought you said you were going to be appealing the Kirkman MSJ. So that trial won't be going in May no matter who wins the MSJ, right?

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Friday, January 17, 2025 3:16 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)


Cooper,


Those dates conflict with Kirkman, which is set for trial on 4/19 with the final pretrial conference on 3/18.  I cannot do both (If I am involved in this case) at the same time.  I believe David said later in the year and I would defer to him for those dates.


Lee H. Roistacher, Esq.

Certified Appellate Specialist,

State Bar of California Board of

Legal Specialization

<image002.gif>

440 Stevens Avenue, Suite 100

Solana Beach, Ca. 92075


(858) 264-4938 – direct

(858) 492-0486 - facsimile

lroistacher@deangazzo.com


CONFIDENTIALITY NOTICE:  This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations.  If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone.  If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, January 17, 2025 3:06 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)


Lee and David,


There will probably not be a stay as we are very likely to drop the federal claims against McKee.


Here's my proposal for dates working back from a May 13 trial date:


| | |
|---|---|
| **Last Day to Complete Settlement** | April 1, 2025 |
| **Last day to file all pretrial documents and motions**<br><br>**in limine** | April 15, 2025 |
| **Last day to file response to motions in limine**<br><br>**(3 weeks after last day to complete settlement)** | April 22, 2025 |
| **Final Pretrial Conference, Status Conference re**<br><br>**Disputed Exhibits, and Hearing on Motions in**<br><br>**Limine**<br><br>**(4 weeks after last day to complete settlement: Monday at**<br><br>**1:30 pm)** | April 28, 2025 @ 1:30 p.m. |
| **Jury Trial**<br><br>**(6 weeks after last day to complete settlement: Tuesday at**<br><br>**9:00 a.m.)** | May 13, 2025 @ 9:00 a.m. |
| *Duration Estimate:* | 5 days |

I look forward to hearing from you both.


Thanks,

Cooper



**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, January 6, 2025 4:45 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)


Lee and David,


Thanks for getting back to me so quickly. So, let's calendar it for Jan 17 at 9 a.m.


And yes, we'll be prepared to talk about the appeal.


Best regards,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Monday, January 6, 2025 4:39 PM
**To:** David Klehm <David.Klehm@doj.ca.gov>; Cooper Mayne <CMayne@galipolaw.com>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)


Cooper/David,


That day works for me also.  Please note we will be filing a notice of appeal tomorrow so we would like to cover in the call everyone's position on a stay of the case pending resolution of the appeal.  Thanks.


Lee H. Roistacher, Esq.

Certified Appellate Specialist,

State Bar of California Board of

Legal Specialization

<image002.gif>

440 Stevens Avenue, Suite 100

Solana Beach, Ca. 92075


(858) 264-4938 – direct

(858) 492-0486 - facsimile

lroistacher@deangazzo.com


CONFIDENTIALITY NOTICE:  This email message, including any attachments, is for the

sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations.  If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone.  If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** David Klehm <David.Klehm@doj.ca.gov>
**Sent:** Monday, January 6, 2025 4:25 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Counsel,

January 17th in the morning is good for me.

Thank you,

David Klehm

**Deputy Attorney General IV**

**California Department of Justice**

Torts & Condemnation

600 W. Broadway, Suite 1800

San Diego, CA 92101

Office Direct: (619) 738-9733

Email: David.Klehm@doj.ca.gov

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, January 6, 2025 3:59 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>
**Subject:** Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Good afternoon, Lee and David,

Our joint status report is due January 21st. We'll need to meet and confer before filing. I'm available anytime on January 16th or 17th. Please let me know what times would work best for you.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or

legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized

interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

EXHIBIT "4"

| | |
|---|---|
| **From:** | Kimberly Sullivan |
| **To:** | Cooper Mayne; Donna Dean; Lee Roistacher |
| **Cc:** | David Klehm; Stephanie Vollmer; Teresa Arambul; Dale Galipo; Gregory Peacock; Christina Ramirez; Nicholas Lerman; Darci Gilbert; David Park |
| **Subject:** | RE: Stephenson v. CHP (21-cv-00526) |
| **Date:** | Tuesday, August 12, 2025 6:56:13 PM |
| **Attachments:** | image001.jpg<br>image002.jpg<br>Joint Exhibit List.docx |

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Hi Cooper,

Attached is an amended exhibit list. Please fill in the columns for admissibility and authentication. Then recirculate so I can get this filed. All of defendants' exhibits are in the link below.

https://spaces.hightail.com/space/iRRVLy9waZ

I am working on an amended disputed exhibit list and will circulate that shortly.

We are still missing all your exhibits, please send those ASAP. Additionally, please let me know whether you have any of the original depo transcripts for lodging.

Thank you,

Kimberly Sullivan

**Partner**



440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax: (858) 492-0486

ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

**From:** Cooper Mayne
**Sent:** Tuesday, August 12, 2025 3:47 PM
**To:** Donna Dean ; Lee Roistacher ; Kimberly Sullivan
**Cc:** David Klehm ; Stephanie Vollmer ; Teresa Arambul ; Dale Galipo ; Gregory Peacock ; Christina Ramirez ; Nicholas Lerman ; Darci Gilbert ; David Park
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Counsel,

We'll submit a binder to the court with Joint Exhibits 1–29 with an index page for just those exhibits. I'll send you our binder labels when we have them in case you'd like to use the same format/font.

David/Donna — I'm still waiting to hear back regarding my previous email.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank

Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, August 12, 2025 9:11 AM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Counsel,

I hope you all are doing well. Couple things:

1. Can you please send your exhibits over?

2. Could you please share any documents that support or indicate that these individuals were watching the incident via a Caltrans camera? (I don't have documents identifying these folks.)
   Lisa Walkingstick (ID No. A13850)
   Rebeca Stowell (ID No. A09594
   Susan Sween (ID No. A10420)
   Berenice Rodriguez (ID No. A12561)
   LaShanda Franklin (ID No. A12584)
   Deena Corbett-Wolf (ID No. A13278)
   Marianne Tillmann (ID No. A13816)
   Desiree Sandoval (ID No. A13997)
   Anna Mercado (ID No. A14044)
   April Sorenson (ID No. A14129)
   Steven Tillman (ID No. A14300)
   Laura Smart (ID No. A14695).
   Jaclyn Mendenhall (ID No. A15119)
   Carolina Olazaba (ID No. A16300)
   Jacquelyn Feliciano (ID No. A16720)
   Ashley Angle (ID No. A17654)
   Juan Mandujano (ID No. A17670)

Please give me an estimate about how long you think you need to send this stuff over.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com

[www.GalipoLaw.com](http://www.GalipoLaw.com)

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <[CMayne@galipolaw.com](mailto:CMayne@galipolaw.com)>
**Sent:** Monday, August 11, 2025 10:19 PM
**To:** Donna Dean <[Donna.Dean@doj.ca.gov](mailto:Donna.Dean@doj.ca.gov)>; Lee Roistacher <[lroistacher@deangazzo.com](mailto:lroistacher@deangazzo.com)>; Kimberly Sullivan <[ksullivan@deangazzo.com](mailto:ksullivan@deangazzo.com)>
**Cc:** David Klehm <[David.Klehm@doj.ca.gov](mailto:David.Klehm@doj.ca.gov)>; Stephanie Vollmer <[Stephanie.Vollmer@doj.ca.gov](mailto:Stephanie.Vollmer@doj.ca.gov)>; Teresa Arambul <[Teresa.Arambul@doj.ca.gov](mailto:Teresa.Arambul@doj.ca.gov)>; Dale Galipo <[dalekgalipo@yahoo.com](mailto:dalekgalipo@yahoo.com)>; Gregory Peacock <[gregorypeacockesq@gmail.com](mailto:gregorypeacockesq@gmail.com)>; Christina Ramirez <[Christina.Ramirez@doj.ca.gov](mailto:Christina.Ramirez@doj.ca.gov)>; Nicholas Lerman <[nmlerman0@yahoo.com](mailto:nmlerman0@yahoo.com)>; Darci Gilbert <[dgilbert@galipolaw.com](mailto:dgilbert@galipolaw.com)>; David Park <[dpark@galipolaw.com](mailto:dpark@galipolaw.com)>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Understood! Thanks

Sent from my Verizon, Samsung Galaxy smartphone

Get [Outlook for Android](https://aka.ms/)

---

**From:** Donna Dean <[Donna.Dean@doj.ca.gov](mailto:Donna.Dean@doj.ca.gov)>
**Sent:** Monday, August 11, 2025 10:17:44 PM
**To:** Cooper Mayne <[CMayne@galipolaw.com](mailto:CMayne@galipolaw.com)>; Lee Roistacher <[lroistacher@deangazzo.com](mailto:lroistacher@deangazzo.com)>; Kimberly Sullivan <[ksullivan@deangazzo.com](mailto:ksullivan@deangazzo.com)>
**Cc:** David Klehm <[David.Klehm@doj.ca.gov](mailto:David.Klehm@doj.ca.gov)>; Stephanie Vollmer <[Stephanie.Vollmer@doj.ca.gov](mailto:Stephanie.Vollmer@doj.ca.gov)>; Teresa Arambul <[Teresa.Arambul@doj.ca.gov](mailto:Teresa.Arambul@doj.ca.gov)>; Dale Galipo <[dalekgalipo@yahoo.com](mailto:dalekgalipo@yahoo.com)>; Gregory Peacock <[gregorypeacockesq@gmail.com](mailto:gregorypeacockesq@gmail.com)>; Christina Ramirez <[Christina.Ramirez@doj.ca.gov](mailto:Christina.Ramirez@doj.ca.gov)>; Nicholas Lerman <[nmlerman0@yahoo.com](mailto:nmlerman0@yahoo.com)>; Darci Gilbert <[dgilbert@galipolaw.com](mailto:dgilbert@galipolaw.com)>; David Park <[dpark@galipolaw.com](mailto:dpark@galipolaw.com)>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

It should be filed soon. It had to wait in the queue for our swing shift secretaries.

Donna

---

**From:** Cooper Mayne <[CMayne@galipolaw.com](mailto:CMayne@galipolaw.com)>
**Sent:** Monday, August 11, 2025 10:16 PM
**To:** Donna Dean <[Donna.Dean@doj.ca.gov](mailto:Donna.Dean@doj.ca.gov)>; Lee Roistacher <[lroistacher@deangazzo.com](mailto:lroistacher@deangazzo.com)>; Kimberly Sullivan <[ksullivan@deangazzo.com](mailto:ksullivan@deangazzo.com)>
**Cc:** David Klehm <[David.Klehm@doj.ca.gov](mailto:David.Klehm@doj.ca.gov)>; Stephanie Vollmer <[Stephanie.Vollmer@doj.ca.gov](mailto:Stephanie.Vollmer@doj.ca.gov)>; Teresa Arambul <[Teresa.Arambul@doj.ca.gov](mailto:Teresa.Arambul@doj.ca.gov)>; Dale Galipo <[dalekgalipo@yahoo.com](mailto:dalekgalipo@yahoo.com)>; Gregory Peacock <[gregorypeacockesq@gmail.com](mailto:gregorypeacockesq@gmail.com)>; Christina Ramirez <[Christina.Ramirez@doj.ca.gov](mailto:Christina.Ramirez@doj.ca.gov)>; Nicholas Lerman <[nmlerman0@yahoo.com](mailto:nmlerman0@yahoo.com)>; Darci Gilbert <[dgilbert@galipolaw.com](mailto:dgilbert@galipolaw.com)>; David Park <[dpark@galipolaw.com](mailto:dpark@galipolaw.com)>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Are you filing tonight? I haven't seen it come through.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 8:07:41 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Got it – thanks!

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 8:07 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Great job, Donna. The document header should be yours not mine. And the footnote should say you have my permission to file, not the reverse.

With those changes it's good to go with my signature.

Thanks,

Cooper

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 8:01:12 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper.

Please see attached.

Thanks,

Donna

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 7:27 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockcesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

EXTERNAL EMAIL: This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

I have absolute faith in you, Donna. But yes please let me see it before filing.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 7:22:22 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockcesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

I am working on it – do you want to see it before it is filed?

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 7:20 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockcesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

EXTERNAL EMAIL: This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Please let me know if you are going to get your filing of the statement of exhibit disputes done tonight.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com
www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Monday, August 11, 2025 6:54 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Cooper Mayne <CMayne@galipolaw.com>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

That works for us.

Lee H. Roistacher, Esq.

Certified Appellate Specialist,

State Bar of California Board of

Legal Specialization



440 Stevens Avenue, Suite 100

Solana Beach, Ca. 92075

(858) 264-4938 – direct

(858) 492-0486 - facsimile

lroistacher@deangazzo.com

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 6:53 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

We will accept the following language for the joint exhibit list and joint witness list:

> *Plaintiffs note that Defendants added sixty additional exhibits to the Joint Exhibit List on the same day this document was due. Plaintiffs have not had time to review these additional documents and*

*reserve their right to object to them at a later time.*

*Plaintiffs note that Defendants added thirty-two additional witnesses to the Joint Witness List on the same day this document was due. Plaintiffs reserve their right to object to these witnesses testifying and reserve their right to identify additional witnesses.*

We propose filing the Notice of Disputed Exhibits tomorrow to give you enough time to provide your input on the additional exhibits.

Thanks,

Donna

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 6:46 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

EXTERNAL EMAIL: This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

I need to get going. So, at 7 p.m., I'll either file a joint doc with the additional toned down lines I proposed and your optional response or I'll just file a declaration explaining why joint docs are not being filed today.

Also, you haven't sent me the notice of disputed exhibits. I sent you my portions. Please put a note in the spots for objections to the new exhibits explaining that the document was not provided to plaintiffs in time for them to make their changes. I still expect it to be filed a joint document as promised by you. I look forward to what you all put together, not sure what's taking so long.

If that is not done by 7 I will just add it to the declaration explaining why that wont be filed as a joint document either.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com
www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 6:32 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman

<nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

OK. I would like to get joint docs filed as ordered by the Court. But we have to put something about what's going on here...

How about this toned down language.

> *Plaintiffs note that Defendants added sixty (60) additional exhibits to the Joint Exhibit List at approximately 5:30 p.m. on August 11, 2025—the same day this document was due. Plaintiffs do not have time to review these additional documents, and reserve their right to object to them at a later time.*
>
> *Plaintiffs note that Defendants added thirty-two (32) additional witnesses to the Joint Witness List at approximately 5:50 p.m. on August 11, 2025—the same day this document was due. Plaintiffs reserve their right to object to these witnesses testifying. Plaintiffs reserve their right to identify additional witnesses.*

You can add your position if you think it's necessary. Given what happened here, I think this is very reasonable. There is no way we're filing joint documents without a note about what happened here. It's not going to happen.

Please let me know if I have your permission to file the Witness List and Exhibit list with the above additions.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com
www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 6:12 PM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Same for us.

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Monday, August 11, 2025 6:12 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman

<nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Hi Cooper,

We are not going to agree to that language. Feel free to file a separate document with plaintiff's position, but neither Lee nor I will be signing a document with that language in it.

Kimberly Sullivan

Partner



440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax: (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 5:55 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

I accepted your changes to the exhibit list and added this to the intro page. Please let me know if it's good to file with your signatures.

      **PLEASE TAKE NOTICE** that the Parties hereby submit the Joint Exhibit List for the trial of this matter. The parties reserve their rights to supplement and amend this exhibit list.

      Plaintiffs note that **Defendants added sixty (60) additional exhibits to the Joint Exhibit List at approximately 5:30 p.m. on August 11, 2025—the same day this document was due.** Plaintiffs first provided a draft Joint Exhibit List on July 21, 2025, one week earlier than required, at Defendants'

request and in the spirit of working collaboratively and in good faith. At no point during the ensuing weeks of discussions did Defendants indicate, suggest, or imply that they intended to add sixty additional exhibits. Plaintiffs believe this conduct was undertaken in bad faith, is unprofessional, and violates both the Local Rules and this Court's Standing Order.

This last-minute disclosure has the potential to completely alter the scope and substance of the motions in limine Plaintiffs would file, as those filings were based on the exhibits previously identified and discussed with Defense counsel. Plaintiffs may therefore be required to seek relief from the Court, including filing additional or amended motions in limine or other appropriate motions, and may also move for sanctions to address the prejudice caused by Defendants' conduct.

Respectfully submitted,

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com
www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 5:50 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

Please see the attached PTCO with additional edits by defendants.

Thanks,

Donna

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 5:25 PM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

OK team,

This is what we have left:

1. JI (disputed and undisputed)
2. PTCO
3. Exhibit List
4. Witness List
5. Notice of Disputed Exhibits (you are filing this one)

Waiting for you go ahead on 1–4 and your draft of 5.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com
www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Monday, August 11, 2025 5:17 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

These are good to good with the final revision to the statement of the case. We didn't make any further changes to the stip.

You have our permission to file with the changes.

Kimberly Sullivan

Partner



440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax: (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 5:11 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

If it's ok with you I'll just leave it because the numbers will change as the judge makes his decisions anyways.

With your changes accepted I'm good to file both disputed and agreed right?

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com
www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 5:09 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

A few additional changes are tracked in the attached. You have my authorization to file with the revisions.

Also, do you intend to fill in the blank in No. 19 or leave it until the instructions are resolved?

Thanks,

Donna

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 4:56 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

EXTERNAL EMAIL: This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Please see Joint Agreed JI with all your requested changes.

Let me know if we are good to file.

**Cooper Alison-Mayne, Associate Attorney** | The Law Offices of Dale K. Galipo | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 4:49 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Please see Joint Disputed JI. I accepted all changes and added to my arguments for damages and your apportionment.

Let me know if it's good to go. I'll wait till we have the joint agreed finalized and filed sequentially.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | The Law Offices of Dale K. Galipo | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 4:44 PM

**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Missed that. But ok, thanks.

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 4:43 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

I sent you an email message earlier today (10:56 a.m.) asking you to add it.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 4:40 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Was Apportionment of Responsibility discussed previously?

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 4:38 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

One additional edit in the attached.

Thanks,

Donna

---

**From:** Donna Dean
**Sent:** Monday, August 11, 2025 4:27 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

Please see the attached disputed jury instructions with additional edits by defendants.

Thanks,

Donna

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 2:34 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

EXTERNAL EMAIL: This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Here you are.

Please take a look at the statement of the case and the claims and defenses (in the joint JI) I have put in a very plain version that takes out causation as David Klehm suggested we do. I hope this is agreeable to everyone.

I moved **DISPUTED INSTRUCTION NO. 1 SECTION 1983 CLAIM—INTRODUCTORY INSTRUCTION** to undisputed because we didn't have any problem with your change.

----

The ball is in your court, please let me know when you expect to get your changes back to me so we can get this filed before 4:30.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | The Law Offices of Dale K. Galipo | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com
www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 1:47 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

As you are working on the trial documents, I noticed that you have Lee's office listed as counsel for Defendant State of California in the signature lines of the joint documents. Please correct the signature lines to reflect that Lee's office represents only Defendant McKee, and our office represents Defendant State of California.

Thanks,

Donna

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 1:40 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

EXTERNAL EMAIL: This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Update: It'll be more like 2:30.

**Cooper Alison-Mayne, Associate Attorney** | The Law Offices of Dale K. Galipo | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com
www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use,

distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 12:41 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

FYI. Dale and I are going through everything at lunch. I will send you a full packet at 1:30 so we can start finalizing things and preparing to get these filed.

I am working on drafts of everything except the Notice of Disputed Exhibits and Disputed Verdict Forms, which you are working on.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com
www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 12:16 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Here's the latest draft of the joint agreed upon instructions. I accepted your changes with one exception discussed below.

I rejected your changes to the defendants' names (you suggested we identify them as officers every time their name comes up). We would like to identify them as they are identified on the complaint, by their name.

I also changed Multiple Causes instruction to make it less wordy by just identifying McKee and Norem as "defendants".

   A person's conduct may combine with another factor to cause harm. If you find that the defendants' conduct was a substantial factor in causing Leroy Stephenson's harm, then they are responsible for the harm. The defendants cannot avoid responsibility just because some other person, condition, or event was also a substantial factor in causing Leroy Stephenson's harm.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 11:10 AM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

I will send you the final document for review.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 11:08 AM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

EXTERNAL EMAIL: This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Yes, should be. But I'd like to see the final document before you file it.

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 11:05 AM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Thanks – is your argument final?

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 11:00 AM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

==**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.==

Thanks for pointing that out re: McKee's name. Here's an updated version.

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com
www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 10:56 AM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

Please see the attached revised defendants' verdict form and argument. Also, you have defendant Jeffrey McKee's name as Joseph McKee in certain areas – do you intend to correct that?

In addition, please add CACI 401 and 406 to the disputed jury instructions if you have already been working on them, and I can add the arguments when you send over the next draft. I don't want to have multiple versions going around.

Thanks,

Donna

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 10:48 AM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>

**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Yes, that's right. Can you take the lead on that? Here's our argument section. And I sent it before but here's our verdict form.

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Monday, August 11, 2025 10:36 AM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

We have to put together a competing verdict form document with both verdict forms and then each side's respective positions.

Lee H. Roistacher, Esq.

Certified Appellate Specialist,

State Bar of California Board of

Legal Specialization



440 Stevens Avenue, Suite 100

Solana Beach, Ca. 92075

(858) 264-4938 – direct

(858) 492-0486 - facsimile

lroistacher@deangazzo.com

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute

waiver of the attorney-client or any other privilege.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 8:14 AM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Here's our updated verdict form. The only thing I changed was the damages instructions to account for our concession that negligence/battery do not trigger survival damages.

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 7:55 AM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Your changes were to the old version of the Joint Statement. I've put your changes into the newer version. Please note, I'm not sure we can agree to "which defendants contend was due to his acute methamphetimine intoxication" but I'll check when Dale comes in.

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 7:43 AM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

I also never heard back about this joint stipulation. Are there any changes you wanted to make to this language?

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 7:42 AM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

I may have sent this before. But here is the Notice of Disputed Exhibits so you can start filling in your objections.

I've also attached the latest draft of the exhibit list.

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 7:09 AM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Great. Thanks.

Here's the argument you requested for the disputed jury instructions. Still working on the rest of that document.

<u>PLAINTIFFS' STATEMENT IN SUPPORT OF</u>
<u>DISPUTED INSTRUCTION NO. 18</u>

Mr. Stephenson had preexisting health conditions, including a heart condition, that made him more susceptible to serious injury or death from the force used against him. Allison Hunt, who performed

Mr. Stephenson's autopsy found that atherosclerotic cardiovascular disease was a contributing factor to his death. Under California law, this is precisely the circumstance in which the "eggshell plaintiff" instruction is warranted. The law is clear that a defendant is liable for all harm proximately caused by their wrongful conduct, even if the injured person was more fragile or susceptible to injury than an average healthy person, and even if a healthier person would not have been harmed.

Without this instruction, the jury may improperly shift the burden of Mr. Stephenson's physical vulnerability onto him rather than the party whose conduct caused his death. The instruction ensures the jury understands this fundamental principle of causation and damages.

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com
www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 7:04 AM
**To:** Cooper Mayne <CMayne@galipolaw.com>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

Please see the attached defendants' argument regarding the verdict forms for the "Competing Verdict Forms" pleading required by the court.

Thanks,

Donna

---

**From:** Donna Dean
**Sent:** Sunday, August 10, 2025 5:42 PM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Cooper Mayne <CMayne@galipolaw.com>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Please see the attached corrected defendants' verdict form.

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Sunday, August 10, 2025 5:09 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Cooper Mayne <CMayne@galipolaw.com>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Questions 3 and 4 say "Joseph McKee" but it should be "Jeffrey McKee". Can someone either update or send me the word version and then I can update?

Kimberly Sullivan

Partner



440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax: (858) 492-0486

ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Friday, August 8, 2025 4:51 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

Please see defendants' draft proposed verdict form attached hereto.

I will send you defendants' argument regarding the verdict forms under separate cover so you can prepare the "Competing Verdict Forms" pleading required by the court.

Thanks,

Donna

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, August 8, 2025 3:39 PM
**To:** David Klehm <David.Klehm@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>;
Donna Dean <Donna.Dean@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo
<dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez
<Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert
<dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Updated docs

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank
Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com
www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use,
distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the
recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** David Klehm <David.Klehm@doj.ca.gov>
**Sent:** Friday, August 8, 2025 3:07 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>;
Donna Dean <Donna.Dean@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo
<dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez
<Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert
<dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>; David Klehm <David.Klehm@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

No. 24 on your proposed Exhibit List is an article titled, "Screaming Their Last Breath: Why First Responders
Must Never Ignore the Words "I Can't Breathe", Dec. 11, 2015, reprinted Jun. 2, 2020".

While your desire to promote the "I can't breathe" theme is understandable, there are no facts to support such a
narrative.

We can discuss in further detail during our meeting today.

Respectfully,

David Klehm

**Deputy Attorney General IV**

**California Department of Justice**

Torts & Condemnation

600 W. Broadway, Suite 1800

San Diego, CA 92101

Office Direct: (619) 738-9733

Email: David.Klehm@doj.ca.gov


D3362EB5

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, August 8, 2025 2:39 PM
**To:** David Klehm <David.Klehm@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

EXTERNAL EMAIL: This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Updated Joint Witness List — nobody added, just shifted things around. I changed the summaries to be extremely plain and vague, so that we could come to an agreement on the language.

Updated Joint Exhibit List to add a few more articles and took off some exhibits. The articles can be found in Noble's report.

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, August 8, 2025 1:41 PM
**To:** David Klehm <David.Klehm@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

For the joint disputed jury instructions, I realized this one didn't make it into the version I sent you. Please note that you'll need to do objections to this one as well.

### DISPUTED INSTRUCTION NO. __

### UNUSUALLY SUSCEPTIBLE DECEDENT

You must decide the full amount of money that will reasonably and fairly compensate for all damages caused by the wrongful conduct of defendants McKee and Norem, even if Mr. Stephenson was

more susceptible to injury than a normally healthy person would have been, and even if a normally healthy person would not have suffered similar injury.

Source: California Civil Jury Instructions (2025), 3928.

**Cooper Alison-Mayne, Associate Attorney** | The Law Offices of Dale K. Galipo | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, August 8, 2025 1:30 PM
**To:** David Klehm <David.Klehm@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

When will you all have your changes to the Joint Disputed instructions done? I believe you were adding your instructions to that document.

**Cooper Alison-Mayne, Associate Attorney** | The Law Offices of Dale K. Galipo | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, August 8, 2025 1:28 PM
**To:** David Klehm <David.Klehm@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

4pm is ok with me.

Here's a draft of the stipulation.

Note: I left #2 out because Dale decided he needs to review all the reports and depositions again before he can agree to that. I left in the autopsy stip but we'll obviously take that out if we can't come to an agreement later today.

**Cooper Alison-Mayne, Associate Attorney** | The Law Offices of Dale K. Galipo | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** David Klehm <David.Klehm@doj.ca.gov>
**Sent:** Friday, August 8, 2025 1:16 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; Cooper Mayne <CMayne@galipolaw.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

I am available until 4:00 p.m. today.

Thank you,

David Klehm

**Deputy Attorney General IV**

**California Department of Justice**

Torts & Condemnation

600 W. Broadway, Suite 1800

San Diego, CA 92101

Office Direct: (619) 738-9733

Email: David.Klehm@doj.ca.gov



---

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Friday, August 8, 2025 1:15 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

David?

Lee Roistacher

Sent from my iPhone

On Aug 8, 2025, at 1:12 PM, Cooper Mayne <CMayne@galipolaw.com> wrote:

Sure, I'm free whenever.

**Cooper Alison-Mayne, Associate Attorney | The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Friday, August 8, 2025 12:54 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Are we going to meet to discuss exhibits today? I'm flexible but have something else to do that I can schedule around.

Lee H. Roistacher, Esq.

Certified Appellate Specialist,

State Bar of California Board of

Legal Specialization

440 Stevens Avenue, Suite 100

Solana Beach, Ca. 92075

(858) 264-4938 – direct

(858) 492-0486 - facsimile

lroistacher@deangazzo.com

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, August 8, 2025 12:44 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Yes, it is.

**Cooper Alison-Mayne, Associate Attorney | The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Friday, August 8, 2025 11:32 AM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

Is this still the most recent link for your exhibits?

Lee H. Roistacher, Esq.

Certified Appellate Specialist,

State Bar of California Board of

Legal Specialization

440 Stevens Avenue, Suite 100

Solana Beach, Ca. 92075

(858) 264-4938 – direct

(858) 492-0486 - facsimile

lroistacher@deangazzo.com

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or

regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 4, 2025 2:41 PM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Counsel,

Here's where we are with exhibits.
https://www.dropbox.com/scl/fo/30e0pdmkcegzz52q28xf1/ANphn_vvjp41smFhskNhIEE?rlkey=fs6h7ak1i20vwvbsdaof2vmbk&st=cskit26i&dl=0

Still compiling some of them. But I wanted you to be able to see the types of autopsy photos we'll be introducing to help you decide whether you'll need an MIL on autopsy photos. For scene photos, we will have a selection of 5 or so photos from the set taken as part of the MAIT investigation.

McKee's video: we'll seek to introduce 0:00–10:33, and maybe a clip as well: 27:00–29:45.

Norem's video: 1:52–8:15, no clip.

We are not going to introduce the Autopsy Report.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 4, 2025 11:50 AM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>

**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Counsel,

Our motion in limine regarding prior bad acts encompasses any alleged criminal conduct, including the prior incidents involving Mr. Stephenson running on the freeway.

As for our motion regarding information unknown, we will argue—among other points—that the jury should only be informed about Mr. Stephenson's behavior prior to his interaction with Mr. Norem and Mr. McKee to the extent that such information was actually conveyed to and known by them. In other words, there is no need for witnesses to testify about their independent observations of Mr. Stephenson before the officers made contact with him (e.g., Officer Shawn Casteel, Officer Casteel, Officer Cisneros).

We would like to reach an agreement that no officer will testify that they have not been involved in a fatal use of force. Such testimony is improper and inadmissible under *Gates v. Rivera*, 993 F.2d 697 (9th Cir. 1993), and *Hesselbein v. Beckham*, 168 F. Supp. 3d 1252 (E.D. Cal. 2016).

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 4, 2025 10:08 AM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Kimberly,

Thanks for your redlines—those resolve most of the outstanding issues.

Regarding the Fourth Amendment claim, just to clarify, it's a survival claim and because its brought under federal law, there is no CTCA requirement. But as you mentioned, that's not your client, anyways.

Do we have an agreement on the expert MILs? On Friday, we talked about you all not filing MILs on our experts if we don't file MILs on defense experts. If we don't come to an agreement that is fine, but we would then file motions on all your medical experts on the grounds that their opinions are not based on reliable studies/principles/methods.

Regarding Noble. If everyone is stipulating that experts can't testify to opinions beyond what's in their reports or depositions, can we just include a line in the stip clarifying that Noble's report does not offer an opinion on whether McKee's actions were consistent or inconsistent with accepted police practices?

I'm putting together the exhibit packets and will get those to you today. I'll also send over the latest draft of the joint jury instructions and a document with our disputed instructions so you can start preparing your objections.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Saturday, August 2, 2025 3:29 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Thanks Cooper.

I've updated the joint instructions and added some comments in red below.

Kimberly Sullivan

Partner

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax: (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, August 1, 2025 5:31 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Counsel,

It was good to see everyone. David and Lee, enjoy the rest of your vacations.

**<u>JURY INSTRUCTIONS</u>**

Here is an updated draft of the agreed-upon jury instructions. Below is a summary of the changes:

- Agreed to include:

    - *Two or More Parties—Different Legal Rights*

    - *Cautionary Instructions*

    - Comparative fault instruction

    - NEGLIGENT USE OF NON-DEADLY FORCE (with agreed changes)

        <span style="color:red">Note, we did not agree to this one. But regardless you took it out of the joint instructions so we are good</span>

    - COMMUNICATION WITH COURT (with agreed changes)

    - PUNITIVE DAMAGES (per your revisions; with those, I don't believe the No Punitive Damages instruction is necessary)

    - Fourth Amendment – Excessive Force

- Agreed to :

    - Remove *State-created danger*

    - Keep version of 430 remains, with the understanding that the second paragraph will be excluded

- Removed from the joint list:

    - 9.2, battery, 400, 440, 441, prone restraint, failure to intervene, negligence per se, liability of public employees, etc.

Potential compromise instructions (drafts to follow Monday):

○ *Fourteenth Amendment – Interference with Parent/Child Relationship*

○ 440 – if we proceed with the newer version of this instruction, we're agreeable to the paragraph you proposed

As Lee mentioned in his email on Tuesday, July 29, The defense will be objecting to plaintiffs' CACI 440 and CACI 441 and will offer the version of CACI 440 that existed in January 2019, which was the 2016 version.

- Damages instructions will likely remain disputed

- I included this revised language for the § 1983 claims, which I hope addresses your concern

○ *The plaintiffs bring two claims against Dane Norem under the federal statute, 42 U.S.C. § 1983, which provides that any person or persons who, under color of state law, deprives another of any rights, privileges, or immunities secured by the Constitution or laws of the United States shall be liable to the injured party.*

David and Stephanie should really speak to this since it involves their client, but from Lee and my perspective, it does not. None of the claims were brought as survivor claims other than the Fourteenth Amendment loss of familial association claim which is not a survivor claim. (As already discussed, the state court sustained without leave to amend and with prejudice the demurrer to all survivor claims because plaintiffs' Government Code claims did not assert survivor claims. None of the state law claims can be survivor claims seeking damages on Leroy's behalf.) This is all evident from the first amended complaint. I struck that language from the agreed to instructions

I left our dispute over CONSIDERATION OF EVIDENCE in the joint instructions because I think we should resolve it some way. Maybe we can flip a coin on this one? I'll let Lee/David/Stephanie weigh in on this. We struck "[, and a mistrial could result that would require the entire trial process to start over]" I personally don't think it should be in there since it will make the jury feel pressured to reach a verdict if they are deadlocked. But again I defer to Lee/David/Stephanie

I also left our dispute over CLAIMS AND DEFENSES in the joint instructions because I think we should be able to agree on this.

Regarding pain and suffering and survival damages — we will not seek those damages under state law. I'll modify the JI, PTCO, verdict form, and any other documents accordingly.

As for your position that we cannot pursue a battery claim, I've reviewed the state court record and see nothing that would preclude us from asserting a wrongful death claim based on battery. As previously explained, our view is that a wrongful death claim must be predicated on a tort or wrongful act. Here, the underlying act is an intentional killing through the use of unreasonable force, which we believe supports a wrongful death claim based on the intentional tort of battery. The fact that survival claims were dismissed with prejudice is neither here nor there.

We will agree to disagree on this

I would hope we can at least agree on what claims are being tried. It's one thing for lawyers to disagree about the merits of a claim—but it's a bit embarrassing to disagree about what the disagreement even is. I'd ask that you take another look at the amended complaint and give serious consideration to revisiting your position on the battery claim.

<span style="color:red">We are not disagreeing about what the disagreement is. Our position is that the wrongful death claim is predicated on 1983. It is pled that way. Battery was dismissed with prejudice.</span>

## OTHER ISSUES

I'll get you the packets of exhibits on Monday so we can decide whether we can agree on any of those. (Autopsy photos, video clips, etc.)

We agree not to file any MILs or *Daubert* motions against your experts if you reciprocate with regard to our experts. Please let me know if we have a deal on that.

We agree to stipulate that experts will be limited to opinions provided in their report or at their deposition. Lee, I haven't read Noble's report as many times as you have, but I believe this agreement would take care of your concerns as well.

<span style="color:red">We are going to file a MIL on Noble, regardless. Unless we have an express stipulation, which sounds like you are agreeable to.</span>

Finally, I may have forgotten to mention during our meet and confer that we also plan to file a MIL to keep out the amount of the settlement that was reached with Riverside and Mr. Borden. That was done before we came in on the case, and the jury should not know about the amount of the settlement. Please let me know if we can come to an agreement on that.

Thank you all for your time, consideration, and professionalism,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Friday, August 1, 2025 2:35 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

I can't remember if we talked about this, but the state court sustained without leave to amend and with prejudice the demurrer to all survivor claims because plaintiffs' Government Code claims did

not assert survivor claims. Accordingly, none of the state law claims can be survivor claims seeking damages on Leroy's behalf. That is also evident from the first amended complaint. None of the claims are brought as survivor claims other than the Fourteenth Amendment loss of familial association claim which is not a survivor claim.

Thus, our position is the state law claims are only wrongful death claims (the same is true regarding the Fourth Amendment claim against Norem).

Lee H. Roistacher, Esq.

Certified Appellate Specialist,

State Bar of California Board of

Legal Specialization

440 Stevens Avenue, Suite 100

Solana Beach, Ca. 92075

(858) 264-4938 – direct

(858) 492-0486 - facsimile

lroistacher@deangazzo.com

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Wednesday, July 30, 2025 3:22 PM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Counsel,

In preparation for our meeting on Friday, here is an update on our position regarding some of the more interesting disputes:

- We maintain that our wrongful death claim is based on battery—an intentional tort. Given that the claim clearly talks about intentional behavior, and battery is the only intentional tort that plausibly applies here, we don't believe there was much room for confusion on that point.

- We are willing to withdraw the dangerous condition / state-created-danger jury

instruction.

- We intend to include failure to intervene and integral participation theories. As you know, the Court already found these theories were adequately alleged in the complaint. (See ECF No. 96 at pp. 16, 25.)

- As for the deadly force instructions, we believe this is something the Court will need to resolve. The case law I cited seems to clearly establish that it can be deadly force, so I don't think it is reasonable to say that the jury should not be instructed on deadly force at all.

- With respect to CACI 430, the Directions for Use note seems to say that the optional second paragraph should not be included under the circumstances on this case. Please take a look and see what you think.

- We may agree that pain and suffering damages are not available for battery or negligence claims. I'll double check with Dale before our meeting.

- Finally, in my view, negligence per se does not apply here. To invoke it, you would have to show that Penal Code § 834a was intended to prevent the type of harm that occurred and that the decedent—Stephenson—was in the class of persons the statute was designed to protect. But here, the injury was to Stephenson, and § 834a is clearly aimed at protecting officers, not arrestees. If you have any case law to the contrary, please share it.

Let me know if you'd like to discuss any of these points further before Friday.

Best,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Wednesday, July 30, 2025 9:05 AM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Yes, it's the instruction we discussed previously.

I don't have the clips for you yet. But they will be cut down to portions relevant to the use of force. The clips will probably not include portions of video after officers got off of Mr. Stephenson.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Tuesday, July 29, 2025 7:33 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

Can you also send the clips that you reference in the joint exhibit list?

Kimberly Sullivan

Partner

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax: (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>

**Sent:** Tuesday, July 29, 2025 5:22 PM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Kimberly,

I think he had some heart issues.

Oh, and while we're talking about jury instructions, we are still considering whether to ask for an adverse inference instruction. Obviously, there will be no agreement on that one, but I'll let you know when we decide so that you have plenty of time to think about your objections to that proposal.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Tuesday, July 29, 2025 5:02 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Thanks Cooper. What pre-existing injury did the decedent have?

Kimberly Sullivan

Partner

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax: (858) 492-0486

ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, July 29, 2025 4:46 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Lee,

Understood. Thanks for letting me know sooner than later. We'll also be adding a couple things here and there. For one we need an eggshell plaintiff instruction, CACI 3928.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Tuesday, July 29, 2025 4:08 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

Sorry for the this but we need to revise our jury instructions.

As you know, the incident took place in January 2019. As you also know, Penal Code section 835a was amended effective on January 1, 2020 significantly altering the then existing standard section 835a which provided: "Any peace officer who has reasonable cause to believe that the person to be arrested has committed a public offense may use reasonable force to effect the arrest, to prevent

escape or to overcome resistance. [P] A peace officer who makes or attempts to make an arrest need not retreat or desist from his efforts by reason of the resistance or threatened resistance of the person being arrested; nor shall such officer be deemed an aggressor or lose his right to self-defense by the use of reasonable force to effect the arrest or to prevent escape or to overcome resistance."

The current version of CACI 440 was modified in accordance with section 835a in May 2020 and CACI 441 was created as new in November 2020. Because Penal Code section 835a does not expressly state that it is retroactive, the new standard of care operates prospectively only. *See McClung v. Emp't Dev. Dep't*, 34 Cal. 4th 467, 475 (2004).

The defense will be objecting to plaintiffs' CACI 440 and CACI 441 and will offer the version of CACI 440 that existed in January 2019, which was the 2016 version. Please add this to the instruction and also please recirculate the FPTC so we can modify accordingly:

**INSTRUCTION NO. ____**

**UNREASONABLE FORCE BY LAW ENFORCEMENT OFFICER IN ARREST OR OTHER SEIZURE—ESSENTIAL FACTUAL ELEMENTS**

A law enforcement officer may use reasonable force to arrest or detain a person when the officer has reasonable cause to believe that that person has committed or is committing a crime. However, the officer may use only that degree of force necessary to accomplish the arresting or detention.

Plaintiffs claim that Officer Dane Norem and Officer Jeffrey McKee used unreasonable force in arresting or detaining Leroy Stephenson. establish this claim, plaintiffs must prove all of the following:

1. That Officer Dane Norem and Officer Jeffrey McKee used force in arresting or detaining Leroy Stephenson;

2. That the amount of force used by Officer Dane Norem and Officer Jeffrey McKee was unreasonable;

3. That Leroy Stephenson was harmed; and

4. That Officer Dane Norem's and Officer Jeffrey McKee's use of unreasonable force was a substantial factor in causing Leroy Stephenson's death.

In deciding whether Officer Dane Norem or Officer Jeffrey McKee used unreasonable force, you must consider all of the circumstances of the arresting or detention and determine what force a reasonable officer in Officer Dane Norem's or Officer Jeffrey McKee's position would have used under the same or similar circumstances. Among the factors to be considered are the following:

(a) Whether Leroy Stephenson reasonably appeared to pose an immediate threat to the safety of Officer Dane Norem or Officer Jeffrey McKee or others;

(b) The seriousness of the crime at issue;

(c) Whether Leroy Stephenson was actively resisting arrest or detention or attempting to avoid arresting or detention by flight; and

(d) Officer Dane Norem's and Officer Jeffrey McKee's tactical conduct and decisions before using force on Leroy Stephenson.

Lee H. Roistacher, Esq.

Certified Appellate Specialist,

State Bar of California Board of

Legal Specialization

440 Stevens Avenue, Suite 100

Solana Beach, Ca. 92075

(858) 264-4938 – direct

(858) 492-0486 - facsimile

lroistacher@deangazzo.com

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, July 29, 2025 12:57 PM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Oh, that's great. Thanks. Can we go through and see if we can find any agreements to be made on these docs after we discuss the MILs on Friday?

It might be a good time to have an initial discussion about authenticity/admissibility for the exhibits as well.

Best,

Cooper

**Cooper Alison-Mayne, Associate Attorney | The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Tuesday, July 29, 2025 12:51 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina

Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Yes all the documents I sent were on behalf of all defendants

Kimberly Sullivan

Partner

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax: (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, July 29, 2025 12:47 PM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Yes I saw that. But I thought that was just for your client, McKee. Are those also sent on behalf of Norem?

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Tuesday, July 29, 2025 12:43 PM

**To:** Cooper Mayne <CMayne@galipolaw.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

I sent both the instructions and PTCO to you about 30-40 minutes ago.

Kimberly Sullivan

Partner

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax: (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, July 29, 2025 12:41 PM
**To:** Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Great. See you all Friday.

And Stephanie, I left a voice mail for you—I was expecting to receive jury instructions from you yesterday. When are you planning to send those over?

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>
**Sent:** Tuesday, July 29, 2025 12:23 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Yes, that works for me as well, Cooper.

Regards,
Stephanie

Stephanie A. Vollmer

Deputy Attorney General

California Department of Justice

Office of the Attorney General

455 Golden Gate Avenue, Suite 11000

San Francisco, California 94102

Phone: (415) 510-3849

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, July 29, 2025 12:17 PM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Thanks, Kimberly — for the MC on Friday, does 11 a.m. work for you?

Stephanie, Does that work for you too?

**Cooper Alison-Mayne, Associate Attorney | The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:

This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Tuesday, July 29, 2025 12:09 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

Attached is the PTCO.

Kimberly Sullivan

Partner

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax: (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

**From:** Kimberly Sullivan
**Sent:** Tuesday, July 29, 2025 12:06 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

I'm available on Friday to meet and confer on the MILs.

Attached are the jury instructions.

Thank you,

Kimberly Sullivan

Partner

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax: (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, July 29, 2025 10:46 AM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Also — would you all like to meet and confer further on motions in limine this week?

I'm free to do that almost any time Thursday or Friday.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Christine Henson <Christine.Henson@doj.ca.gov>
**Sent:** Tuesday, July 29, 2025 8:32 AM
**To:** Cooper Mayne <CMayne@galipolaw.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>

**Cc:** Lee Roistacher <[lroistacher@deangazzo.com](lroistacher@deangazzo.com)>; Kimberly Sullivan <[ksullivan@deangazzo.com](ksullivan@deangazzo.com)>; Lee Roistacher <[lroistacher@deangazzo.com](lroistacher@deangazzo.com)>; Dale Galipo ([dalekgalipo@yahoo.com](dalekgalipo@yahoo.com)) <[dalekgalipo@yahoo.com](dalekgalipo@yahoo.com)>; Gregory Peacock <[gregorypeacockesq@gmail.com](gregorypeacockesq@gmail.com)>; Christina Ramirez <[Christina.Ramirez@doj.ca.gov](Christina.Ramirez@doj.ca.gov)>; Nicholas Lerman <[nmlerman0@yahoo.com](nmlerman0@yahoo.com)>; Darci Gilbert <[dgilbert@galipolaw.com](dgilbert@galipolaw.com)>; Teresa Arambul <[Teresa.Arambul@doj.ca.gov](Teresa.Arambul@doj.ca.gov)>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Please remove me ([christine.henson@doj.ca.gov](christine.henson@doj.ca.gov)) from the Service List and add the following:

Teresa Arambul, Legal Secretary

[teresa.arambul@doj.ca.gov](teresa.arambul@doj.ca.gov)

Thank you for your assistance with this matter.

> **Christine L. Henson**
>
> **Legal Secretary**
>
> **CA Department of Justice**
>
> **Office of the Attorney General**
>
> **2550 Mariposa Mall #5090**
>
> **Fresno, California 93721**
>
> **Office: 559-492-4533**

---

**From:** Cooper Mayne <[CMayne@galipolaw.com](CMayne@galipolaw.com)>
**Sent:** Tuesday, July 29, 2025 8:26 AM
**To:** David Klehm <[David.Klehm@doj.ca.gov](David.Klehm@doj.ca.gov)>; Stephanie Vollmer <[Stephanie.Vollmer@doj.ca.gov](Stephanie.Vollmer@doj.ca.gov)>; Donna Dean <[Donna.Dean@doj.ca.gov](Donna.Dean@doj.ca.gov)>
**Cc:** Lee Roistacher <[lroistacher@deangazzo.com](lroistacher@deangazzo.com)>; Kimberly Sullivan <[ksullivan@deangazzo.com](ksullivan@deangazzo.com)>; Lee Roistacher <[lroistacher@deangazzo.com](lroistacher@deangazzo.com)>; Dale Galipo ([dalekgalipo@yahoo.com](dalekgalipo@yahoo.com)) <[dalekgalipo@yahoo.com](dalekgalipo@yahoo.com)>; Gregory Peacock <[gregorypeacockesq@gmail.com](gregorypeacockesq@gmail.com)>; Christina Ramirez <[Christina.Ramirez@doj.ca.gov](Christina.Ramirez@doj.ca.gov)>; Christine Henson <[Christine.Henson@doj.ca.gov](Christine.Henson@doj.ca.gov)>; Nicholas Lerman <[nmlerman0@yahoo.com](nmlerman0@yahoo.com)>; Darci Gilbert <[dgilbert@galipolaw.com](dgilbert@galipolaw.com)>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Stephanie, David, and Donna,

What's your plan with the trial docs? You were supposed to send over some jury instructions yesterday. See Standing Order at 60.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: [cmayne@galipolaw.com](cmayne@galipolaw.com) [www.GalipoLaw.com](www.GalipoLaw.com)

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or

authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Monday, July 28, 2025 8:03 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

Attached is the exhibit and witness list. We are still working on the remainder of the documents. We are aiming to get you the rest of the documents by Wednesday, at the very latest.

Hope you have a nice evening!

Kimberly Sullivan

Partner

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax: (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, July 25, 2025 2:44 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Hi Lee,

Yes, it's in the packet I sent.

**Cooper Alison-Mayne, Associate Attorney | The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Friday, July 25, 2025 2:39 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

Do you have a proposed Instruction 1.5 yet?

Lee H. Roistacher, Esq.

Certified Appellate Specialist,

State Bar of California Board of

Legal Specialization

440 Stevens Avenue, Suite 100

Solana Beach, Ca. 92075

(858) 264-4938 – direct

(858) 492-0486 - facsimile

lroistacher@deangazzo.com

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, July 21, 2025 5:24 PM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>; Dale Galipo (dalekgalipo@yahoo.com)

<dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Counsel,

Here are drafts of the joint docs—delivered a week early, as promised. I'll get you a verdict form tomorrow, just need to make a few more changes on that.

Please use track changes.

Best Regards,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Thursday, June 26, 2025 9:29 AM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

That would be great, yes. See you all next week.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Thursday, June 26, 2025 8:58 AM
**To:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Cooper Mayne <CMayne@galipolaw.com>

**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Thank you. Cooper do you want to circulate a teams or should I?

Kimberly Sullivan

Partner

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax: (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

**From:** David Klehm <David.Klehm@doj.ca.gov>
**Sent:** Thursday, June 26, 2025 8:43 AM
**To:** Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Kimberly Sullivan <ksullivan@deangazzo.com>; Cooper Mayne <CMayne@galipolaw.com>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Counsel,

July 1st at 1:00 p.m. is acceptable.

Thank you,

David Klehm

**Deputy Attorney General IV**

**California Department of Justice**

Torts & Condemnation

600 W. Broadway, Suite 1800

San Diego, CA 92101

Office Direct: (619) 738-9733

Email: David.Klehm@doj.ca.gov

---

**From:** Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>
**Sent:** Thursday, June 26, 2025 8:23 AM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Cooper Mayne <CMayne@galipolaw.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

I am available on July 1st at 1pm.

Stephanie A. Vollmer

Deputy Attorney General

California Department of Justice

Office of the Attorney General

455 Golden Gate Avenue, Suite 11000

San Francisco, California 94102

Phone: (415) 510-3849

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Thursday, June 26, 2025 8:03 AM
**To:** Cooper Mayne <CMayne@galipolaw.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

David/Stephanie:

Does July 1 at 1:00 p.m. work for you?

Thanks!

Kimberly Sullivan

Partner

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax: (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, June 20, 2025 1:01 PM
**To:** David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

David,

Please let us know if **July 1 at 1 p.m.** works for you too.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Thursday, June 19, 2025 7:18 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; David Klehm <David.Klehm@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Thanks Cooper. I can do July 1 at 1:00 p.m. for the meet and confer.

And yes, I will call you tomorrow at 1:00 p.m.

Thank you!

Kimberly Sullivan

Partner

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax: (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Thursday, June 19, 2025 9:41 AM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Kimberly,

Thanks for reaching out. Yes, I'm available tomorrow to discuss the case. How about 1pm?

For the meeting the local rules require, how about July 1 at 1 pm? **David**, would you or Tammy be able to join us? I think it'll only take 10 minutes, but I'd like to check that box in case the court asks about it.

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Wednesday, June 18, 2025 8:16 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; David Klehm <David.Klehm@doj.ca.gov>; Lee

Roistacher <lroistacher@deangazzo.com>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

Hope all is well.

Looks like per local rules we need to meet and confer before the final pretrial conference by July 16. Please advise when you are available to do that, or if you intend to just send us the trial documents as you did in Kirkman. We will also need to meet and confer about MILs by end of July. Lee and I are both out of town the first week of August.

Also, are you available on Friday to discuss this case? I have a meeting from 10:30 to 11:30 and 3:00 to 3:30, but otherwise I'm free.

Thank you,

Kimberly Sullivan

Partner

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax: (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, January 21, 2025 4:25 PM
**To:** David Klehm <David.Klehm@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

David,

There is no prejudice.. May is a long way off. You are a very smart and talented lawyer; you could prep in like 2 weeks. But we don't need to debate the issue. Please just add your dates to the joint filing so I can file it. I leave at 5 pm today, so please send your edits soon.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** David Klehm <David.Klehm@doj.ca.gov>
**Sent:** Tuesday, January 21, 2025 4:19 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

Now that Court has issued its MSJ Ruling after about 16 months, there is no legitimate reason to prejudice my clients by racing this case to an artificially premature trial date.

Thank you,

David Klehm

**Deputy Attorney General IV**

**California Department of Justice**

Torts & Condemnation

600 W. Broadway, Suite 1800

San Diego, CA 92101

Office Direct: (619) 738-9733

Email: David.Klehm@doj.ca.gov

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, January 21, 2025 2:25 PM
**To:** David Klehm <David.Klehm@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

David,

November/December is too far off. This incident happened in January 25, 2019. We may attach Dale's trial calendar along with the report to help the judge decide on a date. Feel free to do the same.

Lee, please see the updated document. I'll get back to you before the 24th about whether we will drop the federal claims. But it's likely.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** David Klehm <David.Klehm@doj.ca.gov>
**Sent:** Tuesday, January 21, 2025 1:27 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; Cooper Mayne <CMayne@galipolaw.com>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

Thank you for sending this draft.

My client cannot agree to a May 13, 2025, trial date.

Please provide alternative dates in November/December 2025.

Thank you,

David Klehm

**Deputy Attorney General IV**

**California Department of Justice**

Torts & Condemnation

600 W. Broadway, Suite 1800

San Diego, CA 92101

Office Direct: (619) 738-9733

Email: David.Klehm@doj.ca.gov

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Tuesday, January 21, 2025 1:01 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Cooper,

Without changing your proposed trial date to sometime next year, this is what I am comfortable with.

Lee H. Roistacher, Esq.

Certified Appellate Specialist,

State Bar of California Board of

Legal Specialization

440 Stevens Avenue, Suite 100

Solana Beach, Ca. 92075

(858) 264-4938 – direct

(858) 492-0486 - facsimile

lroistacher@deangazzo.com

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, January 21, 2025 9:50 AM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Lee and David,

I hope you had a good long weekend.

I haven't heard back from you all with any trial dates, but we do have to file our joint report today. Here's a draft. I'd be happy to go back and forth about dates a little more before we file

this. It would be great to come to some agreement.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Friday, January 17, 2025 3:34 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Well that is true but there may be remaining state claims that don't get automatically stayed.

Lee H. Roistacher, Esq.

Certified Appellate Specialist,

State Bar of California Board of

Legal Specialization

440 Stevens Avenue, Suite 100

Solana Beach, Ca. 92075

(858) 264-4938 – direct

(858) 492-0486 - facsimile

lroistacher@deangazzo.com

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, January 17, 2025 3:22 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan

<[ksullivan@deangazzo.com](mailto:ksullivan@deangazzo.com)>; Gregory Peacock <[gregorypeacockesq@gmail.com](mailto:gregorypeacockesq@gmail.com)>; Donna Dean <[Donna.Dean@doj.ca.gov](mailto:Donna.Dean@doj.ca.gov)>; Christina Ramirez <[Christina.Ramirez@doj.ca.gov](mailto:Christina.Ramirez@doj.ca.gov)>; Christine Henson <[Christine.Henson@doj.ca.gov](mailto:Christine.Henson@doj.ca.gov)>; Nicholas Lerman <[nmlerman0@yahoo.com](mailto:nmlerman0@yahoo.com)>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Lee,

I thought you said you were going to be appealing the Kirkman MSJ. So that trial won't be going in May no matter who wins the MSJ, right?

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: [cmayne@galipolaw.com](mailto:cmayne@galipolaw.com) [www.GalipoLaw.com](http://www.GalipoLaw.com)

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Lee Roistacher <[lroistacher@deangazzo.com](mailto:lroistacher@deangazzo.com)>
**Sent:** Friday, January 17, 2025 3:16 PM
**To:** Cooper Mayne <[CMayne@galipolaw.com](mailto:CMayne@galipolaw.com)>; David Klehm <[David.Klehm@doj.ca.gov](mailto:David.Klehm@doj.ca.gov)>
**Cc:** Dale Galipo ([dalekgalipo@yahoo.com](mailto:dalekgalipo@yahoo.com)) <[dalekgalipo@yahoo.com](mailto:dalekgalipo@yahoo.com)>; Kimberly Sullivan <[ksullivan@deangazzo.com](mailto:ksullivan@deangazzo.com)>; Gregory Peacock <[gregorypeacockesq@gmail.com](mailto:gregorypeacockesq@gmail.com)>; Donna Dean <[Donna.Dean@doj.ca.gov](mailto:Donna.Dean@doj.ca.gov)>; Christina Ramirez <[Christina.Ramirez@doj.ca.gov](mailto:Christina.Ramirez@doj.ca.gov)>; Christine Henson <[Christine.Henson@doj.ca.gov](mailto:Christine.Henson@doj.ca.gov)>; Nicholas Lerman <[nmlerman0@yahoo.com](mailto:nmlerman0@yahoo.com)>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

Those dates conflict with Kirkman, which is set for trial on 4/19 with the final pretrial conference on 3/18. I cannot do both (If I am involved in this case) at the same time. I believe David said later in the year and I would defer to him for those dates.

Lee H. Roistacher, Esq.

Certified Appellate Specialist,

State Bar of California Board of

Legal Specialization

440 Stevens Avenue, Suite 100

Solana Beach, Ca. 92075

(858) 264-4938 – direct

(858) 492-0486 - facsimile

[lroistacher@deangazzo.com](mailto:lroistacher@deangazzo.com)

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege,

the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, January 17, 2025 3:06 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Lee and David,

There will probably not be a stay as we are very likely to drop the federal claims against McKee.

Here's my proposal for dates working back from a May 13 trial date:

| | |
|---|---|
| **Last Day to Complete Settlement** | April 1, 2025 |
| **Last day to file all pretrial documents and motions**<br><br>**in limine** | April 15, 2025 |
| **Last day to file response to motions in limine**<br><br>**(3 weeks after last day to complete settlement)** | April 22, 2025 |
| **Final Pretrial Conference, Status Conference re**<br><br>**Disputed Exhibits, and Hearing on Motions in**<br><br>**Limine**<br><br>**(4 weeks after last day to complete settlement: Monday at**<br><br>**1:30 pm)** | April 28, 2025 @ 1:30 p.m. |
| **Jury Trial**<br><br>**(6 weeks after last day to complete settlement: Tuesday at**<br><br>**9:00 a.m.)** | May 13, 2025 @ 9:00 a.m. |
| *Duration Estimate:* | 5 days |

I look forward to hearing from you both.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800
Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email:
cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any
review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or
authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies
of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, January 6, 2025 4:45 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan
<ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean
<Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine
Henson <Christine.Henson@doj.ca.gov>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Lee and David,

Thanks for getting back to me so quickly. So, let's calendar it for Jan 17 at 9 a.m.

And yes, we'll be prepared to talk about the appeal.

Best regards,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800
Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email:
cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any
review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or
authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies
of this message.

---

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Monday, January 6, 2025 4:39 PM
**To:** David Klehm <David.Klehm@doj.ca.gov>; Cooper Mayne <CMayne@galipolaw.com>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan
<ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean
<Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine
Henson <Christine.Henson@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper/David,

That day works for me also. Please note we will be filing a notice of appeal tomorrow so we would
like to cover in the call everyone's position on a stay of the case pending resolution of the appeal.
Thanks.

Lee H. Roistacher, Esq.

Certified Appellate Specialist,

State Bar of California Board of

Legal Specialization

440 Stevens Avenue, Suite 100

Solana Beach, Ca. 92075

(858) 264-4938 – direct

(858) 492-0486 - facsimile

lroistacher@deangazzo.com

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** David Klehm <David.Klehm@doj.ca.gov>
**Sent:** Monday, January 6, 2025 4:25 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Counsel,

January 17th in the morning is good for me.

Thank you,

David Klehm

**Deputy Attorney General IV**

**California Department of Justice**

Torts & Condemnation

600 W. Broadway, Suite 1800

San Diego, CA 92101

Office Direct: (619) 738-9733

Email: David.Klehm@doj.ca.gov

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, January 6, 2025 3:59 PM

**To:** Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>
**Subject:** Stephenson v. CHP (21-cv-00526)

<mark>**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.</mark>

Good afternoon, Lee and David,

Our joint status report is due January 21st. We'll need to meet and confer before filing. I'm available anytime on January 16th or 17th. Please let me know what times would work best for you.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may

violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender

and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

EXHIBIT "5"

| From: | Kimberly Sullivan |
|---|---|
| To: | Cooper Mayne; Donna Dean; Lee Roistacher |
| Cc: | David Klehm; Stephanie Vollmer; Teresa Arambul; Dale Galipo; Gregory Peacock; Christina Ramirez; Nicholas Lerman; Darci Gilbert; David Park |
| Subject: | RE: Stephenson v. CHP (21-cv-00526) |
| Date: | Tuesday, August 12, 2025 7:18:53 PM |
| Attachments: | image001.jpg |
| | image002.jpg |
| | Notice of Disputed Exhibits (amended).docx |

---

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

---

Cooper,

Attached is an amended disputed exhibit list. At this point and given you have all our exhibits, I would request that you update the columns with your objections. Also, we could remove any exhibits from the disputed list that you are not objecting to.

Again, we don't have all of your exhibits, so please send those ASAP.

Once you are done, please send back and I will get this filed.

Thanks!

Kimberly Sullivan

Partner



440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax: (858) 492-0486

ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

---

**From:** Kimberly Sullivan
**Sent:** Tuesday, August 12, 2025 6:52 PM
**To:** Cooper Mayne ; Donna Dean ; Lee Roistacher
**Cc:** David Klehm ; Stephanie Vollmer ; Teresa Arambul ; Dale Galipo ; Gregory Peacock ; Christina Ramirez ; Nicholas Lerman ; Darci Gilbert ; David Park
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

Attached is an amended exhibit list. Please fill in the columns for admissibility and authentication. Then recirculate so I can get this filed. All of defendants' exhibits are in the link below.

https://spaces.hightail.com/space/iRRVLy9waZ

I am working on an amended disputed exhibit list and will circulate that shortly.

We are still missing all your exhibits, please send those ASAP. Additionally, please let me know whether you have any of the original depo transcripts for lodging.

Thank you,

Kimberly Sullivan
*Partner*



440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Phone: (858) 380-4683, Ext. 5508
Direct: (858) 467-5508
Fax: (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, August 12, 2025 3:47 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Counsel,

We'll submit a binder to the court with Joint Exhibits 1–29 with an index page for just those exhibits. I'll send you our binder labels when we have them in case you'd like to use the same format/font. David/Donna — I'm still waiting to hear back regarding my previous email.

Thanks,
Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, August 12, 2025 9:11 AM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>;

Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>

**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Counsel,

I hope you all are doing well. Couple things:

1. Can you please send your exhibits over?

2. Could you please share any documents that support or indicate that these individuals were watching the incident via a Caltrans camera? (I don't have documents identifying these folks.)
   Lisa Walkingstick (ID No. A13850)
   Rebeca Stowell (ID No. A09594
   Susan Sween (ID No. A10420)
   Berenice Rodriguez (ID No. A12561)
   LaShanda Franklin (ID No. A12584)
   Deena Corbett-Wolf (ID No. A13278)
   Marianne Tillmann (ID No. A13816)
   Desiree Sandoval (ID No. A13997)
   Anna Mercado (ID No. A14044)
   April Sorenson (ID No. A14129)
   Steven Tillman (ID No. A14300)
   Laura Smart (ID No. A14695).
   Jaclyn Mendenhall (ID No. A15119)
   Carolina Olazaba (ID No. A16300)
   Jacquelyn Feliciano (ID No. A16720)
   Ashley Angle (ID No. A17654)
   Juan Mandujano (ID No. A17670)

Please give me an estimate about how long you think you need to send this stuff over.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com
www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 10:19 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park

<dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)
Understood! Thanks
Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 10:17:44 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

It should be filed soon. It had to wait in the queue for our swing shift secretaries.

Donna

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 10:16 PM
**To:** Donna.Dean@doj.ca.gov; Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Are you filing tonight? I haven't seen it come through.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 8:07:41 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Got it – thanks!

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 8:07 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

EXTERNAL EMAIL: This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Great job, Donna. The document header should be yours not mine. And the footnote should say you have my permission to file, not the reverse.

With those changes it's good to go with my signature.

Thanks,

Cooper

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 8:01:12 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper.

Please see attached.

Thanks,

Donna

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 7:27 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

EXTERNAL EMAIL: This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

I have absolute faith in you, Donna. But yes please let me see it before filing.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 7:22:22 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

I am working on it – do you want to see it before it is filed?

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 7:20 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Please let me know if you are going to get your filing of the statement of exhibit disputes done tonight.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com
www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Monday, August 11, 2025 6:54 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Cooper Mayne <CMayne@galipolaw.com>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

That works for us.

Lee H. Roistacher, Esq.

Certified Appellate Specialist,

State Bar of California Board of

Legal Specialization



440 Stevens Avenue, Suite 100

Solana Beach, Ca. 92075

(858) 264-4938 – direct

(858) 492-0486 - facsimile

lroistacher@deangazzo.com

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 6:53 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

We will accept the following language for the joint exhibit list and joint witness list:

> *Plaintiffs note that Defendants added sixty additional exhibits to the Joint Exhibit List on the same day this document was due. Plaintiffs have not had time to review these additional documents and reserve their right to object to them at a later time.*

> *Plaintiffs note that Defendants added thirty-two additional witnesses to the Joint Witness List on the same day this document was due. Plaintiffs reserve their right to object to these witnesses testifying and reserve their right to identify additional witnesses.*

We propose filing the Notice of Disputed Exhibits tomorrow to give you enough time to provide your input on the additional exhibits.

Thanks,

Donna

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 6:46 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>

**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

I need to get going. So, at 7 p.m., I'll either file a joint doc with the additional toned down lines I proposed and your optional response or I'll just file a declaration explaining why joint docs are not being filed today.

Also, you haven't sent me the notice of disputed exhibits. I sent you my portions. Please put a note in the spots for objections to the new exhibits explaining that the document was not provided to plaintiffs in time for them to make their changes. I still expect it to be filed a joint document as promised by you. I look forward to what you all put together, not sure what's taking so long.

If that is not done by 7 I will just add it to the declaration explaining why that wont be filed as a joint document either.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 6:32 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

OK. I would like to get joint docs filed as ordered by the Court. But we have to put something about what's going on here...

How about this toned down language.

> *Plaintiffs note that Defendants added sixty (60) additional exhibits to the Joint Exhibit List at approximately 5:30 p.m. on August 11, 2025—the same day this document was due. Plaintiffs do not have time to review these additional documents, and reserve their right to object to them at a later time.*

> *Plaintiffs note that Defendants added thirty-two (32) additional witnesses to the Joint Witness List at approximately 5:50 p.m. on August 11, 2025—the same day this document was due. Plaintiffs reserve their right to object to these witnesses testifying. Plaintiffs reserve their right to identify additional witnesses.*

You can add your position if you think it's necessary. Given what happened here, I think this is very reasonable. There is no way we're filing joint documents without a note about what happened here. It's not going to happen.

Please let me know if I have your permission to file the Witness List and Exhibit list with the above additions.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 6:12 PM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Same for us.

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Monday, August 11, 2025 6:12 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Hi Cooper,

We are not going to agree to that language. Feel free to file a separate document with plaintiff's position, but neither Lee nor I will be signing a document with that language in it.

Kimberly Sullivan

Partner



440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax: (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 5:55 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

I accepted your changes to the exhibit list and added this to the intro page. Please let me know if it's good to file with your signatures.

PLEASE TAKE NOTICE that the Parties hereby submit the Joint Exhibit List for the trial of this matter. The parties reserve their rights to supplement and amend this exhibit list.

Plaintiffs note that **Defendants added sixty (60) additional exhibits to the Joint Exhibit List at approximately 5:30 p.m. on August 11, 2025—the same day this document was due.** Plaintiffs first provided a draft Joint Exhibit List on July 21, 2025, one week earlier than required, at Defendants' request and in the spirit of working collaboratively and in good faith. At no point during the ensuing weeks of discussions did Defendants indicate, suggest, or imply that they intended to add sixty additional exhibits. Plaintiffs believe this conduct was undertaken in bad faith, is unprofessional, and violates both the Local Rules and this Court's Standing Order.

This last-minute disclosure has the potential to completely alter the scope and substance of the motions in limine Plaintiffs would file, as those filings were based on the exhibits previously identified and discussed with Defense counsel. Plaintiffs may therefore be required to seek relief from the Court, including filing additional or amended motions in limine or other appropriate motions, and may also move for sanctions to address the prejudice caused by Defendants' conduct.

Respectfully submitted,

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 5:50 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

Please see the attached PTCO with additional edits by defendants.

Thanks,

Donna

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 5:25 PM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

EXTERNAL EMAIL: This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

OK team,

This is what we have left:

1. JI (disputed and undisputed)
2. PTCO
3. Exhibit List
4. Witness List
5. Notice of Disputed Exhibits (you are filing this one)

Waiting for you go ahead on 1–4 and your draft of 5.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Monday, August 11, 2025 5:17 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

These are good to good with the final revision to the statement of the case. We didn't make any further changes to the stip.

You have our permission to file with the changes.

Kimberly Sullivan

Partner



440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax: (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 5:11 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo

<dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

If it's ok with you I'll just leave it because the numbers will change as the judge makes his decisions anyways.

With your changes accepted I'm good to file both disputed and agreed right?

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com
www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 5:09 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

A few additional changes are tracked in the attached. You have my authorization to file with the revisions.

Also, do you intend to fill in the blank in No. 19 or leave it until the instructions are resolved?

Thanks,

Donna

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 4:56 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Please see Joint Agreed JI with all your requested changes.

Let me know if we are good to file.

**Cooper Alison-Mayne, Associate Attorney** | The Law Offices of Dale K. Galipo | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 4:49 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Please see Joint Disputed JI. I accepted all changes and added to my arguments for damages and your apportionment.

Let me know if it's good to go. I'll wait till we have the joint agreed finalized and filed sequentially.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | The Law Offices of Dale K. Galipo | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 4:44 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Missed that. But ok, thanks.

**Cooper Alison-Mayne, Associate Attorney** | The Law Offices of Dale K. Galipo | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 4:43 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

I sent you an email message earlier today (10:56 a.m.) asking you to add it.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 4:40 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Was Apportionment of Responsibility discussed previously?

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com
www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 4:38 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

One additional edit in the attached.

Thanks,

Donna

**From:** Donna Dean
**Sent:** Monday, August 11, 2025 4:27 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

Please see the attached disputed jury instructions with additional edits by defendants.

Thanks,

Donna

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 2:34 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

<mark>**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.</mark>

Here you are.

Please take a look at the statement of the case and the claims and defenses (in the joint JI) I have put in a very plain version that takes out causation as David Klehm suggested we do. I hope this is agreeable to everyone.

I moved **DISPUTED INSTRUCTION NO. 1 SECTION 1983 CLAIM—INTRODUCTORY INSTRUCTION** to undisputed because we didn't have any problem with your change.

----

The ball is in your court, please let me know when you expect to get your changes back to me so we can get this filed before 4:30.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 1:47 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

As you are working on the trial documents, I noticed that you have Lee's office listed as counsel for Defendant State of California in the signature lines of the joint documents. Please correct the signature lines to reflect that Lee's office represents only Defendant McKee, and our office represents Defendant State of California.

Thanks,

Donna

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 1:40 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Update: It'll be more like 2:30.

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com
www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 12:41 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

FYI. Dale and I are going through everything at lunch. I will send you a full packet at 1:30 so we can start finalizing things and preparing to get these filed.

I am working on drafts of everything except the Notice of Disputed Exhibits and Disputed Verdict Forms,

which you are working on.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 12:16 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Here's the latest draft of the joint agreed upon instructions. I accepted your changes with one exception discussed below.

I rejected your changes to the defendants' names (you suggested we identify them as officers every time their name comes up). We would like to identify them as they are identified on the complaint, by their name.

I also changed Multiple Causes instruction to make it less wordy by just identifying McKee and Norem as "defendants".

     A person's conduct may combine with another factor to cause harm. If you find that the defendants' conduct was a substantial factor in causing Leroy Stephenson's harm, then they are responsible for the harm. The defendants cannot avoid responsibility just because some other person, condition, or event was also a substantial factor in causing Leroy Stephenson's harm.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 11:10 AM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie

Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

I will send you the final document for review.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 11:08 AM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

<mark>EXTERNAL EMAIL: This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.</mark>

Yes, should be. But I'd like to see the final document before you file it.

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com
www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 11:05 AM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Thanks – is your argument final?

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 11:00 AM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

<mark>EXTERNAL EMAIL: This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.</mark>

Thanks for pointing that out re: McKee's name. Here's an updated version.

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 10:56 AM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

Please see the attached revised defendants' verdict form and argument. Also, you have defendant Jeffrey McKee's name as Joseph McKee in certain areas – do you intend to correct that?

In addition, please add CACI 401 and 406 to the disputed jury instructions if you have already been working on them, and I can add the arguments when you send over the next draft. I don't want to have multiple versions going around.

Thanks,

Donna

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 10:48 AM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Yes, that's right. Can you take the lead on that? Here's our argument section. And I sent it before but here's our verdict form.

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Lee Roistacher <lroistacher@deangazzo.com>

**Sent:** Monday, August 11, 2025 10:36 AM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

We have to put together a competing verdict form document with both verdict forms and then each side's respective positions.

Lee H. Roistacher, Esq.

Certified Appellate Specialist,

State Bar of California Board of

Legal Specialization



440 Stevens Avenue, Suite 100

Solana Beach, Ca. 92075

(858) 264-4938 – direct

(858) 492-0486 - facsimile

lroistacher@deangazzo.com

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 8:14 AM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Here's our updated verdict form. The only thing I changed was the damages instructions to account for our concession that negligence/battery do not trigger survival damages.

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com

[www.GalipoLaw.com](http://www.GalipoLaw.com)

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Cooper Mayne <[CMayne@galipolaw.com](mailto:CMayne@galipolaw.com)>
**Sent:** Monday, August 11, 2025 7:55 AM
**To:** Donna Dean <[Donna.Dean@doj.ca.gov](mailto:Donna.Dean@doj.ca.gov)>
**Cc:** Lee Roistacher <[lroistacher@deangazzo.com](mailto:lroistacher@deangazzo.com)>; Kimberly Sullivan <[ksullivan@deangazzo.com](mailto:ksullivan@deangazzo.com)>; David Klehm <[David.Klehm@doj.ca.gov](mailto:David.Klehm@doj.ca.gov)>; Stephanie Vollmer <[Stephanie.Vollmer@doj.ca.gov](mailto:Stephanie.Vollmer@doj.ca.gov)>; Teresa Arambul <[Teresa.Arambul@doj.ca.gov](mailto:Teresa.Arambul@doj.ca.gov)>; Dale Galipo <[dalekgalipo@yahoo.com](mailto:dalekgalipo@yahoo.com)>; Gregory Peacock <[gregorypeacockesq@gmail.com](mailto:gregorypeacockesq@gmail.com)>; Christina Ramirez <[Christina.Ramirez@doj.ca.gov](mailto:Christina.Ramirez@doj.ca.gov)>; Nicholas Lerman <[nmlerman0@yahoo.com](mailto:nmlerman0@yahoo.com)>; Darci Gilbert <[dgilbert@galipolaw.com](mailto:dgilbert@galipolaw.com)>; David Park <[dpark@galipolaw.com](mailto:dpark@galipolaw.com)>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Your changes were to the old version of the Joint Statement. I've put your changes into the newer version. Please note, I'm not sure we can agree to "which defendants contend was due to his acute methamphetimine intoxication" but I'll check when Dale comes in.

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: [cmayne@galipolaw.com](mailto:cmayne@galipolaw.com)
[www.GalipoLaw.com](http://www.GalipoLaw.com)

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Cooper Mayne <[CMayne@galipolaw.com](mailto:CMayne@galipolaw.com)>
**Sent:** Monday, August 11, 2025 7:43 AM
**To:** Donna Dean <[Donna.Dean@doj.ca.gov](mailto:Donna.Dean@doj.ca.gov)>
**Cc:** Lee Roistacher <[lroistacher@deangazzo.com](mailto:lroistacher@deangazzo.com)>; Kimberly Sullivan <[ksullivan@deangazzo.com](mailto:ksullivan@deangazzo.com)>; David Klehm <[David.Klehm@doj.ca.gov](mailto:David.Klehm@doj.ca.gov)>; Stephanie Vollmer <[Stephanie.Vollmer@doj.ca.gov](mailto:Stephanie.Vollmer@doj.ca.gov)>; Teresa Arambul <[Teresa.Arambul@doj.ca.gov](mailto:Teresa.Arambul@doj.ca.gov)>; Dale Galipo <[dalekgalipo@yahoo.com](mailto:dalekgalipo@yahoo.com)>; Gregory Peacock <[gregorypeacockesq@gmail.com](mailto:gregorypeacockesq@gmail.com)>; Christina Ramirez <[Christina.Ramirez@doj.ca.gov](mailto:Christina.Ramirez@doj.ca.gov)>; Nicholas Lerman <[nmlerman0@yahoo.com](mailto:nmlerman0@yahoo.com)>; Darci Gilbert <[dgilbert@galipolaw.com](mailto:dgilbert@galipolaw.com)>; David Park <[dpark@galipolaw.com](mailto:dpark@galipolaw.com)>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

I also never heard back about this joint stipulation. Are there any changes you wanted to make to this language?

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: [cmayne@galipolaw.com](mailto:cmayne@galipolaw.com)
[www.GalipoLaw.com](http://www.GalipoLaw.com)

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Cooper Mayne <[CMayne@galipolaw.com](mailto:CMayne@galipolaw.com)>
**Sent:** Monday, August 11, 2025 7:42 AM
**To:** Donna Dean <[Donna.Dean@doj.ca.gov](mailto:Donna.Dean@doj.ca.gov)>
**Cc:** Lee Roistacher <[lroistacher@deangazzo.com](mailto:lroistacher@deangazzo.com)>; Kimberly Sullivan <[ksullivan@deangazzo.com](mailto:ksullivan@deangazzo.com)>; David Klehm <[David.Klehm@doj.ca.gov](mailto:David.Klehm@doj.ca.gov)>; Stephanie Vollmer <[Stephanie.Vollmer@doj.ca.gov](mailto:Stephanie.Vollmer@doj.ca.gov)>; Teresa Arambul

<Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

I may have sent this before. But here is the Notice of Disputed Exhibits so you can start filling in your objections.

I've also attached the latest draft of the exhibit list.

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 11, 2025 7:09 AM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Great. Thanks.

Here's the argument you requested for the disputed jury instructions. Still working on the rest of that document.

PLAINTIFFS' STATEMENT IN SUPPORT OF
DISPUTED INSTRUCTION NO. 18

Mr. Stephenson had preexisting health conditions, including a heart condition, that made him more susceptible to serious injury or death from the force used against him. Allison Hunt, who performed Mr. Stephenson's autopsy found that atherosclerotic cardiovascular disease was a contributing factor to his death. Under California law, this is precisely the circumstance in which the "eggshell plaintiff" instruction is warranted. The law is clear that a defendant is liable for all harm proximately caused by their wrongful conduct, even if the injured person was more fragile or susceptible to injury than an average healthy person, and even if a healthier person would not have been harmed.

Without this instruction, the jury may improperly shift the burden of Mr. Stephenson's physical vulnerability onto him rather than the party whose conduct caused his death. The instruction ensures the jury understands this fundamental principle of causation and damages.

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank

Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com
www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Monday, August 11, 2025 7:04 AM
**To:** Cooper Mayne <CMayne@galipolaw.com>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

Please see the attached defendants' argument regarding the verdict forms for the "Competing Verdict Forms" pleading required by the court.

Thanks,

Donna

**From:** Donna Dean
**Sent:** Sunday, August 10, 2025 5:42 PM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Cooper Mayne <CMayne@galipolaw.com>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Please see the attached corrected defendants' verdict form.

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Sunday, August 10, 2025 5:09 PM
**To:** Donna Dean <Donna.Dean@doj.ca.gov>; Cooper Mayne <CMayne@galipolaw.com>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

EXTERNAL EMAIL: This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Questions 3 and 4 say "Joseph McKee" but it should be "Jeffrey McKee". Can someone either update or send me the word version and then I can update?

Kimberly Sullivan

Partner



440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax: (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

---

**From:** Donna Dean <Donna.Dean@doj.ca.gov>
**Sent:** Friday, August 8, 2025 4:51 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

Please see defendants' draft proposed verdict form attached hereto.

I will send you defendants' argument regarding the verdict forms under separate cover so you can prepare the "Competing Verdict Forms" pleading required by the court.

Thanks,

Donna

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, August 8, 2025 3:39 PM
**To:** David Klehm <David.Klehm@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Updated docs

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank

Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com
www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** David Klehm <David.Klehm@doj.ca.gov>
**Sent:** Friday, August 8, 2025 3:07 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>; David Klehm <David.Klehm@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

No. 24 on your proposed Exhibit List is an article titled, "Screaming Their Last Breath: Why First Responders Must Never Ignore the Words "I Can't Breathe", Dec. 11, 2015, reprinted Jun. 2, 2020".

While your desire to promote the "I can't breathe" theme is understandable, there are no facts to support such a narrative.

We can discuss in further detail during our meeting today.

Respectfully,

David Klehm

**Deputy Attorney General IV**

**California Department of Justice**

Torts & Condemnation

600 W. Broadway, Suite 1800

San Diego, CA 92101

Office Direct: (619) 738-9733

Email: David.Klehm@doj.ca.gov




**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, August 8, 2025 2:39 PM
**To:** David Klehm <David.Klehm@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo

<dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Updated Joint Witness List — nobody added, just shifted things around. I changed the summaries to be extremely plain and vague, so that we could come to an agreement on the language.

Updated Joint Exhibit List to add a few more articles and took off some exhibits. The articles can be found in Noble's report.

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, August 8, 2025 1:41 PM
**To:** David Klehm <David.Klehm@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

For the joint disputed jury instructions, I realized this one didn't make it into the version I sent you. Please note that you'll need to do objections to this one as well.

## DISPUTED INSTRUCTION NO. __

### UNUSUALLY SUSCEPTIBLE DECEDENT

You must decide the full amount of money that will reasonably and fairly compensate for all damages caused by the wrongful conduct of defendants McKee and Norem, even if Mr. Stephenson was more susceptible to injury than a normally healthy person would have been, and even if a normally healthy person would not have suffered similar injury.

Source: California Civil Jury Instructions (2025), 3928.

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, August 8, 2025 1:30 PM
**To:** David Klehm <David.Klehm@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>

**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

When will you all have your changes to the Joint Disputed instructions done? I believe you were adding your instructions to that document.

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, August 8, 2025 1:28 PM
**To:** David Klehm <David.Klehm@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

4pm is ok with me.

Here's a draft of the stipulation.

Note: I left #2 out because Dale decided he needs to review all the reports and depositions again before he can agree to that. I left in the autopsy stip but we'll obviously take that out if we can't come to an agreement later today.

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** David Klehm <David.Klehm@doj.ca.gov>
**Sent:** Friday, August 8, 2025 1:16 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; Cooper Mayne <CMayne@galipolaw.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

I am available until 4:00 p.m. today.

Thank you,

David Klehm

**Deputy Attorney General IV**

**California Department of Justice**

Torts & Condemnation

600 W. Broadway, Suite 1800

San Diego, CA 92101

Office Direct: (619) 738-9733

Email: David.Klehm@doj.ca.gov



---

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Friday, August 8, 2025 1:15 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>
**Cc:** Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

EXTERNAL EMAIL: This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

David?

Lee Roistacher

Sent from my iPhone

> On Aug 8, 2025, at 1:12 PM, Cooper Mayne <CMayne@galipolaw.com> wrote:

> Sure, I'm free whenever.

> **Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

> CONFIDENTIALITY NOTICE:
> This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Friday, August 8, 2025 12:54 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Are we going to meet to discuss exhibits today? I'm flexible but have something else to do that I can schedule around.

Lee H. Roistacher, Esq.

Certified Appellate Specialist,

State Bar of California Board of

Legal Specialization

440 Stevens Avenue, Suite 100

Solana Beach, Ca. 92075

(858) 264-4938 – direct

(858) 492-0486 - facsimile

lroistacher@deangazzo.com

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, August 8, 2025 12:44 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Yes, it is.

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:

This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Friday, August 8, 2025 11:32 AM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

Is this still the most recent link for your exhibits?

Lee H. Roistacher, Esq.

Certified Appellate Specialist,

State Bar of California Board of

Legal Specialization

440 Stevens Avenue, Suite 100

Solana Beach, Ca. 92075

(858) 264-4938 – direct

(858) 492-0486 - facsimile

lroistacher@deangazzo.com

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 4, 2025 2:41 PM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Counsel,

Here's where we are with exhibits.
https://www.dropbox.com/scl/fo/30e0pdmkcegzz52q28xf1/ANphn_vvjp41smFhskNhIEE?rlkey=fs6h7ak1j20vwvbsdaof2vmbk&st=cskit26i&dl=0

Still compiling some of them. But I wanted you to be able to see the types of autopsy photos we'll be introducing to help you decide whether you'll need an MIL on autopsy photos. For scene photos, we will have a selection of 5 or so photos from the set taken as part of the MAIT investigation.

McKee's video: we'll seek to introduce 0:00–10:33, and maybe a clip as well: 27:00–29:45.

Norem's video: 1:52–8:15, no clip.

We are not going to introduce the Autopsy Report.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 4, 2025 11:50 AM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Counsel,

Our motion in limine regarding prior bad acts encompasses any alleged criminal conduct, including the prior incidents involving Mr. Stephenson running on the freeway.

As for our motion regarding information unknown, we will argue—among other points—that the jury should only be informed about Mr. Stephenson's behavior prior to his interaction with Mr. Norem and Mr. McKee to the extent that such information was actually conveyed to and known by them. In other words, there is no need for witnesses to testify about their independent observations of Mr. Stephenson before the officers made contact with him (e.g., Officer Shawn Casteel, Officer Casteel, Officer Cisneros).

We would like to reach an agreement that no officer will testify that they have not been involved in a fatal use of force. Such testimony is improper and inadmissible under *Gates v. Rivera*, 993 F.2d 697 (9th Cir. 1993), and *Hesselbein v. Beckham*, 168 F. Supp. 3d 1252

(E.D. Cal. 2016).

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, August 4, 2025 10:08 AM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; David Park <dpark@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Kimberly,

Thanks for your redlines—those resolve most of the outstanding issues.

Regarding the Fourth Amendment claim, just to clarify, it's a survival claim and because its brought under federal law, there is no CTCA requirement. But as you mentioned, that's not your client, anyways.

Do we have an agreement on the expert MILs? On Friday, we talked about you all not filing MILs on our experts if we don't file MILs on defense experts. If we don't come to an agreement that is fine, but we would then file motions on all your medical experts on the grounds that their opinions are not based on reliable studies/principles/methods.

Regarding Noble. If everyone is stipulating that experts can't testify to opinions beyond what's in their reports or depositions, can we just include a line in the stip clarifying that Noble's report does not offer an opinion on whether McKee's actions were consistent or inconsistent with accepted police practices?

I'm putting together the exhibit packets and will get those to you today. I'll also send over the latest draft of the joint jury instructions and a document with our disputed instructions so you can start preparing your objections.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any
review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or
authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies
of this message.

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Saturday, August 2, 2025 3:29 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>;
Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>;
Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com)
<dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina
Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci
Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Thanks Cooper.

I've updated the joint instructions and added some comments in red below.

Kimberly Sullivan

Partner

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax: (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain
information that is privileged, confidential and exempt from disclosure under applicable law, including under the
litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for
any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by
phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail
to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, August 1, 2025 5:31 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan
<ksullivan@deangazzo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; David Klehm
<David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com)
<dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina
Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci
Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Counsel,

It was good to see everyone. David and Lee, enjoy the rest of your vacations.

**JURY INSTRUCTIONS**

Here is an updated draft of the agreed-upon jury instructions. Below is a summary of the changes:

- Agreed to include:

  - *Two or More Parties—Different Legal Rights*

  - *Cautionary Instructions*

  - Comparative fault instruction

  - NEGLIGENT USE OF NON-DEADLY FORCE (with agreed changes)

    <span style="color:red">Note, we did not agree to this one. But regardless you took it out of the joint instructions so we are good</span>

  - COMMUNICATION WITH COURT (with agreed changes)

  - PUNITIVE DAMAGES (per your revisions; with those, I don't believe the No Punitive Damages instruction is necessary)

  - Fourth Amendment – Excessive Force

- Agreed to :

  - Remove *State-created danger*

  - Keep version of 430 remains, with the understanding that the second paragraph will be excluded

- Removed from the joint list:

  - 9.2, battery, 400, 440, 441, prone restraint, failure to intervene, negligence per se, liability of public employees, etc.

- Potential compromise instructions (drafts to follow Monday):

  - *Fourteenth Amendment – Interference with Parent/Child Relationship*

  - 440 – if we proceed with the newer version of this instruction, we're agreeable to the paragraph you proposed

    <span style="color:red">As Lee mentioned in his email on Tuesday, July 29, The defense will be objecting to plaintiffs' CACI 440 and CACI 441 and will offer the version of CACI 440 that existed in January 2019, which was the 2016 version.</span>

- Damages instructions will likely remain disputed

- I included this revised language for the § 1983 claims, which I hope addresses

your concern

- ○ *The plaintiffs bring two claims against Dane Norem under the federal statute, 42 U.S.C. § 1983, which provides that any person or persons who, under color of state law, deprives another of any rights, privileges, or immunities secured by the Constitution or laws of the United States shall be liable to the injured party.*

David and Stephanie should really speak to this since it involves their client, but from Lee and my perspective, it does not. None of the claims were brought as survivor claims other than the Fourteenth Amendment loss of familial association claim which is not a survivor claim. (As already discussed, the state court sustained without leave to amend and with prejudice the demurrer to all survivor claims because plaintiffs' Government Code claims did not assert survivor claims. None of the state law claims can be survivor claims seeking damages on Leroy's behalf.) This is all evident from the first amended complaint. I struck that language from the agreed to instructions

I left our dispute over CONSIDERATION OF EVIDENCE in the joint instructions because I think we should resolve it some way. Maybe we can flip a coin on this one? I'll let Lee/David/Stephanie weigh in on this. We struck "[, and a mistrial could result that would require the entire trial process to start over]" I personally don't think it should be in there since it will make the jury feel pressured to reach a verdict if they are deadlocked. But again I defer to Lee/David/Stephanie

I also left our dispute over CLAIMS AND DEFENSES in the joint instructions because I think we should be able to agree on this.

Regarding pain and suffering and survival damages — we will not seek those damages under state law. I'll modify the JI, PTCO, verdict form, and any other documents accordingly.

As for your position that we cannot pursue a battery claim, I've reviewed the state court record and see nothing that would preclude us from asserting a wrongful death claim based on battery. As previously explained, our view is that a wrongful death claim must be predicated on a tort or wrongful act. Here, the underlying act is an intentional killing through the use of unreasonable force, which we believe supports a wrongful death claim based on the intentional tort of battery. The fact that survival claims were dismissed with prejudice is neither here nor there.

We will agree to disagree on this

I would hope we can at least agree on what claims are being tried. It's one thing for lawyers to disagree about the merits of a claim—but it's a bit embarrassing to disagree about what the disagreement even is. I'd ask that you take another look at the amended complaint and give serious consideration to revisiting your position on the battery claim.

We are not disagreeing about what the disagreement is. Our position is that the wrongful death claim is predicated on 1983. It is pled that way. Battery was dismissed with prejudice.

## OTHER ISSUES

I'll get you the packets of exhibits on Monday so we can decide whether we can agree on any of those. (Autopsy photos, video clips, etc.)

We agree not to file any MILs or *Daubert* motions against your experts if you reciprocate with regard to our experts. Please let me know if we have a deal on that.

We agree to stipulate that experts will be limited to opinions provided in their report or at their deposition. Lee, I haven't read Noble's report as many times as you have, but I believe this agreement would take care of your concerns as well.

<span style="color:red">We are going to file a MIL on Noble, regardless. Unless we have an express stipulation, which sounds like you are agreeable to.</span>

Finally, I may have forgotten to mention during our meet and confer that we also plan to file a MIL to keep out the amount of the settlement that was reached with Riverside and Mr. Borden. That was done before we came in on the case, and the jury should not know about the amount of the settlement. Please let me know if we can come to an agreement on that.

Thank you all for your time, consideration, and professionalism,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Friday, August 1, 2025 2:35 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

I can't remember if we talked about this, but the state court sustained without leave to amend and with prejudice the demurrer to all survivor claims because plaintiffs' Government Code claims did not assert survivor claims. Accordingly, none of the state law claims can be survivor claims seeking damages on Leroy's behalf. That is also evident from the first amended complaint. None of the claims are brought as survivor claims other than the Fourteenth Amendment loss of familial association claim which is not a survivor claim.

Thus, our position is the state law claims are only wrongful death claims (the same is true regarding the Fourth Amendment claim against Norem).

Lee H. Roistacher, Esq.

Certified Appellate Specialist,

State Bar of California Board of

Legal Specialization

440 Stevens Avenue, Suite 100

Solana Beach, Ca. 92075

(858) 264-4938 – direct

(858) 492-0486 - facsimile

lroistacher@deangazzo.com

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Wednesday, July 30, 2025 3:22 PM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Counsel,

In preparation for our meeting on Friday, here is an update on our position regarding some of the more interesting disputes:

- We maintain that our wrongful death claim is based on battery—an intentional tort. Given that the claim clearly talks about intentional behavior, and battery is the only intentional tort that plausibly applies here, we don't believe there was much room for confusion on that point.

- We are willing to withdraw the dangerous condition / state-created-danger jury instruction.

- We intend to include failure to intervene and integral participation theories. As you know, the Court already found these theories were adequately alleged in the complaint. (See ECF No. 96 at pp. 16, 25.)

- As for the deadly force instructions, we believe this is something the Court will need to resolve. The case law I cited seems to clearly establish that it can be deadly force, so I don't think it is reasonable to say that the jury should not be instructed on deadly force at all.

- With respect to CACI 430, the Directions for Use note seems to say that the optional second paragraph should not be included under the circumstances on

this case. Please take a look and see what you think.

- We may agree that pain and suffering damages are not available for battery or negligence claims. I'll double check with Dale before our meeting.

- Finally, in my view, negligence per se does not apply here. To invoke it, you would have to show that Penal Code § 834a was intended to prevent the type of harm that occurred and that the decedent—Stephenson—was in the class of persons the statute was designed to protect. But here, the injury was to Stephenson, and § 834a is clearly aimed at protecting officers, not arrestees. If you have any case law to the contrary, please share it.

Let me know if you'd like to discuss any of these points further before Friday.

Best,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | The Law Offices of Dale K. Galipo | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Wednesday, July 30, 2025 9:05 AM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Yes, it's the instruction we discussed previously.

I don't have the clips for you yet. But they will be cut down to portions relevant to the use of force. The clips will probably not include portions of video after officers got off of Mr. Stephenson.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | The Law Offices of Dale K. Galipo | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or

authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Tuesday, July 29, 2025 7:33 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

Can you also send the clips that you reference in the joint exhibit list?

Kimberly Sullivan

Partner

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax: (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, July 29, 2025 5:22 PM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Kimberly,

I think he had some heart issues.

Oh, and while we're talking about jury instructions, we are still considering whether to ask for an adverse inference instruction. Obviously, there will be no agreement on that one, but I'll let you know when we decide so that you have plenty of time to think about your

objections to that proposal.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Tuesday, July 29, 2025 5:02 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Thanks Cooper. What pre-existing injury did the decedent have?

Kimberly Sullivan

Partner

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax: (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, July 29, 2025 4:46 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina

Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Lee,

Understood. Thanks for letting me know sooner than later. We'll also be adding a couple things here and there. For one we need an eggshell plaintiff instruction, CACI 3928.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Tuesday, July 29, 2025 4:08 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

Sorry for the this but we need to revise our jury instructions.

As you know, the incident took place in January 2019. As you also know, Penal Code section 835a was amended effective on January 1, 2020 significantly altering the then existing standard section 835a which provided: "Any peace officer who has reasonable cause to believe that the person to be arrested has committed a public offense may use reasonable force to effect the arrest, to prevent escape or to overcome resistance. [P] A peace officer who makes or attempts to make an arrest need not retreat or desist from his efforts by reason of the resistance or threatened resistance of the person being arrested; nor shall such officer be deemed an aggressor or lose his right to self-defense by the use of reasonable force to effect the arrest or to prevent escape or to overcome resistance."

The current version of CACI 440 was modified in accordance with section 835a in May 2020 and CACI 441 was created as new in November 2020. Because Penal Code section 835a does not expressly state that it is retroactive, the new standard of care operates prospectively only. *See McClung v. Emp't Dev. Dep't*, 34 Cal. 4th 467, 475 (2004).

The defense will be objecting to plaintiffs' CACI 440 and CACI 441 and will offer the version of CACI 440 that existed in January 2019, which was the 2016 version. Please add this to the instruction and also please recirculate the FPTC so we can modify accordingly:

**INSTRUCTION NO. ____**

**UNREASONABLE FORCE BY LAW ENFORCEMENT OFFICER IN ARREST OR**

**OTHER SEIZURE—ESSENTIAL FACTUAL ELEMENTS**

A law enforcement officer may use reasonable force to arrest or detain a person when the officer has reasonable cause to believe that that person has committed or is committing a crime. However, the officer may use only that degree of force necessary to accomplish the arresting or detention.

Plaintiffs claim that Officer Dane Norem and Officer Jeffrey McKee used unreasonable force in arresting or detaining Leroy Stephenson. establish this claim, plaintiffs must prove all of the following:

1. That Officer Dane Norem and Officer Jeffrey McKee used force in arresting or detaining Leroy Stephenson;

2. That the amount of force used by Officer Dane Norem and Officer Jeffrey McKee was unreasonable;

3. That Leroy Stephenson was harmed; and

4. That Officer Dane Norem's and Officer Jeffrey McKee's use of unreasonable force was a substantial factor in causing Leroy Stephenson's death.

In deciding whether Officer Dane Norem or Officer Jeffrey McKee used unreasonable force, you must consider all of the circumstances of the arresting or detention and determine what force a reasonable officer in Officer Dane Norem's or Officer Jeffrey McKee's position would have used under the same or similar circumstances. Among the factors to be considered are the following:

(a) Whether Leroy Stephenson reasonably appeared to pose an immediate threat to the safety of Officer Dane Norem or Officer Jeffrey McKee or others;

(b) The seriousness of the crime at issue;

(c) Whether Leroy Stephenson was actively resisting arrest or detention or attempting to avoid arresting or detention by flight; and

(d) Officer Dane Norem's and Officer Jeffrey McKee's tactical conduct and decisions before using force on Leroy Stephenson.

Lee H. Roistacher, Esq.

Certified Appellate Specialist,

State Bar of California Board of

Legal Specialization

440 Stevens Avenue, Suite 100

Solana Beach, Ca. 92075

(858) 264-4938 – direct

(858) 492-0486 - facsimile

lroistacher@deangazzo.com

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies

of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, July 29, 2025 12:57 PM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Oh, that's great. Thanks. Can we go through and see if we can find any agreements to be made on these docs after we discuss the MILs on Friday?

It might be a good time to have an initial discussion about authenticity/admissibility for the exhibits as well.

Best,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Tuesday, July 29, 2025 12:51 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Yes all the documents I sent were on behalf of all defendants

Kimberly Sullivan

Partner

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax: (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, July 29, 2025 12:47 PM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Yes I saw that. But I thought that was just for your client, McKee. Are those also sent on behalf of Norem?

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Tuesday, July 29, 2025 12:43 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

I sent both the instructions and PTCO to you about 30-40 minutes ago.

Kimberly Sullivan

Partner

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax: (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, July 29, 2025 12:41 PM
**To:** Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Great. See you all Friday.

And Stephanie, I left a voice mail for you—I was expecting to receive jury instructions from you yesterday. When are you planning to send those over?

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>
**Sent:** Tuesday, July 29, 2025 12:23 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>

**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Yes, that works for me as well, Cooper.

Regards,
Stephanie

Stephanie A. Vollmer

Deputy Attorney General

California Department of Justice

Office of the Attorney General

455 Golden Gate Avenue, Suite 11000

San Francisco, California 94102

Phone: (415) 510-3849

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, July 29, 2025 12:17 PM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Thanks, Kimberly — for the MC on Friday, does 11 a.m. work for you?

Stephanie, Does that work for you too?

**Cooper Alison-Mayne, Associate Attorney** | The Law Offices of Dale K. Galipo | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Tuesday, July 29, 2025 12:09 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

Attached is the PTCO.

Kimberly Sullivan

Partner

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax: (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

---

**From:** Kimberly Sullivan
**Sent:** Tuesday, July 29, 2025 12:06 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

I'm available on Friday to meet and confer on the MILs.

Attached are the jury instructions.

Thank you,

Kimberly Sullivan

Partner

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax: (858) 492-0486

ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain
information that is privileged, confidential and exempt from disclosure under applicable law, including under the
litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for
any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by
phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail
to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, July 29, 2025 10:46 AM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>;
Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>;
Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com)
<dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina
Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci
Gilbert <dgilbert@galipolaw.com>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Also — would you all like to meet and confer further on motions in limine this week?

I'm free to do that almost any time Thursday or Friday.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800
Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email:
cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any
review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or
authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies
of this message.

---

**From:** Christine Henson <Christine.Henson@doj.ca.gov>
**Sent:** Tuesday, July 29, 2025 8:32 AM
**To:** Cooper Mayne <CMayne@galipolaw.com>; David Klehm <David.Klehm@doj.ca.gov>;
Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan
<ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; Dale Galipo
(dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock
<gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas
Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; Teresa Arambul
<Teresa.Arambul@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Please remove me (christine.henson@doj.ca.gov) from the Service List and add the following:

Teresa Arambul, Legal Secretary

teresa.arambul@doj.ca.gov

Thank you for your assistance with this matter.

| Christine L. Henson
| Legal Secretary
| CA Department of Justice
| Office of the Attorney General
| 2550 Mariposa Mall #5090
| Fresno, California 93721
| Office: 559-492-4533

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, July 29, 2025 8:26 AM
**To:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

==**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.==

Stephanie, David, and Donna,

What's your plan with the trial docs? You were supposed to send over some jury instructions yesterday. See Standing Order at 60.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Monday, July 28, 2025 8:03 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

Attached is the exhibit and witness list. We are still working on the remainder of the documents. We are aiming to get you the rest of the documents by Wednesday, at the very latest.

Hope you have a nice evening!

Kimberly Sullivan

Partner

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax: (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, July 25, 2025 2:44 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Hi Lee,

Yes, it's in the packet I sent.

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Friday, July 25, 2025 2:39 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Kimberly Sullivan <ksullivan@deangazzo.com>;

David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com)
<dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean
<Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine
Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci
Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

Do you have a proposed Instruction 1.5 yet?

Lee H. Roistacher, Esq.

Certified Appellate Specialist,

State Bar of California Board of

Legal Specialization

440 Stevens Avenue, Suite 100

Solana Beach, Ca. 92075

(858) 264-4938 – direct

(858) 492-0486 - facsimile

lroistacher@deangazzo.com

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use
of the intended recipient(s) and may contain information protected by the attorney-client privilege,
the attorney work product doctrine or other applicable privileges or confidentiality laws or
regulations. If you are not an intended recipient, you may not review, use, copy, disclose or
distribute this message or any of the information contained in this message to anyone. If you are not
the intended recipient, please contact the sender by responding to this email and destroy all copies
of this message and any attachments. Unintended transmission shall not constitute waiver of the
attorney-client or any other privilege.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, July 21, 2025 5:24 PM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; Lee Roistacher
<lroistacher@deangazzo.com>; Dale Galipo (dalekgalipo@yahoo.com)
<dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean
<Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine
Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci
Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Counsel,

Here are drafts of the joint docs—delivered a week early, as promised. I'll get you a verdict
form tomorrow, just need to make a few more changes on that.

Please use track changes.

Best Regards,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Thursday, June 26, 2025 9:29 AM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

That would be great, yes. See you all next week.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Thursday, June 26, 2025 8:58 AM
**To:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Cooper Mayne <CMayne@galipolaw.com>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Thank you. Cooper do you want to circulate a teams or should I?

Kimberly Sullivan

Partner

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax: (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

**From:** David Klehm <David.Klehm@doj.ca.gov>
**Sent:** Thursday, June 26, 2025 8:43 AM
**To:** Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Kimberly Sullivan <ksullivan@deangazzo.com>; Cooper Mayne <CMayne@galipolaw.com>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Counsel,

July 1st at 1:00 p.m. is acceptable.

Thank you,

David Klehm

**Deputy Attorney General IV**

**California Department of Justice**

Torts & Condemnation

600 W. Broadway, Suite 1800

San Diego, CA 92101

Office Direct: (619) 738-9733

Email: David.Klehm@doj.ca.gov

**From:** Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>
**Sent:** Thursday, June 26, 2025 8:23 AM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Cooper Mayne <CMayne@galipolaw.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>

**Subject:** RE: Stephenson v. CHP (21-cv-00526)

I am available on July 1st at 1pm.

Stephanie A. Vollmer

Deputy Attorney General

California Department of Justice

Office of the Attorney General

455 Golden Gate Avenue, Suite 11000

San Francisco, California 94102

Phone: (415) 510-3849

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Thursday, June 26, 2025 8:03 AM
**To:** Cooper Mayne <CMayne@galipolaw.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

David/Stephanie:

Does July 1 at 1:00 p.m. work for you?

Thanks!

Kimberly Sullivan

Partner

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax: (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, June 20, 2025 1:01 PM
**To:** David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

David,

Please let us know if **July 1 at 1 p.m.** works for you too.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney | The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Thursday, June 19, 2025 7:18 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; David Klehm <David.Klehm@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Thanks Cooper. I can do July 1 at 1:00 p.m. for the meet and confer.

And yes, I will call you tomorrow at 1:00 p.m.

Thank you!

Kimberly Sullivan

Partner

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax: (858) 492-0486

ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Thursday, June 19, 2025 9:41 AM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Kimberly,

Thanks for reaching out. Yes, I'm available tomorrow to discuss the case. How about 1pm?

For the meeting the local rules require, how about July 1 at 1 pm? **David**, would you or Tammy be able to join us? I think it'll only take 10 minutes, but I'd like to check that box in case the court asks about it.

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Wednesday, June 18, 2025 8:16 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; David Klehm <David.Klehm@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

Hope all is well.

Looks like per local rules we need to meet and confer before the final pretrial conference by July 16. Please advise when you are available to do that, or if you intend to just send us the trial documents as you did in Kirkman. We will also need to meet and confer about MILs by end of July. Lee and I are both out of town the first week of August.

Also, are you available on Friday to discuss this case? I have a meeting from 10:30 to 11:30 and 3:00 to 3:30, but otherwise I'm free.

Thank you,

Kimberly Sullivan

Partner

440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax: (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, January 21, 2025 4:25 PM
**To:** David Klehm <David.Klehm@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

David,

There is no prejudice.. May is a long way off. You are a very smart and talented lawyer; you could prep in like 2 weeks. But we don't need to debate the issue. Please just add your dates to the joint filing so I can file it. I leave at 5 pm today, so please send your edits soon.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | The Law Offices of Dale K. Galipo | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** David Klehm <David.Klehm@doj.ca.gov>

**Sent:** Tuesday, January 21, 2025 4:19 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

Now that Court has issued its MSJ Ruling after about 16 months, there is no legitimate reason to prejudice my clients by racing this case to an artificially premature trial date.

Thank you,

David Klehm

**Deputy Attorney General IV**

**California Department of Justice**

Torts & Condemnation

600 W. Broadway, Suite 1800

San Diego, CA 92101

Office Direct: (619) 738-9733

Email: David.Klehm@doj.ca.gov

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, January 21, 2025 2:25 PM
**To:** David Klehm <David.Klehm@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

David,

November/December is too far off. This incident happened in January 25, 2019. We may attach Dale's trial calendar along with the report to help the judge decide on a date. Feel free to do the same.

Lee, please see the updated document. I'll get back to you before the 24th about whether we will drop the federal claims. But it's likely.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** David Klehm <David.Klehm@doj.ca.gov>
**Sent:** Tuesday, January 21, 2025 1:27 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; Cooper Mayne <CMayne@galipolaw.com>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

Thank you for sending this draft.

My client cannot agree to a May 13, 2025, trial date.

Please provide alternative dates in November/December 2025.

Thank you,

David Klehm

**Deputy Attorney General IV**

**California Department of Justice**

Torts & Condemnation

600 W. Broadway, Suite 1800

San Diego, CA 92101

Office Direct: (619) 738-9733

Email: David.Klehm@doj.ca.gov

---

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Tuesday, January 21, 2025 1:01 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Cooper,

Without changing your proposed trial date to sometime next year, this is what I am comfortable with.

Lee H. Roistacher, Esq.

Certified Appellate Specialist,

State Bar of California Board of

Legal Specialization

440 Stevens Avenue, Suite 100

Solana Beach, Ca. 92075

(858) 264-4938 – direct

(858) 492-0486 - facsimile

lroistacher@deangazzo.com

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, January 21, 2025 9:50 AM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Lee and David,

I hope you had a good long weekend.

I haven't heard back from you all with any trial dates, but we do have to file our joint report today. Here's a draft. I'd be happy to go back and forth about dates a little more before we file this. It would be great to come to some agreement.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Friday, January 17, 2025 3:34 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Well that is true but there may be remaining state claims that don't get automatically stayed.

Lee H. Roistacher, Esq.

Certified Appellate Specialist,

State Bar of California Board of

Legal Specialization

440 Stevens Avenue, Suite 100

Solana Beach, Ca. 92075

(858) 264-4938 – direct

(858) 492-0486 - facsimile

lroistacher@deangazzo.com

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, January 17, 2025 3:22 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Lee,

I thought you said you were going to be appealing the Kirkman MSJ. So that trial won't be going in May no matter who wins the MSJ, right?

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Friday, January 17, 2025 3:16 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

Those dates conflict with Kirkman, which is set for trial on 4/19 with the final pretrial conference on 3/18. I cannot do both (If I am involved in this case) at the same time. I believe David said later in the year and I would defer to him for those dates.

Lee H. Roistacher, Esq.

Certified Appellate Specialist,

State Bar of California Board of

Legal Specialization

440 Stevens Avenue, Suite 100

Solana Beach, Ca. 92075

(858) 264-4938 – direct

(858) 492-0486 - facsimile

lroistacher@deangazzo.com

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, January 17, 2025 3:06 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Lee and David,

There will probably not be a stay as we are very likely to drop the federal claims against McKee.

Here's my proposal for dates working back from a May 13 trial date:

| | |
|---|---|
| **Last Day to Complete Settlement** | April 1, 2025 |
| **Last day to file all pretrial documents and motions**<br><br>**in limine** | April 15, 2025 |
| **Last day to file response to motions in limine**<br><br>**(3 weeks after last day to complete settlement)** | April 22, 2025 |
| **Final Pretrial Conference, Status Conference re**<br><br>**Disputed Exhibits, and Hearing on Motions in**<br><br>**Limine**<br><br>**(4 weeks after last day to complete settlement: Monday at**<br><br>**1:30 pm)** | April 28, 2025 @ 1:30 p.m. |
| **Jury Trial**<br><br>**(6 weeks after last day to complete settlement: Tuesday at**<br><br>**9:00 a.m.)** | May 13, 2025 @ 9:00 a.m. |
| *Duration Estimate:* | 5 days |

I look forward to hearing from you both.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, January 6, 2025 4:45 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan

<ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Lee and David,

Thanks for getting back to me so quickly. So, let's calendar it for Jan 17 at 9 a.m.

And yes, we'll be prepared to talk about the appeal.

Best regards,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Monday, January 6, 2025 4:39 PM
**To:** David Klehm <David.Klehm@doj.ca.gov>; Cooper Mayne <CMayne@galipolaw.com>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper/David,

That day works for me also. Please note we will be filing a notice of appeal tomorrow so we would like to cover in the call everyone's position on a stay of the case pending resolution of the appeal. Thanks.

Lee H. Roistacher, Esq.

Certified Appellate Specialist,

State Bar of California Board of

Legal Specialization

440 Stevens Avenue, Suite 100

Solana Beach, Ca. 92075

(858) 264-4938 – direct

(858) 492-0486 - facsimile

lroistacher@deangazzo.com

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use

of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** David Klehm <David.Klehm@doj.ca.gov>
**Sent:** Monday, January 6, 2025 4:25 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Counsel,

January 17th in the morning is good for me.

Thank you,

David Klehm

**Deputy Attorney General IV**

**California Department of Justice**

Torts & Condemnation

600 W. Broadway, Suite 1800

San Diego, CA 92101

Office Direct: (619) 738-9733

Email: David.Klehm@doj.ca.gov

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, January 6, 2025 3:59 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>
**Subject:** Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Good afternoon, Lee and David,

Our joint status report is due January 21st. We'll need to meet and confer before filing. I'm available anytime on January 16th or 17th. Please let me know what times would work best for you.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# EXHIBIT "6"

| From: | Cooper Mayne |
|---|---|
| To: | Kimberly Sullivan; Lee Roistacher; Stephanie Vollmer; David Klehm; Donna Dean |
| Cc: | Teresa Arambul; Dale Galipo (dalekgalipo@yahoo.com); Gregory Peacock; Christina Ramirez; Nicholas Lerman; Darci Gilbert |
| Subject: | Re: Stephenson v. CHP (21-cv-00526) |
| Date: | Tuesday, August 5, 2025 10:27:54 AM |
| Attachments: | Outlook-5lftc0iw.gif |
| | Outlook-2gy1avoj.gif |
| | Outlook-pqcyxk1i.gif |
| | Outlook-uvyghcwh.gif |
| | Outlook-44jfprf1.gif |
| | Outlook-lwtc02at.gif |
| | Outlook-p2osvwdj.gif |
| | Outlook-evwwgzrc.gif |
| | Outlook-gkxv0dcz.gif |
| | Outlook-xqw0idni.gif |
| | Outlook-i2kp4gil.gif |
| | Outlook-zpmabmej.gif |
| | Outlook-p2bsfugw.gif |
| | Outlook-D3362EB5.gif |
| | Outlook-hgjrntuw.gif |
| | Outlook-gct2sunp.gif |
| | Outlook-5qwb35gr.gif |
| | Outlook-D3362EB5.gif |
| | Outlook-2yiw2h3g.gif |
| | Outlook-a2ecqqna.gif |
| | Outlook-kb2s05fk.gif |
| | Outlook-tai1cytd.gif |
| | Outlook-D3362EB5.gif |
| | 2025.08.05 Joint Exhibit List.docx |

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Good Morning,

Here's an updated exhibit list. I've put in proposed agreements re authenticity and admissibility.

You can still find the exhibits at

https://www.dropbox.com/scl/fo/30e0pdmkcegzz52q28xf1/ANphn_vvjp41smFhskNhIEE?rlkey=fs6h7ak1i20vwvbsdaof2vmbk&st=cskit26i&dl=0

Thanks,
Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com
CONFIDENTIALITY NOTICE:

This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Cooper Mayne
**Sent:** Monday, August 4, 2025 8:10 PM
**To:** Kimberly Sullivan ; Lee Roistacher ; Stephanie Vollmer ; David Klehm ; Donna Dean
**Cc:** Teresa Arambul ; Dale Galipo (dalekgalipo@yahoo.com) ; Gregory Peacock ; Christina Ramirez ; Nicholas Lerman ; Darci Gilbert ; David Park
**Subject:** Re: Stephenson v. CHP (21-cv-00526)


Good Evening,

I realized that our disputed jury instructions also need to be filed jointly. Attached is a draft of the Joint Disputed Jury Instructions that only includes our proposed instructions—please add yours when you have a chance. The formatting should be fairly self-explanatory. If there is an instruction that we both want but with different language he wants it redlined, as I did for Disputed Instruction No. 3. He wants them organized by subject. I am keeping numbers off the instructions until the end so we are not numbering and renumbering as we work on these.

Since objections and responses in support are due Monday, how about we aim to exchange objections to each other's proposed jury instructions by Wednesday? We've already discussed the main issues, so hopefully that timeline works for everyone. If not, let me know.

Thanks,
Cooper



**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com
CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne
**Sent:** Monday, August 4, 2025 2:40 PM
**To:** Kimberly Sullivan ; Lee Roistacher ; Stephanie Vollmer ; David Klehm ; Donna Dean
**Cc:** Teresa Arambul ; Dale Galipo (dalekgalipo@yahoo.com) ; Gregory Peacock ; Christina Ramirez ; Nicholas Lerman ; Darci Gilbert ; David Park
**Subject:** Re: Stephenson v. CHP (21-cv-00526)


Counsel,

Here's where we are with exhibits.

https://www.dropbox.com/scl/fo/30e0pdmkcegzz52q28xf1/ANphn_vvjp41smFhskNhIEE?rlkey=fs6h7ak1i20vwvbsdaof2vmbk&st=cskit26i&dl=0

Still compiling some of them. But I wanted you to be able to see the types of autopsy photos we'll be introducing to help you decide whether you'll need an MIL on autopsy photos. For scene photos, we will have a selection of 5 or so photos from the set taken as part of the MAIT investigation.

McKee's video: we'll seek to introduce 0:00–10:33, and maybe a clip as well: 27:00–29:45. Norem's video: 1:52–8:15, no clip.

We are not going to introduce the Autopsy Report.

Thanks,
Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne
**Sent:** Monday, August 4, 2025 11:50 AM
**To:** Kimberly Sullivan ; Lee Roistacher ; Stephanie Vollmer ; David Klehm ; Donna Dean
**Cc:** Teresa Arambul ; Dale Galipo (dalekgalipo@yahoo.com) ; Gregory Peacock ; Christina Ramirez ; Nicholas Lerman ; Darci Gilbert ; David Park
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Counsel,

Our motion in limine regarding prior bad acts encompasses any alleged criminal conduct, including the prior incidents involving Mr. Stephenson running on the freeway.

As for our motion regarding information unknown, we will argue—among other points—that the jury should only be informed about Mr. Stephenson's behavior prior to his interaction with

Mr. Norem and Mr. McKee to the extent that such information was actually conveyed to and known by them. In other words, there is no need for witnesses to testify about their independent observations of Mr. Stephenson before the officers made contact with him (e.g., Officer Shawn Casteel, Officer Casteel, Officer Cisneros).

We would like to reach an agreement that no officer will testify that they have not been involved in a fatal use of force. Such testimony is improper and inadmissible under *Gates v. Rivera*, 993 F.2d 697 (9th Cir. 1993), and *Hesselbein v. Beckham*, 168 F. Supp. 3d 1252 (E.D. Cal. 2016).

Thanks,
Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com
CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne
**Sent:** Monday, August 4, 2025 10:08 AM
**To:** Kimberly Sullivan ; Lee Roistacher ; Stephanie Vollmer ; David Klehm ; Donna Dean
**Cc:** Teresa Arambul ; Dale Galipo (dalekgalipo@yahoo.com) ; Gregory Peacock ; Christina Ramirez ; Nicholas Lerman ; Darci Gilbert ; David Park
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Kimberly,

Thanks for your redlines—those resolve most of the outstanding issues.

Regarding the Fourth Amendment claim, just to clarify, it's a survival claim and because its brought under federal law, there is no CTCA requirement. But as you mentioned, that's not your client, anyways.

Do we have an agreement on the expert MILs? On Friday, we talked about you all not filing MILs on our experts if we don't file MILs on defense experts. If we don't come to an agreement that is fine, but we would then file motions on all your medical experts on the grounds that their opinions are not based on reliable studies/principles/methods.

Regarding Noble. If everyone is stipulating that experts can't testify to opinions beyond what's in their reports or depositions, can we just include a line in the stip clarifying that Noble's report does not offer an opinion on whether McKee's actions were consistent or inconsistent with accepted police practices?

I'm putting together the exhibit packets and will get those to you today. I'll also send over the latest draft of the joint jury instructions and a document with our disputed instructions so you can start preparing your objections.

Thanks,
Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Kimberly Sullivan
**Sent:** Saturday, August 2, 2025 3:29 PM
**To:** Cooper Mayne ; Lee Roistacher ; Stephanie Vollmer ; David Klehm ; Donna Dean
**Cc:** Teresa Arambul ; Dale Galipo (dalekgalipo@yahoo.com) ; Gregory Peacock ; Christina Ramirez ; Nicholas Lerman ; Darci Gilbert
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Thanks Cooper.

I've updated the joint instructions and added some comments in red below.

Kimberly Sullivan
Partner



440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Phone: (858) 380-4683, Ext. 5508
Direct: (858) 467-5508
Fax: (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the

litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

**From:** Cooper Mayne
**Sent:** Friday, August 1, 2025 5:31 PM
**To:** Lee Roistacher ; Kimberly Sullivan ; Stephanie Vollmer ; David Klehm ; Donna Dean
**Cc:** Teresa Arambul ; Dale Galipo (dalekgalipo@yahoo.com) ; Gregory Peacock ; Christina Ramirez ; Nicholas Lerman ; Darci Gilbert
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Counsel,

It was good to see everyone. David and Lee, enjoy the rest of your vacations.

## JURY INSTRUCTIONS

Here is an updated draft of the agreed-upon jury instructions. Below is a summary of the changes:

- Agreed to include:

  - *Two or More Parties—Different Legal Rights*

  - *Cautionary Instructions*

  - Comparative fault instruction

  - NEGLIGENT USE OF NON-DEADLY FORCE (with agreed changes)
    <span style="color:red">Note, we did not agree to this one. But regardless you took it out of the joint instructions so we are good</span>

  - COMMUNICATION WITH COURT (with agreed changes)

  - PUNITIVE DAMAGES (per your revisions; with those, I don't believe the No Punitive Damages instruction is necessary)

  - Fourth Amendment – Excessive Force

- Agreed to :

  - Remove *State-created danger*

  - Keep version of 430 remains, with the understanding that the second paragraph will be excluded

- Removed from the joint list:

- 9.2, battery, 400, 440, 441, prone restraint, failure to intervene, negligence per se, liability of public employees, etc.

- Potential compromise instructions (drafts to follow Monday):

  - *Fourteenth Amendment – Interference with Parent/Child Relationship*

  - 440 – if we proceed with the newer version of this instruction, we're agreeable to the paragraph you proposed

    As Lee mentioned in his email on Tuesday, July 29, The defense will be objecting to plaintiffs' CACI 440 and CACI 441 and will offer the version of CACI 440 that existed in January 2019, which was the 2016 version.

- Damages instructions will likely remain disputed

- I included this revised language for the § 1983 claims, which I hope addresses your concern

  - *The plaintiffs bring two claims against Dane Norem under the federal statute, 42 U.S.C. § 1983, which provides that any person or persons who, under color of state law, deprives another of any rights, privileges, or immunities secured by the Constitution or laws of the United States shall be liable to the injured party.*

    David and Stephanie should really speak to this since it involves their client, but from Lee and my perspective, it does not. None of the claims were brought as survivor claims other than the Fourteenth Amendment loss of familial association claim which is not a survivor claim. (As already discussed, the state court sustained without leave to amend and with prejudice the demurrer to all survivor claims because plaintiffs' Government Code claims did not assert survivor claims. None of the state law claims can be survivor claims seeking damages on Leroy's behalf.) This is all evident from the first amended complaint. I struck that language from the agreed to instructions

I left our dispute over CONSIDERATION OF EVIDENCE in the joint instructions because I think we should resolve it some way. Maybe we can flip a coin on this one? I'll let Lee/David/Stephanie weigh in on this. We struck "[, and a mistrial could result that would require the entire trial process to start over]" I personally don't think it should be in there since it will make the jury feel pressured to reach a verdict if they are deadlocked. But again I defer to Lee/David/Stephanie

I also left our dispute over CLAIMS AND DEFENSES in the joint instructions because I think we should be able to agree on this.

Regarding pain and suffering and survival damages — we will not seek those damages under state law. I'll modify the JI, PTCO, verdict form, and any other documents accordingly.

As for your position that we cannot pursue a battery claim, I've reviewed the state court record and see nothing that would preclude us from asserting a wrongful death claim based on battery. As previously explained, our view is that a wrongful death claim must be predicated on a tort or wrongful act. Here, the underlying act is an intentional killing through the use of unreasonable force, which we believe supports a wrongful death claim based on the intentional tort of battery. The fact that survival claims were dismissed with prejudice is neither here nor there.

We will agree to disagree on this

I would hope we can at least agree on what claims are being tried. It's one thing for lawyers to disagree about the merits of a claim—but it's a bit embarrassing to disagree about what the disagreement even is. I'd ask that you take another look at the amended complaint and give serious consideration to revisiting your position on the battery claim.

> We are not disagreeing about what the disagreement is. Our position is that the wrongful death claim is predicated on 1983. It is pled that way. Battery was dismissed with prejudice.

**OTHER ISSUES**

I'll get you the packets of exhibits on Monday so we can decide whether we can agree on any of those. (Autopsy photos, video clips, etc.)

We agree not to file any MILs or *Daubert* motions against your experts if you reciprocate with regard to our experts. Please let me know if we have a deal on that.

We agree to stipulate that experts will be limited to opinions provided in their report or at their deposition. Lee, I haven't read Noble's report as many times as you have, but I believe this agreement would take care of your concerns as well.

> We are going to file a MIL on Noble, regardless. Unless we have an express stipulation, which sounds like you are agreeable to.

Finally, I may have forgotten to mention during our meet and confer that we also plan to file a MIL to keep out the amount of the settlement that was reached with Riverside and Mr. Borden. That was done before we came in on the case, and the jury should not know about the amount of the settlement. Please let me know if we can come to an agreement on that.

Thank you all for your time, consideration, and professionalism,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com
CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any

review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Friday, August 1, 2025 2:35 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

I can't remember if we talked about this, but the state court sustained without leave to amend and with prejudice the demurrer to all survivor claims because plaintiffs' Government Code claims did not assert survivor claims. Accordingly, none of the state law claims can be survivor claims seeking damages on Leroy's behalf. That is also evident from the first amended complaint. None of the claims are brought as survivor claims other than the Fourteenth Amendment loss of familial association claim which is not a survivor claim.

Thus, our position is the state law claims are only wrongful death claims (the same is true regarding the Fourth Amendment claim against Norem).

Lee H. Roistacher, Esq.
Certified Appellate Specialist,
State Bar of California Board of
Legal Specialization



440 Stevens Avenue, Suite 100
Solana Beach, Ca. 92075
(858) 264-4938 – direct
(858) 492-0486 - facsimile
lroistacher@deangazzo.com

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Wednesday, July 30, 2025 3:22 PM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>;

Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Counsel,

In preparation for our meeting on Friday, here is an update on our position regarding some of the more interesting disputes:

- We maintain that our wrongful death claim is based on battery—an intentional tort. Given that the claim clearly talks about intentional behavior, and battery is the only intentional tort that plausibly applies here, we don't believe there was much room for confusion on that point.

- We are willing to withdraw the dangerous condition / state-created-danger jury instruction.

- We intend to include failure to intervene and integral participation theories. As you know, the Court already found these theories were adequately alleged in the complaint. (See ECF No. 96 at pp. 16, 25.)

- As for the deadly force instructions, we believe this is something the Court will need to resolve. The case law I cited seems to clearly establish that it can be deadly force, so I don't think it is reasonable to say that the jury should not be instructed on deadly force at all.

- With respect to CACI 430, the Directions for Use note seems to say that the optional second paragraph should not be included under the circumstances on this case. Please take a look and see what you think.

- We may agree that pain and suffering damages are not available for battery or negligence claims. I'll double check with Dale before our meeting.

- Finally, in my view, negligence per se does not apply here. To invoke it, you would have to show that Penal Code § 834a was intended to prevent the type of harm that occurred and that the decedent—Stephenson—was in the class of persons the statute was designed to protect. But here, the injury was to Stephenson, and § 834a is clearly aimed at protecting officers, not arrestees. If you have any case law to the contrary, please share it.

Let me know if you'd like to discuss any of these points further before Friday.

Best,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | The Law Offices of Dale K. Galipo | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Wednesday, July 30, 2025 9:05 AM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Yes, it's the instruction we discussed previously.

I don't have the clips for you yet. But they will be cut down to portions relevant to the use of force. The clips will probably not include portions of video after officers got off of Mr. Stephenson.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | The Law Offices of Dale K. Galipo | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Tuesday, July 29, 2025 7:33 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

Can you also send the clips that you reference in the joint exhibit list?

Kimberly Sullivan

Partner



440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax: (858) 492-0486

ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, July 29, 2025 5:22 PM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Kimberly,

I think he had some heart issues.

Oh, and while we're talking about jury instructions, we are still considering whether to ask for an adverse inference instruction. Obviously, there will be no agreement on that one, but I'll let you know when we decide so that you have plenty of time to think about your objections to that proposal.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Tuesday, July 29, 2025 5:02 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Thanks Cooper. What pre-existing injury did the decedent have?

Kimberly Sullivan

Partner



440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax: (858) 492-0486

ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, July 29, 2025 4:46 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Lee,

Understood. Thanks for letting me know sooner than later. We'll also be adding a couple things here and there. For one we need an eggshell plaintiff instruction, CACI 3928.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney | The Law Offices of Dale K. Galipo |** 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email:

cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Tuesday, July 29, 2025 4:08 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacocksq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

Sorry for the this but we need to revise our jury instructions.

As you know, the incident took place in January 2019. As you also know, Penal Code section 835a was amended effective on January 1, 2020 significantly altering the then existing standard section 835a which provided: "Any peace officer who has reasonable cause to believe that the person to be arrested has committed a public offense may use reasonable force to effect the arrest, to prevent escape or to overcome resistance. [P] A peace officer who makes or attempts to make an arrest need not retreat or desist from his efforts by reason of the resistance or threatened resistance of the person being arrested; nor shall such officer be deemed an aggressor or lose his right to self-defense by the use of reasonable force to effect the arrest or to prevent escape or to overcome resistance."

The current version of CACI 440 was modified in accordance with section 835a in May 2020 and CACI 441 was created as new in November 2020. Because Penal Code section 835a does not expressly state that it is retroactive, the new standard of care operates prospectively only. *See McClung v. Emp't Dev. Dep't*, 34 Cal. 4th 467, 475 (2004).

The defense will be objecting to plaintiffs' CACI 440 and CACI 441 and will offer the version of CACI 440 that existed in January 2019, which was the 2016 version. Please add this to the instruction and also please recirculate the FPTC so we can modify accordingly:

INSTRUCTION NO. ____

**UNREASONABLE FORCE BY LAW ENFORCEMENT OFFICER IN ARREST OR OTHER SEIZURE–ESSENTIAL FACTUAL ELEMENTS**

A law enforcement officer may use reasonable force to arrest or detain a person when the officer has reasonable cause to believe that that person has committed or is committing a crime. However, the officer may use only that degree of force necessary to accomplish the arresting or detention.

Plaintiffs claim that Officer Dane Norem and Officer Jeffrey McKee used unreasonable force in arresting or detaining Leroy Stephenson. establish this claim, plaintiffs must prove all of the following:

1. That Officer Dane Norem and Officer Jeffrey McKee used force in arresting or detaining Leroy

Stephenson;

2. That the amount of force used by Officer Dane Norem and Officer Jeffrey McKee was unreasonable;

3. That Leroy Stephenson was harmed; and

4. That Officer Dane Norem's and Officer Jeffrey McKee's use of unreasonable force was a substantial factor in causing Leroy Stephenson's death.

In deciding whether Officer Dane Norem or Officer Jeffrey McKee used unreasonable force, you must consider all of the circumstances of the arresting or detention and determine what force a reasonable officer in Officer Dane Norem's or Officer Jeffrey McKee's position would have used under the same or similar circumstances. Among the factors to be considered are the following:

(a) Whether Leroy Stephenson reasonably appeared to pose an immediate threat to the safety of Officer Dane Norem or Officer Jeffrey McKee or others;

(b) The seriousness of the crime at issue;

(c) Whether Leroy Stephenson was actively resisting arrest or detention or attempting to avoid arresting or detention by flight; and

(d) Officer Dane Norem's and Officer Jeffrey McKee's tactical conduct and decisions before using force on Leroy Stephenson.

Lee H. Roistacher, Esq.

Certified Appellate Specialist,
State Bar of California Board of
Legal Specialization



440 Stevens Avenue, Suite 100
Solana Beach, Ca. 92075
(858) 264-4938 – direct
(858) 492-0486 - facsimile
lroistacher@deangazzo.com

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, July 29, 2025 12:57 PM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>

**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Oh, that's great. Thanks. Can we go through and see if we can find any agreements to be made on these docs after we discuss the MILs on Friday?

It might be a good time to have an initial discussion about authenticity/admissibility for the exhibits as well.

Best,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:

This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Tuesday, July 29, 2025 12:51 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Yes all the documents I sent were on behalf of all defendants

Kimberly Sullivan

Partner



440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax: (858) 492-0486

ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, July 29, 2025 12:47 PM

**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Yes I saw that. But I thought that was just for your client, McKee. Are those also sent on behalf of Norem?

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Tuesday, July 29, 2025 12:43 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

I sent both the instructions and PTCO to you about 30-40 minutes ago.

Kimberly Sullivan
Partner



440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Phone: (858) 380-4683, Ext. 5508
Direct: (858) 467-5508
Fax: (858) 492-0486

ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the

litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, July 29, 2025 12:41 PM
**To:** Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Great. See you all Friday.

And Stephanie, I left a voice mail for you—I was expecting to receive jury instructions from you yesterday. When are you planning to send those over?

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney | The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>
**Sent:** Tuesday, July 29, 2025 12:23 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Yes, that works for me as well, Cooper.

Regards,

Stephanie

Stephanie A. Vollmer
Deputy Attorney General
California Department of Justice
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102
Phone: (415) 510-3849

**From:** Cooper Mayne <CMayne@galipolaw.com>

**Sent:** Tuesday, July 29, 2025 12:17 PM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

<mark>EXTERNAL EMAIL:</mark> This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Thanks, Kimberly — for the MC on Friday, does 11 a.m. work for you?

Stephanie, Does that work for you too?

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Tuesday, July 29, 2025 12:09 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

Attached is the PTCO.

Kimberly Sullivan

Partner



440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Phone: (858) 380-4683, Ext. 5508
Direct: (858) 467-5508
Fax: (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain

information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

**From:** Kimberly Sullivan
**Sent:** Tuesday, July 29, 2025 12:06 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

I'm available on Friday to meet and confer on the MILs.

Attached are the jury instructions.

Thank you,

Kimberly Sullivan

Partner



440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Phone: (858) 380-4683, Ext. 5508
Direct: (858) 467-5508
Fax: (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, July 29, 2025 10:46 AM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>; Kimberly Sullivan <ksullivan@deangazzo.com>
**Cc:** Teresa Arambul <Teresa.Arambul@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Also — would you all like to meet and confer further on motions in limine this week? I'm free to do that almost any time Thursday or Friday.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney | The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Christine Henson <Christine.Henson@doj.ca.gov>
**Sent:** Tuesday, July 29, 2025 8:32 AM
**To:** Cooper Mayne <CMayne@galipolaw.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>; Teresa Arambul <Teresa.Arambul@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Please remove me (christine.henson@doj.ca.gov) from the Service List and add the following:

Teresa Arambul, Legal Secretary

teresa.arambul@doj.ca.gov

Thank you for your assistance with this matter.



Christine L. Henson
Legal Secretary
CA Department of Justice
Office of the Attorney General
2550 Mariposa Mall #5090
Fresno, California 93721
Office: 559-492-4533

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, July 29, 2025 8:26 AM
**To:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Lee Roistacher <lroistacher@deangazzo.com>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Stephanie, David, and Donna,

What's your plan with the trial docs? You were supposed to send over some jury instructions yesterday. See Standing Order at 60.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Monday, July 28, 2025 8:03 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

Attached is the exhibit and witness list. We are still working on the remainder of the documents. We are aiming to get you the rest of the documents by Wednesday, at the very latest.

Hope you have a nice evening!

Kimberly Sullivan

Partner



440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax: (858) 492-0486

ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>

**Sent:** Friday, July 25, 2025 2:44 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Hi Lee,

Yes, it's in the packet I sent.

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Friday, July 25, 2025 2:39 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

Do you have a proposed Instruction 1.5 yet?

Lee H. Roistacher, Esq.

Certified Appellate Specialist,
State Bar of California Board of
Legal Specialization



440 Stevens Avenue, Suite 100
Solana Beach, Ca. 92075
(858) 264-4938 – direct
(858) 492-0486 - facsimile
lroistacher@deangazzo.com

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations.

If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, July 21, 2025 5:24 PM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Counsel,

Here are drafts of the joint docs—delivered a week early, as promised. I'll get you a verdict form tomorrow, just need to make a few more changes on that.

Please use track changes.

Best Regards,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | The Law Offices of Dale K. Galipo | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com
CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Thursday, June 26, 2025 9:29 AM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

That would be great, yes. See you all next week.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | The Law Offices of Dale K. Galipo | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Thursday, June 26, 2025 8:58 AM
**To:** David Klehm <David.Klehm@doj.ca.gov>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Cooper Mayne <CMayne@galipolaw.com>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Thank you. Cooper do you want to circulate a teams or should I?

Kimberly Sullivan

Partner



440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Phone: (858) 380-4683, Ext. 5508
Direct: (858) 467-5508
Fax: (858) 492-0486

ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

**From:** David Klehm <David.Klehm@doj.ca.gov>
**Sent:** Thursday, June 26, 2025 8:43 AM
**To:** Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Kimberly Sullivan <ksullivan@deangazzo.com>; Cooper Mayne <CMayne@galipolaw.com>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Counsel,

July 1st at 1:00 p.m. is acceptable.

Thank you,

David Klehm

**Deputy Attorney General IV**

**California Department of Justice**

Torts & Condemnation

600 W. Broadway, Suite 1800

San Diego, CA 92101

Office Direct: (619) 738-9733

Email: David.Klehm@doj.ca.gov

D3362EB5



**From:** Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>

**Sent:** Thursday, June 26, 2025 8:23 AM

**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; Cooper Mayne <CMayne@galipolaw.com>; David Klehm <David.Klehm@doj.ca.gov>

**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Darci Gilbert <dgilbert@galipolaw.com>

**Subject:** RE: Stephenson v. CHP (21-cv-00526)

I am available on July 1st at 1pm.

Stephanie A. Vollmer
Deputy Attorney General
California Department of Justice
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102
Phone: (415) 510-3849

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>

**Sent:** Thursday, June 26, 2025 8:03 AM

**To:** Cooper Mayne <CMayne@galipolaw.com>; David Klehm <David.Klehm@doj.ca.gov>

**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Stephanie Vollmer <Stephanie.Vollmer@doj.ca.gov>; Darci Gilbert <dgilbert@galipolaw.com>

**Subject:** RE: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

David/Stephanie:

Does July 1 at 1:00 p.m. work for you?

Thanks!

Kimberly Sullivan

Partner



440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax: (858) 492-0486

ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

**From:** Cooper Mayne <CMayne@galipolaw.com>

**Sent:** Friday, June 20, 2025 1:01 PM

**To:** David Klehm <David.Klehm@doj.ca.gov>

**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; Darci Gilbert <dgilbert@galipolaw.com>

**Subject:** Re: Stephenson v. CHP (21-cv-00526)

David,

Please let us know if **July 1 at 1 p.m.** works for you too.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>

**Sent:** Thursday, June 19, 2025 7:18 PM

**To:** Cooper Mayne <CMayne@galipolaw.com>; David Klehm <David.Klehm@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>

**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; Darci Gilbert <dgilbert@galipolaw.com>

**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Thanks Cooper. I can do July 1 at 1:00 p.m. for the meet and confer.

And yes, I will call you tomorrow at 1:00 p.m.

Thank you!

Kimberly Sullivan

Partner



440 Stevens Avenue, Suite 100

Solana Beach, CA 92075

Phone: (858) 380-4683, Ext. 5508

Direct: (858) 467-5508

Fax: (858) 492-0486

ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Thursday, June 19, 2025 9:41 AM
**To:** Kimberly Sullivan <ksullivan@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>; Darci Gilbert <dgilbert@galipolaw.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Kimberly,

Thanks for reaching out. Yes, I'm available tomorrow to discuss the case. How about 1pm? For the meeting the local rules require, how about July 1 at 1 pm? **David**, would you or Tammy be able to join us? I think it'll only take 10 minutes, but I'd like to check that box in case the court asks about it.

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:

This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Wednesday, June 18, 2025 8:16 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; David Klehm <David.Klehm@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; Stephanie Vollmer <stephanie.vollmer@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Hi Cooper,

Hope all is well.

Looks like per local rules we need to meet and confer before the final pretrial conference by July 16. Please advise when you are available to do that, or if you intend to just send us the trial documents as you did in Kirkman. We will also need to meet and confer about MILs by end of July. Lee and I are both out of town the first week of August.

Also, are you available on Friday to discuss this case? I have a meeting from 10:30 to 11:30 and 3:00 to 3:30, but otherwise I'm free.

Thank you,

Kimberly Sullivan
Partner



440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Phone: (858) 380-4683, Ext. 5508
Direct: (858) 467-5508
Fax: (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, January 21, 2025 4:25 PM
**To:** David Klehm <David.Klehm@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

David,

There is no prejudice.. May is a long way off. You are a very smart and talented lawyer; you

could prep in like 2 weeks. But we don't need to debate the issue. Please just add your dates to the joint filing so I can file it. I leave at 5 pm today, so please send your edits soon.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** David Klehm <David.Klehm@doj.ca.gov>
**Sent:** Tuesday, January 21, 2025 4:19 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

Now that Court has issued its MSJ Ruling after about 16 months, there is no legitimate reason to prejudice my clients by racing this case to an artificially premature trial date.

Thank you,

David Klehm

**Deputy Attorney General IV**
**California Department of Justice**
Torts & Condemnation
600 W. Broadway, Suite 1800
San Diego, CA 92101
Office Direct: (619) 738-9733
Email: David.Klehm@doj.ca.gov

D3362EB5



**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Tuesday, January 21, 2025 2:25 PM
**To:** David Klehm <David.Klehm@doj.ca.gov>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

David,

November/December is too far off. This incident happened in January 25, 2019. We may attach Dale's trial calendar along with the report to help the judge decide on a date. Feel free to do the same.

Lee, please see the updated document. I'll get back to you before the 24th about whether we will drop the federal claims. But it's likely.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** David Klehm <David.Klehm@doj.ca.gov>
**Sent:** Tuesday, January 21, 2025 1:27 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; Cooper Mayne <CMayne@galipolaw.com>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

Thank you for sending this draft.

My client cannot agree to a May 13, 2025, trial date.

Please provide alternative dates in November/December 2025.

Thank you,

David Klehm

**Deputy Attorney General IV**
**California Department of Justice**
Torts & Condemnation
600 W. Broadway, Suite 1800
San Diego, CA 92101
Office Direct: (619) 738-9733
Email: David.Klehm@doj.ca.gov


D3362EB5

---

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Tuesday, January 21, 2025 1:01 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan

<ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>

**Subject:** RE: Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Cooper,

Without changing your proposed trial date to sometime next year, this is what I am comfortable with.

Lee H. Roistacher, Esq.

Certified Appellate Specialist,

State Bar of California Board of

Legal Specialization



440 Stevens Avenue, Suite 100

Solana Beach, Ca. 92075

(858) 264-4938 – direct

(858) 492-0486 - facsimile

lroistacher@deangazzo.com

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Cooper Mayne <CMayne@galipolaw.com>

**Sent:** Tuesday, January 21, 2025 9:50 AM

**To:** Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>

**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>

**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Lee and David,

I hope you had a good long weekend.

I haven't heard back from you all with any trial dates, but we do have to file our joint report today. Here's a draft. I'd be happy to go back and forth about dates a little more before we file this. It would be great to come to some agreement.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney | The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email:

cmayne@galipolaw.com www.GalipoLaw.com
CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Friday, January 17, 2025 3:34 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Well that is true but there may be remaining state claims that don't get automatically stayed.

Lee H. Roistacher, Esq.

Certified Appellate Specialist,
State Bar of California Board of
Legal Specialization



440 Stevens Avenue, Suite 100
Solana Beach, Ca. 92075
(858) 264-4938 – direct
(858) 492-0486 - facsimile
lroistacher@deangazzo.com
CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, January 17, 2025 3:22 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Lee,

I thought you said you were going to be appealing the Kirkman MSJ. So that trial won't be going in May no matter who wins the MSJ, right?

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Friday, January 17, 2025 3:16 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper,

Those dates conflict with Kirkman, which is set for trial on 4/19 with the final pretrial conference on 3/18. I cannot do both (If I am involved in this case) at the same time. I believe David said later in the year and I would defer to him for those dates.

Lee H. Roistacher, Esq.

Certified Appellate Specialist,
State Bar of California Board of
Legal Specialization



440 Stevens Avenue, Suite 100
Solana Beach, Ca. 92075
(858) 264-4938 – direct
(858) 492-0486 - facsimile
lroistacher@deangazzo.com

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Friday, January 17, 2025 3:06 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson

<Christine.Henson@doj.ca.gov>; Nicholas Lerman <nmlerman0@yahoo.com>

**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Lee and David,

There will probably not be a stay as we are very likely to drop the federal claims against McKee.

Here's my proposal for dates working back from a May 13 trial date:

| | |
|---|---|
| **Last Day to Complete Settlement** | April 1, 2025 |
| **Last day to file all pretrial documents and motions in limine** | April 15, 2025 |
| **Last day to file response to motions in limine (3 weeks after last day to complete settlement)** | April 22, 2025 |
| **Final Pretrial Conference, Status Conference re Disputed Exhibits, and Hearing on Motions in Limine (4 weeks after last day to complete settlement: Monday at 1:30 pm)** | April 28, 2025 @ 1:30 p.m. |
| **Jury Trial (6 weeks after last day to complete settlement: Tuesday at 9:00 a.m.)** | May 13, 2025 @ 9:00 a.m. |
| *Duration Estimate:* | 5 days |

I look forward to hearing from you both.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, January 6, 2025 4:45 PM

**To:** Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>
**Subject:** Re: Stephenson v. CHP (21-cv-00526)

Lee and David,

Thanks for getting back to me so quickly. So, let's calendar it for Jan 17 at 9 a.m.

And yes, we'll be prepared to talk about the appeal.

Best regards,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com
CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

---

**From:** Lee Roistacher <lroistacher@deangazzo.com>
**Sent:** Monday, January 6, 2025 4:39 PM
**To:** David Klehm <David.Klehm@doj.ca.gov>; Cooper Mayne <CMayne@galipolaw.com>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Cooper/David,

That day works for me also. Please note we will be filing a notice of appeal tomorrow so we would like to cover in the call everyone's position on a stay of the case pending resolution of the appeal. Thanks.

Lee H. Roistacher, Esq.
Certified Appellate Specialist,
State Bar of California Board of
Legal Specialization



440 Stevens Avenue, Suite 100
Solana Beach, Ca. 92075
(858) 264-4938 – direct
(858) 492-0486 - facsimile
lroistacher@deangazzo.com
CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this

message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** David Klehm <David.Klehm@doj.ca.gov>
**Sent:** Monday, January 6, 2025 4:25 PM
**To:** Cooper Mayne <CMayne@galipolaw.com>; Lee Roistacher <lroistacher@deangazzo.com>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>; David Klehm <David.Klehm@doj.ca.gov>; Donna Dean <Donna.Dean@doj.ca.gov>; Christina Ramirez <Christina.Ramirez@doj.ca.gov>; Christine Henson <Christine.Henson@doj.ca.gov>
**Subject:** RE: Stephenson v. CHP (21-cv-00526)

Counsel,

January 17th in the morning is good for me.

Thank you,

David Klehm

**Deputy Attorney General IV**
**California Department of Justice**
Torts & Condemnation
600 W. Broadway, Suite 1800
San Diego, CA 92101
Office Direct: (619) 738-9733
Email: David.Klehm@doj.ca.gov

D3362EB5



**From:** Cooper Mayne <CMayne@galipolaw.com>
**Sent:** Monday, January 6, 2025 3:59 PM
**To:** Lee Roistacher <lroistacher@deangazzo.com>; David Klehm <David.Klehm@doj.ca.gov>
**Cc:** Dale Galipo (dalekgalipo@yahoo.com) <dalekgalipo@yahoo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Gregory Peacock <gregorypeacockesq@gmail.com>
**Subject:** Stephenson v. CHP (21-cv-00526)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Good afternoon, Lee and David,

Our joint status report is due January 21st. We'll need to meet and confer before filing. I'm available anytime on January 16th or 17th. Please let me know what times would work best for you.

Thanks,

Cooper

**Cooper Alison-Mayne, Associate Attorney** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com www.GalipoLaw.com

CONFIDENTIALITY NOTICE:

This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.