ROB BONTA
Attorney General of California
DONNA M. DEAN
Supervising Deputy Attorney General
DAVID KLEHM
Deputy Attorney General
State Bar No. 165302
STEPHANIE A. VOLLMER
Deputy Attorney General
State Bar No. 309407
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3849
 Fax:  (415) 703-5480
 E-mail:  David.Klehm@doj.ca.gov;
 Stephanie.Vollmer@doj.ca.gov
*Attorneys for Defendants State of California, acting
by and through the California Highway Patrol, and
Dane Norem*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**STATE OF CALIFORNIA; and DOES 1 through 100, inclusive,**<br><br>Defendants. | 5:21-cv-00526-JWH (KKx)<br><br>**DECLARATION OF STEPHANIE A. VOLLMER IN SUPPORT OF DEFENDANTS' JOINT OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE OF DECEDENT'S ALLEGED MENTAL HEALTH ISSUES AND ALLEGED HISTORY OF DRUG USE**<br><br>Date:         August 25, 2025<br>Time:         1:30pm<br>Courtroom:  10B<br>Judge:        The Honorable John A. Kronstadt<br>Trial Date:   September 9, 2025<br>Action Filed: 12/18/2019 |

1

I, Stephanie A. Vollmer, declare as follows:

1. I am an attorney at law, licensed to practice before all courts of the State of California, and a Deputy Attorney General for the Office of the Attorney General of the California Department of Justice. I, along with co-counsel Deputy Attorney General David Klehm, am counsel for Defendants the State of California, acting by and through the California Highway Patrol (CHP), and Dane Norem.

2. I have personal knowledge of the facts set forth herein and if called upon as a witness could and would testify competently thereto.

3. I submit this declaration in support of Defendants CHP's, Dane Norem's, and Jeffrey McKee's Joint Opposition to Plaintiffs' Motion in Limine No. 1 to Exclude Evidence of Decedent's Alleged Mental Health Issues and Alleged History of Drug Abuse.

4. Exhibit 1, attached hereto, is a true and correct copy of the autopsy report of Leroy Stephenson.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 18th day of August 2025, at Berkeley, California.

/s Stephanie A. Vollmer
Stephanie A. Vollmer

SD2020700119

# EXHIBIT "1"



# Riverside County Sheriff's Department

## Coroner-Public Administrator

800 South Redlands Avenue • Perris • California • 92570

www.riversidesheriff.org

**Chad Bianco**
Sheriff - Coroner

Allison Hunt, M.D.
Forensic Pathologist

## AUTOPSY PROTOCOL

**NAME OF DECEDENT:** STEPHENSON, LEROY   **FILE NUMBER:** 2019-01113

### FINAL DIAGNOSES:

I. TERMINAL EVENT: The decedent, a 48 year-old, male was seen acting erratically on an interstate on-ramp. California Highway Patrol attempted to get him off the freeway as he was running towards traffic. Officers deployed an electronic control device and cuffed him. Mr. Stephenson soon went unresponsive. He was uncuffed and given CPR. Paramedics responded, and he was transported to the emergency department but died despite resuscitative efforts.

II. POST-MORTEM EXAMINATION:
  A. Evidence of electronic control device deployment.
       1) Barb, left forearm.
       2) Barb. left leg.
  B. Scattered cutaneous abrasions and contusions.
  C. Non-traumatic findings.
       1) Cardiomegaly with left ventricular hypertrophy.
       2) Critical coronary atherosclerosis, focal.
       3) Gastritis, mild.
       4) Multinodular prostate, mild.
  D. Toxicology: Please refer to Toxicology Report.

**CAUSE OF DEATH:**   **ACUTE METHAMPHETAMINE INTOXICATION**

**OTHER SIGNIFICANT CONDITIONS:  ATHEROSCLEROTIC CARDIOVASCULAR DISEASE, PHYSICAL CONFRONTATION WITH LAW ENFORCEMENT**

Law Enforcement Use Only
Not for Public Release

AGO 000181

STEPHENSON, LEROY/2019-01113 (2)

"I hereby certify that I, Allison Hunt, M.D., Forensic Pathologist, have performed an autopsy on the body of Leroy Stephenson, on January 25th, 2019, commencing at 9:45 a.m., at the Perris Office of the Riverside County Sheriff-Coroner. The autopsy is completed at 12:15 p.m."

The body is received in a sealed body bag (red seal "06285") with a white tag containing the inscription "2019-01113".

## ATTENDEES:

Coroner Technician: Staci Rzepka
Coroner Technician: Pete Kolski
Riverside Police Department: Josh Ontko and Rebecca Meyer
District Attorney Investigator: Mario Moreno

## CLOTHING:

The decedent is clad in a plaid button-up short sleeve shirt, black t-shirt, blue jeans with a belt, plaid boxers and a white sock (on the left foot). A hospital gown and white sock (removed from the right foot) accompany the decedent in the body bag.

## EVIDENCE OF MEDICAL INTERVENTION:

An endotracheal tube is within the mouth. A stabilization collar is around the neck. Cardiac defibrillator pads are on the chest. Electrocardiogram leads are on chest, abdomen and bilateral, upper extremities. Intraosseous access is in the left anterior lower leg.

## IDENTIFYING MARKS AND SCARS:

A polychromatic tattoo of a basketball with the inscription "LA Baller" is on the right upper outer arm. A polychromatic tattoo of a yin-yang symbol made of koi fish and the inscription "LA" is on the right upper outer arm. A red and black tattoo of the yin-yang symbol is on the right bicep area. On the left upper outer arm is a monochromatic tattoo of two ornate crosses and the inscription "Gods", an illegible word, and the inscription "Winona".

## EVIDENCE OF INJURY:

A 2½ x 1 inch purple-red abraded contusion is on the right cheek. A small 1/4 inch abrasion is on the central forehead. The buccal mucosa of the right aspect of the lower

Law Enforcement Use Only
Not for Public Release

AGO 000182

STEPHENSON, LEROY/2019-01113 (3)

lip has a focal purple contusion. Focal small abrasions are on the dorsal aspect of the right hand. Scattered linear red abrasions and focal purple contusion are scattered on or about the right wrist.

On the medial aspect of the left upper arm are linear purple-red abrasion/incised wounds, along with scattered purple-red abrasions. A linear purple-red abrasion is near the left bicep area. A large 4 x 1/2 inch purple contusion is on the dorsal aspect of the left hand. A linear red 3/4 inch abrasion is on the dorsal aspect of the left hand beneath the base of the left thumb. Scattered orange-red abrasions are on or about the left elbow. A 1 inch red abrasion is on the posterior left arm. A 1 ½ inch barb (1 inch metal cylinder and 1/2 inch pronged area) is within the dorsal aspect of the left forearm near the left elbow. It extends into the skin approximately 1/8 inch in depth.

A 1 ½ inch barb, total length, (the cylinder portion is 1 inch and the barbed portion is 1/2 inch) is within the left lateral thigh (extending thru the jeans). It extends into the skin approximately 1/4 inch in depth. Small red abrasions are on the left knee. Focal red abrasions are on the left lateral lower leg slightly below the level of the left knee. The posterior left leg has medium-sized purple contusions. A small red abrasion is on the right anterior lower leg. A 2 x 1 inch purple contusion is on the right anterior lower leg slightly below the right knee. A large purple contusion is on the posterior aspect of the right leg, proximally.

### EXTERNAL EXAMINATION:

The body is that of a well-developed, well-nourished, 6 foot 4 inch, 230 pound (BMI = 28.0 kg/m$^2$), black male who appears the reported age of 48 years. The body is refrigerated. Rigor mortis is fully developed and symmetric in the major muscle groups. Livor mortis is fixed over the posterior aspect of the body except over pressure points.

The scalp has closely shaven black-gray hair. Facial hair consists of stubble of a goatee. The irides are brown and have circumferential arcus senilis. The sclerae and conjunctivae are pale and have no petechiae. The bridge of the nose is intact. The facial bones have no palpable fractures. The teeth are natural and in fair repair.

The neck has no external injury. The chest is symmetric. The abdomen is flat. The external genitalia are those of a normal, adult, circumcised male. The testes are within the scrotum.

The upper and lower extremities are symmetric, normally developed, and have no palpable fractures. A tan identification tag on the right great toe has the inscription "2019-01113".

The posterior aspect of the body has focal injuries as described below.

Law Enforcement Use Only
Not for Public Release

STEPHENSON, LEROY/2019-01113 (4)

## INTERNAL EXAMINATION:

The reflected scalp has no injury. The calvarium and base of the skull have no fractures. The dura mater and falx cerebri are intact and have no epidural or subdural collections of blood. The leptomeninges are thin and there is no subarachnoid hemorrhage or exudate. The brain is 1400 grams. The cerebral gyri and sulci are edematous. The cerebrum has a well-demarcated gray-white interface and no identifiable tumors or lesions. The circle of Willis is complete, has no atherosclerosis and no malformation. The brainstem and cerebellum are symmetrical. The cranial nerves are intact. The pituitary gland is normal.

The anterior muscles of the neck are soft, red-brown and have no hemorrhage. The larynx and trachea are lined by intact, tan mucosa. The hyoid bone, and thyroid and cricoid cartilages are intact. The thyroid gland is beefy-red and has no discrete masses.

The anterior chest wall and abdominal wall have no abnormalities. The bilateral, pleural cavities and abdominal cavity have no adhesions and no abnormal fluid collections.

The 1500 gram right lung and 1350 gram left lung are normally lobated. The visceral pleural surfaces are purple-red with multiple scattered punctate and coalescent petechiae and have a minimal amount of anthracotic pigment deposition. The major bronchi are patent and the mucosa is tan and intact. The parenchyma is purple-red, exudes a severe amount of pink tinged fluid, and has no palpable consolidations or tumors. The perihilar lymph nodes are inconspicuous. The vasculature is patent.

The pericardial sac is intact and contains a physiologic amount of thin, yellow fluid. The 500 gram heart has a smooth, glistening epicardial surface with multiple punctate red petechiae. The coronary arteries arise normally and have a left dominant configuration. The coronary ostia are patent. The right coronary artery has up to 75% stenosis focally of the mid portion. The left anterior descending and left circumflex coronary arteries have up to 30% stenosis by focal atherosclerosis. The bilateral, atria are of normal size and the fossa ovalis is fused. The atrial appendages are free of antemortem thrombi. The endocardium is smooth and glistening. The myocardium is dark red-brown and has no areas of fibrosis or hemorrhage. The left and right ventricles are 1.5 and 0.4 centimeters in thickness, respectively. The valves are normal. The chordae tendineae are normal. The aorta branches normally and has mild atherosclerosis.

The 2040 gram liver has a smooth and transparent capsule. The brown-red parenchyma has a homogeneous lobular pattern with no lesions or nodules. Approximately 15 milliliters of bile and no calculi are within the gallbladder. The vessels of the porta hepatis are normal. The pancreas has normally lobulated, red-tan, rubbery, parenchyma with no foci of calcification. The 140 gram spleen has an intact, tan, wrinkled capsule. The parenchyma is maroon, boggy and without lesions.

Law Enforcement Use Only
Not for Public Release

AGO 000184

STEPHENSON, LEROY/2019-01113 (5)

The tongue is normal. The esophagus is normal and the gastroesophageal junction is well demarcated. The stomach contains 20 milliliters of thick bloody mucus. The gastric mucosa is tan, smooth, and has a numerous punctate petechiae of the proximal portion, consistent with mild gastritis. The small intestine, colon and rectum are of normal caliber and have no palpable masses. The vermiform appendix is normal.

The adrenal glands are normal. The 180 gram right kidney and 200 gram left kidney have smooth cortical surfaces. The renal parenchyma is red-tan, congested and has well-defined corticomedullary junctions. The renal arteries are patent. The pelves and ureters are patent, free of calculi, and of normal caliber. The ureters enter the bladder normally. The urinary bladder contains 75 milliliters of blood tinged urine. The bladder mucosa is smooth and white-tan.

The prostate has occasional white bulging nodules, centrally located. The testes are normal.

Cut down of the soft tissue and musculature of the back reveals focal hemorrhage, only of the lateral aspect of the left shoulder. No significant hemorrhage is within the soft tissue and musculature of the back.

**TOXICOLOGY:**

Please refer to Toxicology Report.

**MICROSCOPY:**

**SKIN:** Normal skin with focal epidermal disruption and hemorrhage. No evidence of nuclear streaming.

**HEART:** Scattered hypertrophic myocytes. Focal, patchy fibrosis. No acute inflammation is identified.

_____
Allison Hunt, M.D.
Forensic Pathologist

6-12-2019
Date

AH/cm
05/29/2019

Law Enforcement Use Only
Not for Public Release

AGO 000185

## Riverside County Sheriff - Coroner Division
### Coroner Investigation

| MODE | **Homicide** | CASE # | **201901113** |
|---|---|---|---|
| STATUS | **Coroner Review** | DEPUTY | **Kathleen Cohen** |

### CASE INFO

| REPORTED BY | AGENCY | DATE | TIME | |
|---|---|---|---|---|
| RN Jessica Schoen | Parkview Community Hospital Medical Center | 01-24-19 | 1406 | |

| NEWS RELEASE | NAME RELEASABLE | ROLL-OUT? | # OF PHOTOS | MEDIUM | SPECIAL CIRCUMSTANCES |
|---|---|---|---|---|---|
| | **** | Yes | | | |

### DECEDENT INFO

| 1 NAME (FIRST) | 2 (MIDDLE) | 3 (LAST) |
|---|---|---|
| Leroy | Richard | Stephenson |

| AKA | DOE TYPE/NUMBER | PHONE |
|---|---|---|
| | | |

| 20 ADDRESS | 21 CITY | 25 STATE | 23 ZIP |
|---|---|---|---|
| | | | |

| 6 SEX | 14 RACE | 4 DOB | 5 AGE | RELATED CASE NUMBERS | | | |
|---|---|---|---|---|---|---|---|
| Male | | 02-28-1970 | 48 yrs | N/A | | | |

| BODY BAG # | TOE TAG | 10 SS# | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|
| 06285 | 36482 | **** | | 230.0 lbs | | |

| DRIVER'S LIC. # | STATE | HOW | |
|---|---|---|---|
| **** | CA | IDENTIFIED | CDL, CAL-ID 01/24 JH |

### LEGAL NEXT OF KIN

| NAME | RELATIONSHIP | MOTHER'S DOB/AG | DATE/TIME NOTIFIE | NOTIFIED BY |
|---|---|---|---|---|
| Latonya Stanford Stephenson | wife | | 01-24-19    0000 | Cohen |

| ADDRESS | 21 CITY | 25 STATE | 23 ZIP |
|---|---|---|---|
| | | | |

| PHONE | ALTERNATE PHONE # |
|---|---|
| **** | |

### PLACE/DEATH OCCURRED

| 7 DATE | 8 TIME | DAY OF DEATH | PRONOUNCED BY |
|---|---|---|---|
| 01-24-19 | 1354 | Thursday | MD |

| 101 PLACE OF DEATH | 102 IP-ER/OP-DOA | FAC OTHER THAN HOSPITAL |
|---|---|---|
| Parkview Community Hospital Medical Center | ER/Outpatient | |

| 105 FACILITY ADDRESS OR LOCATION WHERE FOUND | 106 CITY |
|---|---|
| 3865 Jackson Street | Riverside |

### INVESTIGATIVE SUMMARY

ADDITIONAL NARRATIVE ATTACHED [X] YES [ ] NO

MEDICAL HISTORY

Law Enforcement Use Only
Not for Public Release

**** Protected information on file with Coroner pursuant to P.C. 964    **1** of **5**    Date Printed: 8/15/2019 at 0551