1  Rob Bonta
   Attorney General of California
2  Donna M. Dean
   Supervising Deputy Attorney General
3  David Klehm
   Deputy Attorney General
4  State Bar No. 165302
   Stephanie A. Vollmer
5  Deputy Attorney General
   State Bar No. 309407
6   455 Golden Gate Avenue, Suite 11000
   San Francisco, CA  94102-7004
7  Telephone:  (415) 510-3849
   Fax:  (415) 703-5480
8  E-mail:  David.Klehm@doj.ca.gov;
   Stephanie.Vollmer@doj.ca.gov
9  *Attorneys for Defendants State of California, acting
   by and through the California Highway Patrol, and
10 Dane Norem*

11              IN THE UNITED STATES DISTRICT COURT

12           FOR THE CENTRAL DISTRICT OF CALIFORNIA

13

14

15

16  **DEVONTE STEPHENSON,**              5:21-cv-00526-JWH (KKx)
    **individually and as successor in**
17  **interest to Decedent LEROY**        **DECLARATION OF STEPHANIE**
    **STEPHENSON; LINDEN**                **A. VOLLMER IN SUPPORT OF**
18  **STEPHENSON, individually and as**   **DEFENDANTS' JOINT**
    **successor in interest to Decedent** **OPPOSITION TO PLAINTIFFS'**
19  **LEROY STEPHENSON; KEANDRE**        **MOTION IN LIMINE NO. 2 TO**
    **STEPHENSON, individually and as**   **EXCLUDE EVIDENCE OF**
20  **successor in interest to Decedent** **DECEDENT'S PAST CRIMINAL**
    **LEROY STEPHENSON,**                 **HISTORY AND CONDUCT ON**
21                                        **DAY OF INCIDENT THAT WAS**
                          Plaintiffs,     **UNKNOWN TO DEFENDANT**
22                                        **NOREM**
        v.
23                                        Date:        August 25, 2025
                                          Time:        1:30pm
24  **STATE OF CALIFORNIA; and**          Courtroom:   10B
    **DOES 1 through 100, inclusive,**    Judge:       The Honorable John A.
25                                                     Kronstadt
                          Defendants.     Trial Date:  September 9, 2025
26                                        Action Filed: 12/18/2019

27

28

                                    1

I, Stephanie A. Vollmer, declare as follows:

1. I am an attorney at law, licensed to practice before all courts of the State of California, and a Deputy Attorney General for the Office of the Attorney General of the California Department of Justice. I, along with co-counsel Deputy Attorney General David Klehm, am counsel for Defendants the State of California, acting by and through the California Highway Patrol (CHP), and Dane Norem.

2. I have personal knowledge of the facts set forth herein and if called upon as a witness could and would testify competently thereto.

3. I submit this declaration in support of Defendants CHP's, Dane Norem's, and Jeffrey McKee's Joint Opposition to Plaintiffs' Motion in Limine No. 2 to Exclude Evidence of Decedent's Past Criminal History and Conduct on Day of Incident That Was Unknown to Defendant Norem.

4. Exhibit 1, attached hereto, is a true and correct copy of Orange County Superior Court Case No. 18CF2401, Felony Complaint Amendment 1.

5. Exhibit 2, attached hereto, is a true and correct copy of Orange County Superior Court Case No. 18CF2401, Advisement of Waiver of Rights.

6. Exhibit 3, attached hereto, is a true and correct copy of Orange County Superior Court Case No. 18CF2401, Petition for Warrant of Arrest, issued less than two months before the incident in this case.

7. Exhibit 4, attached hereto, is a true and correct copy of Los Angeles County Superior Court Case No. BA372533, Felony Complaint.

8. Exhibit 5, attached hereto, is a true and correct copy of Los Angeles County Superior Court Case No. BA372533, Advisement of Waiver of Rights.

9. Exhibit 6, attached hereto, is a true and correct copy of the docket in Riverside County Superior Court Case No. RIF1100739.

10.    Exhibit 7, attached hereto, is a true and correct copy of San Diego Superior Court Case No. M255175, Misdemeanor Complaint, filed just 10 days before the incident in this case.

11.    Exhibit 8, attached hereto, is a true and correct copy of San Diego Superior Court Case No. M255175 *People v Leroy Stephenson* Misdemeanor/Felony Pre-Disposition Minutes dated January 17, 2019, issuing a bench warrant for Leroy Stephenson's arrest.

12.    Exhibit 9, attached hereto, is a true and correct copy of San Bernadino Police Department Suspect Arrest Information Sheet dated March 6, 2017, for Leroy Stephenson, Case No. 2017-00026237.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 18th day of August 2025, at Berkeley, California.

/s Stephanie A. Vollmer
Stephanie A. Vollmer

SD2020700119

# EXHIBIT 1

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CIVIL COMPLEX LITIGATION CENTER

SEP 1 3 2018

DAVID H. YAMASAKI, Clerk of the Court

BY:____K PORTER____,DEPUTY

1  SUPERIOR COURT OF CALIFORNIA
2  COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

6  THE PEOPLE OF THE STATE OF CALIFORNIA, )    FELONY COMPLAINT
7                                         )    AMENDMENT 1
                                          )
8                          Plaintiff,     )
                                          )
9                                         )
                 vs.                      )    No. 18CF2401
10                                        )    TPD 18-5269
11  LEROY RICHARD STEPHENSON    02/28/70 )
      A1644742                            )
12                                        )
13  _____Defendant(s))

14  The Orange County District Attorney charges that in Orange
15  County, California, the law was violated as follows:

16  COUNT 1: On or about August 24, 2018, in violation of Section
17  29800(a)(1) of the Penal Code (POSSESSION OF FIREARM BY FELON),
    a FELONY, LEROY RICHARD STEPHENSON, who was previously convicted
18  of a felony, did unlawfully  own, purchase, receive, possess,
19  and have custody and control of a firearm.

20  LEROY RICHARD STEPHENSON was previously convicted of a violation
21  of Section 12031 (a)(1) of the Penal Code on or about July 08,
    2010 in the SUPERIOR Court of the State of California, in and
22  for the County of LOS ANGELES, in case BA-372533-01.

23
24  COUNT 2: On or about August 24, 2018, in violation of Section
    30305(a)(1) of the Penal Code (POSSESSION OF AMMUNITION BY
25  PROHIBITED PERSON), a FELONY, LEROY RICHARD STEPHENSON did
    unlawfully  own, possess, and have custody and control over
26  ammunition and reloaded ammunition, when the defendant was
27  prohibited from owning and possessing a firearm under Chapter 2,
    commencing with Section 29800, and Chapter 3, commencing with
28  Section 29900, of Division 9 of the Penal Code, and Welfare and
    Institutions Code sections 8100 and 8103.

*FELONY COMPLAINT (DA CASE# 18F07206)*
*OC DNA NOT ON FILE: LEROY STEPHENSON*

LEROY RICHARD STEPHENSON TPD 18-5269 PAGE 2

COUNT 3: On or about August 24, 2018, in violation of Section 148(a)(1) of the Penal Code (RESIST AND OBSTRUCT OFFICER), MISDEMEANOR, LEROY RICHARD STEPHENSON did willfully and unlawfully resist, delay, and obstruct K. HURD, J. LAURICH, M. NUNLEY, M. FITZPATRICK, who was a peace officer discharging and attempting to discharge the duty of his/her office and employment.

PRIOR CONVICTION(S)

It is further alleged pursuant to Penal Code sections 667(d) and (e)(1) and 1170.12(b) and (c)(1), that LEROY RICHARD STEPHENSON was previously convicted of a serious and violent felony:

LEROY RICHARD STEPHENSON was previously convicted of a violation of Section 13-1904 of the ARS Code on or about July 12, 1988 in the SUPERIOR Court of the State of Arizona, in and for the County of MARICOPA, case number: CR1987-010754.

I declare under penalty of perjury, on information and belief, that the foregoing is true and correct.

Dated 09-11-2018 at Orange County, California.
          RP/VC 18F07206


TONY RACKAUCKAS, DISTRICT ATTORNEY

by:
Deputy District Attorney

RESTITUTION CLAIMED

[ X ] None
[   ] $_____
[   ] To be determined

BAIL RECOMMENDATION:

LEROY RICHARD STEPHENSON  -  $ 150,000.00

/
/
/

LEROY RICHARD STEPHENSON TPD 18-5269 PAGE 3

1   NOTICES:
2
3   The People request that defendant and counsel disclose, within
4   15 days, all of the materials and information described in Penal
    Code section 1054.3, and continue to provide any later-acquired
5   materials and information subject to disclosure, and without
6   further request or order.
7
8   Pursuant to Welfare & Institutions Code §827 and California Rule
    of Court 5.552, notice is hereby given that the People will seek
9   a court order to disseminate the juvenile case file of the
    defendant/minor, if any exists, to all parties in this action,
10  through their respective attorneys of record, in the prosecution
11  of this case.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*FELONY COMPLAINT (DA CASE# 18F07206)*
*OC DNA NOT ON FILE: LEROY STEPHENSON*

# EXHIBIT 2

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

**ADVISEMENT AND WAIVER OF RIGHTS FOR A FELONY GUILTY PLEA**

```
                                                    FILED
                                         Electronically Filed only
                                    SUPERIOR COURT OF CALIFORNIA
                                          COUNTY OF ORANGE
                                        CENTRAL JUSTICE CENTER

                                           SEP 19 2018

                                    DAVID H. YAMASAKI, Clerk of the Court

                                    BY     E. VILLELA     , DEPUTY
```

CASE NO. **18CF2401**   PEOPLE vs. *Stephenson*

1. My true full name is *Leroy Stephenson*

   I am represented by *Jennifer Cloaves*

2. I understand that I am pleading guilty, and admitting the following offenses, special punishment allegations, and prior convictions, carrying the possible penalties as follows:

| Ct | Charge | Sentencing Range | Enhancements | Yrs. | Term for Priors | Yrs. | Total Penalty Years |
|----|--------|------------------|--------------|------|-----------------|------|---------------------|
| 1 | 29800(a) | 16-2-3 | | | 667(d)/(e)(i) | 3 | 6 years |
| 2 | 30305(a)(1) | 16-2-3 | | | | | 16.54.5 |
| 3 | 148(a)(1) | misd | | | | | 1 year |
| | | | | | Maximum Total Punishment | | 7 years |

☐ Additional pleading page(s) attached

3. ✗ On People's motion, remaining count(s), enhancement(s) and/or prior(s) are dismissed.

4. In addition to time in custody, I understand the court may also order me to pay a fine as follows: up to $10,000 for most felonies [Penal Code § 672]; up to $20,000 for selected drug offenses [H&S 11372]; up to $50,000 for selected drug offenses [H&S 11352.5]; or other:

5. I understand it is absolutely necessary that all plea agreements, promises of a particular sentence, and sentence recommendations be completely disclosed to the court on this form.

6. **Right to an attorney:** I understand I have the right to be represented by an attorney at all stages of the proceedings until my case is completed. If I cannot afford an attorney, one will be appointed for me free of charge. However, I understand that at the conclusion of my case, the court may order me to reimburse the County of Orange for the cost of my attorney, according to my ability to pay.

7. **Right to a preliminary hearing:** I understand I have the right to a preliminary hearing at which a judicial officer will determine if there is sufficient evidence to justify setting my case for trial. At this hearing, I have the right to be represented by an attorney as described in paragraph 6 above, the right to confront and cross-examine witnesses against me, the right to present evidence on my behalf, and the right to remain silent and not testify; but I may testify if I want to. I waive and give up my right to a preliminary hearing.

8. **Jury Trial rights:** I understand I have the right to a speedy and public trial by a jury. I waive and give up these rights.

9. **Right to confront and cross-examine witnesses:** I understand I have the right to confront the witnesses against me and to cross-examine them myself or have my attorney cross-examine them. I waive and give up these rights.

10. **Right to testify or remain silent:** I understand I have the right to testify on my behalf. I also understand I have the right to remain silent, and I cannot be compelled to testify against my will. I waive and give up these rights.

11. **Right to present evidence:** I understand I have the right to present evidence and to call witnesses to testify on my behalf. I further understand I have the right to invoke the compulsory process of the court to subpoena evidence and witnesses at no cost to me. I waive and give up these rights.

CASE NO. 18CF2401                     PEOPLE VS. Stephenson

12. Immigration consequences: I understand if I am not a citizen of the United States, the plea or my conviction for the offense(s) charged will have the consequence of deportation, exclusion from admission to the United States, and denial of naturalization pursuant to the laws of the United States.

13. ✗ Strike Offense(s): I understand that my conviction in this case is for a serious or violent felony ("strike") which may result in the mandatory denial of probation, substantially increased penalties, and a term in state prison for any future felony conviction.

14. Fourth Amendment Waiver: I understand under the Fourth and Fourteenth Amendments to the United States Constitution, I have a right to be free from unreasonable searches and seizures. I waive and give up this right, and further agree that for the period during which I am on probation or mandatory supervision I will submit my person and property, including any residence, premises, container or vehicle under my control which may include electronic devices, to search and seizure at any time of the day or night by any law enforcement officer, probation officer, post-release community supervision officer, or parole officer with or without a warrant, probable cause or reasonable suspicion.

15. Blakely/Cunningham Waiver: I understand I may have the right to a jury or court trial as to certain factors that can be used to increase my sentence on any count, sentencing enhancement, or allegation, to the upper or maximum term provided by law. I waive and give up the right to a jury or court trial on all of these factors. I agree the judge will determine the existence of any of these factors, within the judge's discretion, as allowed by law. I agree this waiver shall apply to any future sentence imposed following a probation revocation.

16. Appeal Waiver: I understand I have the right to appeal from decisions and orders of the Superior Court. I waive and give up my right to appeal from any and all decisions and orders made in my case, including motions to suppress evidence brought pursuant to Penal Code § 1538.5. I waive and give up my right to appeal from my guilty plea. I waive and give up my right to appeal from any legally authorized sentence the court imposes which is within the terms and limits of this plea agreement.

17. ✗ Cruz Waiver: I understand that if, pending sentencing, I am arrested for or commit another crime, violate any condition of my release, or willfully fail to appear for my probation interview or my sentencing hearing, the sentence portion of this agreement will be cancelled. I will be sentenced unconditionally and I will not be allowed to withdraw my guilty plea(s).

18. Arbuckle Waiver: I understand I have the right to be sentenced by the judge who accepts this plea. I waive and give up that right.

19. ✗ Harvey waiver: I understand I will pay restitution on count(s) _____ and dismissed count(s) _____ pursuant to Harvey waiver as part of the plea agreement.

20. ✗ Watson Advisement: I understand that if I am charged with violating Vehicle Code section 23103, as specified in Vehicle Code section 23103.5 or Vehicle Code sections 23152 or 23153, the following warning applies:

> You are hereby advised that being under the influence of alcohol or drugs, or both, impairs my ability to safely operate a motor vehicle. Therefore, it is extremely dangerous to human life to drive while under the influence of alcohol or drugs, or both. If I continue to drive while under the influence of alcohol or drugs, or both, and, as a result of that driving someone is killed, I can be charged with murder.

21. Probation Report Waiver: I understand I have the right to a full probation report before sentencing. I waive and give up that right.

CASE NO. 18CF2401                          PEOPLE vs. Stephenson

22. ☒ **Mandatory Supervision Waiver:** I understand that I will be on mandatory supervision (Penal Code § 1170(h)(5)) for the period of time and subject to the terms and conditions specified in this plea agreement I understand if I violate any term or condition of mandatory supervision I could be sent to county jail for the remainder of my sentence as set forth on page 7, less any credit for time served.

23. ☒ **Post-Release Community Supervision:** I understand that upon release from state prison I may be placed on post-release community supervision for a period of time not to exceed three years, supervised by county officers. I further understand I could be sent to county jail for up to ten days on the order of the post-release community supervision authority without a court hearing.

24. ☒ **Post-Release Community Supervision Revocation:** I understand that, following a court hearing, if I am found in violation of any of the terms or conditions of post-release community supervision; I could be sent to county jail for up to 180 days each time I am found in violation.

25. ☒ **Parole Waiver:** I understand that upon release from state prison I may be placed on parole for a period of time ranging from three years to life, supervised by the California Department of Corrections and Rehabilitation. I further understand that if I am found in violation of any of the terms or conditions of parole, I could be sent to county jail for up to 180 days, except if my sentence was life, I could be sent back to state prison for up to a year.

26. *[initials]* **Flash Incarceration Waiver:** I understand that I have the right to a hearing before a judicial officer to determine whether I violated the conditions of my court-ordered probation or mandatory supervision and to determine the appropriate sanction for the violations. I hereby waive and give up this right for all violations for which the county probation department orders me to serve a "flash incarceration", which can be a period of one to ten consecutive days in the county jail. However, if I do not agree with the imposition of flash incarceration, I am preserving my right to demand a hearing. I understand the court may not deny me probation if I elect not to sign this waiver.

27. ☒ **Mandatory Execution of Sentence:** I understand I am not eligible for probation and I will be sentenced to state prison or county jail pursuant to Penal Code § 1170(h).

28. *[initials]* **Firearms Advisement:** I am now prohibited from owning, purchasing, receiving, possessing, or having under my custody or control any firearms, ammunition, and ammunition feeding devices, including but not limited to magazines. I am ordered to relinquish all firearms and complete a relinquishment form pursuant to Penal Code § 29810.

29. ☒ **Serious or violent felony:**
   ☐ I understand that by pleading guilty to a serious or violent felony ("strike"), the penalty for any future felony conviction will be increased as a result of my conviction in this case, depending on the number of strikes I have, up to a mandatory prison sentence of double the term otherwise provided or a term of at least 25 years to life.
   ☐ I understand that if I am convicted of a violent felony, jail or prison conduct/work-time credit I may accrue will not exceed 15%.
   ☐ I understand that if I am admitting a prior strike conviction, prison work-time credit that I may accrue will not exceed 20% of the total term of imprisonment.

30. *[initials]* **Proposed disposition:** I voluntarily agree and understand the court will: (initial all that apply)
   (a) **State Prison:** Sentence me to state prison for a period of _____ year(s) and _____ months, credit for time served of _____ days actual custody and _____ days of good time/work time for a total credit of _____ days. I waive and give up my right to make application for probation and request immediate sentence.

CASE NO. _18CF2401_     PEOPLE vs. _Stephenson_

X (b) **State Prison/County Jail Execution of Sentence Suspended:** Sentence me to State Prison/County Jail (Penal Code § 1170(h)) for _____ year(s) and _____ months. Execution of this sentence is suspended. Placed on probation for _____ years. I understand that if I am found to have violated any of the terms and conditions of probation, I may be remanded into custody to serve the entire suspended sentence.

X (c) **County Jail:** Sentence me to county jail, for a period of _____ year(s) and _____ months pursuant to Penal Code § 1170(h), credit for time served of _____ days actual custody and _____ days of good time/work time for a total credit of _____ days. I waive and give up my right to make application for probation and request immediate sentence.

X (d) **County Jail with Mandatory Supervision:** Pronounce a divided sentence as follows: _____ year(s) and _____ months in the county jail and _____ year(s) and _____ months on mandatory supervision under conditions set forth on pages 7 and 8. I understand that if I violate any of the terms or conditions of mandatory supervision, I may be remanded into custody for the entire unserved portion of the sentence.

(e) **Probation:** Grant me probation under the terms and conditions set forth on the attached pages 7 and 8 that I have initialed and signed. I understand I have the right to reject probation and have the court impose a final sentence. However, I agree to accept probation on the terms and conditions set forth on the attached pages 7 and 8. I further understand that if I am found in violation of any of the terms or conditions of probation, the court may resentence me to (check one) ☒ state prison ☐ county jail in this case for a maximum period of _7_ years and _0_ months.

X (f) **Restitution:** Order me to pay restitution on count(s) _____, and dismissed count(s) _____ pursuant to Harvey Waiver, as part of the plea agreement, in the amount of $ _____, or in an amount to be determined by the Probation Department. If I disagree with the amount of restitution determined by the Probation Department, I may request a court hearing to determine the amount of restitution.

☐ Defendant waives appearance for restitution hearing (if box checked).
☐ The sentencing court retains jurisdiction over this case for restitution purposes (if box checked).

(g) Order me to pay the mandatory state restitution fine between $300 and $10,000 [Penal Code § 1202.4]. A second restitution fine in the same amount will also be ordered if I receive a sentence that includes probation, a conditional sentence, mandatory supervision, post-release community supervision, or parole. This second fine will be suspended and I will only have to pay it if the court later finds that I have violated the terms of my probation, conditional sentence, mandatory supervision, post-release community supervision, or parole [Penal Code § 1202.44 & § 1202.45].

(h) Order me to pay the following fees (check all that apply):

☒ $30 Criminal Conviction Assessment Fee (per convicted count) (GC 70373)
☒ $40 Court Operations Fee (per convicted count) (Penal Code § 1465.8)
☐ $50 Alcohol Abuse Education Fee (VC 23645)
☐ $50 Alcohol Testing Penalty (Penal Code § 1463.14)
☐ $100 Alcohol Assessment Fee (VC 23649)

☐ $ _____ Domestic Violence Discretionary Fee for all Orange County Domestic Violence Shelters (Penal Code §1203.097)
☐ $_____ Domestic Violence Prevention Fund (Penal Code §1203.097(a)(5))
☐ $10 Local Crime Prevention Fund Fee (Penal Code § 1202.5(a))
☐ $300 Sex Offense Fee (Penal Code §290.3)

X (i) Order me to pay a mandatory Laboratory Analysis Fee of $50.00 for each specified drug offense, ☐ plus penalty assessment [H&S 11372.5 & Penal Code §1464].

CASE NO. 18CF2401    PEOPLE vs. Stephenson

X  (j) Order me to pay a mandatory Drug Program Fee of $150.00 for each specified drug offense ☐ plus
penalty assessment [H&S 11372.7].

X  (k) Order me to register pursuant to the following:  (Check all that apply)
☐ H&S 11590 (narcotics offense)
☐ Penal Code § 186.30 (gang-related offense)
☐ Penal Code § 457.1 (arson-related offense) I understand I will have to register for the rest of
my life.
☐ Penal Code § 290 (sex offense) I understand if I work, attend school, or reside in California, I
will have to register for ☐ the term of probation ☐ the rest of my life.
☐ Penal Code § 290.024 (sex offense) I understand I will have to register internet identifiers.

I understand that I will be required to register with the local police agency or sheriff's department in
the city or county in which I reside and that if I willfully fail to register or to keep my registration
current, new felony criminal charges may be filed against me.

X  (l) Order that my driver's license or driving privilege be suspended or revoked for a period of
_____

X  (m) The court will order that monies paid will first be applied to restitution; and that the following
restitution terms are also part of this plea:
_____

X  (n) Other:
_____
_____

31. X  I acknowledge all other cases pending against me in Orange County and the proposed disposition:
_____

32. I understand a plea of guilty in this case may constitute an admission that I violated a previous grant
of probation, mandatory supervision, post-release community supervision, or parole in other cases
and may result in additional penalties imposed in these cases.

33. I offer my plea of guilty freely and voluntarily, and with full understanding of all matters set forth in
the accusatory pleading and this advisement and waiver of rights form.  No one has made any
threats or used any force against me, my family, or anyone else I know, in order to convince me to
plead guilty in this case. Further, all promises that have been made to me to convince me to plead
guilty are on this advisement and waiver of rights form.

34. I offer the following facts as the basis for my guilty plea:
In Orange County, California, on 8/24/18 I unlawfully & willfully
possessed a loaded firearm having previously
been convicted of a felony & did resist or
delay a police officer discharging his duties
of his office.
_____
_____
_____

CASE NO. 18CF 2401                    PEOPLE vs. Stephenson

35. _JRS_ I understand each and every one of the rights set forth above in this advisement and waiver of rights form. I waive and give up each of those rights in order to enter my guilty plea. I am entering a guilty plea because I am in fact guilty and for no other reason. I declare under penalty of perjury I have read, understood, and personally initialed each numbered item above, and I have discussed them with my attorney. I understand the signing and filing of this form is conclusive evidence I have pled guilty to the charges listed on this advisement and waiver of rights form.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: 9/18/18          SIGNED: _____
                                                    (Defendant)

36. _JRS_ DEFENSE ATTORNEY'S STATEMENT: I am the attorney of record for the defendant. I have explained to defendant each of the rights set forth on this form. I have discussed the charges and the facts with the defendant. I have studied the possible defenses to the charges and discussed those possible defenses with defendant. I have discussed the possible sentence ranges with defendant. I have advised defendant of immigration consequences and have complied with the requirements of California Penal Code §1016.3(a). I also have discussed the contents of this form with defendant. I concur with defendant's decision to waive the rights set forth on this form and to plead guilty. No promises of a particular sentence or sentence recommendation have been made to defendant by me, or to my knowledge by the prosecuting attorney or the court, which have not been fully disclosed on this form. I agree that this form may be received by the court as evidence of defendant's advisement and voluntary, intelligent, knowing, and express waiver of the rights set forth on this form.

DATED: 9/18/18          SIGNED: _____
                                                    (Attorney)

37. _____ INTERPRETER'S STATEMENT: I, _____, having been duly sworn as a court certified/registered/provisionally qualified interpreter, state that I am fluent in the language. I translated the contents of this form to defendant in that language.

DATED: _____          SIGNED: _____
                                                    (Interpreter)

38. _____ FOR THE PEOPLE: I am the prosecuting attorney in this case. I certify that I have complied with the requirements of California Penal Code § 1016.3(b).

DATED: 9/18/18          SIGNED: _____
                                                    (Deputy District Attorney)

Plea to the Court   ___X___



# EXHIBIT 3

SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE

THE PEOPLE OF THE STATE OF CALIFORNIA

                     Plaintiff

VS.

STEPHENSON, Leroy Richard          Probationer
STEPHENSON LEROY-III

DEPT. C58

A- 387901

NOV 2 9 2018

DAVID H. YAMASAKI, Clerk of the Court

Court Case No: 18CF2401
Date of Grant: September 19, 2018    M. DIAZ       DEPUTY

**PETITION FOR WARRANT OF ARREST**

DOB: 02/28/1970

**TO THE HONORABLE JUDGE OF THE SUPERIOR COURT OF THE CENTRAL JUDICIAL DISTRICT OF THE
COUNTY OF ORANGE, STATE OF CALIFORNIA:**

On September 19, 2018, the above-named person was placed on 3 years formal probation for violation of
PC29800(a)(1)-Felony, PC30305(a)(1)-Felony, and PC148(a)(1)-Misdemeanor, and his whereabouts has become
unknown to the Orange County Probation Department for the following reason(s):

On 9/19/18, the defendant was ordered by the Court to report to Probation within 72 hours of his release from
custody. He was released from jail on 9/19/18, and failed to report as ordered. A notice to report on 10/10/18 was
mailed to his listed address and he failed to report as directed. On 10/12/18, the defendant called the undersigned.
He was directed to report on 10/15/18; however, he failed to report. During an office interview on 10/16/18, the
defendant was directed to report on 11/07/18; however, he failed to report as directed. On 11/14/18, he was
contacted telephonically and directed to report to the Probation Department on 11/19/18; however, he failed to
report. This represents the first violation on this case.

**PROGRESS ON PROBATION:** Poor
To date, the probationer's compliance with the terms and conditions of probation, as well as his overall adjustment
to probation supervision, has been poor.

Custody time initially served: 52 days.
Previous violations: N/A.
Total custody time this grant: 52 days.
Current grant expiration date: 9/18/2021

Providing there are no changes of circumstances when the probationer is arraigned on this requested warrant, it is
respectfully recommended that probation be reinstated and the probationer receive 90 days in Orange County Jail.

It is further recommended that pursuant to Section 29550.2 of the Government Code, the defendant be ordered to
reimburse the County of Orange for the Criminal Justice Administration Fee (booking fee) through, and as directed
by the Probation Officer, in the amount of $158.00.

WHEREFORE, your petitioner prays that probation be revoked and that a warrant be issued for the arrest of said
probationer and that he be brought before this Court to be dealt with as provided by law. I declare under penalty of
perjury that the foregoing is true and correct.

Done this 20th day of November, 2018, in Santa Ana, California

**STEVEN J. SENTMAN
CHIEF PROBATION OFFICER**

DPO Location: SAO - Santa Ana

By  Carlos A Asencio
    Deputy Probation Officer II 222693

Paul A Fleming
Supervising Probation Officer 222654

**ORDER OF THE COURT**

It is the Order of the Court that probation in the above case be revoked and that a warrant be issued for the arrest
of said probationer.

Dated 11/29/18   Bail Amount No Bail

Judge of the above-entitled Court

DISTRIBUTION: Original – Court; Copies – Probation, District Attorney (18F07206 ), Defense Attorney, RPO Office

**CHERI PHAM**

**PETITION FOR WARRANT OF ARREST**

F057-2002.2(A) AF

# EXHIBIT 4

RIF 1100 739

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF LOS ANGELES

THE PEOPLE OF THE STATE OF CALIFORNIA,

EDP REPORT ON FILE    Plaintiff,

v.

01 LEROY RICHARD STEPHENSON  (02/28/1970)
Defendant(s).

CASE NO. BA372533

*FELONY COMPLAINT*

MAR 23 2011

The undersigned is informed and believes that:

### COUNT 1

On or about June 15, 2010, in the County of Los Angeles, the crime of CARRYING LOADED HANDGUN, NOT REGISTERED, in violation of PENAL CODE SECTION 12031(a)(1), a Felony, was committed by LEROY RICHARD STEPHENSON, who did unlawfully carry a loaded handgun on the person and in a vehicle and said handgun was not registered to the defendant.

* * * * *

### COUNT 2

On or about June 15, 2010, in the County of Los Angeles, the crime of VANDALISM OVER $400 DAMAGE-GRAFFITI, in violation of PENAL CODE SECTION 594(a), a Felony, was committed by LEROY RICHARD STEPHENSON, who did unlawfully and maliciously deface with graffiti and other inscribed material real and personal property, to wit, window and planters not his/her own, belonging to RITTENHOUSE SQUARE SENIOR HOME, the amount of said damage being over $400.00.

* * * * *

## COUNT 3

On or about June 15, 2010, in the County of Los Angeles, the crime of DRIVING UNDER THE INFLUENCE OF ALCOHOL OR DRUGS, in violation of VEHICLE CODE SECTION 23152(a), a Misdemeanor, was committed by LEROY RICHARD STEPHENSON, who did unlawfully, while under the influence of an alcoholic beverage and a drug and under their combined influence, drive a vehicle.

* * * * *

## COUNT 4

On or about June 15, 2010, in the County of Los Angeles, the crime of UNDER INFLUENCE OF A CONTROLLED SUBSTANCE, in violation of HEALTH & SAFETY CODE SECTION 11550(a), a Misdemeanor, was committed by LEROY RICHARD STEPHENSON, who did unlawfully use and be under the influence of a controlled substance, to wit, amphetamines.
"NOTICE: Conviction of this offense will require you to register pursuant to Health and Safety Code section 11590. Failure to do so is a crime pursuant to Health and Safety Code section 11594."

* * * * *

**NOTICE:** Conviction of this offense will require the defendant to provide DNA samples and print impressions pursuant to Penal Code sections 296 and 296.1. Willful refusal to provide the samples and impressions is a crime.

**NOTICE:** The People of the State of California intend to present evidence and seek jury findings regarding all applicable circumstances in aggravation, pursuant to Penal Code section 1170(b) and *Cunningham v. California* 2007 U.S. LEXIS 1324.

**NOTICE:** A Suspected Child Abuse Report (SCAR) may have been generated within the meaning of Penal Code §§ 11166 and 11168 involving the charges alleged in this complaint. Dissemination of a SCAR is limited by Penal Code §§ 11167 and 11167.5 and a court order is required for full disclosure of the contents of a SCAR.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT, CASE NUMBER BA372533, CONSISTS OF 4 COUNT(S).

Executed at LOS ANGELES, County of Los Angeles, on June 17, 2010.

_____
DECLARANT AND COMPLAINANT

..................................................................................................................

STEVE COOLEY, DISTRICT ATTORNEY

BY: _____
ROSE DE MATTIA, DEPUTY

| AGENCY: | LAPD - CENTRAL TRAFFIC | I/O: | | ID NO.: | PHONE: |
|---|---|---|---|---|---|
| DR NO.: | 101314771 | OPERATOR: | CC | PRELIM. TIME EST.: | 2 HOUR(S) |

| DEFENDANT | CII NO. | DOB | BOOKING NO. | BAIL RECOM'D | CUSTODY R'TN DATE |
|---|---|---|---|---|---|
| STEPHENSON, LEROY RICHARD | 008125906 | 2/28/1970 | 2369313 | $35,000 | 06/17/2010 |

## FELONY COMPLAINT -- ORDER HOLDING TO ANSWER -- P.C. SECTION 872

It appearing to me from the evidence presented that the following offense(s) has/have been committed and that there is sufficient cause to believe that the following defendant(s) guilty thereof, to wit:

*(Strike out or add as applicable)*

**LEROY RICHARD STEPHENSON**

| Count No. | Charge | Charge Range | Special Allegation | Alleg. Effect |
|-----------|--------|--------------|--------------------|---------------|
| 1 | PC 12031(a)(1) | 16-2-3 | | |
| 2 | PC 594(a) | 16-2-3 | | |
| 3 | VC 23152(a) | Check Code | | |
| 4 | HS 11550(a) | 1 Yr. | | |

I order that the defendant(s) be held to answer therefore and be admitted to bail in the sum of:

LEROY RICHARD STEPHENSON _____ Dollars

and be committed to the custody of the Sheriff of Los Angeles County until such bail is given. Date of arraignment in Superior Court will be:

LEROY RICHARD STEPHENSON _____ in Dept _____

at: _____ A.M.

Date:_____      _____
                                          *Committing Magistrate*

# EXHIBIT 5

RIFI100731

## SUPERIOR COURT OF CALIFORNIA

**COUNTY:** COUNTY OF LOS ANGELES

**PLAINTIFF:** PEOPLE OF THE STATE OF CALIFORNIA

**DEFENDANT:** Leroy Stephenson

**DUI ADVISEMENT OF RIGHTS, WAIVER, AND PLEA FORM**
**(First Offense Only - Vehicle Code § 23152)**

FILED
LOS ANGELES SUPERIOR COURT
JUL 08 2010
JOHN A. CLARKE, CLERK
BY_____ DEPUTY

**CASE NUMBER:** BA372533

**DEPARTMENT:** 50.

## INSTRUCTIONS

Fill out this form if you wish to plead guilty or no contest to the charges against you. Initial the box for each applicable item only if you understand it, and **sign and date the form on page 4.** If you have any questions about your case, the possible sentence, or the information on this form, ask your attorney or the judge.

### RIGHT TO AN ATTORNEY

**INITIALS ↓**

1. I understand that I have the right to be represented by an attorney throughout the proceedings. I understand that the Court will appoint a free attorney for me if I cannot afford to hire one, but at the end of the case, I may be asked to pay all or part of the cost of that attorney, if I can afford to. I understand that there are dangers and disadvantages to giving up my right to an attorney, and that it is almost always unwise to represent myself. . . . . . . . . . . . . . . . . . . . . . .

2. I give up my right to an attorney, and I choose to represent myself.
(Does not apply if you have an attorney.) . . . . . . . . . . . . . .

### NATURE OF THE CHARGES (Complete all items you are charged with.)
I understand that I am charged with a violation of Vehicle Code section(s):

3. **23152(a)** - Driving under the influence of alcohol or drugs, or both. . . . . . .

4. **23152(b)** - Driving when my blood-alcohol level was .08 percent or higher. . . .

5. **23152(d)** - Driving a commercial vehicle when my blood-alcohol level was .04 percent or higher. . .

6. **23103, 23103.5** - Reckless driving involving alcohol or drugs, or both. . . . . . .

7. **If applicable** - I understand that I am also charged with the following **other offense(s):**

_____
TYPE OF OFFENSE(S) AND SECTION NUMBER(S)

8. I understand the charge(s) against me, and the possible pleas and defenses. . . . . . . .

### CONSTITUTIONAL RIGHTS/WAIVER OF RIGHTS

9. **RIGHT TO A JURY TRIAL** - I understand that I have the right to a speedy, public jury trial. At the trial, I would be presumed innocent, and I could not be convicted unless 12 impartial jurors were convinced of my guilt beyond a reasonable doubt. . . . . . . . . . . . . . . . .

10. I give up my right to a jury trial. . . . . . . . . . . . . . . . . . . .

11. **RIGHT TO CONFRONT WITNESSES** - I understand that I have the right to confront and cross-examine all witnesses testifying against me. . . . . . . . . . . . . . .

12. I give up my right to confront and cross-examine witnesses. . . . . . . . . . .

| | INITIALS ↓ |
|---|---|

## CONSEQUENCES OF PLEA OF GUILTY OR NO CONTEST (Continued)

23. I understand that if the Court determines that I would present a traffic safety or public safety risk if I am authorized to drive during the license suspension period, I will be unable to obtain a restricted driver's license from the DMV, which would allow me to drive to and from work, and to and from the alcohol/drug treatment program. . . . . . . . . . .

24. I understand that the DMV may suspend my driver's license under a civil procedure which is separate from this criminal action. I understand that the DMV's action, if any, will be in addition to the Court's sentence and that I must obey it. . . . . . . . . . .

25. I understand that the DMV will prohibit me from operating a **commercial** vehicle for one year if I am convicted of a first DUI violation, or willfully refused to submit to or complete a chemical test to determine my blood-alcohol level, which occurred in **any** vehicle.

26. I understand that the DMV will revoke my driver's license for a period of 4 years if I have a prior felony conviction in the past 10 years of Vehicle Code § 23152 or 23153 or Penal Code § 192(c)(1), or any conviction within 10 years of Penal Code § 191.5(a), 191.5(b), or 192.5(a). . .

27. I understand that proof of my successful completion of an alcohol/drug program must be received at DMV headquarters in order for me to have my driving privilege reinstated, **even if I am not ordered to attend such a program by the Court.** I also understand that I must surrender my license to the Court. . . . . . . . . . .

28. I understand that the DMV will not restore my driving privilege following a driver's license suspension unless I provide the DMV with proof of insurance for 3 years. . . . . . . . . .

29. I understand that the DMV may consider any of my other convictions for DUI or reckless driving, **even those that are not charged in this proceeding**, and may impose a more severe driver's license suspension, or revocation as a result. . . . . . . . . . .

30. I understand that if I am not a citizen, a plea of guilty or no contest could result in my deportation, exclusion from admission to this country, or denial of naturalization. . . . . . . . . .

31. I understand that a plea of no contest (*nolo contendere*) will have exactly the same effect in this case as a plea of guilty, but it cannot be used against me in a civil lawsuit. . . . . . . . .

32. I understand that any plea entered in this case may be grounds for revoking probation or parole which has previously been granted to me in any other case. . . . . . . . .

## PENALTIES FOR OTHER CHARGES

33. **If applicable** - I understand that the possible consequences for the offense(s) charged, which are not listed on the penalty charts on page 2, include the following:

•

| SECTION NUMBER | JAIL - MIN. | MAX. | FINE - MIN. | MAX. |
|---|---|---|---|---|

OTHER CONSEQUENCES :

•

| SECTION NUMBER | JAIL - MIN. | MAX. | FINE - MIN. | MAX. |
|---|---|---|---|---|

OTHER CONSEQUENCES :

•

| SECTION NUMBER | JAIL - MIN. | MAX. | FINE - MIN. | MAX. |
|---|---|---|---|---|

OTHER CONSEQUENCES :

# EXHIBIT 6

08/12/2025
Superior Court of California, County of Riverside                    PAGE: 1
www.riverside.courts.ca.gov

RIF1100739: People vs LEROY RICHARD STEPHENSON
Felony

Status: Fine/Fee

## PARTIES

| PEOPLE OF THE STATE OF CALIFORNIA, COUNTY OF RIVERSIDE | **Represented By:**<br>DENNIS POEY |
|---|---|
| vs | |
| LEROY RICHARD STEPHENSON | **Represented By:**<br>DPD E. JOHN MYERS |

## CASE INFORMATION

| Custody Status | Case Status | Ordered Bail | Blood Alcohol Level |
|---|---|---|---|
| N/A | Fine/Fee | $0.00 | |

| Arrest Number | Arresting Agency | Arrest Date | Filing Date |
|---|---|---|---|
| 101314771 | Los Angeles Police Department | 06/15/2010 | 06/17/2010 |

| **Continuances** | 2 | **Age in Days** | 5535 | **Last Day for Trial** | Oct 15 2010 |
|---|---|---|---|---|---|

**60-Day Waiver**    60-Day Waiver has not been taken.

## CHARGES

| Count | Type | Charge | Description | Severity | Plea | Status |
|---|---|---|---|---|---|---|
| | Arrest | PC 12031(A)(1) | Carry Loaded Firearm on Personor in Vehicle Public Place | Felony | | |
| 001 | | PC 12031(A)(1) | Carry Loaded Firearm on Personor in Vehicle Public Place | Felony | Guilty | Active |
| 002 | | PC 594(A) | Vandalism | Felony | Guilty | Convicted |
| 003 | | VC M23152(A) | Driving Under the Influence | Misdemeanor | Guilty | Convicted |
| 004 | | HS 11550(A) | Under Influence of Controlled Substance | Misdemeanor | Guilty | Convicted |
| 005 | | PC 1214.1(A) | Civil Assessment (FTP) | Infraction/Non Traffic | | Convicted |

08/12/2025             Superior Court of California, County of Riverside             PAGE: 2
                              www.riverside.courts.ca.gov
                    _____

FINE INFORMATION

| Fine Amount | Amount Paid | Amount Due | Date to Pay |
|---|---|---|---|
| $257.05 | $0.00 | $257.05 | |

_____

REGISTER OF ACTIONS

| Date | Action |
|---|---|
| 11/27/2024 | Case INCLUDED in Annual TI FTB Report |
| 11/20/2023 | Case INCLUDED in Annual TI FTB Report |
| 03/16/2023 | Miscellaneous Payment of      $10.00 Received. |
| 02/15/2023 | Balance forwarded to external collection agency Linebarger, Goggan, Blair and Sampson, LLP |
| 11/29/2022 | Case INCLUDED in Annual TI FTB Report |
| 10/18/2022 | Case UPDATED in Incremental TI FTB Report |
| 08/11/2022 | Bal Forwarded to Coll Agency(MSB). Refer debtor to 1-800-616-0166. |
| 07/11/2022 | Fine Suspended Pursuant to AB 199 $218.71 |
| 02/17/2022 | Case UPDATED in Incremental TI FTB Report |
| 01/15/2022 | Fine Suspended Pursuant to AB 177 Public Safety Bill $60.14 |
| 11/30/2021 | Case INCLUDED in Annual TI FTB Report |
| 11/23/2020 | Case INCLUDED in Annual TI FTB Report |
| 11/19/2019 | Case INCLUDED in Annual TI FTB Report |
| 01/25/2019 | Case UPDATED in Incremental TI FTB Report |
| 12/05/2018 | PAYMENT OF $23.00 RECEIVED |
| 12/05/2018 | REFERENCE NUMBER |
| 12/05/2018 | Pay Court: Tax Intercept Fee in the amount of $2.50. |
| 12/05/2018 | Franchise Tax Board - Tax Intercept Payment, Check # 60168003 |
| 11/20/2018 | Case INCLUDED in Annual TI FTB Report |
| 04/12/2018 | Balance forwarded to FRANCHISE TAX BOARD - Debt Collections Unit. Refer Debtor to 1(916)845-4064. |
| 11/22/2017 | Case INCLUDED in Annual TI FTB Report |
| 06/27/2017 | Case UPDATED in Incremental TI FTB Report |

08/12/2025          Superior Court of California County of Riverside          PAGE: 3
                          www.riverside.courts.ca.gov

05/24/2017    Fine Payment of     217.00 Received

05/24/2017    Operator XFTBX changed DTP from 02/04/17 to 03/04/17.

03/21/2017    Case UPDATED in Incremental TI FTB Report

01/17/2017    $200.24     Disbursed To Victim 004.

01/12/2017    PAYMENT OF $11.89 RECEIVED

01/12/2017    REFERENCE NUMBER

01/09/2017    $9.05       Disbursed To Victim 004.

01/03/2017    $85.71      Disbursed To Victim 004.

12/21/2016    PAYMENT OF $85.28 RECEIVED

12/21/2016    REFERENCE NUMBER

12/15/2016    PAYMENT OF $452.17 RECEIVED

12/15/2016    REFERENCE NUMBER

12/09/2016    PAYMENT OF $9.05 RECEIVED

12/09/2016    REFERENCE NUMBER

12/01/2016    PAYMENT OF $60.26 RECEIVED

12/01/2016    REFERENCE NUMBER

12/01/2016    PAYMENT OF $75.45 RECEIVED

12/01/2016    REFERENCE NUMBER

11/23/2016    Case INCLUDED in Annual TI FTB Report

07/29/2016    Case UPDATED in Incremental TI FTB Report

07/18/2016    PAY TO COURT: Sheriff's Service Fee of $35.00

07/18/2016    PAY TO COURT: Court Filing Fee of $25.00 for FILING FEE

07/18/2016    Civil Assessment Case - Writ of Execution Issued; LOS ANGELES County

07/18/2016    Order for CIVIL ASSESSMENT is GRANTED; Judge Richard T. Fields - Filed.

07/18/2016    Civil Assessment Case ***Warning*** DO NOT process FTP VOP.

07/08/2016    Pay Court Administrative Cost Fee in the amount of $50.00

11/24/2015    Case INCLUDED in Annual TI Report to FTB.

11/24/2014    Case INCLUDED in Annual TI Report to FTB.

08/12/2025

Case 5:21-cv-00526-JAK-DTB    Document 142-1    Filed 08/18/25    Page 29 of 45    Page
ID #:2305
Superior Court of California, County of Riverside                    PAGE: 4
www.riverside.courts.ca.gov

11/14/2013    Case INCLUDED in Annual TI Report to FTB.

11/27/2012    Case UPDATED in Annual TI Report to FTB.

05/21/2012    $25.00        Disbursed To Victim 004.

04/18/2012    Fine Payment of       25.00 Received

03/21/2012    Case ADDED in Incremental TI Report to FTB.

03/02/2012    $65.00        Disbursed To Victim 004.

01/31/2012    Fine Payment of       65.00 Received

01/31/2012    Operator AUTCK changed DTP from 01/04/12 to 02/04/12.

01/25/2012    1214.1(A)  PC Civil Assessment added.

01/25/2012    Civil Assessment Imposed (FTP)

01/24/2012    FTP Warrant BCA type automatically requested.

01/09/2012    Restitution Victim No. 004 modified/updated to reflect UVC

01/09/2012    $65.00        Disbursed To Victim 004.

12/07/2011    Fine Payment of       65.00 Received

12/07/2011    Operator AUTCK changed DTP from 12/04/11 to 01/04/12.

12/01/2011    Restitution Victim No. 004 modified/updated to reflect INFO

12/01/2011    Restitution Victim No. 004 modified/updated to reflect 450.00

12/01/2011    Restitution Victim No. 002 modified/updated to reflect INFO

11/07/2011    Restitution Victim No. 002 modified/updated to reflect UVC

11/04/2011    $100.00       Disbursed To Victim 002.

10/31/2011    PAYMENT OF $100.00 RECEIVED

10/31/2011    REFERENCE NUMBER

10/31/2011    Warrant was quashed locally.

10/31/2011    Set payment date to 12/04/2011

10/31/2011    Make payment of $65.00 per month, on the 4TH of each month; continue thereafter
              until paid in full.

10/31/2011    Pay down payment of $100.00 on 10/31/2011

10/26/2011    FTP warning notice mailed per 1214.1(A) PC

08/12/2025          Superior Court of California, County of Riverside                    PAGE: 5
                              www.riverside.courts.ca.gov

10/11/2011    Case UPDATED in Incremental TI Report to FTB.

07/13/2011    Restitution (Victim) Administrative Fee set at $82.50.

07/13/2011    Restitution Victim No. 002 modified/updated to reflect INFO

06/14/2011    Case ADDED in Incremental TI Report to FTB.

05/31/2011    FTP Warrant BCA type automatically requested.

05/27/2011    FTP Warrant BCA type automatically requested.

05/23/2011    Defendant appeared at ECD for Financial Evaluation- Signed Financial Affidavit

05/12/2011    Victim Restitution initiated by BNS.

03/22/2011    Hearing set 03/21/2011 at  8:00 for RELF is Vacated.

03/17/2011    BA372533 has been changed to RIF1100739.

03/14/2011    Receipt for Record filed. Receiving County Case Number: BA372533-01

03/14/2011    Legal file received from LOS ANGELES SUPERIOR Court, originating court case
              number: BA372533-01 (1203.9PC)

01/18/2011    Hearing set 02/08/2011 at  8:00 for CCPT is Vacated.

01/18/2011    Hearing set 02/03/2011 at  8:00 for EPAPT is Vacated.

07/08/2010    Felony Plea Form filed.

07/08/2010    Felony Fingerprint Form filed.

08/12/2025          Superior Court of California County of Riverside          PAGE: 6
www.riverside.courts.ca.gov

07/08/2010    Arraignment at 8:30 AM in Probation Transfer
              Judicial Officer: None
              Courtroom Assistant: None
              Court Reporter: None
              APPEARANCES:
              No Appearances
              DAVID M. HORWITZ
              Clerk: LORRAINE VALDEZ.
              Court Reporter: JANICE
              Court Reporter: JANICE CORRADI
              People represented by Deputy District Attorney: DENNIS POEY.
              Defendant Present.
              Defendant represented by DPD E. JOHN MYERS.
              Defendant waives formal arraignment.
              Defendant waives reading of the Complaint/Information.
              Defendant Advised of Constitutional Rights.
              Defendant advised of right to a speedy and public trial by judge or jury.
              Defendant advised of right to confront and cross examine witnesses; right to
              present evidence on own behalf.
              Defendant advised of charges and consequences of his/her plea and statutory
              sentencing.
              Defendant advised of privilege against self-incrimination.
              Defendant advised of right to counsel; cont. to consult counsel; assignment of
              counsel if unable to employ private counsel.
              Defendant advised of right to speedy trial; dismissal if no trial within 30/45
              days after arraignment; effect of consent to waive time.
              THE EFFECTS OF PROBATION:
              If you are not a citizen you are hereby advised
              that a conviction of the offense for which you
              have been charged will have the consequences of
              departation; exlcusion from admission to the
              united States or denial of naturalization pursuant
              to the laws of the United States.
              Court finds based on inquiry and examination of deft, that deft has the ability
              to understand and does understand his/her constitutional rights.
              Court finds defts admission of guilt and/or admission of prior conviction(s)
              and/or probation violation(s) if any, is the result and product of
              Pleads Guilty to All counts.
              Case certified to Superior Court
              Commence Certification.
              Court finds factual basis for the plea is based on 1
              Defense counsel concurs in defendant's plea and/or admissions.
              Court Accepts Plea.
              The defendant enters into an Open Plea with the
              Court over the People's Objection.
              Defendant waives arraignment for pronouncement of judgment.
              No legal cause why sentence should not now be pronounced.
              Proceedings Are Suspended.
              For All Charges:
              Formal Probation is granted for a period of 36 months under the following terms
              and conditions:
              Be committed to the custody of the Riverside County Sheriff for 16 days;
              Custody time served in Los Angeles County jail.
              Credit for time served (presentence) of 8 actual days plus 8 days pursuant to
              4019 PC for a total of 16 days.
              As to count(s) 001 002 003 004, security fee of $30.00 imposed (for each
              convicted charge), payable to the Court, pursuant to 1465.8 PC
              Pay conviction assessment fee for the following convicted count(s) 001 002 003
              004. [$30 ea misd and felony; $35 ea infraction]
              As to Count(s) 001 002 003 004, Provide 400 Community service Hours, to be
              arranged through Probation Department; Administrative Fee Waived.

Not use or possess any controlled substances, unless medically prescribed.
TERM: Stay away from places where users; buyers or
sellers congregate except in an authorized drug
counseling program.
Not associate with any unrelated person known to be possessor, user, trafficker
of controlled substances nor unrelated person on probation or parole;
on probation or parole.
Report to probation officer immediately or within 2 days of release from custody
for initial instructions, and follow all reasonable directives of PO.
Seek and maintain gainful employment or attend a full-time school or vocational
program;
Reside at a residence approved by the Probation Officer and not move without
his/her prior approval.
Not own, possess or have control of any firearm or deadly weapon.
Submit to immed. search of person/auto/residence/surround premises/storage
areas/personal prop. by prob./law enforcement with/without reasonable cause
Defendant ordered to report to: Probation Officer forthwith..
Defendant is order to report to the Ascot intake
Probation Office located in this building on the
3rd floor room 3-516.
Register with local law enforcement within 5 days from today or within 5 days
upon release from custody pursuant to 11590 H&S;
and thereafter as required by law as to your place of residence.
Obey all laws, ordinances, and court orders.
Pay victim restitution to the court, as directed by Enhanced Collections. Amount
to be determined by Probation Department.
Any disputes as to restitution amount to be resolved in a court hearing.
Pay victim restitution in the amount of $550.00, payable to the court as directed
by Enhanced Collections.
Any disputes as to restitution amount to be resolved in a court hearing.
Rittenhouse Square Senior Home - Named victim.
COURT ORDERS AND FINDINGS:
DEFENDANT TO PERFORM COMMUNITY SERVICE AS DIRECTED
BY THE PROBATION OFFICER.
Pay restitution fine of $200.00 pursuant to 1202.4(b) PC to the Court as directed
by Enhanced Collection Division.
Pay restitution fine of $200.00 pursuant to 1202.4(b) PC to the Court as directed
by Enhanced Collection Division.
DNA sample shall be provided as directed by the Probation Department or law
enforcement personnel pursuant to Penal Code Section 296(a).
Authorized agency to forward specimens to DOJ for analysis. Defendant to show
proof of compliance to clerk of the court within 30 days.
Court has read and considered the probation officer's report.
Further Order: The weapon ordered destroyed pursuant to 12028 PC.
Transfer-In Term: The defendant shal enroll and participate in and
successfully complete a 3-month licensed first-
offender alcohol and other drug education and
counseling program.
Enroll within 21 days.
Not drive with any measurable amount of alcohol in your blood;
Do not drive unless properly licensed nor without insurance or valid
registration.
Defendant accepts terms and conditions of probation.
TERM: Complete the victim Impact Program of Mother's
Against Drunk Driving (MADD)
Defendant advised that being under the influence of alcohol or drugs, or both,
impairs your ability to safely drive a motor vehicle. Therefore, it is
extremely dangerous to human life to drive while under the influence of alcohol
or drugs, or both. If you continue to drive while under the influence
of alcohol or drugs, or both, and as a result of your driving, someone is killed,
you can be charged with murder.

Released On Probation
Probation ordered transferred in from LOS ANGELES County purs. to 1203.9PC
Probationer committed to care and custody of Probation Officer of Riverside Co.


07/08/2010    Legacy Minute Order: Arraignment


06/24/2010    Arraignment at 8:30 AM in Probation Transfer
              Judicial Officer: None
              Courtroom Assistant: None
              Court Reporter: None
              APPEARANCES:
              No Appearances
              Minutes entered by L. Franklin.
              *Proceedings held in Los Angeles Superior Court.*
              DAVID M. HORWITZ (JUDGE)
              Clerk: LORRAINE VALDEZ.
              Court Reporter: JANICE CORRADI
              People represented by Deputy District Attorney: DONALD J. CLEM.
              Defendant Present.
              Defendant represented by DPD CATHRYN SHIN.
              Arraignment set for 07/08/2010 at 8:30 in Dept PBTR
              Defendant waives time for ARRAIGNMENT.


06/24/2010    Legacy Minute Order: Arraignment


06/17/2010    Complaint filed. (Imaged)


06/17/2010    Complaint Filed


06/17/2010    PROCEEDINGS IN THIS MATTER.***


06/17/2010    ***MINUTES DO NOT ACCURATELY REFLECT THE


06/17/2010    Arraignment at 8:00 AM in Probation Transfer
              Judicial Officer: None
              Courtroom Assistant: None
              Court Reporter: None
              APPEARANCES:
              No Appearances
              Minutes entered by L. Franklin.
              *Proceedings held in Los Angeles Superior Court.*
              Arraignment set for 06/24/2010 at 8:30 in Dept PBTR


06/17/2010    Legacy Minute Order: Arraignment

08/12/2025                Superior Court of California, County of Riverside          PAGE: 9
                                    www.riverside.courts.ca.gov

PROBATION/MANDATORY SUPERVISION

| Type | Date Granted | Expiration Date | Status | Status Date |
|------|-------------|-----------------|--------|-------------|
| Probation: Formal | 07/08/2010 | 07/07/2013 | Expired | 07/07/2013 |

The following terms and conditions are in effect:

1) Be committed to the custody of the Riverside County Sheriff for 16 days;

2) Not use or possess any controlled substances, unless medically prescribed.

3) TERM: Stay away from places where users; buyers or

   sellers congregate except in an authorized drug

   counseling program.

4) Not associate with any unrelated person known to be possessor, user, trafficker of
controlled substances nor unrelated person on probation or parole;

   on probation or parole.

5) Report to probation officer immediately or within 2 days of release from custody for
initial instructions, and follow all reasonable directives of PO.

6) Seek and maintain gainful employment or attend a full-time school or vocational program;

7) Reside at a residence approved by the Probation Officer and not move without his/her prior
approval.

8) Submit to immed. search of person/auto/residence/surround premises/storage areas/personal
prop. by prob./law enforcement with/without reasonable cause

9) Register with local law enforcement within 5 days from today or within 5 days upon release
from custody pursuant to 11590 H&S;

   and thereafter as required by law as to your place of residence.

10) Obey all laws, ordinances, and court orders.

11) Pay victim restitution to the court, as directed by Enhanced Collections. Amount to be
determined by Probation Department.

   Any disputes as to restitution amount to be resolved in a court hearing.

12) Pay victim restitution in the amount of $550.00, payable to the court as directed by
Enhanced Collections.

   Any disputes as to restitution amount to be resolved in a court hearing.

13) DNA sample shall be provided as directed by the Probation Department or law enforcement
personnel pursuant to Penal Code Section 296(a).

   Authorized agency to forward specimens to DOJ for analysis. Defendant to show proof of
compliance to clerk of the court within 30 days.

08/12/2025    Superior Court of California County of Riverside    PAGE: 10
www.riverside.courts.ca.gov

| Type | Date Granted | Expiration Date | Status | Status Date |
|------|--------------|-----------------|--------|-------------|

14) Transfer-In Term: The defendant shal enroll and participate in and

successfully complete a 3-month licensed first-

offender alcohol and other drug education and

counseling program.

Enroll within 21 days.

15) Not drive with any measurable amount of alcohol in your blood;

16) Do not drive unless properly licensed nor without insurance or valid registration.

17) TERM: Complete the victim Impact Program of Mother's

Against Drunk Driving (MADD)

# EXHIBIT 7

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
## CENTRAL DIVISION

THE PEOPLE OF THE STATE OF CALIFORNIA,

Plaintiff,

v.

LEROY RICHARD STEPHENSON,
*dob 02/28/70, Booking No. 18175276A:*

Defendant

CT No. M255175

COMPLAINT-MISDEMEANOR

F I L

Clerk of the Superior Court

JAN 1 4 2019

## PC296 DNA TEST STATUS SUMMARY

**Defendant**

STEPHENSON, LEROY RICHARD

**DNA Testing Requirements**

DNA sample has been previously provided

## CHARGE SUMMARY

| Count | Charge | Issue Type | Sentence Range | Special Allegations | Allegation Effect |
|-------|--------|-----------|----------------|---------------------|-------------------|
| 1 | VC23152(f) | Misdemeanor | 90 Days-1 Yr | | |
| | STEPHENSON, LEROY RICHARD | | | VC23540 | |
| 2 | VC20002(a) | Misdemeanor | 6 Mos\Fine | | |
| | STEPHENSON, LEROY RICHARD | | | | |
| 3 | PC148(a)(1) | Misdemeanor | 1 Yr | | |
| | STEPHENSON, LEROY RICHARD | | | | |

PC1054.3                    INFORMAL REQUEST FOR DISCOVERY

The undersigned, certifying upon information and belief, complains that in the County of San Diego, State of California, the Defendant(s) did commit the following crime(s):

# CHARGES

## COUNT  1  - DRIVING UNDER THE INFLUENCE OF DRUGS, PRIOR DUI WITHIN 10 YEARS OF VC23152 CONVICTION

On or about November 26, 2018, LEROY RICHARD STEPHENSON did unlawfully, while under the influence of a drug, drive a vehicle, in violation of VEHICLE CODE SECTION 23152(f).

And it is further alleged that within ten years of the commission of the above offense, said defendant, LEROY RICHARD STEPHENSON, was convicted of the following separate violations committed in California or elsewhere

a violation of VC 23152(a), to wit: (Date of Offense) 06-15-2010, (Date of Conviction) 07-08-2010, (Docket No.) LACBA37253301, in the Superior Court, County of Los Angeles, State of California,

within the meaning of VEHICLE CODE SECTIONS 23626 and 23540.

## COUNT  2  - HIT AND RUN DRIVING

On or about November 26, 2018, LEROY RICHARD STEPHENSON, the driver of a vehicle involved in an accident resulting in damage to property, did unlawfully fail, refuse, and neglect to locate and notify the owner and person in charge of such vehicle involved and did willfully and unlawfully fail, refuse, and neglect to leave in a conspicuous place on the vehicle and other property damaged a written notice giving the name and address of the driver and of the owner of the vehicle involved and a statement of the circumstances thereof and without unnecessary delay notify the appropriate authorities of the place where the collision occurred, in violation of VEHICLE CODE SECTION 20002(a).

## COUNT  3  - RESISTING AN OFFICER

On or about November 26, 2018, LEROY RICHARD STEPHENSON did willfully and unlawfully resist, delay and obstruct a public officer, peace officer and emergency medical technician in the discharge of and the attempt to discharge a duty of his/her office and employment, in violation of PENAL CODE SECTION 148(a)(1).

---

NOTICE: Any defendant named on this complaint who is on criminal probation for a misdemeanor offense within the City of San Diego or the City of Poway is, by receiving this complaint, on notice that the evidence presented to the court at the trial on this complaint is presented for a dual purpose: the People are seeking a conviction on the charges and simultaneously, the People are seeking a revocation of the defendant's probation, on any and all such probation grants, utilizing the same evidence, at the trial. Defenses to either or both procedures should be considered and presented as appropriate at the trial.

Pursuant to PENAL CODE SECTION 1054.5(b), the People are hereby informally requesting that defendant's counsel provide discovery to the People as required by PENAL CODE SECTION 1054.3.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND
THAT THIS COMPLAINT, CASE NUMBER M255175, CONSISTS OF 3 COUNTS.

Executed at City of San Diego, County of San Diego, State of California, on January 14, 2019.

COMPLAINANT

# EXHIBIT 8

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

☒ Central Division  ☐ East County Division  ☐ North County Division  ☐ South County Division  Waivers: ☐ Time ☐ 4th

PEOPLE vs. __STEPHENSON  LEROY  R__ STATUS: __OR__  $ _____  ☐ BB  ☐ CB (Y/N)

CASE # __M255175__  PROS. # _____  DOB __022870__  BKG # __18175276__  CTS ③ days ____ hrs.

DATE __01-17-19__ AT __08:00__ DEPT # __201__ INTERP: _____  ☐ Spanish ☐ Sworn ☐ Oath on File

(JUDGE/COMM/TEMP JUDGE: ~~CARLOS VARELA~~ Caitlyn Catari(?)) FILED  REPORTER: _____

CLERK: __E. Brown__  CSR # / COUNTER # _____  __2:40:50__

CHARGE(S): ............. __VC23152(F)SP   VC20002(A)   PC148(A)(1)__ ...............................

FUTURE DATES: .................... __M. Randhawa__ ........................... ☐ CONFIRMED ☐ VACATED
Attorney for the People ( DDA /DCA/ DAG )  ☐ Supervised Cert. Legal Intern    Attorney for Defendant (PD)/ APD / OAC / Retained / Counsel/ ( ___ ) ☐ Supervised Cert. Legal Intern __A. Shawli(?)  Staes M.Bicks(?)__

DEFENDANT: ☐ PRESENT  ☐ VIA AUDIO VIDEO  ☐ SELF REPRESENTED  ☐ NOT PRESENT  ☐ NOT PRODUCED ☒ FAILED TO APPEAR

Case called for ☐ FTA ☒ Arraignment ☐ Bail Review ☐ Readiness/DWT ☐ Jury Trial ☐ Preliminary Examination ☐ Motion
☐ DEJ _____ ☐ Full ☐ Limited Protective Order Expires: _____  Protected Party: _____
☐ Warrant Ordered/Issued on _____ ☐ Held to today ☐ Cleared ☐ Outstanding. ☐ Bail Bond # _____ $ _____ forfeited.

**CASE TRANSFERRED TO DEPT.** _____  **TIME ESTIMATE:** _____
Complaint amended ☐ by interlineation to read: _____
☐ Amended ☐ Amendment to ☐ complaint filed ☐ charging ☐ adding ☐ VC23103 (a) pursuant to VC23103.5 ☐ VC22107, VC21658(a), PC647(f)
☐ _____ as INFRACTION(S) pursuant to PC17(d)(2). ☐ other: _____
☐ Defendant advised of and waives the right to a **separate and conflict-free attorney / interpreter** for this court appearance.
☐ Defendant duly arraigned and advised of the **constitutional and statutory rights** as indicated on the reverse side of this minute order*.
☐ Acknowledgment of advisal of constitutional rights signed and filed. ☐ Defendant has received copy of complaint.
☐ Defendant waives reading of complaint. ☐ Deft. states **true name is** _____ on complaint [ _____ line]
☐ **DEFENDANT PLEADS NOT GUILTY** and denies any priors/allegations/separate convictions alleged ☐ on amended complaint.
☐ Defendant **WAIVES:** ☐ time for speedy trial  ☐ 10 day/60 day statutory time for preliminary hearing ☐ personal presence ☐ per PC977
☐ bail review ☐ jury trial ☐ preliminary hearing

**COUNSEL** ☐ **MOTION FOR APPOINTED ATTORNEY** ☐ Granted ☐ Public Defender ☐ Alternate Public Defender ☐ Office of Assigned Counsel
Atty: _____ ☐ Re-appointed ☐ Denied ☐ Referred to Near Indigent Panel ☐ Defendant to retain counsel.
☐ Motion for self-representation is ☐ granted ☐ denied. ☐ Faretta/Lopez Waiver signed & filed. ☐ OAC appointed - legal runner/reasonable ancillary services.

**CONVICTION** ☐ Deft. is sworn and examined. ☐ Defendant withdraws any previously entered plea.
**DEFENDANT PLEADS:** ☐ **GUILTY** ☐ **NO CONTEST** to _____ ☐ VC23152(a) / (b)
☐ Admits _____ separate conviction(s) alleged / _____ allegation(s)
☐ Charges contained in amended/amendment to complaint. ☐ VC23103(a) per 23103.5 ☐ as a lesser included offense of _____
☐ On motion of Court/People/Defendant remaining count(s) _____ is/are **DISMISSED**. Allegation(s)/Prior(s) remaining is/are **STRICKEN** ☐ FOJ ☐ VOP
☐ Plea form executed and filed ☐ People vs. West ☐ BAC: _____
☐ Court finds a knowing and intelligent waiver of constitutional rights and factual basis for the plea.
☐ **ADVISALS** given by the court: ☐ Theft – PC666  ☐ DUI – VC23593  ☐ Consequences of Conviction – PC1016.5
☐ **WAIVERS:** ☐ Arbuckle ☐ Blakely ☐ Cruz ☐ Harvey ☐ Appeal Rights ☐ Non-Bio. Evidence Disposal ☐ Time for sentencing, see JUDGMENT MINUTES.
☐ PC1210 ☐ Drug Court ☐ accepted ☐ declined.
☐ Stipulated bindover. ☐ Case certified as a general jurisdiction matter. ☐ Complaint deemed the Information.
☐ Defendant to provide DNA database samples as directed by Sheriff or Probation Dept. (PC296).

**MOTION** for _____ by ☐ People ☐ Defendant ☐ with ☐ without objection ☐ GRANTED ☐ DENIED.
**PC1000** ☐ Defendant's motion for ☐ reinstatement to ☐ PC1000 granted as to count(s) _____, for _____ mo./ yrs. ☐ New term
☐ Time waived for sentencing ☐ S.D. Rescue Mission Program ☐ Enroll by _____ ☐ Comply with all directions of Assessor.
☐ $ _____ DEJ Admin Fees (PC1001.16(a) and PC1001.90) ☐ Forthwith ☐ By _____
☐ Defendant has satisfactorily COMPLETED the DEJ program, previously entered plea to count(s) _____ set aside and charges dismissed.
☐ Defendant has FAILED to satisfactorily perform in the DEJ Program. ☐ PC1000 set aside and any unpaid fees regarding thereto deleted.
☐ Court makes a finding of guilt to the charge(s) pled. ☐ Time waived for sentencing, see JUDGMENT.

**REFERRALS** Report ☐ forthwith ☐ by _____ to ☐ Assessment Unit ☐ Probation Department ☐ Probation to interview.
☐ Pre-sentence ☐ Mini ☐ Supplemental ☐ Psych. ☐ Limited re: Drugs / Alcohol / Character / Violence / Anger Management / Restitution Report Ordered.
☐ Pre-sentence report waived. ☐ Court Collections ☐ Department of attorney fees ** $ _____ ☐ Indigent as to attorney fees.
** The court finds that the defendant has the ability to repay the County of San Diego for the costs of court appointed attorney fees.

**HEARINGS** Set/cont. on motion of ☐ People ☐ Defense ☐ Opposed ☐ Unopposed ☐ By Stipulation, _____ ☐ Statutory time is **WAIVED**
**DEFENDANT IS ORDERED TO APPEAR for** _____ on _____ at _____ in Dept. _____
☐ Re: Attorney _____ at _____ in Dept. _____ ☐ Motion/PC1538.5 _____ at _____ in Dept. _____
☐ Arraignment _____ at _____ in Dept. _____ ☐ Jury / Court Trial _____ at _____ in Dept. _____
☐ Bail Review _____ at _____ in Dept. _____ ☐ Sentencing _____ at _____ in Dept. _____
☐ Readiness/DWT _____ at _____ in Dept. _____ ☐ Prob. Hearing & Sent _____ at _____ in Dept. _____
☐ Prelim Exam _____ at _____ in Dept. _____ ☐ DEJ / Drug Ct _____ at _____ in Dept. _____
Time Estimate: _____ hr/day _____ Days remaining: _____ Set with case(s): _____

**MENTAL HEALTH** ☐ Proceedings suspended pursuant to PC1368. Mental competency examination on _____ at _____ by Forensic
Psychiatry Clinic. Females - Room 1003, Central Division; Males – Central Detention Facility. Hearing on _____ at _____ in Dept. _____ of the
Central Division. ☐ The Sheriff is ordered to transport the defendant to and from the examination and hearing stated above.

**OTHER** ☐ Verbal notice of license suspension (DL 310) signed. ☐ Fingerprint form filed.
☐ Book & Release – Report on _____ at _____ to ☐ Central ☐ Vista ☐ Las Colinas Detention Facility.

**CUSTODY STATUS** Defendant ☐ REMANDED to custody of Sheriff ☐ without bail ☐ with bail set at / increased to / reduced to $ _____
☐ PC1275.1 HOLD. ☐ Pretrial Services Report Ordered re: SOR ☐ Refer to CPAC.
☐ **REMAINS AT LIBERTY** ☐ **RELEASED:** ☐ on bail previously posted. ☐ after booking ☐ DEJ ☐ OR ☐ SUPERVISED OR - comply with P.T.S. conditions
☐ same terms and conditions ☐ to an authorized representative of: _____ on _____ at _____
☐ Release Conditions: ☐ Attend _____ self-help mtgs. per week and submit proof at each court hearing. ☐ Abstain from alcohol.
☐ Not use or possess any controlled substances without a valid prescription. ☐ Not possess narcotic paraphernalia.
☐ Deft. waives **4th amendment rights** and agrees to submit person, vehicle, place of residence, property, personal effects to search at any time with or without a
warrant, and with or without reasonable cause, when required by a Probation Officer or other law enforcement officer ☐ until revoked. ☐ for the duration of
deferred entry of judgment. ☐ Have no contact with / stay away from: _____ ☐ **Protective Order issued.**
☐ Previously ordered: ☐ **4th WAIVER** ☐ continues ☐ deleted ☐ **PROTECTIVE ORDER** ☐ continues ☐ deleted.
**WARRANT** ☒ Arrest ☒ Bench ☐ _____ ☐ Warrant ordered ☒ Bail set at $ __10,000__ ☐ No Bail. ☒ Counsel reports no contact with defendant.
☒ Schedule for hearing. ☒ Mandatory appearance. ☐ Night service authorized. ☐ Cash bail may be forfeited. ☒ ISSUED ON: __01-10-19__ ☒
☐ HOLD issuance to DATE ABOVE. ☐ Warrant previously ordered/issued ☐ remains outstanding ☐ rescinded ☐ **RECALLED ON:** _____
☐ Affidavit requested. Due by: _____

**BAIL** is ☐ exonerated ☐ forfeited ☐ Fine from bail, refund balance. ☐ Declaration of non-collusion/ re-assumption of liability filed.
☐ Bail forfeiture is set aside and bond is ☐ reinstated ☐ exonerated ☐ upon payment of court cost $ _____ within 30 days ☐ cost waived
☐ Bond # _____ Bond $ _____ Bond Co. _____

Date _____  ATTEST A TRUE COPY, Clerk of the Superior Court by _____ Deputy

Distribution by _____ to: Jail Deft. Atty. Pros. Prob. R&R Interpreter Asmt. Assessment Other: _____

SDSC CRM-150 (Rev. 1/14)  **MISDEMEANOR/FELONY – PRE-DISPOSITION MINUTES**

# EXHIBIT 9

01/30/2019 16:55 FAX                                                    005/006

**SAN BERNARDINO POLICE DEPARTMENT   CA036100**          Case # 2017-00026237

San Bernardino, California
PC 647(f) / HS 11550(a)                                                  Page 1
State of California

# PUBLIC INTOXICATION / UNDER THE INFLUENCE

## ARREST REPORT

Date of Occurrence: 03/06/2017                    Time of Occurrence: 04:18

Location of Occurrence 2742 N DEL ROSA AVE /

Suspect Name: STEPHENSON, LEROY RICHARD                Date of Birth: 02/28/1970

Suspect was identified by:   [X] ID/Drivers License #A1644742        State CA
                             [ ] Suspect Statement   [ ] Other

Probable Cause for Contact:

OFFICERS ARRIVED AT THE ABOVE LOCATION IN REFERENCE TO A SUBJECT (LEROY STEPHENSON DOB-02-28-1970) SPEAKING TO HIMSELF AND RUNNING BACK AND FORTH THROUGH HEAVY TRAFFIC. STEPHENSON WAS ALMOST STRUCK BY NUMEROUS MOTOR VEHICLES. SUSPECT STEPHENSON WAS SPEAKING TO HIMSELF WITH A RAPID SPEECH, SHOUTING AT VEHICLE'S WHILE HE WAS LOCATED IN THE MIDDLE OF THE ROADWAY. STEPHENSON WAS SWEATING PROFUSELY AS OFFICERS CONTACTED HIM.

## PRELIMINARY INTERVIEW

Have you been drinking? [ ] No [X] Yes

What? BEER                                    How Much? 3 UNKNOWN SIZE

When? EARLIER IN THE DAY.                      Where? UNKNOWN

Do you have any physical defects? [X] No [ ] Yes

Have you taken any medicine or drugs? [ ] No [X] Yes  Type / Amount:
                                                        SPICE/METH            Method: UNKNOWN
     When? UNKNOWN       Where? UNKNOWN

Do you have any medical problems? [X] No [ ] Yes

Are you sick [X] No [ ] Yes

Are you injured? [X] No [ ] Yes

Are you a Diabetic? [X] No [ ] Yes   Do you take Insulin? [X] No [ ] Yes

Are you an Epileptic? [X] No [ ] Yes

## OBSERVED SIGNS OF INTOXICATION

**FACE:**
[ ] Normal   [X] Flushed   [ ] Pale   [X] Sweaty
[ ] Other

**SPEECH:**
[ ] Normal   [X] Slurred   [ ] Stuttering   [X] Incoherent   [X] Confused   [X] Rapid   [ ] Slow

**BREATH:**
[ ] Odor of Alcoholic Beverage       [ ] Odor of Burned Cannabis
[X] No Unusual Odor   [ ] Chemical Odor   [ ] Other

**MOUTH INSPECTION:**
[ ] Greenish/White coating on tongue      [ ] Vegetable matter particles
[X] Other NONE

**COORDINATION:**
[X] Loses Balance   [X] Stumbling   [ ] Fumbling   [ ] Unsteady Gait
[ ] Poor Depth Perception   [X] Body Tremors   [ ] Sluggish movements
[ ] Other

647F 11550 Page 1 OF 2

000098

01/30/2018 16:55 FAX                    RECORDS                                    006/006

# SAN BERNARDINO POLICE DEPARTMENT    CA036100

San Bernardino, California
PC 647(f) / HS 11550(a)
State of California

Case # 2017-00028237

Page 2

## PUBLIC INTOXICATION / UNDER THE INFLUENCE (Cont.)

**DEMEANOR:**

| | | | |
|---|---|---|---|
| ☐ Cooperative | ☐ Combative | ☒ Uncooperative | ☐ Defiant |
| ☐ Relaxed Inhibitions | | ☒ Talkative | ☐ Quiet | ☒ Irritable |
| ☒ Nervous | ☒ Disoriented | ☐ Other | |

### FIELD SOBRIETY TESTS

**Pulse:** 130  bpm **Time:** 60  hrs. **How Obtained:** PARAMEDIC **Pulse:** 0  bpm **Time:** 0  hrs. **How Obtained:** 0

**EYES:**

☒ Red  ☐ Water  ☒ Blank Stare  ☐ Horizontal Gaze Nystagmus  ☐ Vertical Nystagmus
☐ Lack of Convergence  ☒ Eyelid Tremors  ☐ Droopy
☐ Unable to follow stimulus  ☐ Would not follow directions during tests
☐ Other

**Corrective Lenses:**  ☐ Glasses  ☐ Contacts  ☐ Hard  ☐ Soft  ☒ None
**Blindness:**  ☒ None  ☐ Right Eye  ☐ Left Eye

**PUPIL SIZE:**

| | Left | Right |
|---|---|---|
| **Ambient Light:** | 1.0mm | 1.0mm |
| **Direct Light:** | 1.0mm | 1.0mm |
| **Low Light:** | 1.0mm | 1.0mm |
| **Indirect Light :** | 1.0mm | 1.0mm |

**ONE LEG STAND:**

| | Left | Right | |
|---|---|---|---|
| | ☐ | ☐ | Sways while balancing |
| | ☐ | ☐ | Used arms to balance |
| | ☐ | ☐ | Hopping |
| | ☐ | ☐ | Puts foot down |

**ROMBERG BALANCE:**

Sway (B/F)        Sway (S/S)        Internal Clock:        (Estimated as 30 sec.)

### EVIDENCE

☒ The defendant consented to a Blood test. On 03/06/2017 08:02 hours, I stood by as V.SANCHEZ CPT#351 obtained the sample. It was then maintained in my possession until I placed it into evidence at the San Bernardino Police Department.

☐ The defendant refused to provide a sample.

☒ Drug Paraphernalia Found: NONE          Where: NONE

### OPINION / CONCLUSION

Based on the observed objective signs of drug use, I believe that the above subject is under the influence of ☐ an alcoholic beverage ☐ cannabis ☒ a controlled substance ☐ Other

### BOOKING

He/She was booked and lodged at the WVDC  with citation number 100800 for  HS 11550(a) - Under the Influence
A pre-jail check WAS NOT CONDUCTED

Comments / Suspect Statement:
SUSPECT STEPHENSON WAS UNCOOPERATIVE AND CONTINUED TALKING NONSENSE TO OFFICERS ABOUT THINGS THAT DID NOT MAKE SENSE. SUSPECT STEPHENSON ADMITTED TO SMOKING METH AND SPICE EARLIER IN THE DAY. HE HAD RAPID SPEECH, SWEATING PROFUSELY AND HAD SEVERE EYELID TREMORS. SUSPECT STEPHENSON CONTINUED TO SPEAK TO HIMSELF AS HE WAS BEING TRANSPORTED WEST VALLEY DETENTION CENTER. HE STATED MULTIPLES THAT HE DID NOT WANT TO BE KILLED AND ASKED IF HE WAS GOING TO BE KILLED.

**Use of Force Must be Documented on CR-2 Form**                    ☐ Comments Continued on CR2

| Name: Bodoh | I.D. Number 50987 | Date 03/06/2017 |
|---|---|---|
| Reviewed by: Passo, Ronald | | Records Use Only |

647F 11550 Page 2 OF 2

000099

# CERTIFICATE OF SERVICE

Case Name:  **Devonte Stephenson, et al. v.**      No.    **5:21-cv-00526-JWH (KKx)**
            **State of California, et al.**

I hereby certify that on <u>August 18, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DECLARATION OF STEPHANIE A. VOLLMER IN SUPPORT OF DEFENDANTS' JOINT OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE NO. 2 TO EXCLUDE EVIDENCE OF DECEDENT'S PAST CRIMINAL HISTORY AND CONDUCT ON DAY OF INCIDENT THAT WAS UNKNOWN TO DEFENDANT NOREM**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 18, 2025</u>, at San Francisco, California.

|  |  |
|---|---|
| G. Guardado | /s/ G. Guardado |
| Declarant | Signature |

SD2020700119
44762123.docx