```
Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Kimberly A. Sullivan, Esq. (317857)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone:  (858) 380-4683
Facsimile:  (858) 492-0486
E-mail: lroistacher@deangazzo.com
        ksullivan@deangazzo.com
```

Attorneys for Defendant
Jeffrey McKee

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; COUNTY OF RIVERSIDE; DANE NOREM; JEFFREY MCKEE; MATT BORDEN; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 5:21−cv−00526−JAK−DTBx<br><br>**STIPULATION THAT CERTIFIED COPIES OF DEPOSITION TRANSCRIPTS MAY BE LODGED AND USED AT TRIAL IN LIEU OF THE ORIGINAL TRANSCRIPT**<br><br>Judge: John A. Kronstadt<br>Mag. Judge David T. Bristow<br><br>Complaint Filed:  March 24, 2021<br>Trial Date:       September 09, 2025 |

**TO THE HONORABLE COURT:**

Plaintiffs Devonte Stephenson, Linden Stephenson, and Keandre Stephenson, and defendants State of California, Dane Norem and Jeffrey McKee, through their respective counsel of records, do hereby stipulate as follows:

1

Case No.: 5:21−cv−00526−JAK−DTBx

1  Certified copies of deposition transcripts may be lodged and used at trial in
2  lieu of the original transcript.

3  Dated: August 22, 2025                    Dean Gazzo Roistacher LLP

6                                            By: /s/ Kimberly A. Sullivan
                                                 Lee H. Roistacher
7                                                Kimberly A. Sullivan
                                                 Attorneys for Defendant
8                                                Jeffrey McKee
                                                 Email: lroistacher@deangazzo.com
9                                                       ksullivan@deangazzo.com

10 Dated: August 22, 2025                    Law Offices of Dale K. Galipo

13                                           By: /s/ Cooper Alison-Mayne
                                                 Dale K. Galipo
14                                               Cooper Alison-Mayne
                                                 Attorneys for Plaintiffs
15                                               Email: dalekgalipo@yahoo.com

17 Dated: August 22, 2025                    Attorney General of California

19                                           By: /s/ David Klehm
                                                 David Klehm
20                                               Stephanie A. Vollmer
                                                 Attorneys for Defendants
21                                               State of California (by and through
                                                 the California Highway Patrol),
22                                               and Dane Norem
23                                               Email: David.klehm@doj.ca.gov

25 ///
26 ///
27 ///
28

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to counsel for all parties and that I have obtained Plaintiff's counsel's authorization to affix their electronic signature to this document.

Dated: August 22, 2025					Dean Gazzo Roistacher LLP

							By:  */s/ Kimberly A. Sullivan*
							     Lee H. Roistacher
							     Kimberly A. Sullivan
							     Attorneys for Defendant
							     Jeffrey McKee
							     Email:  lroistacher@deangazzo.com
							              ksullivan@deangazzo.com