Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Kimberly A. Sullivan, Esq. (317857)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail: lroistacher@deangazzo.com
 ksullivan@deangazzo.com

Attorneys for Defendant
Jeffrey McKee

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; DANE NOREM; and JEFFREY MCKEE,<br><br>Defendants. | Case No.: 5:21-cv-0526-JAK-KK<br><br>[*Hon. John A. Kronstadt*]<br><br>**AMENDED JOINT EXHIBIT LIST**<br><br><u>Pre-Trial Conference</u><br>August 25, 2025 at 1:30 p.m.<br><br><u>Trial</u><br>September 9, 2025 at 9:00 a.m. |

**PLEASE TAKE NOTICE** that the Parties hereby submit the Amended Joint Exhibit List for the trial of this matter. The parties reserve their rights to supplement and amend this exhibit list.

Respectfully submitted,

DATED: August 22, 2025

**LAW OFFICES OF DALE K. GALIPO**

By:  */s/ Cooper Alison-Mayne*
Dale K. Galipo, Esq.
Cooper Alison-Mayne
*Attorneys for Plaintiffs*

DATED: August 22, 2025  **DEAN GAZZO ROISTACHER**

By: */s/ Kimberly A. Sullivan*[1]
Lee H. Roistacher, Esq.
Kimberly A. Sullivan, Esq.
*Attorneys for Defendant Jeffrey McKee*

Dated: August 22, 2025

Rob Bonta
Attorney General of California
Donna M. Dean
Supervising Deputy Attorney General

*/s/ David Klehm*

David Klehm
Stephanie A. Vollmer
Deputy Attorney General
*Attorneys for Defendants State of California, acting by and through the California Highway Patrol, and Dane Norem*

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

# JOINT EXHIBIT LIST

**Case Name:** *Stephenson v. CHP*
**Case Number:** 5:21-cv-0526-JAK-KK

| Ex. # | Description | Stip. to Authen. | Stip. To Admiss. | Date Identify | Date Admit |
|---|---|---|---|---|---|
| 1. | Photos of Stephenson Family | N | N | | |
| 2. | Photos: Memorial Materials | N | N | | |
| 3. | Birth Certificates, Death Certificate | Y | N | | |
| 4. | Dispatch Audio Recording | Y | N | | |
| 5. | Dispatch Call Log | N | N | | |
| 6. | Norem MVARS (1:52–8:15) | Y (as to 1:52–8:15 from Norem MVARS entitled TS/VTS_01 1.VOB) | Y (as to 1:52–8:15 from Norem MVARS entitled TS/VTS_01 1.VOB) | | |
| 7. | McKee MVARS Vol. 1 | Y | N | | |
| 8. | [Reserved] | | | | |
| 9. | Norem MVARS stills | N | N | | |
| 10. | McKee MVARS stills | N | N | | |
| 11. | McKee MVARS stills with labels | N | N | | |
| 12. | AMR Report | N | N | | |
| 13. | Riverside Fire Dept Report | N | N | | |
| 14. | Taser Log | N | N | | |
| 15. | Photos of the Scene | N | N | | |
| 16. | Photos of Dane Norem | Y | Y | | |
| 17. | Photos of Dane Norem's Duty Belt and TASER | Y | Y | | |
| 18. | Photos of Matthew Borden | N | N | | |
| 19. | Photos of Leroy Stephenson's Clothing | N | N | | |
| 20. | Photos of Taser Barbs | N | N | | |
| 21. | Autopsy Photos | N | N | | |
| 22. | [Withdrawn] | | | | |
| 23. | [Withdrawn] | | | | |
| 24. | Steve Cole, Screaming Their Last Breath: Why First Responders Must Never Ignore the Words "I | N | N | | |

| # | Description | | | | |
|---|---|---|---|---|---|
| | Can't Breathe", Dec. 11, 2015, reprinted Jun. 2, 2020 | | | | |
| 25. | United States Department of Justice, National Institute of Justice, Positional Asphyxia—Sudden Death, June 1995 | N | N | | |
| 26. | [Withdrawn] | | | | |
| 27. | Lawrence E. Heiskell, How to Prevent Positional Asphyxia, POLICE Magazine (Sept. 9, 2019) | N | N | | |
| 28. | [Withdrawn] | | | | |
| 29. | [Withdrawn] | | | | |
| 30. | City of Riverside - PD Memo re CHP Fatal Incident September 1, 2019 (Det. K. Corbett) | N | N | | |
| 31. | Parkview Community Hospital Medical Center - Emergency Department Record/Physician Chart (3 pages) | N | N | | |
| 32. | Riverside University Health System - Case Management Record dated December 26, 2017 (2 pages) | N | N | | |
| 33. | Riverside University Health System - Encounter Record dated December 26, 2017 | N | N | | |
| 34. | Riverside University Health System - ED Record dated December 26, 2017 | N | N | | |
| 35. | Riverside University Health System - Hospital Encounter Notes dated December 26, 2017 | N | N | | |
| 36. | Riverside University Health System - ED Record dated November 29, 2017 | N | N | | |
| 37. | Riverside University Health System - Case Management Record dated April 21, 2018 (2 pages) | N | N | | |
| 38. | Autopsy Report | N | N | | |
| 39. | Google Overhead Scene Photo | N | N | | |
| 40. | Photo Officer Norem | N | N | | |

| | | | | | |
|---|---|---|---|---|---|
| 41. | CHP Officer McKee Dash Cam.012419.Vol 2.IB | N | N | | |
| 42. | Photo of Leroy Stephson -Cal-Image Databank | N | N | | |
| 43. | Satellite Overview Scene – North Facing | Y | Y | | |
| 44. | Scene Photo – Facing West | Y | Y | | |
| 45. | Scene Photo – Facing East | Y | Y | | |
| 46. | Photo Norem Taser X2 | Y | Y | | |
| 47. | Photo Norem Taser X2 Cartridges Deployed | Y | Y | | |
| 48. | Photo of Leroy Stephenson With Taser Probe Left Arm | Y | Y | | |
| 49. | Photo of Leroy Stephenson With Taser Probe Left Leg | Y | Y | | |
| 50. | MVARS Officer Peters | N | N | | |
| 51. | March 23, 2011 Felony Complaint Los Angeles County Superior Court, Case No. BA37533 (transferred to Riverside County Superior Court Case No. RIF1100739) | N | N | | |
| 52. | County of Riverside, Case No. BA 372533, DUI Advisement of Rights, Waiver and Plea Form | N | N | | |
| 53. | Riverside County Superior Court Docket for Case No. RIF1100739 | N | N | | |
| 54. | [Reserved] | | | | |
| 55. | [Reserved] | | | | |
| 56. | [Reserved] | | | | |
| 57. | [Reserved] | | | | |
| 58. | [Reserved] | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 59. | January 25, 2019 Riverside DA Investigator's Report (Off. N. Crawford) | N | N | | | |
| 60. | Riverside PD Report Incident No. 190002659-001 (Off. T. Roy) | N | N | | | |
| 61. | Riverside PD Report Incident No. 190002659-002 (Det. K. Corbett) | N | N | | | |
| 62. | Riverside PD Report Incident No. 190002659-003 (Off. B. Stennett) | N | N | | | |
| 63. | Riverside PD Report Incident No. 190002659-004 (Off. D. Cisneros)) | N | N | | | |
| 64. | Riverside PD Report Incident No. 190002659-006 (Off. R. Meyer) | N | N | | | |
| 65. | Riverside PD Report Incident No. 190002659-007 (Off. R. Meyer) | N | N | | | |
| 66. | Riverside PD Report Incident No. 190002659-008 (Off. L. Velin) | N | N | | | |
| 67. | Riverside PD Report Incident No. 190002659-009 (Off. S. McKay-Davis) | N | N | | | |
| 68. | Riverside PD Report Incident No. 190002659-010 (Off. D. Mercadefe) | N | N | | | |
| 69. | Riverside PD Report Incident No. 190002659-011 (Det. A. Tillett) | N | N | | | |
| 70. | Riverside PD Report Incident No. 190002659-012 (Off. K. Beler) | N | N | | | |
| 71. | Riverside PD Report Incident No. 190002659-013 (Off. K. Beler) | N | N | | | |
| 72. | Riverside PD Report Incident No. 190002659-014 (Det. K. Corbett) | N | N | | | |
| 73. | Riverside PD Report Incident No. 190002659-016 (Det. J. Ontko) | N | N | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 74. | Riverside PD Report Incident No. 190002659-017 (Det. J. Ontko) | N | N | | | |
| 75. | Riverside PD Report Incident No. 190002659-018 (Det. J. Ontko) | N | N | | | |
| 76. | Riverside PD Report Incident No. 190002659-019 (Det. Ontko) | N | N | | | |
| 77. | Taser X2 Manual | N | N | | | |
| 78. | Recorded Interview of LaTayna Sanford (644KC 08_09_2019 06_04 PM.wma) | N | N | | | |
| 79. | Recorded Interview of Devonte Stephenson/LaTonya interview (1374BS 01_24_2019 05_24 PM.wma) | N | N | | | |
| 80. | Recorded Interview of LaTayna Sanford (1644KC 02_25_2019 10_18 AM.wma) | N | N | | | |
| 81. | Recorded Interview of LaTayna Sanford (1644KC 02_04_2019 09_23 AM.wma) | N | N | | | |
| 82. | Recorded Interview of LaTayna Sanford (1644KC 01_25_2019 10_21 AM.wma) | N | N | | | |
| 83. | Recorded Interview of Devonte Stephenson/LaTonya interview (1374BS 01_24_2019 05_24 PM.wma) | N | N | | | |
| 84. | San Bernadino Police Department Notice of Violation dated March 6, 2017, for Leroy Stephenson by Officer S. Bodoh Case No. 2017-00026237 | N | N | | | |
| 85. | San Bernadino Police Department Suspect Arrest Information Sheet dated March 6, 2017, for Leroy | N | N | | | |

| # | Description | | |
|---|---|---|---|
| | Stephenson by Officer S. Bodoh Case No. 2017-00026237 | | |
| 86. | San Bernadino Police Department Public Intoxication Arrest Report dated March 6, 2017, for Leroy Stephenson by Officer S. Bodoh Case No. 2017-00026237 | N | N |
| 87. | Orange County Superior Court Case No. 18CF2401 Felony Complaint Amendment 1 filed September 13, 2018. | N | N |
| 88. | Orange County Superior Court Case No. 18CF2401 Admission of Prior Convictions and Prior Prison Term signed by Leroy Stephenson, dated September 18, 2018. | N | N |
| 89. | Orange County Superior Court Case No. 18CF2401 Terms and Conditions of Felony Probation signed by Leroy Stephenson, dated September 18, 2018. | N | N |
| 90. | Orange County Superior Court Case No. 18CF2401 Advisement and Waiver of Rights for Felony Guilty Plea signed by Leroy Stephenson, dated September 18, 2018. | N | N |
| 91. | Orange County Superior Court Case No. 18CF2401 Court Order Granting Petition for Warrant of Arrest for Felony Probation Violation of Leroy Stephenson, dated November 29, 2018. | N | N |
| 92. | Orange County Superior Court Case No. 18CF2401 Minutes and Case Docket. | N | N |
| 93. | San Diego Superior Court Case No. M255175 *People v Leroy Stephenson* Misdemeanor Complaint dated January 14, 2019. | N | N |
| 94. | San Diego Superior Court Case No. M255175 *People v Leroy Stephenson* Misdemeanor/Felony | N | N |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Pre-Disposition Minutes dated January 17, 2019. | | | | |
| | 95. | San Diego Superior Court Case No. M255175 *People v Leroy Stephenson* Agreement for Own Recognizance Release dated November 29, 2018. | N | N | | |
| | 96. | [Reserved]. | | | | |
| | 97. | Transcription of Riverside Police Department recorded Criminal Interview, parts 1 and 2 of Matthew Borden dated January 29, 2019. | N | N | | |
| | 98. | Transcription of Riverside District Attorney recorded interview of Matthew Borden dated March 24, 2020. | N | N | | |