Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Kimberly A. Sullivan, Esq. (317857)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone:  (858) 380-4683
Facsimile:  (858) 492-0486
E-mail: lroistacher@deangazzo.com
        ksullivan@deangazzo.com

Attorneys for Defendant
Jeffrey McKee

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,

Plaintiffs,

v.

STATE OF CALIFORNIA; DANE NOREM; and JEFFREY MCKEE,

Defendants.

Case No.: 5:21-cv-0526-JAK-KK

[*Hon. John A. Kronstadt*]

**AMENDED NOTICE OF DISPUTED EXHIBITS**

Pre-Trial Conference
August 25, 2025 at 1:30 p.m.

Trial
September 9, 2025 at 9:00 a.m.

**TO THIS HONORABLE COURT:**

The Parties hereby submit the following Amended Notice of Disputed Exhibits pursuant to the Court's standing order in this case.

AMENDED NOTICE OF DISPUTED EXHIBITS

Dated:  August 22, 2025

ROB BONTA
Attorney General of California
DONNA M. DEAN
Supervising Deputy Attorney General

*/s/ David Klehm*

DAVID KLEHM
STEPHANIE A. VOLLMER
Deputes Attorney General
*Attorneys for Defendants State of California, acting by and through the California Highway Patrol, and Dane Norem*

DATED:  August 22, 2025

**LAW OFFICES OF DALE K. GALIPO**

By:      */s/ Cooper Alison-Mayne*
Dale K. Galipo, Esq.
Cooper Alison-Mayne
*Attorneys for Plaintiffs*

DATED:  August 22, 2025

**DEAN GAZZO ROISTACHER**

By:      */s/ Kimberly A. Sullivan*
Lee H. Roistacher, Esq.
Kimberly A. Sullivan, Esq. [1]
*Attorneys for Defendant Jeffrey McKee*

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

AMENDED NOTICE OF DISPUTED EXHIBITS

| Ex. # | Description | Defendants' Objections | Plaintiffs' Objections |
|---|---|---|---|
| 1 | Photos of Stephenson Family | FRE 401;403 Relevance; 403 Unfair Prejudice; 801;802;803 Hearsay as to statements in the photographs. | |
| 2 | Photos of Memorial Materials | FRE 401;403 Relevance; 403 Unfair Prejudice; 801;802;803 Hearsay as to statements in the photographs. | |
| 3 | Birth Certificates, Death Certificate | FRE 401;403 Relevance. | |
| 4 | Dispatch Audio Recording | | Hearsay; FRE 403, 602. Only portions that were heard by Defendants before their use-of-force are relevant, other portions are irrelevant as information unknown to the officer at the time. |
| 5 | Dispatch Call Log | FRE 401;403 Relevance; 403 Unfair Prejudice; 801;802;803 Hearsay; Failure to disclose during discovery, FRCP 26(a), 26(e), 37(c)(1). | Foundation; Hearsay; FRE 403, 602. |
| 6 | Norem MVARS (1:52–8:15) | | |
| 7 | McKee MVARS Vol. 1 | | Hearsay; FRE 401/402, 403. Only the portion of the video up to the point Stephenson is turned to his side should be admitted at trial. The rest of the video should be excluded because there are hearsay statements on the video that are objectionable and the video is of limited relevance because there is no claim of |

AMENDED NOTICE OF DISPUTED EXHIBITS

| | | | |
|---|---|---|---|
| | | | failure to provide medical care. |
| 9 | Norem MVARS stills | Foundation; 403 Unfair Prejudice; Failure to disclose during discovery, FRCP 26(a), 26(e), 37(c)(1). | |
| 10 | McKee MVARS stills | Foundation; 403 Unfair Prejudice; Failure to disclose during discovery, FRCP 26(a), 26(e), 37(c)(1). | |
| 11 | McKee MVARS stills with labels | Foundation; 403 Unfair Prejudice; Failure to disclose during discovery, FRCP 26(a), 26(e), 37(c)(1). | |
| 12 | AMR Report | 801;802;803 Hearsay; Failure to disclose during discovery, FRCP 26(a), 26(e), 37(c)(1). | Foundation; Hearsay; FRE 403, 602. |
| 13 | Riverside Fire Dept Report | 801;802;803 Hearsay; Failure to disclose during discovery, FRCP 26(a), 26(e), 37(c)(1). | Foundation; Hearsay; FRE 403, 602. |
| 14 | Taser Log | FRE 401;403 Relevance; 403 Unfair Prejudice; 801;802;803 Hearsay; Failure to disclose during discovery, FRCP 26(a), 26(e), 37(c)(1). | |
| 15 | Photos of the Scene | FRE 401;403 Relevance; 403 Unfair Prejudice; Foundation; Failure to disclose during discovery, FRCP 26(a), 26(e), 37(c)(1). | |
| 18 | Photos of Matthew Borden | FRE 401;403 Relevance; 403 Unfair Prejudice; Foundation; Failure to disclose during discovery, | |

AMENDED NOTICE OF DISPUTED EXHIBITS

| | | | |
|---|---|---|---|
| 19 | | | FRCP 26(a), 26(e), 37(c)(1). |
| 19 | Photos of Leroy Stephenson's Clothing | FRE 401;403 Relevance; 403 Unfair Prejudice; Foundation; Failure to disclose during discovery, FRCP 26(a), 26(e), 37(c)(1). | |
| 20 | Photos of Taser Barbs | FRE 401;403 Relevance; 403 Unfair Prejudice; Foundation; Cumulative; Failure to disclose during discovery, FRCP 26(a), 26(e), 37(c)(1). | |
| 21 | Autopsy Photos | FRE 401;403 Relevance; 403 Unfair Prejudice; Foundation; Cumulative; Failure to disclose during discovery, FRCP 26(a), 26(e), 37(c)(1). | |
| 24 | Steve Cole, Screaming Their Last Breath: Why First Responders Must Never Ignore the Words "I Can't Breathe", Dec. 11, 2015, reprinted Jun. 2, 2020. | FRE 401;403 Relevance; 403 Unfair Prejudice; Foundation; FRE 801;802;803;901. Hearsay; Failure to disclose during discovery, FRCP 26(a), 26(e), 37(c)(1). | |
| 25 | United States Department of Justice, National Institute of Justice, Positional Asphyxia—Sudden Death, June 1995 | FRE 401;403 Relevance; 403 Unfair Prejudice; Foundation; FRE 801;802;803;901. Hearsay; Failure to disclose during discovery, FRCP 26(a), 26(e), 37(c)(1). | |
| 27 | Lawrence E. Heiskell, How to Prevent Positional Asphyxia, POLICE Magazine (Sept. 9, 2019) | FRE 401;403 Relevance; 403 Unfair Prejudice; Foundation; FRE 801;802;803;901. Hearsay; Failure to disclose during | |

AMENDED NOTICE OF DISPUTED EXHIBITS

| | | | |
|---|---|---|---|
| | | | discovery, FRCP 26(a), 26(e), 37(c)(1). |
| 30 | City of Riverside - PD Memo re CHP Fatal Incident September 1, 2019 (Det. K. Corbett) | | See Plaintiff's See Plaintiff's Motion in Limine No. 2 (ECF No. 129). Additionally, FRE 602, 701, 802, 805, 901. |
| 31 | Parkview Community Hospital Medical Center - Emergency Department Record/Physician Chart (3 pages) | | See Plaintiff's Motion in Limine No. 1. Additionally, FRE 602, 701, 805, 901. |
| 32 | Riverside University Health System - Case Management Record dated December 26, 2017 (2 pages) | | See objections to Exhibit 31. |
| 33 | Riverside University Health System - Encounter Record dated December 26, 2017 | | See objections to Exhibit 31. |
| 34 | Riverside University Health System - ED Record dated December 26, 2017 | | See objections to Exhibit 31. |
| 35 | Riverside University Health System - Hospital Encounter Notes dated December 26, 2017 | | See objections to Exhibit 31. |
| 36 | Riverside University Health System - ED Record dated November 29, 2017 | | See objections to Exhibit 31. |
| 37 | Riverside University Health System - Case Management Record dated April 21, 2018 (2 pages) | | See objections to Exhibit 31. |
| 38 | Autopsy Report | | See objections to Exhibit 31. |
| 39 | Google Overhead Scene Photo | | FRE 401/402; 403. |
| 40 | Photo Officer Norem | | FRE 401/402; 403. |
| 41 | CHP Officer McKee Dash Cam.012419.Vol 2.IB | | FRE 401/402; 403; Hearsay. |
| 42 | Photo of Leroy Stephson -Cal-Image Databank | | FRE 401/402; 403; Foundation. |
| 50 | MVARS Officer Peters | | FRE 401/402; 403; Hearsay; Foundation. |
| 51 | March 23, 2011 Felony Complaint Los Angeles County Superior | | Failure to disclose during discovery, |

AMENDED NOTICE OF DISPUTED EXHIBITS

| | | | |
|---|---|---|---|
| 1<br>2<br>3<br>4<br>5 | | Court, Case No. BA37533 (transferred to Riverside County Superior Court Case No. RIF1100739) | FRCP 26(a), 26(e), 37(c)(1).<br><br>See Plaintiff's Motion in Limine No. 2 (ECF No. 129). Additionally, FRE 602, 701, 802, 805, 901. |
| 6 | 52 | County of Riverside, Case No. BA 372533, DUI Advisement of Rights, Waiver and Plea Form | See objections to Exhibit 51. |
| 7<br>8 | 53 | Riverside County Superior Court Docket for Case No. RIF1100739 | See objections to Exhibit 51. |
| 9<br>10 | 59 | January 25, 2019 Riverside DA Investigator's Report (Off. N. Crawford) | See objections to Exhibit 51. |
| 11 | 60 | Riverside PD Report Incident No. 190002659-001 (Off. T. Roy) | See objections to Exhibit 51. |
| 12<br>13 | 61 | Riverside PD Report Incident No. 190002659-002 (Det. K. Corbett) | See objections to Exhibit 51. |
| 14<br>15 | 62 | Riverside PD Report Incident No. 190002659-003 (Off. B. Stennett) | See objections to Exhibit 51. |
| 16 | 63 | Riverside PD Report Incident No. 190002659-004 (Off. D. Cisneros)) | See objections to Exhibit 51. |
| 17<br>18 | 64 | Riverside PD Report Incident No. 190002659-006 (Off. R. Meyer) | See objections to Exhibit 51. |
| 19 | 65 | Riverside PD Report Incident No. 190002659-007 (Off. R. Meyer) | See objections to Exhibit 51. |
| 20<br>21 | 66 | Riverside PD Report Incident No. 190002659-008 (Off. L. Velin) | See objections to Exhibit 51. |
| 22<br>23 | 67 | Riverside PD Report Incident No. 190002659-009 (Off. S. McKay-Davis) | See objections to Exhibit 51. |
| 24<br>25 | 68 | Riverside PD Report Incident No. 190002659-010 (Off. D. Mercadefe) | See objections to Exhibit 51. |
| 26<br>27<br>28 | 69 | Riverside PD Report Incident No. 190002659-011 (Det. A. Tillett) | See objections to Exhibit 51. |

AMENDED NOTICE OF DISPUTED EXHIBITS

| | | | |
|---|---|---|---|
| 70 | Riverside PD Report Incident No. 190002659-012 (Off. K. Beler) | | See objections to Exhibit 51. |
| 71 | Riverside PD Report Incident No. 190002659-013 (Off. K. Beler) | | See objections to Exhibit 51. |
| 72 | Riverside PD Report Incident No. 190002659-014 (Det. K. Corbett) | | See objections to Exhibit 51. |
| 73 | Riverside PD Report Incident No. 190002659-016 (Det. J. Ontko) | | See objections to Exhibit 51. |
| 74 | Riverside PD Report Incident No. 190002659-017 (Det.  J. Ontko) | | See objections to Exhibit 51. |
| 75 | Riverside PD Report Incident No. 190002659-018 (Det. J. Ontko) | | See objections to Exhibit 51. |
| 76 | Riverside PD Report Incident No. 190002659-019 (Det. Ontko) | | See objections to Exhibit 51. |
| 77 | Taser X2 Manual | | Failure to disclosure during discovery, FRCP 26(a), 26(e), 37(c)(1).<br><br>Additionally, FRE 401/402, 403, 602, 701, 802, 805, 901. |
| 78 | Recorded Interview of LaTayna Sanford (644KC 08_09_2019 06_04 PM.wma) | | See Plaintiff's Motions in Limine 1 and 2 (ECF Nos. 126, 129).<br><br>Hearsay. |
| 79 | Recorded Interview of Devonte Stephenson/LaTonya interview (1374BS 01_24_2019 05_24 PM.wma) | | See Motions in Limine 1 and 2 (ECF Nos. 126, 129). |
| 80 | Recorded Interview of LaTayna Sanford (1644KC 02_25_2019 10_18 AM.wma) | | See objections to Exhibit 78. |
| 81 | Recorded Interview of LaTayna Sanford (1644KC 02_04_2019 09_23 AM.wma) | | See objections to Exhibit 78. |

8

AMENDED NOTICE OF DISPUTED EXHIBITS

| | | | |
|---|---|---|---|
| 82 | Recorded Interview of LaTayna Sanford (1644KC 01_25_2019 10_21 AM.wma) | | See objections to Exhibit 78. |
| 83 | Recorded Interview of Devonte Stephenson/LaTonya interview (1374BS 01_24_2019 05_24 PM.wma) | | See objections to Exhibit 78. |
| 84 | San Bernadino Police Department Notice of Violation dated March 6, 2017, for Leroy Stephenson by Officer S. Bodoh Case No. 2017-00026237 | | See objections to Exhibit 51. |
| 85 | San Bernadino Police Department Suspect Arrest Information Sheet dated March 6, 2017, for Leroy Stephenson by Officer S. Bodoh Case No. 2017-00026237 | | See objections to Exhibit 51. |
| 86 | San Bernadino Police Department Public Intoxication Arrest Report dated March 6, 2017, for Leroy Stephenson by Officer S. Bodoh Case No. 2017-00026237 | | See objections to Exhibit 51. |
| 87 | Orange County Superior Court Case No. 18CF2401 Felony Complaint Amendment 1 filed September 13, 2018. | | See objections to Exhibit 51. |
| 88 | Orange County Superior Court Case No. 18CF2401 Admission of Prior Convictions and Prior Prison Term signed by Leroy Stephenson, dated September 18, 2018. | | See objections to Exhibit 51. |
| 89 | Orange County Superior Court Case No. 18CF2401 Terms and Conditions of Felony Probation signed by Leroy Stephenson, dated September 18, 2018. | | See objections to Exhibit 51. |
| 90 | Orange County Superior Court Case No. 18CF2401 Advisement and Waiver of Rights for Felony Guilty Plea signed by Leroy Stephenson, dated September 18, 2018. | | See objections to Exhibit 51. |
| 91 | Orange County Superior Court Case No. 18CF2401  Court Order Granting Petition for Warrant of | | See objections to Exhibit 51. |

AMENDED NOTICE OF DISPUTED EXHIBITS

| | | | |
|---|---|---|---|
| | Arrest for Felony Probation Violation of Leroy Stephenson, dated November 29, 2018. | | |
| 92 | Orange County Superior Court Case No. 18CF2401 Minutes and Case Docket. | | See objections to Exhibit 51. |
| 93 | San Diego Superior Court Case No. M255175 *People v Leroy Stephenson* Misdemeanor Complaint dated January 14, 2019. | | See objections to Exhibit 51. |
| 94 | San Diego Superior Court Case No. M255175 *People v Leroy Stephenson* Misdemeanor/Felony Pre-Disposition Minutes dated January 17, 2019. | | See objections to Exhibit 51. |
| 95 | San Diego Superior Court Case No. M255175 *People v Leroy Stephenson* Agreement for Own Recognizance Release dated November 29, 2018. | | See objections to Exhibit 51. |
| 97 | Transcription of Riverside Police Department recorded Criminal Interview, parts 1 and 2 of Matthew Borden dated January 29, 2019. | | Hearsay. |
| 98 | Transcription of Riverside District Attorney recorded interview of Matthew Borden dated March 24, 2020. | | Hearsay. |

AMENDED NOTICE OF DISPUTED EXHIBITS