1  ROB BONTA
   Attorney General of California
2  DONNA M. DEAN
   Supervising Deputy Attorney General
3  DAVID KLEHM
   Deputy Attorney General
4  State Bar No. 165302
   STEPHANIE A. VOLLMER
5  Deputy Attorney General
   State Bar No. 309407
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 510-3849
    Fax:  (415) 703-5480
8   E-mail:  David.Klehm@doj.ca.gov;
    Stephanie.Vollmer@doj.ca.gov
9  *Attorneys for Defendants State of California, acting by and through the California Highway Patrol, and Dane Norem*
10

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA; and DOES 1 through 100, inclusive,**<br><br>Defendants. | 5:21-cv-00526-JWH (KKx)<br><br>**DEFENDANTS' JOINT STATUS REPORT RE: MEET AND CONFER EFFORTS**<br><br>Courtroom:   10C<br><br>Judge:   The Honorable John A. Kronstadt<br><br>Trial Date:   September 9, 2025<br>Action Filed:  December 18, 2019 |

1

At the final pretrial conference on August 25, 2025, the court ordered lead counsel to meet and confer regarding trial exhibits, disputed jury instructions, and competing proposed verdict forms and to report back to the court by the end of the week.

Defendants' counsel made multiple attempts to contact plaintiffs' purported lead trial counsel, Dale Galipo. However, as with all the prior meet and confer meetings regarding joint trial documents in this case, it was only Mr. Galipo's associate, Mr. Cooper Alison-Mayne, who responded to defense counsel's email efforts to meet and confer (while on vacation in Greece), essentially advising defense counsel to contact Mr. Galipo but otherwise not engaging in any substantive meet and confer discussions. Defense counsel contacted Mr. Galipo's office and was informed Mr. Galipo was in deposition but no further responses to multiple meet and confer emails and messages occurred.

Dated: August 29, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
DONNA M. DEAN
Supervising Deputy Attorney General

s/David Klehm

DAVID KLEHM
STEPHANIE A. VOLLMER
Deputies Attorney General
*Attorneys for Defendants State of California, acting by and through the California Highway Patrol, and Dane Norem*

| | |
|---|---|
| DATED: August 29, 2025 | DEAN GAZZO ROISTACHER |
| | |
| | By: *s/ Lee H. Roistacher* |
| | |
| | Lee H. Roistacher, Esq. |
| | Kimberly A. Sullivan, Esq. |
| | *Attorneys for Defendant Jeffrey McKee* |

3