| | |
|---|---|
| 1 | Dean Gazzo Roistacher LLP |
| | Lee H. Roistacher, Esq. (SBN 179619) |
| 2 | Kimberly A. Sullivan, Esq. (317857) |
| | 440 Stevens Avenue, Suite 100 |
| 3 | Solana Beach, CA 92075 |
| | Telephone: (858) 380-4683 |
| 4 | Facsimile: (858) 492-0486 |
| | E-mail: lroistacher@deangazzo.com |
| 5 | ksullivan@deangazzo.com |
| | Attorneys for Defendant |
| 6 | Jeffrey McKee |
| 7 | Rob Bonta, Attorney General of California |
| | Donna M. Dean |
| 8 | Supervising Deputy Attorney General |
| | David Klehm, Esq. |
| 9 | Stephanie A. Vollmer, Esq. |
| | Deputies Attorney General |
| 10 | California Department of Justice, |
| | Office of the Attorney General |
| 11 | 455 Golden Gate Avenue, Suite 11000 |
| | San Francisco, CA 94102-7004 |
| 12 | Tel: 415-510-3849 |
| | Fax: 415-703-5480 |
| 13 | Attorney for Defendants, California (by and through the California Highway Patrol) and |
| 14 | Dane Norem |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON, <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>STATE OF CALIFORNIA; COUNTY OF RIVERSIDE; DANE NOREM; JEFFREY MCKEE; MATT BORDEN; and DOES 1 through 100, inclusive, <br><br>　　　　Defendants. | Case No.: 5:21-cv-00526-JAK-DTBx <br><br> **DEFENDANTS' OBJECTION TO PLAINTIFFS' USE OF ANY DEMONSTRATIVE EXHIBITS AT TRIAL** <br><br> Judge: John A. Kronstadt <br> Mag. Judge David T. Bristow <br><br> Complaint Filed: March 24, 2021 <br> Trial Date: September 09, 2025 |

1

Case No.: 5:21-cv-00526-JAK-DTBx

1  Pursuant to LR 16-3, the parties were required to "disclose copies of all
2  graphic or illustrative material to be shown the trier of fact as illustrating the
3  testimony of a witness at least eleven (11) days before trial." The deadline to
4  disclose copies was August 29, 2025. LR 16-3 further provides that "[g]raphic
5  or illustrative material not so disclosed may not be used at trial except by order
6  of the Court on a finding of good cause for the failure to disclose."

7  After defendants timely complied with LR 16-3, defendants received the
8  following response from plaintiffs' counsel: "We will have 2 timelines which
9  will either be displayed digitally or printed on poster board depending on the
10 technology available in the courtroom. I'll send the files when I'm back next
11 week."

12 Plaintiffs' counsel was advised of the failure to comply with LR 16-3 and
13 that an objection would be made to the use by plaintiffs of any demonstrative
14 exhibits at trial. Counsel was further advised that the failure to comply with LR
15 16-3 along with the total failure to engage in a meet and confer as ordered by this
16 Court was negatively impacting the defenses' ability to prepare for trial.

17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

The Court should enter an order precluding plaintiffs from using any demonstrative exhibits at trial.

Dated: September 2, 2025                Dean Gazzo Roistacher LLP

                                        By: */s/ Lee H. Roistacher*
                                        Lee H. Roistacher
                                        Kimberly A. Sullivan
                                        Attorneys for Defendant
                                        Jeffrey McKee
                                        Email:  lroistacher@deangazzo.com
                                                ksullivan@deangazzo.com

Dated: September 2, 2025                California Department of Justice
                                        Office of the Attorney General

                                        By: */s/ David Klehm*
                                        David Klehm
                                        Attorneys for Defendants
                                        California (by and through the
                                        California Highway Patrol) and
                                        Dane Norem
                                        Email:  david.klehm@doj.ca.gov