**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>STATE OF CALIFORNIA; DANE NOREM; and JEFFREY MCKEE,<br><br>    Defendants. | Case No.: 5:21-cv-0526-JAK-KK<br><br>[*Hon. John A. Kronstadt*]<br><br>**NOTICE OF UNCOMMON AND SCIENTIFIC TERMS**<br><br><u>Trial</u><br>September 9, 2025 at 9:00 a.m. |

**TO THIS HONORABLE COURT:**

The undersided hereby submit the following Notice of Uncommon and Scientific Terms pursuant to the Court's standing order in this case.

1
NOTICE OF UNCOMMON AND SCIENTIFIC TERMS

DATED: September 3, 2025      **LAW OFFICES OF DALE K. GALIPO**

By:    */s/ Cooper Alison-Mayne*
Dale K. Galipo, Esq.
Cooper Alison-Mayne[1]
*Attorneys for Plaintiffs*

DATED: September 3, 2025      **DEAN GAZZO ROISTACHER**

By:    */s/ Kimberly A. Sullivan*
Lee H. Roistacher, Esq.
Kimberly A. Sullivan, Esq.
*Attorneys for Defendant*
*Jeffrey McKee*

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**Uncommon Terms**

- Acidosis
  - Metabolic Acidosis
  - Lactic Acidosis
  - Respiratory Acidosis
- Agonal
- Anaerobic
- Anorexic
- Anoxia
- Anoxic
- Asphyxia
- Asphyxiation
- Asystole
- Atherosclerosis
- Atherosclerotic
- Bradyarrhythmias
- Bradycardia
- Cardiomegaly
- Catecholamines
- Chronotropic
- Coronary Vasospasm
- Drive-stun
- ECG (Electrocardiogram)
- Electromuscular Excitation
- Endothelial
- Epinephrine
- Excitotoxic Neuronal Injury
- Gastritis
- Glasgow Coma Scale (GCS)
- Glutamate
- Hypercarbia
- Hypercarbic
- Hyperkalemia
- Hypokalemia
- Hypertrophy
- Hypoxemia
- Hypoxia
- Hypoxic-Ischemic
- Ionotropic
- Intraosseous
- Ischemia

3
NOTICE OF UNCOMMON AND SCIENTIFIC TERMS

- Ischemic
- Lexipol

**Uncommon Names**

Attorneys / Parties

- Devonte Stephenson
- Linden Stephenson
- Keandre Stephenson
- Dane Norem
- Jeffrey McKee
- Cooper Alison-Mayne
- Lee H. Roistacher
- Kimberly A. Sullivan
- David Klehm
- Stephanie A. Vollmer

Witnesses

- William Betancur
- David Popko
- Matthew Bashaw
- Dr. Daniel Wohlgelernter
- Dr. Kristen Steward
- Dr. Ola Bawadi
- Daniel Cisneros
- Clarence Bullen
- Steve Licon
- Ryan Cisek
- Carolina Olazaba
- Juan Mandujano
- Jose Lumbreras
- LaTanya Sanford