UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:21-cv-00526 JAK (DTBx) | Date | August 25, 2025 |
| Title | Devonte Stephenson et al v. State of California et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Daniel Torrez | Debbie Hino-Spaan |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Dale Galipo | David Klehm |
| Brendan Johnson | Stephanie Vollmer |
| | Lee Roistacher |
| | Kimberly Sullivan |

**Proceedings:** **FINAL PRETRIAL CONFERENCE (DKT 114); DEFENDANTS' MOTION IN LIMINE NO. 1 (DKT. 124); PLAINTIFFS' MOTION IN LIMINE NO. 1 (DKT. 126); PLAINTIFFS' MOTION IN LIMINE NO. 2 (DKT. 129)**

The Final Pretrial Conference is held. All counsel appear in person.

The schedule for trial is discussed. On the first day of trial, September 9, 2025, 8-9 jurors will be seated. After the jury is seated, the Court will begin to call witnesses. The normal schedule will be from 8:30 a.m. to 2:30 p.m., excluding Monday and Thursday mornings due to civil and criminal calendars. The proceedings may go later than 2:30 when it is efficient to do so. They may also recess before 2:30 when it is efficient to do so. At the end of each trial day, the expected schedule for the next trial day will be stated.

Plaintiffs and Defendants each may use a total of 15 hours at trial, for opening statements, closing arguments, and examination of witnesses. This time does not include jury selection or hearings when the jury is not present. These limitations are appropriate based on a review of the witnesses lists and the issues to be presented at trial. If the time estimates presented by the parties were adopted, the trial would require more than 30 days, which is not reasonable in light of the issues to be presented by the parties. It is appropriate to have the 15 hours shared by all Defendants given the substantial overlap in the evidence that they will be presenting in what are expected to be very similar responses to the claims advanced by Plaintiffs. The 15-hour per side time limit is without prejudice to a request by a party during trial for additional time. Any such request will be considered based on whether that party has been efficient in the use of its allocated time to that point, and whether the stated need for the additional time is reasonable in light of the proceedings. Plaintiff states that the 15-hour time allocations are reasonable and acceptable.

With the consent of Plaintiff, Defendants' expert witness, Dr. Michael Graham, may testify remotely on the morning of September 12, 2025, due to his travel schedule. Defendants' counsel shall confer with the Clerk as to the necessary arrangements for him to do so. He shall be alone at his location during his testimony. He shall not review any materials, or have them available, during his testimony other

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 5:21-cv-00526 JAK (DTBx) | Date | August 25, 2025 |
|---|---|---|---|
| Title | Devonte Stephenson et al v. State of California et al. | | |

than the Exhibits that are expected to be published for his review during his testimony. He may also have access to his expert report, but shall not review it unless asked to do so during his testimony and is permitted to do so. Defendants agree to provide reciprocal accommodation should any of Plaintiffs' witnesses have a reasonable need to testify remotely. The list of all witnesses who are expected to testify remotely, shall be provided to the Clerk at the commencement of the trial.

A joint statement on the status of agreements and/or disputes as to the jury instructions that have been lodged shall be filed on or before August 29, 2025. The parties shall provide a joint statement that includes their respective positions as to any disputed instructions. A parallel joint statement as to the status of agreements and/or disputes as to trial exhibits, shall be provided on or before the same time. It shall include the summary chart required by the Standing Order as to the basis for any objections and the response by the party that has proffered the exhibit.

A supplemental order will be issued as to the motions in limine (Dkt. 124, Dkt. 126, Dkt. 129).

**IT IS SO ORDERED.**

|  | 1 | : | 15 |
|---|---|---|---|
| Initials of Preparer | LC1 | | |