# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | No. 5:21-cv-00526-JAK (DTBx)<br><br>**ORDER RE DEFENDANTS' OBJECTION TO PLAINTIFFS' USE OF ANY DEMONSTRATIVE EXHIBITS AT TRIAL (DKT. 152)** |

1

Based on a review of Defendants' Objection to Plaintiffs' Use of Any Demonstrative Exhibits at Trial (Dkt. 152) and Plaintiffs' Response to Order to Show Cause Re Use of Demonstrative Exhibits ("Response" (Dkt. 156)), the following determinations have been made:

1. Plaintiffs shall not use any demonstrative exhibits during their opening statement, unless they were disclosed to Defendants at least 11 days before trial. If Plaintiffs intend to use any such demonstrative exhibits in their opening statement, they shall be disclosed to Defendants by Noon on September 5, 2025. After counsel for the parties meet and confer to seek to resolve and objections by Defendants to the use of any of the proffered exhibits, any remaining objections by Defendants shall be filed by 10:00 a.m. on September 8, 2025. A ruling on any objections will be made prior to the commencement of the trial.
2. In conformance with the statement by Plaintiffs in the Response, any demonstrative exhibits prepared for use in Plaintiffs' closing argument, shall be disclosed to Defendants no later than 24 hours prior to the scheduled argument. After counsel for the parties meet and confer to seek to resolve and objections by Defendants to the use of any of the proffered exhibits, any objections shall be presented to the Court for resolution.

3. These same procedures apply to any demonstrative exhibits that Defendants plan to use in their opening statements and/or closing arguments and that are different from what they disclosed at least 11 days before trial.

**IT IS SO ORDERED.**

Dated: September 04, 2025

John A. Kronstadt
United States District Judge