Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Kimberly A. Sullivan, Esq. (317857)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail: lroistacher@deangazzo.com
ksullivan@deangazzo.com

Attorneys for Defendant
Jeffrey McKee

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; COUNTY OF RIVERSIDE; DANE NOREM; JEFFREY MCKEE; MATT BORDEN; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 5:21-cv-00526-JAK-DTBx<br><br>**DEFENDANTS' LIST OF WITNESSES TO TESTIFY REMOTELY**<br><br>Judge: John A. Kronstadt<br>Mag. Judge David T. Bristow<br><br>Complaint Filed: March 24, 2021<br>Trial Date: September 9, 2025 |

Per this Court's Order (Doc No. 157), defendants are providing the following list of witnesses who are expected to testify remotely:

William Betancur

Michael Graham, M.D.

Allison Hunt, M.D.

1
Case No.: 5:21-cv-00526-JAK-DTBx

1. Deena McMullen (fka Corbett-Wolf)
2. CHP Officer Lynn Peters
3. Dr. Richard Clark
4. Sean Bodoh
5. Julio Soto

Dated: September 5, 2025

Rob Bonta
Attorney General of California
Donna M. Dean
Supervising Deputy Attorney General

By: /s/ David Klehm
David Klehm
Stephanie A. Vollmer
Deputy Attorney General
*Attorneys for Defendants State of California, acting by and through the California Highway Patrol, and Dane Norem*

Email: David.klehm@doj.ca.gov
stephanie.vollmer@doj.ca.gov

Dated: September 5, 2025

Dean Gazzo Roistacher LLP

By: /s/ Kimberly A. Sullivan
Lee H. Roistacher
Kimberly A. Sullivan
Attorneys for Defendant Jeffrey McKee
Email: lroistacher@deangazzo.com
ksullivan@deangazzo.com

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to counsel for all parties and that I have obtained counsel's authorization to affix her electronic signature to this document.

Dated: September 5, 2025          Dean Gazzo Roistacher LLP


By: */s/ Kimberly A. Sullivan*
Lee H. Roistacher
Kimberly A. Sullivan
Attorneys for Defendant
Jeffrey McKee
Email:  lroistacher@deangazzo.com
            ksullivan@deangazzo.com