Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Kimberly A. Sullivan, Esq. (317857)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail: lroistacher@deangazzo.com
        ksullivan@deangazzo.com
Attorneys for Defendant
Jeffrey McKee

Rob Bonta, Attorney General of California
Donna M. Dean
Supervising Deputy Attorney General
David Klehm, Esq.
Stephanie A. Vollmer, Esq.
Deputies Attorney General
California Department of Justice,
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Tel: 415-510-3849
Fax: 415-703-5480
Attorney for Defendants, California (by and through the California Highway Patrol) and Dane Norem

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,<br><br>      Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; COUNTY OF RIVERSIDE; DANE NOREM; JEFFREY MCKEE; MATT BORDEN; and DOES 1 through 100, inclusive,<br><br>      Defendants. | Case No.: 5:21−cv−00526−JAK−DTBx<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' STATUS REPORT**<br><br>Judge: John A. Kronstadt<br>Mag. Judge David T. Bristow<br><br>Complaint Filed: March 24, 2021<br>Trial Date: September 09, 2025 |

1

After the final pretrial conference on August 25, 2025, the Court ordered lead trial counsel to meet and confer on multiple issues and report back to the court by August 29, 2025.

Given that plaintiffs' lead trial counsel, Dale Galipo, did not meet and confer with defendants' lead trial counsels as ordered by this Court, which was consistent with the total lack of direct participation with defendants' counsel in preparing the pretrial joint trial documents which was handled by Mr. Galipo's associate, defendants filed a joint report advising the Court of lead counsel's lack of participation. Doc. 150.

On September 2, 2025, this Court directed counsel to further meet and confer and provide an updated report on September 4, 2025. Doc. 151. The Court further notified counsel for plaintiffs of potential sanctions for failing to comply. *Id.*

This order apparently spurred Mr. Galipo to personally participate in the meet and confer process, which occurred around 4:00 p.m. on September 2, 2025. During that hour and a half meeting, several agreements were made between lead trial counsels that were to be memorialized in a joint report to be filed on September 4.

After that meeting on September 2, Mr. Galipo dropped out of the process and once again had his associate handle the meet and confer process that continued through the morning of September 4 and the end result was a proposed joint report by plaintiffs that did not reflect the agreements made during the September 2 meet and confer between lead trial counsels.

Mr. Galipo agreed to withdraw plaintiffs' objections to their own Exhibit 4 (Dispatch Audio Recording). However, his associate informed us the following day Mr. Galipo misunderstood the nature of that exhibit and that plaintiffs would maintain their objection.

///

1    Mr. Galipo stated he would agree to authenticity of Exhibits. 30, 59-76 (Riverside DA report and Riverside PD reports) for purposes of refreshing the witnesses' recollection, but would maintain his objections on hearsay. This is not included in plaintiffs' report. Doc No. 154.

    Mr. Galipo stated he would consider stipulating to the authenticity of the Bio Tox report, which defendants intend to replace for one of the reserved exhibits on its list. However, his associate informed us that Mr. Galipo did not realize that this was not on the exhibit list (even though that was discussed) when we met and conferred and now he does not agree to this exhibit in any way. As a result, defendants were unwilling to sign a joint report that did not reflect the agreements reached on September 2.  All communications occurring between the meeting on September 2 through the morning of September 4 were handled by Mr. Galipo's associate.

Dated: September 5, 2025                Dean Gazzo Roistacher LLP

                                        By: /s/ Lee H. Roistacher
                                            Lee H. Roistacher
                                            Kimberly A. Sullivan
                                            Attorneys for Defendant
                                            Jeffrey McKee
                                            Email: lroistacher@deangazzo.com
                                                   ksullivan@deangazzo.com

Dated: September 5, 2025                California Department of Justice
                                        Office of the Attorney General

                                        By: /s/ David Klehm
                                            David Klehm
                                            Attorneys for Defendants
                                            California (by and through the
                                            California Highway Patrol) and
                                            Dane Norem
                                            Email: david.klehm@doj.ca.gov