Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Kimberly A. Sullivan, Esq. (317857)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail: lroistacher@deangazzo.com
ksullivan@deangazzo.com

Attorneys for Defendant
Jeffrey McKee

Rob Bonta, Attorney General of California
Donna M. Dean
Supervising Deputy Attorney General
David Klehm, Esq.
Stephanie A. Vollmer, Esq.
Deputies Attorney General
California Department of Justice,
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Tel: 415-510-3849
Fax: 415-703-5480

Attorney for Defendants, California (by and through the California Highway Patrol) and Dane Norem

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,<br><br>        Plaintiffs,<br><br>    v.<br><br>STATE OF CALIFORNIA; COUNTY OF RIVERSIDE; DANE | Case No.: 5:21-cv-00526-JAK-DTBx<br><br>**DEFENDANTS' RESPONSE TO ORDER RE DEFENDANTS' OBJECTION TO PLAINTIFFS' USE OF ANY DEMONSTRATIVE EXHIBITS AT TRIAL**<br><br>Judge: John A. Kronstadt<br>Mag. Judge David T. Bristow<br><br>Complaint Filed:  March 24, 2021<br>Trial Date:         September 09, 2025 |

1

Case No.: 5:21-cv-00526-JAK-DTBx

| | |
|---|---|
| 1 | NOREM; JEFFREY MCKEE; MATT BORDEN; and DOES 1 through 100, inclusive, |
| 2 | |
| 3 | Defendants. |

On September 4, 2025, the Court ordered that plaintiffs disclose any demonstrative exhibits they intended to use during opening statement to defendants by noon on September 5, 2025. Doc. 158. At approximately 11:29 a.m. on September 5, 2025, plaintiffs disclosed the demonstrative exhibits that they intended to use during opening statement to defendants. At approximately 12:07 p.m. on September 5, 2025, defendants advised that they objected to plaintiffs proposed demonstrative exhibits. At 3:30 p.m. on September 5, 2025, lead trial counsel met and conferred. The parties agreed that neither plaintiffs nor defendants would use demonstratives or exhibits during opening statements.

Dated: September 8, 2025

Dean Gazzo Roistacher LLP

By: /s/ Lee H. Roistacher
Lee H. Roistacher
Kimberly A. Sullivan
Attorneys for Defendant
Jeffrey McKee
Email: lroistacher@deangazzo.com
ksullivan@deangazzo.com

Dated: September 8, 2025

California Department of Justice
Office of the Attorney General

By: /s/ David Klehm
David Klehm
Attorneys for Defendants
California (by and through the California Highway Patrol) and Dane Norem
Email: david.klehm@doj.ca.gov

2

Case No.: 5:21-cv-00526-JAK-DTBx