| | |
|---|---|
| 1 | ROB BONTA<br>Attorney General of California |
| 2 | DONNA M. DEAN<br>Supervising Deputy Attorney General |
| 3 | DAVID KLEHM<br>Deputy Attorney General |
| 4 | State Bar No. 165302 |
| 5 | STEPHANIE A. VOLLMER<br>Deputy Attorney General |
| 6 | State Bar No. 309407<br> 455 Golden Gate Avenue, Suite 11000 |
| 7 |  San Francisco, CA  94102-7004<br> Telephone:  (415) 510-3849 |
| 8 |  Fax:  (415) 703-5480<br> E-mail:  David.Klehm@doj.ca.gov; |
| 9 |  Stephanie.Vollmer@doj.ca.gov<br>*Attorneys for Defendants State of California, acting* |
| 10 | *by and through the California Highway Patrol, and Dane Norem* |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA; and DOES 1 through 100, inclusive,**<br><br>Defendants. | 5:21-cv-00526-JWH (KKx)<br><br>**DEFENDANTS' NOTICE OF LODGING DEPOSITION TRANSCRIPTS**<br><br>Courtroom:   5D<br><br>Judge:       The Honorable John A. Kronstadt<br><br>Trial Date:  September 9, 2025<br><br>Action Filed: December 18, 2019 |

1

**TO THE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that Defendants State of California, acting by and through the California Highway Patrol, Dane Norem, and Jeffrey McKee hereby lodge certified copies of the following deposition transcripts:

1. Matt Borden, taken on October 25, 2022;
2. Shawn Casteel, taken on October 11, 2022;
3. Daniel Cisneros, taken on September 14, 2022;
4. Richard Clarke, M.D., taken on October 11, 2023;
5. Robert Fonzie, taken on November 10, 2023;
6. Allison Hunt, M.D., taken on August 13, 2021;
7. Eric Leighton, taken on March 29, 2022;
8. Jeffrey McKee, taken on May 30, 2023;
9. Dane Norem, taken on August 7, 2023;
10. Bennet Omalu, M.D., taken on November 7, 2023;
11. David Popko, taken on March 30, 2022;
12. Devonte Stephenson, taken on July 12, 2023;
13. Keandre Stephenson, taken on July 13, 2023;
14. Linden Stephenson, taken on July 12, 2023; and
15. Daniel Wohlgelertner, M.D. (Vols. 1 and 2), taken on November 2 and 6, 2023.

| | | |
|---|---|---|
| 1 | Dated: September 9, 2025 | Respectfully submitted, |
| 2 | | ROB BONTA |
| | | Attorney General of California |
| 3 | | DONNA M. DEAN |
| | | Supervising Deputy Attorney General |
| 4 | | |
| 5 | | |
| | | s/David Klehm |
| 6 | | |
| | | DAVID KLEHM |
| 7 | | STEPHANIE A. VOLLMER |
| | | Deputies Attorney General |
| 8 | | *Attorneys for Defendants State of California, acting by and through the California Highway Patrol, and Dane Norem* |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | DATED: September 9, 2025 | DEAN GAZZO ROISTACHER |
| 13 | | |
| 14 | | By: *s/ Lee H. Roistacher* |
| 15 | | |
| | | Lee H. Roistacher, Esq. |
| 16 | | Kimberly A. Sullivan, Esq. |
| | | *Attorneys for Defendant Jeffrey McKee* |
| 17 | | |

3