Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Kimberly A. Sullivan, Esq. (317857)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail: lroistacher@deangazzo.com
ksullivan@deangazzo.com

Attorneys for Defendant
Jeffrey McKee

## UNITED STATES DISTRICT COURT FOR THE

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF CALIFORNIA; DANE NOREM; and JEFFREY MCKEE, <br><br> Defendants. | Case No.: 5:21-cv-0526-JAK-KK <br><br> [*Hon. John A. Kronstadt*] <br><br> **JOINT STATEMENT OF EXHIBITS** <br><br> Pre-Trial Conference <br> August 25, 2025 at 1:30 p.m. <br><br> Trial <br> September 9, 2025 at 9:00 a.m. |

**TO THIS HONORABLE COURT:**

The Parties hereby submit the following Amended Notice of Disputed Exhibits pursuant to the Court's standing order in this case.

///

///

///

///

///

1

Case No.: 5:21-cv-0526-JAK-KK

Dated: September 9, 2025

ROB BONTA
Attorney General of California
DONNA M. DEAN
Supervising Deputy Attorney General

*/s/ David Klehm*

DAVID KLEHM
STEPHANIE A. VOLLMER
Deputes Attorney General
*Attorneys for Defendants State of California, acting by and through the California Highway Patrol, and Dane Norem*

DATED: September 9, 2025

**LAW OFFICES OF DALE K. GALIPO**

By:   */s/ Cooper Alison-Mayne*
Dale K. Galipo, Esq.
Cooper Alison-Mayne
*Attorneys for Plaintiffs*

DATED: September 8, 2025

**DEAN GAZZO ROISTACHER**

By:   */s/ Kimberly A. Sullivan*
Lee H. Roistacher, Esq.
Kimberly A. Sullivan, Esq. [1]
*Attorneys for Defendant Jeffrey McKee*

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

| Ex. # | Description | Defendants' Objections | Plaintiffs' Objections |
|---|---|---|---|
| 1 | Photos of Stephenson Family | FRE 401;403 Relevance; 403 Unfair Prejudice; 801;802;803 Hearsay as to statements in the photographs. *Plaintiffs Response: The photographs are admissible because they are relevant to damages. Photographs depicting Leroy Stephenson with his children bear directly on the loss of their relationship with him, which is relevant to damages in their wrongful death claims. Other photographs of Leroy Stephenson are likewise relevant to the damages for the loss of his life under Plaintiffs' Fourth Amendment claim. Any potential for prejudice does not substantially outweigh their probative value.* | |
| 2 | Photos of Memorial Materials | FRE 401;403 Relevance; 403 Unfair Prejudice; 801;802;803 Hearsay as to statements in the photographs. | |

| | | | |
|---|---|---|---|
| | | *Plaintiffs Response: Withdrawn, Plaintiffs will not seek to admit this exhibit.* | |
| 3 | Birth Certificates, Death Certificate | FRE 401;403 Relevance. *Plaintiffs Response: Withdrawn, Plaintiffs will not seek to admit this exhibit.* | |
| 4 | Dispatch Audio Recording | | Hearsay; FRE 403, 602. Only portions that were heard by Defendants before their use-of-force are relevant, other portions are irrelevant as information unknown to the officer at the time. *Defendants Response*: Plaintiffs' objection is to the 911 calls. If plaintiffs dispute the number of calls that were received and what was transmitted to the officers' computers in their patrol vehicles, the defendants will need to use the calls to corroborate the officers' testimony. |
| 5 | Dispatch Call Log | FRE 401;403 Relevance; 403 Unfair Prejudice; 801;802;803 Hearsay; Failure to disclose during discovery, FRCP 26(a), 26(e), 37(c)(1). | |

| | | | | |
|---|---|---|---|---|
| | | | *Plaintiffs Response: Withdrawn, Plaintiffs will not seek to admit this exhibit.* | |
| | 7 | McKee MVARS Vol. 1 | | Hearsay; FRE 401/402, 403. Only the portion of the video up to the point Stephenson is turned to his side should be admitted at trial. The rest of the video should be excluded because there are hearsay statements on the video that are objectionable and the video is of limited relevance because there is no claim of failure to provide medical care. *Defendants Response: Defendants do not intend to play the MVARS to a point past the time which plaintiffs have objected to. No longer a dispute between the parties.* |
| | 9 | Norem MVARS stills | Foundation; 403 Unfair Prejudice; Failure to disclose during discovery, FRCP 26(a), 26(e), 37(c)(1). *Plaintiffs Response: Stills from the video are important because the footage moves quickly and it may be difficult for jurors to track who is doing what in real time. By freezing key moments, the stills make it clear* | |
| | 10 | McKee MVARS stills | | |
| | 11 | McKee MVARS stills with labels | | |

| | | | | |
|---|---|---|---|---|
| | | | *which individuals are involved at each stage, which is especially critical given that the video is blurry and difficult to follow. The stills do not replace the video, but instead make the video more accessible and understandable.* *The video was disclosed, and the stills are taken directly from the video, so Defendants' objections have no merit.* *The foundation for the stills with labels (Exh 11) will be established at trial.* | |
| | 12 | AMR Report | 801;802;803 Hearsay; Failure to disclose during discovery, FRCP 26(a), 26(e), 37(c)(1). *Plaintiffs Response: ID Only. Plaintiffs will not seek to admit this exhibit.* | Foundation; Hearsay; FRE 403, 602. *Defendants Response: ID Only. defendants will not seek to admit this exhibit. No longer a dispute* |
| | 13 | Riverside Fire Dept Report | | |
| | 18 | Photos of Matthew Borden | FRE 401;403 Relevance; 403 Unfair Prejudice; Foundation; Failure to disclose during discovery, FRCP 26(a), 26(e), 37(c)(1). *Plaintiffs Response: The photos of Borden are helpful for a* | |

6

Case No.:  5:21-cv-0526-JAK-KK

| | | | | |
|---|---|---|---|---|
| | | | *similar reason, See Exh 17 above. The video is blurry and it is difficult to get a clear image of Borden's size and strength based on the video alone. The amount of people at their relative size and strength will help the jury understand just how dangerous the circumstances were.* | |
| | 21 | Autopsy Photos | FRE 401;403 Relevance; 403 Unfair Prejudice; Foundation; Cumulative; Failure to disclose during discovery, FRCP 26(a), 26(e), 37(c)(1).<br><br>*Plaintiffs Response: Theses photos go directly to an issue in dispute. The photos are relevant to cause of death, amount of force, and pain and suffering. Plaintiffs have carefully selected a very limited selection from hundreds of photos in an effort to avoid cumulative use of autopsy photos.*<br><br>*The disclosure objections lack merit because these photos were part of the initial investigation and were produced by* | |

| | | | |
|---|---|---|---|
| 24 | Steve Cole, Screaming Their Last Breath: Why First Responders Must Never Ignore the Words "I Can't Breathe", Dec. 11, 2015, reprinted Jun. 2, 2020. | FRE 401;403 Relevance; 403 Unfair Prejudice; Foundation; FRE 801;802;803;901. Hearsay; Failure to disclose during discovery, FRCP 26(a), 26(e), 37(c)(1). *defendants during discovery.* | |
| 25 | United States Department of Justice, National Institute of Justice, Positional Asphyxia—Sudden Death, June 1995 | *Plaintiffs Response: ID Only. Plaintiffs will not seek to admit this exhibit.* | |
| 27 | Lawrence E. Heiskell, How to Prevent Positional Asphyxia, POLICE Magazine (Sept. 9, 2019) | | |
| 30 | City of Riverside - PD Memo re CHP Fatal Incident September 1, 2019 (Det. K. Corbett) | | See Plaintiff's See Plaintiff's Motion in Limine No. 2 (ECF No. 129). Additionally, FRE 602, 701, 802, 805, 901. *Defendants' Response: ID Only. Defendants will not seek to admit this exhibit* |
| 31 | Parkview Community Hospital Medical Center - Emergency Department Record/Physician Chart (3 pages) | | See Plaintiff's Motion in Limine No. 1. Additionally, FRE 602, 701, 805, 901. |
| 32 | Riverside University Health System - Case Management Record dated December 26, 2017 (2 pages) | | *Defendants' Response: Evidence of prior drug use. See Court's Order on Plaintiffs' Motions in Limine.* |
| 33 | Riverside University Health System - Encounter Record dated December 26, 2017 | | |

| | | | |
|---|---|---|---|
| 34 | Riverside University Health System - ED Record dated December 26, 2017 | | |
| 35 | Riverside University Health System - Hospital Encounter Notes dated December 26, 2017 | | |
| 36 | Riverside University Health System - ED Record dated November 29, 2017 | | |
| 37 | Riverside University Health System - Case Management Record dated April 21, 2018 (2 pages) | | |
| 38 | Autopsy Report | | See objections to Exhibit 31.<br><br>Defendants' Response: ID Only. Defendants will not seek to admit this exhibit. |
| 39 | Google Overhead Scene Photo | | FRE 401/402; 403.<br><br>Defendants' Response: ID Only. Defendants will not seek to admit this exhibit. |
| 40 | Photo Officer Norem | | FRE 401/402; 403.<br><br>Defendants' Response: Official CHP photograph of defendant. |
| 42 | Photo of Leroy Stephson - Cal-Image Databank | | FRE 401/402; 403; Foundation.<br><br>Defendants' Response: Officer Norem will testify this picture more closely resembles Mr. Stephenson on the date of the incident. |
| 50 | MVARS Officer Peters | | FRE 401/402; 403; Hearsay; Foundation. |

| | | | |
|---|---|---|---|
| | | | *Defendants' Response:* Shows scene conditions at the time of the incident. Officer Peters will testify to the contents. |
| 52 | County of Riverside, Case No. BA 372533, DUI Advisement of Rights, Waiver and Plea Form | | Failure to disclosure during discovery, FRCP 26(a), 26(e), 37(c)(1). |
| 53 | Riverside County Superior Court Docket for Case No. RIF1100739 | | *Defendants' Response:* impeachment evidence only unless court rules otherwise with respect to plaintiffs' MIL No. 2. |
| 84 | San Bernadino Police Department Notice of Violation dated March 6, 2017, for Leroy Stephenson by Officer S. Bodoh Case No. 2017-00026237 | | |
| 85 | San Bernadino Police Department Suspect Arrest Information Sheet dated March 6, 2017, for Leroy Stephenson by Officer S. Bodoh Case No. 2017-00026237 | | |
| 86 | San Bernadino Police Department Public Intoxication Arrest Report dated March 6, 2017, for Leroy Stephenson by Officer S. Bodoh Case No. 2017-00026237 | | |
| 87 | Orange County Superior Court Case No. 18CF2401 Felony Complaint Amendment 1 filed September 13, 2018. | | |
| 88 | Orange County Superior Court Case No. 18CF2401 Admission of Prior Convictions and Prior Prison Term signed by Leroy Stephenson, dated September 18, 2018. | | |
| 89 | Orange County Superior Court Case No. 18CF2401 Terms and Conditions of Felony Probation signed by Leroy Stephenson, dated September 18, 2018. | | |
| 90 | | | |

| | | | |
|---|---|---|---|
| 91 | Orange County Superior Court Case No. 18CF2401 Advisement and Waiver of Rights for Felony Guilty Plea signed by Leroy Stephenson, dated September 18, 2018. | | |
| 92 | Orange County Superior Court Case No. 18CF2401 Court Order Granting Petition for Warrant of Arrest for Felony Probation Violation of Leroy Stephenson, dated November 29, 2018. | | |
| 93 | Orange County Superior Court Case No. 18CF2401 Minutes and Case Docket. | | |
| 94 | San Diego Superior Court Case No. M255175 *People v Leroy Stephenson* Misdemeanor Complaint dated January 14, 2019. | | |
| 95 | San Diego Superior Court Case No. M255175 *People v Leroy Stephenson* Misdemeanor/Felony Pre-Disposition Minutes dated January 17, 2019. | | |
| 96 | San Diego Superior Court Case No. M255175 *People v Leroy Stephenson* Agreement for Own Recognizance Release dated November 29, 2018. | | |
| 59 | January 25, 2019 Riverside DA Investigator's Report (Off. N. Crawford) | | Failure to disclosure during discovery, FRCP 26(a), 26(e), 37(c)(1). *Defendants' Response: ID Only. Defendants will not seek to admit this exhibit.* |
| 60 | Riverside PD Report Incident No. 190002659-001 (Off. T. Roy) | | |
| 61 | Riverside PD Report Incident No. 190002659-002 (Det. K. Corbett) | | |
| 62 | Riverside PD Report Incident No. 190002659-003 (Off. B. Stennett) | | |
| 63 | | | |

| | | | | |
|---|---|---|---|---|
| 64 | Riverside PD Report Incident No. 190002659-004 (Off. D. Cisneros)) | | | |
| 65 | Riverside PD Report Incident No. 190002659-006 (Off. R. Meyer) | | | |
| 66 | Riverside PD Report Incident No. 190002659-007 (Off. R. Meyer) | | | |
| 67 | Riverside PD Report Incident No. 190002659-008 (Off. L. Velin) | | | |
| 68 | Riverside PD Report Incident No. 190002659-009 (Off. S. McKay-Davis) | | | |
| 69 | Riverside PD Report Incident No. 190002659-010 (Off. D. Mercadefe) | | | |
| 70 | Riverside PD Report Incident No. 190002659-011 (Det. A. Tillett) | | | |
| 71 | Riverside PD Report Incident No. 190002659-012 (Off. K. Beler) | | | |
| 72 | Riverside PD Report Incident No. 190002659-013 (Off. K. Beler) | | | |
| 73 | Riverside PD Report Incident No. 190002659-014 (Det. K. Corbett) | | | |
| 74 | Riverside PD Report Incident No. 190002659-016 (Det. J. Ontko) | | | |
| 75 | Riverside PD Report Incident No. 190002659-017 (Det. J. Ontko) | | | |
| 76 | Riverside PD Report Incident No. 190002659-018 (Det. J. Ontko) | | | |
| | Riverside PD Report Incident No. 190002659-019 (Det. Ontko) | | | |
| 77 | Taser X2 Manual | | | Failure to disclosure during discovery, FRCP 26(a), 26(e), 37(c)(1).<br><br>Additionally, FRE 401/402, 403, 602, 701, 802, 805, 901. |

12

Case No.:  5:21-cv-0526-JAK-KK

|  |  |  | *Defendants' Response: ID Only. Defendants will not seek to admit this exhibit.* |
|---|---|---|---|