**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF CALIFORNIA; DANE NOREM; and JEFFREY MCKEE, <br><br> Defendants. | Case No.: 5:21-cv-0526-JAK-KK <br><br> [*Hon. John A. Kronstadt*] <br><br> **PLAINTIFFS' NOTICE OF LODGING OF DEPOSITION TRANSCRIPTS** <br><br> <u>Trial</u> <br> September 9, 2025 at 8:30 a.m. <br> Courtroom: 5D |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs hereby lodge original and certified copies of the following deposition transcripts:

1. Deposition of Richard Clark, taken on October 11, 2023;
2. Deposition of Gary Vilke, taken on October 6, 2023;
3. Deposition of Dane Norem, taken on August 7, 2023;
4. Deposition of Robert Fonzi, taken on November 10, 2023;
5. Deposition of John MacGregor, taken on October 26, 2023;
6. Deposition of Michael Graham, taken on October 19, 2023; and
7. Deposition of Jeffrey McKee, taken on May 30, 2023.

Respectfully submitted,

DATED: September 9, 2025   **LAW OFFICES OF DALE K. GALIPO**

By:   */s/ Cooper Alison-Mayne*
Dale K. Galipo, Esq.
Cooper Alison-Mayne
*Attorneys for Plaintiffs*