**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, SBN 144074
Cooper Alison-Mayne, SBN 343169
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:  (818) 347-3333
Email: dalekgalipo@yahoo.com
       cmayne@galipolaw.com

*Attorneys for All Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF CALIFORNIA; COUNTY OF RIVERSIDE; DANE NOREM; JEFFREY MCKEE; MATT BORDEN; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.:  5:21-cv-0526-JAK-KK <br><br> [*Hon. John A. Kronstadt*] <br><br> **JOINT REPORT RE: DISPUTED EXHIBITS** |

...

**TO THE HONORABLE COURT:**

Plaintiffs DEVONTE STEPHENSON, LINDEN STEPHENSON, and KEANDRE STEPHENSON, and Defendants STATE OF CALIFORNIA, DANE NOREM, and JEFFREY MCKEE, through their respective counsel of record, submit the following joint report regarding their discussions about disputed exhibits.

Plaintiffs may seek to admit the following exhibits tomorrow: 4, 6, 7, 9, 10, 11, 15, 16, 17, 18 and 19.

Defendants have withdrawn their objections to these exhibits being admitted.

Respectfully submitted,

DATED: September 9, 2025            **LAW OFFICES OF DALE K. GALIPO**

By:    */s/ Cooper Alison-Mayne*
Dale K. Galipo, Esq.
Cooper Alison-Mayne[1]
*Attorneys for Plaintiffs*

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: September 9, 2025

**DEAN GAZZO ROISTACHER**

By: */s/ Lee H. Roistacher*
Lee H. Roistacher, Esq.
Kimberly A. Sullivan, Esq.
*Attorneys for Defendant, State of California, acting by and through the California Highway Patrol, and Jeffrey McKee*

Dated: September 9, 2025

ROB BONTA
Attorney General of California
DONNA M. DEAN
Supervising Deputy Attorney General

*/s/ David Klehm*

DAVID KLEHM
STEPHANIE A. VOLLMER
Deputy Attorney General
*Attorneys for Defendants State of California, acting by and through the California Highway Patrol, and Dane Norem*

3
JOINT REPORT