# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | ED CV21-00526 JAK (DTBx) |
| Date | September 9, 2025 |
| Title: | Devonte Stephenson et al. v. State of California et al. |

Present: The Honorable **John A. Kronstadt**

| Daniel Torrez, Kevin Reddick, Jessica Cortes | Miranda Algorri |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dale Galipo<br>Cooper Alison-Mayne | David Klehm; Stephanie Vollmer; Lee Roistacher; Kimberly Sullivan |

___ Day Court Trial    **First** Day Jury Trial

___ One day trial:   **X** Begun (1st day);   **X** Held & Continued;   ___ Completed by jury verdict/submitted to court.

✓ The Jury is impaneled and sworn.
✓ Opening statements made by **Plaintiff, Defendant**
✓ Witnesses called, sworn and testified.   ___ Exhibits Identified   ___ Exhibits admitted.
___ Plaintiff(s) rest.   ___ Defendant(s) rest.
___ Closing arguments made by   ___ plaintiff(s)   ___ defendant(s).   ___ Court instructs jury.
___ Bailiff(s) sworn.   ___ Jury retires to deliberate.   ___ Jury resumes deliberations.
___ Jury Verdict in favor of   ___ plaintiff(s)   ___ defendant(s) is read and filed.
___ Jury polled.   ___ Polling waived.
___ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.
___ Judgment by Court for   ___ plaintiff(s)   ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
___ Case submitted.   ___ Briefs to be filed by
___ Motion to dismiss by _____ is ___ granted. ___ denied. ___ submitted.
___ Motion for mistrial by _____ is ___ granted. ___ denied. ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is ___ granted. ___ denied. ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
✓ Case continued to **September 10, 2025 at 8:30 a.m.** for further trial/further jury deliberation.
___ Other:

|  | 5 : 14 |
|---|---|
| Initials of Deputy Clerk | DT |

cc: