# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | ED CR21-00526 JAK (DTBx) |
| Title: | Devonte Stephenson et al. v. State of California et al. |
| Date | September 11, 2025 |

Present: The Honorable **John A. Kronstadt**

| Daniel Torrez | Miranda Algorri |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dale Galipo | David Klehm; Stephanie Vollmer; Lee Roistacher; |
| Cooper Alison-Mayne | Kimberly Sullivan |

___ Day Court Trial    **Third** Day Jury Trial

___ One day trial:   ___ Begun (1st day);   **X** Held & Continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by _____
✓ Witnesses called, sworn and testified.    ✓ Exhibits Identified    ✓ Exhibits admitted.
___ Plaintiff(s) rest.    ___ Defendant(s) rest.
___ Closing arguments made by    ___ plaintiff(s)    ___ defendant(s).    ___ Court instructs jury.
___ Bailiff(s) sworn.    ___ Jury retires to deliberate.    ___ Jury resumes deliberations.
___ Jury Verdict in favor of    ___ plaintiff(s)    ___ defendant(s) is read and filed.
___ Jury polled.    ___ Polling waived.
___ Filed Witness & Exhibit Lists    ___ Filed jury notes.    ___ Filed jury instructions.
___ Judgment by Court for    ___ plaintiff(s)    ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by    ___ plaintiff(s)    ___ defendant(s).
___ Case submitted.    Briefs to be filed by _____
___ Motion to dismiss by _____ is ___ granted. ___ denied. ___ submitted.
___ Motion for mistrial by _____ is ___ granted. ___ denied. ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is ___ granted. ___ denied. ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
✓ Case continued to   **September 12, 2025 at 8:30 a.m.**   for further trial/further jury deliberation.
___ Other:

                                                                5 : 15
                                Initials of Deputy Clerk   DT

cc: