# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | ED CV 21-00526 JAK (DTBx) |
| Title: | Devonte Stephenson et al. v. State of California et al. |
| Date | September 12, 2025 |

Present: The Honorable **John A. Kronstadt**

| Yolanda Skipper | Miranda Algorri |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dale Galipo | David Klehm; Stephanie Vollmer; Lee Roistacher; |
| Cooper Alison-Mayne | Kimberly Sullivan |

____ Day Court Trial    **Fourth** Day Jury Trial

____ One day trial:  ____ Begun (1st day);  **X** Held & Continued;  ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made by _____

**✓** Witnesses called, sworn and testified.  **✓** Exhibits Identified  **✓** Exhibits admitted.

____ Plaintiff(s) rest.  ____ Defendant(s) rest.

____ Closing arguments made by  ____ plaintiff(s)  ____ defendant(s).  ____ Court instructs jury.

____ Bailiff(s) sworn.  ____ Jury retires to deliberate.  ____ Jury resumes deliberations.

____ Jury Verdict in favor of  ____ plaintiff(s)  ____ defendant(s) is read and filed.

____ Jury polled.  ____ Polling waived.

____ Filed Witness & Exhibit Lists  ____ Filed jury notes.  ____ Filed jury instructions.

____ Judgment by Court for _____  ____ plaintiff(s)  ____ defendant(s).

____ Findings, Conclusions of Law & Judgment to be prepared by  ____ plaintiff(s)  ____ defendant(s).

____ Case submitted.  ____ Briefs to be filed by _____

____ Motion to dismiss by _____ is ____ granted. ____ denied. ____ submitted.

____ Motion for mistrial by _____ is ____ granted. ____ denied. ____ submitted.

____ Motion for Judgment/Directed Verdict by _____ is ____ granted. ____ denied. ____ submitted.

____ Settlement reached and placed on the record.

____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

____ Trial subpoenaed documents returned to subpoenaing party.

**✓** Case continued to **September 15, 2025 at 11:00 a.m.** for further trial/further jury deliberation.

____ Other:

    4   :   31
Initials of Deputy Clerk    YS

cc: