Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Kimberly A. Sullivan, Esq. (317857)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail: lroistacher@deangazzo.com
        ksullivan@deangazzo.com

Attorneys for Defendant
Jeffrey McKee

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>STATE OF CALIFORNIA; COUNTY OF RIVERSIDE; DANE NOREM; JEFFREY MCKEE; MATT BORDEN; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No.: 5:21-cv-00526-JAK-DTBx<br><br>**DECLARATION OF KIMBERLY A. SULLIVAN REGARDING UNAVAILABILITY OF WITNESS SHAWN CASTEEL**<br><br>Judge: John A. Kronstadt<br>Mag. Judge David T. Bristow<br><br>Complaint Filed: March 24, 2021<br>Trial Date: September 9, 2025 |

　　I, Kimberly A. Sullivan, declare:

　　1.　I am an attorney licensed to practice law in the State of California. I am also a partner in the law firm of Dean Gazzo Roistacher, LLP, attorneys of record for defendant California Highway Patrol Officer Jeffrey McKee. I have

///

1

Case No.: 5:21-cv-00526-JAK-DTBx

personal knowledge of the following facts, and if called to testify with respect thereto, would do so competently.

2. Shawn Patrick Casteel is a former police officer with the City of Riverside. He was deposed in this case on September 14, 2022. At the time he was deposed, he was retired from the City of Riverside.

3. On August 22, 2205, I reviewed the deposition transcript of Shawn Casteel and determined that he was represented by Mary Hanna with the Office of the City Attorney for Riverside at his deposition. On the record, Ms. Hanna agreed to accept service of a trial subpoena on behalf of Casteel if the case went to trial. I then directed my paralegal to serve the Office of the City Attorney for Riverside with a trial subpoena.

4. On August 25, 2025, a paralegal with my office contacted the Office of the City Attorney for Riverside and determined that Ms. Hanna no longer worked for the City of Riverside. He then called and spoke with Thomas Chisum, the other attorney listed as representing Casteel at his deposition. Mr. Chisum stated he was not familiar with case and that Casteel is retired and cannot be served through the City Attorney's Office.

5. A paralegal with my office then contacted the Riverside Police Department ("RPD") to determine whether they would accept service of a trial subpoena on Casteel's behalf. RPD advised on August 26, 2025 that they would not agree to accept service given that Casteel is retired.

6. On August 27, 2025, my office mailed the Office of the City Attorney for Riverside a letter requesting that it accept service of a trial subpoena for Casteel given Ms. Hanna's representation on the record at Casteel's deposition that she would accept service. The portion of the deposition wherein Ms. Hanna agreed to accept service was included with that letter as well as a trial subpoena and an on call agreement.

///

7. On September 3, 2025, a paralegal with my office attempted to run a Lexis Nexis search to find an address associated with "Shawn Patrick Casteel" so that we could serve him with a trial subpoena. He found eight different individuals with different iterations of Casteel's name, but none with the middle initial of "P" or middle name of "Patrick." At that point, I contacted Donna Dean, counsel for CHP and Officer Norem to see if an investigator with the DOJ could try to find Casteel to serve with him with a trial subpoena.

8. On September 10, 2025, the letter, trial subpoena and on call agreement that were mailed to the Office of the City Attorney for Riverside was returned to my office as not deliverable.

9. As of the filing of this declaration, neither myself nor anyone else with my office have been able to locate Shawn Patrick Casteel to serve him with a trial subpoena or request that he voluntarily agree to testify at trial.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 15, 2025.

                                        */s/ Kimberly A. Sullivan*
                                        Kimberly A. Sullivan, declarant