Rob Bonta
Attorney General of California
Donna M. Dean
Supervising Deputy Attorney General
David Klehm
Deputy Attorney General
State Bar No. 165302
Stephanie A. Vollmer
Deputy Attorney General
State Bar No. 309407
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 Telephone: (619) 738-9733
 Fax: (916) 732-7920
 E-mail: David.Klehm@doj.ca.gov
*Attorneys for Defendants State of California,*
*Acting by and through the California Highway*
*Patrol and Dane Norem*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**STATE OF CALIFORNIA; and DOES 1 through 100, inclusive,**<br><br>Defendants. | 5:21-cv-00526-JWH (KKx)<br><br>**DECLARATION OF DONNA M. DEAN REGARDING UNAVAILABILITY OF WITNESS SHAWN CASTEEL**<br><br>Trial Date:   September 9, 2025<br>Time:         8:30 a.m.<br>Courtroom:    5D<br><br>Judge:   The Honorable John A. Kronstadt<br><br>Action Filed: December 18, 2019 |

I, Donna M. Dean, hereby declare as follows:

1.    I am a duly appointed Supervising Deputy Attorney General, and, along with Deputy Attorneys General David Klehm and Stephanie A. Vollmer, I am assigned to represent Defendants State of California, by and though the California Highway Patrol, and Dane Norem in the above-captioned action.  The facts set forth herein are within my personal knowledge, except where otherwise indicated, and if called to testify herein I could and would competently testify thereto.

2.    On September 3, 2025, after learning from counsel for Defendant Jeffrey McKee that they were having difficulty locating former Riverside Police Department Officer Shawn Patrick Casteel, I conducted a People Search on Lexis and could not locate anyone that seemed to be the correct person.

3.    That same day, I requested that Nathan Schraer, a Special Agent employed by the Department of Justice, attempt to locate Shawn Patrick Casteel to serve a subpoena on him to testify at trial in this action.  Special Agent Schraer advised me that he telephoned every "Shawn Casteel" he was able to find contact information for, but none of them returned his calls.

4.    As of the signing of this declaration, neither myself nor Mr. Schraer have been able to locate Shawn Patrick Casteel to serve him with a trial subpoena or request that he voluntary agree to testify at trial.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 13, 2025, at Los Angeles, California.

s/Donna M. Dean
Donna M. Dean