1  ROB BONTA
   Attorney General of California
2  DONNA M. DEAN
   Supervising Deputy Attorney General
3  DAVID KLEHM
   Deputy Attorney General
4  State Bar No. 165302
   STEPHANIE A. VOLLMER
5  Deputy Attorney General
   State Bar No. 309407
6    600 West Broadway, Suite 1800
     San Diego, CA 92101
7    Telephone: (619) 738-9733
     Fax: (916) 732-7920
8    E-mail: David.Klehm@doj.ca.gov
   *Attorneys for Defendants State of California,*
9  *Acting by and through the California Highway*
   *Patrol and Dane Norem*
10

11              IN THE UNITED STATES DISTRICT COURT

12           FOR THE CENTRAL DISTRICT OF CALIFORNIA

13

14

15

16 | **DEVONTE STEPHENSON,**        | 5:21-cv-00526-JWH (KKx)

**individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,**

**DECLARATION OF NATHAN SCHRAER**

Trial Date:    September 9, 2025
Time:          8:30 a.m.
Courtroom:     5D

Judge:         The Honorable John A. Kronstadt

Action Filed: December 18, 2019

Plaintiffs,

v.

**STATE OF CALIFORNIA; and DOES 1 through 100, inclusive,**

Defendants.

1

I, Nathan Schraer, hereby declare as follows:

1.    I am a Special Agent employed by the California Department of Justice, Office of the Attorney General.  The facts set forth herein are within my personal knowledge, except where otherwise indicated, and if called to testify herein I could and would competently testify thereto.

2.    On September 3, 2025, Supervising Deputy Attorney General Donna Dean requested that I attempt to locate former Riverside Police Department Officer Shawn Patrick Casteel to serve a subpoena on him to testify at trial in the above-captioned action.

3.    On September 4, 2025, I utilized department databases and open source research in attempts to obtain information for Shawn Casteel that include a current phone number and mailing address. I located two different phone numbers. At approximately 1115 hours, I made attempts with both phone numbers but got no response. I also left a voicemail to each. I was unable to locate anything further about Shawn Casteel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 15, 2025, at ___COMMERCE___, California.

N̲a̲t̲h̲a̲n̲ ̲S̲c̲h̲r̲a̲e̲r̲
Nathan Schraer