# CERTIFICATE OF SERVICE

| Case Name: | **Devonte Stephenson, et al. v. State of California, et al.** | No. | **5:21-cv-00526-JWH (KKx)** |
|---|---|---|---|

I hereby certify that on <u>September 15, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANTS STATE OF CALIFORNIA'S AND DANE NOREM'S MOTION TO STRIKE PORTIONS OF TESTIMONY OF PLAINTIFFS' EXPERT WITNESS DANIEL WOHLGELERNTER, M.D.; DECLARATION OF DAVID KLEHM IN SUPPORT THEREOF.**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>September 15, 2025</u>, at San Diego, California.

| T. Arambul | *T. Arambul* |
|---|---|
| Declarant | Signature |

SD2020700119
85343092.docx