Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Kimberly A. Sullivan, Esq. (317857)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail: lroistacher@deangazzo.com
ksullivan@deangazzo.com

Attorneys for Defendant
Jeffrey McKee

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; COUNTY OF RIVERSIDE; DANE NOREM; JEFFREY MCKEE; MATT BORDEN; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 5:21-cv-00526-JAK-DTBx<br><br>**DEFENDANT JEFFREY MCKEE'S JOINDER IN DEFENDANTS STATE OF CALIFORNIA'S AND DANE NOREM'S NOTICE OF MOTION AND MOTION FOR JUDGMENT AS A MATTER OF LAW**<br><br>Judge: John A. Kronstadt<br>Mag. Judge David T. Bristow<br><br>Complaint Filed: March 24, 2021<br>Trial Date: September 09, 2025 |

Defendant Jeffrey McKee joins sections III. A and B of the motion for judgment as a matter of law of defendants State of California and Dane Norem. Plaintiffs have presented insufficient evidence that Officer McKee's conduct in holding Mr. Stephenson's legs down for 14 seconds fell below any applicable standard of care (as admitted by plaintiffs' police practices expert

Jeffrey Noble) and Officer McKee's cannot constitute battery or negligence. Nor have plaintiffs presented any medical evidence establishing that Officer McKee holding down Mr. Stephenson's legs for 14 seconds was a substantial factor in causing his death.

Dated: September 17, 2025                    Dean Gazzo Roistacher LLP


By: */s/ Lee H. Roistacher*
    Lee H. Roistacher
    Kimberly A. Sullivan
    Attorneys for Defendant
    Jeffrey McKee
    Email: lroistacher@deangazzo.com
           ksullivan@deangazzo.com