# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| Case No. | ED CV21-00526 JAK (DTBx) | Date | September 17, 2025 |
|---|---|---|---|

Title:    Devonte Stephenson et al. v. State of California et al.

Present: The Honorable    John A. Kronstadt

| Daniel Torrez | Miranda Algorri |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dale Galipo<br>Cooper Alison-Mayne | David Klehm; Stephanie Vollmer; Lee Roistacher;<br>Kimberly Sullivan |

Day Court Trial _____ Seventh _____ Day Jury Trial

_____ One day trial: _____ Begun (1ˢᵗ day); _X_ Held & Continued; _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by

_✓_ Witnesses called, sworn and testified. _____ Exhibits Identified _____ Exhibits admitted.

_____ Plaintiff(s) rest. _✓_ Defendant(s) rest.

_✓_ Closing arguments made by _✓_ plaintiff(s) _✓_ defendant(s). _✓_ Court instructs jury.

_✓_ Bailiff(s) sworn. _____ Jury retires to deliberate. _____ Jury resumes deliberations.

_____ Jury Verdict in favor of _____ plaintiff(s) _____ defendant(s) is read and filed.

_____ Jury polled. _____ Polling waived.

_____ Filed Witness & Exhibit Lists _____ Filed jury notes. _____ Filed jury instructions.

_____ Judgment by Court for _____ plaintiff(s) _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by _____ plaintiff(s) _____ defendant(s).

_____ Case submitted. _____ Briefs to be filed by

_____ Motion to dismiss by _____ is _____ granted. _____ denied. _____ submitted.

_____ Motion for mistrial by _____ is _____ granted. _____ denied. _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____ is _____ granted. _____ denied. _____ submitted.

_____ Settlement reached and placed on the record.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

_✓_ Case continued to _____ September 18, 2025 at 8:30 a.m. _____ for further trial/further jury deliberation.

_✓_ Other: The Court and Counsel confer outside the presence of the jury.

|  | 7 | : | 02 |
|---|---|---|---|
| Initials of Deputy Clerk | | DT | |

cc: