**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs* Keandre Stephenson, Devonte Stephenson, and Linden Stephenson.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA; DANE NOREM; and JEFFREY MCKEE,<br><br>Defendants. | 5:21-cv-0526-JAK-DTB<br>*[Hon. John A. Kronstadt]*<br><br>**PLAINTIFFS' REQUEST REGARDING BRIEFING AND DISPOSITION OF DEFENDANTS' RULE 50(A) MOTION** |

**TO THE HONORABLE COURT:**

The Court granted leave for Plaintiffs to file a written opposition to Defendants' Rule 50(a) motion. Plaintiffs respectfully request that they be permitted to file that opposition by Wednesday, October 1, 2025.

In the alternative, Plaintiffs respectfully suggest that the Court defer ruling on the Rule 50(a) motion so that it may be considered together with Defendants'

1  anticipated Rule 50(b) motion. In that event, Plaintiffs would file a single
2  consolidated opposition addressing both motions. Both motions will address
3  similar issues, and considering them together would: (1) Promote judicial
4  efficiency and economy by avoiding duplicative briefing and rulings; (2) Provide
5  the Court with a fully developed record, including complete briefing from both
6  sides, rather than cursory submissions at trial; and (3) Conserve the parties'
7  resources by eliminating the need to brief and argue the same issues twice in close
8  succession.

10 Respectfully submitted,

12 Dated: September 25, 2025           **LAW OFFICES OF DALE K. GALIPO**

                                  By:   /s/   Cooper Mayne
                                        Dale K. Galipo
                                        Cooper Mayne
                                        *Attorneys for Plaintiffs Keandre Stephenson, Devonte Stephenson, and Linden Stephenson.*