# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; COUNTY OF RIVERSIDE; DANE NOREM; JEFFREY MCKEE; MATT BORDEN; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 5:21-cv-0526-JAK-KK<br><br>[*Hon. John A. Kronstadt*]<br><br>**[PROPOSED] ORDER** |

**IT IS HEREBY ORDERED** that Plaintiffs may file their opposition to Defendants' Motion for Judgment as a Matter of Law (ECF No. 179) by October 1, 2025.

**[Alternative Order]**

**IT IS HEREBY ORDERED** that the Court will defer ruling on Defendants' Motion for Judgment as a Matter of Law (ECF No. 179) and take the motion under submission to be decided together with Defendants' anticipated renewed motion under Rule 50(b). Plaintiffs shall file a consolidated opposition addressing both motions following the filing of Defendants' Rule 50(b) motion.

**IT IS SO ORDERED**

Dated: _____

                                              Hon. John Kronstadt
                                              *United States District Judge*