FILED
CLERK, U.S. DISTRICT COURT
9/23/25
CENTRAL DISTRICT OF CALIFORNIA
BY: DT DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF CALIFORNIA, et al., <br><br> Defendants. | No. 5:21-cv-00526-JAK (DTBx) <br><br> **VERDICT FORM** |

We, the jury in the above-entitled action, find the following:

### FOURTH AMENDMENT EXCESSIVE FORCE CLAIM

**QUESTION 1:** Did Dane Norem use excessive force or restraint or fail to intervene in the use of excessive force or restraint against Leroy Stephenson?

　　　　__X__ YES　　　　　　_____ NO

*If you answered "Yes" to Question 1, please answer Question 2.*
*If you answered "No" to Question 1, please proceed to Question 3.*

**QUESTION 2:** Was Dane Norem's use of excessive force or restraint or failure to intervene a cause of injury, harm, or death to Leroy Stephenson?

　　　　__X__ YES　　　　　　_____ NO

*Please proceed to Question 3.*

---

2
VERDICT FORM

## WRONGFUL DEATH CLAIM

**A.  BATTERY**

**QUESTION 3:** Did the defendants use unreasonable force or restraint against Leroy Stephenson?

Dane Norem    __X__ YES    _____ NO 

Jeffrey McKee    _____ YES    __X__ NO 

*If you answered "Yes" for either defendant, proceed to Question 4.*
*If you answered "No" for both defendants, skip to Question 5.*

**QUESTION 4:** Was the use of unreasonable force or restraint by either of the officers a substantial factor in causing Leroy Stephenson's death?

Dane Norem    __X__ YES    _____ NO 

Jeffrey McKee    _____ YES    __X__ NO 

*Please proceed to Question 5.*

3
**VERDICT FORM**

B. **NEGLIGENCE**

**QUESTION 5**: Did the defendants negligently use unreasonable force or restraint against Leroy Stephenson to arrest and/or detain him?

Dane Norem ___X___YES _____NO

Jeffrey McKee ___X___YES _____NO

*If you answered "Yes" for either defendant, proceed to Question 6.*
*If you answered "No" for both defendants, skip to Question 10.*

**QUESTION 6**: Was the negligence of either defendant a substantial factor in causing Leroy Stephenson's death?

Dane Norem ___X___YES _____NO

Jeffrey McKee _____YES ___X___NO

*If you answered "Yes" for either defendant, proceed to Question 7.*
*If you answered "No" for both defendants, skip to Question 10.*

**QUESTION 7:** Was Leroy Stephenson negligent?

__✗__ YES  _____ NO

*If you answered "Yes" to Question 7, please answer Question 8.*
*If you answered "No" to Question 7, please proceed to Question 9.*

**QUESTION 8:** Was the negligence of Leroy Stephenson a substantial factor in causing his own death?

__✗__ YES  _____ NO

*Please proceed to Question 9.*

**QUESTION 9:** What percentage of negligence that was a cause of Leroy Stephenson's death do you assign to Dane Norem, Jeffrey McKee, and/or Leroy Stephenson. (Total should equal 100%).

| | |
|---|---|
| Dane Norem | 20% |
| Jeffrey McKee | 3% |
| Leroy Stephenson | 77% |

Total  100%

*Please proceed to Question 10.*

5
VERDICT FORM

# FOURTEENTH AMENDMENT CLAIM

**QUESTION 10:** Did Dane Norem engage in conduct that deprived Plaintiffs of their familial relationship with Leroy Stephenson, in violation of the Fourteenth Amendment?

  __X__ YES   _____ NO

# DAMAGES

*Please read the instructions before each question and only answer those questions you are directed to.*

*Answer Question 11 only if you answered "Yes" to Question 2.*

**QUESTION 11:** What are Leroy Stephenson's damages for his pre-death pain and suffering and loss of life?

Pre-death pain and suffering   $ 500,000
Loss of Life                   $ 1,500,000

*Answer Question 12 only if you answered "Yes" to Question 4, Question 6, or Question 10.*

**QUESTION 12:** What are the Plaintiffs' wrongful death damages for the loss of Leroy Stephenson?

Keandre Stephenson's past wrongful death damages:   $ 500,000
Keandre Stephenson's future wrongful death damages: $ 500,000

| | | |
|---|---|---|
| Devonte Stephenson's past wrongful death damages: | $ | 500,000 |
| Devonte Stephenson's future wrongful death damages: | $ | 500,000 |
| Linden Stephenson's past wrongful death damages: | $ | 500,000 |
| Linden Stephenson's future wrongful death damages: | $ | 500,000 |

*Please sign and date the verdict form and return it to the Court.*

Date: 9/18/25



Jury Foreperson

VERDICT FORM