Case 5:21-cv-00526-JAK-DTB   Document 190   Filed 09/25/25   Page 1 of 1   Page ID #:2585

FILED
CLERK, U.S. DISTRICT COURT
9/25/25
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_DT\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Devonte Stephenson, <br><br> Plaintiff, <br><br> v. <br><br> State of California, et al., <br><br> Defendant. | No. ED 21CV00526 JAK (DTBx) <br><br> **JURY NOTE NUMBER** \_\_1\_\_ |

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

①_____ THE JURY REQUESTS THE FOLLOWING:

For condition B) on instruction number 15 does "actively resisting" mean: They always resisted ~~the arrest even though they resisted at first so they stopped~~ during the resist? The entire time? or up to a certain moment?

Dated: [REDACTED]
9/18/25

FOREPERSON OF THE JURY

1

11:20 am