FILED
CLERK, U.S. DISTRICT COURT
9/25/25
CENTRAL DISTRICT OF CALIFORNIA
BY: DT DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Devonte Stephenson,<br><br>    Plaintiff,<br><br>v.<br><br>State of California, et al.,<br><br>    Defendant. | No. ED 21CV00526 JAK (DTBx)<br><br>**JURY NOTE NUMBER** 2 |

_____  THE JURY HAS REACHED A UNANIMOUS VERDICT

(circled)  THE JURY REQUESTS THE FOLLOWING:

for condition (b) of instruction number 15 what does "extent of Leroy Stephenson's injury" mean, is this asking what we think causes of death were & relative importance, or what is it referring to.

Dated: 9/18/25

**REDACTED**

FOREPERSON OF THE JURY

1

11:20 am