Case 5:21-cv-00526-JAK-DTB   Document 192   Filed 09/25/25   Page 1 of 1   Page ID #:2587

FILED
CLERK, U.S. DISTRICT COURT
9/25/25
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DT___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Devonte Stephenson,<br><br>    Plaintiff,<br><br>v.<br><br>State of California, et al.,<br><br>    Defendant. | No. ED 21CV00526 JAK (DTBx)<br><br>JURY NOTE NUMBER 3 |

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

⊘ THE JURY REQUESTS THE FOLLOWING:

For instruction (21) what is "more than a remote or trivial factor"? Must a factor be a "significant" to be more than remote or trivial?

Dated: 9/18/25

[REDACTED]

FOREPERSON OF THE JURY

12:06 pm