**FILED**

CLERK, U.S. DISTRICT COURT

9/25/25

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DT _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

Devonte Stephenson,

        Plaintiff,

v.

State of California, et al.,

        Defendant.

No. ED 21CV00526 JAK (DTBx)

**JURY NOTE NUMBER 4**

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

_____ THE JURY REQUESTS THE FOLLOWING:

Instruction #15 refers to "actively resisting" in Circumstance (3).

Does it mean that Someone is resisting all throughout the entire time they are being arrested?

What defines the point of an "arrest?"

↳ period ↑

Dated: 9/16/25

REDACTED

FOREPERSON OF THE JURY

1