Case 5:21-cv-00526-JAK-DTB   Document 194   Filed 09/25/25   Page 1 of 1   Page ID #:2589

FILED
CLERK, U.S. DISTRICT COURT
9/25/25
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DT_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Devonte Stephenson,<br><br>　　　　Plaintiff,<br><br>v.<br><br>State of California, et al.,<br><br>　　　　Defendant. | No. ED 21CV00526 JAK (DTBx)<br><br>**JURY NOTE NUMBER** 5 |

_____　　THE JURY HAS REACHED A UNANIMOUS VERDICT

_____　　THE JURY REQUESTS THE FOLLOWING:

= Instruction 15 under Condition (6) refers to "the extent of an injury". What does this mean? Are you asking what the result to the person is who maybe experienced excessive force?

Dated: 9/18/25

[signature]

FOREPERSON OF THE JURY

12:30 pm

1