Case 5:21-cv-00526-JAK-DTB    Document 195    Filed 09/25/25    Page 1 of 1    Page ID #:2590

**FILED**
CLERK, U.S. DISTRICT COURT
9/25/25
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DT___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Devonte Stephenson,<br><br>    Plaintiff,<br><br>v.<br><br>State of California, et al.,<br><br>    Defendant. | No. ED 21CV00526 JAK (DTBx)<br><br>JURY NOTE NUMBER ~~2~~ 6 |

_____    THE JURY HAS REACHED A UNANIMOUS VERDICT

⊘    THE JURY REQUESTS THE FOLLOWING:

With regard to instruction #17 we want further definition of what constitutes a "substantial risk". What qualifies a risk as "substantial"? What kind of risks are there, legally speaking, where does a "substantial" one fall among them?

Dated:

9/18/25

FOREPERSON OF THE JURY [REDACTED]

1

1:04 pm