FILED
CLERK, U.S. DISTRICT COURT
9/25/25
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DT___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Devonte Stephenson,<br><br>    Plaintiff,<br><br>v.<br><br>State of California, et al.,<br><br>    Defendant. | No. ED 21CV00526 JAK (DTBx)<br><br>**JURY NOTE NUMBER** 27 |

__✓__ THE JURY HAS REACHED A UNANIMOUS VERDICT

_____ THE JURY REQUESTS THE FOLLOWING:

_____

_____

_____

_____

_____

Dated:

9/8/15

FOREPERSON OF THE JURY [REDACTED]

1

3:35