**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEVONTE STEPHENSON, et al.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | No. 5:21-cv-00526-JAK (DTBx)<br><br>**ORDER RE PLAINTIFFS' REQUEST RE BRIEFING AND DISPOSITION OF DEFENDANTS' RULE 50(A) MOTION (DKT. 185)** |

1

Based on a review of Plaintiffs' Request Regarding Briefing and Disposition of Defendants' Fed. R. Civ. P. 50(a) Motion (Dkt. 185), it has been determined that Plaintiffs shall file any opposition to Defendants' Motion for Judgment as a Matter of Law ("Motion" (Dkt. 179)) by October 2, 2025. Defendants may file a reply in support of the Motion within seven days of the service of the opposition. Upon the completion of the briefing, a determination will be made whether to schedule a hearing for the Motion, take it under submission, or defer that issue until the briefing on Defendants' anticipated motion pursuant to Fed. R. Civ. P. 50(b) has been completed. The parties are directed to meet and confer as to the briefing on the anticipated Rule 50(b) motion including a schedule for the filing of the motion, the opposition and any reply, and whether the briefing can incorporate by reference some or all of the briefing of the Motion, which is currently pending. On or before October 3, 2025, the parties shall file a joint report as to the status of the matters on which they have met and conferred.

**IT IS SO ORDERED.**

Dated: September 30, 2025

_____
John A. Kronstadt
United States District Judge