UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Devonte Stephenson, et al., <br><br> Plaintiff, <br><br> v. <br><br> State of California, et al., <br><br> Defendant. | Case No.: ED CV21-00526 JAK (DTBx) <br><br> **CONFIRMATION OF EXHIBIT REVIEW AND AUTHORIZATION TO SUBMIT EXHIBITS TO JURY** |

The undersigned counsel hereby declare that the exhibit list and exhibits prepared to be given to the jury during deliberations were personally and individually reviewed by counsel for Plaintiff(s) and Defendant(s) prior to submission to the jury. The undersigned counsel also declare that the exhibits prepared to be given to the jury contain only admitted exhibits.

Counsel for Plaintiff(s) (Printed Name): Cooper Alison-Mayne

Counsel for Plaintiffs(s) (Signature): /s/

Date: 9/18/2025

Counsel for Defendant(s) (Printed Name): Kimberly Sullivan

Counsel for Defendant(s) (Signature): /s/

Date: 9/18/2025

-1-