**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, SBN 144074
Cooper Alison-Mayne, SBN 343169
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Email: dalekgalipo@yahoo.com
　　　　cmayne@galipolaw.com

*Attorneys for All Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>STATE OF CALIFORNIA; COUNTY OF RIVERSIDE; DANE NOREM; JEFFREY MCKEE; MATT BORDEN; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No.: 5:21-cv-0526-JAK-KK<br><br>[*Hon. John A. Kronstadt*]<br><br>**JOINT REPORT** |

**TO THE HONORABLE COURT:**

Plaintiffs DEVONTE STEPHENSON, LINDEN STEPHENSON, and KEANDRE STEPHENSON, and Defendants STATE OF CALIFORNIA, and DANE NOREM, through their respective counsel of record, submit the following joint report regarding post-trial motions.

On October 1, 2025, the parties conducted a meet and confer as instructed by the Court in its September 30, 2025 Order (ECF No. 197). Counsel for JEFFREY MCKEE did not participate in the meet and confer or in this Joint Report, as all parties have agreed that he will be dismissed from the case with prejudice and will be filing a joint stipulation to that effect in the coming days.

Regarding a briefing schedule for the anticipated Rule 50(b) motion, the parties agree that the Federal Rules of Civil Procedure and the Local Rules are sufficient, and that a custom schedule is unnecessary. The motion would be due 28 days after entry of judgment, with deadlines for the opposition and reply briefs set by the applicable Local Rules.

The parties also discussed whether the Rule 50(b) motion may incorporate by reference briefing from the Rule 50(a) motion. Plaintiffs' position is that the Rule 50(b) motion should stand on its own, as incorporation by reference could effectively expand the page limit, which should only occur upon a showing of good cause. Defendants agree that the Rule 50(b) motion should stand on its own.

Respectfully submitted,

DATED: October 3, 2025

**LAW OFFICES OF DALE K. GALIPO**

By: */s/ Cooper Alison-Mayne*
Dale K. Galipo, Esq.
Cooper Alison-Mayne[1]
*Attorneys for Plaintiffs*

Dated: October 3, 2025

ROB BONTA
Attorney General of California
DONNA M. DEAN
Supervising Deputy Attorney General

*/s/ David Klehm*

DAVID KLEHM
STEPHANIE A. VOLLMER
Deputy Attorney General
*Attorneys for Defendants State of California, acting by and through the California Highway Patrol, and Dane Norem*

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.