**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, SBN 144074
Cooper Alison-Mayne, SBN 343169
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Email: dalekgalipo@yahoo.com
         cmayne@galipolaw.com

*Attorneys for All Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; COUNTY OF RIVERSIDE; DANE NOREM; JEFFREY MCKEE; MATT BORDEN; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 5:21-cv-0526-JAK-KK<br><br>[*Hon. John A. Kronstadt*]<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST JEFFREY MCKEE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

**TO THE HONORABLE COURT:**

Plaintiffs Keandre Stephenson, Devonte Stephenson, and Linden Stephenson, and Defendants Jeffrey McKee, Dane Norem, and the State of California, hereby stipulate that all claims against Defendant Jeffrey McKee be dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). Plaintiffs and Defendant McKee shall bear their own costs and fees as to one another.

This stipulation applies only to Defendant Jeffrey McKee and has no bearing on Plaintiffs' claims against Defendant Dane Norem or the State of California, nor on any costs or attorneys' fees related to the litigation of the claims against Defendant Dane Norem.

Respectfully submitted,

DATED: October 6, 2025     LAW OFFICES OF DALE K. GALIPO

By:    /s/Cooper Alison-Mayne
Dale K. Galipo
Cooper Alison-Mayne[1]
*Attorney for Plaintiff*

DATED: October 6, 2025     **DEAN GAZZO ROISTACHER**

By:    /s/ Lee H. Roistacher
Lee H. Roistacher, Esq.
Kimberly A. Sullivan, Esq.
*Attorneys for Defendant Jeffrey McKee*

---

[1] As the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 6, 2025

        ROB BONTA
        Attorney General of California
        DONNA M. DEAN
        Supervising Deputy Attorney General

        */s/ David Klehm*

        DAVID KLEHM
        STEPHANIE A. VOLLMER
        Deputy Attorney General
        *Attorneys for Defendants State of California, acting by and through the California Highway Patrol, and Dane Norem*