# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; COUNTY OF RIVERSIDE; DANE NOREM; JEFFREY MCKEE; MATT BORDEN; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 5:21-cv-0526-JAK-KK<br><br>[*Hon. John A. Kronstadt*]<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ALL CLAIMS AGAINST JEFFREY MCKEE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

**IT IS HEREBY ORDERED** that pursuant to the Joint Stipulation for Dismissal jointly filed by all parties to this action on September 26, 2025, all claims against Jeffrey McKee are dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Plaintiffs Keandre Stephenson, Devonte Stephenson, and Linden Stephenson and Defendant Jeffrey McKee shall bear their own costs and fees as to one another.

This Order applies only to Defendant Jeffrey McKee and has no bearing on Plaintiffs' claims against Defendant Dane Norem or the State of California, nor on any costs or attorneys' fees related to the litigation of the claims against Defendant Dane Norem.

**IT IS SO ORDERED**

Dated: _____

Hon. John Kronstadt
*United States District Judge*