**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, SBN 144074
Cooper Alison-Mayne, SBN 343169
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Email: dalekgalipo@yahoo.com
       cmayne@galipolaw.com

*Attorneys for All Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>STATE OF CALIFORNIA; COUNTY OF RIVERSIDE; DANE NOREM; JEFFREY MCKEE; MATT BORDEN; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No.: 5:21-cv-0526-JAK-KK<br><br>[*Hon. John A. Kronstadt*]<br><br>**JOINT NOTICE OF LODGING OF COMPETING PROPOSED JUDGMENTS** |

**TO THE HONORABLE COURT:**

Plaintiffs DEVONTE STEPHENSON, LINDEN STEPHENSON, and KEANDRE STEPHENSON, and Defendants STATE OF CALIFORNIA, and DANE NOREM, through their respective counsel of record, submit the following Joint Disputed Proposed Judgment.

The parties have reached agreement on all portions of the proposed judgment except for the final paragraph. Plaintiffs respectfully submit that their proposed language accurately and clearly reflects the jury's verdict and the outcome of this case, whereas Defendants' proposed revision introduces unnecessary and potentially confusing language. The jury awarded Plaintiffs $2,000,000 in survival damages and $3,000,000 in wrongful death damages, for a total of $5,000,000. Because the wrongful death damages were awarded under the Fourteenth Amendment and state-law battery claims the jury's finding of comparative negligence does not operate as a set-off and should not reduce the judgment amount. *B.B. v. Cnty. of Los Angeles*, 10 Cal. 5th 1, 24, 471 P.3d 329, 344 (2020) ("California principles of comparative fault have never required or authorized the reduction of an intentional tortfeasor's liability based on the acts of others. "); *Est. of Moreno*, 2019 WL 10733237, at *2 (E.D. Wash. Aug. 5, 2019) (no contributory negligence defense in § 1983 cases).

Plaintiffs' Proposed Judgment is attached as Exhibit A. Defendants' Proposed Judgment is attached as Exhibit B.

DATED: October 6, 2025                **LAW OFFICES OF DALE K. GALIPO**

By:    */s/ Cooper Alison-Mayne*
Dale K. Galipo, Esq.
Cooper Alison-Mayne[1]
*Attorneys for Plaintiffs*

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 6, 2025

ROB BONTA
Attorney General of California
DONNA M. DEAN
Supervising Deputy Attorney General

*/s/ David Klehm*

DAVID KLEHM
STEPHANIE A. VOLLMER
Deputy Attorney General
*Attorneys for Defendants State of California, acting by and through the California Highway Patrol, and Dane Norem*

3
JOINT NOTICE OF LODGING OF COMPETING PROPOSED JUDGMENTS