# CERTIFICATE OF SERVICE

Case Name: **Devonte Stephenson, et al. v. State of California, et al.**  No. **5:21-cv-00526-JWH (KKx)**

I hereby certify that on <u>October 9, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS STATE OF CALIFORNIA'S AND DANE NOREM'S REPLY IN SUPPORT OF MOTION FOR JUDGMENT AS A MATTER OF LAW; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>October 9, 2025</u>, at Los Angeles, California.

| Valerie Thompson | /s/ *Valerie Thompson* |
|---|---|
| Declarant | Signature |

SD2020700119