# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, et al.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | No. 5:21-cv-00526-JAK (DTBx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ALL CLAIMS AGAINST JEFFREY MCKEE (DKT. 210)** |

1

1  Based on a review of the parties' Stipulation for Dismissal with Prejudice of All
2  Claims Against Jeffrey Mckee (Dkt. 210), the following is determined: all claims against
3  Defendant Jeffrey McKee are dismissed with prejudice. Plaintiffs and Defendant Jeffrey
4  McKee shall bear their own costs and fees as to one another.
5  This Order applies only to Defendant Jeffrey McKee and has no bearing on
6  Plaintiffs' claims against Defendant Dane Norem or the State of California, nor on any
7  costs or attorneys' fees related to the litigation of the claims against Defendant Dane
8  Norem.

**IT IS SO ORDERED.**

Dated: October 16, 2025

_____
John A. Kronstadt
United States District Judge