# LIST OF EXHIBITS AND WITNESSES

| Case Number | ED 21CV00526 JAK (KKx) | Title | Devonte Stephenson et al v. State of California et al |
|---|---|---|---|
| **Judge** | John A. Kronstadt | | |
| **Dates of Trial or Hearing** | 9/09/25-9/12/25, 9/15/25-9/18/25 | | |
| **Court Reporters or Tape No.** | Miranda Algorri | | |
| **Deputy Clerks** | Daniel Torrez, Jessica Cortes, Yolanda Skipper | | |

**FILED**
CLERK, U.S. DISTRICT COURT
11/14/25
CENTRAL DISTRICT OF CALIFORNIA
BY: DT   DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Dale Galipo | David Klehm |
| Cooper Alison-Mayne | Stephanie Vollmer |
| | Lee Roistacher |
| | Kimberly Sullivan |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | See attached | |

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>STATE OF CALIFORNIA; DANE NOREM; and JEFFREY MCKEE,<br><br>    Defendants. | Case No.:  5:21-cv-0526-JAK-KK<br><br>[*Hon. John A. Kronstadt*]<br><br>**EXHIBIT LIST** |

## JOINT EXHIBIT LIST

**Case Name:** *Stephenson v. CHP*

**Case Number:** 5:21-cv-0526-JAK-KK

| Ex. # | Description | year 2025<br>Date Id | year 2025<br>Date Admit |
|---|---|---|---|
| 1. | Photos of Stephenson Family<br><br>                         p. 19, 26, 27<br>p.  2, 3, 4, 6, 8, 9, 11, 12, 15, 17, 18, 21, 22, 24, 25, 33 | 9/12<br>9/15 | 9/12<br>9/15 |
| 2. | Photos: Memorial Materials | | |
| 3. | Birth Certificates, Death Certificate | | |
| 4. | Dispatch Audio Recording p. 3, 4, 6, 7 | 9/10; 9/11 | |
| 5. | Dispatch Call Log | | |
| 6. | Norem MVARS (1:52–8:15) | 9/10 | 9/10 |
| 7. | McKee MVARS Vol. 1 | 9/10 | 9/10 |
| 8. | [Reserved] | | |
| 9. | Norem MVARS stills | | |
| 10. | McKee MVARS stills | 9/10 | 9/10 |

| | | | | |
|---|---|---|---|---|
| 11. | McKee MVARS stills with labels | 9/10 | 9/10 |
| 12. | AMR Report | | |
| 13. | Riverside Fire Dept Report | | |
| 14. | Taser Log | 9/10 | 9/10 |
| 15. | Photos of the Scene | | |
| 16. | Photos of Dane Norem | 9/10 | 9/10 |
| 17. | Photos of Dane Norem's Duty Belt and TASER | 9/10 | 9/10 |
| 18. | Photos of Matthew Borden | 9/11 | 9/11 |
| 19. | Photos of Leroy Stephenson's Clothing | | |
| 20. | Photos of Taser Barbs | 9/10 | 9/10 |
| 21. | Autopsy Photos | | |
| 22. | [Withdrawn] | | |
| 23. | [Withdrawn] | | |
| 24. | Steve Cole, Screaming Their Last Breath: Why First Responders Must Never Ignore the Words "I Can't Breathe", Dec. 11, 2015, reprinted Jun. 2, 2020 | | |
| 25. | United States Department of Justice, National Institute of Justice, Positional Asphyxia—Sudden Death, June 1995 | | |
| 26. | [Withdrawn] | | |
| 27. | Lawrence E. Heiskell, How to Prevent Positional Asphyxia, POLICE Magazine (Sept. 9, 2019) | | |
| 28. | [Withdrawn] | | |
| 29. | [Withdrawn] | | |
| 30. | City of Riverside - PD Memo re CHP Fatal Incident September 1, 2019 (Det. K. Corbett) | | |
| 31. | Parkview Community Hospital Medical Center - Emergency Department Record/Physician Chart (3 pages) | | |
| 32. | Riverside University Health System - Case Management Record dated December 26, 2017 (2 pages) | | |
| 33. | Riverside University Health System - Encounter Record dated December 26, 2017 | | |
| 34. | Riverside University Health System - ED Record dated December 26, 2017 | | |
| 35. | Riverside University Health System - Hospital Encounter Notes dated December 26, 2017 | | |

| # | Description | | |
|---|---|---|---|
| 36. | Riverside University Health System - ED Record dated November 29, 2017 | | |
| 37. | Riverside University Health System - Case Management Record dated April 21, 2018 (2 pages) | | |
| 38. | Autopsy Report | | |
| 39. | Google Overhead Scene Photo | | |
| 40. | Photo Officer Norem | | |
| 41. | CHP Officer McKee Dash Cam.012419.Vol 2.IB | | |
| 42. | Photo of Leroy Stephson -Cal-Image Databank p. 1 | 9/15 | 9/16 |
| 43. | Satellite Overview Scene – North Facing | | |
| 44. | Scene Photo – Facing West | | |
| 45. | Scene Photo – Facing East | | |
| 46. | Photo Norem Taser X2 | 9/10 | 9/10 |
| 47. | Photo Norem Taser X2 Cartridges Deployed | | |
| 48. | Photo of Leroy Stephenson With Taser Probe Left Arm | | |
| 49. | Photo of Leroy Stephenson With Taser Probe Left Leg | | |
| 50. | MVARS Officer Peters | | |
| 51. | March 23, 2011 Felony Complaint Los Angeles County Superior Court, Case No. BA37533 (transferred to Riverside County Superior Court Case No. RIF1100739) | | |
| 52. | County of Riverside, Case No. BA 372533, DUI Advisement of Rights, Waiver and Plea Form | | |
| 53. | Riverside County Superior Court Docket for Case No. RIF1100739 | | |
| 54. | [Reserved] | | |
| 55. | [Reserved] | | |
| 56. | [Reserved] | | |
| 57. | [Reserved] | | |

| | | |  |  |
|---|---|---|---|---|
| 58. | [Reserved] | | | |
| 59. | January 25, 2019 Riverside DA Investigator's Report (Off. N. Crawford) | | | |
| 60. | Riverside PD Report Incident No. 190002659-001 (Off. T. Roy) | | | |
| 61. | Riverside PD Report Incident No. 190002659-002 (Det. K. Corbett) | | | |
| 62. | Riverside PD Report Incident No. 190002659-003 (Off. B. Stennett) | | | |
| 63. | Riverside PD Report Incident No. 190002659-004 (Off. D. Cisneros)) | | | |
| 64. | Riverside PD Report Incident No. 190002659-006 (Off. R. Meyer) | | | |
| 65. | Riverside PD Report Incident No. 190002659-007 (Off. R. Meyer) | | | |
| 66. | Riverside PD Report Incident No. 190002659-008 (Off. L. Velin) | | | |
| 67. | Riverside PD Report Incident No. 190002659-009 (Off. S. McKay-Davis) | | | |
| 68. | Riverside PD Report Incident No. 190002659-010 (Off. D. Mercadefe) | | | |
| 69. | Riverside PD Report Incident No. 190002659-011 (Det. A. Tillett) | | | |
| 70. | Riverside PD Report Incident No. 190002659-012 (Off. K. Beler) | | | |
| 71. | Riverside PD Report Incident No. 190002659-013 (Off. K. Beler) | | | |
| 72. | Riverside PD Report Incident No. 190002659-014 (Det. K. Corbett) | | | |
| 73. | Riverside PD Report Incident No. 190002659-016 (Det. J. Ontko) | | | |
| 74. | Riverside PD Report Incident No. 190002659-017 (Det. J. Ontko) | | | |

| | | | | |
|---|---|---|---|---|
| 75. | Riverside PD Report Incident No. 190002659-018 (Det. J. Ontko) | | | |
| 76. | Riverside PD Report Incident No. 190002659-019 (Det. Ontko) | | | |
| 77. | Taser X2 Manual | | | |
| 78. | Recorded Interview of LaTayna Sanford (644KC 08_09_2019 06_04 PM.wma) | | | |
| 79. | Recorded Interview of Devonte Stephenson/LaTonya interview (1374BS 01_24_2019 05_24 PM.wma) | | | |
| 80. | Recorded Interview of LaTayna Sanford (1644KC 02_25_2019 10_18 AM.wma) | | | |
| 81. | Recorded Interview of LaTayna Sanford (1644KC 02_04_2019 09_23 AM.wma) | | | |
| 82. | Recorded Interview of LaTayna Sanford (1644KC 01_25_2019 10_21 AM.wma) | | | |
| 83. | Recorded Interview of Devonte Stephenson/LaTonya interview (1374BS 01_24_2019 05_24 PM.wma) | | | |
| 84. | San Bernadino Police Department Notice of Violation dated March 6, 2017, for Leroy Stephenson by Officer S. Bodoh Case No. 2017-00026237 | | | |
| 85. | San Bernadino Police Department Suspect Arrest Information Sheet dated March 6, 2017, for Leroy Stephenson by Officer S. Bodoh Case No. 2017-00026237 | | | |
| 86. | San Bernadino Police Department Public Intoxication Arrest Report dated March 6, 2017, for Leroy Stephenson by Officer S. Bodoh Case No. 2017-00026237 | | | |
| 87. | Orange County Superior Court Case No. 18CF2401 Felony Complaint Amendment 1 filed September 13, 2018. | | | |
| 88. | Orange County Superior Court Case No. 18CF2401 Admission of Prior Convictions and | | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Prior Prison Term signed by Leroy Stephenson, dated September 18, 2018. |  |  |
|  | 89. | Orange County Superior Court Case No. 18CF2401 Terms and Conditions of Felony Probation signed by Leroy Stephenson, dated September 18, 2018. |  |  |
|  | 90. | Orange County Superior Court Case No. 18CF2401 Advisement and Waiver of Rights for Felony Guilty Plea signed by Leroy Stephenson, dated September 18, 2018. |  |  |
|  | 91. | Orange County Superior Court Case No. 18CF2401 Court Order Granting Petition for Warrant of Arrest for Felony Probation Violation of Leroy Stephenson, dated November 29, 2018. |  |  |
|  | 92. | Orange County Superior Court Case No. 18CF2401 Minutes and Case Docket. |  |  |
|  | 93. | San Diego Superior Court Case No. M255175 *People v Leroy Stephenson* Misdemeanor Complaint dated January 14, 2019. |  |  |
|  | 94. | San Diego Superior Court Case No. M255175 *People v Leroy Stephenson* Misdemeanor/Felony Pre-Disposition Minutes dated January 17, 2019. |  |  |
|  | 95. | San Diego Superior Court Case No. M255175 *People v Leroy Stephenson* Agreement for Own Recognizance Release dated November 29, 2018. |  |  |
|  | 96. | [Reserved]. |  |  |
|  | 97. | Transcription of Riverside Police Department recorded Criminal Interview, parts 1 and 2 of Matthew Borden dated January 29, 2019. |  |  |
|  | 98. | Transcription of Riverside District Attorney recorded interview of Matthew Borden dated March 24, 2020. |  |  |
|  | 99. | Transcribed Statement of Officer Borden dated 1/29/19 page 10 line 23-25; page 15 line 18-22 | 9/10 |  |
|  | 100. | Blue nylon strap (leg restraint) | 9/10 |  |
|  | 101. | Book- Evaluating Police uses of force | 9/11 |  |
|  | 102. | Form interrogatories 9 pages | 9/15 |  |
|  | 103. | Plaintiff's responses to Form interrogatories 9 pages | 9/15 |  |

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; DANE NOREM; and JEFFREY MCKEE,<br><br>Defendants. | Case No.: 5:21-cv-0526-JAK-KK<br><br>[*Hon. John A. Kronstadt*]<br><br>**JOINT WITNESS LIST** |

## WITNESS LIST

| Name | Direct | Cross | Re | Date |
|---|---|---|---|---|
| Dane Norem | 120 | 120 | 45 | 9/9/25; 9/10/25 |
| Jeffrey McKee | 90 | 90 | 30 | 9/11/25 |
| Matthew Borden | 45 | 45 | 20 | 9/10/25 |
| Eric Leighton | 45 | 45 | 20 | 9/10/25 |
| Dennis Stout | 45 | 45 | 20 | |

| Witness | | | | |
|---|---|---|---|---|
| William Betancur | 30 | 15 | 5 | |
| * David Popko | 15 | 15 | 5 | |
| Dr. Allison Hunt | 60 | 30 | 20 | |
| * Dr. H. Silva | 15 | 15 | 5 | |
| * AMR Paramedic Angel Mendoza | 15 | 15 | 5 | |
| * AMR Paramedic Chevy Buchanan | 15 | 15 | 5 | |
| * Fire Personnel (Engineer James Webber; Firefighter Bryan Russell; Firefighter Rodolfo Pinedo; and/or Firefighter Matthew Bashaw) | 15 | 15 | 5 | |
| Jeffrey Noble | 60 | 75 | 20 | 9/11/25 |
| Bennet Omalu | 60 | 75 | 20 | 9/12/25 |
| Daniel Wohlgelernter | 60 | 60 | 20 | 9/11/25; 9/12/25 |
| Devonte Stephenson | 30 | 30 | 10 | 9/15/25 |
| Linden Stephenson | 30 | 30 | 10 | 9/15/25 |
| Keandre Stephenson | 30 | 30 | 10 | 9/12/25 |
| Robert Fonzi | 90 | 60 | 20 | 9/16/25 |
| Michael Graham | 90 | 60 | 20 | 9/12/25- video |
| John MacGregor | 75 | 60 | 15 | 9/17/25 |
| Gary Vilke | 60 | 60 | 15 | 9/15/25 |
| Richard Clarke | 45 | 45 | 10 | |
| Bio-Tox Laboratories Personnel Kristen Steward | 15 | 15 | 5 | |
| *Bio-Tox Laboratories Personnel Ola Bawadi | 15 | 15 | 5 | |

| Witness | | | | |
|---|---|---|---|---|
| *Bio-Tox Laboratories Personnel Celina Beckham | 15 | 15 | 5 | |
| Riverside Police Officer Shawn Casteel, ID #1016 | 30 | 15 | 10 | |
| Riverside Police Detective Karla Corbett, ID #1644 | 30 | 15 | 10 | 9/16/25 |
| San Diego Police Officer J. Soto | 15 | 15 | 5 | |
| *Riverside Police Officer Daniel Cisneros, ID #1097 | 15 | 15 | 5 | |
| *CHP Sergeant Clarence Bullen | 15 | 15 | 5 | |
| CHP Sergeant Steve Licon | 10 | 15 | 5 | |
| CHP Officer Ryan Cisek | 15 | 15 | 5 | |
| Lisa Walkingstick (ID No. A13850) | 15 | 15 | 5 | |
| Rebeca Stowell (ID No. A09594 | 15 | 15 | 5 | |
| Susan Sween (ID No. A10420) | 15 | 15 | 5 | |
| Berenice Rodriguez (ID No. A12561) | 15 | 15 | 5 | |
| LaShanda Franklin (ID No. A12584) | 15 | 15 | 5 | |
| Deena Corbett-Wolf (Mc Mullen) (ID No. A13278) | 15 | 15 | 5 | 9/16/25-video |

| | | | | |
|---|---|---|---|---|
| Marianne Tillmann (ID No. A13816) | 15 | 15 | 5 | |
| Desiree Sandoval (ID No. A13997) | 15 | 15 | 5 | |
| Anna Mercado (ID No. A14044) | 15 | 15 | 5 | |
| April Sorenson (ID No. A14129) | 15 | 15 | 5 | |
| Steven Tillman (ID No. A14300) | 15 | 15 | 5 | |
| Laura Smart (ID No. A14695). | 15 | 15 | 5 | |
| Jaclyn Mendenhall (ID No. A15119) | 15 | 15 | 5 | |
| Carolina Olazaba (ID No. A16300) | 15 | 15 | 5 | |
| Jacquelyn Feliciano (ID No. A16720) | 15 | 15 | 5 | |
| Ashley Angle (ID No. A17654) | 15 | 15 | 5 | |
| Juan Mandujano (ID No. A17670). | 15 | 15 | 5 | |
| Umiko Doe | 15 | 15 | 5 | |
| Brittany Hall | 15 | | 5 | |
| Mike Combe | 15 | | 5 | |
| Jennifer Doe | 15 | | 5 | |
| Justin Doe | 15 | | 5 | |
| Adrian Doe | 15 | | 5 | |
| Eddie Doe | 15 | | 5 | |
| Nancy Cruz | 15 | | 5 | |
| Dede Ackley | 15 | | 5 | |
| Jennifer Galvan | 15 | | 5 | |
| Jose Lumbreras | 15 | | 5 | |

| Witness | | | | |
|---|---|---|---|---|
| Gina Mihok | 15 | | 5 | |
| Jesus Camacho | 15 | | 5 | |
| Custodian of Records for Riverside University Health System | 10 | 15 | 5 | |
| Custodian of Records for San Bernardino County Sheriff's Department | 10 | 15 | 5 | |
| Custodian of Records for San Diego County Superior Court | 10 | | 5 | |
| Custodian of Records for San Diego Police Department | 10 | | 5 | |
| Custodian of Records for Riverside County Superior Court | 10 | | 5 | |
| Custodian of Records for Los Angeles County Superior Court | 10 | | 5 | |
| Custodian of Records for Orange County Superior Court | 10 | | 5 | |
| LaTanya Sanford | 30 | 15 | 10 | |
| San Bernadino Sheriff Deputy S. Bodoh | 20 | 15 | 10 | |
| CHP Officer Lynn Peters | 20 | 15 | 10 | |

\* Witness will be called only if necessary.