**FILED**
CLERK, U.S. DISTRICT COURT

11/14/25

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DT _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Devonte Stephenson,

     Plaintiff,

v.

State of California, et al.,

     Defendant.

No. ED 21CV00526 JAK (DTBx)

**JURY NOTE NUMBER** ___1___

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

_____ THE JURY REQUESTS THE FOLLOWING:

For condition B) on instruction number 15

does "actively resisting" mean: They always resisted

~~during the resistance~~

during the resist? The entire time? or up to a certain moment?

Dated:

9/18/25

FOREPERSON OF THE JURY

1

11:20 am