**FILED**
CLERK, U.S. DISTRICT COURT
11/14/25
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DT_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Devonte Stephenson,<br><br>  Plaintiff,<br><br>v.<br><br>State of California, et al.,<br><br>  Defendant. | No. ED 21CV00526 JAK (DTBx)<br><br>JURY NOTE NUMBER __2__ |

THE JURY HAS REACHED A UNANIMOUS VERDICT

THE JURY REQUESTS THE FOLLOWING:

For condition (b) of instruction number 15, what does "extent of Leroy Stephenson's injury" mean, is this asking what we think causes of death were & relative importance, or what it is refering to.

Dated: 9/18/25

FOREPERSON OF THE JURY

1