**FILED**
CLERK, U.S. DISTRICT COURT
11/14/25
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DT_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Devonte Stephenson, | No. ED 21CV00526 JAK (DTBx) |
| Plaintiff, | |
| v. | JURY NOTE NUMBER 3 |
| State of California, et al., | |
| Defendant. | |

THE JURY HAS REACHED A UNANIMOUS VERDICT

THE JURY REQUESTS THE FOLLOWING:

For instruction (21) what is "more then a remote or trivial favor? Must a factor be "significant" to be more than remote or trivial?

Dated:

9/18/25

FOREPERSON OF THE JURY

1

12:06 pm