**FILED**
CLERK, U.S. DISTRICT COURT
11/14/25
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DT___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Devonte Stephenson, | No. ED 21CV00526 JAK (DTBx) |
| Plaintiff, | |
| v. | JURY NOTE NUMBER __4__ |
| State of California, et al., | |
| Defendant. | |

_____   THE JURY HAS REACHED A UNANIMOUS VERDICT

_____   THE JURY REQUESTS THE FOLLOWING:

Instruction #15 refers to "actively resisting" in Circumstance (3).

Does it mean that someone is resisting all throughout the entire time they are being arrested?

What defines the [strikethrough] of an "arrest?"
↳ period ↑

Dated: 9/16/25

FOREPERSON OF THE JURY

1

12:30 PM