**FILED**
CLERK, U.S. DISTRICT COURT
11/14/25
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DT___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Devonte Stephenson,<br>    Plaintiff,<br>v.<br>State of California, et al.,<br>    Defendant. | No. ED 21CV00526 JAK (DTBx)<br><br>**JURY NOTE NUMBER** 5 |

_____  THE JURY HAS REACHED A UNANIMOUS VERDICT

_____  THE JURY REQUESTS THE FOLLOWING:

Instruction 15 under Condition (6) refers to "the extent of an Injury." What does this mean? Are you asking what the result to the person is who may be experienced excessive force?

Dated: 9/18/25

FOREPERSON OF THE JURY

12:30 pm