**FILED**

CLERK, U.S. DISTRICT COURT

11/14/25

CENTRAL DISTRICT OF CALIFORNIA

BY: _____ DT _____ DEPUTY

1

2

3

4

5          **UNITED STATES DISTRICT COURT**

6          **CENTRAL DISTRICT OF CALIFORNIA**

7

8    Devonte Stephenson,                    No. ED 21CV00526 JAK (DTBx)

          Plaintiff,

9

10   v.                                      **JURY NOTE NUMBER** ___6

11   State of California, et al.,

          Defendant.

12

13

14   _____          THE JURY HAS REACHED A UNANIMOUS VERDICT

15

16        ⓪          THE JURY REQUESTS THE FOLLOWING:

17                    With regard to instruction #17 we want

18                    further definition of what constitutes

19                    a "substantial risk".

20                    What qualifies a risk as "substantial"? What kind of risks

21                    are there, legally speaking, where does a substantial one

22                                    fall among them?

23   Dated:

24

25   9/18/25                    FOREPERSON OF THE JURY

26

27

28                              1

1:04 pm