**F I L E D**
CLERK, U.S. DISTRICT COURT

11/14/25

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DT _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Devonte Stephenson,

       Plaintiff,

v.

State of California, et al.,

       Defendant.

No. ED 21CV00526 JAK (DTBx)

**JURY NOTE NUMBER** 27

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

_____ THE JURY REQUESTS THE FOLLOWING:

_____

_____

_____

_____

_____

Dated:

9/8/15

FOREPERSON OF THE JURY

1

3:35