NAME & ADDRESS:

**FILED**
CLERK, U.S. DISTRICT COURT
11/14/25
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DT_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Devonte Stephenson, et al., **PLAINTIFF(S)** v. State of California, et al., **DEFENDANT(S)** | CASE NUMBER: ED 21CV00526 JAK (DTBx) **RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL / AFTER HEARING** |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the joint _____ exhibit list are hereby being returned to counsel for the respective party(ies) **except** the following exhibit(s)



The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

9/18/2025
Date

Cooper Alison-Mayne
Counsel for: ☒Plaintiff ☐Defendant ☐

_[signature]_                                310-382-7885
Signature                                    Telephone Number

9/18/2025
Date

Kimberly Sullivan
Counsel for: ☐Plaintiff ☒Defendant ☐

_[signature]_                                858-230-0167
Signature                                    Telephone Number

I hereby certify that the above-mentioned exhibits where returned to counsel as indicated above this date.

9/18/25
Date

Clerk, U.S. District Court
By _[signature]_
Deputy Clerk **Daniel Torrez**