F I L E D
CLERK, U.S. DISTRICT COURT
9/23/25
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DT___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, et al., <br> Plaintiffs, <br> v. <br> STATE OF CALIFORNIA, et al., <br> Defendants. | No. 5:21-cv-00526-JAK (DTBx) <br><br> **VERDICT FORM** |

We, the jury in the above-entitled action, find the following:

## FOURTH AMENDMENT EXCESSIVE FORCE CLAIM

**QUESTION 1:** Did Dane Norem use excessive force or restraint or fail to intervene in the use of excessive force or restraint against Leroy Stephenson?

___X___ YES          _____ NO

*If you answered "Yes" to Question 1, please answer Question 2.*

*If you answered "No" to Question 1, please proceed to Question 3.*

**QUESTION 2:** Was Dane Norem's use of excessive force or restraint or failure to intervene a cause of injury, harm, or death to Leroy Stephenson?

___X___ YES          _____ NO

*Please proceed to Question 3.*

2
VERDICT FORM

# WRONGFUL DEATH CLAIM

**A.  BATTERY**

**QUESTION 3:** Did the defendants use unreasonable force or restraint against Leroy Stephenson?

Dane Norem      __X__ YES      _____ NO

Jeffrey McKee      _____ YES      __X__ NO

*If you answered "Yes" for either defendant, proceed to Question 4.*
*If you answered "No" for both defendants, skip to Question 5.*

**QUESTION 4:** Was the use of unreasonable force or restraint by either of the officers a substantial factor in causing Leroy Stephenson's death?

Dane Norem      __X__ YES      _____ NO

Jeffrey McKee      _____ YES      __X__ NO

*Please proceed to Question 5.*

---
3
**VERDICT FORM**

B. **NEGLIGENCE**

**QUESTION 5**: Did the defendants negligently use unreasonable force or restraint against Leroy Stephenson to arrest and/or detain him?

Dane Norem    __X__ YES    _____ NO

Jeffrey McKee    __X__ YES    _____ NO

*If you answered "Yes" for either defendant, proceed to Question 6.*
*If you answered "No" for both defendants, skip to Question 10.*

**QUESTION 6**: Was the negligence of either defendant a substantial factor in causing Leroy Stephenson's death?

Dane Norem    __X__ YES    _____ NO

Jeffrey McKee    _____ YES    __X__ NO

*If you answered "Yes" for either defendant, proceed to Question 7.*
*If you answered "No" for both defendants, skip to Question 10.*

4
VERDICT FORM

**QUESTION 7:** Was Leroy Stephenson negligent?

__X__ YES      _____ NO

*If you answered "Yes" to Question 7, please answer Question 8.*
*If you answered "No" to Question 7, please proceed to Question 9.*

**QUESTION 8:** Was the negligence of Leroy Stephenson a substantial factor in causing his own death?

__X__ YES      _____ NO

*Please proceed to Question 9.*

**QUESTION 9:** What percentage of negligence that was a cause of Leroy Stephenson's death do you assign to Dane Norem, Jeffrey McKee, and/or Leroy Stephenson. (Total should equal 100%).

| | |
|---|---|
| Dane Norem | 20% |
| Jeffrey McKee | 3% |
| Leroy Stephenson | 77% |
| Total | 100% |

*Please proceed to Question 10.*

5
**VERDICT FORM**

# FOURTEENTH AMENDMENT CLAIM

**QUESTION 10:** Did Dane Norem engage in conduct that deprived Plaintiffs of their familial relationship with Leroy Stephenson, in violation of the Fourteenth Amendment?



____X____ YES          _____ NO

# DAMAGES

*Please read the instructions before each question and only answer those questions you are directed to.*

*Answer Question 11 only if you answered "Yes" to Question 2.*

**QUESTION 11**: What are Leroy Stephenson's damages for his pre-death pain and suffering and loss of life?

Pre-death pain and suffering     $ 500,000
Loss of Life                     $ 1,500,000

*Answer Question 12 only if you answered "Yes" to Question 4, Question 6, or Question 10.*

**QUESTION 12**: What are the Plaintiffs' wrongful death damages for the loss of Leroy Stephenson?

Keandre Stephenson's past wrongful death damages:    $ 500,000
Keandre Stephenson's future wrongful death damages:  $ 500,000

| | | |
|---|---|---|
| 1 | Devonte Stephenson's past wrongful death damages: | $ 500,000 |
| 2 | Devonte Stephenson's future wrongful death damages: | $ 500,000 |
| 3 | | |
| 4 | Linden Stephenson's past wrongful death damages: | $ 500,000 |
| 5 | Linden Stephenson's future wrongful death damages: | $ 500,000 |

*Please sign and date the verdict form and return it to the Court.*

Date: 9/18/25



Jury Foreperson

---

7
VERDICT FORM