**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, SBN 144074
Cooper Alison-Mayne, SBN 343169
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Email: dalekgalipo@yahoo.com
        cmayne@galipolaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| DEVONTE STEPHENSON, et al, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF CALIFORNIA, et al, <br><br> Defendants. | Case No.: 5:21-cv-00526-JAK-KK <br> *Judge: Honorable John A. Kronstadt* <br><br><br><br> **NOTICE OF LODGING PLAINTIFFS' PROPOSED JUDGMENT** |
|---|---|

-1-
**NOTICE OF LODGING
PLAINTIFFS' PROPOSED JUDGMENT**

# NOTICE OF LODGING

Plaintiffs hereby lodge their Proposed Judgment, attached hereto as Exhibit A.

The Parties met and conferred on March 13, 2026, but were unable to agree on a proposed judgment.

Dated: March 13, 2026                LAW OFFICES OF DALE K. GALIPO

                                     /s/ *Cooper Alison-Mayne*
                                     Dale K. Galipo
                                     Cooper Alison-Mayne
                                     *Attorneys for Plaintiffs*