ROB BONTA
Attorney General of California
DONNA M. DEAN (State Bar No. 187104)
Supervising Deputy Attorney General
DAVID KLEHM (State Bar No. 165302)
STEPHANIE A. VOLLMER (State Bar No. 309407)
Deputy Attorney General
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  San Diego, CA 92186-5266
  Telephone:  (619) 738-9773
  Fax:         (619) 645-2581
  E-mail:  David.Klehm@doj.ca.gov
*Attorneys for Defendants*
*State of California, acting by and through*
*the California Highway Patrol, and Dane Norem*

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; DANE NOREM; and JEFFREY MCKEE,<br><br>Defendants. | Case No.:  5:21-cv-0526-JAK-DTB<br><br>[*Hon. John A. Kronstadt*]<br><br>**DEFENDANTS' OBJECTION TO PLAINTIFFS' PROPOSED JUDGMENT**<br><br>Judge:        The Honorable John A. Kronstadt<br><br>Trial Date:        September 9, 2025<br>Action Filed:      December 18, 2019 |

1

**TO THIS HONORABLE COURT:**

Defendants Dean Norem and State of California, acting by and through the California Highway Patrol (CHP), hereby object to Plaintiffs' proposed judgment as follows:

Pursuant to Federal Rule of Civil Procedure 58(c)(2)(B), judgment was constructively entered as a matter of law on February 20, 2026.  Rule 58 provides, in relevant part:

> (c) Time of Entry. For purposes of these rules, judgment is entered at the following times:
>
> (1) if a separate document is not required, when the judgment is entered in the civil docket under Rule 79(a); or
>
> (2) if a separate document is required, when the judgment is entered in the civil docket under Rule 79(a) and the earlier of these events occurs:
>
> (A) it is set out in a separate document; or
>
> (B) 150 days have run from the entry in the civil docket.

In *Orr v. Plumb*, 884 F.3d 923 (2018), the Ninth Circuit held that entry of the jury special verdict started the 150-day countdown pursuant to Rule 58(c)(2)(B).  Id. at 928-929.  The jury verdict was entered on the docket on September 23, 2025.  Dkt. 189.  Accordingly, judgment was constructively entered as a matter of law on February 20, 2026.  Although the Court recently ruled on defendants' Rule 50(a) motion and requested a proposed judgment, it did so after judgment was constructively entered as a matter of law, and defendants could find no authority in the Ninth Circuit permitting an amended judgment, other than pursuant to Rule 60(a) or (b). absent a post-trial motion.

//

//

//

//

DEFENDANTS' OBJECTION TO PLAINTIFFS' PROPOSED JUDGMENT

Dated: March 19, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California

s/ Donna M. Dean

DONNA M. DEAN
Supervising Deputy Attorney General
DAVID KLEHM
Deputy Attorney General
STEPHANIE A. VOLLMER
Deputy Attorney General
*Attorneys for Defendants State of California, Acting by and through the California Highway Patrol, and Dane Norem*

DEFENDANTS' OBJECTION TO PLAINTIFFS' PROPOSED JUDGMENT