IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 5:21-cv-00526-JWH-KKx<br><br>**[PROPOSED] ORDER ON DEFENDANTS STATE OF CALIFORNIA'S AND DANE NOREM'S MOTION FOR JUDGMENT AS A MATTER OF LAW, OR, IN THE ALTERNATIVE, NEW TRIAL**<br><br>Date:      April 20, 2026<br>Time:      8:30 a.m.<br>Courtroom: 5D<br><br>Judge:     The Honorable John A. Kronstadt<br><br>Trial Date:    September 9, 2025<br>Action Filed:  December 18, 2019 |

The motion of Defendants State of California, acting by and through California Highway Patrol, and Dane Norem for a judgment as a matter of law, or, in the alternative, new trial came on regularly for hearing by the court.

The motion was argued and submitted for decision, and the court being fully advised in the matter, and good cause appearing therefor:

//

1

IT IS HEREBY ORDERED AND ADJUDGED:

1. That the motion of Defendants State of California, acting by and through California Highway Patrol, and Dane Norem for judgment as a matter of law in their favor is hereby granted.

2. That the judgment constructively entered as a matter of law on February 20, 2026, on the verdict entered on September 23, 2025 (Dkt. 189) is vacated and set aside.

3. That Defendants State of California, acting by and through California Highway Patrol, and Dane Norem have judgment in their favor.

4. That Defendants State of California, acting by and through California Highway Patrol, and Dane Norem have and recover Plaintiffs Devonte Stephenson, Linden Stephenson, and Keandre Stephenson costs in the sum of $ _____.

[*OR, IN THE ALTERNATIVE*]

//
//
//
//
//
//
//
//
//
//
//
//
//

IT IS ORDERED that the motion the motion of Defendants State of California, acting by and through California Highway Patrol, and Dane Norem for a new trial is hereby granted, that the judgment constructively entered as a matter of law on February 20, 2026, on the verdict entered on September 23, 2025 (Dkt. 189) is set aside and vacated, and a new trial is ordered on all issues.

The court's reasons for granting the new trial on the following grounds:

_____

_____

_____

_____

Dated: _____    _____
                                    The Honorable John A. Kronstadt

SD2020700119

3