# CERTIFICATE OF SERVICE

Case Name: **Devonte Stephenson, et al. v. State of California, et al.**    No. **5:21-cv-00526-JWH-KKx**

I hereby certify that on <u>March 20, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANTS STATE OF CALIFORNIA'S AND DANE NOREM'S NOTICE OF MOTION AND MOTION FOR JUDGMENT AS A MATTER OF LAW, OR, IN THE ALTERNATIVE, NEW TRIAL; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF DONNA M. DEAN IN SUPPORT THEREOF: and**

- **[PROPOSED] ORDER ON DEFENDANTS STATE OF CALIFORNIA'S AND DANE NOREM'S MOTION FOR JUDGMENT AS A MATTER OF LAW, OR, IN THE ALTERNATIVE, NEW TRIAL.**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>March 20, 2026</u>, at San Diego, California.

| T. Arambul | *T. Arambul* |
|---|---|
| Declarant | Signature |

SD2020700119
85635073.docx