**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF CALIFORNIA, et al, <br><br> Defendants. | Case No.: 5:21-cv-00526-JAK-KK <br> Honorable John A. Kronstadt <br><br><br> **JOINT STATUS REPORT** |

As instructed by the Court on May 5, 2026, the parties met and conferred in person and now submit this joint status report.

The parties are working to resolve the wrongful death damages issue and will continue those discussions. The parties can file a further status report on June 1, 2026 regarding the status of those negotiations.

The parties also discussed the possibility of resolving the case in its entirety. However, the parties agree that a global resolution is not possible until the Court resolves the issues raised in the parties' filings regarding entry of judgment. *See* ECF Nos. 145, 146, 148. As explained in Plaintiffs' March 25, 2026 brief, if the Court rules in Defendants' favor on this issue, judgment will be deemed to have already been entered as a matter of law, meaning the deadlines to move for attorneys' fees under Rule 54(d)(2) and to apply for costs under Rule 54(d)(1)

1

would have already passed. In that scenario, Plaintiffs would need to seek leave to file for fees and costs, and that issue would have to be resolved before the parties could meaningfully evaluate their respective positions for purposes of negotiating a complete resolution since part of the settlement will address resolving the amount of statutory attorney fees.

Finally, Mr. Klehm will be out of office for approximately three weeks. The parties therefore respectfully request that the Court not set a hearing or require a further status report in May.

Dated: May 05, 2026    **LAW OFFICES OF DALE K. GALIPO**

By: /s/ *Cooper Mayne*
   Dale K. Galipo
   Cooper Mayne[1]

   *Attorneys for Plaintiffs*

Dated: May 05, 2026    ROB BONTA
   Attorney General of California
   DONNA M. DEAN
   Supervising Deputy Attorney General

   */s/ David Klehm*

   DAVID KLEHM
   STEPHANIE A. VOLLMER
   Deputy Attorney General
   *Attorneys for Defendants State of California, acting by and through the California Highway Patrol, and Dane Norem*

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

2