UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:21-cv-00526-JAK-DTB | Date | May 4, 2026 |
| Title | Devonte Stephenson et al v. State of California et al | | |

Present: The Honorable    JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| M. Lindaya | Lidia Perez |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Dale Galipo | David Klehm |
| Cooper Alison-Mayne | |

**Proceedings:** **DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW (DKT. 247)**

The motion hearing is held. The Court states its tentative views as to various issues regarding Defendants' Motion for Judgment as a Matter of Law (Dkt. 247) (the "Motion"). Counsel address the Court. The Court takes the Motion **UNDER SUBMISSION** and a ruling will be issued.

For the reasons stated on the record, the Court asks the parties if they would like to confer as to whether the Court should proceed with ruling on the current motion or defer ruling until after the parties have discussed a potential resolution of the issues presented by the Motion and potentially the entire action. Counsel state that they would like to confer. The parties shall notify the Court of the outcome of their discussions by May 5, 2026. Based on the outcome, a deadline may be set for the parties to file a joint report with respect to the procedural status of their settlement discussions and whether working with a bench officer would be productive, recognizing that Mr. Klehm will be unavailable until later this month. The joint report should not disclose the substantive contents of any settlement communications between the parties.

**IT IS SO ORDERED.**

|  | 1 | : | 05 |
|---|---|---|---|
| Initials of Preparer | mal | | |