**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, et al, | Case No.: 5:21-cv-00526-JAK-KK |
| Plaintiffs, | Honorable John A. Kronstadt |
| vs. | |
| STATE OF CALIFORNIA, et al, | **JOINT STATUS REPORT** |
| Defendants. | |

1

The parties have continued to discuss resolving this case through settlement. In early May, Plaintiffs' counsel Dale Galipo proposed by phone to resolve the case in its entirety. After Defendants' attorney David Klehm returned to work, Plaintiffs transmitted that proposal in writing.

The proposal is currently under consideration. Mr. Klehm expects to respond by June 17, 2026.

If there is no acceptance of the Plaintiff's proposal, Plaintiffs would request the Court to rule on the post-trial issues and enter judgment.

Dated: June 1, 2026          **LAW OFFICES OF DALE K. GALIPO**

By:   /s/   *Cooper Mayne*
        Dale K. Galipo
        Cooper Mayne[1]

        *Attorneys for Plaintiffs*

Dated: June 1, 2026          ROB BONTA
                             Attorney General of California
                             DONNA M. DEAN
                             Supervising Deputy Attorney General

                             */s/ David Klehm*

                             DAVID KLEHM
                             STEPHANIE A. VOLLMER
                             Deputy Attorney General
                             *Attorneys for Defendants State of California, acting by and through the California Highway Patrol, and Dane Norem*

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

2