**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DEVONTE STEPHENSON, et al,

        Plaintiffs,

    vs.

STATE OF CALIFORNIA, et al,

        Defendants.

Case No.: 5:21-cv-00526-JAK-KK
Honorable John A. Kronstadt

**JOINT STATUS REPORT**



1

**JOINT STATUS REPORT**

Pursuant to the Court's Orders of June 29, 2026 (Dkt. 258) and July 13, 2026 (Dkt. 259), the parties submit this Joint Status Report regarding the procedural status of their settlement discussions.

1.    **Status of settlement discussions.** Following the parties' June 1, 2026 Joint Status Report (Dkt. 256), the parties continued to discuss a potential global resolution of this matter. The parties have now completed those discussions without reaching an agreement.

2.    **Late filing.** The parties respectfully acknowledge that the joint report directed by Dkt. 258 was not filed by July 10, 2026, and apologize to the Court.

a.    **Proposed schedule for resolution of outstanding issues.** Because the parties did not reach agreement, the following matter remains to be resolved: the pending Rule 50(b) motion (Dkt. 247). The motion was heard on May 4, 2026 (Dkt. 255) and is submitted.

*Plaintiffs' Position:*

Plaintiffs identify two additional outstanding issues below. Defendants do not join this section.

**Entry of judgment.** Following the Court's June 12, 2026 Order (Dkt. 257) overruling Defendants' constructive-entry objection, Plaintiffs' proposed judgment (Dkt. 245) is ripe for entry consistent with the jury's verdict and the Court's Rule 50 rulings. Plaintiffs respectfully request that judgment be entered as soon as practicable. A renewed motion for judgment as a matter of law under Rule 50(b) is by its terms a post-judgment motion and its pendency therefore need not delay entry of judgment on the verdict. Prompt entry is important to Plaintiffs because post-judgment interest accrues from the date of entry under 28 U.S.C. § 1961.

**Attorneys' fees and costs.** Plaintiffs intend to move for an award of attorneys' fees under 42 U.S.C. § 1988 and to seek costs. Consistent with Fed. R.

LAW OFFICES OF
DALE K. GALIPO
CIVIL RIGHTS ATTORNEYS

DKG

Civ. P. 54(d)(2)(B) and Local Rule 54, Plaintiffs' fee motion will be filed no later than 14 days after entry of judgment, on the ordinary Local Rule briefing track.

Dated: July 15, 2026     **LAW OFFICES OF DALE K. GALIPO**

By:   */s/   Cooper Mayne*
Dale K. Galipo
Cooper Mayne[1]

*Attorneys for Plaintiffs*

Dated: July 15, 2026     ROB BONTA
Attorney General of California
DONNA M. DEAN
Supervising Deputy Attorney General

*/s/ David Klehm*

DAVID KLEHM
STEPHANIE A. VOLLMER
Deputy Attorney General
*Attorneys for Defendants State of California, acting by and through the California Highway Patrol, and Dane Norem*

LAW OFFICES OF
**DALE K. GALIPO**
CIVIL RIGHTS ATTORNEYS

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

3