ROB BONTA
Attorney General of California
DONNA M. DEAN (State Bar No. 187104)
Supervising Deputy Attorney General
DAVID KLEHM (State Bar No. 165302)
Deputy Attorney General
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  San Diego, CA 92186-5266
  Telephone:  (619) 738-9773
  Fax:          (619) 645-2581
  E-mail:  David.Klehm@doj.ca.gov
*Attorneys for Defendants*
*State of California, acting by and through*
*the California Highway Patrol, and Dane Norem*

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; DANE NOREM; and JEFFREY MCKEE,<br><br>Defendants. | Case No.:  5:21-cv-0526-JAK-KK<br><br>[*Hon. John A. Kronstadt*]<br><br>**DEFENDANTS' STATEMENT OF OBJECTIONS AND REDLINE REVISIONS TO PLAINTIFFS' PROPOSED JUDGMENT [Dkt. 64]**<br><br>Judge:        The Honorable John A. Kronstadt<br><br>Trial Date:        September 9, 2025<br>Action Filed:     December 18, 2019 |

DEFENDANTS STATEMENT OF  OBJECTION TO PLAINTIFFS' PROPOSED JUDGMENT DKT. 64

**TO THIS HONORABLE COURT:**

Defendants Dean Norem and State of California, acting by and through the California Highway Patrol (CHP), hereby object to Plaintiffs' proposed judgment as follows:

In the next to last paragraph of Plaintiff's proposed judgment, [Dkt. 64] Defendants seek an express statement that the jury found decedent was 77% comparatively negligent.

Defendants contend that the last paragraph regarding attorneys' fees and costs on Plaintiff's proposed judgment, [Dkt. 64] is not applicable pursuant to Federal Rule of Civil Procedure 58(c)(2)(B), judgment was constructively entered as a matter of law on February 20, 2026, after the jury verdict was entered on the docket on September 23, 2025.  Dkt. 189.

Defendants' redline revisions regarding the aforementioned final two paragraphs of Plaintiff's proposed judgment, [Dkt.64] are attached hereto.

//

//

//

Dated: July 23, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California

s/ *Donna M. Dean*

DONNA M. DEAN
Supervising Deputy Attorney General
DAVID KLEHM
Deputy Attorney General
*Attorneys for Defendants State of California, Acting by and through the California Highway Patrol, and Dane Norem*

DEFENDANTS STATEMENT OF OBJECTION TO PLAINTIFFS' PROPOSED JUDGMENT DKT. 64