# EXHIBIT A

ACE ATTORNEY SERVICE
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 708590 | 13865 |
| Invc Date | Total Due |
| 9/08/25 | 2,247.29 |
| Current | Over 30 Days |
| 679.95 | 1,567.34 |
| Over 60 Days | Over 90 Days |
| .00 | .00 |

LAW OFFICES OF DALE K. GALIPO
ATTN: ACCOUNTS PAYABLE
21800 BURBANK BLVD., STE. 310
WOODLAND HILLS, CA 91367

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 13865 | 708590 | 8/31/25 | 165.75 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/27/25<br>PDF PROCESS | 2487183<br>2 DAY | PND | Caller: DARCI GILBERT<br>LAW OFFICES OF DALE K. GALIPO<br>21800 BURBANK BLVD.<br>WOODLAND HILLS<br><br>5:21-cv-0526-JAK-KK<br>STEPHENSON V. STATE<br>LTTR/FED SUP TESTIFY<br>9/10, 12:30PM | Ref No.: STEPHENSON V. STATE<br>DENNIS OWEN STOUT, JR.<br>1643 ELLIOT DRIVE<br>RIVERSIDE | BASE : 165.75 | 165.75 |

**Dale K. Galipo, Inc.**
dba The Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367

2966

DATE SEPTEMBER 15, 2025

PAY TO THE ORDER OF ACE ATTORNEY SERVICE, INC. $ 454.50

FOUR HUNDRED FIFTY-FOUR AND FIFTY CENTS DOLLARS

**CITY NATIONAL BANK**
An RBC Company
(800) 773-7100

MEMO STEPHENSON V. CHP. INVOICES 708589 RE: E. LEIGHTON & 78590 RE: D. STOUT.

VOID

⑈002966⑈ ⑆122016066⑆ 224207123⑈

| | |
|---|---|
| Total | 165.75 |

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 708589 | 13865 |
| Invc Date | Total Due |
| 9/08/25 | 2,370.29 |
| Current | Over 30 Days |
| 802.95 | 1,567.34 |
| Over 60 Days | Over 90 Days |
| .00 | .00 |

LAW OFFICES OF DALE K. GALIPO
ATTN: ACCOUNTS PAYABLE
21800 BURBANK BLVD., STE. 310
WOODLAND HILLS, CA 91367

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 13865 | 708589 | 8/31/25 | 288.75 | 1 |

| Date | Ord No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/26/25<br>PDF PROCESS | 2486600<br>2 DAY | PND | Caller: DARCI GILBERT<br>LAW OFFICES OF DALE K. GALIPO<br>21800 BURBANK BLVD.<br>WOODLAND HILLS<br><br>5:21-CV-0526<br>STEPHENSON V CA<br>SUBPOENA TO APP<br>SEP 10 | Ref No.: STEPHENSON V CA<br>Eric Alan Leighton<br>6797 Glendale<br>RIVERSIDE<br><br>ADV=WITNESS FEES<br><br>*PERSONALLY SERVED* | BASE : 165.75<br>ADVANCE : 111.82<br>CHK.CHARGE: 11.18 | 288.75 |

2966

**Dale K. Galipo, Inc.**
dba The Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367

DATE SEPTEMBER 15, 2025

PAY TO THE ORDER OF ACE ATTORNEY SERVICE, INC. $ 454.50

FOUR HUNDRED FIFTY-FOUR AND FIFTY CENTS DOLLARS SECURITY FEATURES INCLUDED. DETAILS ON BACK.

CITY NATIONAL BANK
An RBC Company
(800) 773-7100

MEMO STEPHENSON V. CHP. INVOICES 708589 RE: E. LEIGHTON & 78590 RE: D. STOUT.

⑈002966⑈ ⑆122016066⑆ 224207123⑈

VOID

Total 288.75

**INVOICE PAYMENT DUE UPON RECEIPT**

ACE ATTORNEY SERVICE
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 715334 | 13865 |
| Invc Date | Total Due |
| 10/09/25 | 2,366.43 |
| Current | Over 30 Days |
| 395.00 | 1,009.09 |
| Over 60 Days | Over 90 Days |
| .00 | 962.34 |

LAW OFFICES OF DALE K. GALIPO
ATTN: ACCOUNTS PAYABLE
21800 BURBANK BLVD., STE. 310
WOODLAND HILLS, CA 91367

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 13865 | 715334 | 9/30/25 | 395.00 | 1 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 9/04/25<br>PDF PROCESS | 2490020<br>PRIORITY | PSD | Caller: DARCI GILBERT<br>LAW OFFICES OF DALE K. GALIPO<br>21800 BURBANK BLVD.<br>WOODLAND HILLS<br><br>5:21-CV-0526-JAK<br>STEPHENSON V CA<br>FED SUBP TO TEST.<br>9/10<br><br>Ref No.: STEPHENSON V STATE CA<br>DENNIS OWEN STOUT SR.<br>1166 E BERMUDA AVE<br>MOHAVE VALLEY<br><br>BASE : | 395.00 | 395.00 |
| | | | | Total | 395.00 |

3025

**Dale K. Galipo, Inc.**
dba The Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367

VOID VOID

DATE OCTOBER 13, 2025

PAY TO THE ORDER OF ACE ATTORNEY SERVICE, INC. $ 395.00

THREE HUNDRED NINETY-FIVE AND NO CENTS DOLLARS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

CITY NATIONAL BANK
An RBC Company
(800) 773-7100

MEMO STEPHENSON V. CHP. RE: D. STOUT

⑈003025⑈ ⑆122016066⑆ 224207123⑈

INVOICE PAYMENT DUE UPON RECEIPT