# EXHIBIT B

CRR

# INVOICE

INVOICE NO. 2025-100
DATE 10/3/2025
CASE : Stephenson vs State of CA

10/6/25 – To be Paid BY VeNMo.

K. GALIPO

d, Ste 310
7

| | PAGES | AMOUNT PP | TOTAL |
|---|---|---|---|
| | 198.00 | $1.10 | $217.80 |
| | 248.00 | $1.10 | $272.80 |
| | 258.00 | $1.10 | $283.80 |