# EXHIBIT C

# Huseby.com

# Invoice

#90035780

CORPORATE HEADQUARTERS
1230 W. MOREHEAD ST. | SUITE 102 | CHARLOTTE, NC 28208

**Law Offices of Dale K. Galipo**
Cooper Mayne, Esq.
21800 Burbank Boulevard Suite 310
Woodland Hills CA 91367
United States

| Invoice Date | Terms | Due Date | Job Date | Job Number |
|---|---|---|---|---|
| 12/6/2023 | DUR, after 30 days 1.5% | 12/6/2023 | 11/10/2023 | 90020230 |

| Case Number | Case Name |
|---|---|
| 5:21-cv-00526-JAK (KK) | Devonte Stephenson, et al. vs. State of California, County of Riverside, et al. |

| | | | | | |
|---|---|---|---|---|---|
| ORIGINAL TRANSCRIPT OF: | | | | | |
| Robert Fonzi | 66.00 | Per Page | @ | 4.45 | 293.70 |
| Appearance - Hourly | 1.50 | Each | @ | 55.00 | 165.00 |
| Huseby Connect Webconferencing | 1.50 | | @ | 80.00 | 120.00 |
| Litigation Support Services | | | | 0.00 | 0.00 |
| Print/Bind/Package/Shipping | | | | 59.00 | 59.00 |

**TOTAL DUE >>>** **$637.70**

Location of Job: Remote Location
, CA

Ordered By: Santiago Laurel
Law Offices of Dale K. Galipo
21800 Burbank Boulevard
Suite 310
Woodland Hills, CA 91367

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

9576

**DALE K. GALIPO, INC.**
21800 BURBANK BLVD SUITE 310
WOODLAND HILLS, CA 91367

16-1606/1220
1

DATE 12/13/2023

CHECK ARMOR

PAY TO THE ORDER OF Huseby Global Litigation $ 637.70

Six hundred thirty seven and 70/100 DOLLARS

Photo Safe Deposit® Details on back

CITY NATIONAL BANK AN RBC COMPANY (800) 773-7100
PERSONAL & BUSINESS BANKING

FOR Devon Stephenson v. State of CA

MP

⑈009576⑈ ⑆122016066⑆ 224172796⑈

# Huseby.com

# Invoice

#90018121

CORPORATE HEADQUARTERS
1230 W. MOREHEAD ST. | SUITE 102 | CHARLOTTE, NC 28208

**Dale Galipo Law Offices**
Santiago Laurel
21800 Burbank Boulevard, Suite 310
Woodland Hills CA 91367-6479
United States

| Invoice Date | Terms | Due Date | Job Date | Job Number |
|---|---|---|---|---|
| 8/17/2023 | DUR, after 30 days 1.5% | 8/17/2023 | 08/07/2023 | 90007232 |

| Case Number | Case Name |
|---|---|
| 5:21-cv-00526-JAK (KK) | Devonte Stephenson vs. State of California |

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Dane Norem | 143.00 | Per Page | @ | 4.75 | 679.25 |
| Appearance - Half Day Per Diem | | | | 90.00 | 90.00 |
| Exhibits - Per Page | 2.00 | Each | @ | 0.15 | 25.00 |
| Expedite 5 Day | 143.00 | Per Page | @ | 2.85 | 407.55 |
| Huseby Connect Webconferencing | 3.00 | | @ | 80.00 | 240.00 |
| Litigation Support Services | | | | 250.00 | 250.00 |
| Print/Bind/Package/Shipping | | | | 59.00 | 59.00 |

**TOTAL DUE >>>** **$1,750.80**

Location of Job: Web Conference All Parties Joining Remotely
Sacramento, CA 95814

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

---

**DALE K. GALIPO, INC.**
21800 BURBANK BLVD SUITE 310
WOODLAND HILLS, CA 91367

9401

16-1606/1220
1

DATE September 19, 2023

CHECK ARMOR

PAY TO THE ORDER OF Huseby Global Litigation $ 1750.80

One Thousand Seven Hundred Fifty and 80/100 DOLLARS

Photo Safe Deposit® Details on back

CITY NATIONAL BANK
AN RBC COMPANY
(800) 773-7100

PERSONAL & BUSINESS BANKING

FOR Stephenson v. State of CA/CHP
Depo of D. Norem

MP

⑈009401⑈ ⑆122016066⑆ 224172796⑈

# Huseby.com

# Invoice

#90029636

CORPORATE HEADQUARTERS
1230 W. MOREHEAD ST. | SUITE 102 | CHARLOTTE, NC 28208

**Law Offices of Dale K. Galipo**
Cooper Mayne, Esq.
21800 Burbank Boulevard Suite 310
Woodland Hills CA 91367
United States

| Invoice Date | Terms | Due Date | Job Date | Job Number |
|---|---|---|---|---|
| 11/3/2023 | DUR, after 30 days 1.5% | 11/3/2023 | 10/11/2023 | 90019740 |

| Case Number | Case Name |
|---|---|
| 5:21-cv-00526-JAK (KK) | Devonte Stephenson, et al. vs. State of California, County of Riverside, et al. |

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Richard Clark M.D. | 91.00 | Per Page | @ | 4.45 | 404.95 |
| Appearance - Hourly | 2.00 | | @ | 55.00 | 165.00 |
| Huseby Connect Webconferencing | 1.50 | | @ | 80.00 | 120.00 |
| Litigation Support Services | | | | 0.00 | 0.00 |
| Med/Tech/Video/Int Surcharge | 91.00 | Per Page | @ | 0.60 | 54.60 |
| Print/Bind/Package/Shipping | | | | 59.00 | 59.00 |
| Read & Sign | | | | 75.00 | 75.00 |
| Repository Storage/Access/Unlimited Downloads | | | | 0.00 | 0.00 |
| Rough ASCII | 91.00 | Per Page | @ | 1.50 | 136.50 |
| Scheduling Surcharge (less than 24 hours) | | | | 150.00 | 150.00 |
| Swear in | | | | 0.00 | 0.00 |
| Waiting Time | 0.50 | | | 60.00 | 30.00 |

**TOTAL DUE >>>** **$1,195.05**

... Remotely

**DALE K. GALIPO, INC.**
21800 BURBANK BLVD SUITE 310
WOODLAND HILLS, CA 91367

9505

16-1606/1220
1

DATE NOVEMBER 6, 2023

PAY TO THE ORDER OF HUSEBY GLOBAL LITIGATION $ $1,195.05

ONE THOUSAND ONE HUNDRED NINETY-FIVE AND FIVE CENTS DOLLARS

CITY NATIONAL BANK AN RBC COMPANY (800) 773-7100 PERSONAL & BUSINESS BANKING

CHECK ARMOR FRAUD PROTECTION

Photo Safe Deposit® Details on back

FOR STEPHENSON v. STATE OF CA, DEPO R. CLARK M.D.

⑈009505⑈ ⑆122016066⑆ 2241722796⑈

90029636

DALE K. GALIPO, INC.
21800 BURBANK BLVD SUITE 310
WOODLAND HILLS, CA 91367

9524

16-1606/1220
1

DATE NOVEMBER 13, 2023

CHECK ARMOR FRAUD PROTECTION

PAY TO THE ORDER OF HUSEBY GLOBAL LITIGATION $ $788.00

SEVEN HUNDRED EIGHTY-EIGHT AND NO CENTS DOLLARS

Photo Safe Deposit® Details on back

CITY NATIONAL BANK
AN RBC COMPANY
(800) 773-7100
PERSONAL & BUSINESS BANKING

FOR DEPO M GRAHAM, M.D. – STEPHENSON v ST. OF CA

MP

⑈009524⑈ ⑆122016066⑆ 224172796⑈

Huseby.com

# Invoice

#90030743

CORPORATE HEADQUARTERS
1230 W. MOREHEAD ST. | SUITE 102 | CHARLOTTE, NC 28208

**Law Offices of Dale K. Galipo**
Cooper Mayne, Esq.
21800 Burbank Boulevard Suite 310
Woodland Hills CA 91367
United States

50/50% split

| Invoice Date | Terms | Due Date | Job Date | Job Number |
|---|---|---|---|---|
| 11/9/2023 | DUR, after 30 days 1.5% | 11/9/2023 | 10/19/2023 | 90020228 |

| Case Number | Case Name |
|---|---|
| 5:21-cv-00526-JAK (KK) | Devonte Stephenson, et al. vs. State of California, County of Riverside, et al. |

| | | | | | |
|---|---|---|---|---|---|
| ORIGINAL TRANSCRIPT OF: | | | | | |
| Michael Graham, M.D. | 80.00 | Per Page | @ | 4.45 | 356.00 |
| Appearance - Hourly | 2.00 | Each | @ | 55.00 | 165.00 |
| Huseby Connect Webconferencing | 2.00 | | @ | 80.00 | 160.00 |
| Litigation Support Services | | | | 0.00 | 0.00 |
| Med/Tech/Video/Int Surcharge | 80.00 | Per Page | @ | 0.60 | 48.00 |
| Print/Bind/Package/Shipping | | | | 59.00 | 59.00 |

**TOTAL DUE >>>** **$788.00**

Location of Job: Remote Location
, CA

Ordered By: Santiago Laurel
Law Offices of Dale K. Galipo
21800 Burbank Boulevard
Suite 310
Woodland Hills, CA 91367

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

---

**Tax ID:** 31-1763752

Remit to: **Huseby Global Litigation**
**P.O. Box 6180**
**Hermitage, PA 16148-0922**

90030743

Huseby.com

# Invoice

#90034194

CORPORATE HEADQUARTERS
1230 W. MOREHEAD ST. | SUITE 102 | CHARLOTTE, NC 28208

**Law Offices of Dale K. Galipo**
Cooper Mayne, Esq.
21800 Burbank Boulevard Suite 310
Woodland Hills CA 91367
United States

| Invoice Date | Terms | Due Date | Job Date | Job Number |
|---|---|---|---|---|
| 11/28/2023 | DUR, after 30 days 1.5% | 11/28/2023 | 10/26/2023 | 90020229 |

| Case Number | Case Name |
|---|---|
| 5:21-cv-00526-JAK (KK) | Devonte Stephenson, et al. vs. State of California, County of Riverside, et al. |

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| John MacGregor, M.D. | 96.00 | Per Page | @ | 4.45 | 427.20 |
| Appearance - Hourly | 2.00 | Each | @ | 55.00 | 165.00 |
| Huseby Connect Webconferencing | 2.00 | | @ | 80.00 | 160.00 |
| Litigation Support Services | | | | 0.00 | 0.00 |
| Med/Tech/Video/Int Surcharge | 96.00 | Per Page | @ | 0.60 | 57.60 |
| Print/Bind/Package/Shipping | | | | 59.00 | 59.00 |
| Repository Storage/Access/Unlimited Downloads | | | | 0.00 | 0.00 |

**TOTAL DUE >>>** **$868.80**

Location of Job: Remote Location
, CA

Ordered By: Santiago Laurel
Law Offices of Dale K. Galipo
21800 Burbank Boulevard
Suite 310
Woodland Hills, CA 91367

---

**DALE K. GALIPO, INC.**
21800 BURBANK BLVD SUITE 310
WOODLAND HILLS, CA 91367

9555
16-1606/1220
1

DATE NOVEMBER 29, 2023

PAY TO THE ORDER OF HUSEBY GLOBAL LITIGATION $ $868.80

EIGHT HUNDRED SIXTY-EIGHT AND EIGHTY CENTS DOLLARS

CITY NATIONAL BANK AN RBC COMPANY (800) 773-7100
PERSONAL & BUSINESS BANKING

FOR STEPHENSON V. STATE OF CA. DEPO J. MACGREGOR MD

⑈009555⑈ ⑆122016066⑆ 224172796⑈

**Norman Schall & Associates**
Certified Shorthand Reporters
1055 Wilshire Boulevard, Suite 1503
Los Angeles, CA 90017
213-481-3600
www.schalldepo.com

FEDERAL ID NO. 95-2128090 07/31/2025 **REBILL**

| Date | Acct. No. | Job No. | Invoice No. |
|---|---|---|---|
| 07/31/2025 | 1023 | 21-4533 | 258435 |

| Terms | Message |
|---|---|
| NET 30 | **INVOICE IS NOW 0 DAYS OLD** |

Interest added to all past due accounts at 1 1/2 percent per month or maximum legal rate

LAW OFFICES OF DALE K. GALIPO
21800 BURBANK BLVD, STE. 310
WOODLAND HILLS, CA 91367
Attn: COOPER ALISON-MAYE, ESQ.

**Claim No:**

**Other:** SEATTLE

**Insured:** DEVONTE STEPHENSON

**Adjuster:**

**Attorney:**

**Re: DEVONTE STEPHENSON VS. STATE OF CALIFORNIA**

DEPOSITION(S) OF: ALLISON HUNT
Taken: 08/13/2021

**Case No(s):**

| Description | Amount |
|---|---|
| ONE E-COPY | 1,146.95 |

NORMAN SCHALL AND ASSO
1055 WILSHIRE BLVD #150
LOS ANGELES, CA 90017
07/29/2025 15:59:36
CREDIT CARD
AMEX SALE

| | |
|---|---|
| Card # | XXXXXXXXXXX6011 |
| SEQ #: | 3 |
| Batch #: | 379 |
| INVOICE | 3 |
| Approval Code: | 281449 |
| Entry Method: | Manual |
| Mode: | Online |
| Card Code: | M |

SALE AMOUNT $1146.95

CUSTOMER COPY

Payments applied to this invoice (1,146.95)

**INVOICE TOTAL PAY THIS AMOUI** **$0.00**

ELENA BETH SCHALL CSR# 7638

THANK YOU FOR YOUR BUSINESS

**REMITTANCE** **Acct. No.: 1023** **TO ENSURE PROPER CREDIT**

LAW OFFICES OF DALE K. GALIPO
21800 BURBANK BLVD, STE. 310
WOODLAND HILLS, CA 91367
Attn: COOPER ALISON-MAYE, ESQ.

**TO** Norman Schall & Associates
1055 Wilshire Boulevard, Suite 1503
Los Angeles, CA 90017

Job No.: **21-4533** Inv. No.**258435** Billed: **07/31/2025** Amount: **$0.00**

# INVOICE



aptus COURT REPORTING
401 WEST A ST, STE 1680 | SAN DIEGO, CA 92101 | 866-999-8310

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1172088 | 7/31/2025 | 10129842 |
| **Job Date** | **Case No.** | |
| 11/2/2023 | 5:21-cv-00526-JAK (KKx) | |
| **Case Name** | | |
| Devonte Stephenson vs. State of California | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Darci Gilbert
Law Offices of Dale K. Galipo
21800 Burbank Blvd, Ste 310
Woodland Hills, CA 91367

| | |
|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| Daniel Wohlgelertner, M.D., Vol. I | 637.30 |
| SALES TAX | 8.43 |
| **TOTAL DUE >>>** | **$645.73** |

Thank you, your business is greatly appreciated.
Customer is ultimately responsible for payment within our terms.

To pay by check, kindly mail to our corporate office indicated above.

To remit payment via ACH or wire transfer:
HomeStreet Bank | Checking 0030013364 | Routing 325084426

To pay by credit card, please visit our website - www.aptuscr.com
and click on the Pay Online link. Virtual Credit Cards not accepted.
(3% surcharge will be applied, but no surcharge for debit cards)

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$645.73** |

DKG

**Dale K. Galipo, Inc.**
dba The Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367

VOID

2894

DATE AUGUST 14, 2025

PAY TO THE ORDER OF APTUS COURT REPORTING $ 645.73

SIX HUNDRED FORTY-FIVE AND SEVENTY-THREE CENTS DOLLARS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

CITY NATIONAL BANK
An RBC Company
(800) 773-7100

MEMO STEPHENSON V. STATE OF CALIFORNIA

⑈002894⑈ ⑆122016066⑆ 224207123⑈

**Tax ID:** 27-4460942

# INVOICE



aptus. COURT REPORTING
401 WEST A ST, STE 1680 | SAN DIEGO, CA 92101 | 866-999-8310

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1172090 | 7/31/2025 | 10130868 |
| **Job Date** | **Case No.** | |
| 11/6/2023 | 5:21-cv-00526-JAK (KKx) | |
| **Case Name** | | |
| Devonte Stephenson vs. State of California | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Darci Gilbert
Law Offices of Dale K. Galipo
21800 Burbank Blvd, Ste 310
Woodland Hills, CA 91367

| | |
|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| Daniel Wohlgelertner, M.D., Vol. II | 508.75 |
| SALES TAX | 7.36 |
| **TOTAL DUE >>>** | **$516.11** |

Thank you, your business is greatly appreciated.
Customer is ultimately responsible for payment within our terms.

To pay by check, kindly mail to our corporate office indicated above.

To remit payment via ACH or wire transfer:
HomeStreet Bank | Checking 0030013364 | Routing 325084426

To pay by credit card, please visit our website - www.aptuscr.com and click on the Pay Online link. Virtual Credit Cards not accepted. (3% surcharge will be applied, but no surcharge for debit cards)

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$516.11** |

2878

**Dale K. Galipo, Inc.**
dba The Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367

VOID

DATE AUGUST 11, 2025

PAY TO THE ORDER OF APTUS COURT REPORTING, LLC $ 516.11

FIVE HUNDRED SIXTEEN AND ELEVEN CENTS DOLLARS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

CITY NATIONAL BANK
An RBC Company
(800) 773-7100

MEMO STEPHENSON V. STATE OF CALIFORNIA

⑈002878⑈ ⑆122016066⑆ 224207123⑈

**Tax ID:** 27-4460942

# INVOICE



aptus. COURT REPORTING
401 WEST A ST, STE 1680 | SAN DIEGO, CA 92101 | 866-999-8310

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1172092 | 7/31/2025 | 10130871 |
| **Job Date** | **Case No.** | |
| 11/7/2023 | 5:21-cv-00526-JAK (KKx) | |
| **Case Name** | | |
| Devonte Stephenson vs. State of California | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Darci Gilbert
Law Offices of Dale K. Galipo
21800 Burbank Blvd, Ste 310
Woodland Hills, CA 91367

| | |
|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| Bennet Omalu, M.D. | 928.60 |
| SALES TAX | 18.82 |
| **TOTAL DUE >>>** | **$947.42** |

Thank you, your business is greatly appreciated.
Customer is ultimately responsible for payment within our terms.

To pay by check, kindly mail to our corporate office indicated above.

To remit payment via ACH or wire transfer:
HomeStreet Bank | Checking 0030013364 | Routing 325084426

To pay by credit card, please visit our website - www.aptuscr.com
and click on the Pay Online link. Virtual Credit Cards not accepted.
(3% surcharge will be applied, but no surcharge for debit cards)

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$947.42** |

DKG **Dale K. Galipo, Inc.**
dba The Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367

VOID VOID

2907

DATE AUGUST 20, 2025

PAY TO THE ORDER OF APTUS COURT REPORTING $ 947.42

NINE HUNDRED FORTY-SEVEN AND FORTY-TWO CENTS DOLLARS

CITY NATIONAL BANK
An RBC Company
(800) 773-7100

MEMO STEPHENSON V. CHP. RE DR. OMALU

⑈002907⑈ ⑆122016066⑆ 224207123⑈

**Tax ID:** 27-4460942