# EXHIBIT D

# Transaction Record

FedEx

| TRACKING NO.: | SHIP DATE: | ESTIMATED SHIPPING CHARGES: |
|---|---|---|
| 884869306290 | Oct 2, 2025 | 9.65 USD |

## From address

**Law Offices of Dale K. Galipo**
Law Offices of Dale K. Galipo
21800 Burbank Blvd.
Ste. 310
91367 CA Woodland Hills
US
Phone: 8183473333

## To address

**Honorable John A. Kronstadt**
Central District Court, California
350 W 1st St
Courtroom 10C, 10th Floor
90012 CA LOS ANGELES
US
Phone: 8183473333
dgilbert@galipolaw.com

## Package information

| **Pieces** | **Weight** | **Dimensions** (LxWxH) | **Carriage value** | **Package options** |
|---|---|---|---|---|
| 1 x | 1.00 lb | | | n/a |

**Packaging type:**
FedEx Envelope

**Service:**
FedEx Nacional Dia Siguiente

**Pickup / drop-off type:**
I'll drop off my shipment at a FedEx location

**Special Services:**
FedEx One Rate®

## Billing information

Bill transportation cost to: ******876
Bill duties, taxes and fees to:
Your reference:

P.O. No.:
Invoice No.:
Department No.:

**Please note:** This transaction record is neither a statement nor an invoice, and does not confirm shipment tendered to FedEx or payment. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

# Transaction Record

FedEx

| TRACKING NO.: | SHIP DATE: | ESTIMATED SHIPPING CHARGES: |
|---|---|---|
| 883509720490 | Aug 12, 2025 | 12.50 USD |

## From address

**Law Offices of Dale K. Galipo**
Law Offices of Dale K. Galipo
21800 Burbank Blvd.
Ste. 310
91367 CA Woodland Hills
US
Phone: 8183473333

## To address

**Honorable John A. Kronstadt**
Central District Court
350 W. First Street
Courtroom 10C
90012 CA Los Angeles
US
Phone: 8183473333
dgilbert@galipolaw.com

## Package information

| Pieces | Weight | Dimensions (LxWxH) | Carriage value | Package options |
|---|---|---|---|---|
| 1 x | 1.00 lb | | | n/a |

**Packaging type:**
FedEx UK Pak

**Service:**
FedEx Standard Overnight

**Pickup / drop-off type:**
I'll drop off my shipment at a FedEx location

**Special Services:**
FedEx One Rate®

## Billing information

Bill transportation cost to: ******876
Bill duties, taxes and fees to:
Your reference:

P.O. No.:
Invoice No.:
Department No.:

**Please note:** This transaction record is neither a statement nor an invoice, and does not confirm shipment tendered to FedEx or payment. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.