# EXHIBIT 1

**Dale K. Galipo** *Stephenson, et al. v. CHP, et al.*
**Timekeeping Record** **Case No. 5:21cv0526-JAK-DTB**

| Date | Description | Hours |
|---|---|---|
| **07/21/23** | Review case materials | 4.2 |
| **07/22/23** | Review case materials | 3.8 |
| **07/24/23** | Call with Lerman and Peacock | 1.1 |
| **07/29/23** | Review case materials | 3.5 |
| **07/31/23** | Association of counsel/ review case materials | 1.5 |
| **08/01/23** | Review case materials | 2.7 |
| **08/02/23** | Review case materials | 3.3 |
| **08/03/23** | Prepare for Dane Norem deposition | 2.2 |
| **08/04/23** | Prepare for Dane Norem deposition | 1.8 |
| **08/05/23** | Prepare for Dane Norem deposition | 3.4 |
| **08/06/23** | Prepare for Dane Norem deposition | 2.6 |
| **08/07/23** | Deposition of Dane Norem and preparation | 4.2 |
| **08/08/23** | Call with Peacock and Lerman | 0.8 |
| **08/19/23** | Review depositions of Dr. Hunt and Matthew Borden | 2.8 |
| **08/20/23** | Review depositions of David Popko and Eric Leighton | 2.2 |
| **08/26/23** | Review depositions of Daniel Cisneros, Timothy Roy, and Shawn Casteel | 2.4 |
| **08/27/23** | Review depositions of Jeffrey McKee and Stephensons | 3.6 |
| **09/02/23** | Review Motion for Summary Judgment – Research | 2.7 |
| **09/04/23** | Review Motion for Summary Judgment – Research | 2.3 |
| **09/15/23** | Review expert reports – Case Materials | 2.1 |
| **09/16/23** | Review expert reports – Case Materials | 1.4 |
| **09/17/23** | Review expert reports – Case Materials | 3.3 |
| **09/23/23** | Review expert reports – Case Materials | 2.7 |
| **09/24/23** | Review expert reports – Case Materials | 2.0 |
| **09/29/23** | Review rebuttal expert reports | 1.5 |
| **09/30/23** | Review rebuttal expert reports | 2.5 |
| **10/01/23** | Prepare for Dr. Vilke deposition | 2.2 |
| **10/03/23** | Prepare for Dr. Vilke deposition | 3.3 |
| **10/05/23** | Prepare for Dr. Vilke deposition | 1.5 |
| **10/06/23** | Dr. Vilke deposition and preparation | 3.5 |
| **10/07/23** | Review Dr. Hunt deposition and autopsy report | 2.5 |
| **10/08/23** | Review Opposition to Motion for Summary Judgment – Legal Research | 2.5 |
| **10/09/23** | Review Opposition to Motion for Summary Judgment – Legal Research | 2.0 |
| **10/16/23** | Review Reply to Motion for Summary Judgment – Legal Research | 1.7 |
| **10/17/23** | Review Reply to Motion for Summary Judgment – Legal Research | 1.8 |
| **10/17/23** | Prepare for Dr. Graham deposition | 2.7 |
| **10/19/23** | Dr. Omalu preparation | 1.1 |

**Dale K. Galipo** *Stephenson, et al. v. CHP, et al.*
**Timekeeping Record** **Case No. 5:21cv0526-JAK-DTB**

| Date | Description | Hours |
|---|---|---|
| **10/21/23** | Review Response in Support of Motion | 0.5 |
| **10/25/23** | Prepare for Dr. MacGregor deposition | 2.5 |
| **10/26/23** | Dr. MacGregor deposition and preparation | 3.0 |
| **10/31/23** | Preparation session with Dr. Wohlgelernter | 1.5 |
| **11/01/23** | Prepare for Dr. Wohlgelertner's deposition | 1.2 |
| **11/05/23** | Prepare for Robert Fonzi's deposition | 3.3 |
| **11/06/23** | Prepare for Dr. Omalu's deposition | 1.5 |
| **11/07/23** | Dr. Omalu's deposition preparation | 1.0 |
| **11/09/23** | Prepare for Fonzi's deposition | 2.7 |
| **11/10/23** | Deposition of Fonzi and preparation | 3.7 |
| **12/28/23** | Review Supplemental Motion for Summary Judgment - Research | 2.2 |
| **12/29/23** | Review Supplemental Motion for Summary Judgment | 1.8 |
| **01/04/24** | Review Opposition to Motion for Summary Judgment - Research | 2.7 |
| **01/05/24** | Review Opposition to Motion for Summary Judgment | 1.8 |
| **01/06/24** | Review Dane Norem's deposition | 2.2 |
| **01/07/24** | Review Dr. Wohlgelertner's depositions (11/2/23 and 11/6/23) | 2.8 |
| **01/13/24** | Review Dane Norem's deposition and statement | 2.5 |
| **01/14/24** | Review Dr. Omalu's deposition | 1.5 |
| **01/14/24** | Review Dr. Vilke's deposition | 1.7 |
| **01/20/24** | Review Dr. Clark's deposition | 1.3 |
| **01/20/24** | Review Dr. Graham's deposition | 1.7 |
| **01/21/24** | Review Dr. MacGregor's deposition | 2.1 |
| **01/22/24** | Review Fonzi's deposition | 1.9 |
| **01/28/24** | Review McKee's deposition and statement | 2.4 |
| **08/02/24** | Review Supplemental Authority to Motion for Summary Judgment | 2.1 |
| **08/03/24** | Review Supplemental Authority to Motion for Summary Judgment | 1.9 |
| **08/05/24** | Review Motion for Summary Judgment Opposition – Research | 2.4 |
| **08/06/24** | Review Motion for Summary Judgment Opposition - Research | 2.6 |
| **09/18/24** | Review Supplemental Motion for Summary Judgment | 1.4 |
| **10/04/24** | Review Response to Supplemental Authority | 1.7 |
| **11/04/24** | Review Pleadings – Discovery | 1.4 |
| **01/08/25** | Review Notice of Appeal | 0.3 |
| **01/24/25** | Review Motion to Stay Case | 0.5 |
| **02/20/25** | Review Motion to Dismiss Appeal – Legal Research | 1.8 |
| **03/04/25** | Review Motion to Dismiss Appeal – Legal Research | 1.0 |
| **03/05/25** | Review Motion to Dismiss Appeal – Legal Research | 1.3 |
| **03/14/25** | Review Defendants Opposition to Motion to Dismiss | 1.7 |
| **03/16/25** | Review Reply in Support of Motion to Dismiss | 1.8 |
| **07/04/25** | Review Discovery – Investigation Reports | 2.6 |
| **07/05/25** | Review Disclosures – Investigation Reports | 2.0 |

| Date | Description | Hours |
|---|---|---|
| **07/06/25** | Review Statements of Officers and Witnesses | 4.4 |
| **07/07/25** | Review Deposition of Officers | 3.6 |
| **07/08/25** | Review autopsy report | 1.0 |
| **07/12/25** | Review expert reports – related case materials | 4.7 |
| **07/14/25** | Review video | 0.8 |
| **07/14/25** | Review audio | 0.5 |
| **07/14/25** | Review medical records | 1.0 |
| **07/16/25** | Consultation with experts – Noble - Omalu | 2.4 |
| **07/17/25** | Review of expert deposition **–** MacGregor - Graham | 2.1 |
| **07/18/25** | Review expert depositions – Wohlgelernter 1- Clark – Vilke | 3.9 |
| **07/20/25** | Review expert depositions – Fonzi – Noble – Omalu – Wohlgelernter 2 | 5.8 |
| **07/21/25** | Review exhibits | 2.6 |
| **07/21/25** | Review pretrial documents | 4.4 |
| **07/22/25** | Review witness list | 0.8 |
| **07/23/25** | Review exhibit list | 2.0 |
| **07/24/25** | Review jury instructions | 3.8 |
| **07/25/25** | Review verdict form | 1.2 |
| **07/25/25** | Review Pretrial Conference Order and MCLF | 2.7 |
| **07/25/25** | Review Motions in Limine | 3.3 |
| **07/26/25** | Outline statements (officers and witnesses) | 4.7 |
| **07/27/25** | Outline expert reports | 5.3 |
| **07/28/25** | Review plaintiffs' statements and depositions | 3.9 |
| **07/29/25** | Prepare direct examination/review statements and depositions | 5.2 |
| **07/30/25** | Call with Noble | 1.5 |
| **07/30/25** | Prepare expert examination/review reports and depositions | 8.8 |
| **08/01/25** | Review Dane Norem's statement and deposition | 4.7 |
| **08/02/25** | Review Jeffrey McKee's statement and deposition | 3.3 |
| **08/03/25** | Review Matt Borden's statement and deposition | 2.5 |
| **08/04/25** | Review Eric Leighton's statement and deposition | 2.1 |
| **08/05/25** | Review other witness statements | 2.9 |
| **08/06/25** | Review autopsy report and Dr. Hunt deposition | 3.8 |
| **08/07/25** | Review Jeff Noble's report and Fonzi's report | 3.4 |
| **08/08/25** | Review Fonzi's report and deposition | 3.6 |
| **08/09/25** | Review Dr. Clark and Dr. MacGregor's reports | 2.4 |
| **08/10/25** | Review Dr. Clark and Dr. MacGregor's depositions | 4.2 |
| **08/11/25** | Review Vilke's report and deposition | 3.8 |
| **08/12/25** | Review Dr. Wohlgelertner's report and depositions | 3.7 |
| **08/12/25** | Review Dr. Omalu's report and deposition | 2.9 |
| **08/13/25** | Outline depositions – Officers and Witnesses – Review Statements | 8.1 |
| **08/14/25** | Review paramedic report and medical records | 1.6 |

**Dale K. Galipo** *Stephenson, et al. v. CHP, et al.*
**Timekeeping Record** **Case No. 5:21cv0526-JAK-DTB**

| Date | Description | Hours |
|---|---|---|
| **08/15/25** | Outline Dane Norem examination | 6.5 |
| **08/16/25** | Outline Jeffrey McKee examination | 4.5 |
| **08/17/25** | Outline Matt Borden examination | 5.5 |
| **08/18/25** | Outline Eric Leighton examination | 3.8 |
| **08/19/25** | Outline Jeff Noble's examination | 3.2 |
| **08/20/25** | Outline Dr. Omalu's examination | 2.1 |
| **08/21/25** | Wohlgelernter – review opinions | 3.0 |
| **08/22/25** | Outline cross examination of Robert Fonzi | 3.9 |
| **08/23/25** | Outline cross examination of Dr. Clark | 2.7 |
| **08/24/25** | Outline cross examination of Dr. MacGregor | 2.8 |
| **08/25/25** | Outline cross examination of Dr. Vilke | 3.5 |
| **08/26/25** | Outline cross examination of Dr. Graham | 3.0 |
| **08/27/25** | Initial outline - opening statement | 4.7 |
| **08/28/25** | Prepare cross examinations – Officers and Witnesses | 5.7 |
| **08/29/25** | Prepare cross examinations – Officers and Experts | 9.3 |
| **08/29/25** | Call re Joint Status Report | 0.5 |
| **08/30/25** | Trial preparation *(opening statement - Dane Norem – Jeffrey McKee Examination) | 12.5 |
| **08/31/25** | Trial preparation * (Matt Borden - Eric Leighton - Dennis Stout) | 13.5 |
| **09/01/25** | Trial preparation * (Dr. Hunt - Dr. Clark - Dr. Graham - Norem) | 12.7 |
| **09/02/25** | Trial preparation * (McKee) | 3.3 |
| **09/02/25** | Zoom with all counsel | 0.4 |
| **09/03/25** | Trial preparation * (Dr. Clark – Dr. Vilke – Norem - McKee) | 14.1 |
| **09/04/25** | Trial preparation * (opening, Noble – Dr. Omalu – Dr. Wohlgelernter) | 12.9 |
| **09/05/25** | Trial preparation * (opening/closing, Dane Norem and Jeffrey McKee) - Experts | 11.7 |
| **09/05/25** | Conferral re McKee | 0.7 |
| **09/06/25** | Trial preparation * (opening/closing, Dane Norem and Jeffrey McKee) – Experts | 12.3 |
| **09/06/25** | Conference on trial strategy | 1.2 |
| **09/07/25** | Trial preparation *(opening, witnesses, experts, examinations ) | 13.3 |
| **09/08/25** | Trial preparation *(opening, witnesses and expert examinations) | 14.7 |
| **09/09/25** | Trial - Trial preparation * | 16.5 |
| **09/10/25** | Trial – Trial preparation * | 16.0 |
| **09/11/25** | Trial – Trial preparation * | 15.8 |
| **09/12/25** | Trial – Trial preparation * | 16.2 |
| **09/13/25** | Trial preparation * | 13.0 |
| **09/14/25** | Trial preparation * | 13.2 |
| **09/15/25** | Trial – Trial preparation * | 15.9 |
| **09/16/25** | Trial – Trial preparation * | 16.1 |

| Date | Description | Hours |
|---|---|---|
| **09/17/25** | Trial – Trial Preparation * | 14.0 |
| **09/18/25** | Trial - Deliberations and meeting with counsel and clients | 8.0 |
| **09/30/25** | Review Order re briefing of Rule 50(a) | 0.3 |
| **10/02/25** | Review Opposition to Motion for Judgment | 1.2 |
| **10/09/25** | Review Order re Stipulation for Dismissal of McKee | 0.3 |
| **03/06/26** | Review Order re Motion for Judgment | 0.3 |
| **03/12/26** | Review Proposed Judgment | 0.5 |
| **03/20/26** | Review Motion for Judgment | 1.1 |
| **03/27/26** | Review Opposition to Motion for Judgment | 1.3 |
| **04/20/26** | Review Reply to Motion for Judgment | 1.2 |
| **05/03/26** | Prepare for Hearing on Motion for Judgment | 2.3 |
| **05/04/26** | Hearing on Motion for Judgment | 2.7 |
| **05/05/26** | Telephone conference with David Klehm | 0.5 |
| **05/05/26** | Review Status Report | 0.5 |
| **06/12/26** | Review Order re Pendency of Judgment | 0.3 |
| **07/15/26** | Review Status Report | 0.4 |
| **07/23/26** | Review Statement of Objections | 0.7 |
| **07/24/26** | Review Reply to Statement of Objections | 0.6 |
| **08/26/26** | Review Order re Motion for Judgment | 0.3 |
| **08/26/26** | Review Judgment | 0.4 |
| **08/26/26** | Review Order Overruling Objections to Judgment | 0.3 |
| **09/05/26** | Motion for Attorney Fees | 1.7 |
| **09/06/26** | Motion for Attorney Fees | 1.3 |
| **09/07/26** | Motion for Attorney Fees | 2.0 |
| **09/08/26** | Motion for Attorney Fees | 1.5 |
| **09/09/26** | Motion for Attorney Fees | 1.0 |
| | | |
| | **TOTAL HOURS** | 656.2 |
| | *Trial Preparation includes review of investigation reports, officer statements, witness statements, expert reports, deposition transcripts, exhibits, photos of scene, dispatch tape, motions in limine, witness list, exhibit list, jury instructions, verdict form, outlining examination of defendants' and officers, outlining examination of witnesses, outlining examination of plaintiff, outlining examination of experts, preparing voir dire, preparing opening statement, and preparing for direct and cross examinations and closing arguments. | |

**TOTAL HOURS BILLED: 656.2**

**Hourly Rate Requested: $1,500.00**

**Total Amount: $984,300.00**