# EXHIBIT 1

# TIME RECORDS OF COOPER ALISON-MAYNE

Stephenson, et al. v. State of California, et al.
Case No. 5:21-cv-00526-JAK-DTB (C.D. Cal.)

| Date | Description of Services | Hours |
|---|---|---|
| 7/17/2023 | Directed the PACER pull of the docket in No. 21-cv-00526 (C.D. Cal.); reviewed the notice of removal and the first amended complaint it contained together with the full docket; email to Peacock re: the outstanding case documents. | 2.0 |
| 7/24/2023 | Accepted and organized the Stephenson CHP production file share from co-counsel Nicholas Lerman. | 1.0 |
| 7/24/2023 | Convened and attended the four-way conference call with Dale Galipo, Nicholas Lerman and Greg Peacock at which the firm's role in the case was worked out; discussed next steps -- a new Rule 1.5.1 fee-division agreement, a revised retainer, and the tissue-sample stipulation request. | 1.1 |
| 7/25/2023 | Drafted proposed stipulation language seeking a court order directing the Riverside County coroner to release the decedent's preserved tissue samples for examination by plaintiffs' expert. | 0.5 |
| 7/26/2023 | Drafted and sent to co-counsel 1.5.1 agreement. | 2.2 |
| 7/27/2023 | Opened case file and added todos and deadlines to case calendar. | 0.5 |
| 7/28/2023 | Email exchange with defense counsel re: scheduling the deposition of CHP Officer Dane Norem; confirmed the August 7 date. | 0.4 |
| 7/31/2023 | Reviewed the deposition transcripts in the co-counsel production received July 24, in preparation for the August 7 deposition of the principal defendant, CHP Officer Dane Norem. | 3.0 |
| 7/31/2023 | Reviewed the executed Stephenson retainer agreement returned by co-counsel. | 0.3 |
| 8/1/2023 | Continued review of the eleven prior deposition transcripts in the production ahead of the August 7 Norem deposition. | 3.0 |
| 8/1/2023 | Email exchange with co-counsel re: filing of Dale Galipo's notice of appearance, the Rule 1.5.1 agreement, and the status of the PMK deposition notice. | 0.2 |
| 8/2/2023 | Drafted the Form G-123 notices of appearance adding Dale K. Galipo and Cooper Alison-Mayne as counsel of record for Devonte, Linden and Keandre Stephenson, routed Galipo's for signature and sent both to Santiago Laurel for filing. | 0.5 |
| 8/3/2023 | Initial review of the witness statements in the co-counsel production. | 1.5 |
| 8/3/2023 | Reviewed the Riverside County coroner's response to plaintiffs' subpoena re: decedent Leroy Stephenson; email exchange with co-counsel re: follow-through paperwork for the tissue-sample inspection and Dr. Omalu's availability. | 0.3 |
| 8/3/2023 | Reviewed the stipulation for partial modification of the non-expert discovery deadline and extension of the expert disclosure and expert discovery deadlines filed by DAG Baxter (Dkt. 57), with the proposed order; assessed the proposed expert deadlines. | 0.3 |
| 8/4/2023 | Preparation for the deposition of CHP Officer Dane Norem: reviewed co-counsel's incident-timeline notes; reviewed the produced files for the dispatch-tape transcription; prepared a timeline spreadsheet. | 3.1 |

| Date | Description of Services | Hours |
|---|---|---|
| 8/5/2023 | Weekend preparation for the deposition of CHP Officer Dane Norem: review of the audio production, including the 911 call log and post-event dispatch tapes; continued work on a master timeline synchronizing the CAD log, video and audio productions, taser log and 911 calls. | 6.0 |
| 8/7/2023 | Prepared for and attended the deposition of CHP Officer Dane Norem by Zoom; presented exhibits. | 4.0 |
| 8/7/2023 | Audited the production against the record and compiled for co-counsel a list of material that appeared not to have been produced: dispatcher statements, Caltrans statements, post-incident debrief attendee logs, MVARS evidence in/out logs, the CAD printout and continuous dispatch audio. | 2.0 |
| 8/8/2023 | Attended the next-steps conference call with Dale Galipo, Peacock and Lerman. | 0.8 |
| 8/9/2023 | Continued review of the prior deposition transcripts and interview transcripts and recordings. | 2.0 |
| 8/10/2023 | Completed review of the recorded witness and officer statements in the production; identified seven for transcription: Dennis Owen Stout, Eric Leighton, the two Norem and two McKee statements from the Riverside investigation, and the McKee and Betancur statements from the CHP investigation. | 2.1 |
| 8/11/2023 | Drafted the update letter to Dr. Bennet Omalu and curated from scratch a purpose-built Dropbox folder of case materials for him. | 2.0 |
| 8/14/2023 | Concluding review of the eleven prior deposition transcripts. | 2.0 |
| 8/15/2023 | Reviewed Defendants' Joint Objection to Third Party Subpoena Issued by Plaintiffs (Dkt. 59), filed by Lee Roistacher for defendant Jeffrey McKee re: plaintiffs' subpoena to the County of Riverside; assessed its effect on the tissue-sample inspection and the expert schedule. | 0.5 |
| 8/15/2023 | Converted produced video files to MPG format for the cardiology expert; assembled and delivered a curated file set to Dr. Daniel Wohlgelernter; drafted his update letter re: newly available materials. | 2.0 |
| 8/16/2023 | Drafted the update letter to police-practices expert Jeff Noble and assembled his curated Dropbox folder. | 1.2 |
| 8/17/2023 | Identified and raised with Lerman, Peacock and Galipo the exposure created by Roistacher's statement that defendants had served requests for admission in April to which no response was ever made. | 0.8 |
| 8/23/2023 | Reviewed the CHP administrative and criminal investigation interview audio. | 1.2 |
| 8/24/2023 | Continued review of the CHP administrative and criminal investigation interview audio. | 0.7 |
| 8/25/2023 | Continued review of the CHP administrative and criminal investigation interview audio. | 0.8 |
| 8/30/2023 | Reviewed the completed transcript of the Dennis Owen Stout audio interview returned by Santiago Laurel and cleared it for distribution to the experts ahead of the September 15 disclosure deadline. | 0.9 |
| 9/1/2023 | Searched the firm's file for the Parkview Community Hospital records identified as missing from Dr. Wohlgelernter's cardiology materials; email exchange with | 0.6 |

| Date | Description of Services | Hours |
|---|---|---|
| | co-counsel re: same; instructed legal assistant to obtain the records from Parkview before the expert disclosure deadline. | |
| 9/5/2023 | Listened to the dispatch audio and worked through the call log and transcription against the incident chronology. | 1.6 |
| 9/5/2023 | Reviewed the autopsy, coroner and toxicology materials and the hospital records already in the file to fix precisely which medical records the retained experts still lacked for their Rule 26 reports. | 1.2 |
| 9/6/2023 | Listened to the CHP administrative and criminal interview audio of the involved officers and witnesses. | 1.5 |
| 9/6/2023 | Followed up with Santiago Laurel on whether the Parkview Community Hospital record had been obtained, and what steps we need to take to obtain them. | 0.1 |
| 9/7/2023 | Reviewed the MVARS video of the incident and the stills pulled from it. | 1.2 |
| 9/7/2023 | Drafted and sent counsel for the State and for McKee a proposal that the parties exchange their Rule 26 expert reports electronically rather than by mail. | 0.2 |
| 9/8/2023 | Continued review of the MVARS video and stills, including the segments bearing on the prone restraint. | 1.0 |
| 9/8/2023 | Reviewed Jeff Noble's draft police-practices report and Dr. Wohlgelernter's cardiology opinion report; confirmed receipt to Dr. Wohlgelernter. | 1.4 |
| 9/11/2023 | Further review of the MVARS video and stills. | 1.0 |
| 9/12/2023 | Continued review of the CHP administrative and criminal interview audio. | 2.0 |
| 9/12/2023 | Reviewed the DA and Sheriff investigation records in the file. | 1.4 |
| 9/13/2023 | Second request to Baxter and Roistacher on electronic exchange of expert reports, which produced both firms' agreement within minutes. | 0.1 |
| 9/13/2023 | Reviewed Dr. Wohlgelernter's and Jeff Noble's expert reports in preparation for working conferences with each; scheduled the calls. | 1.4 |
| 9/14/2023 | Drafted the joint stipulation to continue the expert disclosure deadlines with supporting declaration and proposed order; revised and recirculated it to extend the expert discovery completion date; assembled electronic signature authorizations from Baxter, Sullivan and Roistacher; directed filing (Dkt. 61). | 0.8 |
| 9/14/2023 | Prepared for and attended the meet and confer with defense counsel Baxter, Roistacher and Sullivan re: continuance of the expert disclosure and expert discovery deadlines. | 0.7 |
| 9/14/2023 | Held working conference with Dr. Wohlgelernter re: his cardiology opinion report; held working conference with Jeff Noble; reviewed Noble's final report, signed signature page and CV with case list against the Rule 26 disclosure exhibit requirements. | 2.5 |
| 9/15/2023 | Reviewed Dr. Omalu's draft forensic pathology report; attempted to coordinate the coroner's tissue-slide inspection; sent comments to Omalu. | 1.1 |
| 9/15/2023 | Completed review of the CHP interview transcriptions. | 1.4 |
| 9/15/2023 | MVARS review and identified the stills to be used as exhibits. | 1.0 |

| Date | Description of Services | Hours |
|---|---|---|
| 9/18/2023 | Reviewed the scene and autopsy photographs, the decedent's criminal history records and the TASER download materials. | 1.2 |
| 9/19/2023 | Completed review of the CHP administrative and criminal interview audio. | 1.6 |
| 9/19/2023 | Completed the dispatch audio, call log and call log transcription review. | 1.6 |
| 9/19/2023 | Continued review of the autopsy, coroner and toxicology records against the defense medical theories. | 1.1 |
| 9/20/2023 | Worked through the Riverside DA and Sheriff investigation records produced to date; worked on plaintiff's discovery: identified the discovery responses, family photographs and unscanned materials. | 1.4 |
| 9/21/2023 | Reviewed Judge Kronstadt's order modifying the schedule (Dkt. 63) and calendared the three expert dates; scheduled the meet and confer with Baxter re: Officer Norem's summary judgment issues; reviewed the medical records received against outstanding expert needs. | 0.6 |
| 9/22/2023 | Began review of Defendants' Joint Initial Expert Witness Disclosures served by Baxter for the State, Norem and McKee, with the reports of Robert Fonzi, Michael Graham M.D., Gary Vilke M.D., Richard Clark M.D. and John MacGregor M.D. | 2.1 |
| 9/22/2023 | Drafted plaintiffs' Rule 26 initial expert disclosure. | 2.0 |
| 9/25/2023 | Reviewed McKee's motion for summary judgment (Dkt. 64) with its memorandum, statement of uncontroverted facts, Roistacher declaration and exhibits; requested the Word version of the separate statement from Roistacher's office; analyzed the Rule 36 deemed-admissions argument and its supporting declaration and exhibits. | 2.3 |
| 9/25/2023 | Reviewed and authorized service of plaintiffs' notices of deposition of the five defense experts. | 0.2 |
| 9/25/2023 | Set the slide-inspection plan and deadline framework for staff, directing Santiago to begin coordinating with the coroner's office and Dr. Omalu that day for a session in time for a supplemental report by the October 6 rebuttal deadline. | 0.2 |
| 9/25/2023 | Prepared for and attended the telephonic meet and confer with Deputy Attorney General Baxter re: the State's and Officer Norem's anticipated summary judgment issues. | 0.5 |
| 9/27/2023 | Received the Parkview Community Hospital records; assembled and transmitted them with defendants' medical expert reports to Dr. Omalu and Dr. Wohlgelernter; directed that any supplemental report be completed by the October 6 deadline. | 1.2 |
| 9/27/2023 | Correspondence with defense counsel Roistacher re: service of the requests for admission; conveyed plaintiffs' settlement demand. | 0.5 |
| 9/28/2023 | Reviewed Roistacher's electronic service attachments, including the e-served discovery responses and deposition notices; researched service under Rule 5(b)(2)(E) and authority on email service of requests for admission; drafted the Rule 36 section of plaintiffs' opposition. | 2.0 |
| 9/28/2023 | Continued review of the five defense expert reports to fix the scope of rebuttal; | 2.0 |

| Date | Description of Services | Hours |
|---|---|---|
| | conferred with Dr. Wohlgelernter re: cardiology rebuttal. | |
| 9/29/2023 | Continued review of the Riverside DA and Sheriff investigation records. | 0.8 |
| 9/29/2023 | Completed the review of the Fonzi, Graham, Vilke, Clark and MacGregor reports and settled the rebuttal plan, allowing Dr. Omalu the following week to review while holding him to the October 6 rebuttal disclosure deadline. | 1.0 |
| 9/29/2023 | Began pulling and reviewing the prior deposition and trial testimony of the defense experts in other cases, starting with Dr. Vilke and Dr. Clark. | 2.1 |
| 9/30/2023 | Drafted plaintiffs' memorandum in opposition to McKee's motion for summary judgment, working from the motion, the separate statement obtained from Roistacher's office and the record assembled for the experts. | 4.0 |
| 10/1/2023 | Continued drafting the opposition through the weekend: the Fourth Amendment excessive force and prone-restraint sections, the qualified immunity section, and the legal research behind them. | 4.0 |
| 10/2/2023 | Continued drafting the opposition, including the Rule 36 service section built on Rule 5(b)(2)(E), Bunn v. Dash and the Peacock declaration. | 3.0 |
| 10/2/2023 | Began plaintiffs' statement of genuine disputes. | 1.0 |
| 10/3/2023 | Completed the draft memorandum in opposition, including the statement of facts and the citations to the deposition and record exhibits. | 2.0 |
| 10/3/2023 | Drafted plaintiffs' statement of additional material facts and the evidentiary objections; prepared the supporting declaration in support of the opposition with the exhibit list comprising Exhibits A through J. | 1.5 |
| 10/4/2023 | Prepared the Dr. Vilke examination materials for Dale Galipo, organizing the report, the underlying literature and the cross-examination points. | 1.5 |
| 10/5/2023 | Received the DOJ FileXchange transmission of the materials furnished to defendants' expert Dr. Vilke and summarized the contents for Dale Galipo in preparation for the October 6 deposition, which Mr. Galipo took alone. | 0.5 |
| 10/5/2023 | Held the call with Baxter on the expert depositions. | 0.5 |
| 10/6/2023 | Copyedited and revised the completed opposition, circulated it to Peacock and Lerman for substantive comment and to Hang Le and Renee Valentine in the firm for internal review, and sent out a further corrected version the same evening. | 1.1 |
| 10/6/2023 | Reviewed the Peacock declaration re: service of the requests for admission; finished the statement of additional material facts; directed exhibit labeling and trimming, conforming of citations to the exhibit names, and alignment of page numbers with CM/ECF pagination. | 1.5 |
| 10/6/2023 | Reviewed Dr. Omalu's rebuttal report and conferred with him re: same; verified the corrected report and released it for service; reviewed Dr. MacGregor's rebuttal report. | 2.0 |
| 10/9/2023 | Considered Renee Valentine's internal review of the points and authorities and the statement of additional material facts and made the final revisions to the opposition before filing. | 0.6 |
| 10/9/2023 | Copyedit Peacock's declaration, finalized Mayne declaration and Exhibits A | 1.5 |

| Date | Description of Services | Hours |
|---|---|---|
| | through J, and made the final pass on the statement of genuine disputes and the statement of additional material facts before filing. | |
| 10/9/2023 | Worked with opposing counsel and experts to schedule expert deposition on both sides. | 0.2 |
| 10/9/2023 | Reviewed and finalized the opposition package: Dkt. 65 (memorandum in opposition with supporting declarations and Exhibits A-J), Dkt. 66 (statement of additional material facts), Dkt. 67 (statement of genuine disputes) and the Dkt. 68 notice of lodging; completed the notice of manual filing for the audiovisual exhibits. | 0.6 |
| 10/10/2023 | Prepared to take the deposition of defense expert Dr. Richard Clark. | 4.0 |
| 10/10/2023 | Prepared the Notice of Errata correcting Exhibits A, B, D, G and I to the declaration at Dkt. 65-2; revised and approved the final package for filing as Dkt. 69. | 0.6 |
| 10/10/2023 | Drafted the second joint stipulation to continue the expert discovery completion deadline with the supporting declaration and proposed order, had it filed the same day as Dkt. 70 under his ECF login, and directed that the Word proposed order be sent to Judge Kronstadt's chambers. | 0.7 |
| 10/11/2023 | Prepared for and took the deposition of defense expert Richard Clark M.D., completing preparation on the morning of the deposition. | 5.0 |
| 10/12/2023 | Reviewed the prior testimony of the defense experts in other cases in preparation for Dr. Graham's October 19 and Dr. MacGregor's October 26 depositions. | 2.4 |
| 10/13/2023 | Completed review of the photographs, audio and video, medical records, and TASER materials in light of defense expert characterizations and reliance on the materials. | 2.0 |
| 10/16/2023 | Reviewed defendant McKee's Reply in support of his Motion for Summary Judgment (Dkt. 72) and the supporting declarations of Lee Roistacher and Kimberly Sullivan, filed the evening of October 16, and noted the points requiring answer at the hearing. | 1.4 |
| 10/17/2023 | Prepared the examination of defendants' forensic pathology expert Dr. Michael Graham for his October 19 deposition, working his opinions against Dr. Omalu's report on cause and mechanism of death. | 3.5 |
| 10/17/2023 | Opened settlement discussions with the State, sending Deputy Attorney General Baxter an email. | 0.3 |
| 10/18/2023 | Reviewed the material produced as Dr. Michael Graham's expert file. | 2.6 |
| 10/18/2023 | Continued preparing the Graham examination and reviewed the Berns, Bozyk, Finn and Hitchcock scene photograph archives produced with his expert file in the same two FileXchange transmissions the afternoon before the deposition. Prepared examination outline. | 3.0 |
| 10/19/2023 | Prepared for and took the deposition of defendants' forensic pathology expert Dr. Michael Graham by Zoom, including final review of his prior testimony and retention materials. | 2.6 |
| 10/19/2023 | Held the evening preparation call with plaintiffs' forensic pathology expert Dr. | 1.1 |

| Date | Description of Services | Hours |
|---|---|---|
| | Bennet Omalu. | |
| 10/25/2023 | Prepared the examination of defendants' expert Dr. John MacGregor for the October 26 deposition and confirmed the reporter. | 1.2 |
| 10/26/2023 | Prepared for and attended depo of defendants' expert Dr. John MacGregor. | 2.0 |
| 10/31/2023 | Prepared Dr. Wohlgelernter to be defended at his rescheduled November 2 deposition, comparing his cardiology opinions against the defense reports and discussing potential lines of cross. | 1.5 |
| 11/2/2023 | Preparation call and defending deposition of Dr. Wohlgelernter. | 4.0 |
| 11/3/2023 | Began the police-practices examination outline for Dale Galipo to use at the November 10 Fonzi deposition. | 0.8 |
| 11/6/2023 | Preparation call and defense of volume II of Dr. Wohlgelernter's deposition. | 2.0 |
| 11/7/2023 | Defended the deposition of plaintiffs' forensic pathology expert Dr. Bennet Omalu, taken by the State. | 3.0 |
| 11/10/2023 | Reviewed the court's order (Dkt. 74) requiring McKee to respond to plaintiffs' Statement of Genuine Disputes of Material Fact (Dkt. 67) and Statement of Additional Material Facts (Dkt. 66) by November 24, 2023. | 0.3 |
| 11/13/2023 | On Dale Galipo's instruction, asked Baxter whether the State would open settlement discussions now that expert discovery had closed, and offered to schedule a mediation. | 0.2 |
| 11/21/2023 | Reviewed McKee's Response to Plaintiffs' Statement of Genuine Disputes of Material Facts (Dkt. 75) and Response to Plaintiffs' Statement of Additional Material Facts (Dkt. 76). | 0.7 |
| 11/22/2023 | Reviewed the plaintiffs' own deposition transcripts Lerman forwarded on November 20. | 2.3 |
| 11/29/2023 | Audited the Vilke production against its index and determined that the file labelled 'Allison Hunt Deposition Transcript' contained only exhibits; requested the transcript from Baxter; directed legal assistant's parallel search of the file. | 0.4 |
| 12/6/2023 | Reviewed Robert Fonzi's deposition transcript on its receipt into the case file. | 1.1 |
| 12/15/2023 | Prepared for the December 18 hearing on McKee's Motion for Summary Judgment: reviewed the motion, plaintiffs' opposition, McKee's reply (Dkt. 72) and his responses to plaintiffs' separate statements (Dkts. 75-76); prepared argument on failure to intervene, integral participation and the negligence claim. | 2.0 |
| 12/18/2023 | Prepared for and attended the hearing before Judge Kronstadt on defendant McKee's Motion for Summary Judgment; argued the opposition; round trip drive time (1.2). | 4.2 |
| 12/28/2023 | Reviewed defendant McKee's supplemental brief on failure to intervene and integral participation (Dkt. 79); began plaintiffs' response; searched Westlaw and PACER for Wright v. City of San Bernardino, 2023 U.S. Dist. LEXIS 192897 and requested a copy from Roistacher. | 1.5 |
| 12/29/2023 | Read Wright v. City of San Bernardino, 2023 U.S. Dist. LEXIS 192897 and several other cases cited by Roistacher. | 1.1 |

| Date | Description of Services | Hours |
|---|---|---|
| 1/2/2024 | Drafted plaintiffs' response to McKee's supplemental briefing and researched the controlling Ninth Circuit authority on failure to intervene and integral participation. | 2.5 |
| 1/3/2024 | Continued drafting plaintiffs' response brief. | 2.0 |
| 1/4/2024 | Completed the draft response brief and circulated it to Lerman and Peacock for comment. | 1.5 |
| 1/4/2024 | Asked Baxter and Roistacher whether their clients would agree to mediation with Copeland so the parties would have a position to report to the court on January 9. | 0.1 |
| 1/5/2024 | Finalized Plaintiffs' Response to Defendant McKee's Supplemental Briefing Regarding His Motion for Summary Judgment (Dkt. 80), including the table of contents, and completed the filing. | 1.2 |
| 1/5/2024 | Reviewed defendants' request for a two-week stipulated extension of the deadline to report to the court on further mediation. | 0.1 |
| 1/9/2024 | Reviewed Baxter's proposed stipulation and proposed order extending the mediation-report deadline; authorized electronic signature for filing (Dkt. 81). | 0.1 |
| 1/17/2024 | Followed up with Baxter, Roistacher and Sullivan for a decision on mediation ahead of the continued January 23 report deadline (Dkt. 82). | 0.1 |
| 1/23/2024 | Reviewed Baxter's draft joint report on whether further mediation would be productive and authorized signature on plaintiffs' behalf; reviewed the docket re: withdrawal of Dkt. 83, the Dkt. 84 withdrawal notice and the filing of the Joint Report (Dkt. 85). | 0.2 |
| 1/30/2024 | Returned Greg Peacock's call on the status of the case and next steps. | 0.3 |
| 3/12/2024 | Noted the reassignment of the case to Magistrate Judge David T. Bristow for discovery and post-judgment matters (Dkt. 87) and updated the caption used on plaintiffs' filings to 5:21-cv-00526-JAK-DTBx. | 0.1 |
| 6/4/2024 | Sent defense counsel Klehm a written summary of the parties' exhibit agreements re: foundation of the physical evidence, the MVARs and the diagrams; produced the photographs plaintiffs intended to use at trial; correspondence re: an undisclosed book and the status of the 3D scene reconstruction. | 1.0 |
| 6/7/2024 | Conferred with defense counsel Klehm re: the conflict between the June 18 Final Pretrial Conference and Dale Galipo's trial in Childress v. LVMPD, No. 2:16-cv-03039; drafted, revised and sent the letter to the clerk re: the conflict and alternative dates. | 0.8 |
| 7/30/2024 | Identified new Ninth Circuit authority applying Drummond and drafted Plaintiffs' Notice of Supplemental Authority in support of plaintiffs' opposition to defendants' motion for summary judgment (Dkt. 91). | 1.5 |
| 8/2/2024 | Finalized Plaintiffs' Notice of Supplemental Authority for filing (Dkt. 91) and emails Roistacher about it as well. | 1.2 |
| 8/6/2024 | Reviewed McKee's response to plaintiffs' notice of supplemental authority (Dkt. 92). | 0.3 |
| 9/18/2024 | Reviewed the further supplement Roistacher filed in support of McKee's motion for summary judgment, his own notice of supplemental authority (Dkt. 93) | 0.5 |

| Date | Description of Services | Hours |
|---|---|---|
| 10/3/2024 | Drafted Plaintiffs' Response to Defendant McKee's Notice of Supplemental Authority in support of his motion for summary judgment (Dkt. 94). | 1.0 |
| 10/4/2024 | Finalized and filed Plaintiffs' Response to Defendant McKee's Notice of Supplemental Authority in Support of His Motion for Summary Judgment (Dkt. 94). | 0.8 |
| 12/17/2024 | Reviewed David Klehm's notice of appearance as counsel of record for the State of California and Dane Norem (Dkt. 95); confirmed the service list for plaintiffs' filings. | 0.1 |
| 1/3/2025 | Reviewed Judge Kronstadt's in-chambers order granting in part and denying in part McKee's motion for summary judgment (Dkt. 96); analyzed the meet-and-confer and joint report obligations imposed for the January 21 filing and the January 27 scheduling conference. | 1.2 |
| 1/6/2025 | Conferred with co-counsel Greg Peacock re: the court-ordered scheduling conferral; email exchange with defense counsel Lee Roistacher and David Klehm re: scheduling the meet and confer in advance of the joint status report. | 0.5 |
| 1/6/2025 | Reviewed Roistacher's notice of McKee's appeal from the summary judgment order and request that the conferral address a stay pending appeal; analyzed the stay and dismissal issues; conference with Mr. Galipo and co-counsel re: same. | 0.8 |
| 1/7/2025 | Reviewed defendant McKee's Notice of Appeal to the Ninth Circuit from the summary judgment order (Dkt. 97) and assessed its effect on the trial schedule and on the likelihood of a stay of district court proceedings. | 0.1 |
| 1/17/2025 | Prepared for and attended the court-ordered meet-and-confer conference call with Roistacher and Klehm re: trial dates and McKee's request for a stay pending the interlocutory appeal. | 1.0 |
| 1/17/2025 | Built plaintiffs' full proposed pretrial schedule and circulated it. | 1.0 |
| 1/17/2025 | Reviewed defendants' asserted scheduling conflicts; computed a March 18 counter-proposal under the standing order's requirement that mediation occur within 30 days of the final ruling on all motions and trial six weeks after. | 0.6 |
| 1/21/2025 | Drafted the Joint Status Report on proposed trial dates and further settlement efforts required by the January 3 order; circulated the draft to defense counsel Roistacher and Klehm. | 0.9 |
| 1/21/2025 | Reviewed Roistacher's and Klehm's returned markups of the joint status report; revised the report; email exchange with defense counsel re: proposed trial dates. | 1.2 |
| 1/21/2025 | Obtained e-signature authority from both defense firms; merged the State's proposed dates into the report; assembled and filed the Joint Status Report re: scheduling (Dkt. 101) on the court-ordered deadline. | 1.0 |
| 1/24/2025 | Reviewed McKee's Notice of Motion and Motion to Stay the Case pending resolution of the interlocutory appeal and the supporting memorandum (Dkt. 103), set for hearing March 3, 2025; analyzed plaintiffs' response; verified the briefing dates. | 0.8 |
| 2/4/2025 | Prepared for and attended the Ninth Circuit mediation assessment conference in appeal No. 25-336 before circuit mediator Robert Kaiser; conferred with co-counsel Greg Peacock re: case status. | 0.8 |

| Date | Description of Services | Hours |
|---|---|---|
| 2/7/2025 | Took circuit court mediator follow-up call. | 1.0 |
| 2/13/2025 | Drafted plaintiffs' Notice of Motion and Motion to Voluntarily Dismiss with Prejudice All Federal Claims Against Defendant McKee and the supporting memorandum of points and authorities, including research on the district court's retained jurisdiction during the interlocutory appeal; transmitted the papers to Klehm. | 0.7 |
| 2/13/2025 | Opened and worked the Local Rule 7-3 meet and confer with Klehm on the motion to dismiss the federal claims, asked whether the State would oppose. | 0.4 |
| 2/13/2025 | Drafted and filed plaintiffs' Notice of Non-Opposition to McKee's Motion to Stay (Dkt. 104). | 0.3 |
| 2/13/2025 | Followed up with circuit mediator. | 0.2 |
| 2/20/2025 | Drafted plaintiffs' settlement demand letter to McKee's counsel; conference with co-counsel re: same. | 1.0 |
| 2/21/2025 | Finalized plaintiffs' notice of motion and memorandum of points and authorities to voluntarily dismiss with prejudice all federal claims against McKee; instructed legal assistant re: filing; confirmed the filing (Dkt. 105) and the March 24, 2025 hearing date. | 0.2 |
| 3/3/2025 | Summarized the March 3 hearing for defense counsel Klehm re: the court's direction that the parties confer on trial dates and the scope of the March 24 hearing on trial setting and the stay motion. | 0.5 |
| 3/3/2025 | Reviewed McKee's Opposition to plaintiffs' motion to dismiss with prejudice all federal claims against him (Dkt. 107); outlined plaintiffs' reply due March 10. | 0.9 |
| 3/3/2025 | Prepared for and attended by Zoom the hearing on McKee's motion to stay pending the interlocutory appeal (Dkt. 106); the court continued the motion to March 24 to be heard with plaintiffs' motion to dismiss and ordered an updated status report. | 1.5 |
| 3/10/2025 | Researched and wrote plaintiffs' Reply in Support of the Motion to Dismiss with Prejudice All Federal Claims Against Defendant McKee. | 1.8 |
| 3/10/2025 | Transmitted plaintiffs' settlement demand letter to Roistacher with a cover message urging the offer on his client, and confirmed he would forward it. | 0.1 |
| 3/11/2025 | Reviewed the docketed minute order from the March 3 hearing (Dkt. 111) | 0.3 |
| 3/12/2025 | Drafted the further joint report re scheduling ordered by the March 3 minute order, setting out plaintiffs' proposed dates and the reasons for them as the court had directed. | 0.6 |
| 3/13/2025 | Circulated the draft further joint report re scheduling to Roistacher, Klehm and Galipo,. | 0.5 |
| 3/14/2025 | Email exchange with defense counsel Klehm re: proposed trial dates and revisions to the further joint scheduling report; revised the report. | 0.5 |
| 3/17/2025 | Reviewed defendants' rewritten Joint Scheduling Report returned by Klehm; reconciled it against plaintiffs' version, merged the State's proposed dates and recirculated the combined draft. | 1.4 |

| Date | Description of Services | Hours |
|---|---|---|
| 3/17/2025 | Incorporated Roistacher's additions and defendants' paragraph reciting Klehm's trial dates and vacation schedule into the joint scheduling report; revised plaintiffs' section; email exchange with defense counsel re: same. | 1.0 |
| 3/17/2025 | Produced the final draft of the joint report; obtained filing and e-signature authority from Klehm and Roistacher; filed the Joint Report Rule 26(f) Discovery Plan regarding scheduling order, estimating a six-day trial (Dkt. 112), on the court-ordered deadline. | 0.5 |
| 3/24/2025 | Prepared for and argued plaintiffs' motion to voluntarily dismiss all federal claims against McKee, heard with the status conference (Dkt. 113); the court took the motion under submission and set the September 9, 2025 jury trial and August 25, 2025 final pretrial conference (Dkt. 114). | 1.5 |
| 3/28/2025 | Reviewed the March 24 minute order (Dkt. 114) and Judge Kronstadt's in-chambers order (Dkt. 115) granting plaintiffs' motion to partially dismiss with prejudice all federal claims against McKee and denying McKee's motion to stay as moot. | 0.6 |
| 3/31/2025 | Pressed both defense firms to contribute to joint report on further settlement efforts due that day and defined its content as a short statement that the parties agreed further mediation would not be useful at this time. | 0.3 |
| 4/1/2025 | Drafted the joint report on further mediation; circulated it for the State's approval; filed the Joint Report of Update Regarding Mediation (Dkt. 116) with all counsel's signatures. | 0.5 |
| 4/1/2025 | Correspondence with defense counsel Roistacher re: stipulating to dismissal of Ninth Circuit appeal No. 25-336 as moot following Judge Kronstadt's order dismissing the federal claims. | 0.2 |
| 4/2/2025 | Reviewed Roistacher's draft stipulation to dismiss Ninth Circuit appeal No. 25-336 and authorized electronic signature and filing. | 0.1 |
| 4/2/2025 | Reviewed the court's text-only order (Dkt. 117) setting the April 7 status conference; confirmed the trial and pretrial conference dates set at Dkt. 114; drafted and circulated for defendants' approval a joint communication to chambers requesting that the April 7 conference be vacated. | 0.8 |
| 4/4/2025 | Sent the approved joint communication to Judge Kronstadt's chambers on behalf of all parties; obtained confirmation that the April 7, 2025 status conference would be vacated (Dkt. 118). | 0.1 |
| 4/11/2025 | Reviewed the Ninth Circuit's order dismissing appeal No. 25-336 pursuant to the parties' stipulation and serving as the mandate, as docketed in the district court (Dkt. 119); closed out the appellate briefing calendar. | 0.1 |
| 6/19/2025 | Reviewed defense counsel Kimberly Sullivan's notice of the Local Rule deadlines to meet and confer before the final pretrial conference and on motions in limine; calendared both deadlines; email exchange with Klehm's office and co-counsel Greg Peacock re: scheduling the Local Rule conference. | 0.3 |
| 6/20/2025 | Telephone conference with defense counsel Sullivan re: case posture and defendants' settlement proposal; email to Klehm re: confirming the date for the Local Rule pretrial meet and confer. | 0.5 |

| Date | Description of Services | Hours |
|---|---|---|
| 6/22/2025 | Reported to co-counsel Greg Peacock over the weekend on the June 20 call with defense counsel and on defendants' settlement posture. | 0.2 |
| 6/24/2025 | Continued the trial preparation notes and case overview, developing the chronology of incident and the proof needed on each surviving claim. | 2.9 |
| 6/24/2025 | Instructed legal assistant re: confirming the September 9, 2025 trial availability of plaintiffs' retained experts Dr. Daniel Wohlgelernter, Jeff Noble and Dr. Bennet Omalu; reviewed staff report on the responses. | 0.2 |
| 6/25/2025 | Continued the trial preparation notes and case overview, outlining the expert presentation and the anticipated defense themes. | 2.5 |
| 6/26/2025 | Continued the trial preparation notes and case overview, reviewing the pretrial document requirements of the standing order and local rules. | 1.0 |
| 6/26/2025 | Confirmed July 1 for the Local Rule pretrial meet and confer with all defense counsel following Stephanie Vollmer's and David Klehm's confirmations. | 0.1 |
| 7/1/2025 | Continued re-review of the deposition transcripts in preparation for the September 9 trial. | 0.9 |
| 7/1/2025 | Prepared for and attended the Local Rule 16-2 pretrial meet and confer with all defense counsel re: the pretrial documents required before the final pretrial conference and the allocation of first drafts. | 1.0 |
| 7/3/2025 | Started work on Jury Instructions, compiling samples from past cases. | 0.6 |
| 7/7/2025 | Continued the re-review of interview transcripts and deposition transcripts. | 0.9 |
| 7/8/2025 | Indexed the proposed instruction set and pulled the authority behind the instructions expected to be contested, in preparation for the exchange with defense counsel. | 3.0 |
| 7/9/2025 | Confirmed and calendared the jury-instruction exchange deadline as renegotiated by agreement; continued drafting Jury Instructions. | 2.0 |
| 7/11/2025 | Continued the re-review of the expert reports and statements for trial. | 1.1 |
| 7/11/2025 | Continued the re-review of the decedent's medical records and the CAD logs. | 1.0 |
| 7/15/2025 | Reviewed the deposition transcripts of Devonte, Keandre and Linden Stephenson. | 3.0 |
| 7/15/2025 | Planned for and calendared the expert trial-preparation calls with all plaintiff experts. | 0.2 |
| 7/16/2025 | Continued the re-review of the expert reports and statements for trial. | 1.6 |
| 7/16/2025 | Continued work on Jury Instructions. | 1.2 |
| 7/17/2025 | Continued drafting the plaintiffs' proposed jury instructions for service on defense counsel. | 1.3 |
| 7/17/2025 | Prepared the first working draft of the proposed Final Pretrial Conference Order and the accompanying notice of lodging. | 1.2 |
| 7/18/2025 | Continued drafting the plaintiffs' proposed jury instructions for service on defense counsel. | 1.5 |
| 7/18/2025 | Drafted the plaintiffs' witness list for inclusion in the joint witness list to be | 1.0 |

| Date | Description of Services | Hours |
|---|---|---|
| | served with the pretrial package. | |
| 7/21/2025 | Made the last fixes to the instruction set and cleared the reformatted packet for service with the joint documents. | 1.0 |
| 7/21/2025 | Finished the proposed Final Pretrial Conference Order and assembled it with the balance of the joint pretrial package for service. | 0.8 |
| 7/21/2025 | Assembled and served the drafts of the joint pretrial documents, the FPTCO, joint jury instructions, joint witness list and joint exhibit list, on defense counsel Kimberly Sullivan and David Klehm; set a track-changes protocol and proposed July 28 for the return of redlines. | 0.4 |
| 7/21/2025 | Built the plaintiffs' side of the joint exhibit list. | 1.2 |
| 7/22/2025 | Completed the plaintiffs' proposed verdict form and circulated it to all counsel. | 1.2 |
| 7/22/2025 | Prepared for and conducted a Zoom meeting with the Stephenson plaintiffs, including Devonte Stephenson, re: trial preparation. | 2.0 |
| 7/23/2025 | Began the witness-by-witness trial prep packages listing strengths, weaknesses, and lines of questioning for each. | 2.3 |
| 7/23/2025 | Telephone conference with Devonte Stephenson's mother. | 1.2 |
| 7/24/2025 | Continued the re-review of the deposition transcripts for trial, including the plaintiffs' transcripts newly received from co-counsel. | 1.4 |
| 7/24/2025 | Continued the witness-by-witness trial prep packages listing strengths, weaknesses, and lines of questioning for each. | 1.6 |
| 7/24/2025 | Follow-up telephone conference with plaintiff Linden Stephenson re: trial preparation. | 0.9 |
| 7/25/2025 | Answer Defense counsel emails re jury instructions. Confirmed for Lee Roistacher that plaintiffs' proposed Instruction 1.5 had been included in the joint packet served July 21. | 0.2 |
| 7/25/2025 | Identified the transcripts and audio recordings still needed for trial and directed the price quoting process. | 0.4 |
| 7/29/2025 | Corresponded with defense counsel Klehm and Vollmer re: the DOJ defendants' overdue jury instructions under paragraph 60 of the Standing Order; reviewed the defense's proposed jury instructions against plaintiffs' set; noticed defense counsel of plaintiffs' eggshell-plaintiff instruction, CACI 3928. | 1.4 |
| 7/29/2025 | Reviewed the defense's version of the pretrial conference order returned by Kimberly Sullivan against plaintiffs' draft. | 1.2 |
| 7/29/2025 | Reviewed the defense witness list against the plaintiffs' draft and work on confirming contact information for all witnesses. | 1.1 |
| 7/29/2025 | Reviewed the defense exhibit list; set the agenda for the August 1 meet and confer to include an initial discussion of authenticity and admissibility of the exhibits, which Sullivan accepted. | 0.4 |
| 7/30/2025 | Researched and drafted plaintiffs' written positions on each disputed jury instruction for the August 1 meet and confer and gave defense counsel notice that plaintiffs were still weighing an adverse inference instruction on which no | 3.2 |

| Date | Description of Services | Hours |
|---|---|---|
| | agreement was expected. | |
| 7/30/2025 | Revised the pretrial conference order into the July 29 version against the defense redline returned the previous evening. | 0.8 |
| 7/30/2025 | Directed the cut of the McKee and Norem video to the portions relevant to the use of force; reviewed the scanned photographs from the Lerman albums to select exhibits for the exhibit list. | 0.3 |
| 7/30/2025 | Prepared for and took the trial-preparation call with police-practices expert Jeff Noble and Mr. Galipo. | 1.5 |
| 7/31/2025 | Reviewed the Wohlgelernter Volume I and Volume II and Omalu expert deposition transcripts delivered by the reporting agency two nights earlier, together with the expert reports, in preparation for the experts' trial testimony. | 3.0 |
| 7/31/2025 | Continued the witness-by-witness trial prep packages listing strengths, weaknesses, and lines of questioning for each. | 1.6 |
| 7/31/2025 | Worked on plaintiffs' Memorandum of Contentions of Fact and Law ahead of the August 4 deadline. | 2.0 |
| 8/1/2025 | Arranged trial-subpoena service for Investigator Borden via prior counsel. | 0.3 |
| 8/1/2025 | Prepared for and attended the all-hands meet and confer with defense counsel re: the joint pretrial documents. | 1.2 |
| 8/1/2025 | Reworked the joint jury instructions to reflect every agreement reached at meet and confer and circulated the revision. | 1.5 |
| 8/1/2025 | Formulated and transmitted plaintiffs' motion in limine positions. | 1.0 |
| 8/4/2025 | Compiled plaintiffs' exhibit packets and transmitted them to defense counsel; selected scene photographs from the MAIT investigation set; specified the McKee and Norem video clips for the joint exhibit list. | 2.8 |
| 8/4/2025 | Continued to draft agreed upon and disputed JI. | 1.2 |
| 8/4/2025 | Finalized the plaintiffs' Memorandum of Contentions of Fact and Law and had it filed. | 1.0 |
| 8/4/2025 | Defined the scope of plaintiffs' motions in limine for defense counsel. | 0.8 |
| 8/5/2025 | Reviewed the Memorandum of Contentions of Fact and Law filed for defendants Dane Norem and the State of California, ECF No. 123. | 1.0 |
| 8/5/2025 | Revised the pretrial conference order, marked it up with comments for Stephanie Vollmer at the Department of Justice, and recirculated it to the full defense group. | 0.9 |
| 8/5/2025 | Revised the joint exhibit list to insert the proposed agreements on authenticity and admissibility. | 0.5 |
| 8/5/2025 | Prepared a numbered summary of the motions in limine meet-and-confer outcomes and proposed further stipulations; email exchange with defense counsel re: same. | 0.8 |
| 8/5/2025 | Reviewed the Standing Order's requirement that depositions be properly signed to be used at trial and researched Rule 30(e) and the certification rules. Built the list of transcripts needed for trial. | 0.5 |

| **Date** | **Description of Services** | **Hours** |
|---|---|---|
| 8/6/2025 | Continued the re-review of the deposition transcripts for trial. | 1.0 |
| 8/6/2025 | Continued the re-review of the expert reports, statements and expert deposition transcripts for trial. | 1.5 |
| 8/6/2025 | Cont. the witness-by-witness trial prep packages listing strengths, weaknesses, and lines of questioning for each. | 1.8 |
| 8/6/2025 | Prepared plaintiffs' objections to the defense's proposed jury instructions in advance of the deadline for objections and responses to the Court. | 1.2 |
| 8/7/2025 | Email exchange with Roistacher re: potential stipulations on motions in limine and other pretrial issues. | 1.2 |
| 8/7/2025 | Prepared for and attended the telephone conference with defense counsel re: outstanding stipulations on motions in limine. | 2.0 |
| 8/8/2025 | Rewrote every witness summary on the joint witness list into plain and deliberately spare language so that the parties could agree on it, reordered the entries without adding any witness, and recirculated to defense counsel. | 1.4 |
| 8/8/2025 | Reviewed Donna Dean's edits to the joint witness list, accepted some rejected others. recirculated. | 0.5 |
| 8/8/2025 | Revised the joint exhibit list, adding articles from Jeff Noble's report and removing exhibits; reviewed David Klehm's objections to Exhibit No. 24; recirculated the updated joint documents. | 0.7 |
| 8/8/2025 | Drafted the UNUSUALLY SUSCEPTIBLE DECEDENT disputed instruction based on CACI 3928, omitted from the version previously circulated, and supplied it to defense counsel for the objection round. | 0.4 |
| 8/8/2025 | Drafted the multi-part joint stipulation memorializing potential deals between counsel. | 0.8 |
| 8/8/2025 | Conference with co-counsel re: motions in limine on the officers' prior use-of-force history; email exchange with defense counsel re: same. | 0.7 |
| 8/9/2025 | Weekend work. Began researching and drafting the motions in limine. | 7.0 |
| 8/10/2025 | Reviewed defendants' proposed changes to the proposed pretrial conference order circulated by defense counsel Donna Dean. | 0.7 |
| 8/10/2025 | Revised the joint exhibit list and served it on defense counsel. | 0.4 |
| 8/10/2025 | Reviewed Donna Dean's tracked-changes redline of the joint AGREED jury instructions. | 0.4 |
| 8/10/2025 | Continued drafting the three motions in limine with their declarations and proposed orders. | 3.0 |
| 8/11/2025 | Reviewed and revised the proposed pretrial conference order; incorporated defendants' tracked changes and plaintiffs' additions; circulated for defense review and incorporated the returned edits; finalized and filed the Notice of Lodging with the proposed Final Pretrial Conference Order (ECF 133). | 1.2 |
| 8/11/2025 | Reviewed the thirty-two witnesses defense counsel Sullivan added to the joint witness list on the day of filing; finalized and filed the joint witness list with a note recording the late additions (ECF 135). | 1.0 |

| Date | Description of Services | Hours |
|---|---|---|
| 8/11/2025 | Prepared and circulated the Notice of Disputed Exhibits and the updated joint exhibit list; drafted the introductory notice recording defendants' sixty late-added exhibits; corrected the caption and signature footnote on defendants' draft notice; filed the joint exhibit list (ECF 136, 137). | 1.3 |
| 8/11/2025 | Drafted Plaintiffs' Statement in Support of Disputed Instruction No. 18 (eggshell plaintiff); revised plaintiffs' disputed instruction set against defense counsel Dean's redline, adding CACI 401, 406 and the apportionment instruction; revised the agreed instruction set, including CACI 431 (multiple causes); filed as ECF 130 and 134. | 2.8 |
| 8/11/2025 | Reconciled competing versions of the Joint Statement of the Case; email exchange with defense counsel re: cause-of-death language; revised plaintiffs' verdict form and drafted plaintiffs' argument section for the Competing Verdict Forms pleading; revised the joint voir dire (ECF 128, 131, 132). | 1.7 |
| 8/11/2025 | Instructed associate re: the motion in limine on information unknown to Officer Norem; finalized and filed Plaintiffs' Motions in Limine No. 1 (mental health and drug-use history, ECF 126) and No. 2 (criminal history and conduct unknown to Norem, ECF 129), with supporting declarations and proposed orders; reviewed defendants' motion in limine re: police-practices expert Jeffrey Noble (ECF 124). | 1.5 |
| 8/12/2025 | Assembled the Rule 26 disclosure record to test defendants' late exhibit and witness designations; requested defendants' Rule 26(a) and 26(e) disclosures and plaintiffs' supplements from co-counsel Lerman and Peacock; compiled the seventeen newly identified CHP dispatch personnel from the late-filed witness list. | 0.8 |
| 8/12/2025 | Compiled plaintiffs' Exhibits 1-29 for the exhibit binders ordered lodged with the court; identified the eight publication exhibits (Exhibits 22-29) by citation from Jeffrey Noble's report; set the binder format and index page and circulated the exhibit labels to defense counsel. | 1.2 |
| 8/13/2025 | Produced plaintiffs' trial exhibit set to defense counsel by Dropbox and re-uploaded it through the DOJ Filedrop link per Deputy Attorney General Vollmer. | 0.3 |
| 8/14/2025 | Cross-checked defendants' amended exhibit list and witness list against plaintiffs' Rule 26 disclosure record; email exchange with defense counsel re: the disclosure dates of Exhibits 51-53, 59, 60-76, 77 and 84-95; compiled the seventeen-name witness challenge; drafted plaintiffs' response re: defendants' reciprocal disclosure objection. | 1.7 |
| 8/15/2025 | Drafted and filed Plaintiffs' Objections to Defendants' Late-Disclosed Exhibits and Witnesses (ECF 138) with the supporting declaration, built on the Rule 26 disclosure record and the parties' August 14 meet and confer; email exchange with defense counsel re: the Amended Joint Exhibit List. | 2.0 |
| 8/15/2025 | Worked on MIL opposition re Noble. | 4.0 |
| 8/16/2025 | Weekend re-review of the medical records, the autopsy findings in preparation for trial. | 1.3 |
| 8/18/2025 | Drafted plaintiffs' Opposition to Defendants' Joint Motion in Limine (1) to Exclude the Opinions of Jeffrey Noble; reviewed defendants' response re: late-disclosed exhibits and witnesses, defendants' oppositions to Plaintiffs' Motions in | 2.5 |

| Date | Description of Services | Hours |
|---|---|---|
| | Limine Nos. 1 and 2, and defendants' second proposed special verdict in preparation for the August 25 hearing (ECF 139-143). | |
| 8/18/2025 | Telephoned civilian percipient witnesses Eric Leighton and Dennis Stout re: their appearance at trial; instructed staff re: follow-up. | 0.4 |
| 8/19/2025 | Wrote the incident summary and built the second-by-second reconstruction of the restraint for the trial demonstrative. | 2.0 |
| 8/20/2025 | Re-reviewed the expert reports and statements, including Dr. Wohlgelernter's cardiology opinions and Dr. Hunt's autopsy findings, in preparation for the trial preparation call. | 1.4 |
| 8/20/2025 | Revised the Amended Joint Exhibit List and Amended Disputed Exhibit List, entering plaintiffs' admissibility and authentication entries and plaintiffs' objections to defendants' designations, per Mr. Galipo's review; returned both lists to defense counsel Sullivan. | 1.5 |
| 8/21/2025 | Prepared for and attended the telephone conference with Kimberly Sullivan and David Klehm re: the McKee MVARS recording and its VOB file format, fixing the boundaries of plaintiffs' Exhibit 7 clip; memorialized the conference in writing. | 1.0 |
| 8/21/2025 | Reviewed the standing order re: deposition transcripts and defense counsel Sullivan's proposed stipulation permitting certified copies in lieu of the originals for six depositions; inquired of chambers whether the August 25 final pretrial conference would be held in person. | 0.8 |
| 8/21/2025 | Trial preparation call with cardiology expert Dr. Daniel Wohlgelernter and Mr. Galipo. | 1.5 |
| 8/21/2025 | Reviewed and marked up staff's first draft of the incident timeline demonstrative. | 0.8 |
| 8/21/2025 | Asked Klehm and Dean whether the Department of Justice would accept service of a trial subpoena for Officer Betancur on his behalf. | 0.1 |
| 8/22/2025 | Revised the defense redline of the amended joint exhibit list and amended disputed exhibit list circulated by defense counsel Kimberly Sullivan; prepared redlined and clean versions, added plaintiffs' objections to Exhibits 4 and 7 and rewrote paragraphs 32-38; reviewed the returned defense edits through to filing (Dkts. 146-148). | 1.5 |
| 8/22/2025 | Reviewed the MVARS video files produced by the State and requested a native MVARS export or the CHP proprietary viewer; email exchange with defense counsel Klehm, Dean and Vollmer re: acceptance of service of a trial subpoena for Officer Betancur. | 0.4 |
| 8/25/2025 | Worked from vacation: Phone meeting with plaintiff Devonte Stephenson. | 1.1 |
| 8/27/2025 | Reviewed the two tranches of defense trial subpoenas and accounted for those witnesses in the trial plan; conferred with co-counsel re: defendants' proposed exhibit and witness stipulations. | 1.3 |
| 8/28/2025 | Reviewed defense counsel Klehm's exhibit-by-exhibit trade proposal and the disclosure of three additional dispatchers; drafted plaintiffs' response. | 1.0 |
| 8/28/2025 | Email exchange with defense counsel re: the requested meet and confer on | 1.5 |

| Date | Description of Services | Hours |
|---|---|---|
| | exhibits and witnesses ahead of the August 29 joint status report deadline; coordinated plaintiffs' response with co-counsel and staff. | |
| 8/29/2025 | Telephone conference with Mr. Galipo re: plaintiffs' position for the court-ordered joint status report; reported that position to all counsel and proposed short-form joint report language. | 0.5 |
| 8/29/2025 | Reviewed defense counsel Klehm's correspondence re: the proposed joint-report language and Rule 16; reviewed the joint status report as filed by defense counsel Donna Dean (Dkt. 150). | 0.5 |
| 8/29/2025 | Worked from vacation on the August 29 demonstratives exchange deadline: reviewed the defense demonstratives Klehm disclosed that evening and made plaintiffs' reciprocal disclosure of two timelines. | 1.1 |
| 8/30/2025 | Worked from vacation: Continued re-review of the deposition transcripts in preparation for trial examinations. | 2.0 |
| 8/31/2025 | Worked from vacation: Worked from vacation: Completed re-review of the deposition transcripts for trial examination. | 3.0 |
| 8/31/2025 | Reviewed the defense trial demonstratives on the day of the exchange; notified defense counsel that the second FileXchange transfer link was inaccessible so the balance of the disclosure could be produced. | 0.6 |
| 9/2/2025 | Reviewed Judge Kronstadt's text order (Dkt. 151) directing counsel to meet and confer on jury instructions and trial exhibits and to file a joint updated report; arranged the conference with opposing counsel through the legal assistant. | 0.3 |
| 9/2/2025 | Prepared for and attended the court-ordered meet and confer held by Zoom with Mr. Galipo and, for defendants, Sullivan, Roistacher and Klehm, re: the disputed exhibits, the jury instructions and the witness order. | 1.5 |
| 9/2/2025 | Prepared for the court-ordered conference on short notice by working through the disputed exhibit designations and objections, the agreed and disputed jury instructions and the plaintiffs' proposed witness order, so that plaintiffs could negotiate exhibit by exhibit with lead counsel available only by telephone. | 2.4 |
| 9/2/2025 | Reviewed defendants' objection to plaintiffs' use of demonstrative exhibits at trial (Dkt. 152) on the ground that plaintiffs had not given the eleven-day notice required by Local Rule 16-2; assessed the response window and confirmed the defense demonstratives were saved for review. | 0.5 |
| 9/3/2025 | Prepared the joint notice of uncommon and scientific terms and names for the court reporter; circulated it to defense counsel, sought signature authority from both defense teams and incorporated defense counsel Sullivan's changes to the term list and footers. | 1.0 |
| 9/3/2025 | Checked each exhibit on Klehm's list of topics he claimed had been omitted from the draft report against the meet-and-confer notes and answered item by item. | 1.3 |
| 9/3/2025 | Drafted and sent the post-conference position paper on the disputed exhibits and jury instructions following the September 2 meet and confer, addressing the hearsay objections to the dispatch audio and the McKee video and the vicarious liability instruction. | 1.3 |
| 9/3/2025 | Drafted plaintiffs' version of the joint updated status report ordered by Dkt. 151, | 0.8 |

| Date | Description of Services | Hours |
|---|---|---|
| | reporting the results of the September 2 conference on exhibits and jury instructions, and circulated it to both defense teams for permission to file or for tracked edits. | |
| 9/3/2025 | Formulated, after consulting Mr. Galipo, the compromise on the CACI 406 apportionment-of-responsibility instruction under which the parties might agree if only Borden is listed on it, and communicated the proposal to defense counsel. | 0.3 |
| 9/3/2025 | Reviewed Judge Kronstadt's order to show cause (Dkt. 153) requiring plaintiffs to show good cause for leave to use the disputed demonstratives; drafted plaintiffs' response, filed as Dkt. 156. | 0.8 |
| 9/3/2025 | Prepared plaintiffs' day-by-day trial witness order from the meet-and-confer notes and sent it to defense counsel, covering Norem, McKee, Borden, Leighton, Stout, the AMR and fire personnel, Noble, Wohlgelernter, Omalu, the plaintiffs and defense expert Graham. | 0.6 |
| 9/3/2025 | Determined, on Darci Gilbert's report that the Riverside City Clerk had confirmed firefighters Rodolfo Pinedo and Matthew Bashaw remain employed, whether to subpoena them and for which trial days. | 0.2 |
| 9/4/2025 | Finalized the notice of uncommon and scientific terms with Sullivan's approved changes and directed its filing; the notice issued as Dkt. 155. | 0.3 |
| 9/4/2025 | Reviewed background information compiled about plaintiffs and their relationship with decedent. | 2.5 |
| 9/4/2025 | Email exchange with defense counsel re: plaintiffs' objection to the dispatch audio and re: the proposed exhibit and jury-instruction stipulation. | 0.4 |
| 9/4/2025 | Reviewed defense counsel Dean's request for a stipulation barring reference to George Floyd in opening statement, closing argument and witness testimony, and defense counsel Klehm's counter-proposal re: the George Floyd arrest video as a defense demonstrative; responded on plaintiffs' behalf. | 0.4 |
| 9/4/2025 | Email exchange with both defense teams re: sign-off on the court-ordered joint status report; reviewed defense counsel Sullivan's proposed addition against the meet-and-confer notes; filed plaintiffs' status report (Dkt. 154). | 0.8 |
| 9/4/2025 | Email exchange with defense counsel Klehm re: signature on the joint status report and the designation of lead trial counsel. | 0.4 |
| 9/4/2025 | Took up the defense demand for an immediate answer whether plaintiffs would dismiss defendant McKee and obtained Mr. Galipo's instructions on the terms plaintiffs would require. | 0.2 |
| 9/4/2025 | Finalized plaintiffs' response to the order to show cause on the demonstrative exhibits and had it filed. | 0.5 |
| 9/4/2025 | Reviewed the minute order from the August 25 final pretrial conference, docketed as Dkt. 157, and measured the plaintiffs' witness plan against its terms:. | 0.5 |
| 9/4/2025 | Addressed the failure of service of the trial subpoena on witness Dennis Stout; reviewed the Accurint locate results identifying a probable current address in Mohave Valley, Arizona and a backup in Riverside; assessed out-of-state service before trial. | 0.3 |

| Date | Description of Services | Hours |
|---|---|---|
| 9/5/2025 | Reviewed defendants' response to plaintiffs' status report (Dkt. 160) and defense counsel Sullivan's list of defense witnesses to testify remotely (Dkt. 159). | 0.3 |
| 9/5/2025 | Prepared for and attended the meet and confer on plaintiffs' opening-statement demonstratives required by Dkt. 158, with Mr. Galipo attending, following defense counsel Klehm's objection to the proposed stills. | 0.9 |
| 9/5/2025 | Checked the trial deposition transcript sets against the witness list, covering the transcripts of Clark, Vilke, Fonzi, MacGregor, Graham, Hunt, McKee, Leighton, the three Stephenson plaintiffs, Omalu, Wohlgelernter volumes 1 and 2 and Norem; identified what remained to be added. | 0.3 |
| 9/5/2025 | Approved the trial-preparation call with Dr. Bennet Omalu and confirmed the arrangements for his September 12 testimony. | 0.2 |
| 9/5/2025 | Conferred with Mr. Galipo and reduced to writing the conditions on which plaintiffs would dismiss defendant McKee. | 0.7 |
| 9/5/2025 | Assembled and served, by the deadline set in Dkt. 158, the blown-up stills from McKee's MVARS for use in opening statement; gave notice re: family photographs and portions of the dispatch audio and video; requested defendants' objections so the required conference could be set. | 1.0 |
| 9/5/2025 | Reviewed Judge Kronstadt's order, Dkt. 158. | 0.2 |
| 9/6/2025 | Weekend final trial preparation on the Saturday before the September 9 trial: examination outlines for the first-week witnesses in the order settled at the meet and confer, the exhibit set to be exchanged with defendants, and the deposition transcript designations to be used on cross. | 6.5 |
| 9/6/2025 | Reviewed and responded to Roistacher's Saturday email re disputed jury instructions. | 0.4 |
| 9/6/2025 | Conference with Mr. Galipo re: trial approach with defendant McKee remaining in the case, following defense counsel Roistacher's response on plaintiffs' proposed dismissal condition. | 1.2 |
| 9/7/2025 | Sunday final trial preparation the day before trial: witness examination outlines, exhibit and transcript materials for the first two trial days. | 10.0 |
| 9/8/2025 | Examined the re-rendered Exhibit 7 (McKee's MVARS with an added time counter) produced by defense counsel Sullivan; identified the file-type conversion by defense trial technician Gary Barnes and requested his declaration re: the conversion and the audio and video quality; reviewed the declaration produced. | 0.5 |
| 9/8/2025 | Prepared plaintiffs' responses to defendants' objections on the joint statement of exhibits following the Court's order (Dkt. 164) directing that one be filed before the first day of trial; reconciled the amended disputed exhibit list and served plaintiffs' responses. | 0.9 |
| 9/8/2025 | Decided and responded on the official court reporter's request, made the day before trial, for notice whether plaintiffs would order daily transcripts of the trial proceedings. | 0.2 |
| 9/8/2025 | Checked the defense notice of lodging deposition transcripts (Dkt. 162) against plaintiffs' designations and identified Shawn Casteel's transcript as missing from the trial transcript sets before the first day of trial. | 0.2 |

| Date | Description of Services | Hours |
|---|---|---|
| 9/8/2025 | Coordinated with plaintiffs' experts regarding the scheduling of their trial testimony. | 0.3 |
| 9/8/2025 | Final preparation on the eve of trial for the September 9 opening day: the opening statement demonstrative sequence, the examination of defendant Norem, who was to be called first, and the exhibit and transcript materials for the first day. | 1.5 |
| 9/8/2025 | Reviewed the minute order on the motions in limine (Dkt. 165) granting in part and denying in part defendants' Motion in Limine No. 1 re: Jeffrey Noble and Plaintiffs' Motions in Limine Nos. 1 and 2; conformed the opening statement and planned examinations to the rulings. | 0.8 |
| 9/8/2025 | Reviewed defendants' response re: their objection to plaintiffs' use of demonstrative exhibits (Dkt. 161), filed under the deadline set in Dkt. 158; identified which objections to plaintiffs' opening stills remained live for the first day of trial. | 0.3 |
| 9/8/2025 | Coordinated the exchange of exhibit books with defense counsel Sullivan for the first day of trial. | 0.3 |
| 9/8/2025 | Confirmed to Lewis Brisbois that trial was going forward and provided Mr. Galipo's estimate for calling former defendant Matt Borden; confirmed Borden's courthouse appearance on September 10. | 0.2 |
| 9/9/2025 | Jury Trial Day 1: preparation for trial day (0.5); meeting with clients before court (0.5); court time (6.0); debrief with clients (0.3); finalize plaintiffs' responses to defense exhibit objections for the in-chambers deadline (0.5); lodge deposition transcripts (0.4); provide chambers Word versions of the joint lists (0.2); review defense's redacted Exhibit 17-1 (0.2); order daily trial transcripts (0.2); coordinate witness order and call times (0.3); resolve exhibit disputes for the Norem cross and file status report (1.5); round trip drive time (1.2). | 11.8 |
| 9/10/2025 | Jury Trial Day 2: preparation for trial day (0.5); meeting with clients before court (0.2); court time and working lunch/snack (6.0); debrief with clients (0.3); manage witness sequencing (0.5); coordinate with experts re: call times (0.3); prepare direct examinations of Noble and Wohlgelernter (3.0); round trip drive time (1.2). | 12.0 |
| 9/11/2025 | Jury Trial Day 3: preparation for trial day (0.5); meeting with clients before court (0.3); court time and working lunch/snack, court sitting from 10:45 a.m. (3.8); debrief with clients (0.2); provide chambers Word version of joint witness list (0.3); coordinate with Dr. Omalu re: his trial testimony and rework witness order (0.8); prepare next day's examinations (2.5); round trip drive time (1.2). | 9.6 |
| 9/12/2025 | Jury Trial Day 4: preparation for trial day (0.5); meeting with clients before court (0.2); court time and working lunch (6.0); debrief with clients (0.5); client communication re: trial schedule (0.2); meet and confer re: defense witness order and deposition designations (0.5); analyze admissibility of Soto, Bodoh and Casteel under Motion in Limine No. 2 (1.0); round trip drive time (1.2). | 10.1 |
| 9/13/2025 | Reviewed the deposition excerpts the defense served Saturday afternoon for Officer Shawn Casteel, together with the exhibits referenced in his testimony, against Sullivan's request that plaintiffs return counter-designations and objections by Sunday afternoon; began marking the passages plaintiffs would counter-designate and the grounds for objection. | 1.5 |

| Date | Description of Services | Hours |
|---|---|---|
| 9/13/2025 | Developed objections to the defense witnesses noticed for September 15; reviewed the Court's order on motion in limine No. 2; email exchange with defense counsel re: admissibility of Officer Soto, Deputy Bodoh and Officer Casteel and Allison Hunt's unavailability under Rule 32(a)(4); began preparation for McGregor, Fonzi and Corbett. | 4.0 |
| 9/13/2025 | Followed up with court reporter Miranda Algorri. | 0.3 |
| 9/14/2025 | Reviewed the Casteel deposition transcript; prepared plaintiffs' counter-designations (27:5-13 through 53:23-54:1) and objections under ECF 173, the in limine No. 2 ruling and FRE 403; completed plaintiffs' objections to defendants' Casteel designations per Mr. Galipo's review; reviewed the combined designation and objection chart for filing. | 2.5 |
| 9/14/2025 | Contacted defense witness Allison Hunt re: her availability and appearance by Zoom; meet and confer with defense counsel re: Hunt's unavailability, the exchange of deposition designations and objections, and the testimony of Soto and Bodoh. | 0.5 |
| 9/14/2025 | Drafted, revised and filed Plaintiffs' Trial Brief Regarding Undisclosed and Improper Witnesses Scheduled to Testify September 15 and Objections to Admission of the Deposition Testimony of Officer Casteel and Allison Hunt (Dkt. 173), including research on preclusion under Rules 26 and 37(c)(1), FRE 402, 403 and 404, and Rule 32(a) reasonable diligence (Woodall, Forbes and Wabakken); revisions per Mr. Galipo's review. | 5.0 |
| 9/15/2025 | Jury Trial Day 5: preparation for trial day (0.5); meeting with clients before court (0.3); court time and working lunch, court sitting from 11:00 a.m., plaintiffs rest (3.5); debrief with clients (0.4); review defense filings re: Casteel unavailability and prepare plaintiffs' position (1.0); review motion to strike Dr. Wohlgelernter and begin response (1.5); prepare for defense case (1.0); round trip drive time (1.2). | 9.4 |
| 9/16/2025 | Jury Trial Day 6: preparation for trial day (0.5); meeting with clients before court (0.2); court time, working lunch and charge conference (6.5); debrief with clients (0.2); pull Wohlgelernter deposition transcripts for motion to strike (0.3); revise disputed jury instructions per the court's rulings (1.0); prepare and serve plaintiffs' verdict form (0.5); review defense instructions and confer re: combined verdict form (0.5); round trip drive time (1.2). | 10.9 |
| 9/17/2025 | Jury Trial Day 7: preparation for trial day (0.5); meeting with clients before court (0.5); court time and working lunch, closing arguments and jury charge (6.0); debrief with clients (0.3); prepare and serve merged verdict form (0.7); finalize jury instructions and verdict form and deliver to chambers (2.0); review defense Rule 50 motion and joinder (1.0); round trip drive time (1.2). | 12.2 |
| 9/18/2025 | Jury Trial Day 8: preparation for trial day (0.5); meeting with clients before court (0.1); deliver final instructions and verdict form to chambers and finalize exhibit book (0.5); court time through jury deliberations and verdict (6.0); debrief with clients after verdict (0.5); process co-counsel fee-division form (0.2); round trip drive time (1.2). | 9.0 |
| 9/19/2025 | Negotiated the post-trial briefing schedule the Court directed the parties to submit; prepared and exchanged proposed schedules with defense counsel re: the | 1.0 |

| Date | Description of Services | Hours |
|---|---|---|
| | attorney fee motion, the costs application and defendants' post-trial motions. | |
| 9/19/2025 | Followed up with the courtroom deputy re: the special verdict form; email to defense counsel re: circulation of plaintiffs' proposed judgment. | 0.2 |
| 9/22/2025 | Drafted plaintiffs' opposition to defendants' Rule 50(a) motion for judgment as a matter of law (Dkt. 179). | 2.0 |
| 9/22/2025 | Emailed Judge Kronstadt's chambers requesting a copy of the completed verdict form, which plaintiffs needed before they could prepare a proposed judgment. | 0.2 |
| 9/23/2025 | Continued drafting the opposition to the Rule 50(a) motion. | 1.5 |
| 9/23/2025 | Compiled and itemized the trial costs advanced, assembled the supporting receipts for the case cost file. | 0.8 |
| 9/23/2025 | Drafted plaintiffs' proposed judgment from the trial record and circulated it to David Klehm, Lee Roistacher, Kimberly Sullivan and Stephanie Vollmer for comment; reviewed defendants' comments and Mr. Roistacher's redline for defendant McKee; checked the draft against the verdict form transmitted by chambers. | 1.8 |
| 9/24/2025 | Prepared for and attended the conference call with Lee Roistacher and Kimberly Sullivan re: the judgment as against defendant McKee and his dismissal. | 0.5 |
| 9/24/2025 | Researched the effect of the jury's comparative negligence finding on wrongful death damages where liability also rests on a Fourteenth Amendment claim and on battery, and wrote the analysis out for opposing counsel, Klehm. | 2.5 |
| 9/25/2025 | Continued drafting the opposition to the Rule 50(a) motion; the working file carries this date in its name. | 2.5 |
| 9/25/2025 | Drafted plaintiffs' request for an order setting a briefing deadline for, or deferring disposition of, defendants' Rule 50(a) motion, together with a proposed order, and supervised its filing as Dkt. 185. | 0.8 |
| 9/25/2025 | Prepared the stipulation to dismiss defendant Jeffrey McKee with prejudice; email exchange with Mr. Roistacher re: the stipulation and the State's consent. | 0.2 |
| 9/25/2025 | Gathered and transmitted the trial receipts for the case cost file. | 0.5 |
| 9/25/2025 | Reviewed the defense's third proposed judgment formulation. | 0.3 |
| 9/26/2025 | Continued drafting the opposition to the Rule 50(a) motion. | 1.7 |
| 9/26/2025 | Drafted the stipulation to dismiss all claims against Jeffrey McKee with prejudice and the accompanying proposed order; circulated, revised and re-circulated the draft to defense counsel; corrected the McKee signature block; obtained plaintiffs' authorization and conferred with the State re: its consent. | 0.5 |
| 9/26/2025 | Analyzed the negligence question on the verdict form (Dkt. 189) and drafted plaintiffs' position for a joint submission of competing proposed judgments. | 1.0 |
| 9/29/2025 | Continued drafting the opposition to the Rule 50(a) motion. | 1.3 |
| 9/30/2025 | Continued drafting the opposition to the Rule 50(a) motion. | 1.7 |
| 9/30/2025 | Determined that the McKee stipulation could not be filed until the State also consented, the rule requiring the signatures of all parties who have appeared, and | 0.2 |

| Date | Description of Services | Hours |
|---|---|---|
| | advised Klehm and Roistacher accordingly. | |
| 9/30/2025 | Pressed Klehm for the defense's version of the proposed judgment so that a joint document could be assembled that week. | 0.1 |
| 9/30/2025 | Reviewed the Court's September 30 order (Dkt. 197) requiring a conference of counsel on Rule 50(b) briefing and a joint report; email exchange with defense counsel re: scheduling the conference. | 0.3 |
| 10/1/2025 | Completed the draft opposition and began citation cleanup, copyediting. | 2.5 |
| 10/1/2025 | Prepared for and attended the court-ordered conference of counsel on Rule 50(b) post-trial briefing with David Klehm and Stephanie Vollmer; undertook preparation of the joint status report required by the September 30 order. | 1.2 |
| 10/2/2025 | Made the final pass on plaintiffs' opposition to defendants' Rule 50(a) motion, incorporating a staff redline and the completed table of authorities, and released it for filing as Dkt. 200 on the deadline set by Dkt. 197. | 1.7 |
| 10/3/2025 | Reviewed the trial cost spreadsheet with the litigation assistant. | 0.5 |
| 10/3/2025 | Drafted the joint status report on the Rule 50(b) conference of counsel required by the September 30 order; circulated it to defense counsel for revisions and released it for filing as Dkt. 206 on the October 3 deadline. | 1.2 |
| 10/6/2025 | Obtained Klehm's approval and authority to affix his electronic signature to the stipulation dismissing McKee, directed that the signature dates be conformed, and released the stipulation and proposed order for filing; filed as Dkt. 210. | 0.2 |
| 10/6/2025 | Prepared and revised the competing proposed judgments with defense counsel; restructured the submission and assembled the Notice of Joint Lodging of Competing Proposed Judgments, with plaintiffs' judgment as Exhibit A and defendants' as Exhibit B, and released it for filing as Dkt. 211. | 1.7 |
| 10/7/2025 | Compiled and reconciled the trial cost spreadsheet and supporting receipts for the Rule 54(d) costs application. | 1.0 |
| 10/10/2025 | Reviewed defendants' reply in support of their motion for judgment as a matter of law (Dkt. 212) and had it printed and circulated to Dale Galipo. | 1.1 |
| 10/22/2025 | Reviewed the litigation assistant's draft declaration in support of her own time for the fee motion. | 0.3 |
| 11/5/2025 | Reviewed the September 2025 trial transcript as filed by court reporter Miranda Algorri on November 4, 2025 (Dkt. 214-221), Volumes 1 and 2 (September 9 and 10, 2025), against the November 25, 2025 redaction-request deadline and for the issues expected to be raised in post-trial motions. | 3.0 |
| 1/28/2026 | Drafted and sent an inquiry to Judge Kronstadt's chambers re: entry of judgment, reciting the September 18, 2025 verdict and the competing proposed judgments lodged October 6, 2025 (Dkt. 211); reviewed chambers' January 29 response re: the Rule 50(a) motion and the fee and cost deadlines. | 0.6 |
| 3/6/2026 | Reviewed Judge Kronstadt's in-chambers order on the Rule 50(a) motion (Dkt. 244), granting judgment as a matter of law on the Fourteenth Amendment claim and denying the motion in all other respects, and the form-of-judgment terms and briefing sequence the order set. | 1.5 |

| Date | Description of Services | Hours |
|---|---|---|
| 3/9/2026 | Reviewed the legal assistant's calendaring of the Rule 50(a) order's requirements; arranged the court-ordered meet and confer with defense counsel and began the proposed judgment for the March 13 lodging deadline. | 0.4 |
| 3/11/2026 | Drafted the proposed judgment implementing the Rule 50(a) ruling, carrying the $5,000,000 verdict, the elimination of the Fourteenth Amendment claim and the basis of the State's liability. | 1.5 |
| 3/12/2026 | Finalized and circulated the draft proposed judgment to co-counsel Nick Lerman and Greg Peacock for approval; served it on Deputy Attorney General Stephanie Vollmer with the Court's meet-and-confer directive and proposed conferral windows; reviewed Supervising Deputy Attorney General Donna Dean's response. | 1.2 |
| 3/13/2026 | Prepared for and attended the meet and confer with Donna Dean re: the form of judgment ahead of the lodging deadline; directed the legal assistant to prepare the notice of lodging with the proposed judgment as Exhibit A; finalized and filed the Notice of Lodging of Proposed Judgment (Dkt. 245) on the Court's deadline. | 2.0 |
| 3/16/2026 | Prepared for and attended the telephonic meet and confer with Donna Dean re: the form of judgment and the timeliness of a Rule 50(b) or Rule 59 motion; researched and drafted plaintiffs' position under Rule 58(c)(2)(B), Central District Local Rules 58-4 and 58-5(a) and the 2002 Advisory Committee Notes. | 3.5 |
| 3/17/2026 | Conferred with co-counsel Greg Peacock re: the anticipated Rule 50(b) motion, the meet-and-confer schedule and the timeliness of plaintiffs' fee motion. | 0.5 |
| 3/17/2026 | Prepared the proposed order in Word and transmitted it to Judge Kronstadt's chambers with the PDF of the filed Notice of Lodging, per chambers' request. | 0.4 |
| 3/19/2026 | Reviewed the State of California's Objections to Plaintiffs' Notice of Lodging of the proposed judgment (Dkt. 246), signed by Donna Dean, and outlined plaintiffs' response due March 25 under the Court's Rule 50(a) order. | 1.0 |
| 3/20/2026 | Reviewed defendants' Notice of Motion and Motion for Judgment as a Matter of Law under Rule 50(b) and, in the alternative, for a New Trial under Rule 59 (Dkt. 247); directed collection of the trial transcript volumes; drafted the Rule 58 timeliness argument, later folded into plaintiffs' opposition (Dkt. 249). | 2.5 |
| 3/23/2026 | Reviewed the defense's Rule 50(a) brief re: preservation of the causation argument advanced in the Rule 50(b) motion; email to Donna Dean (cc Greg Peacock) re: the basis for the preservation claim. | 1.2 |
| 3/23/2026 | Wrote Donna Dean seeking a stipulation that plaintiffs' fee motion and application to tax costs would be deemed timely if filed within fourteen days of entry of judgment or fourteen days after the Court ruled on the Rule 58 constructive-entry question. | 0.3 |
| 3/24/2026 | Drafted plaintiffs' opposition to defendants' Rule 50(b) and Rule 59 motion, working from the trial transcript volumes, including the untimeliness argument under Rule 58(c)(2)(B), the failure to preserve the causation ground in the Rule 50(a) motion, and the sufficiency of the evidence supporting the verdict. | 3.0 |
| 3/24/2026 | Drafted plaintiffs' Response to Defendants' Objections to the proposed judgment, the ten-page brief permitted by the Court's Rule 50(a) order and due March 25, 2026. | 2.0 |

| Date | Description of Services | Hours |
|---|---|---|
| 3/25/2026 | Completed plaintiffs' Response to Defendants' Objections to the proposed judgment and released it for filing; filed as Dkt. 248 on the Court's March 25 deadline. | 2.0 |
| 3/26/2026 | Completed the draft opposition to defendants' Rule 50(b) and Rule 59 motion and delivered it to Darci Gilbert for the table of authorities only; reviewed the formatted return saved to the opposition folder and continued revising the brief from that version. | 5.5 |
| 3/27/2026 | Made final revisions to plaintiffs' opposition to defendants' Rule 50(b) and Rule 59 motion and released it for filing; filed as Dkt. 249 ahead of the March 30, 2026 deadline. | 3.6 |
| 4/20/2026 | Reviewed defendants' reply memorandum in support of the Rule 50(b) and Rule 59 motion (Dkt. 251), signed by David Klehm, and identified the points requiring answer at the hearing continued to May 4, 2026 by the Court's April 6 order (Dkt. 250). | 1.0 |
| 4/27/2026 | Specified and directed the assembly of the hearing binder for the May 4 argument, comprising the Rule 50(a) ruling, all documents relating to the proposed judgment and all three post-trial briefs, together with a second working set. | 0.4 |
| 5/1/2026 | Prepared for argument on defendants' Rule 50(b) and Rule 59 motion set for hearing May 4, 2026 (Dkt. 252), reviewing the motion, plaintiffs' opposition and the defense reply against the trial transcript and preparing the response on preservation, causation and Rule 58 timeliness. | 2.0 |
| 5/4/2026 | Prepared for and attended the hearing before Judge Kronstadt on defendants' Rule 50(b) and Rule 59 motion, assisting Dale Galipo, who argued the opposition; the Court took the motion under submission (minutes at Dkt. 255); round trip drive time (1.2). | 5.2 |
| 5/5/2026 | Drafted the joint status report on the parties' settlement posture ordered filed that day, circulated it to David Klehm for review, obtained his authorization to file over his /s/ signature without changes, and filed it (Dkt. 253). | 0.6 |
| 5/5/2026 | Prepared for and attended the telephone conference with David Klehm, together with Dale Galipo, re: a post-trial resolution; assessed the defense's position for the status report due that day. | 0.5 |
| 5/28/2026 | Email follow-up with David Klehm re: the post-trial resolution proposal on May 22 and May 28, 2026. | 0.2 |
| 5/29/2026 | On David Klehm's request prepared a written demand with details spelled out. | 0.8 |
| 6/1/2026 | Drafted the joint status report due under the Court's May 6 order (Dkt. 254); circulated it to David Klehm for edits, incorporated his revisions and filed the report with his e-signature (Dkt. 256). | 0.8 |
| 7/1/2026 | Reviewed David Klehm's report on the status of settlement and conferred with co-counsel Greg Peacock and Nick Lerman re: plaintiffs' position. | 0.5 |
| 7/14/2026 | Drafted the joint report on the procedural status of settlement discussions required by the Court's June 29 order (Dkt. 258) | 0.5 |
| 7/15/2026 | Finalized the joint status report, cleared it with the defense and filed it (Dkt. 260) | 0.3 |

| Date | Description of Services | Hours |
|---|---|---|
| | on the date set by the Court's July 13 order. | |
| 7/16/2026 | Opened the further meet and confer on the form of judgment with David Klehm and Donna Dean under the Court's July 15 order (Dkt. 261), ahead of the July 23 deadline for an agreed modified judgment, objections with a redline, or a notice of no objection. | 0.3 |
| 7/23/2026 | Reviewed the defense's revised proposed judgment; prepared for and attended the meet-and-confer conference with David Klehm re: the form of judgment, ahead of the Court's July 23 deadline. | 1.0 |
| 7/24/2026 | Reviewed defendants' Statement of Objections and Redline Revisions to Plaintiffs' Proposed Judgment (Dkt. 262), signed by David Klehm, and drafted and filed plaintiffs' Reply to the Statement of Objections and Redline (Dkt. 263). | 2.5 |
| 8/28/2026 | Reviewed the Court's orders denying defendants' Rule 50(b) motion for judgment as a matter of law and alternative Rule 59 motion for a new trial in their entirety (Dkt. 264) and overruling defendants' objections to the form of judgment (Dkt. 266); compared the judgment as signed August 26 and entered August 28, 2026 (Dkt. 265) against plaintiffs' lodged proposed judgment; docketed the resulting deadlines for the fee motion and the application to tax costs. | 0.5 |
| 9/5/2026 | Took up the fee motion against the judgment as entered: updated the procedural history through the Rule 50(b) and Rule 59 rulings and the form-of-judgment dispute, and reworked the lodestar period to the date of judgment. | 2.0 |
| 9/6/2026 | Continued the fee motion: revised the argument on the reasonableness of the rates and the hours and updated the supporting authority; started drafting the supporting declarations. | 2.0 |
| 9/8/2026 | Continued the fee motion: drafted the supporting declarations. | 3.5 |
| 9/8/2026 | Prepared the application to tax costs: reconciled the trial cost spreadsheet and receipts against the taxable categories and identified the items to be withdrawn. | 2.0 |
| 9/9/2026 | Completed the fee motion, the supporting declarations and the exhibits. | 3.5 |
| 9/9/2026 | Completed the application to tax costs with its supporting declaration. | 1.0 |
| | **TOTAL HOURS** | **610.0** |