**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT FOR THE**

**CENTRAL DISTRICT OF CALIFORNIA**

DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,

Plaintiffs,

v.

STATE OF CALIFORNIA; DANE NOREM; and JEFFREY MCKEE,

Defendants.

**Case No.: 5:21-cv-0526-JAK-KK**

[*Hon. John A. Kronstadt*]

**DECLARATION OF SANTIAGO G. LAUREL IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**

# DECLARATION OF SANTIAGO G. LAUREL

I, Santiago G. Laurel, hereby declare as follows:

1. I am a litigation/legal assistant currently employed by the Law Offices of Dale K. Galipo. I work under the supervision of attorneys Dale K. Galipo Cooper Alison Mayne, each of whom are licensed to practice law in the United States District Court for the Central District of California. I make this declaration in support of Plaintiff's Motion for Attorneys' Fees. I have personal knowledge of the matters stated herein and could and would testify competently thereto if called.

2. I have been in the legal field for approximately 20 years, with experience in both state and federal court, working as a legal assistant and litigation assistant for multiple law firms. Prior to my employment at The Law Offices of Dale K. Galipo, I was employed for five years as the Senior Litigation Assistant at Shimmel and Parks, APLC, where I was responsible for providing high-level support to three trial attorneys, from the inception of cases to trial preparation in complex cases. My responsibilities included assembling, preparing, and finalizing all pleadings for physical court filing and/or E-filing, in state, federal, and appellate courts. I prepared all types of discovery requests, responses to discovery requests, deposition notices, state and federal subpoenas, court notices, case management statements, federal reports, witness lists, exhibit lists, and jury instructions. I maintained office calendars with state, local, and administrative deadlines.

3. In September 2021, I joined the Law Offices of Dale K. Galipo, where I currently work as a litigation secretary. Over the past three and half years, I have been one of four litigation assistants assigned to Mr. Galipo and eight of his associate attorneys, including Mr. Levine, Mr. Mayne, Mrs. Masongsong, Ms. Lee, Ms. Leap, Mr. Valenzuela, and Mr. Sincich. Under the supervision of Mr. Galipo and his associates, I have worked on approximately 100 cases from pre-litigation to trial. I am currently assigned to support Mr. Galipo and his associates with their day-to-day tasks in approximately 50 cases.

4. My daily responsibilities at the Law Offices of Dale K. Galipo include evaluating prospective cases, speaking directly with prospective clients, and gathering the necessary information and documents to make informed decisions. I draft templates for various documents at all stages of litigation, calendar dates set forth in case management or scheduling orders, and review documents produced during discovery to advise the attorneys on what was received. I also create lists of involved persons and their roles during the incident, work with clients to coordinate discovery, and assist with gathering documentation. I interpret for Spanish-speaking clients, coordinate with defense counsel and third parties for the scheduling of depositions and meet-and-confers, manage deadlines, and address miscellaneous case issues. I also draft and serve subpoenas, file pleadings, ensure compliance with local rules, maintain up-to-date litigation costs and expense worksheets, and prepare counsel for hearings and trial by organizing binders with relevant documents.

5. As of this date, I have spent 52.75 hours of billable time in connection with tasks reasonably necessary to the favorable resolution of this action.

6. I have provided ongoing litigation support to Mr. Galipo and his associate attorneys. My responsibilities have included calendaring deadlines, scheduling depositions, filing documents with the Court, coordinating with experts, reviewing discovery and evidence, and preparing documents and materials for filing, among other tasks. These contributions are detailed in my timesheet attached hereto as "Exhibit 1."

7. I respectfully request that the Court award me an hourly rate of $250 for my services. In prior matters, federal courts have approved my hourly rate at $200 and $220, including Paola French, et al. v. City of Los Angeles, et al., Case No. 5:20-cv-00416-JGB-SP, Dkt. 165 ($200); Nicole Juarez Zelaya v. City of Los Angeles, et al., Case No. 2:20-cv-08382-ODW (MAAx), Dkt. 164 ($220); and I.H., et al. v. State of California, et al., Case No. 2:19-cv-02343-DAD-AC, Dkt. 297 ($220). Most recently, this Court approved my updated hourly rate of **$250** in Jennie Quan v. County of Los Angeles, et al., Case No. 2:24-cv-04805-MCS-KS, Dkt. 157, and Emily Garcia, et al. v. City of Tustin, et al., Case

No. 8:22-cv-00131-SPG-KES, Dkt. 198. Given my twenty years of experience in the legal field, the substantive nature of the responsibilities I have undertaken in this case, and that paralegal rates are currently awarded at $150 to $325 per hour, I believe that $250 is a fair and reasonable rate and respectfully request that the Court award this amount.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this was executed this 9th day of September 2026 at Woodland Hills, California.

*/s/ Santiago G. Laurel*
Santiago G. Laurel