# EXHIBIT 1

***Stephenson v. State of California***
**Case No. 5:21-cv-00526-JAK-KK**
**Timekeeping Record**
**Santiago Laurel, Law Offices of Dale K. Galipo**

| Date | Description | Hours |
|---|---|---|
| **07/17/2023** | Review information re new case. Download complaint and notice of removal. Reviewed case initiation documents and created attorney work file summarizing procedural posture based on judge's order to prepare for pending motions. | 0.50 |
| **07/21/2023** | Review file and pull relevant evidence, transcripts, and interviews for Mr. Galipo to review. Pulled docket for his review and to identify pleadings needed for review. | 1.0 |
| **07/28/2023** | Pulled videos and review videos with Mr. Galipo. Followed by drafting a timeline for Mr. Galipo. Played videos for Mr. Galipo multiple times. | 2.50 |
| **07/26/2023** | Open file and updated calendar with judge's deadlines and dates on scheduling order. | 0.50 |
| **08/02/2023** | Finalized Joint Notice of Appearance for attorney Galipo and Mayne, for submission and ensured court compliance with PACER filing. | 0.25 |
| **08/04/2023** | Coordinated deposition and court reporter for the depositions of Dane Norem. Emailed Court Reporting agency. Updated calendar and emailed instructions for Deposition Zoom link. | 0.50 |
| **08/04/2023** | Review evidence, prepare memo for Mr. Galipo. Gather documents and evidence for the deposition of Norem. | 0.75 |
| **08/07/2023** | Review Co-counsel's cost invoices. Prepared accounting for Mr. Galipo to review and confirm. Submitted payment request to accounting department. Input cost and mailed check. | 0.75 |
| **08/09/2023** | Coordinated expedited transcript of Norem for evidentiary review timeline. | 0.25 |
| **08/10/2023** | Received ORDER from Court re Docket 58. Saved Order and updated calendars with new dates, deadlines, and trial lists. Updated attorney case list and Mr. Galipo's trial calendar list. | 0.75 |
| **08/21/2023** | Listened to audio telephone interview of Dennis Owen Stout and prepared notes and memo for Mr. Galipo. Contacted Lynden J. to obtain quote to transcribe interview. Prepared work order and submitted to Lynden J. to transcribe. Coordinated with Lynden J. to upload the audio file. | 1.75 |
| **08/30/2023** | Received transcript of the telephone interview of Stout from Lynden J. Reviewed transcript for evidentiary value, prepared annotated version for Mr. Galipo. Saved to file. | 0.50 |
| **09/07/2023** | Submitted check request to accounting department for the transcription of the audio interview of Stout. Saved and input to costs. Mailed check via USPS to Lynden J. | 0.25 |

***Stephenson v. State of California***
**Case No. 5:21-cv-00526-JAK-KK**
**Timekeeping Record**
**Santiago Laurel, Law Offices of Dale K. Galipo**

| | | |
|---|---|---|
| **09/14/2023** | Review stipulation to Modify Scheduling ORDER. Printed copy and made changes per Dale. Finalized for Court submission the final draft of stipulation with attorney Mayne's Declaration and Proposed ORDER. | 0.50 |
| **09/20/2023** | Prepared fee agreement. Had a conference call with cocounsel, Gregory Peacock. Emailed to co-counsel and created Dropbox link to create a digital workspace to facilitate co-counsel collaboration on case evidence. | 1.00 |
| **9/20/2023** | Spoke with Plaintiff's expert Dr. Omalu. Dr. Omalu request that we provide additional records from hospital. Reviewed file, and noticed we still needed records from Parkview. | 0.75 |
| **9/20/2023** | Called Co-counsel's office. Spoke with Angela, trying to confirm and take inventory of the medical records. Drafted email included a Dropbox link to facilitate the transfer of records. Created Dropbox link, so that she could upload files. | 0.50 |
| **09/20/2023** | Called Parkview Community Hospital to confirm records request procedures. Prepared letter to Parkview Community Hospital. Submitted with our client's signed authorization and other required documents. | 0.75 |
| **09/20/2023** | Received additional records from co-counsel. Reviewed and saved to file. | 0.25 |
| **09/20/2023** | Received ORDER with new Court deadlines. Updated calendar and Mr. Galipo's list with new deadlines. Contacted experts to advise of new deadlines. See docket 63. | 0.75 |
| **09/21/2023** | Received invoice from Parkview Community Hospital Records request. Submitted to our accounting department. Saved check to costs and mailed check on 9/25/25. | 0.50 |
| **09/22/2023** | Reviewed email from attorney Mayne regarding our Rule 26 Expert Disclosures. Reviewed word format of document, converted to PDF. Proofread the report for accuracy. Reviewed report for required expert attachments including Reports, CV, Fee Schedule, and list of prior testimony. Separated documents and bookmarked, inserted placeholders for each exhibit for each expert. Merged everything, prepared declaration of service, drafted email and served on opposing counsel. | 2.75 |
| **09/22/2023** | Received email from opposing counsel, with their Expert Disclosures. Saved to file and reviewed reports and prepared memo for Mr. Galipo. Printed reports for Mr. Galipo and discussed items needed for our experts / rebuttal. | 1.0 |
| **09/25/2023** | Review Mr. Galipo's calendar availability. Confirmed dates with Mr. Galipo and scheduled depositions of experts Fonzi, Graham, Vilke, Clark, and MacGregor. Reviewed materials in preparation and provided to Mr. Galipo. Prepared deposition notice for all experts and served. Updated calendars with deposition dates. | .75 |

***Stephenson v. State of California***
**Case No. 5:21-cv-00526-JAK-KK**
**Timekeeping Record**
**Santiago Laurel, Law Offices of Dale K. Galipo**

| | | |
|---|---|---|
| **09/27/2023** | Received fax from Parkview Community Hospital with medical records. Reviewed additional medical records and highlighted treating physicians and professionals for Mr. Galipo's review for experts. | 1.25 |
| **09/25/2023** | Discussed with attorney Mayne Defendant's disclosures. Scheduled a call with Dr. Omalu, who requested slides and was tasked with contacting the coroner's office to obtain slides. | 0.75 |
| **09/25/2023** | Received Defendant's Motion for Summary Judgment. Downloaded materials, calendared hearing, opposition, and reply dates. Per attorney Mayne, started reviewing and working on Separate Statement of Facts. | 1.75 |
| **09/25/2023** | Drafted deposition notices for Robert Fonzi, Michael Graham, Gary Vilke, Richard Clark, and John Macgregor. Called court reporting agency to put a tentative hold for depo dates. Attorney finalized and confirmed service of notice. Prepared Proof of Service Declaration and served via email on all parties. Updated calendar with five depositions. | 1.50 |
| **09/25/2023** | Update calendar with Expert Rebuttal deadlines, see Docket 58. | 0.25 |
| **09/26/2023** | Email with Kimberly Sullivan re experts' availability, to coordinate and schedule expert depositions. | 0.10 |
| **09/27/2023** | Contact court reporting agency to confirm and schedule reporter for 10/6/23, deposition of Gary Vilke, MD. Drafted email to request Zoom link, emailed link to all parties. | 0.50 |
| **09/27/2023** | Received additional medical records via fax from Parkview. Saved file to medical records folder. Forwarded records to attorney Mayne. | 0.25 |
| **09/28/2023** | Received links and instructions for Expert depositions. Updated calendar and confirmed delivery of link to all parties on service list. | 0.25 |
| **09/29/2023** | Review Mr. Vilke's report and documents and assembled evidence binder for Mr. Galipo, to review prior to deposition. | 0.50 |
| **10/04/2023** | Prepared emails to Plaintiff's Experts re their availability to provide date to defendants. Followed up with calls to confirm receipt of emails. Received dates, confirmed dates on Mr. Galipo/Mayne's calendars. Drafted email to opposing counsel and provided dates for expert depos. Updated calendar with proposed dates. | 1.00 |
| **10/04/2023** | Emailed OPC Mr. Baxter re expert witness deposition availability; cross referenced and reconciled proposed deposition dates against availability on experts' and internal attorneys' calendars. | 0.50 |

***Stephenson v. State of California***
**Case No. 5:21-cv-00526-JAK-KK**
**Timekeeping Record**
**Santiago Laurel, Law Offices of Dale K. Galipo**

| | | |
|---|---|---|
| **10/05/2023** | Set up a conference call number and dial info for attorney Mayne to meet and confer with OPC. | 0.25 |
| **10/05/2023** | Received invoice from Dr. Omalu. Submitted to accounting department and overnighted check via FedEx. Saved invoice, check, and added to our costs. | 0.50 |
| **10/05/2023** | Updated calendar with proposed deposition dates. | 0.25 |
| **10/05/2023** | Review First Amended Complaint. Print copy for attorney Mayne. | 0.25 |
| **10/06/2023** | Followed up with experts and defense counsel regarding deposition scheduling. | 0.25 |
| **10/06/2023** | Reviewed email from attorney Mayne, pulled rebuttal reports. Per Mr. Mayne's instruction, compiled and organized rebuttal materials for expert disclosures, ensuring compliance with Rule 26 requirements. Prepared Declaration of Service and served on all parties. Saved to file. | 1.75 |
| **10/06/2023** | Reviewed email with instructions from attorney Mayne regarding Motion for Summary Judgment opposition. Reviewed Plaintiffs' Statement of Facts and his Declaration to identify exhibits. Started working on locating video exhibits, trimming exhibits, and labeling. Reviewed the citation on PAMF to match exhibit name on declaration. Aligned the page numbers to correspond with the CM/ECF pagination for the exhibits. | 4.50 |
| **10/06/2023** | Received invoice for Vilke deposition fee. Saved to costs folder and submitted to our accounting department. Planned to have check delivered to expert. | 0.25 |
| **10/09/2023** | Continued corresponding with OPC and experts to schedule depositions. Defense attorney canceled deposition, needing to reschedule. Emailed Experts to obtain dates for depositions. Prepared a table to facilitate communication and scheduling. | 1.50 |
| **10/09/2023** | Received Defendants' Joint Notice of Deposition of Wohlgelernter's deposition. Contacted expert to advise of depo date. Updated calendar and saved notice to file. | 0.25 |
| **10/09/2023** | Assembled Plaintiff's opposition to Defendants' Motion for Summary Judgment and exhibits for filing. Followed by Plaintiff's Statement of Material Facts and Statement of Genuine Facts. Prepared draft of notice of Manual filing for Exhibits C-D and burned to DVD. Downloaded ECF stamped copies and printed hard copy. Made arrangements to deliver copy with DVD. | 3.50 |
| **10/10/2023** | Drafted notice of Continuance of deposition of Expert Richard Clark. Updated calendar and contacted court reporting agency. Prepared Declaration of Service and served and saved notice. | 0.75 |

***Stephenson v. State of California***
**Case No. 5:21-cv-00526-JAK-KK**
**Timekeeping Record**
**Santiago Laurel, Law Offices of Dale K. Galipo**

| | | |
|---|---|---|
| **10/10/2023** | Reviewed draft of Notice of Errata. Emailed attorney Mayne issues, made corrections. Updated exhibits and added Exhibit Placeholders. Filed and printed hard copies. | 0.50 |
| **10/10/2023** | Prepared and Amended Notice of Lodging. Renamed the exhibits and burned to DVD to deliver to court. | 2.50 |
| **10/10/2023** | Prepared stipulation to Modify Scheduling order for filing. Filed with the court and submitted Proposed Order to Judge Kronstandt's chambers. | 0.50 |
| **10/11/2023** | Prepared notice of Continuance of Deposition of Defense experts Fonzi, Graham, and MacGregor. Prepared Declaration of Service and confirmed service list and served on all parties. Updated calendar with new dates. Contacted court reporting agency to schedule court reporter. | 0.75 |
| **10/11/2023** | Updated Calendar pursuant to Court's new Deadlines, see docket 71. | 0.25 |
| **10/12/2023** | Received notice of deposition of Experts Noble and Omalu. Updated calendar and contacted experts to provide them with dates. | 0.75 |
| **10/13/2023** | Received Deposition links. Updated calendars with links. | 0.25 |
| **10/16/2023** | Emailed opposing counsel regarding the scheduling of the deposition of Dr. Wohlgelernter's and his fee requirements, before a deposition. Provided them with doctor's W-9 and fee schedule. | 0.15 |
| **10/17/2023** | Received Deposition links. Updated calendars with links. | 0.25 |
| **10/17/2023** | Conferred with expert witness Dr. Dan to finalize and schedule the specific start time for his deposition; updated master firm calendar and notified internal handling attorneys of the confirmed schedule. Emailed Cooper to update. | 0.50 |
| **10/18/2023** | Conferred with expert witness Dr. Omalu's assistant Wendy to finalize and schedule his deposition. | 0.25 |
| **10/18/2023** | Received email from opposing counsel, requesting new dates for Dr. Omalu. Reached out to Dr. Omalu's assistant. Obtained new dates and provided to opposing counsel. | 0.25 |
| **10/19/2023** | Updated calendar with new date re MSJ per Courts order see Docket 73. | 0.10 |
| **10/19/2023** | Received deposition transcript for Graham. Read and reviewed transcript. Saved to file made payment for transcript. | 0.50 |

***Stephenson v. State of California***
**Case No. 5:21-cv-00526-JAK-KK**
**Timekeeping Record**
**Santiago Laurel, Law Offices of Dale K. Galipo**

| | | |
|---|---|---|
| **10/26/2023** | Received invoice for MacGregor's deposition. Submitted to our accounting department, saved to file and added to our costs. Arranged to deliver check to expert for his deposition. | 0.25 |
| **10/30/2023** | Received invoice for Wohlgelernter's deposition. Submitted to our accounting department, saved to file and added to our costs. Arranged to deliver check to expert for his deposition. | 0.25 |
| **11/10/2023** | Emailed Co-Counsel to follow up on expert deposition invoices. Forwarded invoices. | 0.10 |
| **11/10/2023** | Received email from Mr. Roistacher requesting Statement of facts. Confirmed with attorney re updated version. | 0.25 |
| **12/05/2023** | Received deposition transcript for Fonzi. Read and reviewed transcript. Saved to file made payment for transcript. Submitted check request to billing department. | 0.50 |
| **12/08/2023** | Updated Calendar re Courts Order re Dkt. 81 | 0.10 |
| **01/25/2024** | Emailed dr. Wohlglernter re payment for his fees. Prepared FedEx envelope and provided him with tracking information. Saved copy of check and Fedex info. | 0.25 |
| **10/04/2024** | Converted to PDF and filed Response to Defendant McKee's Notice of Supplemental Authority in Support of his motion. | 0.25 |
| **01/02/2025** | Updated Calendar re Courts Order re Dkt. 96 | 0.10 |
| **01/17/2025** | Received Docketing Notice rea Appeal for 9th circuit. Updated Calendar re Courts Order and all relevant deadlines re Dkt. 98 | 0.50 |
| **01/22/2025** | Updated Calendar re Courts Order re Dkt. 102 | 0.10 |
| **01/24/2025** | Updated Calendar re Defendants' Motion to Stay. Calendared opposition, reply and other deadlines on attorneys' calendars. | 0.25 |
| | **Sub-Total:** | 52.7552.75 |
| | | |

| | | |
|---|---|---|
| | **Total Hours Billed:** | **52.75** |
| | **Hourly Rate Requested:** | **$250.00** |
| | **Total Fees Requested:** | **$13,187.50** |