**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT FOR THE**

**CENTRAL DISTRICT OF CALIFORNIA**

DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,

Plaintiffs,

v.

STATE OF CALIFORNIA; DANE NOREM; and JEFFREY MCKEE,

Defendants.

**Case No.: 5:21-cv-0526-JAK-KK**

[*Hon. John A. Kronstadt*]

**DECLARATION OF DARCI GILBERT IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**

# DECLARATION OF DARCI GILBERT

I, Darci Gilbert, hereby declare as follows:

1. I am a litigation assistant at the Law Offices of Dale K. Galipo, counsel of record for Plaintiffs. I have personal knowledge of the statements made herein, and if called as a witness, I could and would competently testify under oath to the matters that I have set forth in this declaration.

2. In 2002, I started working as a legal assistant for six (6) criminal defense attorneys while attending school in San Diego, California. Shortly thereafter, in 2006 I obtained my paralegal certification from the University of San Diego. From 2007 through April of 2012, I was working as a paralegal and office manager for a class action, employment civil litigation law firm in San Diego. In May of 2012 I began employment with the United States District Court, Southern District of California, where I worked starting as an intake clerk, to a case administrator, followed by case services specialist, and concluded approximately the last 5 years of employment with CASD as the supervisor for the Case Services Department. I was employed with CASD through February of 2025. I have been in the legal profession for approximately 23 years, with experience ranging from State, Federal and Appellate Court, working as a litigation assistant, paralegal, and Federal Court employee.

3. In March of 2025, I joined the Law Offices of Dale K. Galipo, where I currently work as a litigation assistant. Over the past seven months, I have worked diligently and energetically alongside Mr. Galipo and Mr. Mayne. Under the supervision of Mr. Galipo, along with Mr. Mayne, I have worked on cases from pre-litigation to trial. I consistently support the attorneys by adhering to and contributing to my regular office responsibilities as a litigation assistant. Within the scope of my regular office responsibilities, I vet potential new clients, thoroughly communicating to determine if said person has a potential case for this office, I calendar all deadlines for each case based off scheduling orders, local and Federal rules, I draft legal templates for attorneys, I methodically review each email received, I monitor communications with clients, I review and index discovery,

I monitor and enter all costs into an excel spreadsheet for each case Mr. Mayne has acquired, I upload all filings within CM/ECF, and have a thorough understanding of the functionalities of CM/ECF, I am knowledgeable with the Federal Rules of Civil Procedures, local rules, and Chambers preferences for each Federal Court to ensure we meet our deadlines consistently and accurately, among many other miscellaneous tasks presented daily.

4. In preparation for trial, I have spent a significant amount of time preparing and printing exhibit and trial binders for the Court, jury, witnesses, and attorneys, organizing and printing for several binders that included deposition transcripts, expert reports, and officer statements, communicating with clients, consistently contacting experts and witnesses with coordinating specific dates and times to appear at trial, drafting documents, issuing subpoenas, filing pretrial documents among many other tasks.

5. In the course and scope of the responsibilities of prepping for trial and time spent on this case, I prepared the descriptions included in each billing record noted by date, that shows my name as the “Timekeeper”, attached hereto as “**Exhibit 1**”.

6. As of this date, I have spent 59.6 hours of billable time in connection with tasks necessary to assist in achieving the resolution of this case.

7. I respectfully request that the Court award me an hourly rate of $250 for my services. On July 29, 2026, in *Garcia, et al. v. City of Tustin*, case no.: 8:22-cv-00131-SPG-KES, the Court approved my hourly rate of $250.00 (ECF 198). With the experience I have gained in my professional career, working in the legal profession over the past 24 years, I believe that $250 is a fair and reasonable rate and respectfully request that the Court award this amount.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed September 9, 2026, in Woodland Hills, California

*/s/ Darci Gilbert*

Darci Gilbert