STEVEN A. LERMAN & ASSOCIATES, INC.
Steven A. Lerman, Esq. (S.B.N. 55839)
Nicholas M. Lerman, Esq. (SBN: 292656)
6033 West Century Boulevard, Suite 740
Los Angeles, California 90045
Telephone: (310) 659-8166
Facsimile: (310) 651-6133
Email: nick@lermanslaw.com
Attorneys for Plaintiffs, DEVONTE STEPHENSON, et al.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,

Plaintiffs,

vs.

STATE OF CALIFORNIA, COUNTY OF RIVERSIDE; DANE NOREM; JEFFREY MCKEE; MATT BORDEN; and DOES 1 through 100, inclusive,

Defendants.

Case No: 5:21-cv-00526-JAK-KK

*[District Judge: Hon. John A. Kronstadt, Magistrate Judge: Kenly K. Kato]*

**DECLARATION OF STEVEN A. LERMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY FEES**

**DECLARATION OF STEVEN A. LERMAN**

I, Steven A. Lerman, declare as follows:

1. I am an attorney duly admitted to practice before this Honorable Court and am the senior partner and owner of the Law Offices of Steven A. Lerman and Associates, Inc., counsel for Plaintiffs. The facts set forth in this declaration are personally known to me and I have first-hand knowledge thereof. If called as a witness, I could and would testify competently to the facts set forth herein under oath.

2. I have practiced law in the City of Los Angeles for over fifty years, and specialize in complex personal injury and wrongful death cases. I have extensive trial experience, including civil rights cases, claims against governmental entities, and serious catastrophic injuries. I've had numerous recoveries in excess of $1 million to $5 million, in California, Arizona, Nevada, and Florida.

3. I believe I am well known and received in the legal community. I have handled high profile cases, including the infamous Rodney King civil rights case.

4. I agreed to represent Plaintiffs on a contingency basis, and have not been paid a fee for my legal services rendered in handling Plaintiffs' case.

5. I billed 17.6 hours on this case, as reflected in our firm's Timekeeping Record attached hereto as Exhibit 1. I did not bill for every hour of work I performed, and I wrote off additional review time. The bulk of my hours relate to my review, drafting and execution of pleadings, attending numerous meetings with co-counsel, media members and expert witnesses. I regularly communicated and worked with Plaintiffs' expert witnesses, and was responsible

for updating and communicating with the clients, and performed other related attorney duties, all as itemized in that record.

6. In light of my experience in civil rights cases, I believe that $900 per hour is a reasonable fee for my work on this case.

I declare under penalty of perjury under laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of September, 2026 at Los Angeles, California.

/s/ Steven A. Lerman
Steven A. Lerman