# EXHIBIT 1

**STEVEN A. LERMAN & ASSOCIATES, INC.**
**TIMEKEEPING RECORD**
**STEPHENSON v. STATE OF CALIFORNIA, ET AL.**
**CASE NO. 5:21-cv-00526-JAK-DTB**

| DATE | DESCRIPTION | TIMEKEEPER | HOURS |
|---|---|---|---|
| 1/25/2019 | Meeting w/ Peacock (GP) re case facts & partnership agreement | NL / SL | 0.9 per (1.8 total) |
| 1/25/2019 | Case research through online searches | NL | 1.5 |
| 1/25/2019 | Initial meeting w/ clients | NL / SL | 1.2 PER (2.4 total) |
| 1/26/2019 | Prep client agreements | NL | 1 |
| 1/29/2019 | Telephone conf. w/ GP re New Case | NL | 0.3 |
| 3/4/2019 | Ltr to Custodian of Rec. & Risk Management | NL | 1 |
| 3/4/2019 | Telephone conf. w/ GP re Evidence Preservation letter | NL | 0.2 |
| 3/5/2019 | Telephone conf. w/ GP re Initial Sign up documents | NL | 0.2 |
| 3/21/2019 | Rec'd & Rev Risk Management Resp. | NL | .5 |
| 6/25/2019 | Rev of Final Gov. Claim Forms | SL | 1 |
| 6/25/2019 | Telephone conf. w/ GP re Claims | NL | 0.1 |
| 6/26/2019 | Service of Claims x 3 + Payment – State of CA | KR | .5 |
| 7/9/2019 | Rec'd & Rev'd Rejection of Claim | NL | 1 |
| 7/25/2019 | Telephone conf. w/ GP re Claim Rejections | NL | 0.2 |
| 7/26/2019 | Ltr to Coroner re Autopsy Report | NL | 1 |
| 7/26/2019 | Service of letter to Coronoer | KR | .3 |
| 7/31/2019 | Rec'd & Rev'd Rejection of Claim | NL | 1 |
| 7/31/2019 | Ltr re Birth Certificates of Plaintiffs | NL | 1 |
| 8/1/2019 | Rec'd & Rev'd ltr re Autopsy Report | NL | 1 |
| 8/21/2019 | Telephone conf. w/ GP re Claim Rejections and Calendaring | NL | 0.1 |
| 10/1/2019 | Rev of Plaintiff declarations | SL | .5 |
| 10/10/2019 | Telephone conf. w/ GP re Declarations | NL | 0.1 |
| 11/2/2019 | Telephone conf. w/ GP re Complaint | NL | 0.3 |
| 11/4/2019 | Telephone conf. w/ GP re Complaint | NL | 0.1 |
| 11/5/2019 | Telephone conf. w/ GP re Complaint and other filing documents | NL | 0.1 |
| 11/6/2019 | Telephone conf. w/ GP re Filing documents | NL | 0.1 |
| 11/15/2019 | Service of Letter + Payment to Vital Check | KR | .2 |
| 11/19/2019 | Ltr req for Death Certificate | NL | 1 |
| 12/5/2019 | Prep & Serv of State Complaint | NL | 4 |
| 12/5/2019 | Rev of State Complaint | SL | 1.5 |
| 12/9/2019 | Telephone conf. w/ GP re Filing documents and Service | NL | 0.1 |
| 12/17/2019 | Service of Filing Materials + Payment – BERTO Legal | KR | 1 |
| 12/18/2019 | Telephone conf. w/ GP re Filing Documents and Service | NL | 0.1 |
| 1/17/2020 | Telephone conf. w/ GP re Conformed Copies and Service | NL | 0.2 |
| 2/6/2020 | Telephone conf. w/ GP re Baxter email | NL | 0.1 |
| 2/20/2020 | Rec'd & Rev'd Demurrer & Motion to Strike, etc. | NL | 2 |
| 2/26/2020 | Telephone conf. w/ GP re Motions and Oppositions | NL | 0.1 |
| 3/2/2020 | Telephone conf. w/ GP re Oppositions | NL | 0.1 |
| 3/5/2020 | Telephone conf. w/ GP re Oppositions | NL | 0.4 |
| 3/10/2020 | Ass. w/ opposition | NL | 1.5 |
| 3/11/2020 | Rec'd & Rev'd of Def. Reply to Opp. | NL | 2 |
| 3/16/2020 | Telephone conf. w/ GP re Defendants' reply and filling errors re our opposition | NL | 0.2 |
| 3/17/2020 | Telephone conf. w/ GP re Hearing | NL | 0.1 |
| 3/18/2020 | Rec'd & Rev'd Court Tentative | NL | 1.5 |

**STEVEN A. LERMAN & ASSOCIATES, INC.**
**TIMEKEEPING RECORD**
**STEPHENSON v. STATE OF CALIFORNIA, ET AL.**
**CASE NO. 5:21-cv-00526-JAK-DTB**

| | | | |
|---|---|---|---|
| 3/18/2020 | Rec'd & Rev'd Court Minute Order | NL | .5 |
| 3/18/2020 | Rec'd & Rev'd Def. Notice of Ruling | NL | .5 |
| 3/27/2020 | Prep & Assist w/ Responses to Discovery | NL | 4 |
| 3/28/2020 | Prep & Assist w/ Responses to Discovery | NL | 2 |
| 4/1/2020 | Prep & Assist w/ Responses to Discovery | NL | 3 |
| 4/2/2020 | Meeting w/ clients re Discovery Resp. | NL | 0.8 |
| 4/2/2020 | Meeting w/ Latonya Stephenson re photographs & other issues | NL | 2 |
| 4/7/2020 | Rec'd and categorize family photographs | NL | 2 |
| 4/10/2020 | Review of discovery | SL | 2 |
| 4/12/2020 | Ltr req Grant Deed for Decedent Stephenson | NL | 1 |
| 4/13/2020 | Meeting w/ Latonya Stephenson re discovery | NL | 1 |
| 4/13/2020 | Meeting w/ Clients re discovery | NL | .8 |
| 4/23/2020 | Ass't w/ discovery | NL | 0.5 |
| 4/27/2020 | Ltr to Doug Baxter (DB) re discovery cont. | NL | 0.1 |
| 4/27/2020 | Telephone conf. w/ GP re Discovery responses and extension | NL | 0.1 |
| 4/28/2020 | Rec'd & Rev'd Ltr from DB re cont. | NL | .1 |
| 5/8/2020 | Service of Letter + Payment – Berto Legal | KR | .3 |
| 5/8/2020 | Telephone conf. w/ GP re Cmc statement | NL | 0.3 |
| 5/11/2020 | Telephone conf. w/ GP re Cmc and court call | NL | 0.1 |
| 6/1/2020 | Rec'd & Rev'd Def. Answer to Complaint | NL | 2 |
| 6/1/2020 | Prep, file & serve Case Management Statement | NL | 2.5 |
| 6/1/2020 | Rec'd & Rev'd Def. Case Management Statmeent | NL | 1 |
| 6/8/2020 | Ltr to DB re discovery cont. | NL | 0.1 |
| 6/8/2020 | Telephone conf. w/ GP re Discovery responses | NL | 0.1 |
| 6/17/2020 | Telephone conf. w/ GP re Discovery responses | NL | 0.1 |
| 6/23/2020 | Telephone conf. w/ GP re Discovery responses | NL | 0.2 |
| 7/6/2020 | Telephone conf. w/ GP re Defendant discovery responses | NL | 0.1 |
| 7/20/2020 | Rec'd & Rev'd Discovery CD / Materials | NL | 1.2 |
| 7/20/2020 | Telephone conf. w/ GP re Communications with Baxter and discovery responses | NL | 0.1 |
| 7/29/2020 | Rec'd & Rev'd Discovery CDs & DVDs | NL | 2 |
| 8/12/2020 | Telephone conf. w/ GP re CMC and future dates/possible removal | NL | 0.1 |
| 8/17/2020 | Rec'd & Rev'd Discovery CDs | NL | 2 |
| 8/28/2020 | Rec'd & Rev'd Def. Disc. Resp. | NL | 2 |
| 9/23/2020 | Telephone conf. w/ GP re Cmc | NL | 0.2 |
| 10/1/2020 | Service of letter + payment for filing fees – BERTO Legal | KR | .3 |
| 11/19/2020 | Telephone conf. w/ GP re Division of labor and organization of physical file | NL | 0.1 |
| 1/6/2021 | Telephone conf. w/ GP re Meetings with defense counsel | NL | 0.3 |
| 1/7/2021 | Disc. w/ GP stipulation to amend complaint | NL | .5 |
| 1/11/2021 | Email to Sup. Ct. re. Trial Setting Conf. | NL | .5 |
| 1/11/2021 | Rec'd & Rev'd email from DB re TSC | NL | .5 |
| 1/11/2021 | Email DB re Court Call | NL | .2 |
| 1/11/2021 | Service of letter + payment for filing fees – BERTO legal | KR | .2 |
| 1/12/2021 | Telephone conf. w/ GP re TSC and calendaring | NL | 0.1 |
| 1/19/2021 | Prep'd Gov. Claim Form – COR | NL | 2.5 |
| 1/19/2021 | Telephone conf. w/ GP re Riverside Claims | NL | 0.1 |
| 1/29/2021 | Telephone conf. w/ GP re Stip re first amended complaint | NL | 0.2 |
| 2/1/2021 | Telephone conf. w/ GP re Court docket/stip to amend | NL | 0.1 |

**STEVEN A. LERMAN & ASSOCIATES, INC.**
**TIMEKEEPING RECORD**
**STEPHENSON v. STATE OF CALIFORNIA, ET AL.**
**CASE NO. 5:21-cv-00526-JAK-DTB**

| | | | |
|---|---|---|---|
| 2/2/2021 | Ass't w/ stipulation FAC | NL | 1 |
| 2/8/2021 | Ass't prep, filed & serv'd FAC | SL | 3 |
| 2/8/2021 | Email GP re service | NL | 0.1 |
| 2/11/2021 | Meeting w/ GP re case + service | NL + SL | .5 |
| 2/12/2021 | Rec'd Notice of CMC | NL | .1 |
| 2/16/2021 | Prep'd & serv'd Notice of CMC | NL | .5 |
| 2/16/2021 | Telephone conf. w/ GP re Service of process | NL | 0.1 |
| 2/17/2021 | Rec'd & Rev'd Notice of Untimely Claims COR | NL | 1.5 |
| 2/22/2021 | Prep'd & file POS | NL | .2 |
| 3/12/2021 | Telephone conf. w/ GP re Service of process | NL | 0.1 |
| 3/14/2021 | Telephone conf. w/ GP re Service of process | NL | 0.2 |
| 3/18/2021 | Ass't, File & Serve CMC Stat. | NL | 2 |
| 3/18/2021 | Telephone conf. w/ GP re Proof of service and service | NL | 0.1 |
| 3/19/2021 | Rec'd & Rev'd Def. CMC Stat. | NL | .5 |
| 3/22/2021 | File POS | NL | .2 |
| 3/24/2021 | Rec'd & Rev'd Notice of Removal | NL | 1 |
| 3/24/2021 | Rev'd Conformed Copy of Complaint + First Amended Complaint + Certificate and Civil Case Cover Sheet | NL | 1.8 |
| 3/25/2021 | Rev'd Notice of New Case No. & Judge Assignment | NL | .1 |
| 3/25/2021 | Rev'd Notice to Parties of Court Directed ADR Program | NL | 1 |
| 3/26/2021 | Rev'd Standing Orders for Civil Cases Assigned to Judge Kronstadt | NL | 0.3 |
| 3/26/2021 | Rec'd & Rev'd Order re Rule 16(b)/26(f) | NL | 0.2 |
| 3/26/2021 | Telephone conf. w/ GP re Court filings and removal | NL | 0.3 |
| 3/27/2021 | Rec'd & Rev'd Notice of Stay | NL | 2 |
| 3/27/2021 | Meet w/ GP re Removal | NL | 1 |
| 4/2/2021 | Rec'd & Rev'd Minute Order | NL | .5 |
| 4/4/2021 | Email w/ DB re CMC | NL | .5 |
| 4/4/2021 | Telephone conf. w/ GP re CMC | NL | 0.1 |
| 4/6/2021 | Answer to Amended Complaint | NL | 0.4 |
| 4/19/2021 | Telephone conf. w/ GP re Service of process | NL | 0.1 |
| 4/23/2021 | Rec'd & Rev'd COR Answer to FAC | NL | 1.5 |
| 4/28/2021 | Telephone conf. w/ GP re Discovery from state | NL | 0.2 |
| 5/11/2021 | Rev'd Notie of Interested Parties | NL | .2 |
| 5/11/2021 | Rev'd Answer to Amended Complaint | NL | 0.5 |
| 5/20/2021 | Telephone conf. w/ GP re Rule 26 meeting and discovery responses | NL | 0.1 |
| 5/21/2021 | Rec'd & Rev'd COR meet and confer re pleading | NL | 1 |
| 5/21/2021 | Meeting w/ GP re COR meet and confer | NL | .5 |
| 6/1/2021 | Telephone conf. w/ GP re Calendaring dates and rule 26 report | NL | 0.4 |
| 6/4/2021 | Rec'd & Rev'd Joint Report Rule 26(f) Disc. Plan | NL | 0.2 |
| 6/8/2021 | Telephone conf. w/ GP re Clients' mother | NL | 0.1 |
| 6/9/2021 | Rev'd Order Setting Pretrial Deadlines | NL | .1 |
| 6/9/2021 | Rev'd ADR Ref. | NL | .1 |
| 6/14/2021 | Telephone conf. w/ GP re Latonya | NL | 0.1 |
| 6/15/2021 | Meeting w/ GP re discovery production | NL | .2 |
| 6/21/2021 | Telephone conf. w/ GP re Discovery responses | NL | 0.2 |
| 6/23/2021 | Rev'd Joint Report of Parties re Nominees for Private Neutral | NL | 0.3 |
| 6/24/2021 | Rev'd Order Selecting Private Neutral | NL | .1 |
| 6/24/2021 | Research of Honorable Joe W. Milberman (Med.) | NL | .5 |

**STEVEN A. LERMAN & ASSOCIATES, INC.**
**TIMEKEEPING RECORD**
**STEPHENSON v. STATE OF CALIFORNIA, ET AL.**
**CASE NO. 5:21-cv-00526-JAK-DTB**

| | | | |
|---|---|---|---|
| 6/24/2021 | Rev'd Notice of Meet and Confer w/ Plaintiffs | NL | .7 |
| 6/24/2021 | Telephone conf. w/ GP re Filing re unjoined party and court selection of mediator | NL | 0.1 |
| 7/9/2021 | Telephone conf. w/ GP re Disclosures | NL | 0.1 |
| 7/17/2021 | Telephone conf. w/ GP re case status | NL | 0.3 |
| 7/19/2021 | Rec'd & Rev'd Def Initial Disclosures, served July 9, 2021 | NL | 2 |
| 7/21/2021 | Rec'd & Rev'd COR Initial Disclsoures, served July 9, 2021 | NL | 2 |
| 7/27/2021 | Telephone conf. w/ GP re Coroner depo | NL | 0.1 |
| 7/28/2021 | Ass't in prep and Serv' of Plaintiff Initital Disclosures | NL | 0.4 |
| 8/2/2021 | Ass't & Rev of Discovery to COR | NL | 1 |
| 8/9/2021 | Meeting w/ Marvin Pietruszka, M.D. (MP) re review of autopsy | SL / NL | 0.5 Per (1 total) |
| 8/9/2021 | Service of letter / materials + payment – Dr. Pietruszka, M.D. | KR | .3 |
| 8/11/2021 | Email re autopsy materials for MP | NL | .3 |
| 8/11/2021 | Rev'd Stipulation for Protective Order | NL | 0.4 |
| 8/12/2021 | Telephone conf. w/ GP re Coroner depo | NL | 0.2 |
| 8/13/2021 | Rev'd Protective Order | NL | 0.2 |
| 9/10/2021 | Ass't & serv'd discovery resp from COR | NL | 0.4 |
| 9/16/2021 | Telephone conf. w/ GP re Third party depos | NL | 0.1 |
| 11/4/2021 | Rec'd & Rev'd Disc. Resp. from Def CHP | NL | 2 |
| 11/4/2021 | Telephone conf. w/ GP re Coroner transcript | NL | 0.1 |
| 12/21/2021 | Rev'd Stipulation for Order to Modify Case Management Sched. | NL | 0.1 |
| 12/27/2021 | Rev'd Order re Stipulation of the Parties + Request to Modify Case Management Sched. | NL | .1 |
| 2/28/2022 | Telephone conf. w/ GP re Third party depos | NL | 0.1 |
| 3/23/2022 | Prep for Depo of David Popko | NL | 2.5 |
| 3/23/2022 | Rec'd & Resp'd to email from Justin Pritchard, Associated Press | NL | .4 |
| 3/24/2022 | Prep for Depo of Matthew Borden | NL | 3 |
| 3/28/2022 | Prep for Depo of Eric Leighton | NL | 0.9 |
| 3/29/2022 | Rec'd & Rev'd email from Tori Bakken (TB) re deposition link | NL | .1 |
| 3/29/2022 | Meeting w/ Justin Pritchard, Associated Press | SL | 1.5 |
| 3/29/2022 | Meeting w/ GP re Deposition of Leighton | NL + SL | 0.5 per (1 total) |
| 3/29/2022 | Participated in Deposition of Eric Leighton | NL | 3.2 |
| 3/30/2022 | Participated in Deposition of David Popko | NL | 2.4 |
| 4/14/2022 | Telephone conf. w/ GP re case status | NL | 0.2 |
| 4/16/2022 | Rec'd & Rev'd email from TB re discovery, mediation & stipulation | NL | .2 |
| 4/22/2022 | Rev'd Joint Stip for Order to Modify | NL | 0.1 |
| 4/26/2022 | Rev'd Order Re Stipulation re Modify Case Management Sched. | NL | .1 |
| 5/18/22 | Rec'd & Rev'd email from DB re scheduling Plaintiff depositions | NL | 0.1 |
| 5/18/2022 | Telephone conf. w/ GP re Baxter email | NL | 0.3 |
| 6/3/22 | Rec'd & Rev'd email chain w/ Hon. Hilberman & DB | NL | .2 |
| 6/8/22 | Sent email to DB regarding mediation scheduling | NL | 0.1 |
| 6/8/2022 | Telephone conf. w/ GP re Mediation | NL | 0.1 |
| 6/10/22 | Rec'd / Rev'd email from DB re private mediation | NL | .1 |

**STEVEN A. LERMAN & ASSOCIATES, INC.**
**TIMEKEEPING RECORD**
**STEPHENSON v. STATE OF CALIFORNIA, ET AL.**
**CASE NO. 5:21-cv-00526-JAK-DTB**

| | | | |
|---|---|---|---|
| 6/23/22 | Rec'd & Rev'd email from TB re COR availability for mediation | NL | .1 |
| 8/15/22 | Rec'd & Rev'd edits to transcript of David Popko | NL | .5 |
| 9/6/22 | Sent email to TB re availability of dates for depositions | NL | 0.1 |
| 9/7/2022 | Telephone conf. w/ GP re Depo notices | NL | 0.1 |
| 9/8/22 | Sent email to Christina Medina (CM) re deposition | NL | .1 |
| 9/9/22 | Rec'd & Rev'd Order Re. Stipulation of Parties and Joint Request for Order to Modify Sched. | NL | 0.1 |
| 9/9/2022 | Telephone conf. w/ GP re Order on stip to modify | NL | 0.2 |
| 9/9/20222 | Rev'd Order re Stip for Order to Modify Case Management Sched. | NL | 0.1 |
| 9/13/22 | Sent email to CM re Matt Borden deposition | NL | 0.1 |
| 9/13/2022 | Telephone conf. w/ GP re Depo dates | NL | 0.1 |
| 9/18/22 | Draft & Serve Amended Notice | NL | .4 |
| 10/10/2022 | Telephone conf. w/ GP re Casteel depo | NL | 0.4 |
| 10/24/2022 | Disc. w/ GP re Depo of Borden | NL | 1 |
| 10/25/2022 | Attended Depo of Borden | NL | 0.5 |
| 11/5/2022 | Rec'd & Rev'd transcript of Officer Cisneros | NL | 1.5 |
| 11/10/2022 | Email sent to Norman Schall Ct. Rep re transcript | NL | 0.1 |
| 11/10/2022 | Telephone conf. w/ GP re case status | NL | 0.1 |
| 11/14/2022 | Disc. Scheduling of Plaintiffs Depos w/ TB | NL | .5 |
| 11/14/2022 | Rec'd & Rev'd email from COR re notices | NL | .2 |
| 11/21/2022 | Draft & serve letter to Plaintiff's employer re excused absence | NL | 1 |
| 11/21/2022 | Sent email to DB re depositions of Plaintiffs | NL | .2 |
| 11/23/2022 | Telephone conf. w/ GP re Mediation and mediator's proposal | NL | 0.1 |
| 11/28/2022 | Disc. w/ GP re mediation | NL | 1.5 |
| 11/29/2022 | Telephone conf. w/ GP re Mediator's proposal | NL | 0.3 |
| 11/30/2022 | Telephone conf. w/ GP re Mediator's proposal | NL | 0.2 |
| 12/5/2022 | Rev'd Notice of Cond. Settlment | NL | 0.1 |
| 12/5/2022 | Rev'd Joint Report re Settlement Proceeds | NL | 0.1 |
| 12/7/2022 | Rev'd Order taking Post Mediation Status Conf. O/C | NL | .1 |
| 12/8/2022 | Telephone conf. w/ GP re Depositions and conflict | NL | 0.1 |
| 12/13/2022 | Rev'd Ex Parte to Vacate Order | NL | 0.1 |
| 12/13/2022 | Telephone conf. w/ GP re case status | NL | 0.1 |
| 12/15/2022 | Rec'd & Rev'd Motion to withdraw | NL | .1 |
| 12/16/2022 | Telephone conf. w/ GP re Order and motion | NL | 0.4 |
| 12/19/2022 | Telephone conf. w/ GP re Deposition dates of plaintiffs | NL | 0.1 |
| 12/15/20222 | Rev'd Order re Ex Parte App to Vacate Disc. Deadlines | NL | .1 |
| 1/3/23 | Sent email to CA Depo Rptrs. Re transcripts | NL | .2 |
| 1/5/2023 | Rev'd Order Setting OSC re Dismissal + Order vacating status conf. | NL | 0.1 |
| 1/23/2023 | Rev'd Status Report re Further Settlement Conf. | NL | 0.1 |
| 1/31/2023 | Rev'd Stip to Dismiss Defendants County of Riverside | NL | 0.1 |
| 1/31/2023 | Rev'd Order re Motion to Withdraw from Rep | NL | .1 |
| 2/3/2023 | Rev'd Order re Stip to Dismiss All Claims against Riverside County | NL | .1 |
| 2/16/2023 | Rev'd Joint Report of Proposed New Deadlines | NL | 0.1 |
| 2/27/2023 | Rev'd Order re Joint Report re Proposed Deadlines | NL | .1 |
| 3/14/2023 | Telephone conf. w/ GP re Plaintiff discovery responses | NL | 0.2 |
| 3/30/23 | Rec'd & Calendar subpoena | NL | .3 |

**STEVEN A. LERMAN & ASSOCIATES, INC.**
**TIMEKEEPING RECORD**
**STEPHENSON v. STATE OF CALIFORNIA, ET AL.**
**CASE NO. 5:21-cv-00526-JAK-DTB**

| | | | |
|---|---|---|---|
| 3/31/23 | Payment of invoice – US Legal | KR | .2 |
| 5/1/2023 | Telephone conf. w/ GP re case status | NL | 0.1 |
| 5/8/2023 | Telephone conf. w/ GP re Mediation dates | NL | 0.1 |
| 5/12/23 | Disc. w/ GP re discovery / disclosures | NL | .4 |
| 5/16/2023 | Telephone conf. w/ GP re Mediation and overall case status | NL | 0.3 |
| 5/18/2023 | Rev'd Stip to continue sched order | NL | .1 |
| 5/22/2023 | Telephone conf. w/ GP re Mckee depo date | NL | 0.1 |
| 5/29/2023 | Telephone conf. w/ GP re Mckee deposition | NL | 0.2 |
| 5/30/2023 | Telephone conf. w/ GP re Mckee deposition and plaintiffs' depositions | NL | 0.1 |
| 6/20/23 | Rec'd & Cal. Amended Notice of Depo | NL | 0.1 |
| 7/7/2023 | Prep Plaintiff for Deposition | NL | 2 |
| 7/9/2023 | Prep Plaintiff for Deposition | NL | 2.2 |
| 7/10/2023 | Prep Plaintiff for Deposition | NL | 2 |
| 7/12/2023 | Defended Deposition of Plaintiff | NL | 2 |
| 7/12/2023 | Defended Deposition of Plainitff | NL | 1.1 |
| 7/13/2023 | Defended Deposition of Plainitff | NL | 1 |
| 7/19/2023 | Telephone conf. w/ GP re Mediation | NL | 0.1 |
| 7/20/2023 | Prep auth. For discl. (Riverside Univ. Hlth) | NL | .5 |
| 7/21/2023 | Rev'd Settlement Proceedings Report by Def. | NL | 0.1 |
| 7/22/2023 | Retention of Expert Bennet Omalu | SL | 1 |
| 7/24/2023 | Retention of Expert Jeff Noble – disc. + prep case materials | NL | 2 |
| 7/24/2023 | Email sent to Jeff Noble re case | NL | .2 |
| 7/24/2023 | Rec'd & Rev'd Retainer agreement from Noble | NL | .5 |
| 7/24/2023 | USPS Packing of Expert Materials – Dr. Omalu | KR | .5 |
| 7/24/2023 | Telephone conf. w/ GP re Galipo and preparing file for galipo | NL | 0.2 |
| 7/24/2023 | Four-way conference call w/ CAM, DKG and GP re the firm's role in the case | NL | 1 |
| 7/25/2023 | Rec'd & Rev email from Cooper Mayne (CM) re retention | NL | 0.1 |
| 7/25/2023 | Service of letter + payment to Expert – Wohlgelernter, M.D. | KR | .2 |
| 7/25/2023 | Telephone conf. w/ GP re Galipo appearance and 1.5.1 | NL | 0.1 |
| 7/26/2023 | Sent add. Materials to Noble for prep of Rule 26 report | NL | .5 |
| 7/26/2023 | Rec'd & Rev'd email from CM re expert depos + coroner subpoena | NL | 0.1 |
| 7/26/2023 | Draft & serve subpoena to Coroner | NL | 0.2 |
| 7/26/2023 | Disc. w/ CM coroner samples + stipulation | NL | .5 |
| 7/26/2023 | Payment submitted to Norman Schall re Transcripts | KR | .5 |
| 7/28/2023 | Telephone conf. w/ GP re Norem depo | NL | 0.3 |
| 8/1/2023 | Initial call with Expert Witness Daniel Wohlgelernter, M.D., regarding retention of expert witness | NL | 1 |
| 8/2/2023 | Sent email to Coroner's office re inspection | NL | .3 |
| 8/2/2023 | Rev'd Notice of Appearance for DKG | NL | .1 |
| 8/2/2023 | Telephone conf. w/ GP re Stip | NL | 0.1 |
| 8/3/2023 | Rev'd Stipulation to Continue Partial Mod of Deadline to Complete Non-Expert Disc. | NL | 0.1 |
| 8/4/2023 | Sent email to Dr. Omalu re slide inspection | NL | .3 |
| 8/7/2023 | Sent email to Dr. Omalu re inspection | NL | .2 |
| 8/7/2023 | Review email from Dr. Omalu, M.D., regarding inspection of autopsy slides | NL | .2 |
| 8/7/2023 | Execution and service of Subpoena to Sheriff and Coroner | NL | .5 |
| 8/8/23 | Sent email to Dr. Omalu re photograph materials | NL | .2 |

**STEVEN A. LERMAN & ASSOCIATES, INC.**
**TIMEKEEPING RECORD**
**STEPHENSON v. STATE OF CALIFORNIA, ET AL.**
**CASE NO. 5:21-cv-00526-JAK-DTB**

| | | | |
|---|---|---|---|
| 8/8/2023 | Strategy call with CAM, | NL | .5 |
| 8/8/2023 | Sent email to Jeff Noble regarding scheduling call | NL | .2 |
| 8/8/2023 | Rev'd Order Order re Parties Stipulated Request for Patrial Modification of Deadline | NL | .1 |
| 8/9/20203 | Disc. w/ Noble re case | SL | .5 |
| 8/10/2023 | Rec'd and rev'd email from CAM regarding ordering of transcripts and statements | NL | .1 |
| 8/10/2023 | Service of letter to Lee Roistacher, Esq. and Douglas Baxter, Esq. regarding subpoena to Sheriff-Coroner | NL | .5 |
| 8/11/2023 | Sent transcript materials to Noble | NL | .3 |
| 8/14/2023 | Discussion with Dr. Omalu's office regarding availability for inspection | NL | 0.1 |
| 8/15/2023 | Rec'd and Rev'd email from Dr. Dan regarding issue with file materials | NL | .3 |
| 8/15/2023 | Rev'd Objection to third party subpoena filed by Defendant McKee | NL | 0.1 |
| 8/15/2023 | Rec'd & Rev'd multiple emails from Dr. Dan re materials for review | NL | .3 |
| 8/17/2023 | Payment of invoice – Huseby | KR | .2 |
| 8/25/2023 | Review & outline of Deposition transcript of Dane Norem, taken August 7, 2023 | NL | 0.5 |
| 8/31/2023 | Review of email from Daniel Wohlgelernter regarding medical records from Parkview Community Hospital | NL | .1 |
| 8/31/2023 | Service of letter + payment to Noble | KR | .5 |
| 9/4/2023 | Review of Rule 26 Report from Expert Witness Daniel Wohlgelernter, M.D | NL | 0.5 |
| 9/8/2023 | Payment to Kusar / Lexitas – transcripts | KR | .2 |
| 9/13/2023 | Rec'd & Rev'd multiple emails from all counsel re service date for expert reports | NL | 0.5 |
| 9/14/2023 | Rec'd & Rev'd multiple emails from all counsel re service date for expert reports | NL | 0.5 |
| 9/14/2023 | Review of Rule 26 Report from Expert Witness Daniel Wohlgelernter, M.D | NL | 0.5 |
| 9/14/2023 | Rev'd Order re Stipulation of Dismissal | NL | .1 |
| 9/14/2023 | Service of letter + payment to Noble | KR | .3 |
| 9/15/2023 | Rec'd & Rev'd multiple emails from Dr. Dan & CAM re report | NL | .4 |
| 9/15/2023 | Review of signed / dated Rule 26 Report from Expert Witness Daniel Wohlgelernter, M.D | NL | 0.5 |
| 9/18/2023 | Rec'd and Rev'd email from CAM regarding Dr. Omalu inspection | NL | .2 |
| 9/20/2023 | Rev'd Order re Joint Stip to Continue Expert Disc. | NL | .1 |
| 9/20/2023 | Payment of invoice- U.S. Legal x 2 | KR | .4 |
| 9/21/2023 | Review of multiple emails re meet and confer scheduling of MSJ issues | NL | 0.1 |
| 9/22/2023 | Review of email from Daniel Wohlgelernter regarding final invoice | NL | .1 |
| 9/22/2023 | Invoice review and payment submission for Expert Witness Daniel Wohlgelernter, M.D | NL | 0.1 |
| 9/22/2023 | Review of email from DB regarding service of Expert Witness Disclosures | NL | .2 |

**STEVEN A. LERMAN & ASSOCIATES, INC.**
**TIMEKEEPING RECORD**
**STEPHENSON v. STATE OF CALIFORNIA, ET AL.**
**CASE NO. 5:21-cv-00526-JAK-DTB**

| | | | |
|---|---|---|---|
| 9/23/2023 | Review of Robert Fonzi Report / Documents | NL | 0.5 |
| 9/23/2023 | Review of Michael Graham, M.D./ Documents | NL | 0.5 |
| 9/24/2023 | Review of Gary Vilke, M.D. | NL | 0.5 |
| 9/24/2023 | Review of Richard Clark, M.D. | NL | 0.5 |
| 9/25/2023 | Review of John MacGregor, M.D. | NL | 0.5 |
| 9/27/2023 | Review of Expert Witness Report, Bennet Omalu, M.D | NL | 0.5 |
| 9/28/2023 | Review Defendant's Notice of Motion and Motion for Summary Judgment to Plaintiff's Complaint, filed September 25, 2023 / research of case | NL | 0.1 |
| 10/01/2023 | Review of Noble Final Report | NL | 0.5 |
| 10/7/2023 | Review & disc. of Plaintiffs' Opposition to Motion for Summary Judgment, Statement of Genuine Disputes, and Notice of Lodging, filed October 9, 2023 | NL | 0.1 |
| 10/9/2023 | Prep questions & issues for Depo of Richard Clark, M.D. | NL | 1 |
| 10/10/2023 | Rev'd Joint Stip re Continue Expert Deadlines | NL | .2 |
| 10/11/2023 | Review of Order re Joint Sitp | NL | .1 |
| 10/16/2023 | Review of Defendant's Reply in Support of Notice for Summary Judgment, filed October 16, 2023 | NL | 0.1 |
| 10/16/2023 | Rev'd Notice of Motion and Summary as Plaintiff's Complaint | NL | 0.1 |
| 10/17/2023 | Prep questions & issues for Depo of Michael Graham, M.D. | NL | 2.5 |
| 10/18/2023 | Payment sent to Expert Noble | KR | .2 |
| 10/19/2023 | Rev'd Court Order Cont. Hearing on MSJ | NL | .1 |
| 10/30/2023 | Service of letter to DKG | KR | .2 |
| 11/01/2023 | Rev'd Court Orders re SMJ / Need to file Responses | NL | .3 |
| 11/2/2023 | Payment + Receipt of Transcript | KR | .3 |
| 11/3/2023 | Payment of invoice - Huseby | KR | .2 |
| 11/3/2023 | Payment of invoice – Kusar | KR | .2 |
| 11/6/2023 | Service of material to Expert Wohlgelernter, M.D. | KR | .2 |
| 11/6/2023 | Payment of invoice – U.S. Legal | KR | .2 |
| 11/6/2023 | Payment of invoice – Peterson Reporting x 3 | KR | .6 |
| 11/8/2023 | Payment + Receipt of Transcript – CA Depo Reporter | KR | .5 |
| 11/9/2023 | Payment of invoice – Huseby | KR | .2 |
| 11/17/2023 | Review & outline of Deposition of Michael Graham, M.D., taken October 19, 2023 | NL | 0.5 |
| 11/21/2023 | Review & outline of Deposition of Richard Clark, M.D., taken October 11, 2023 | NL | 0.5 |
| 11/21/2023 | Rev'd Resp. in Support of Notice of Motion and Motion for SMJ | NL | 0.1 |
| 11/22/2023 | Service of material to DKG | KR | .3 |
| 11/23/2023 | Review of Defendant McKee Response in Support of Notice for Summary Judgment Motion, filed November 21, 2023 | NL | 0.1 |
| 11/23/2023 | Review & outline of Deposition of Gary Vilke, M.D., taken October 6, 2023 | NL | 0.5 |
| 11/12 – 27/2023 | Rec'd & rev'd of U.S. Legal Support Records - Riverside Police Department, Riverside University Health System Medical Center, Mission Community Hospital, Arlington Mental Health Facility, Riverside University Health System (Psychiatric) and Riverside County Coroner's Office | NL | 0.5 |
| 12/1/2023 | Package sent to DKG | KR | .3 |

**STEVEN A. LERMAN & ASSOCIATES, INC.**
**TIMEKEEPING RECORD**
**STEPHENSON v. STATE OF CALIFORNIA, ET AL.**
**CASE NO. 5:21-cv-00526-JAK-DTB**

| | | | |
|---|---|---|---|
| 12/15/2023 | Rev'd Order Changing the time for Motion for MSJ | NL | .1 |
| 12/18/2023 | Rev'd Motion for Summary Judg by Def- Order | NL | .1 |
| 12/21/2023 | Review of Court Order regarding matter being taken under submission, and order for Joint Report filing, entered December 21, 2023 | NL | .1 |
| 12/28/2023 | Review of Defendant Supplement to Notice of Motion for Summary Judgment, entered December 28, 2023 | NL | 0.1 |
| 1/5/2024 | Review of Plaintiff's Opposition to Notice of Motion, filed January 5, 2024 | NL | 0.1 |
| 1/9/2024 | Rev'd Joint Stipulation to Extend Discovery Cut-Off | NL | 0.1 |
| 1/23/2024 | Review of Joint Report regarding mediation, filed January 23, 2024 | NL | .3 |
| 1/23/2024 | Review of Notice of Withdrawal, entered January 23, 2024 | NL | .1 |
| 1/25/2024 | Rec'd and Rev'd email from Santiago Laurel regarding payment of costs, January 25, 2024 | NL | .2 |
| 1/31/2024 | Review of Order re Joint Report | NL | 0.1 |
| 3/12/2024 | Notice of Reassignment of Case | NL | .1 |
| 5/30/2025 | Review of Appearance or Withdrawal of Counsel | NL | .2 |
| 6/4/2024 | Review of Response by Court to Notice | NL | .1 |
| 8/2/2024 | Review of Notice of Supplemental Authority in Support of Opposition to Defendants Motion for Summary Judgment, filed August 2, 2024 | NL | 0.1 |
| 8/6/2024 | Review of Opposition to Supplemental Authority, filed August 6, 2024 | NL | .2 |
| 9/18/2024 | Review of Supplement to Notice of Motion and Motion for SMJ | NL | 0.1 |
| 10/04/2024 | Review of Response filed by Plaintiffs | NL | .1 |
| 1/3/2025 | Review of Court Order regarding Summary Judgment, entered January 3, 2025 | NL | .1 |
| 1/3/2025 | Telephone conf. w/ GP re Order on msj | NL | 0.2 |
| 1/7/2025 | Review of Notice of Appeal to 9th Circuit Court of Appeals by Defendant McKee (ruling on MSJ), filed January 7, 2025 | NL | 0.1 |
| 1/17/2025 | Rec'd and Rev'd email from United States Court of Appeals for Ninth Circuit regarding appeal, January 17, 2025 | NL | .2 |
| 1/21/2025 | Review of Status Report filed by Plaintiffs | NL | .2 |
| 1/24/2025 | Review of Motion to Stay Case pending Resolution of Interlocutory Appeal, filed January 24, 2024 | NL | 0.5 |
| 2/21/2025 | Review of Notice of Motion to Dismiss Federal Claims against Defendant McKee, filed February 21, 2025 | NL | 0.1 |
| 3/3/25 | Review of Opposition to Motion to Dismiss Fed Claims, filed March 3, 2025 | NL | .2 |
| 4/1/2025 | Review of Joint Report re Mediation | NL | .2 |
| 4/4/2025 | Review of Order from Judge re status conf. | NL | .1 |
| 4/8/2025 | Review of Order from Ninth Circ. Re Appeal to 9th Circ. | NL | 0.1 |
| 5/30/2025 | Review of Notice or Withdrawal of Counsel | NL | 0.1 |
| 7/21/2025 | Courier Service of Exhibits | KR | 1 |

**STEVEN A. LERMAN & ASSOCIATES, INC.**
**TIMEKEEPING RECORD**
**STEPHENSON v. STATE OF CALIFORNIA, ET AL.**
**CASE NO. 5:21-cv-00526-JAK-DTB**

| | | | |
|---|---|---|---|
| 7/22/2025 | Rec'd and Rev'd Proposed Trial Documents: Joint Proposed Jury Instructions, Joint Statement of the Case; Joint Exhibit List; Joint Witness List, Plaintiff's Verdict Form | NL | 0.1 |
| 7/28/2025 | Rec'd and Rev'd revisions to Joint Exhibit List and Witness List | NL | 0.5 |
| 7/29/2025 | Rec'd and Rev'd PTCO | NL | .5 |
| 7/29/2025 | Rec'd and Rev'd email from CAM regarding modification of jury instructions | NL | .3 |
| 8/1/2025 | Rec'd and Rev'd Joint JI and redline edits | NL | .3 |
| 8/2/2025 | Rec'd and Rev'd Joint Exhibit List and listed exhibits | NL | 0.5 |
| 8/2/2025 | Review of email with redline edits to trial docs | NL | 0.5 |
| 8/4/2025 | Review Memorandum of Contention of Fact and Law, filed by Def McKee, August 4, 2025 | NL | 0.5 |
| 8/4/2025 | Review Memorandum of Contention of Fact and Law, filed by Plaintiffs, August 4, 2025 | NL | 0.5 |
| 8/4/2025 | Review of Memorandum of Contentions of Fact and Law field by Defendant Norem, August 4, 2025 | NL | .4 |
| 8/4/2025 | Review of Joint Jury Instructions | NL | 0.5 |
| 8/5/2025 | Rec'd & rev'd dropbox link with Plaintiffs' exhibits | NL | 0.1 |
| 8/5/2025 | Review of drobpox link of joint exhibit lists | NL | 0.1 |
| 8/5/2025 | Rec'd and Rev'd redline of MIL discussions | NL | .3 |
| 8/7/2025 | Rec'd and Rev'd list of MIL issues pending agreement | NL | .2 |
| 8/8/2025 | Rec'd and Rev'd Joint Stipulation | NL | 0.1 |
| 8/8/2025 | Rec'd and Rev'd updated documents | NL | 0.5 |
| 8/8/2025 | Rec'd and Rev'd Joint Witness list, | NL | 0.5 |
| 8/10/2025 | Rec'd and Rev'd Joint Agreed Jury Instructions | NL | 0.5 |
| 8/10/2025 | Rec'd and Rev'd Proposed Changes to PTCO | NL | .4 |
| 8/10/2025 | Rec'd and Rev'd edits to Joint Statement | NL | .3 |
| 8/10/2025 | Rec'd and Rev'd edits to disputed jury instructions | NL | .5 |
| 8/11/2025 | Review Notice of Joint Motion In Limine (1) Exclude Opinions of Plaintiff Expert Jeff Noble, filed August 11, 2025 | NL | 0.1 |
| 8/11/2025 | Review of Proposed Voir Dire questions, filed by Defendant McKee | NL | 0.5 |
| 8/11/2025 | Review of Proposed Jury Instructions, filed by Plaintiffs August 11, 2025 | NL | 0.5 |
| 8/11/2025 | Review of Joint Statement of the Case, filed by Plaintiffs August 11, 2025 | NL | .4 |
| 8/11/2025 | Review Witness List filed by Plaintiffs, August 11, 2025 | NL | 0.5 |
| 8/11/2025 | Review of Joint Exhibit List filed by Plaintiffs, August 11, 2025 | NL | 0.5 |
| 8/11/2025 | Review of Joint Exhibit List Notice of Disputed Exhibits, filed by Defendant Norem August 11, 2025 | NL | 0.1 |
| 8/11/2025 | Review of Notice of Motion In Limine (2), and Notice of Lodging and Joint Stipulation | NL | 0.1 |
| 8/14/2025 | Rec'd and Rev'd Riverside subpoena document | NL | 0.1 |
| 8/15/2025 | Review of Objections to Defendants Late Disclosed Exhibits and Witnesses, filed by Plaintiff August 15, 2025 | NL | 0.5 |
| 8/16/2025 | Rev'd Fonzi Deposition Transcript + Outline | NL | 0.5 |
| 8/16/2025 | Rev'd Graham Deposition Transcript + Outline | NL | 0.5 |
| 8/17/2025 | Rev'd Vilke Deposition Transcript + Outline | NL | 0.5 |
| 8/17/2025 | Rev'd Clark Deposition Transcript + Outline | NL | 0.5 |

**STEVEN A. LERMAN & ASSOCIATES, INC.**
**TIMEKEEPING RECORD**
**STEPHENSON v. STATE OF CALIFORNIA, ET AL.**
**CASE NO. 5:21-cv-00526-JAK-DTB**

| | | | |
|---|---|---|---|
| 8/17/2025 | Rev'd MacGregor Deposition Transcript + Outline | NL | 0.5 |
| 8/18/2025 | Review of Response by Defendant to Plaintiffs' Objection to Late Disclosed Exhibits / Witnesses, filed August 18, 2025 | NL | 0.5 |
| 8/18/2025 | Case Disc. w/ Linden Stephenson | NL / SL | 1.5 per (3 total) |
| 8/18/2025 | Review of Joint Opposition re Motion in Limine #1, filed by Defendants on August 18, 2025 | NL | .5 |
| 8/18/2025 | Review of Joint Oppositions re Motion in Limine #2, filed by Defendants on August 18, 2025 | NL | 0.5 |
| 8/18/2025 | Review of Proposed Special Jury Verdict, filed by Defendant State of Californai on August 18, 2025 | NL | .4 |
| 8/22/2025 | Review of Stipulation for Order Certified Copies of Depo Transcript | NL | .1 |
| 8/22/2025 | Review of Exhibit List filed by Defendant | NL | .3 |
| 8/22/2025 | Review of Amended Exhibit List (Joint) filed by Defendant | NL | .2 |
| 8/22/2025 | Review of Amended Exhibit List Notice of Disputed Exhibits filed by Defendant | NL | 0.1 |
| 8/22/2025 | Rev'd Scheduling Notice Order Changing Final Pretrial Conference, August 22, 2025 | NL | 0.1 |
| 8/23/2025 | Rev'd Dr. Dan Deposition Transcript + Outline | NL | 0.5 |
| 8/23/2025 | Rev'd Omalu Deposition Transcript + Outline | NL | 0.5 |
| 8/25/2025 | Review of Final Pretrial Conf | NL | .1 |
| 8/25/2025 | Review of Noble Report + Notes | NL | 0.5 |
| 8/26/2025 | Rec'd and Rev'd Trial Subpoenas served via email from CHP | NL | 0.5 |
| 8/27/2025 | Rec'd and Rev'd Trial Subpoenas served via email from CHP | NL | 0.5 |
| 8/27/2025 | Meeting with GP regarding client zoom preparation | NL | 0.2 |
| 8/27/2025 | Preparation for meeting with clients regarding trial testimony | NL | 1 |
| 8/27/2025 | Review of Plaintiffs deposition transcripts for interviews | NL | 0.5 |
| 8/28/2025 | Client trial preparation via Zoom (Linden, Devonte & Keandre) | NL | 4 |
| 8/28/2025 | Meeting with GP and DG regarding trial strategy + client testimony | NL | .5 |
| 8/1/2025 | Review of deposition outlines for trial strategy session - Norem, McKee, Leighton, Hunt, and Plaintiffs | NL | 0.5 |
| 9/2/2025 | Rev'd Objection to Plaintiffs' use of demonstrative exhibits at trial | NL | 0.5 |
| 9/3/2025 | Review of Order to Show Cause by Hon. Judge Kronstadt re Plaintiff use of Demonstrative Exhibits at Trial, entered September 3, 2025 | NL | 0.1 |
| 9/3/2025 | Review of Client Statements via Zoom and Summary of Interview | NL | 0.5 |
| 9/4/2025 | Review of Uncommon and Scientific Terms filed by Plaintiff September 4, 2025 | NL | .1 |
| 9/4/2025 | Review of Order Re Defendant's Objection to Plaintiff's use of Demonstrative Exhibits | NL | 0.1 |
| 9/5/2025 | Review Order Regarding Defendants Objection to Plaintiffs' Use of Demonstrative Exhibits at Trial, entered September 5, 2025 | NL | 0.1 |
| 9/5/2025 | Review of Defendants List of Witnesses to Testify Remotely, filed September 5, 2025 | NL | .2 |

**STEVEN A. LERMAN & ASSOCIATES, INC.**
**TIMEKEEPING RECORD**
**STEPHENSON v. STATE OF CALIFORNIA, ET AL.**
**CASE NO. 5:21-cv-00526-JAK-DTB**

| | | | |
|---|---|---|---|
| 9/5/2025 | Review of Response filed by Defendant (Response to Plaintiffs' Status Report), filed September 5, 2025 | NL | .2 |
| 9/8/2025 | Review of Scheduling Notice Order, Confirming time of trial, entered September 8, 2025 | NL | .1 |
| 9/8/2025 | Review of Court Order regarding Plaintiffs' Motion in Limines, entered September 8, 2025 | NL | 0.1 |
| 9/8/2025 | Disc' w/ Plaintiffs re trial schedule | NL | 0.8 |
| 9/8/2025 | Review of Resp. to Order re Def. Objection to Plaintiff's use of Demonstrative Exhibits | NL | 0.1 |
| 9/9/2025 | Review of Status Report re Disputed Exhibits filed by Plaintiff September 9, 2025 | NL | .3 |
| 9/9/2025 | Review of Joint Exhibit List | NL | .5 |
| 9/9/2025 | Trial Strategy Meetings and Jury Strategy Meeting, September 9, 2025 | NL | 0.5 |
| 9/9/2025 | Client and Family Meeting | SL / NL | 1 per (2 total) |
| 9/13/2025 | Review of trial testimony transcript for meeting of | NL | 0.5 |
| 9/13/2025 | Discussion with CAM regarding filing of trial brief re undisclosed and improper witnesses | NL | .5 |
| 9/14/2025 | Review of Trial Brief re Undisclosed and Improper Witnesses and Objections to Admission of Deposition Testimony of Officer Casteel + Allison Hunt, filed by Plaintiffs on September 14, 2025 | NL | 0.1 |
| 9/15/2025 | Review of Multiple Declarations & Notices filed September 15, 2025 | NL | .5 |
| 9/15/2025 | Review of Motion to Strike Portions of Plaintiffs' Expert Witness Dr. Wohlgelernter, M.D., filed September 15, 2025 | NL | 0.5 |
| 9/17/2025 | Review Motion for Judgment as a Matter of Law, filed by Defendants on September 17, 2025 | NL | 0.5 |
| 9/17/2025 | Review Motion for Joinder of Motion for Judgment, filed September 17, 2025 | NL | 0.5 |
| 9/9 - 18/2025 | Review of Minute Order from Day 1 to Day 8 | NL | 0.1 |
| 9/20/2025 | Meeting with Clients regarding final verdict | NL | 1.5 |
| 9/22/2025 | Meeting with CAM regarding submission of statutory hours and appealable issues | NL | .5 |
| 9/25/2025 | Review of Jury Notes | NL | .2 |
| 9/25/2025 | Review of Request for Order for Briefing Deadline | NL | 0.1 |
| 9/26/2025 | Review of verdict form, entered September 26, 2025 | NL | 0.1 |
| 9/26/2025 | Review of Request for Order for Briefing Deadline or Deferred Disposition of Defendants Rule 50(A) Motion, filed September 25, 2025 | NL | 0.1 |
| 9/30/2025 | Meeting with CAM and DKG regarding pending Defendant Motion, and Plaintiff's opposition | NL | 1 |
| 9/30/2025 | Review of Order re Briefing | NL | 0.1 |
| 10/2/2025 | Review of Plaintiffs' Opposition to Defendants' Motion for Judgment as a Matter of Law | NL | 0.5 |
| 10/6/2025 | Review of Joint Stip. To Dismiss Defendant McKee | NL | .2 |
| 10/6/2025 | Review of Competing Proposed Judgments | NL | .3 |
| 10/6/2025 | Disc. Re Proposed Judgments w/ CAM | SL | .5 |

**STEVEN A. LERMAN & ASSOCIATES, INC.**
**TIMEKEEPING RECORD**
**STEPHENSON v. STATE OF CALIFORNIA, ET AL.**
**CASE NO. 5:21-cv-00526-JAK-DTB**

| | | | |
|---|---|---|---|
| 10/9/2025 | Rec'd & Rev'd Reply in Support of Motion for Judgment, filed October 9, 2025 | NL | .5 |
| 10/13/2025 | Prep attorney hour & work product for motion + Declarations | NL | 3 |
| 10/20/2025 | Attorney Cost Review | KR | 3.5 |

**Timekeeper Summary**

**Timekeeper NL worked 211.1 hours at $600.00 per hour, totaling $126,660.00**
**Timekeeper SL worked 17.6 hours at $900.00 per hour, totaling $15,840.00**

**TOTAL AMOUNT DUE: $142,500.00**