# EXHIBIT 1

GREG PEACOCK HOURS

| | | |
|---|---|---|
| 1/27/2019 | Client meeting re case | 1.2 |
| 1/27/2019 | Meeting with Lerman Office re New Case | .9 |
| 1/28/2019 | Prepare contracts and emailed to Lerman Office | .2 |
| 1/29/2019 | Telephonic meeting with Lerman Office Re New Case | .3 |
| 3/3/2019 | Prepare Evidence preservation letter | .3 |
| 3/4/2019 | Email and telephonic communications with Lerman Office Re Evidence Preservation letter | .2 |
| 3/5/2019 | Email and telephonic communications with Lerman Office Re Initial Sign up documents | .2 |
| 3/31/2019 | Email with Shouse Law Firm Re status and Case Evaluation | .1 |
| 5/31/2019 | Email communication with Lerman office re sign up docs; Received/reviewed Signed Contracts from Lerman Office | .1 |
| 6/25/2019 | Prepared Claim for Damages Forms; Telephonic communications with Lerman's Office re Claims; email communications with Lerman's Office Re Claims | 1.3 |
| 7/25/2019 | Review Claim Rejection Letters; telephonic communications with Lerman Office Re Claim Rejections; Email communications with Lerman Office Re Claim Rejections | .2 |
| 8/21/2019 | Telephonic Communications with Lerman Office re Claim Rejections and Calendaring; email communications with Lerman Office Re Claim Rejections | .2 |
| 10/1/2019 | Prepared Declarations Re Successors in Interest; email communications with Lerman office Re Declarations Re Successors in Interest | .4 |
| 10/10/2019 | email communications with Lerman office Re Declarations Re Successors in Interest; Telephonic communications with Lerman Office Re declarations; reviewed signed declarations | .3 |
| 11/3/2019 | Client communication re status | .3 |
| 11/2/2019 | Research positional asphyxia complaints/cases; prepared complaint; Telephonic communications with Lerman Office Re Complaint | 4.7 |
| 11/4/2019 | Prepared complaint; telephonic communications with Lerman Office Re Complaint | 2.2 |

| | | |
|---|---|---|
| 11/5/2019 | Telephonic communications with Lerman Office Re Complaint and other filing documents; email communications with Lerman Office Re Complaint; prepared Complaint | .4 |
| 11/6/2019 | Telephonic Communications with Lerman Office re Filing documents | .1 |
| 12/9/2019 | Telephonic Communications with Lerman Office re Filing documents and Service | .1 |
| 12/18/2019 | Telephonic Communications with Lerman Office Re Filing Documents and Service | .1 |
| 1/17/2020 | Telephonic Communications with Lerman Office re Conformed Copies and Service; email communications with Lerman Office re Conformed Copies | .2 |
| 2/6/2020 | Email communications with Baxter re demurrer; telephonic communication with Lerman Office re Baxter email | .3 |
| 2/7/2020 | Telephonic communication with Baxter re Case and Demurrer | .2 |
| 2/11/2020 | Email communications with Baxter | .3 |
| 2/24/2020 | Email communications with Lerman Office Re Demurrer | .1 |
| 2/25/2020 | Review Defendants Motions to Strike and Demurrer; create outline of motions | 1.4 |
| 2/26/2020 | Research for strike and Demurrer oppositions; telephonic communications with Lerman Office re Motions and Oppositions | 2.8 |
| 3/2/2020 | Research for strike and Demurrer oppositions; prepare strike and demurrer oppositions; Telephonic Communications with Lerman Office Re Oppositions | 4.6 |
| 3/5/2020 | Telephonic Communications with Lerman Office Re Oppositions; email communications with Lerman Office re oppositions; prepare motion oppositions | 3.3 |
| 3/16/2020 | Email communications with Lerman Office re defendants' reply; telephonic communications with Lerman's Office re defendants' reply and filling errors re our opposition; review defendants' reply brief | .4 |
| 3/17/2020 | Email communication with Lerman's Office Re strike/demurrer hearing and tentative ruling; telephonic meeting with Lerman Office re hearing; prepared for hearing; review tentative ruling | 1.2 |
| 3/25/2020 | Reviewed Notice of Ruling; email communications | .7 |

| | | |
|---|---|---|
| | with Lerman Office Re Discovery Plan | |
| 4/2/2020 | Email communications with clients re discovery and items needed; email communications with Lerman Office re discovery plan | .3 |
| 4/7/2020 | Review discovery requests from defendants; email communications with Lerman Office re discovery requests | .2 |
| 4/8/2020 | Review discovery requests from defendants; email communications with Lerman Office re discovery requests | .2 |
| 4/9/2020 | Prepared rfp and special rogs to defendant state; email communications with Lerman Office re Discovery requests | 2.8 |
| 4/23/2020 | Review discovery requests from defendants; email from Baxter | .3 |
| 4/27/2020 | Telephonic communications with Lerman Office re discovery responses and extension; email communication with lerman's office and Baxter re discovery responses and extension | .3 |
| 4/28/2020 | Email communications with Lerman Office and Baxter re discovery extension | .1 |
| 5/6/2020 | Email communications with Lerman's Office re Discovery Responses | .1 |
| 5/8/2020 | Review/edit cmc statement; email communications with Lerman Office re CMC statement; telephonic communication with Lerman Office re cmc statement | .5 |
| 5/11/2020 | Email communication with Lerman Office re cmc and court call | .1 |
| 5/28/2020 | Email communication with Lerman Office re Discovery responses; communication with clients; prepared discovery responses | 4.1 |
| 5/29/2020 | Email communication with Lerman Office re discovery responses; communication with clients; prepared discovery responses | 5.2 |
| 6/5/2020 | Email communication with Lerman Office re Discovery Responses; review/edit discovery responses | .3 |
| 6/8/2020 | Review/edit discovery responses; email communications with Lerman Office re discovery responses; telephonic communications with Lerman Office re discovery responses | .6 |
| 6/17/2020 | Email communications with Lerman Office re discovery responses; telephonic communications with Lerman Office re discovery responses; review | .7 |

| | | |
|---|---|---|
| | edit discovery response | |
| 6/22/2020 | Email communications with Lerman Office re discovery responses; email with Baxter re extension | .2 |
| 6/23/2020 | Telephonic communications with Lerman's Office re discovery responses; review/edit/prepare discovery responses | .6 |
| 7/6/2020 | Review defendant discovery responses; telephonic communication with Lerman Office re defendant discovery responses; telephonic conversation with Baxter re discovery responses | 1.4 |
| 7/10/2020 | Email communication with Lerman office re defendant discovery responses | .1 |
| 7/20/2020 | Telephonic communications with Baxter re discovery; email communications with Baxter re discovery; telephonic communications with Lerman office re communications with Baxter and discovery responses | .5 |
| 7/29/2020 | Email communications with Baxter re defendants' document production | .2 |
| 8/5/2020 | Email communications with Baxter re defendants' document production | .1 |
| 8/7/2020 | Email communication with Lerman Office re CMC | .1 |
| 8/11/2020 | Email communications with Lerman office re CMC; review CMC statement | .2 |
| 8/12/2020 | Email communications with Baxter re CMC; telephonic communications with Lerman office re CMC and future dates/possible removal; CMC | .8 |
| 8/24/2020 | Email communication with Baxter; review CHP MEMO | .3 |
| 9/22/2020 | Email communication with Baxter; review state cmc | .1 |
| 9/23/2020 | Email communication with Lerman Office re cmc; telephonic communication with Lerman office re cmc; review cmc statement | .5 |
| 10/1/2020 | Email communications with Lerman office and process server re cmc | .1 |
| 10/28/2020 | Email communications with Lerman office re cmc and review minute order | .1 |
| 11/19/2020 | Email communications with Lerman office re division of labor; telephonic communication with Lerman office re division of labor and organization of physical file | .7 |
| 12/3/2020 | Email communication with Baxter re phone call; telephonic communication with Baxter re | .4 |

| | | |
|---|---|---|
| | Riverside DA | |
| 12/4/2020 | Email communication with Baxter re Riverside DA | .1 |
| 12/7/2020 | Prepare first amended complaint | 2.9 |
| 12/14/2020 | Prepare first amended complaint; email communication with Baxter re First Amended Complaint | .9 |
| 12/16/2020 | Email communications with Baxter re First Amended Complaint | .2 |
| 12/17/2020 | Email communication with Baxter re First Amended complaint; review of first amended complaint | .2 |
| 1/4/2021 | Email communications with Baxter re First Amended Complaint | .2 |
| 1/5/2021 | Email communications with Baxter re meeting | .2 |
| 1/6/2021 | Telephonic communication with Baxter and Vandenhuevel re first amended complaint; email communication with Baxter and vandenhuevel re First Amended Complaint; telephonic communication with Lerman office re meetings with defense counsel | .9 |
| 1/7/2021 | Email communications with Lerman office re first amended complaint; email communications with baxter re first amended complaint; review and edit of first amended complaint; prepare stipulation and proposed order re filing of first amended complaint | 3.2 |
| 1/8/2021 | Email communication with Baxter re first amended complaint; email communications with Lerman office re first amended complaint and stipulation; edit stipulation | .4 |
| 1/11/2021 | Email communications with Lerman Office re cmc, first amended complaint and tsc; email communications with Baxter re first amended complaint; edits to first amended complaint; prep for tsc | 2.1 |
| 1/12/2021 | Email communications with Baxter; TSC; Telephonic communication with Baxter; telephonic communication with Lerman office re TSC and calendaring | .8 |
| 1/15/2021 | Email communications with Lerman Office re TSC calendaring | .1 |
| 1/19/2021 | Telephonic communications with Lerman Office re Riverside Claims; prepared Riverside claims; email communications with Lerman Office Re claims | 1.9 |
| 1/29/2021 | Email communications with Baxter re Court | .6 |

| | | |
|---|---|---|
| | docket/stip to file first amended complaint; telephonic communications with Lerman Office re stip re first amended complaint; review of court docket | |
| 2/1/2021 | Telephonic communication with Lerman Office re court docket/stip to amend; review of court docket; email communication with Baxter re court docket/stip to amend | .5 |
| 2/8/2021 | Email communications with Lerman Office re order on stip to motion and service of process; telephonic communication with Lerman office re order on stip and service of process; email communication with Baxter re order on stip to amend and service of process; telephonic communication with Baxter re service | .6 |
| 2/11/2021 | Email communication to Lerman Office re service of process | .1 |
| 2/12/2021 | Email communication with Lerman Office re Notice of CMC | .1 |
| 2/16/2021 | Email communications with Lerman Office re service of process; telephonic communications with Lerman office re Service of process | .2 |
| 3/4/2021 | Email communication with Lerman Office re proof of service; review proof of service | .1 |
| 3/5/2021 | Email communications with Baxter re Proof of service and service of process | .2 |
| 3/12/2021 | Telephonic communication with Baxter re service of process; telephonic communication with Baxter re service of process; Telephonic communication with Lerman office re service of process | .8 |
| 3/14/2021 | Email communication with Lerman Office re service of process; telephonic communication with Lerman office re service of process | .4 |
| 3/16/2021 | Email communications with Lerman Office re cmc and service of process; review cmc statement | .2 |
| 3/18/2021 | Email communication with lerman office re cmc and service of process; email communication with Baxter re proof of service; telephonic communication with Lerman office re proof of service and service | .4 |
| 3/24/2021 | Email communication with Baxter re removal and service of process | .1 |
| 3/25/2021 | Review and saved to file removal documents in federal docket | .2 |
| 3/26/2021 | Review order setting scheduling order; review | .7 |

| | | |
|---|---|---|
| | standing order; telephonic communications with Lerman Office re court filings and removal | |
| 4/1/2021 | Telephonic communication with Baxter re removal and state case status | .2 |
| 4/4/2021 | Telephonic communication with Lerman Office re CMC; email communication with Lerman office and Baxter re CMC | .3 |
| 4/5/2021 | Email communication with Baxter re CMC | .1 |
| 4/6/2021 | Review CHP defendant Answer | .2 |
| 4/11/2021 | Email communication with Lerman Office re proof of service | .1 |
| 4/12/2021 | Email communication with Lerman Office re proof of service | .1 |
| 4/14/2021 | Email communication with Lerman office re removal and County claims; review county claim denials | .2 |
| 4/19/2021 | Email communication with Lerman Office re service of process; telephonic communication with Lerman's Office re service of process | .4 |
| 4/28/2021 | Email communication with Lerman office re discovery from state; telephonic communication with Lerman Office re discovery from state; reviewed discovery served by state | .7 |
| 5/11/2021 | Review County Answer; email communication with lerman office re discovery responses | .2 |
| 5/12/2021 | Review Notice of Appearance | .1 |
| 5/17/2021 | Email communications with Baxter and Chan re scheduling rule 26 meeting | .3 |
| 5/20/2021 | Telephonic communication with Baxter and Sain for Rule 26 meeting; telephonic communication with Baxter re County's counsel and discovery responses; email communication with Baxter re scheduling call and discovery responses; telephonic communication with Lerman Office re rule 26 meeting and discovery responses | 1.8 |
| 5/21/2021 | Email communication with Sain re successors in interest; telephonic communication with Lerman Office re Sain letter; review letter from Sain re success in interest | .4 |
| 5/26/2021 | Email communication with defense counsel re joint 26 report; review draft of rule 26 report; email communication form Chan re protective order; review proposed protective order | .4 |
| 6/1/2021 | Prepared plaintiffs' portion of rule 26 report; telephonic communication with Lerman Office re | .6 |

| | | |
|---|---|---|
| | calendaring dates and rule 26 report | |
| 6/2/2021 | Email communications with Baxter and Chan re rule 26 report; review rule 26 report re court's order | .4 |
| 6/3/2021 | Telephonic communication with Baxter re rule 26 report; email communication with Baxter re scheduling rule 26 discussion | .4 |
| 6/4/2021 | Review rule 26 report; email communications with Baxter and Chan re Rule 26 report; review, save and file court filing of rule 26 report | .4 |
| 6/8/2021 | Email communication with Chan re meet and confer letter; telephonic communication with Lerman Office re clients' mother | .5 |
| 6/9/2021 | Review court order re adr; review scheduling order; save and file court filings | .3 |
| 6/11/2021 | Email communications with Baxter and Sain re mediator selection | .3 |
| 6/12/2021 | Email communication with Baxter and Sain re mediator | .1 |
| 6/14/2021 | Email communication with Chan re Latonya; telephonic communication with Lerman Office re Latonya | .4 |
| 6/15/2021 | Review of defendant discovery responses; review of our responsive documents; telephonic communications with Lerman Office re state of discovery and documents produced by defendants; email communications with Lerman office re state of discovery | 4.7 |
| 7/17/2021 | Prepare discovery responses; review documents produced by defendants; telephonic communications with Lerman Office | 2.1 |
| 6/18/2021 | Prepare discovery responses; telephonic communications with Lerman Office re discovery responses; review of documents produced by defendants | 3.2 |
| 6/21/2021 | Finalized discovery responses; telephonic communications with Lerman Office re discovery responses; email communications with Lerman Office re discovery responses | 1.3 |
| 6/22/2021 | Email communications with Sain and Baxter re mediators; email communication with Judge Guilford's assistant re rates and availability; email communications with Rick Copeland re mediation; | .5 |
| 6/23/2021 | Review joint report re mediators; review joint report re mediator choices | .2 |

| | | |
|---|---|---|
| 6/24/2021 | Review of court filing re unjoined party; telephonic communication with Lerman Office re filing re unjoined party and court selection of mediator; review court order re mediator | .4 |
| 7/7/2021 | Email communication with Chan re protective order | .1 |
| 7/9/2021 | Review chp initial disclosures and county initial disclosures; telephonic communications with Lerman Office re disclosures; email communications with Lerman Office re disclosures; email communications with CHP and County re disclosures | .5 |
| 7/12/2021 | Email communication with Chan re protective order | .1 |
| 7/19/2021 | Email communication with Chan re protective order | .1 |
| 7/27/2021 | Email communication with defense counsel re coroner depo notice; review coroner depo notice; telephonic communication with lerman office re coroner depo; prepared initial disclosures; email communications with lerman office re initial disclosures | 1.1 |
| 7/28/2021 | Email communications with lerman's office, CHP and County re initial disclosures | .1 |
| 8/2/2021 | Prepare rfp to county; email communication with Lerman Office re rfp | 1.6 |
| 8/4/2021 | Email communication with Baxter re protective order; telephonic communication with Baxter re protective order | .3 |
| 8/5/2021 | Email communications with Chan re protective order | .2 |
| 8//2021 | Email communication from defense re amended depo notice of coroner; review depo notice of coroner | .1 |
| 8/9/2021 | Email communication with Baxter re coroner documents; review autopsy protocol and toxicology report | .6 |
| 8/10/2021 | Review proposed protective order; email communication with Chan re protective order | .2 |
| 8/11/2021 | Email communication with Chan re protective order | .1 |
| 8/12/2021 | Review autopsy and coroner documents; telephonic communication with lerman office re coroner depo; prepare for coroner depo | 6.2 |
| 8/13/2021 | Prepared for deposition of coroner; deposition of | 4.4 |

| | | |
|---|---|---|
| | coroner | |
| 9/2/2021 | Email communication with chan re discovery responses | .1 |
| 9/7/2021 | Email communication with county counsel re discovery responses; review discovery responses | .3 |
| 9/10/2021 | Email communication from county counsel re discovery requests; review discovery propounded by county | .2 |
| 9/13/2021 | Email communication from county counsel re discovery requests; review discovery requests from county to state defendants | .2 |
| 9/16/2021 | Email communication re third party witness depo notices; review depo notices for third party witnesses; telephonic communication with Lerman Office re third party depos | .3 |
| 10/1/2021 | Email communication with Chan re supplemental responses | .1 |
| 10/11/2021 | email communication with Lerman Office re discovery responses | .1 |
| 10/22/2021 | Email communication with Sain re transferring offices; email communication with Lerman Office re discovery responses; prepare discovery responses; email communication with Chan re supplemental responses | 2.7 |
| 10/25/2021 | Email communication with Lerman Office re discovery response; email communications with defense counsel re discovery responses; edit / prepare discovery responses; email communication with Chan re supplemental responses | 1.1 |
| 11/2/2021 | Email communication with chan re third party witness depos | .1 |
| 11/4/2021 | Email communication with Baxter re deposition of plaintiffs; email communication with court reporter re Coroner transcript; telephonic communication with Lerman office re coroner transcript | .3 |
| 11/8/2021 | Review stip to substitute attorney; review order on stip to substitute attorney | .2 |
| 11/24/2021 | Notice of withdrawal / appearance of attorney | .1 |
| 12/1/2021 | Email communications with Bakken re supplemental discovery response | .1 |
| 12/2/2021 | email communication with Bakken re supplemental discovery responses | .2 |
| 12/9/2021 | Email communication with defense counsel re stip | .3 |

| | | |
|---|---|---|
| | to modify scheduling order; review stipulation | |
| 12/13/2021 | Email communication with Bakken re supplemental discovery responses | .1 |
| 12/14/2021 | Review notice of appearance / withdrawal | .1 |
| 12/15/2021 | Email communication with Bakken re supplemental responses | .1 |
| 12/16/2021 | Email communication with Bakken re supplemental discovery responses | .1 |
| 12/17/2021 | Email communication with defense counsel re stip to modify scheduling order | .1 |
| 12/21/2021 | Email communication with defense counsel re stip to modify scheduling order; review filed stip to modify | .2 |
| 12/22/2021 | Email communication with Bakken re supplemental discovery responses | .1 |
| 12/27/2021 | Email communication with Bakken re supplemental discovery responses | |
| 1/31/2022 | Email communication with Bakken re supplemental discovery responses | .1 |
| 2/2/2022 | Email communication with Bakken re supplemental discovery responses | .1 |
| 2/28/2022 | Email communication with defense counsel re third party witness depos; review third party depo notices; telephonic communication with Lerman’s office re third party depos | .3 |
| 3/25/2022 | Email communication with defense counsel re depo notice of Leighton | .1 |
| 3/28/2022 | Telephonic communication with Lerman Office re deposition prep | .8 |
| 3/29/2022 | Email communication with lerman office re depositions; email communications with defense counsel re depositions; telephonic communication with lerman’s office re depositions | .5 |
| 4/14/2022 | Email communication with Lerman’s office depositions of defendants; email communication with Baxter re scheduling call; telephonic communication with Baxter; telephonic communication with Lerman’s office | .6 |
| 4/16/2022 | Email communication from Bakken re stip to modify the scheduling order; review stip | .1 |
| 4/20/2022 | Email communication with defense counsel re stip to modify scheduling order | .1 |
| 4/21/2022 | Email communication with defense counsel re stip to modify scheduling order | .1 |
| 4/22/2022 | Review; save file stip to modify sched order | .1 |

| | | |
|---|---|---|
| 4/27/2022 | Review save and file order re stip to modify scheduling order | .1 |
| 5/18/2022 | Email communication with Baxter re depositions of plaintiffs; telephonic communications with Lerman's office re baxter email; email communication with bakken re deposition and mediation | .4 |
| 5/23/2022 | Email communication from bakken re mediation dates | .1 |
| 5/24/2022 | Email communication from Baxter re mediation dates and plaintiff depos | .1 |
| 6/3/2022 | Email communication with defense counsel and hiberman's office re mediation | .1 |
| 6/7/2022 | Email communication with defense counsel re mediation | .1 |
| 6/8/2022 | Email communication with baxter re mediation; telephonic communication with lerman's office re mediation; telephonic communication with baxter | .5 |
| 6/10/2022 | Email communication with baxter re mediation; email communication from sain re changing mediator | .1 |
| 6/22/2022 | Email communication with defense counsel re mediation | .2 |
| 6/27/2022 | Email communication with defense counsel re mediation | .1 |
| 6/29/2022 | Email communication with defense counsel re depositions of plaintiffs and witnesses; review depo notices and subpoenas | .2 |
| 7/1/2022 | Email communications with defense counsel re changing mediator | .1 |
| 7/5/2022 | Email communication with defense counsel re changing mediator | .1 |
| 7/7/2022 | Email communication from defense counsel re third party officer depo; review depo notice | .1 |
| 7/12/2022 | Email communication re bakken to baxter re stip to change mediator | .2 |
| 8/18/2022 | Email communications with bakken and baxter re stip to continue dates | .1 |
| 8/19/2022 | Email communication with defense counsel re stip to modify sched order | .1 |
| 8/21/2022 | Review stip; email communication with defense counsel re stip to modify sched order | .2 |
| 8/22/2022 | Email communications with defense counsel re stip to modify sched order; review save file filing of stip to modify sched order | .2 |

| | | |
|---|---|---|
| 8/31/2022 | Review depo notices of plaintiffs and mother; email communication with defense counsel re depo notices | .1 |
| 9/7/2022 | Prepare depo notices for defendants; telephonic communication with Lerman office re depo notices; email communication with Lerman office re depo notices | .5 |
| 9/6/2022 | Email communication with defense counsel re plaintiff deposition dates | .1 |
| 9/7/2022 | Email communication with defense counsel re plaintiff deposition dates | .1 |
| 9/8/2022 | Email communication with defense counsel re plaintiff deposition dates | .1 |
| 9/9/2022 | Review deposition notice for Linden; email communication from defense counsel; review save file order re stip to modify sched order; telephonic communication with Lerman office re order on stip to modify | .4 |
| 9/12/2022 | Email communication with defense counsel re depositions of stout and casteel | .1 |
| 9/13/2022 | Email communication with defense counsel re deposition dates; telephonic communications with lerman office re depo dates | .5 |
| 9/16/2022 | Email communication with defense counsel re borden depo; email communication with defense counsel re depo notices of casteel | .2 |
| 9/21/2022 | Email communication with defense counsel re borden depo; email re depo notice of norem; | .2 |
| 10/10/2022 | Telephonic communication with lerman's office re casteel depo | .4 |
| 10/11/2022 | Email communication with defense counsel re casteel depo; email communication with defense counsel re choosing mediator | .2 |
| 10/13/2022 | Email communication with baxter re Copeland | .1 |
| 10/19/2022 | Email communication with baxter re Copeland; email communication with defense counsel re Copeland; email communication with Copeland re mediation | .3 |
| 10/20/2022 | Email communication with defense counsel re stout deposition; review depo notice; email communication with baxter re mediation costs | .1 |
| 10/21/2022 | Email communication with defense counsel re borden depo; email communication with Copeland re mediation | .2 |
| 10/24/2022 | Email communication with Lerman office re | 4.7 |

| | | |
|---|---|---|
| | borden depo; review norem deposition notice; prepare for borden depo | |
| 10/25/2022 | Email communication with defense counsel re borden depo; prep for borden depo; telephonic communication with lerman's office re borden depo; borden depo | 4.1 |
| 10/26/2022 | Email communication from Copeland re mediation; review attached material | .2 |
| 11/3/2022 | Email from court reporter re casteel depo | .1 |
| 11/10/2022 | Email communication with court reporter and lerman office re casteel depo transcript; telephonic communication with lerman office casteel transcript and chp depos; email communications with baxter re chp depositions | .4 |
| 11/17/2022 | Email communications with baxter re chp depositions | .1 |
| 11/18/2022 | Email communication from Copeland re mediation | .1 |
| 11/21/2022 | Email communications with Baxter re deposition dates | .1 |
| 11/22/2022 | Email communications from Bakken re deposition notices | .1 |
| 11/23/2022 | Mediation; telephonic communication with lerman office re mediation and mediator's proposal; post mediation telephonic communication with Copeland; review mediator's proposal | 3.7 |
| 11/28/2022 | Email communication with defense counsel re plaintiff deposition | .1 |
| 11/29/2022 | Telephonic communication with Lerman office re mediator's proposal; email communication with Lerman office re mediator's proposal | .5 |
| 11/30/2022 | Email communication with Copeland re mediator's proposal; telephonic communication with Copeland re mediator's proposal; telephonic communication with lerman's office re mediator's proposal; email communication with defense counsel re mediator's proposal | 1.4 |
| 12/1/2022 | Email communications with Baxter re joint report re mediation; reviewed draft joint report | .2 |
| 12/2/2022 | Email communication from bakken re settlement | .1 |
| 12/5/2022 | Review notice of settlement; email communication with defense counsel re notice of settlement; review save file court filing of notice of settlement; edit joint report re mediation; email communication with baxter re joint report; review save file court filing joint report | .4 |

| | | |
|---|---|---|
| 12/6/2022 | Email communications with defense counsel re deposition notices; email communications with bakken re settlement agreement | .2 |
| 12/7/2022 | Review court order re mediation; email communication with baxter re deposition notices | .2 |
| 12/8/2022 | Email communications with baxter re deposition notices and scheduling call; telephonic communication with baxter re depositions and conflict; telephonic communication with lerman re depositions and conflict | .7 |
| 12/9/2022 | Email communication with baxter re deposition notices; email communications with court reporter re depositions; email communications with baknen re settlement agreement | .3 |
| 12/12/2022 | Email communication with bakken re settlement agreement; email communication with court reporter re plaintiff depos | .2 |
| 12/13/2022 | Email communication with baxter re ex parte application to modify sched in light of conflict; review ex parte; telephonic communication with lerman's office ex parte application; review court filing of ex parte app save file | .6 |
| 12/15/2022 | Review baxter motion to withdraw re mckee save file | .2 |
| 12/16/2022 | Review order re ex parte app to mod sched in light of conflict save file; telephonic communication with lerman office re order and motion; email communications with lerman and baxter re depositions | .5 |
| 12/19/2022 | Email communications with lerman and baxter re depositions of plaintiffs; telephonic communication with lerman office re deposition dates of plaintiffs | .4 |
| 12/21/2022 | Email communications with bakken re settlement status report; review report; review court filing of report save file | .2 |
| 1/5/2023 | Review court osc re dismissal | .1 |
| 1/23/2023 | Telephonic communication with baxter re joint report; review joint report; email communication with baxter re joint report; review court filing of joint report save file | .4 |
| 1/31/2023 | Email communications with defense counsel re stip to dismiss; review stip to dismiss; review court filing of stip to dismiss save file | .3 |
| 2/3/2023 | Review court order re stip to dismiss save file; review court order re motion to withdraw as | .3 |

| | | |
|---|---|---|
| | counsel for mckee save file | |
| 2/9/2023 | Email communication with baxter re new counsel for mckee | .1 |
| 2/10/2023 | Email communication with baxter and Lee re new counsel and scheduling call | .1 |
| 2/13/2023 | Email communication with baxter and lee re scheduling call | .1 |
| 2/14/2023 | Email communication with baxter and lee re joint report; review draft of joint report; review save file request to substitute filed by lee | .3 |
| 2/15/2023 | Email communication with baxter and lee re joint report; review joint report; review save file notice of appearance for sullivan | .2 |
| 2/16/2023 | Review save file joint report re new deadlines; review save file order granting substitution of attorney | .2 |
| 2/28/2023 | Review save file order re joint report | .1 |
| 3/14/2023 | Review discovery propounded; email communication with Sullivan re discovery; email communication with baxter re plaintiff discovery responses; telephonic communication with lerman office re plaintiff discovery responses | .4 |
| 4/1/2023 | Email communications with baxter re scheduling call and Layonya | .1 |
| 4/28/2023 | Email communication with Sullivan re discovery responses | .1 |
| 5/1/2023 | Email communication with Sullivan re discovery responses; telephonic communication with Sullivan re discovery response; telephonic communication with lerman office discovery responses | .7 |
| 5/5/2023 | Email communication with baxter re plaintiffs' rfp | .1 |
| 5/8/2023 | Email communications with defense counsel and Copeland re second mediation; review calendar for mediation; telephonic communication with lerman office re mediation dates; email communication with Sullivan and baxter re deposition dates | .6 |
| 5/9/2023 | Email communications with defense counsel and Copeland re second mediation | .1 |
| 5/12/2023 | Prepare plaintiff discovery responses; review of plaintiffs' discovery responses; telephonic communication with lerman office re plaintiff discovery responses and deposition dates; email communication with lerman office re discovery and deposition dates | 2.5 |

| | | |
|---|---|---|
| 5/14/2023 | Email communications with Sullivan re scheduling | .1 |
| 5/15/2023 | Telephonic communication with lerman's office re discovery responses; prepare discovery responses to mckee; email communication to defense counsel re discovery responses | 2.9 |
| 5/16/2023 | Telephonic communication with lerman office re mediation and overall case status; email communication with DGR re decedent health records; email communications re stip to modify scheduling order | .8 |
| 5/17/2023 | Email communications with defense counsel re stip to modify sched order; review proposed stip | .2 |
| 5/18/2023 | Email communication with Copeland re mediation date; review save file stip to modify dates; review save file pos mckee; email communication from DGR to court re proposed order; email communication with defense counsel re mcckee depo | .3 |
| 5/22/2023 | Telephonic communication with Sullivan re mckee depo; email communication with defense counsel re mckee depo; telephonic communication with lerman office re mckee depo date | .5 |
| 5/24/2023 | Email communication with defense counsel re mckee depo | .1 |
| 5/26/2023 | Email communication with DGR re decedent health records; review release; email communication with lerman office re mckee depo; prepare first amended mckee depo notice; email communication with DGR re mckee depo notice; review save file order re stip to modify scheduling order; email communication with lerman office re mckee depo | .7 |
| 5/29/2023 | Telephonic communication with Lerman office re mckee deposition; prepare for mckee deposition | 4.4 |
| 5/30/2023 | Telephonic communication with lerman office re mckee deposition and plaintiffs' depositions; email communication with defense counsel mckee deposition; mckee deposition; email communication with defense counsel re plaintiff depositions | 5.3 |
| 5/31/2023 | Email communications with defense counsel re plaintiff depositions | .2 |
| 6/1/2023 | Email communications with defense counsel re plaintiff depositions and release of decedent medical records | .1 |

| | | |
|---|---|---|
| 6/5/2023 | Email communication with baxter re chp discovery responses | .1 |
| 6/8/2023 | Email communication with court reporter re mckee depo | .1 |
| 6/9/2023 | Email communication with Cooper re case status | .3 |
| 6/15/2023 | Email communication with Baxter's office re discovery responses; telephonic communication with baxter re discovery responses; email communication with Cooper re status of the case | .4 |
| 6/20/2023 | Email communication with DGR re plaintiff depo notices; email communication with lerman office re depo notices | .2 |
| 6/27/2023 | Email communication with Cooper re status of the case | .1 |
| 7/3/2023 | Email communications with baxter re discovery responses | .1 |
| 7/5/2023 | Email communication with Sullivan re discovery; email communication with DGR re medical release; email communication with baxter re discovery responses; review discovery responses; email communication with cooper re status of the case | .6 |
| 7/10/2023 | Review save file order re post mediation status conference; email communication with defense counsel re plaintiffs' depositions | .2 |
| 7/11/2023 | Email communication with Sullivan re plaintiffs' discovery responses | .1 |
| 7/14/2023 | Email communication with Copeland re mediation | .1 |
| 7/17/2023 | Email communication with Cooper re status of the case | .1 |
| 7/18/2023 | Email communication with Sullivan re medical release | .1 |
| 7/19/2023 | Email communication with Sullivan re decedent's marital status; telephonic communication with Lerman's office re mediation; mediation; post mediation telephonic communication with Copeland; prepare files for Galipo office | 3.1 |
| 7/20/2023 | Review ADR joint report; email communication with defense counsel re adr report | .2 |
| 7/21/2023 | Review save file settlement proceedings report | .1 |
| 7/24/2023 | Review save file order taking post mediation status off calendar; telephonic communication with lerman's office re Galipo and preparing file for galipo; email communication with Cooper re dropbox file, 1.5.1. and meeting; meeting with | 1.9 |

| | | |
|---|---|---|
| | Galipo | |
| 7/25/2023 | Email communication with baxter re norem depo; email communication with cooper re case status; review retainer and 1.5.1.; telephonic communication with Lerman's office re Galipo appearance and 1.5.1. | .8 |
| 7/26/2023 | Email communication with lerman office re subpoena to sheriff; review subpoena; email communication with lerman office and cooper re case file and 1.5.1. and contract | .3 |
| 7/27/2023 | Email communications with defense counsel re norem deposition date | .2 |
| 7/28/2023 | Email communications with Cooper re norem depo dates; email communications with defense counsel re norem depo dates; telephonic communication with Lerman Office re norem depo | .4 |
| 8/2/2023 | Email communication with Lerman office and Cooper re case status; review save file Galipo appearance Email communication with baxter re scheduling call; telephonic communication with baxter re case status; email communications with defense counsel re stip to modify schedule; review stip to modify schedule; telephonic communication with Lerman office re stip; telephonic communication with cooper re stip | .7 |
| 8/3/2023 | Email communication with defense counsel re stip to modify; email from defense counsel to court; review save file court filing of stip; email communication with lerman office and cooper re coroner | .3 |
| 8/4/2023 | Email communication with lerman office and cooper re norem deposition; review of case file for depo; email communication with DGR re norem depo | .8 |
| 8/5/2023 | Email communication with Cooper re norem depo; review file for depo prep | .8 |
| 8/5/2023 | Email communication with Cooper re depo prep for norem; telephonic communication with Cooper re depo prep for Norem | .9 |
| 8/6/2023 | Email communication with DGR re Norem depo; email communications with defense counsel re depo links | .2 |
| 8/7/2023 | Email communication with cooper re depo link; email communication with Cooper re deposition prep; email communications with lerman office | |

| | | |
|---|---|---|
| | and Cooper re setting up meeting and case status; HOW LONG WAS THE DEPO | |
| 8/9/2023 | Email communication with cooper and lerman office re omalu; prepare and review file for omalu | .6 |
| 8/10/2023 | Email communication with cooper and lerman office re transcriptions of audio and video; review save file order re modification to scheduling order | .2 |
| 8/11/2023 | Email communications with Cooper re omalu | .2 |
| 8/12/2023 | Email communication with Cooper re omalu | .1 |
| 8/14/2023 | Email communication with Lerman Office and Cooper re omalu schedule | .1 |
| 8/15/2023 | Review file save objection to subpoena; email communications with Lerman office and Cooper re Noble; email communications with Cooper and Lerman office re Dr. Dan; email communication from Lee re discussion with Dale re Mckee | .5 |
| 8/17/2023 | Email communications with Cooper and Lerman office re RFA's | .1 |
| 8/24/2023 | Email communication from Lee re Mckee settlement demand | .1 |
| 8/30/2023 | Email communication from Lee re Mckee settlement and stipulations; review of stip and order | .2 |
| 8/31/2023 | Email communications with Cooper and Lerman Office re Dr. Dan | .1 |
| 9/1/2023 | Email communications with Cooper and Lerman Office re Dr. Dan | .1 |
| 9/7/2023 | Email communication with Cooper and Lee re stipulation | .1 |
| 9/8/2023 | Email communication with Cooper and Lee re stipulation | .1 |
| | | |
| | | |
| | | |
| | | |
| | | |
| 1/3/2025 | Review order on msj; email communication with cooper re order on msj; telephonic communication with lerman office re order on msj | .5 |
| 6/20/25 | Email communication with Cooper re call with Lee | .1 |
| 8/7/2025 | Email communication with Cooper re MIL and Mckee | .2 |
| 8/14/2025 | Email communication with Cooper re MIL | .1 |
| 8/27/2025 | Email communication with Lerman office re client interviews; telephonic communications with | .2 |

| | | |
|---|---|---|
| | Lerman office re client interviews | |
| 8/28/2025 | Interviews with clients and client prep | 4.1 |
| 9/3/2025 | Email communications with Cooper re client prep | .1 |
| 9/4/2025 | Prepared outlines and report re client interviews and prep | 1.3 |
| 9/8/2025 | Telephonic communication with Lerman's office re coordinating client attendance at trial; email communication with Lerman office re client attendance at trial | .6 |
| 9/9/2025 | Meeting with Galipo and Cooper re trial prep | 2.1 |
| 9/10/2025 | Meeting with Galipo and Cooper re trial prep | 1.7 |
| 9/11/2025 | Meeting with Galipo and Cooper re trial prep | 2.2 |
| 9/12/2025 | Meeting with Galipo and Cooper re trial prep | 1.9 |
| 9/14/2025 | Email communication with Cooper re trial transcripts; reviewed daily trial transcripts for trial prep | 4.4 |
| 9/15/2025 | Meeting with Galipo and Cooper re trial prep | 2.1 |
| 9/16/2025 | Meeting with Galipo and Cooper re trial prep | 2.2 |
| 9/17/2025 | Meeting with Galipo and Cooper re trial prep | 1.7 |
| | | |

TOTAL: 208.0