**UNITED STATES DISTRICT COURT FOR THE**

**CENTRAL DISTRICT OF CALIFORNIA**

DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,

Plaintiffs,

v.

STATE OF CALIFORNIA and DANE NOREM,

Defendants.

**Case No.: 5:21-cv-00526-JAK-DTB**

[PROPOSED] ORDER

# [PROPOSED] ORDER

Having considered Plaintiffs' Motion for Attorneys' Fees Pursuant to 42 U.S.C. § 1988, the declarations and exhibits filed in support of and in opposition to the Motion, and the papers and pleadings on file in this action, and good cause appearing, IT IS HEREBY ORDERED that Plaintiffs' Motion for Attorneys' Fees is GRANTED. The Court awards attorneys' fees as follows:

| **Attorney/Biller** | **Yrs. Practice** | **Rate** | **Hours** | **Total** |
|---|---|---|---|---|
| Dale K. Galipo | 37 | $1,500 | 656.2 | $984,300.00 |
| Cooper Alison-Mayne | 4 | $700 | 610.0 | $427,000.00 |
| Gregory Peacock | 15 | $800 | 208.0 | $166,400.00 |
| Steven A. Lerman | 53 | $900 | 17.6 | $15,840.00 |
| Nicholas M. Lerman | 12 | $600 | 211.1 | $126,660.00 |
| Darci Gilbert | Litigation Assistant | $250 | 59.6 | $14,900.00 |
| Santiago G. Laurel | Litigation Assistant | $250 | 52.75 | $13,187.50 |
| **TOTAL** | | | **1,815.25** | **$1,748,287.50** |

IT IS SO ORDERED.

DATED: ______________________

______________________________
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE