# EXHIBIT A

BERTO LEGAL
Attorney & Court Filing Services
1171 S. Robertson Blvd., #450
Los Angeles, California 90035
Tel: (800) 440-5738 Fax: (310) 449-6934
E-mail info@bertolegal.com
www.bertolegal.com

# INVOICE

Invoice Number: 20-0547

Invoice Date:10/01/2020

Customer Information:

| Billing Address: | |
|---|---|
| Company: | STEVEN A. LERMAN & ASSOCIATES, Inc. |
| Address: | 6033 W. Century Blvd., Suite 740 |
| City/State/Zip | Los Angeles, CA 90045 |

Order Information: Case #RIC1906137 Riverside Court EIN: 46-2941624

| Qty | Date | Name Of Your Client | Service Description | Order Nunber | Discount Amount |
|---|---|---|---|---|---|
| 1 | 10/01/20 | DEVONTE STEVENSON | CF: CMC Stmnt<br>4050 Main Street<br>Riverside, CA 92501 | C12394 | 67.00<br>RUSH |
| 1 | 2/4/21 | DEVONTE STEVENSON | CF: Stip to Contine to File 1st Amended Complaint | C12422 | 67.00<br>RUSH |
| 1 | 2/15/21 | DEVONTE STEVENSON | CF: NTC Of CMC By Court<br>4050 Main Street<br>Riverside, CA 92501 | C12434 | 67.00<br>RUSH |
| 1 | 2/17/21 | DEVONTE STEVENSON | PS: Officer Jeffrey McKee<br>CA Hwy Paytrol<br>8118 Lincoln Ave<br>Riverside, CA | M12016 | 115.00 |
| 1 | 2/17/21 | DEVONTE STEVENSON | PS: Officer Dane Norem<br>Riverside County Sheriff<br>16791 Davis Ave,<br>Riverside, CA | M12016 | 115.00 |
| 1 | 2/22/21 | DEVONTE STEVENSON | CF: POS For- Officer Jeffrey McKee<br>4050 Main Street<br>Riverside, CA 92501 | M12016 | 57.00 |
| 1 | 2/22/21 | DEVONTE STEVENSON | CF: POS For- Officer Dane Norem<br>4050 Main Street<br>Riverside, CA 92501 | M12016 | 25.00 |
| | | | | | |
| | | | | | |
| | | | | BALANCE DUE: | 513.00 |

CF: Court Filing
PS: Process Service

Paid
Check # 1720
5/7/21

BERTOLEGAL
Attorney & Court Filing Services
1171 S. Robertson Blvd., #450
Los Angeles, California 90035
Tel: (800) 440-5738 Fax: (310) 449-6934
E-mail info@bertolegal.com
www.bertolegal.com

# SERVICE INVOICE

**Invoice Number: 21-0563**

**Invoice Date: 01/11/2021**

**Customer Information:**

| **Billing Address:** | |
|---|---|
| Company: | Steven Lerman & Associates |
| Address: | 6033 W. Century Blvd., Suite 740 |
| City/State/Zip | Los Angeles, CA 90045 |
| | |
| **CLIENT:** | **Devonte Stephenson vs. State Of California, et al.** |
| | **Case #RIC1906137** |

**Order Information: EIN: 46-2941624**

| Date | Order Number | Service Description | Amount |
|---|---|---|---|
| 1/12/21 | C12422 | CF: Stip to Amend Complaint<br>Riverside Court<br>4050 Main St, Riverside 92501 | 67.00<br>RUSH |
| 2/4/21 | C12422 | CF: 1st Amended Complaint<br>Riverside Court<br>4050 Main St, Riverside 92501 | 67.00<br>RUSH |
| 2/23/21 | C12434 | CF: NTC Of CMC From Court<br>Riverside Court<br>4050 Main St, Riverside 92501 | 57.00 |
| 3/18/21 | C12442 | CF: CMC Statement<br>Riverside Court<br>4050 Main St, Riverside 92501 | 57.00 |
| 3/18/21 | M12064 | PS: Officer Jeffrey McKee<br>CA Hwy Paytrol<br>8118 Lincoln Ave<br>Riverside, CA | 115.00 |
| 3/18/21 | M12064 | PS: Officer Dane Norem<br>Riverside County Sheriff<br>16791 Davis Ave,<br>Riverside, CA | 115.00 |
| 3/22/21 | M12064 | CF: POS For- Officer Jeffrey McKee<br>4050 Main Street<br>Riverside, CA 92501 | 57.00 |
| 3/22/21 | M12064 | CF: POS For- Officer Dane Norem<br>4050 Main Street<br>Riverside, CA 92501 | 25.00 |
| 04/21/21 | M12105 | PS: County Of Riverside<br>4080 Lemon St, 5th Floor<br>Riverside, CA 92501 | 140.00<br>RUSH |
| 04/21/21 | M12105 | PS: Riverside District Atty Office Investigator | 140.00 |