# EXHIBIT B

Kusar COURT REPORTERS is now LEXITAS

KUSAR / LEXITAS
REPORTER DIVISION
3780 Kilroy Airport Way Suite 300
Long Beach, CA 90806
Phone: 562 437 3485 Fax: 562 437 8073

# INVOICE

1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 374116 | 6/8/2023 | 1234824 |
| **Job Date** | **Case No.** | |
| 5/30/2023 | 5:21-cv-00526-JAK (KK) | |
| **Case Name** | | |
| Devonte Stephenson vs. State of California | | |
| **Payment Terms** | | |
| COD | | |

Steven Lerman
Steven A. Lerman & Associates
6033 W. Century Blvd.
Suite 740
Los Angeles, CA 90045

Certified Orig & 1 Certified Transcript of:
Jeffrey McKee

| | |
|---|---|
| | 1,061.25 |
| **TOTAL DUE >>>** | **$1,061.25** |
| AFTER 7/8/2023 PAY | $1,167.38 |

Ordered by : Gregory Peacock
Law Office of Gregory Peacock
4425 Jamboree Road
Suite 130
Newport Beach, CA 92660

Thank you. We appreciate and value your business!

Your order is available online. Contact us today for your login & password.

Amex cards accepted (add'l 2% fee will be added)
Pay online: www.kusar.com/pay

Invoices accrue a late fee on unpaid balances after 30 days. Invoices cannot be adjusted after 30 days. Payment not contingent on client reimbursement. If turned over to pursue legal action for any/all invoices and accumulated interest, attorney fees & all court costs will be awarded to prevailing party.

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |

**Tax ID:** 46-4363191

Please detach bottom portion and return with payment

Account # F4733
Invoice # 374116

2862

STEVEN A. LERMAN & ASSOCIATES, INC.
6033 W CENTURY BLVD., STE. 740
LOS ANGELES, CA 90045
(310) 659-8166

DATE 7/1/23

90-7162/3222

PAY TO THE ORDER OF Kusar Court Reporters $ 1,061.25

One thousand Sixty One dollars & 25/100 DOLLARS

Tax Id. # 46-4363191

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR Devonte Stephenson vs State of Calif

⑈002862⑈ ⑆322271627⑆ 587261212⑈

Cardholder's Signature:
Email:

Kusar COURT REPORTERS is now LEXITAS

KUSAR / LEXITAS
REPORTER DIVISION

# STATEMENT

1 of 1

| Account No. | Date |
|---|---|
| F4733 | 11/1/2023 |

| 1 - 30 days | 31 - 60 days | 61 - 90 days |
|---|---|---|
| $0.00 | $0.00 | $385.00 |
| **91 - 120 days** | **121 days & Over** | **Total Due** |
| $0.00 | $0.00 | **$385.00** |

(Accounts Payable)
Steven A. Lerman & Associates
6033 W. Century Blvd.
Suite 740
Los Angeles, CA 90045

| Invoice Date | Invoice No. | Balance | Job No. | Job Date | Witness | Case |
|---|---|---|---|---|---|---|
| 8/16/2023 | 379547 | 385.00 | 1238793 | 8/7/2023 | Dane Norem | Devonte Stephenson vs. State of California |



8072

STEVEN A. LERMAN & ASSOCIATES, INC.
6033 W CENTURY BLVD., STE. 740
LOS ANGELES, CA 90045
(310) 659-8166

DATE 11/6/23 90-7162/3222

PAY TO THE ORDER OF Kusar Court Reporters/Lexitas $ 385.00

Three Hundred Eighty Five dollars & 00/100 DOLLARS

CHASE JPMorgan Chase Bank, N.A. www.Chase.com

Tax Id.# 46-4363191
Account # F4733 "Dane Norem"

FOR Devonte Stephenson vs. State of Calif.

⑈008072⑈ ⑆322271627⑆ 551388260⑈

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

(Accounts Payable)
Steven A. Lerman & Associates
6033 W. Century Blvd.
Suite 740
Los Angeles, CA 90045

Account No. : F4733
Date : 11/1/2023

**Total Due : $385.00**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Kusar Court Reporters / Lexitas - Remittance**
**P.O. Box 734298 Dept 2040**
**Dallas, TX 75373-4298**

NORMAN SCHALL & ASSOCIATES
CERTIFIED COURT REPORTERS
1055 Wilshire Blvd., Suite 1503, Los Angeles, CA 90017

Federal ID No. 95-2128090
800-734-8838

CORPORATE OFFICE:
1055 Wilshire Blvd., Suite 1503
Los Angeles, CA 90017
(213) 481-3600
(213) 481-3636 Fax
e-mail: SchallDepo@aol.com
www.SchallCourtReporters.com

# Credit Card Authorization Form

Name on the Card: Steven A. Lerman & Associates, Inc.

Type of Card: Visa [X] MC [ ] AmEx [ ] Discover [ ]

Other [ ] ____________

Credit card Number [redacted]
Expiration Date [redacted]
Security Code [redacted]
Billing Address 6033 W. Century Blvd., #740
City, State, Zip Los Angeles, CA 90045
Phone Number (310) 659-8166

Case Name Stephenson vs. State of California
Date of Deposition 03/29/2022 - Eric Leighton

Amount to be Charged $ 808.60

**By signing this form, you authorize** Norma Schall & Associates **to charge your card for the amount listed above.**

Signed: [signature] Date: 07/26/2023

NORMAN SCHALL & ASSOCIATES
CERTIFIED COURT REPORTERS
1055 Wilshire Blvd., Suite 1503, Los Angeles, CA 90017

Federal ID No. 95-2128090
800-734-8838
CORPORATE OFFICE:
1055 Wilshire Blvd., Suite 1503
Los Angeles, CA 90017
(213) 481-3600
(213) 481-3636 Fax
e-mail: SchallDepo@aol.com
www.SchallCourtReporters.com

# Credit Card Authorization Form

Name on the Card: Steven A. Lerman & Associates, Inc.

Type of Card: Visa [X] MC [ ] AmEx [ ] Discover [ ]

Other [ ] ______________

Credit card Number [redacted]
Expiration Date [redacted]
Security Code [redacted]
Billing Address 6033 W. Century Blvd., #740
City, State, Zip Los Angeles, CA 90045
Phone Number (310) 659-8166

Case Name Stephenson vs. State of California
Date of Deposition 03/30/2022 - Daniel Popko

Amount to be Charged $ 546.10

**By signing this form, you authorize** Norma Schall & Associates
**to charge your card for the amount listed above.**

Signed: [signature] Date: 07/26/2023

NORMAN SCHALL & ASSOCIATES
CERTIFIED COURT REPORTERS
1055 Wilshire Blvd., Suite 1503, Los Angeles, CA 90017

SINCE 1949

Federal ID No. 95-2128090
800-734-8838

*CORPORATE OFFICE:*
1055 Wilshire Blvd., Suite 1503
Los Angeles, CA 90017
(213) 481-3600
(213) 481-3636 Fax
e-mail: SchallDepo@aol.com
www. SchallCourtReporters.com

# Credit Card Authorization Form

Name on the Card: Steven A. Lerman & Associates, Inc.

Type of Card: Visa [X] MC [ ] AmEx [ ] Discover [ ]

Other [ ] ____________

Credit card Number [redacted]
Expiration Date [redacted]
Security Code [redacted]
Billing Address 6033 W. Century Blvd., #740
City, State, Zip Los Angeles, CA 90045
Phone Number (310) 659-8166

Case Name Stephenson vs. State of California
Date of Deposition 10/11/2022 - Officer Shawn Casteel

Amount to be Charged $ 477.20

**By signing this form, you authorize** Norma Schall & Associates **to charge your card for the amount listed above.**

Signed: ____________ Date: 07/26/2023

# INVOICE

**Peterson** Reporting
Nationwide Litigation

530 B Street Suite 350
San Diego, CA 92101
petersonreporting.com

800 649 6353 toll-free
619 260 1069 tel
619 688 1733 fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 461525*** | 8/3/2023 | 286327 |

| Job Date | Case No. |
|---|---|
| 7/12/2023 | 5:21-cv-00526-JAK-KK |

**Case Name**

Stephenson v. State of CA

**Payment Terms**

Due upon receipt

Nicholas Lerman
Law Office of Steven A. Lerman & Associates
6033 W. Century Blvd.
Suite 740
Los Angeles CA 90045

One certified green transcript of:

Devonte Stephenson — 569.00

| | |
|---|---|
| **TOTAL DUE >>>** | **$569.00** |
| AFTER 9/17/2023 PAY | $625.90 |

Access your transcripts, invoices and more on our secure online repository by emailing calendar@petersonreporting.com for your username, password and link to your exclusive web page.

Thank you for calling Peterson Reporting!

8069

**STEVEN A. LERMAN & ASSOCIATES, INC.**
6033 W CENTURY BLVD., STE. 740
LOS ANGELES, CA 90045
(310) 659-8166

DATE 11/6/23 90-7162/3222

PAY TO THE ORDER OF Peterson Reporting $ 569.00

Five Hundred Sixty Nine dollars & 00/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

Tax Id.# 33-0684781
Invoice # 461525 "Devonte Stephenson"

FOR Stephenson vs. State of CALIF.

⑈008069⑈ ⑆322271627⑆ 551388260⑈

Nicholas Lerman
Law Office of Steven A. Lerman & Associates
6033 W. Century Blvd.
Suite 740
Los Angeles CA 90045

| | | |
|---|---|---|
| Invoice No. | : | 461525*** |
| Invoice Date | : | 8/3/2023 |
| **Total Due** | : | **$569.00** |

AFTER 9/17/2023 PAY $625.90

Remit To: **Peterson Reporting Video & Litigation Services**
**530 B Street , Suite 350**
**San Diego CA 92101-4403**

| | | |
|---|---|---|
| Job No. | : | 286327 |
| BU ID | : | SD |
| Case No. | : | 5:21-cv-00526-JAK-KK |
| Case Name | : | Stephenson v. State of CA |

# INVOICE

**Peterson** Reporting
Nationwide Litigation

530 B Street Suite 350
San Diego, CA 92101
petersonreporting.com

800 649 6353 toll-free
619 260 1069 tel
619 688 1733 fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 461530*** | 8/3/2023 | 286325 |
| **Job Date** | **Case No.** | |
| 7/12/2023 | 5:21-cv-00526-JAK-KK | |
| **Case Name** | | |
| Stephenson v. State of CA | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Nicholas Lerman
Law Office of Steven A. Lerman & Associates
6033 W. Century Blvd.
Suite 740
Los Angeles CA 90045

One certified green transcript of:
Linden Stephenson — 513.00

| | |
|---|---|
| TOTAL DUE >>> | $513.00 |
| AFTER 9/17/2023 PAY | $564.30 |

Access your transcripts, invoices and more on our secure online repository by emailing calendar@petersonreporting.com for your username, password and link to your exclusive web page.

Thank you for calling Peterson Reporting!

8070

STEVEN A. LERMAN & ASSOCIATES, INC.
6033 W CENTURY BLVD., STE. 740
LOS ANGELES, CA 90045
(310) 659-8166

DATE 11/4/23 — 90-7162/3222

PAY TO THE ORDER OF Peterson Reporting — $ 513.00

Five Hundred Thirteen dollars & 00/100 DOLLARS

CHASE JPMorgan Chase Bank, N.A. www.Chase.com

Tax Id.# 33-0684781
Invoice # 461530 "Linden Stephenson"

FOR Stephenson vs. State of CALIF

⑈008070⑈ ⑆322271627⑆ 551388260⑈

Nicholas Lerman
Law Office of Steven A. Lerman & Associates
6033 W. Century Blvd.
Suite 740
Los Angeles CA 90045

Invoice No. : 461530***
Invoice Date : 8/3/2023
**Total Due : $513.00**
AFTER 9/17/2023 PAY $564.30

Job No. : 286325
BU ID : SD
Case No. : 5:21-cv-00526-JAK-KK
Case Name : Stephenson v. State of CA

Remit To: **Peterson Reporting Video & Litigation Services
530 B Street , Suite 350
San Diego CA 92101-4403**

# INVOICE

**Peterson** Reporting
Nationwide Litigation

530 B Street Suite 350
San Diego, CA 92101
petersonreporting.com

800 649 6353 toll-free
619 260 1069 tel
619 688 1733 fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 461576*** | 8/4/2023 | 286329 |
| **Job Date** | **Case No.** | |
| 7/13/2023 | 5:21-cv-00526-JAK-KK | |
| **Case Name** | | |
| Stephenson v. State of CA | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Nicholas Lerman
Law Office of Steven A. Lerman & Associates
6033 W. Century Blvd.
Suite 740
Los Angeles CA 90045

One certified green transcript of:
Keandre Stephenson — 488.50

| | |
|---|---|
| **TOTAL DUE >>>** | **$488.50** |
| AFTER 9/18/2023 PAY | $537.35 |

Access your transcripts, invoices and more on our secure online repository by emailing calendar@petersonreporting.com for your username, password and link to your exclusive web page.

Thank you for calling Peterson Reporting!

8071

STEVEN A. LERMAN & ASSOCIATES, INC.
6033 W CENTURY BLVD., STE. 740
LOS ANGELES, CA 90045
(310) 659-8166

DATE 11/6/23 — 90-7162/3222

PAY TO THE ORDER OF Peterson Reporting — $ 488.50

Four Hundred Eighty Eight dollars & 50/100 — DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

Tax Id #33-0684781
Invoice # 461576 - "Keandre Stephenson"

FOR Stephenson vs. State of Calif.

⑈008071⑈ ⑆322271627⑆ 551388260⑈

Nicholas Lerman
Law Office of Steven A. Lerman & Associates
6033 W. Century Blvd.
Suite 740
Los Angeles CA 90045

| | | |
|---|---|---|
| Invoice No. | : | 461576*** |
| Invoice Date | : | 8/4/2023 |
| **Total Due** | : | **$488.50** |

AFTER 9/18/2023 PAY $537.35

Remit To: **Peterson Reporting Video & Litigation Services**
**530 B Street, Suite 350**
**San Diego CA 92101-4403**

| | | |
|---|---|---|
| Job No. | : | 286329 |
| BU ID | : | SD |
| Case No. | : | 5:21-cv-00526-JAK-KK |
| Case Name | : | Stephenson v. State of CA |

**California Deposition Reporters, Inc.**
448 E. Foothill Blvd Suite 101
San Dimas, CA 91773
Phone: 626-915-1996

CALIFORNIA DEPOSITION REPORTERS
*When Every Word Counts . . .*

Nicholas M. Lerman
Steven A. Lerman & Associates Inc.
6033 West Century Blvd
Suite 740
Los Angeles, CA 90045

## Invoice #23494

| Date | Terms |
|---|---|
| 11/08/2022 | Net 45 |

**Job #220818 on 10/25/2022 at 10:00 AM PT**

**Case:** Devonte Stephenson et al. vs. State of California et al.
**Location:** All parties appearing remotely via Zoom
Remote, CA

**Services:** Reporter

**Original Transcript Deposition of Matt Borden**

Amount Due: $ 961.74
Paid: $ 0.00

| | |
|---|---|
| **Balance Due:** | **$ 961.74** |
| **Payment Due:** | **12/23/2022** |

