# EXHIBIT C

10687

STEVEN A. LERMAN & ASSOCIATES, INC.
6033 W. CENTURY BLVD., STE. 740
LOS ANGELES, CA 90045
(310) 659-8166

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
90-7162/3222

6/26/19

PAY TO THE ORDER OF State of California $ 25.00

Twenty Five dollars & 00/100 DOLLARS

VOID AFTER 60 DAYS

MEMO Stephenson Keandre Dated Loss: 1/25/2019

AUTHORIZED SIGNATURE

⑈010687⑈ ⑆322271627⑆ 421183429O⑈

STEVEN A. LERMAN & ASSOCIATES, INC.
6033 W. CENTURY BLVD., STE. 740 LOS ANGELES, CA 90045

10687

6/26/19

Keandre Stephenson DOI: 1/25/19

State of CA - Gov't claim $25. -

Stephenson v CHP

STEVEN A. LERMAN & ASSOCIATES, INC.
6033 W. CENTURY BLVD., STE. 740 LOS ANGELES, CA 90045

10687

PRODUCT SSLT103 USE WITH 91663 ENVELOPE Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop

6960560301
E64F28 SLKDK02 03/06/2018 06:52 -115-

10688

**STEVEN A. LERMAN & ASSOCIATES, INC.**
6033 W. CENTURY BLVD., STE. 740
LOS ANGELES, CA 90045
(310) 659-8166

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
90-7162/3222

6/26/19

PAY TO THE ORDER OF State of California $ 25.00

Twenty Five dollars & 00/100 DOLLARS

VOID AFTER 60 DAYS

MEMO Stephenson, Linden
DOI: 1/25/19

AUTHORIZED SIGNATURE

⑈010688⑈ ⑆322271627⑆ 421183429O⑈

**STEVEN A. LERMAN & ASSOCIATES, INC.**
**6033 W. CENTURY BLVD., STE. 740 LOS ANGELES, CA 90045**

10688

6/26/19

DOI: 1/25/19

Linden Stephenson
State of CA - Gov't Claim
Stephenson v CHP

**STEVEN A. LERMAN & ASSOCIATES, INC.**
**6033 W. CENTURY BLVD., STE. 740 LOS ANGELES, CA 90045**

10688

10686

**STEVEN A. LERMAN & ASSOCIATES, INC.**
6033 W. CENTURY BLVD., STE. 740
LOS ANGELES, CA 90045
(310) 659-8166

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
90-7162/3222

6/26/19

PAY TO THE ORDER OF State of California $ 25.00

Twenty Five dollars & 00/100 DOLLARS

VOID AFTER 60 DAYS

MEMO Stephenson, Devonte D/L: 1/25/2019

AUTHORIZED SIGNATURE

⑈010686⑈ ⑆322271627⑆ 6211834290⑈

**STEVEN A. LERMAN & ASSOCIATES, INC.**
**6033 W. CENTURY BLVD., STE. 740 LOS ANGELES, CA 90045**

10686

6/26/19

Devonte Stephenson D/L: 1/25/19

State of CA - Gov't Claim $25

Stephenson v CAP

**STEVEN A. LERMAN & ASSOCIATES, INC.**
**6033 W. CENTURY BLVD., STE. 740 LOS ANGELES, CA 90045**

10686