# EXHIBIT D

10814

STEVEN A. LERMAN & ASSOCIATES, INC.
6033 W. CENTURY BLVD., STE. 740
LOS ANGELES, CA 90045
(310) 659-8166

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
90-7162/3222

July 26, 2019

PAY TO THE ORDER OF Riverside County Coroner $23.00

twenty three & 00/100 DOLLARS

VOID AFTER 60 DAYS

MEMO Re: Stephenson, Leroy (decedent) DOC: 1/23/2019

AUTHORIZED SIGNATURE

⑈010814⑈ ⑆322271627⑆ 421183429O⑈

STEVEN A. LERMAN & ASSOCIATES, INC.
6033 W. CENTURY BLVD., STE. 740 LOS ANGELES, CA 90045

10814

Stephenson v CHP 7/26/19

$23.00

Coroner report

STEVEN A. LERMAN & ASSOCIATES, INC.
6033 W. CENTURY BLVD., STE. 740 LOS ANGELES, CA 90045

10814

Leroy
Stephenson
✓ CHP Costs

VitalChek Receipt
Riverside County Recorder - Vital Records
Telephone: (951)486-7042

| | |
|---|---|
| Date / Time: | **11/15/2019 02:19 PM CST** |
| Order Number: | **101427965** |
| Line Item: | **1 of 1** |
| Certificate Type: | **DEATH AUTHORIZED COPY** |
| Name on Certificate: | **LEROY RICHARD STEPHENSON III** |
| Event Date: | **1/25/2019** |
| Number of Copies: | **1** |
| Applicant's Phone: | **(310)-659-8166** |

**STEVEN LERMAN**
**6033 W CENTURY BLVD**
**SUITE 740**
**LOS ANGELES, CA 90045**

Method of Delivery:
**UPS Air**

Authorization Code: **032015**

| | |
|---|---|
| Agency Fee: | **$21.00** |
| Other Agency Fee: | **$0.00** |
| Misc Fee: | **$0.00** |
| Shipping: | **$19.00** |
| VCN Handling: | **$10.95** |
| Total Order Fees: | **$50.95** |

Death certif.