# EXHIBIT E

453446- 1

U.S. Legal Support

P.O. Box 4772
Houston, TX 77210
Phone: (832) 430-6386
Fax: (281) 260-0329

Steven A. Lerman & Associates, Inc.
Mercedes
6033 West Century Boulevard, Suite 740
Los Angeles, CA90045

Date of Statement: 09/30/2023
Account No: 990025855

# STATEMENT

| Current | 30 Days | 60 Days |
|---|---|---|
| $1,173.79 | | |
| **90 Days** | **120 Days & Over** | **Total Due** |
| | | $1,173.79 |

| Lob | Inv Date | Inv No | Job Date/Order Date | Job No/Order No | Claim | Client Matter | Attorney | Case | Witness/RecordOf | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Record Retrieval | 9/20/2023 | 411111083 | 5/17/2023 | 350109.002 | | N/A | Steven A. Lerman. Esquire | Devonte Stephenson v. State of CA | Leroy Stephenson | $213 14 |
| Record Retrieval | 9/20/2023 | 411111086 | 3/31/2023 | 350109.005 | | N/A | Steven A. Lerman. Esquire | Devonte Stephenson v. State of CA | Leroy Stephenson | $112.25 |
| Record Retrieval | 9/20/2023 | 411111088 | 3/31/2023 | 350109.006 | | N/A | Steven A. Lerman. Esquire | Devonte Stephenson v. State of CA | Leroy Stephenson | $848.40 |
| Total: | | | | | | | | | | $1,173.79 |

Remit To: U.S. Legal Support, Inc.
P.O. Box 4772
Houston, TX 77210

If you have any questions regarding your statement, please contact our Account Receivable Department at (832) 430-6386.

Federal Tax ID (EIN ) Number: 76-0523238

Thank you for your business!

453446

STEVEN A. LERMAN & ASSOCIATES, INC.
6033 W CENTURY BLVD., STE. 740
LOS ANGELES, CA 90045
(310) 659-8166

8073

DATE 11/6/23

90-7162/3222

PAY TO THE ORDER OF U.S. Legal Support $ 1,173.79

One thousand One Hundred Seventythree dollars & 79/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

Tax Id.# 76-0523238

FOR Stephenson Vs. State of Calif.

⑈008073⑈ ⑆322271627⑆ 551388260⑈