ROB BONTA
Attorney General of California
DONNA M. DEAN (State Bar No. 187104)
Supervising Deputy Attorney General
DAVID KLEHM (State Bar No. 165302)
Deputy Attorney General
600 West Broadway, Suite 1800
San Diego, CA 92101
San Diego, CA 92186-5266
Telephone: (619) 738-9773
Fax: (619) 645-2581
E-mail: David.Klehm@doj.ca.gov
*Attorneys for Defendants*
*State of California, acting by and through the California Highway Patrol, and Dane Norem*

**UNITED STATES DISTRICT COURT FOR THE**

**CENTRAL DISTRICT OF CALIFORNIA**

**DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,**

Plaintiffs,

v.

**STATE OF CALIFORNIA; DANE NOREM; and JEFFREY MCKEE,**

Defendants.

Case No.: 5:21-cv-0526-JAK-KK

[*Hon. John A. Kronstadt*]

**DEFENDANTS' EX PARTE APPLICATION TO CONTINUE BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES [ECF. 268];**

Judge: Honorable John A. Kronstadt
Hearing Date:

Hearing Time:

Location: Courtroom 10C

**TO THIS HONORABLE COURT:**

Defendants, Dean Norem and State of California, acting by and through the California Highway Patrol (CHP), respectfully apply ex parte under Federal Rule of Civil Procedure 6(b)(1)(A), Federal Rule of Civil Procedure 54(d)(2), and Local Rule 7-19 for a limited continuance of the briefing schedule on Plaintiffs' Motion for Attorneys' Fees, filed on September 9, 2026. [ECF No. 268.]

Defendants request that the Court continue their deadline to oppose Plaintiffs' motion from September 23, 2026, to October 14, 2026, a continuance of 21 days. Defendants further request that Plaintiffs' reply deadline be continued correspondingly, or under the Local Rules, or the Court's standing order, and that the November 2, 2026, hearing be continued to November 30, 2026, or a date convenient with the Court.

Good cause exists for this limited extension. Plaintiffs' motion is 907 pages, including supporting exhibits, and seeks $1,748,287.50 in attorneys' fees for 1,815.25 billable hours claimed by five attorneys and two paralegals. Defendants require additional time to evaluate the claimed hourly rates, time entries, division of work among seven timekeepers, asserted costs or nontaxable expenses, the documentation supporting the request, and the relationship between the work claimed and Plaintiffs' degree of success in this complex litigation.

This request is narrowly tailored, is Defendants' first request for additional time to oppose Plaintiffs' fee motion and is made before the current opposition deadline. The requested extension will not prejudice Plaintiffs. It will instead permit the parties to present the Court with focused briefing on a substantial fee request and a complete record concerning the reasonableness of the fees sought.

On September 10 and 11, 2026, counsel for Defendants conferred with counsel for Plaintiffs, Cooper Alison-Mayne, by email regarding this request. Plaintiffs agreed to a one week extension, but oppose the requested three week extension. Plaintiffs' counsel's contact information is: Cooper Alison-Mayne, Associate Attorney | The Law Offices of Dale K. Galipo | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office:

+1.818.347.3333 | Email: cmayne@galipolaw.com

This Application is based on this Application, the accompanying Memorandum of Points and Authorities, the Declaration of David Klehm, the records and files in this action, and any further matter the Court deems appropriate.

Dated: September 16, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
DONNA M. DEAN
Supervising Deputy Attorney General

***s/ David Klehm***

DAVID KLEHM
Deputy Attorney General
*Attorneys for Defendants State of California, Acting by and through the California Highway Patrol, and Dane Norem*