ROB BONTA
Attorney General of California
DONNA M. DEAN (State Bar No. 187104)
Supervising Deputy Attorney General
DAVID KLEHM (State Bar No. 165302)
Deputy Attorney General
600 West Broadway, Suite 1800
San Diego, CA 92101
San Diego, CA 92186-5266
Telephone: (619) 738-9773
Fax: (619) 645-2581
E-mail: David.Klehm@doj.ca.gov
*Attorneys for Defendants*
*State of California, acting by and through the California Highway Patrol, and Dane Norem*

**UNITED STATES DISTRICT COURT FOR THE**

**CENTRAL DISTRICT OF CALIFORNIA**

**DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,**

Plaintiffs,

v.

**STATE OF CALIFORNIA; DANE NOREM; and JEFFREY MCKEE,**

Defendants.

Case No.: 5:21-cv-0526-JAK-KK

[*Hon. John A. Kronstadt*]

**DECLARATION OF DAVID KLEHM IN SUPPORT OF EX PARTE APPLICATION TO CONTINUE BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES [ECF. 268]**

Judge: Honorable John A. Kronstadt
Hearing Date:

Hearing Time:

Location: Courtroom 10C

# DECLARATION OF DAVID KLEHM

1. I am an attorney at law, duly licensed to practice before this court and counsel record in this action for Defendants and the matters stated herein are within my personal knowledge, and I could, and would, testify competently thereto if called upon to do so.

2. Plaintiffs filed their Motion for Attorneys' Fees on September 9, 2026. [ECF No. 268]

3. Under the present schedule, Defendants' opposition is due on September 23, 2026.

4. Plaintiffs' motion is 907 pages in length, including the motion, memorandum, declarations, billing records, and exhibits.

5. Plaintiffs seek $1,748,287.50 in attorneys' fees based on 1,815.25 billable hours claimed by five attorneys and two paralegals.

6. Defendants require additional time to conduct a complete review of Plaintiffs' fee materials. That review includes, among other matters, the claimed hourly rates; the individual time entries; allocation of work among seven timekeepers; potential duplication; the sufficiency of the supporting documentation; any claimed costs or nontaxable expenses; the extent to which the claimed work relates to successful versus unsuccessful or unrelated claims; and the relationship between the requested fees and Plaintiffs' degree of success.

7. The review also requires comparison of Plaintiffs' billing records against the underlying litigation record, including pleadings, discovery, dispositive motions, trial proceedings, expert issues, post-trial proceedings, and judgment-related proceedings, as applicable.

8. Defendants request an extension of 21 days, through and including October 14, 2026, to file their opposition. This is Defendants' first request for an extension of the briefing schedule on Plaintiffs' fee motion.

9. On September 10, 11 and 15, 2026, I conferred with Plaintiffs' counsel, Cooper Alison-Mayne, by email correspondence and telephone concerning the requested extension. Plaintiffs agreed to a one-week extension, but opposed Defendants' request for

21-days of additional time. Since we could not agree, I then gave plaintiff's counsel notice of Defendants' instant ex parte application. Plaintiffs' counsel's contact information is Cooper Alison-Mayne, The Law Offices of Dale K. Galipo | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333| Email:cmayne@galipolaw.com.

10. The requested extension will not prejudice Plaintiffs. It will permit Defendants to submit a complete and focused response to Plaintiffs' substantial fee request and will assist the Court in resolving the motion on a fully developed record.

11. This request is made in good faith, before Defendants' current opposition deadline, and not for the purpose of delay.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: September 16, 2026

David Klehm
------------------------------
David Klehm