**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,**<br>Plaintiffs,<br>**v.**<br>**STATE OF CALIFORNIA; and DOES 1 through 100, inclusive,**<br>Defendants. | Case No. 5:21-cv-00526-JWH-KKx<br><br>**[PROPOSED] ORDER ON DEFENDANTS STATE OF CALIFORNIA'S AND DANE NOREM'S EX PARTE APPLICATION TO CONTINUE BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES [ECF. 268];**<br><br>Date:<br>Time: 8:30 a.m.<br>Courtroom: 10C<br><br>Judge: The Honorable John A. Kronstadt<br><br>Trial Date: September 9, 2025<br>Action Filed: December 18, 2019 |

The Court has considered Defendants, State of California, acting by and through California Highway Patrol, and Dane Norem's Ex Parte Application to Continue Briefing Schedule on Plaintiffs' Motion for Attorneys' Fees, ECF 268. Good cause appearing, the Application is GRANTED.

///

///

**IT IS HEREBY ORDERED AND ADJUDGED:**

1. Defendants shall file and serve their opposition to Plaintiffs' Motion for Attorneys' Fees no later than October 14, 2026.

2. Plaintiffs shall file and serve any reply no later than November 4, 2026.

3. The hearing on Plaintiffs' Motion for Attorneys' Fees is continued to November 30, 2026.

Dated: September____, 2026

__________________________________

The Honorable John A. Kronstadt