**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT FOR THE**

**CENTRAL DISTRICT OF CALIFORNIA**

DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,

Plaintiffs,

v.

STATE OF CALIFORNIA and DANE NOREM,

Defendants.

**Case No.: 5:21-cv-00526-JAK-DTB**

[*Hon. John A. Kronstadt*]

**PLAINTIFFS' SUPPLEMENT TO MOTION FOR ATTORNEYS' FEES [DKT. 168]**

**SUPPLEMENT TO MOTION FOR ATTORNEYS' FEES**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiffs Devonte Stephenson, Linden Stephenson, and Keandre Stephenson submit this Supplement to their Motion for Attorneys' Fees (Dkt. 168), filed on September 9, 2026, and set for hearing on November 2, 2026, at 8:30 a.m.

The Court's Standing Order requires that any motion for attorney's fees attach two summaries, in table form, of the hours worked by and the billing rate of each attorney, with title. The first table summarizes each attorney's hours organized by task, and the second summarizes the same hours organized by attorney. The Standing Order further requires that the tables be attached to the motion and electronically filed. See Standing Order, Ex. G. Plaintiffs inadvertently omitted these tables when they filed the motion, and they apologize to the Court for the omission.

Plaintiffs now submit the required tables as Exhibit 1 to the concurrently filed Declaration of Cooper Alison-Mayne. The tables summarize the time records filed with the motion as Exhibit 1 to the declarations of Dale K. Galipo, Cooper Alison-Mayne, Gregory Peacock, Steven A. Lerman, Nicholas M. Lerman, Darci Gilbert, and Santiago Laurel. The tables do not add, remove, or change any time entry. **The hours, hourly rates, and fees requested remain the same as stated in the motion.** The total hours remain 1,815.25, and the total fees requested remain $1,748,287.50.

DATED: September 16, 2026 LAW OFFICES OF DALE K. GALIPO

*/s/ Cooper Alison-Mayne*
Cooper Alison-Mayne