**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT FOR THE**

**CENTRAL DISTRICT OF CALIFORNIA**

DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,

Plaintiffs,

v.

STATE OF CALIFORNIA and DANE NOREM,

Defendants.

**Case No.: 5:21-cv-00526-JAK-DTB**

[*Hon. John A. Kronstadt*]

**DECLARATION OF COOPER ALISON-MAYNE IN SUPPORT OF PLAINTIFFS' SUPPLEMENT TO MOTION FOR ATTORNEYS' FEES [DKT. 168]; EXHIBIT 1**

**DECLARATION OF COOPER ALISON-MAYNE**

I, Cooper Alison-Mayne, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and admitted to practice before this Court. I am one of the attorneys of record for Plaintiffs in this matter. I make this declaration in support of Plaintiffs' Supplement to their Motion for Attorneys' Fees. I have personal knowledge of the facts set forth herein and could and would testify competently thereto if called upon to do so.

2. The Court's Standing Order requires that any motion for attorney's fees attach two summaries, in table form, of the hours worked by and the billing rate of each attorney, with title. When Plaintiffs filed their Motion for Attorneys' Fees on September 9, 2026, the tables were inadvertently omitted.

3. Attached hereto as "Exhibit 1" is a true and correct copy of the summary tables, which were prepared under my direction in the format shown in Exhibit G to the Standing Order. Table 1 summarizes the hours worked by each attorney and litigation assistant, organized by task. Table 2 summarizes the same hours organized by attorney, and lists each task on which that person worked, the hours worked on each task, and that person's hourly rate. No attorney's or litigation assistant's hourly rate changed while the case was ongoing.

4. The tables were prepared from the time records filed with the motion as Exhibit 1 to the declarations of Dale K. Galipo, Cooper Alison-Mayne, Gregory Peacock, Steven A. Lerman, Nicholas M. Lerman, Darci Gilbert, and Santiago Laurel. Each time entry was assigned to one of fourteen tasks based on its date and description. Where a single entry described work on more than one task, the entry was assigned to the task that accounted for most of the work described. As noted in the tables, the "Trial" task includes trial preparation as well as the trial itself.

5. The tables include every time entry for which Plaintiffs seek fees, and they do not add, remove, or change any time entry. **The hours, hourly rates, and fees**

**requested remain the same as stated in the motion.** The totals in the tables match the motion: 1,815.25 hours and $1,748,287.50 in fees.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this was executed on September 16, 2026, at Woodland Hills, California.

*/s/ Cooper Alison-Mayne*
Cooper Alison-Mayne

# EXHIBIT 1

| **Table 1** | | | |
|---|---|---|---|
| *Hours Worked by Each Attorney and Staff Member, Organized by Task* | | | |
| ***Task 1: Pre-Litigation Investigation & Government Claims*** | | | |
| **Attorney** | **Rate** | **Hours** | **Fee** |
| Gregory Peacock (Principal, Law Office of Gregory Peacock) | $800/hour | 7.80 | $6,240.00 |
| Steven A. Lerman (Principal, Steven A. Lerman & Associates) | $900/hour | 3.60 | $3,240.00 |
| Nicholas M. Lerman (Principal, Steven A. Lerman & Associates) | $600/hour | 17.40 | $10,440.00 |
| **Fee Request for Task 1** | | **28.80** | **$19,920.00** |
| ***Task 2: Pleadings, Removal & Service*** | | | |
| **Attorney** | **Rate** | **Hours** | **Fee** |
| Gregory Peacock (Principal, Law Office of Gregory Peacock) | $800/hour | 37.60 | $30,080.00 |
| Steven A. Lerman (Principal, Steven A. Lerman & Associates) | $900/hour | 5.00 | $4,500.00 |
| Nicholas M. Lerman (Principal, Steven A. Lerman & Associates) | $600/hour | 30.10 | $18,060.00 |
| **Fee Request for Task 2** | | **72.70** | **$52,640.00** |

| **Table 1** | | | |
|---|---|---|---|
| *Hours Worked by Each Attorney and Staff Member, Organized by Task* | | | |
| ***Task 3: Case Management & Scheduling*** | | | |
| **Attorney** | **Rate** | **Hours** | **Fee** |
| Dale K. Galipo (Principal) | $1,500/hour | 1.90 | $2,850.00 |
| Cooper Alison-Mayne (Associate) | $700/hour | 22.90 | $16,030.00 |
| Gregory Peacock (Principal, Law Office of Gregory Peacock) | $800/hour | 19.50 | $15,600.00 |
| Steven A. Lerman (Principal, Steven A. Lerman & Associates) | $900/hour | 1.50 | $1,350.00 |
| Nicholas M. Lerman (Principal, Steven A. Lerman & Associates) | $600/hour | 19.40 | $11,640.00 |
| Darci Gilbert (Litigation Assistant) | $250/hour | 1.90 | $475.00 |
| Santiago Laurel (Litigation Assistant) | $250/hour | 5.05 | $1,262.50 |
| **Fee Request for Task 3** | | **72.15** | **$49,207.50** |
| ***Task 4: Evidence Review & Case Analysis*** | | | |
| **Attorney** | **Rate** | **Hours** | **Fee** |
| Dale K. Galipo (Principal) | $1,500/hour | 19.00 | $28,500.00 |
| Cooper Alison-Mayne (Associate) | $700/hour | 39.70 | $27,790.00 |
| Nicholas M. Lerman (Principal, Steven A. Lerman & Associates) | $600/hour | 0.10 | $60.00 |
| Santiago Laurel (Litigation Assistant) | $250/hour | 7.25 | $1,812.50 |
| **Fee Request for Task 4** | | **66.05** | **$58,162.50** |

| **Table 1** | | | |
|---|---|---|---|
| *Hours Worked by Each Attorney and Staff Member, Organized by Task* | | | |
| ***Task 5: Written Discovery, Disclosures & Subpoenas*** | | | |
| **Attorney** | **Rate** | **Hours** | **Fee** |
| Dale K. Galipo (Principal) | $1,500/hour | 1.40 | $2,100.00 |
| Cooper Alison-Mayne (Associate) | $700/hour | 2.70 | $1,890.00 |
| Gregory Peacock (Principal, Law Office of Gregory Peacock) | $800/hour | 49.50 | $39,600.00 |
| Steven A. Lerman (Principal, Steven A. Lerman & Associates) | $900/hour | 2.00 | $1,800.00 |
| Nicholas M. Lerman (Principal, Steven A. Lerman & Associates) | $600/hour | 37.90 | $22,740.00 |
| Santiago Laurel (Litigation Assistant) | $250/hour | 0.25 | $62.50 |
| **Fee Request for Task 5** | | **93.75** | **$68,192.50** |
| ***Task 6: Fact Witness Depositions*** | | | |
| **Attorney** | **Rate** | **Hours** | **Fee** |
| Dale K. Galipo (Principal) | $1,500/hour | 34.80 | $52,200.00 |
| Cooper Alison-Mayne (Associate) | $700/hour | 14.70 | $10,290.00 |
| Gregory Peacock (Principal, Law Office of Gregory Peacock) | $800/hour | 48.60 | $38,880.00 |
| Steven A. Lerman (Principal, Steven A. Lerman & Associates) | $900/hour | 0.50 | $450.00 |
| Nicholas M. Lerman (Principal, Steven A. Lerman & Associates) | $600/hour | 32.40 | $19,440.00 |
| Santiago Laurel (Litigation Assistant) | $250/hour | 2.00 | $500.00 |
| **Fee Request for Task 6** | | **133.00** | **$121,760.00** |

| **Table 1** | | | |
|---|---|---|---|
| *Hours Worked by Each Attorney and Staff Member, Organized by Task* | | | |
| ***Task 7: Expert Witnesses*** | | | |
| **Attorney** | **Rate** | **Hours** | **Fee** |
| Dale K. Galipo (Principal) | $1,500/hour | 63.20 | $94,800.00 |
| Cooper Alison-Mayne (Associate) | $700/hour | 73.50 | $51,450.00 |
| Gregory Peacock (Principal, Law Office of Gregory Peacock) | $800/hour | 1.70 | $1,360.00 |
| Steven A. Lerman (Principal, Steven A. Lerman & Associates) | $900/hour | 2.00 | $1,800.00 |
| Nicholas M. Lerman (Principal, Steven A. Lerman & Associates) | $600/hour | 19.70 | $11,820.00 |
| Santiago Laurel (Litigation Assistant) | $250/hour | 23.10 | $5,775.00 |
| **Fee Request for Task 7** | | **183.20** | **$167,005.00** |
| ***Task 8: Mediation & Settlement*** | | | |
| **Attorney** | **Rate** | **Hours** | **Fee** |
| Cooper Alison-Mayne (Associate) | $700/hour | 6.50 | $4,550.00 |
| Gregory Peacock (Principal, Law Office of Gregory Peacock) | $800/hour | 17.90 | $14,320.00 |
| Nicholas M. Lerman (Principal, Steven A. Lerman & Associates) | $600/hour | 6.30 | $3,780.00 |
| Darci Gilbert (Litigation Assistant) | $250/hour | 0.30 | $75.00 |
| **Fee Request for Task 8** | | **31.00** | **$22,725.00** |

| **Table 1** | | | |
|---|---|---|---|
| *Hours Worked by Each Attorney and Staff Member, Organized by Task* | | | |
| ***Task 9: Motion for Summary Judgment*** | | | |
| **Attorney** | **Rate** | **Hours** | **Fee** |
| Dale K. Galipo (Principal) | $1,500/hour | 34.10 | $51,150.00 |
| Cooper Alison-Mayne (Associate) | $700/hour | 51.10 | $35,770.00 |
| Gregory Peacock (Principal, Law Office of Gregory Peacock) | $800/hour | 0.50 | $400.00 |
| Nicholas M. Lerman (Principal, Steven A. Lerman & Associates) | $600/hour | 2.40 | $1,440.00 |
| Santiago Laurel (Litigation Assistant) | $250/hour | 13.60 | $3,400.00 |
| **Fee Request for Task 9** | | **101.70** | **$92,160.00** |
| ***Task 10: Interlocutory Appeal, Stay & Dismissal of McKee Federal Claims*** | | | |
| **Attorney** | **Rate** | **Hours** | **Fee** |
| Dale K. Galipo (Principal) | $1,500/hour | 8.40 | $12,600.00 |
| Cooper Alison-Mayne (Associate) | $700/hour | 12.00 | $8,400.00 |
| Nicholas M. Lerman (Principal, Steven A. Lerman & Associates) | $600/hour | 1.20 | $720.00 |
| Darci Gilbert (Litigation Assistant) | $250/hour | 0.80 | $200.00 |
| Santiago Laurel (Litigation Assistant) | $250/hour | 0.75 | $187.50 |
| **Fee Request for Task 10** | | **23.15** | **$22,107.50** |

| **Table 1** | | | |
|---|---|---|---|
| *Hours Worked by Each Attorney and Staff Member, Organized by Task* | | | |
| ***Task 11: Pretrial Filings & Motions in Limine*** | | | |
| **Attorney** | **Rate** | **Hours** | **Fee** |
| Dale K. Galipo (Principal) | $1,500/hour | 18.20 | $27,300.00 |
| Cooper Alison-Mayne (Associate) | $700/hour | 110.10 | $77,070.00 |
| Gregory Peacock (Principal, Law Office of Gregory Peacock) | $800/hour | 0.30 | $240.00 |
| Nicholas M. Lerman (Principal, Steven A. Lerman & Associates) | $600/hour | 14.20 | $8,520.00 |
| Darci Gilbert (Litigation Assistant) | $250/hour | 6.90 | $1,725.00 |
| **Fee Request for Task 11** | | **149.70** | **$114,855.00** |
| ***Task 12: Trial**** | | | |
| **Attorney** | **Rate** | **Hours** | **Fee** |
| Dale K. Galipo (Principal) | $1,500/hour | 452.50 | $678,750.00 |
| Cooper Alison-Mayne (Associate) | $700/hour | 179.60 | $125,720.00 |
| Gregory Peacock (Principal, Law Office of Gregory Peacock) | $800/hour | 24.60 | $19,680.00 |
| Steven A. Lerman (Principal, Steven A. Lerman & Associates) | $900/hour | 2.50 | $2,250.00 |
| Nicholas M. Lerman (Principal, Steven A. Lerman & Associates) | $600/hour | 21.70 | $13,020.00 |
| Darci Gilbert (Litigation Assistant) | $250/hour | 33.50 | $8,375.00 |
| **Fee Request for Task 12** | | **714.40** | **$847,795.00** |

| **Table 1** | | | |
|---|---|---|---|
| *Hours Worked by Each Attorney and Staff Member, Organized by Task* | | | |
| ***Task 13: Post-Trial Motions & Judgment*** | | | |
| **Attorney** | **Rate** | **Hours** | **Fee** |
| Dale K. Galipo (Principal) | $1,500/hour | 15.20 | $22,800.00 |
| Cooper Alison-Mayne (Associate) | $700/hour | 77.80 | $54,460.00 |
| Steven A. Lerman (Principal, Steven A. Lerman & Associates) | $900/hour | 0.50 | $450.00 |
| Nicholas M. Lerman (Principal, Steven A. Lerman & Associates) | $600/hour | 5.10 | $3,060.00 |
| Darci Gilbert (Litigation Assistant) | $250/hour | 11.20 | $2,800.00 |
| **Fee Request for Task 13** | | **109.80** | **$83,570.00** |
| ***Task 14: Fee Motion & Costs*** | | | |
| **Attorney** | **Rate** | **Hours** | **Fee** |
| Dale K. Galipo (Principal) | $1,500/hour | 7.50 | $11,250.00 |
| Cooper Alison-Mayne (Associate) | $700/hour | 19.40 | $13,580.00 |
| Nicholas M. Lerman (Principal, Steven A. Lerman & Associates) | $600/hour | 3.20 | $1,920.00 |
| Darci Gilbert (Litigation Assistant) | $250/hour | 5.00 | $1,250.00 |
| Santiago Laurel (Litigation Assistant) | $250/hour | 0.75 | $187.50 |
| **Fee Request for Task 14** | | **35.85** | **$28,187.50** |
| **Total Fee Request, All Tasks** | | **1,815.25** | **$1,748,287.50** |

**Trial includes trial preparation (review of depositions, statements, expert reports and exhibits; examination outlines; opening and closing; witness, expert and client preparation; trial binders) and the trial itself, September 9-18, 2025.*

| **Table 2** | | | | | |
|---|---|---|---|---|---|
| *Hours Worked by Each Attorney and Staff Member, Organized by Attorney* | | | | | |
| **Attorney** | **Rate** | **HOURS BY TASK** | | **TOTALS** | |
| | | **Task** | **Total Hours Spent by Attorney on Task** | | |
| Dale K. Galipo (Principal) | $1,500/hr | Case Management & Scheduling | 1.90 | **Hours:** | **656.20** |
| | | Evidence Review & Case Analysis | 19.00 | **Amount:** | **$984,300.00** |
| | | Written Discovery, Disclosures & Subpoenas | 1.40 | | |
| | | Fact Witness Depositions | 34.80 | | |
| | | Expert Witnesses | 63.20 | | |
| | | Motion for Summary Judgment | 34.10 | | |
| | | Interlocutory Appeal, Stay & Dismissal of McKee Federal Claims | 8.40 | | |
| | | Pretrial Filings & Motions in Limine | 18.20 | | |
| | | Trial* | 452.50 | | |
| | | Post-Trial Motions & Judgment | 15.20 | | |
| | | Fee Motion & Costs | 7.50 | | |
| Cooper Alison-Mayne (Associate) | $700/hr | Case Management & Scheduling | 22.90 | **Hours:** | **610.00** |
| | | Evidence Review & Case Analysis | 39.70 | **Amount:** | **$427,000.00** |
| | | Written Discovery, Disclosures & Subpoenas | 2.70 | | |
| | | Fact Witness Depositions | 14.70 | | |
| | | Expert Witnesses | 73.50 | | |
| | | Mediation & Settlement | 6.50 | | |
| | | Motion for Summary Judgment | 51.10 | | |
| | | Interlocutory Appeal, Stay & Dismissal of McKee Federal Claims | 12.00 | | |
| | | Pretrial Filings & Motions in Limine | 110.10 | | |
| | | Trial* | 179.60 | | |
| | | Post-Trial Motions & Judgment | 77.80 | | |
| | | Fee Motion & Costs | 19.40 | | |

| **Table 2** | | | | | |
|---|---|---|---|---|---|
| *Hours Worked by Each Attorney and Staff Member, Organized by Attorney* | | | | | |
| **Attorney** | **Rate** | **HOURS BY TASK** | | **TOTALS** | |
| | | **Task** | **Total Hours Spent by Attorney on Task** | | |
| Gregory Peacock (Principal, Law Office of Gregory Peacock) | $800/hr | Pre-Litigation Investigation & Government Claims | 7.80 | **Hours:** | **208.00** |
| | | Pleadings, Removal & Service | 37.60 | **Amount:** | **$166,400.00** |
| | | Case Management & Scheduling | 19.50 | | |
| | | Written Discovery, Disclosures & Subpoenas | 49.50 | | |
| | | Fact Witness Depositions | 48.60 | | |
| | | Expert Witnesses | 1.70 | | |
| | | Mediation & Settlement | 17.90 | | |
| | | Motion for Summary Judgment | 0.50 | | |
| | | Pretrial Filings & Motions in Limine | 0.30 | | |
| | | Trial* | 24.60 | | |
| Steven A. Lerman (Principal, Steven A. Lerman & Associates) | $900/hr | Pre-Litigation Investigation & Government Claims | 3.60 | **Hours:** | **17.60** |
| | | Pleadings, Removal & Service | 5.00 | **Amount:** | **$15,840.00** |
| | | Case Management & Scheduling | 1.50 | | |
| | | Written Discovery, Disclosures & Subpoenas | 2.00 | | |
| | | Fact Witness Depositions | 0.50 | | |
| | | Expert Witnesses | 2.00 | | |
| | | Trial* | 2.50 | | |
| | | Post-Trial Motions & Judgment | 0.50 | | |

## Table 2

*Hours Worked by Each Attorney and Staff Member, Organized by Attorney*

| Attorney | Rate | HOURS BY TASK: Task | HOURS BY TASK: Total Hours Spent by Attorney on Task | TOTALS | |
|---|---|---|---|---|---|
| Nicholas M. Lerman (Principal, Steven A. Lerman & Associates) | $600/hr | Pre-Litigation Investigation & Government Claims | 17.40 | **Hours:** | **211.10** |
| | | Pleadings, Removal & Service | 30.10 | **Amount:** | **$126,660.00** |
| | | Case Management & Scheduling | 19.40 | | |
| | | Evidence Review & Case Analysis | 0.10 | | |
| | | Written Discovery, Disclosures & Subpoenas | 37.90 | | |
| | | Fact Witness Depositions | 32.40 | | |
| | | Expert Witnesses | 19.70 | | |
| | | Mediation & Settlement | 6.30 | | |
| | | Motion for Summary Judgment | 2.40 | | |
| | | Interlocutory Appeal, Stay & Dismissal of McKee Federal Claims | 1.20 | | |
| | | Pretrial Filings & Motions in Limine | 14.20 | | |
| | | Trial* | 21.70 | | |
| | | Post-Trial Motions & Judgment | 5.10 | | |
| | | Fee Motion & Costs | 3.20 | | |
| Darci Gilbert (Litigation Assistant) | $250/hr | Case Management & Scheduling | 1.90 | **Hours:** | **59.60** |
| | | Mediation & Settlement | 0.30 | **Amount:** | **$14,900.00** |
| | | Interlocutory Appeal, Stay & Dismissal of McKee Federal Claims | 0.80 | | |
| | | Pretrial Filings & Motions in Limine | 6.90 | | |
| | | Trial* | 33.50 | | |
| | | Post-Trial Motions & Judgment | 11.20 | | |
| | | Fee Motion & Costs | 5.00 | | |

**Table 2**

*Hours Worked by Each Attorney and Staff Member, Organized by Attorney*

| Attorney | Rate | HOURS BY TASK: Task | HOURS BY TASK: Total Hours Spent by Attorney on Task | TOTALS | |
|---|---|---|---|---|---|
| Santiago Laurel (Litigation Assistant) | $250/hr | Case Management & Scheduling | 5.05 | **Hours:** | **52.75** |
| | | Evidence Review & Case Analysis | 7.25 | **Amount:** | **$13,187.50** |
| | | Written Discovery, Disclosures & Subpoenas | 0.25 | | |
| | | Fact Witness Depositions | 2.00 | | |
| | | Expert Witnesses | 23.10 | | |
| | | Motion for Summary Judgment | 13.60 | | |
| | | Interlocutory Appeal, Stay & Dismissal of McKee Federal Claims | 0.75 | | |
| | | Fee Motion & Costs | 0.75 | | |
| **Total** | | | | **Hours:** | **1,815.25** |
| | | | | **Amount:** | **$1,748,287.50** |

**Trial includes trial preparation (review of depositions, statements, expert reports and exhibits; examination outlines; opening and closing; witness, expert and client preparation; trial binders) and the trial itself, September 9-18, 2025.*