ROB BONTA
Attorney General of California
DONNA DEAN
Supervising Deputy Attorney General
DAVID KLEHM
Deputy Attorney General
State Bar No. 165302
600 West Broadway, Suite 1800
San Diego, CA 92101
Telephone: (619) 738-9733
Fax: (916) 732-7920
E-mail: David.Klehm@doj.ca.gov
*Attorneys for Defendants*
*State of California, acting by and through the California Highway Patrol, and Dane Norem*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,**

Plaintiffs,

**v.**

**STATE OF CALIFORNIA; and DOES 1 through 100, inclusive,**

Defendants.

5:21-cv-00526-JWH-KKx

**NOTICE OF APPEAL**

Judge: The Honorable John A. Kronstadt
Trial Date: 9/9/2025
Action Filed: 12/18/2019

NOTICE IS HEREBY GIVEN that Defendants State of California, acting by and through the California Highway Patrol, and Dane Norem hereby appeal to the United States Court of Appeals for the Ninth Circuit from the following:

1. The Judgment entered on August 26, 2026, ECF No. 265;

2. The Order entered on August 26, 2026, ECF No. 264, denying Defendants' renewed motion for judgment as a matter of law under Federal Rule of Civil Procedure 50(b) and alternative motion for a new trial under Federal Rule of Civil Procedure 59;

3. All prior orders, rulings, findings, and determinations that merge into, underlie, or are embodied in the foregoing Judgment and orders, including the Court's rulings concerning medical-causation evidence, post-trial relief, and the date and finality of the merits judgment.

This Notice of Appeal is intended to encompass the final merits judgment and all orders that merge into it, including the orders specifically identified above.

Dated: September 28, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
DONNA DEAN
Supervising Deputy Attorney General

***s/ David Klehm***
DAVID KLEHM
Deputy Attorney General
*Attorneys for*
*California Highway Patrol*

SD2020700119

# CERTIFICATE OF SERVICE

Case Name: **Devonte Stephenson, et al. v. State of California, et al.** No. **5:21-cv-00526-JWH-KKx**

I hereby certify that on September 28, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **NOTICE OF APPEAL**
- **FORM 6. REPRESENTATION STATEMENT**
- **JUDGMENT**
- **(IN CHAMBERS) ORDER RE MOTION FOR JUDGMENT AS A MATTER OF LAW, OR IN THE ALTERNATIVE, NEW TRIAL (DKT. 247)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on September 28, 2026, at San Diego, California.

| | |
|---|---|
| A. Ceja | A. Ceja |
| Declarant | Signature |

SD2020700119
85929760.dox