# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

State of California, acting by and through the California Highway Patrol, and Dane Norem

Name(s) of counsel (if any):

ROB BONTA, Attorney General
DONNA DEAN,Supervising Deputy Attorney General
DAVID KLEHM.Deputy Attorney General

Address: 600 West Broadway, Suite 1800 San Diego, CA 92101

Telephone number(s): (619) 738-9733

Email(s): David.Klehm@doj.ca.gov; donna.dean@doj.ca.gov

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Devonte Stephenson; Keandre Stephenson; Linden Stephenson;

Name(s) of counsel (if any):

Dale K. Galipo
Cooper Alison-Mayne

Address: 21800 Burbank Blvd., Suite 310 Woodland Hills, CA 91367

Telephone number(s): (818) 347-3333

Email(s): CMayne@galipolaw.com;dalekgalipo@yahoo.com

*To list additional parties and/or counsel, use next page.*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit? ○ Yes ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*