Stephenson v. State of California

Case No. 5:21-cv-00526-JAK-DTB

Plaintiffs' Reply in Support of Motion for Attorneys' Fees

# EXHIBIT A

An exhibit to the Supplemental Declaration of Cooper Alison-Mayne

# WITHDRAWN TIME ENTRIES

Stephenson, et al. v. State of California, et al.
Case No. 5:21-cv-00526-JAK-DTB (C.D. Cal.)

Plaintiffs withdraw the following entries from the time records filed with the motion. All other entries remain as filed.

**Darci Gilbert (Dkt. 268-21), $250 per hour**

| Date | Description | Hours |
|---|---|---|
| 3/3/25 | Receive and reviewed NEF, Dkt. 111, download minute order, and calendar deadlines | 0.2 |
| 3/24/25 | Receive and reviewed NEF, Dkt. 114, download minute order and calendar motions in limine and standing order deadlines | 0.5 |
| 3/10/25 | File Reply to Motion to Dismiss, Receive NEF DKT 110 and download for file | 0.2 |
| 3/17/25 | Prepare to file and file Joint Report Rule 26(f) Discovery Plan re Scheduling Order, ECF Dkt 112 | 0.3 |
| 3/21/25 | Received, downloaded and reviewed NEF, Dkt. 113, Scheduling Notice | 0.1 |
| 3/26/25 | Received and reviewed NEF, Dkt. 8, from Ninth Circuit, regarding streamlined request for extension. Download email and calendar deadlines | 0.2 |
| 3/28/25 | Received, downloaded and reviewed NEF, Dkt. 114 and update calendar re status conference, motions in limine and jury trial | 0.2 |
| 3/28/25 | Receive, downloaded and reviewed NEF, Dkt. 115, Order on Motion to Dismiss | 0.1 |
| 4/1/25 | Calendar meet and confer with counsel | 0.1 |
| 4/1/25 | Prepare to file and file Joint Report re mediation, ECF dkt, 116 | 0.3 |
| 4/2/25 | Receive, downloaded and reviewed Order, NEF, Dkt. 117 re Joint Report and calendar status conference | 0.2 |
| 4/4/25 | Receive, downloaded and reviewed Order, NEF, Dkt. 118 and update calendar | 0.2 |
| 4/8/25 | Received, downloaded and reviewed Ninth Circuit Court of Appeals Order dismissing appeal. Update calendar accordingly | 0.2 |
| 4/11/25 | Receive, downloaded and reviewed ECF, Dkt. 119 re Ninth Circuit filing | 0.1 |
| 5/30/25 | Received, downloaded and reviewed ECF, Dkt. 120, Notice of Appearance/Withdraw | 0.1 |
| 6/24/25 | Spend a significant amount of time updating costs file, entering all current costs into excel spreadsheet | 1.5 |
| 7/15/25 | Send emails to Dr. Omalu, Dr. Wohlgelernter, and Mr. Noble to set times with Mr. Galipo and Mr. Mayne to discuss upcoming trial and calendar meetings with each expert | 0.3 |
| 7/25/25 | Begin trial preparation by contacting several previous deposition court reporter agencies to receive quotes to receive transcripts from prior depositions and create DropBox with all officer statements for Lynden & Associates transcription of statements. | 1 |
| 7/28/25 | Send follow up email re deposition transcripts requested | 0.1 |
| 7/28/25 | Scan and save into server hundreds of photos (individually scanned) from clients to prepare photos for trial exhibits | 3 |
| 7/29/25 | Further emails regarding retrieving prior deposition transcripts and send court reporter agency proof of counsel | 0.2 |

| | | |
|---|---|---|
| 7/29/25 | Review emails and calendar meet and confer with counsel for 8.1.25 at 1:30pm | 0.2 |
| 7/29/25 | Call and email Mr. Noble to set up a meeting with Mr. Galipo and Mr. Mayne to go over trial preparation. Calendar meeting | 0.2 |
| 8/4/25 | Received, downloaded, and reviewed NEF, Dkt. 121 | 0.1 |
| 8/4/25 | Begin to print 4 copies of each deposition transcripts, tab and itemize boxes for trial. Deposition transcripts consist of: Allison Hunt, John MacGregor, Jeffrey McKee, Michael Graham, Dane Norem, Richard Clark, Robert Fonzi, Gary Vilke, Matt Borden, David Popko, Eric Leighton, Daniel Cisneros, Shawn Casteel, Bennet Omalu, Daniel | 2 |
| 8/4/25 | Prepare to file and file Memorandum of Contentions of Fact and Law, ECF Dkt. 122 | 0.3 |
| 8/4/25 | Receive and download NEFs Dkts. 121 and 123, defendants Memorandum of Contentions of Fact and Law | 0.1 |
| 8/5/25 | Emails with court reporter agency to receive certified deposition transcript of Jeffrey McKee | 0.2 |
| 8/5/25 | Emails with court reporter agency to receive certified deposition transcript of Eric Leighton | 0.2 |
| 8/5/25 | Emails with court reporter agency to receive certified deposition transcript of Matthew Borden 2 | 0.2 |
| 8/5/25 | Continue to print 4 copies of each deposition transcripts, officer/witness statements, autopsy report, expert reports, etc., tab, and itemize boxes for trial | 1 |
| 8/7/25 | Review emails and calendar a call with defense counsel, set up zoom information and email counsel | 0.2 |
| 8/7/25 | Continue to print 4 copies of each deposition transcript, tab, and itemize boxes for trial | 1 |
| 8/11/25 | Review invoices from court reporter agencies re certified copies of deposition transcripts. Update costs file | 0.5 |
| 8/11/25 | Received, downloaded and reviewed defendants' motion in limine, ECF Dkt. 124 | 0.1 |
| 8/11/25 | Received, downloaded and reviewed defendant's proposed Voir Dire questions, ECF Dkt. 125 | 0.1 |
| 8/11/25 | Prepare to file and file Plaintiffs' Motion in Limine 1, ECF Dkt. 126, and submit proposed order | 0.3 |
| 8/11/25 | Prepare to file and file Proposed Voir Dire, ECF Dkt. 127 | 0.3 |
| 8/11/25 | Received, downloaded and reviewed Proposed Special Jury Verdict, ECF Dkt. 128 | 0.1 |
| 8/11/25 | Prepare to file and file Plaintiffs' Motion in Limine 2, ECF Dkt. 129, and submit proposed order | 0.3 |
| 8/11/25 | Prepare to file and file Proposed Jury Instructions, agreed upon set, ECF Dkt. 130 | 0.3 |
| 8/11/25 | Prepare to file and File Joint Statement of Case, ECF Dkt. 131 | 0.3 |
| 8/11/25 | Prepare to file and file Joint Stipulation, ECF Dkt. 132 | 0.3 |
| 8/12/25 | Received, downloaded, and reviewed Notice of Lodging Proposed Pretrial Conference Order, and Pretrial Conference Order (filed by Cooper Mayne) | 0.1 |
| 8/12/25 | Received, downloaded and reviewed Proposed Jury Instructions, ECF Dkt. 134 | 0.1 |
| 8/12/25 | Received, downloaded and reviewed Witness List, ECF Dkt. 135 | 0.1 |
| 8/12/25 | Received downloaded and reviewed Exhibit List, ECF Dkt. 136 | 0.1 |
| 8/12/25 | Received, downloaded and reviewed Joint Disputed Exhibits, ECF Dkt. 137 | 0.1 |

| | | |
|---|---|---|
| 8/12/25 | Start to print and assemble two copies of 29 trial exhibits to overnight to the Court no later than 8/13/25, pull binder, bate stamp exhibits, and index binders | 2.5 |
| 8/13/25 | Finalize two exhibit binders for court, label, index and tab binders, transfer audio/video exhibits on USB flash drive | 1 |
| 8/14/25 | Received invoices from Court reporter agencies, Lynden and Associates. Updated cost file | 0.2 |
| 8/15/25 | Prepare to file and file Notice of Objection, and Declaration to Defendants Late-Disclosed Exhibits and Witnesses, ECF Dkt. 138 | 0.3 |
| 8/18/25 | Received and downloaded Defendants' Response to Plaintiffs' Objections to Late-Disclosed Exhibits and Witnesses | 0.1 |
| 8/18/25 | Prepare to file and file Plaintiffs' Opposition to Defendants' Joint Motion in Limine 1, ECF Dkt. 140 | 0.3 |
| 8/18/25 | Received, downloaded and reviewed Defendants' Joint Opposition to Plaintiffs' Motion in Limine 1, ECF Dkt. 141 | 0.1 |
| 8/18/25 | Received, downloaded and reviewed Defendants' Joint Opposition to Plaintiffs' Motion in Limine 1, ECF Dkt. 142 | 0.1 |
| 8/18/25 | Received, downloaded and reviewed Proposed Special Jury Verdict 4 | 0.1 |
| 8/19/25 | Received, downloaded and reviewed Court's Statistical Correction, ECF Dkt. 144 | 0.1 |
| 8/19/25 | Update Costs file and make payment to court report agency for deposition transcript | 0.2 |
| 8/22/25 | Received, downloaded and reviewed Stipulation for Order for Use of Certified Copies of Deposition Transcripts at trial, ECF Dkt. 145 | 0.1 |
| 8/22/25 | Received, downloaded and reviewed Joint Amended Exhibit List, ECF Dkt. 146 | 0.1 |
| 8/22/25 | Received, downloaded and reviewed Amended Joint Exhibit List, ECF Dkt 147 | 0.1 |
| 8/22/25 | Received, downloaded and reviewed Amended Disputed Exhibit List, ECF Dkt. 148 | 0.1 |
| 8/22/25 | Create binders for Final Pretrial Conference with Final Pretrial Conference documents, Motions in Limine filings, and Plaintiffs' exhibits for Mr. Galipo | 1.5 |
| 8/22/25 | Received, downloaded, reviewed and calendared Scheduling Notice Changing Final Pretrial Conference time, ECF Dkt. 149 | 0.1 |
| 8/27/25 | Print and prepare 4 exhibit binders for Mr. Galipo, Mr. Mayne, Defense counsel, label, and tab binders and transfer audio/video to USB flash drive | 2 |
| 8/29/25 | Received, downloaded and reviewed Joint Status Report, ECF Dkt. 150 5 | 0.1 |
| 9/2/25 | Continue to print 4 copies of deposition transcripts, witness statements, and trial documents. Assemble documents in binders, label and index documents and prepare boxes for trial | 2 |
| 9/2/25 | Received invoice from Ace attorney services, update cost file, send payment out | 0.2 |
| 9/2/25 | Emails with counsel re setting up call time for meeting, updating calendar | 0.2 |
| 9/2/25 | Received, downloaded and reviewed Order Directing Counsel to File Updated Joint Report, ECF, Dkt. 151, updated calendar | 0.1 |
| 9/2/25 | Received, downloaded and reviewed Objections to Plaintiffs' use of demonstrative exhibits, ECF Dkt. 152 | 0.1 |
| 9/2/25 | Received, downloaded and reviewed defendants' demonstrative exhibits | 0.1 |
| 9/3/25 | Received, downloaded and reviewed Order to Show Cause, ECF Dkt. 153, update Mr. Galipo, update the calendar | 0.2 |
| 9/4/25 | Prepare to file and file Joint Status Report, ECF Dkt. 154 | 0.2 |

| | | |
|---|---|---|
| 9/4/25 | Prepare to file and file Notice of Uncommon Spellings, ECF, Dkt. 155 | 0.2 |
| 9/4/25 | Received client interview prep for trial, printed 3 copies each for trial, saved to file | 0.2 |
| 9/4/25 | Prepare to file and file Plaintiffs' Demonstrative Exhibits, ECF, Dkt. 156 | 0.2 |
| 9/4/25 | Received and downloaded Final Pretrial Conference, ECF Dkt. 157 | 0.1 |
| 9/5/25 | Received, downloaded and reviewed Order re Defendants' Objection to Plaintiffs' Use of Demonstrative Exhibits, ECF, Dkt. 158 | 0.1 |
| 9/5/25 | Received, downloaded and reviewed Defendants' List of Witnesses to Testify Remotely, ECF Dkt. 159 | 0.1 |
| 9/5/25 | Update costs file to add Ace invoice and copy costs | 0.2 |
| 9/5/25 | Received, downloaded and reviewed Defendant's Response re Status Report, ECF, Dkt. 160 | 0.1 |
| 9/6/25 | Finalize printing 4 copies of all documents for trial, depositions, exhibit binders, witness statements, final pretrial conference documents, witness lists, autopsy report, expert initial reports, rebuttal reports, etc., organize, tab, label, boxes. Create binders for Mr. Galipo | 2 |
| 9/8/25 | Received, downloaded and reviewed Defendant's Response to Order, ECF Dkt. 161 6 | 0.1 |
| 9/8/25 | Email from Ace Attorney Services re unable to serve subpoena on Dennis Stout | 0.1 |
| 9/8/25 | Received, downloaded and reviewed Defendants Notice of Lodging Deposition Transcripts, ECF, Dkt. 162 | 0.1 |
| 9/8/25 | Received, downloaded and reviewed Scheduling Notice Confirming Trial Time, ECF Dkt. 163 | 0.1 |
| 9/8/25 | Received, downloaded and reviewed Order re Joint Statement of Exhibits, ECF Dkt. 164 | 0.1 |
| 9/8/25 | Received, downloaded and reviewed Minute Order re Motions in Limine, ECF Dkt. 165 | 0.1 |
| 9/9/25 | Received, downloaded and reviewed Joint Exhibit List, ECF Dkt. 166 | 0.1 |
| 9/9/25 | File Notice of Lodging Deposition Transcripts, ECF Dkt. 167 | 0.1 |
| 9/9/25 | Prepare to file and file Status Report re Disputed Exhibits, ECF Dkt 168 | 0.2 |
| 9/11/25 | Received, downloaded and reviewed Minutes of Jury Trial, Day 1, ECF Dkt. 169 | 0.1 |
| 9/11/25 | Received, downloaded and reviewed Minutes of Jury Trial, Day 2, ECF Dkt. 170 | 0.1 |
| 9/12/25 | Received, downloaded and reviewed Minutes of Jury Trial, Day 3, ECF Dkt. 171 | 0.1 |
| 9/12/25 | Received, downloaded and reviewed Minutes of Jury Trial, Day 4, ECF Dkt. 172 | 0.1 |
| 9/15/25 | Received, downloaded and reviewed Trial Brief re Undisclosed and Improper Witnesses and Objections, ECF Dkt. 173 | 0.1 |
| 9/15/25 | Received, downloaded and reviewed Declaration of Kimberly Sullivan re Unavailability of Witness Shawn Casteel, ECF Dkt. 174 | 0.1 |
| 9/15/25 | Received, downloaded and reviewed Notice of Intention to Offer Excerpts from Deposition of Transcript of Shawn Casteel, ECF Dkt. 175 | 0.1 |
| 9/15/25 | Received, downloaded and reviewed Declaration of Donna Dean, ECF, Dkt. 176 | 0.1 |
| 9/15/25 | Received, downloaded and reviewed Declaration of Nathan Schraer, ECF Dkt. 177 7 | 0.1 |

| | | |
|---|---|---|
| 9/15/25 | Received, downloaded and reviewed Notice of Motion to Strike Portions of Plaintiffs' Expert Witness Dr. Wohlgelernter Testimony, ECF Dkt. 178, email Mr. Galipo and Mr. Mayne copies | 0.2 |
| 9/17/25 | Received, downloaded and reviewed Defendants' Motion for Judgment, ECF Dkt. 179, Emails with Mr. Mayne of copies of filing | 0.2 |
| 9/17/25 | Received, downloaded and reviewed Defendant's Motion for Joinder, ECF Dkt. 180 | 0.1 |
| 9/17/25 | Received, downloaded and reviewed Notice of Appearance/Withdrawal of Counsel, ECF Dkt. 181 | 0.1 |
| 9/18/25 | Received, downloaded and reviewed Minute Order of Jury Trial, Day 5, ECF Dkt. 182 | 0.1 |
| 9/18/25 | Received, downloaded and reviewed Minute Order of Jury Trial Day 6, ECF Dkt. 183 | 0.1 |
| 9/18/25 | Received, downloaded and reviewed Minute Order of Jury Trial Day 7, ECF Dkt. 184 | 0.1 |
| 9/25/25 | Prepare to file and file Plaintiffs' Request for Briefing Deadline or Deferred Disposition of Defendants Rule 50(A), ECF Dkt. 185 | 0.2 |
| 9/25/25 | Received, downloaded and reviewed Minute Order of Jury Trial Day 8, ECF Dkt. 186 | 0.1 |
| 9/26/25 | Received, downloaded and reviewed List of Exhibits and Witnesses, ECF Dkt. 187 | 0.1 |
| 9/26/25 | Received, downloaded and reviewed Receipt for Release of Exhibits, ECF Dkt. 188 | 0.1 |
| 9/26/25 | Received, downloaded and reviewed Verdict Form, ECF Dkt. 189 | 0.1 |
| 9/26/25 | Received, downloaded and reviewed Redacted Jury Note 1, ECF Dkt. 190 | 0.1 |
| 9/26/25 | Received, downloaded and reviewed Redacted Jury Note 2, ECF Dkt. 191 | 0.1 |
| 9/26/25 | Received, downloaded and reviewed Redacted Jury Note 3, ECF Dkt. 192 | 0.1 |
| 9/26/25 | Received, downloaded and reviewed Redacted Jury Note 4, ECF Dkt. 193 | 0.1 |
| 9/26/25 | Received, downloaded and reviewed Redacted Jury Note 5, ECF Dkt. 194 | 0.1 |
| 9/26/25 | Received, downloaded and reviewed Redacted Jury Note 6, ECF Dkt. 195 8 | 0.1 |
| 9/26/25 | Received, downloaded and reviewed Redacted Jury Note 7, ECF Dkt. 196 | 0.1 |
| 9/30/25 | Received, downloaded and reviewed Order Setting Briefing Schedule, ECF Dkt. 197, calendared deadlines | 0.2 |
| 9/30/25 | Received, downloaded and reviewed Confirmation of Exhibit Review and Authorization, ECF, Dkt. 198 | 0.1 |
| 9/30/25 | Received, downloaded and reviewed Jury Instructions, ECF, Dkt. 199 | 0.1 |
| 10/3/25 | Received , reviewed and print to pdf email of Sealed Unredacted Jury Note #1 for file, ECF Dkt 201 | 0.1 |
| 10/3/25 | Received , reviewed and print to pdf email of Sealed Unredacted Jury Note #2, for file, ECF Dkt 202 | 0.1 |
| 10/3/25 | Received , reviewed and print to pdf email of Sealed Unredacted Jury Note #3, for file, ECF Dkt. 203 | 0.1 |
| 10/3/25 | Received , reviewed and print to pdf email of Sealed Unredacted Jury Note #4, for file, ECF Dkt 204 | 0.1 |
| 10/3/25 | Received , reviewed and print to pdf email of Sealed Unredacted Jury Note #5, for file, ECF Dkt 205 | 0.1 |
| 10/3/25 | Received , reviewed and print to pdf email of Sealed Unredacted Jury Note #6, for file, ECF Dkt. 207 | 0.1 |
| 10/3/25 | Received , reviewed and print to pdf email of Sealed Unredacted Jury Note #7, for File, ECF Dkt. 208 | 0.1 |
| 10/3/25 | Prepare to file and file Joint Status Report, ECF Dkt. 206 | 0.2 |

| | | |
|---|---|---|
| 10/3/25 | Received , reviewed and print to pdf email of Sealed Unredacted Verdict Form for file, ECF Dkt. 209 | 0.1 |
| 10/3/25 | Several emails with Court Report re payment information for transcripts requested during trial | 0.2 |
| 10/6/25 | Emails with Court Reporter and office manager re Venmo payment information for transcripts requested | 0.1 |
| 10/6/25 | Prepare to file and file Joint Stipulation to Dismiss Defendant McKee, submit proposed order, and download ECF, Dkt. 210 | 0.3 |
| 10/6/25 | Prepare to file and file Notice of Lodging of Competing Proposed Judgments, ECF, Dkt. 211 | 0.2 |
| 10/10/25 | Received , reviewed and downloaded Reply in Support of Motion for Judgment, ECF, Dkt. 212 | 0.1 |
| 10/13/25 | Send a follow up email to court reporter requesting transcripts paid for on 10/6/25 9 | 0.1 |
| 10/15/25 | Prepare a template for Mr. Galipo's time spent and enter time in for Mr. Galipo | 1.5 |
| 10/15/25 | Email co-counsel for their time spent and costs | 0.1 |
| 10/15/25 | Update all remaining costs to the file, and enter into excel spreadsheet | 0.5 |
| 10/17/25 | Received, reviewed and downloaded Order Dismissing McKee, ECF, Dkt. 213 for file | 0.2 |
| 10/17/25 | Send follow up email to co-counsel for their costs and time spent | 0.1 |
| 11/17/25 | Received , reviewed, downloaded to PDF ECF nos. 214-222 | 0.2 |
| 11/18/25 | Received , reviewed, downloaded ECF nos. 223-235 | 0.2 |
| 11/19/25 | Received , reviewed, downloaded ECF nos. 236-243 | 0.2 |
| 3/9/26 | Received , reviewed, downloaded and calendared Order on Motion for Judgment, ECF no. 244 | 0.2 |
| 3/13/26 | Prepare to file and file Proposed Judgment, ECF 245 | 0.2 |
| 3/19/26 | Received , reviewed, downloaded ECF 246 | 0.1 |
| 3/20/26 | Received , reviewed, downloaded ECF 247 – Motion for Judgment, and calendar deadlines | 0.2 |
| 3/25/26 | Prepare to file and File ECF 248 – response to objection | 0.2 |
| 3/27/26 | Prepare to file and file Opposition, ecf 249 | 0.2 |
| 4/6/26 | Received , reviewed, downloaded and calendared Minute Entry re hearing date – ECF 250 | 0.2 |
| 4/20/26 | Received , reviewed, and downloaded Reply, ECF 251 | 0.1 |
| 4/27/26 | Prepare two binders for hearing on Rule 50(a), proposed judgment, and documents relating to post-trial motions. | 1 |
| 5/5/26 | Prepare to file and file Joint Status Report – ECF 253 | 0.2 |
| 5/6/26 | Received , reviewed, downloaded ECF 254 – Order on Joint Status Report, calendar deadline | 0.2 |
| 5/6/26 | Received , reviewed, downloaded Order re Motion for Judgment – ECF 255, updated calendar | 0.2 |
| 6/1/26 | Prepare to file and file Joint Status Report, ECF 256 | 0.2 |
| 6/12/26 | Received , reviewed, downloaded Order re Pendency of Judgment – ECF 257 | 0.1 |
| 6/30/26 | Received , reviewed, downloaded, and calendared Order re Joint Status report – ECF 258 | 0.2 |
| 7/13/26 | Received , reviewed, downloaded and calendared new deadline – Order re Status Report, ECF 259 | 0.2 |
| 7/15/26 | Prepared to file and file ECF 260- Joint Status Report | 0.2 |
| 7/16/26 | Received , reviewed, downloaded and calendared ECF 261 – Min. Order re Joint Status Reports 10 | 0.2 |

| | | |
|---|---|---|
| 7/24/26 | Received , reviewed, downloaded ECF 262 – State of Objections | 0.1 |
| 7/24/26 | Prepared to file and file Reply to Objections – ECF 263 | 0.2 |
| 8/27/26 | Received , reviewed, downloaded Order re Motion for Judgment – ECF 264 | 0.1 |
| 8/28/26 | Received , reviewed, downloaded Judgment – ECF 265 | 0.1 |
| 8/28/26 | Received , reviewed, downloaded Order Overruling Defendants Objections – ECF 266 11 | 0.1 |
| | **Total hours withdrawn** | **47.5** |

**Santiago G. Laurel (Dkt. 268-19), $250 per hour**

| Date | Description | Hours |
|---|---|---|
| 7/26/2023 | Open file and updated calendar with judge's deadlines and dates on scheduling order. | 0.5 |
| 8/2/2023 | Finalized Joint Notice of Appearance for attorney Galipo and Mayne, for submission and ensured court compliance with PACER filing. | 0.25 |
| 8/4/2023 | Coordinated deposition and court reporter for the depositions of Dane Norem. Emailed Court Reporting agency. Updated calendar and emailed instructions for Deposition Zoom link. | 0.5 |
| 8/7/2023 | Review Co-counsel's cost invoices. Prepared accounting for Mr. Galipo to review and confirm. Submitted payment request to accounting department. Input cost and mailed check. | 0.75 |
| 8/9/2023 | Coordinated expedited transcript of Norem for evidentiary review timeline. | 0.25 |
| 8/10/2023 | Received ORDER from Court re Docket 58. Saved Order and updated calendars with new dates, deadlines, and trial lists. Updated attorney case list and Mr. Galipo's trial calendar list. | 0.75 |
| 9/7/2023 | Submitted check request to accounting department for the transcription of the audio interview of Stout. Saved and input to costs. Mailed check via USPS to Lynden J. | 0.25 |
| 9/20/2023 | Prepared fee agreement. Had a conference call with cocounsel, Gregory Peacock. Emailed to co-counsel and created Dropbox link to create a digital workspace to facilitate co-counsel collaboration on case evidence. | 1 |
| 9/20/2023 | Received ORDER with new Court deadlines. Updated calendar and Mr. Galipo's list with new deadlines. Contacted experts to advise of new deadlines. See docket 63. | 0.75 |
| 9/21/2023 | Received invoice from Parkview Community Hospital Records request. Submitted to our accounting department. Saved check to costs and mailed check on 9/25/25. | 0.5 |
| 9/25/2023 | Review Mr. Galipo's calendar availability. Confirmed dates with Mr. Galipo and scheduled depositions of experts Fonzi, Graham, Vilke, Clark, and MacGregor. Reviewed materials in preparation and provided to Mr. Galipo. Prepared deposition notice for all experts and served. Updated calendars with deposition dates. | 0.75 |
| 9/25/2023 | Update calendar with Expert Rebuttal deadlines, see Docket 58. | 0.25 |
| 9/26/2023 | Email with Kimberly Sullivan re experts' availability, to coordinate and schedule expert depositions. | 0.1 |
| 9/27/2023 | Contact court reporting agency to confirm and schedule reporter for 10/6/23, deposition of Gary Vilke, MD. Drafted email to request Zoom link, emailed link to all parties. | 0.5 |
| 9/28/2023 | Received links and instructions for Expert depositions. Updated calendar and confirmed delivery of link to all parties on service list. | 0.25 |
| 10/4/2023 | Prepared emails to Plaintiff's Experts re their availability to provide date to defendants. Followed up with calls to confirm receipt of emails. Received | 1 |

| | | |
|---|---|---|
| | dates, confirmed dates on Mr. Galipo/Mayne's calendars. Drafted email to opposing counsel and provided dates for expert depos. Updated calendar with proposed dates. | |
| 10/4/2023 | Emailed OPC Mr. Baxter re expert witness deposition availability; cross referenced and reconciled proposed deposition dates against availability on experts' and internal attorneys' calendars. | 0.5 |
| 10/5/2023 | Set up a conference call number and dial info for attorney Mayne to meet and confer with OPC. | 0.25 |
| 10/5/2023 | Received invoice from Dr. Omalu. Submitted to accounting department and overnighted check via FedEx. Saved invoice, check, and added to our costs. | 0.5 |
| 10/5/2023 | Updated calendar with proposed deposition dates. | 0.25 |
| 10/5/2023 | Review First Amended Complaint. Print copy for attorney Mayne. | 0.25 |
| 10/6/2023 | Followed up with experts and defense counsel regarding deposition scheduling. | 0.25 |
| 10/6/2023 | Received invoice for Vilke deposition fee. Saved to costs folder and submitted to our accounting department. Planned to have check delivered to expert. | 0.25 |
| 10/9/2023 | Continued corresponding with OPC and experts to schedule depositions. Defense attorney canceled deposition, needing to reschedule. Emailed Experts to obtain dates for depositions. Prepared a table to facilitate communication and scheduling. | 1.5 |
| 10/9/2023 | Received Defendants' Joint Notice of Deposition of Wohlgelernter's deposition. Contacted expert to advise of depo date. Updated calendar and saved notice to file. | 0.25 |
| 10/10/2023 | Prepared and Amended Notice of Lodging. Renamed the exhibits and burned to DVD to deliver to court. | 2.5 |
| 10/10/2023 | Prepared stipulation to Modify Scheduling order for filing. Filed with the court and submitted Proposed Order to Judge Kronstandt's chambers. | 0.5 |
| 10/11/2023 | Updated Calendar pursuant to Court's new Deadlines, see docket 71. | 0.25 |
| 10/12/2023 | Received notice of deposition of Experts Noble and Omalu. Updated calendar and contacted experts to provide them with dates. | 0.75 |
| 10/13/2023 | Received Deposition links. Updated calendars with links. | 0.25 |
| 10/16/2023 | Emailed opposing counsel regarding the scheduling of the deposition of Dr. Wohlgelernter's and his fee requirements, before a deposition. Provided them with doctor's W-9 and fee schedule. | 0.15 |
| 10/17/2023 | Received Deposition links. Updated calendars with links. | 0.25 |
| 10/17/2023 | Conferred with expert witness Dr. Dan to finalize and schedule the specific start time for his deposition; updated master firm calendar and notified internal handling attorneys of the confirmed schedule. Emailed Cooper to update. | 0.5 |
| 10/18/2023 | Conferred with expert witness Dr. Omalu's assistant Wendy to finalize and schedule his deposition. | 0.25 |
| 10/18/2023 | Received email from opposing counsel, requesting new dates for Dr. Omalu. Reached out to Dr. Omalu's assistant. Obtained new dates and provided to opposing counsel. | 0.25 |
| 10/19/2023 | Updated calendar with new date re MSJ per Courts order see Docket 73. | 0.1 |
| 10/26/2023 | Received invoice for MacGregor's deposition. Submitted to our accounting department, saved to file and added to our costs. Arranged to deliver check to expert for his deposition. | 0.25 |

| | | |
|---|---|---|
| 10/30/2023 | Received invoice for Wohlgelernter's deposition. Submitted to our accounting department, saved to file and added to our costs. Arranged to deliver check to expert for his deposition. | 0.25 |
| 11/10/2023 | Emailed Co-Counsel to follow up on expert deposition invoices. Forwarded invoices. | 0.1 |
| 12/8/2023 | Updated Calendar re Courts Order re Dkt. 81 | 0.1 |
| 1/25/2024 | Emailed dr. Wohlglernter re payment for his fees. Prepared FedEx envelope and provided him with tracking information. Saved copy of check and Fedex info. | 0.25 |
| 10/4/2024 | Converted to PDF and filed Response to Defendant McKee's Notice of Supplemental Authority in Support of his motion. | 0.25 |
| 1/2/2025 | Updated Calendar re Courts Order re Dkt. 96 | 0.1 |
| 1/17/2025 | Received Docketing Notice rea Appeal for 9th circuit. Updated Calendar re Courts Order and all relevant deadlines re Dkt. 98 | 0.5 |
| 1/22/2025 | Updated Calendar re Courts Order re Dkt. 102 | 0.1 |
| 1/24/2025 | Updated Calendar re Defendants' Motion to Stay. Calendared opposition, reply and other deadlines on attorneys' calendars. | 0.25 |
| | **Total hours withdrawn** | **20.25** |

**Attorney time (press communications)**

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Steven A. Lerman (Dkt. 268-23) | 3/29/2022 | Meeting w/ Justin Pritchard, Associated Press | 1.5 | $900 | $1,350.00 |
| Nicholas M. Lerman (Dkt. 268-25) | 3/23/2022 | Rec'd & Resp'd to email from Justin Pritchard, Associated Press | 0.4 | $600 | $240.00 |
| | | **Total** | **1.9** | | **$1,590.00** |

**Summary**

| Timekeeper | Hours withdrawn | Rate | Amount withdrawn |
|---|---|---|---|
| Darci Gilbert | 47.5 | $250 | $11,875.00 |
| Santiago G. Laurel | 20.25 | $250 | $5,062.50 |
| Steven A. Lerman | 1.5 | $900 | $1,350.00 |
| Nicholas M. Lerman | 0.4 | $600 | $240.00 |
| **Total** | **69.65** | | **$18,527.50** |