Stephenson v. State of California

Case No. 5:21-cv-00526-JAK-DTB

Plaintiffs' Reply in Support of Motion for Attorneys' Fees

# EXHIBIT B

An exhibit to the Supplemental Declaration of Cooper Alison-Mayne

# SUPPLEMENTAL TIME RECORDS OF COOPER ALISON-MAYNE

Stephenson, et al. v. State of California, et al.
Case No. 5:21-cv-00526-JAK-DTB (C.D. Cal.)

| Date | Description of Services | Hours |
|---|---|---|
| 10/12/2026 | Reviewed defendants' opposition (Dkt. 278) and the Schratz declaration and exhibits (Dkt. 278-1); checked Schratz's rate, conferencing, vague-entry and clerical calculations against the filed time records. | 3.5 |
| 10/12/2026 | Reviewed the trial transcripts and minute orders to document the time in court on each trial day, for the response to the vague-entry reduction. | 2.0 |
| 10/12/2026 | Outlined the reply and the supplemental declarations; identified the supporting exhibits. | 1.5 |
| 10/13/2026 | Researched hourly-rate awards to associates by role, the 2025 Real Rate Report, and authority on fee-auditor opinions and on vague-entry and conferencing reductions. | 3.0 |
| 10/13/2026 | Drafted the reply in support of the fee motion. | 4.5 |
| 10/14/2026 | Revised the reply; prepared the evidentiary objections to the Schratz declaration. | 2.5 |
| 10/14/2026 | Drafted the supplemental declarations; prepared the exhibits, the voluntary write-off schedule and the updated fee summary. | 2.0 |
| 10/14/2026 | Final review and cite check of the reply, supplemental declarations, exhibits and amended proposed order; filed. | 2.0 |
| | **TOTAL HOURS** | **21.0** |