Stephenson v. State of California

Case No. 5:21-cv-00526-JAK-DTB

Plaintiffs' Reply in Support of Motion for Attorneys' Fees

# EXHIBIT C

An exhibit to the Supplemental Declaration of Cooper Alison-Mayne

# UPDATED FEE SUMMARY

Stephenson, et al. v. State of California, et al.
Case No. 5:21-cv-00526-JAK-DTB (C.D. Cal.)

This table updates the fee summary filed with the motion (Dkt. 271) for the voluntary reductions listed in Exhibit A and the supplemental time of Mr. Galipo (Exhibit F) and Mr. Alison-Mayne (Exhibit B). Rates are unchanged.

| Timekeeper | Rate | Hours in motion | Hours withdrawn | Supplemental hours | Revised hours | Revised fees |
|---|---|---|---|---|---|---|
| Dale K. Galipo | $1,500 | 656.2 | 0 | 4.0 | 660.2 | $990,300.00 |
| Cooper Alison-Mayne | $700 | 610.0 | 0 | 21.0 | 631.0 | $441,700.00 |
| Gregory Peacock | $800 | 208.0 | 0 | 0 | 208.0 | $166,400.00 |
| Steven A. Lerman | $900 | 17.6 | (1.5) | 0 | 16.1 | $14,490.00 |
| Nicholas M. Lerman | $600 | 211.1 | (0.4) | 0 | 210.7 | $126,420.00 |
| Darci Gilbert | $250 | 59.6 | (47.5) | 0 | 12.1 | $3,025.00 |
| Santiago G. Laurel | $250 | 52.75 | (20.25) | 0 | 32.5 | $8,125.00 |
| **Total** | | **1,815.25** | **(69.65)** | **25.0** | **1,770.6** | **$1,750,460.00** |

**Reconciliation**

| | Amount |
|---|---|
| Fees requested in the motion (Dkt. 268) | $1,748,287.50 |
| Less: litigation assistant time withdrawn (67.75 hours at $250) | ($16,937.50) |
| Less: attorney time withdrawn (1.9 hours, press communications) | ($1,590.00) |
| Plus: Mr. Alison-Mayne, reply (21.0 hours at $700) | $14,700.00 |
| Plus: Mr. Galipo, reply (4.0 hours at $1,500) | $6,000.00 |
| **Revised fee request** | **$1,750,460.00** |