Stephenson v. State of California

Case No. 5:21-cv-00526-JAK-DTB

Plaintiffs' Reply in Support of Motion for Attorneys' Fees

# EXHIBIT E

An exhibit to the Supplemental Declaration of Dale K. Galipo

# ITEMIZATION OF CERTAIN TIME ENTRIES OF DALE K. GALIPO

Stephenson, et al. v. State of California, et al.
Case No. 5:21-cv-00526-JAK-DTB (C.D. Cal.)

The entries below, the July through September 2023 entries and the July 12 and 14, 2025 entries, are reproduced as they appear in Exhibit 1 to the Declaration of Dale K. Galipo (Dkt. 268-2), with a more detailed description of the work performed. No hours are changed.

| **Date** | **Hours** | **Entry as filed** | **Detailed description** |
|---|---|---|---|
| 7/21/23 | 4.2 | *Review case materials* | Reviewed the case file in connection with associating into the case: first amended complaint, notice of removal and docket; pleadings and orders; evidence, deposition transcripts and recorded interviews pulled from the file. |
| 7/22/23 | 3.8 | *Review case materials* | Continued review of the case file: incident chronology, CHP and Riverside County investigation materials, autopsy, coroner and toxicology records, and recorded witness and officer statements. |
| 7/29/23 | 3.5 | *Review case materials* | Reviewed the incident video (Norem and McKee MVARS) and the timeline my litigation assistant prepared from it; reviewed dispatch audio and the CAD log. |
| 8/1/23 | 2.7 | *Review case materials* | Reviewed the co-counsel production for the August 7, 2023 deposition of Defendant Norem: written discovery responses, CHP investigation materials and Norem's prior statements. |
| 8/2/23 | 3.3 | *Review case materials* | Continued review of investigation materials and witness statements; reviewed the memorandum and evidence summary prepared for the Norem deposition. |
| 9/15/23 | 2.1 | *Review expert reports – Case Materials* | Reviewed Plaintiffs' expert reports for the Rule 26 disclosure, Jeff Noble (police practices) and Dr. Wohlgelernter (cardiology), with the underlying case materials. |
| 9/16/23 | 1.4 | *Review expert reports – Case Materials* | Reviewed Dr. Omalu's draft forensic pathology report with the autopsy, coroner and toxicology records. |
| 9/17/23 | 3.3 | *Review expert reports – Case Materials* | Reviewed Plaintiffs' expert reports against the MVARS video, dispatch audio and investigation record before disclosure. |
| 9/23/23 | 2.7 | *Review expert reports – Case Materials* | Reviewed Defendants' expert disclosures served September 22, 2023: reports of Robert Fonzi, Dr. Graham and Dr. Vilke. |
| 9/24/23 | 2.0 | *Review expert reports – Case Materials* | Reviewed the defense expert reports of Dr. Clark and Dr. MacGregor; identified rebuttal issues. |
| 7/12/25 | 4.7 | *Review expert reports – related case materials* | Reviewed Plaintiffs' and Defendants' expert reports and the case materials in this case in preparation for trial and for the July 16, 2025 consultations with Jeff Noble and Dr. Omalu. |
| 7/14/25 | 0.8 | Review video | Reviewed the incident video in preparation for trial. |
| **Total** | 34.5 | | |