Stephenson v. State of California

Case No. 5:21-cv-00526-JAK-DTB

Plaintiffs' Reply in Support of Motion for Attorneys' Fees

# EXHIBIT F

An exhibit to the Supplemental Declaration of Dale K. Galipo

**Dale K. Galipo** *Stephenson, et al. v. CHP, et al.*
**Timekeeping Record** **Case No. 5:21cv0526-JAK-DTB**

| Date | Description | Hours |
|---|---|---|
| **10/13/26** | Review Opposition and Schratz Declaration | 2.0 |
| **10/14/26** | Review draft Reply; review and revise Supplemental Declaration | 2.0 |
| | **TOTAL HOURS** | 4.0 |