**STEVEN A. LERMAN & ASSOCIATES, INC.**
Steven A. Lerman (SBN 55839)
Nicholas M. Lerman (SBN 292656)
nick@lermanslaw.com
6033 West Century Boulevard, Suite 740
Los Angeles, CA 90045
Phone: (310) 659-8166
Fax: (310) 651-6133

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT FOR THE**

**CENTRAL DISTRICT OF CALIFORNIA**

DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,

Plaintiffs,

v.

STATE OF CALIFORNIA and DANE NOREM,

Defendants.

**Case No.: 5:21-cv-00526-JAK-DTB**

[*Hon. John A. Kronstadt*]

**SUPPLEMENTAL DECLARATION OF NICHOLAS M. LERMAN IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR ATTORNEYS' FEES**

**SUPPLEMENTAL DECLARATION OF NICHOLAS M. LERMAN**

I, Nicholas M. Lerman, hereby declare as follows:

**Introduction**

1. I am an attorney admitted to practice in California and before this Court, and the managing attorney of Steven A. Lerman & Associates, Inc., co-counsel for Plaintiffs. I submit this declaration in support of Plaintiffs' reply in support of their motion for attorneys' fees and to supplement my declaration filed September 9, 2026 (Dkt. 268-24). I have personal knowledge of the facts stated here and could testify to them if called.

**Civil rights experience**

2. I was admitted to the California bar in 2013 and have practiced law in Los Angeles for thirteen years. My practice centers on catastrophic injury and wrongful death cases, and I have represented more than 5,000 clients with injuries ranging from fractures and paralysis to disfigurement and death.

3. Part of my practice is representing people injured or killed by law enforcement. I have personally represented and handled more than 80 civil rights cases, including more than 15 wrongful death cases against municipalities for excessive force, in both federal and state court. I have also litigated numerous civil rights cases involving police dog bites causing disfigurement, excessive force, assault, and other police misconduct resulting in bodily injury. My prior declaration also noted this civil rights experience (Dkt. 268-24 ¶ 3).

4. I also have extensive experience litigating dangerous condition of public property cases under California Government Code section 835 against public entities, including the City and County of Los Angeles, the Los Angeles Unified School District, Caltrans, Fresno County, and the Cities of Redondo Beach, San Diego, Clovis, Bakersfield and Santa Monica, as well as cases against Southern California Edison and

transit operators such as the Los Angeles County Metropolitan Transportation Authority and Transdev.

**My role in this case**

5. My office was retained by Plaintiffs in 2019 and represented them with the Law Office of Gregory Peacock from intake forward. My work on this case included the client relationships and the preparation of the three Plaintiffs for their depositions and trial testimony; the retention of and coordination with Plaintiffs' experts; attending and defending depositions, including Plaintiffs' depositions; record collection and review; trial exhibits; and coordination among co-counsel. After the Galipo office associated in July 2023, I conferred with Mr. Alison-Mayne on the trial brief filed September 14, 2025 (Dkt. 173) and with Mr. Alison-Mayne and Mr. Galipo on the opposition to Defendants' Rule 50 motion, and I met with Plaintiffs after the verdict.

**Division of labor**

6. My office and Mr. Peacock's office are separate firms. The entries from my records that the Schratz declaration lists as "intra-office conferencing" (Schratz Decl. Ex. 7) record calls, meetings and emails between my office and Mr. Peacock's office, and after July 2023 the Galipo office, coordinating the work the firms had divided; a few record emails or calls with defense counsel about scheduling. None of them records a conference within my office.

**Rate and withdrawn entries**

7. In light of my thirteen years of practice and my litigation experience in civil rights cases and against governmental entities, I believe my requested rate of $600 an hour is reasonable. I request no additional time for the reply.

8. Plaintiffs withdraw my entry of March 23, 2022 (0.4 hours) and Mr. Steven Lerman's entry of March 29, 2022 (1.5 hours), which record communications with a reporter from the Associated Press. The revised total of 210.7 hours requested for me

reflects the withdrawal of my March 23, 2022 entry.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this was executed this 14th day of October 2026 at Los Angeles, California.

*/s/ Nicholas M. Lerman*
Nicholas M. Lerman