**UNITED STATES DISTRICT COURT FOR THE**

**CENTRAL DISTRICT OF CALIFORNIA**

DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON,

Plaintiffs,

v.

STATE OF CALIFORNIA and DANE NOREM,

Defendants.

**Case No.: 5:21-cv-00526-JAK-DTB**

[PROPOSED] ORDER ON PLAINTIFFS' EVIDENTIARY OBJECTIONS TO THE DECLARATION OF JAMES P. SCHRATZ (DKT. 278-1)

# [PROPOSED] ORDER

Having considered Plaintiffs' Evidentiary Objections to the Declaration of James P. Schratz (Dkt. 278-1), filed with Defendants' Opposition to Plaintiffs' Motion for Attorneys' Fees (Dkt. 278), and good cause appearing, the Court rules on the objections as follows:

| Objection No. | Schratz Decl. Paragraph | Ruling |
|---|---|---|
| 1 | ¶ 10 | Sustained: ______ Overruled: ______ |
| 2 | ¶ 38 | Sustained: ______ Overruled: ______ |
| 3 | ¶ 81 | Sustained: ______ Overruled: ______ |
| 4 | ¶ 91 | Sustained: ______ Overruled: ______ |

The Court does not consider the portions of the Schratz Declaration to which an objection is sustained.

IT IS SO ORDERED.

DATED: ________________________

________________________________________
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE