UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:21-cv-00526-JAK-DTBx | Date | October 26, 2026 |
| Title | Devonte Stephenson et al v. State of California et al | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| M. Lindaya | Maria Bustillos |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Dale Galipo<br>Cooper Alison-Mayne | David Klehm |

**Proceedings:** **PLAINTIFFS' MOTION FOR ATTORNEY FEES (DKT. 268)**

The hearing is held on Plaintiffs' Motion for Attorneys' Fees (the "Motion" (Dkt. 268)). Prior to the Court stating its tentative views, counsel inform the Court that they are actively engaging in settlement discussions to attempt to resolve the entire case. Counsel confirm that, notwithstanding the ongoing settlement discussions, the Parties would still benefit from hearing the Court's tentative views on the Motion. The Court states its tentative view that it is inclined to GRANT-IN-PART and DENY-IN-PART the Motion. This includes a discussion of the tentative determinations on hourly rates and hours worked, as well as a total amount of an award. Counsel address the Court, including as to the tentatives as to certain of the hourly rates. Based on that discussion, the Court states the increases that would result if the Court were to adopt a higher hourly rate for Mr. Alison-Mayne.

With the agreement of the parties, a ruling on the Motion is DEFERRED pending the completion of settlement discussions. The parties shall submit a joint report regarding the procedural status of their settlement discussions on the earlier of 30 days of the issuance of this order or within 10 days of their completion. If the parties report that the discussions are ongoing, the joint report shall include the expected date by which they will be completed. If the report states that the parties have reached a global settlement, the joint report shall include the expected date by which they will request the dismissal of this action. Based on a review of that joint report, a determination will be made whether to continue to defer a ruling on the Motion, to set a deadline for filing an updated report, or to set an order to show cause re dismissal.

**IT IS SO ORDERED.**

: 25

Initials of Preparer mal